UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, and KELLY M. DILTS, <br><br> Defendants. | Civil Action No. 3:23-cv-01250 <br><br> <u>CLASS ACTION</u> <br><br> Judge Aleta A. Trauger |

**DECLARATION OF KEVIN H. SHARP IN SUPPORT OF THE MOTION OF UNIVERSAL AND QUONIAM FOR APPOINTMENT AS LEAD PLAINTIFF <u>AND APPROVAL OF THEIR SELECTION OF COUNSEL</u>**

I, Kevin H. Sharp, declare as follows:

1.    I am a member in good standing of the bar of the State of Tennessee and am admitted to practice before this Court.  I am Co-Vice Chairman of the law firm Sanford Heisler Sharp, LLP ("Sanford Heisler Sharp").  I submit this declaration in support of the Motion of Universal-Investment-Gesellschaft mbH ("Universal") and Quoniam Asset Management GmbH ("Quoniam"), pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for entry of an order: (i) appointing Universal and Quoniam as Lead Plaintiff; (ii) approving Universal's and Quoniam's selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel and Sanford Heisler Sharp as Liaison Counsel for the Class; and (iii) granting any further relief as the Court may deem just and proper.

2.    Attached as Exhibits A through I are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A: | Sworn Certifications of Universal and Quoniam; |
| EXHIBIT B: | Charts of transactions and losses of Universal and Quoniam; |
| EXHIBIT C: | Declarations of assignment to Quoniam; |
| EXHIBIT D: | Joint Declaration of Titus Noltenius, Andreas Holzapfel, Dr. Carsten Fischer, and Jochen Riechwald in Support of the Motion of Universal and Quoniam for Appointment as Lead Plaintiff and Approval of Their Selection of Counsel; |
| EXHIBIT E: | Notice of pendency of *Washtenaw County Employees' Retirement System v. Dollar General Corporation*, No. 23-cv-01250 (M.D. Tenn.), published on November 27, 2023; |
| EXHIBIT F: | Firm résumé of Bernstein Litowitz; |
| EXHIBIT G: | Order re Conflict Dispute, *SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021) (the "*Symantec* Order"); |

EXHIBIT H:  List of cases in which courts have appointed Bernstein Litowitz as lead or class counsel after being apprised of the *Symantec* Order, and Exhibits 1 through 12 appended thereto; and

EXHIBIT I:  Firm résumé of Sanford Heisler Sharp.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of January, 2024.

/s/ Kevin H. Sharp
Kevin H. Sharp, BPR No. 016287

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 26, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Kevin H. Sharp*
Kevin H. Sharp, BPR No. 016287
