# EXHIBIT C

We, **Dr. Nicolas Ebhardt** and **Maria Löwenbrück**, hereby declare as follows:

1. We are Managing Directors of Quoniam Funds Selection SICAV ("QFS SICAV") and we have personal knowledge of all matters stated herein.

2. The fund listed in Schedule A (the "Fund") is managed under Luxembourg law by QFS SICAV.

3. On behalf of QFS SICAV, we hereby execute and submit this declaration: (a) authorizing the actions of Quoniam Asset Management GmbH ("Quoniam") in taking legal action and moving for appointment of Quoniam as lead plaintiff on behalf of the Fund in an action against Dollar General Corporation ("Dollar General") and certain of its senior executives on or around 26 January 2024; (b) declaring that QFS SICAV will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Quoniam all rights, title, and interest of QFS SICAV in any and all claims, demands, and causes of action of any kind whatsoever that QFS SICAV has or may have arising from violations of the United States federal securities laws in connection with the purchase and/or acquisition of the publicly traded securities of Dollar General. Further, QFS SICAV hereby appoints Quoniam as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ day of January, 2024 in Luxembourg/Frankfurt, Germany.

For Quoniam Funds Selection SICAV (Assignor):

Nicolas Ebhardt, Jan 25,2024 09:50:30 PM UTC

Dr. Nicolas Ebhardt
Managing Director

Maria Löwenbrück
Managing Director

For Quoniam Asset Management GmbH (Assignee):

NIGEL JOHN CRESSWELL, Jan 25,2024 04:50:41 PM UTC

Nigel Cresswell
CEO, Managing Partner

Silke Weiser-Walther, Jan 25,2024 09:58:51 AM UTC

Silke Weiser-Walther
CFO & CCO, Managing Partner

## Schedule A

Global Equities MinRisk

Case 3:23-cv-01250   Document 29-3   Filed 01/26/24   Page 3 of 5 PageID #: 230

# DECLARATION OF ASSIGNMENT BY
# UNION INVESTMENT INSTITUTIONAL GMBH
# TO QUONIAM ASSET MANAGEMENT GMBH

We, Klaus Bollmann and Leif Schönstedt, hereby declare as follows:

1. We are Managing Directors of Union Investment Institutional GmbH ("UIN") and we have personal knowledge of all matters stated herein.

2. The fund listed in Schedule A (the "Fund") is managed under German law by UIN.

3. On behalf of UIN, we hereby execute and submit this declaration: (a) authorizing the actions of Quoniam Asset Management GmbH ("Quoniam") in taking legal action and moving for appointment of Quoniam as lead plaintiff on behalf of the Fund in an action against Dollar General Corporation ("Dollar General") and certain of its senior executives on or around 26 January 2024; (b) declaring that UIN will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Quoniam all rights, title, and interest of UIN in any and all claims, demands, and causes of action of any kind whatsoever that UIN has or may have arising from violations of the United States federal securities laws in connection with the purchase and/or acquisition of the publicly traded securities of Dollar General. Further, UIN hereby appoints Quoniam as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ day of January, 2024 in Frankfurt, Germany.

For Union Investment Institutional GmbH (Assignor):

| | |
|---|---|
| Klaus Bollmann | Leif Schönstedt |
| Managing Director | Managing Director |

For Quoniam Asset Management GmbH (Assignee):

| | |
|---|---|
| NIGEL JOHN CRESSWELL, Jan 25,2024 04:54:30 PM UTC | Silke Weiser-Walther, Jan 25,2024 10:00:40 AM UTC |
| Nigel Cresswell | Silke Weiser-Walther |
| CEO, Managing Partner | CFO & CCO, Managing Partner |

## Schedule A

UIN-Fonds Nr. 618