# EXHIBIT E

# Robbins Geller Rudman & Dowd LLP

**Source:** *Robbins Geller Rudman & Dowd LLP*

*November 27, 2023 20:39 ET*

## DG INVESTOR ALERT: Robbins Geller Rudman & Dowd LLP Files Class Action Lawsuit Against Dollar General Corporation and Announces Opportunity for Investors with Substantial Losses to Lead the Dollar General Class Action Lawsuit

SAN DIEGO, Nov. 27, 2023 (GLOBE NEWSWIRE) -- **Robbins Geller Rudman & Dowd LLP** announces that purchasers of Dollar General Corporation (NYSE: DG) common stock between May 28, 2020 and August 30, 2023, inclusive (the "Class Period"), have until January 26, 2024 to seek appointment as lead plaintiff of the *Dollar General* class action lawsuit. The complaint captioned *Washtenaw County Employees' Retirement System v. Dollar General Corporation* was filed in the Middle District of Tennessee. The *Dollar General* class action lawsuit charges Dollar General and certain of its current and former top executive officers with violations of the Securities Exchange Act of 1934.

**If you suffered substantial losses and wish to serve as lead plaintiff of the *Dollar General* class action lawsuit, please provide your information here:**

**https://www.rgrdlaw.com/cases-dollar-general-corporation-class-action-lawsuit-dg.html**

**You can also contact attorney J.C. Sanchez of Robbins Geller by calling 800/449-4900 or via e-mail at jsanchez@rgrdlaw.com.**

**CASE ALLEGATIONS**: The *Dollar General* class action lawsuit alleges that defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (i) Dollar General stores were chronically understaffed and suffering from logistical and inventory management problems which left stores with tens of millions of dollars' worth of outdated and unwanted inventory, mispriced goods, and lost and damaged items; (ii) large backlogs of unsellable merchandise had built up at Dollar General's stores, which inventory had not been timely written down due to understaffing and Dollar General's failure to manage its inventory; (iii) the allotment of employee hours per store per week imposed by Dollar General management placed employees in virtually impossible situations where assigned tasks, including those necessary to effective store operations, could not be completed within the allotted time; (iv) Dollar General was systematically overcharging customers for items upon checkout above the listed price in violation of state laws, including state law violations identified by state regulators in Arizona,

Case 3:23-cv-01250    Document 29-5    Filed 01/26/24    Page 2 of 4 PageID #: 249

Louisiana, Mississippi, Missouri, North Carolina, and Ohio; (v) Dollar General's reported revenue and earnings during the Class Period were artificially inflated by defendants' over-pricing scheme; (vi) Dollar General's failure to manage store inventories and accurately price items upon checkout risked the loss of customers, lower sales, adverse regulatory actions, and reputational fallout; and (vii) Dollar General was not on track to achieve its guidance during the Class Period and such guidance lacked a reasonable factual basis.

On February 23, 2023, Dollar General announced that fourth quarter of 2022 sales and earnings would come in materially below what Dollar General had led investors to expect as recently as December 2022. On this news, the price of Dollar General common stock fell.

Then, on March 16, 2023, Dollar General revealed, among other things, that it missed its prior annual net sales guidance by approximately $140 million. On this news, the price of Dollar General common stock fell nearly 3%.

Thereafter, on June 1, 2023, Dollar General reported first quarter of 2023 revenue of $130 million below analysts' estimates. Dollar General also slashed its full year 2023 financial forecast and that it further only expected full year 2023 net sales growth in the range of 3.5% to 5%, down 26% at the midpoint from the prior 5.5% to 6% range provided in March 2023. On this news, the price of Dollar General common stock fell nearly 20%.

Finally, on August 31, 2023, Dollar General reported lower than expected second quarter of 2023 financial results and again slashed its sales and profit outlook for full year 2023. Dollar General blamed weaker consumer spending on non-essential purchases and increasing theft for the shortfall. On this news, the price of Dollar General common stock fell more than 12%.

The plaintiff is represented by Robbins Geller, which has **extensive experience** in prosecuting investor class actions including actions involving financial fraud. You can view a copy of the complaint **by clicking here.**

**THE LEAD PLAINTIFF PROCESS**: The Private Securities Litigation Reform Act of 1995 permits any investor who purchased Dollar General common stock during the Class Period to seek appointment as lead plaintiff in the *Dollar General* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *Dollar General* class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *Dollar General* class action lawsuit. An investor's ability to share in any potential future recovery of the *Dollar General* class action lawsuit is not dependent upon serving as lead plaintiff.

**ABOUT ROBBINS GELLER**: Robbins Geller is one of the world's leading complex class action firms representing plaintiffs in securities fraud cases. The Firm is ranked #1 on the most recent ISS Securities Class Action Services Top 50 Report for recovering more than $1.75 billion for investors in 2022 – the third year in a row Robbins Geller tops the list. And in those three years alone, Robbins Geller recovered nearly $5.3 billion for investors, more than double the amount recovered by any other plaintiffs' firm. With 200 lawyers in 10 offices, Robbins Geller is one of the largest plaintiffs' firms in the world and the Firm's attorneys have obtained many of the largest securities class action recoveries in history, including the largest securities class action recovery ever – $7.2 billion – in *In re Enron Corp. Sec. Litig.* Please visit the following page for more information:

**https://www.rgrdlaw.com/services-litigation-securities-fraud.html**

Attorney advertising.
Past results do not guarantee future outcomes.

Case 3:23-cv-01250     Document 29-5     Filed 01/26/24     Page 3 of 4 PageID #: 250

Services may be performed by attorneys in any of our offices.

Contact:
  Robbins Geller Rudman & Dowd LLP
  655 W. Broadway, Suite 1900, San Diego, CA 92101
  J.C. Sanchez, 800-449-4900
  jsanchez@rgrdlaw.com