# EXHIBIT I

# Sanford Heisler Sharp, LLP

**Sanford Heisler Sharp, LLP** (the "Firm") was founded in 2004 by David Sanford and Jeremy Heisler with the aim of litigating public interest and social justice cases on behalf of wronged individuals and communities. In 2017, Kevin Sharp, a former Chief Judge of the United States District for the Middle District of Tennessee, joined the Firm as its newest named partner. The Firm represents plaintiffs in individual matters and class actions focusing on employment and gender discrimination, wage and hour violations, complex civil litigation, criminal/sexual violence litigation, ERISA litigation, and governmental fraud recovery.

Since opening its doors in 2004, Sanford Heisler Sharp has successfully prosecuted thousands of cases. Sanford Heisler Sharp's reputation for success is matched by its professionalism and ability to zealously advocate without sacrificing the core tenets of professional courtesy and respect. Sanford Heisler Sharp operates nationwide through offices in New York, Washington DC, Palo Alto, San Diego, Nashville, and Baltimore.

Sanford Heisler Sharp has achieved unparalleled success in securing systemic changes in corporate America and has recovered more than one billion dollars for the Firm's clients and the United States government. Among its other practices areas, Sanford Heisler Sharp has spearheaded the fight for gender equality within law firms nationwide. The Firm has emerged as a leader in representing female associates, shareholders, and partners in Big Law who have suffered discrimination by being undervalued, underpaid, and marginalized at work. Sanford Heisler Sharp's wage-and-hour practice has recovered well over $100 million in cases under the California Labor Code, PAGA, the FLSA, and other laws. As part of its *qui tam* practice, the Firm litigates various cases of fraud in the healthcare sector and other industries and has realized hundreds of millions of dollars in recoveries.

Sanford Heisler Sharp has considerable experience litigating complex individual and class action cases. Representative cases include:

- ❖ *Amy Velez, et al., v. Novartis Pharmaceuticals Corp.*, Case No. 1:04-cv-09194 (S.D.N.Y.) (served as lead counsel in a class action that resulted in $253 million verdict on behalf of nearly 7,000 female employees—the largest Title VII verdict in United States history);

- ❖ *NAACP, et al. v. Cracker Barrel Old*, Case No. 4:01-cv-00326 (N.D. Ga.) (served as lead counsel in class action that settled for $8.7 million);

- ❖ *In Re: Vioxx Products Liability Litigation*, Case No. 2:05-cv-01657 (E.D. La.) (participated in resolution of multibillion dollar consumer fraud action);

- ❖ *Lopes v. Novartis Corporation, et al.*, Case No. 1:06-cv-02268 (S.D.N.Y.) (resolved class and collective action for $99 million);

- ❖ *Bellifemine, et al., v. Sanofi-Aventis U.S. LLC*, Case No. 1:07-cv-02207 (S.D.N.Y.) (resolved class action for $24 million);

- *U.S. ex rel. Kelly v. Amgen Corporation*, Case No. 1:08-cv-04157 (E.D.N.Y.) (acted as lead counsel and participated in global settlement of claims for $762 million);

- *U.S. ex rel. Cox v. Smith & Nephew*, Case No. 2:08-cv-02832 (W.D. Tenn.) (recovered $11.3 million);

- *Luque, et al., v. AT&T Corp., et al.*, Case No. 3:09-cv-05885 (N.D. Cal.) (resolved class action for $28 million);

- *U.S. ex rel. Gale v. Omnicare, Inc.*, Case No. 1:10-cv-00127 (N.D. Ohio) (recovered $120 million);

- *U.S. ex rel. Simmons v. Meridian Surgical Partners, LLC*, Case No. 3:11-cv-00439 (M.D. Tenn.) (settled for $5.1 million);

- *Da Silva Moore v Publicis Groupe, et al.*, Case No. 1:11-cv-01279 (S.D.N.Y.) (settled class action for $3 million);

- *Tian, et al., v. Ma Laboratories, Inc., et al.*, Case No. 1:11-cv-195373 (Cal. Sup. Ct.) (resolved class action for $2.85 million);

- *U.S. ex rel. Cox, et al., v. Medtronic, Inc.*, Case No. 0:12-cv-02562 (D. Minn.) (recovered $23.5 million);

- *Yu v. Energy Plus Holdings LLC, et al.*, Case No. 2:12-cv-02627 (D. N.J.) (resolved consumer fraud action for $11 million);

- *U.S. ex rel. Sherwin v. Office Depot, Inc.*, Case No. 2:12-cv-09952 (C.D. Cal.) (settled for $68 million);

- *Wellens, et al., v. Daiichi Sankyo, Inc.*, Case No. 3:13-cv-00581 (N.D. Cal.) (settled class action and collective action for $8.2 million);

- *U.S. ex rel. Gipson, et al., v. Pathway Genomics Corporation*, Case No. 3:14-cv-01919 (S.D. Cal.) (settled for $4.1 million);

- *Windley v. Starion Energy, Inc.*, Case No. 1:14-cv09053 (S.D.N.Y.) (resolved consumer fraud action for $2.58 million);

- *Orr, et al., v. Novartis Corporation and Alcon Laboratories, Inc.*, Case No. 1:15-cv-01980 (S.D.N.Y.) (settled class action for $8 million);

- *Ha, et al., v. Google, Inc. and Urpan Technologies, Inc.*, Case No. 1:16-cv-290847 (Cal. Sup. Ct.) (resolved class action for $5.5 million);

- *Pan, et al., v. Qualcomm Incorporated, et al.*, Case No. 3:16-cv-01885 (S.D. Cal.) (resolved class action for $19.5 million);

- *Fletscher, et al., v. Overland Solution, Inc.*, Case No. 1:17-cv-852058 (S.D. Cal.) (resolved wage & hour class action for $2.4 million);

- *Campbell, et al., v. Norton Rose Fulbright, et al.*, Case No. 1:16-cv-06832 (S.D.N.Y.) (resolved class action for $3.1 million);

- *Barrett, et al., v. Forest Laboratories, Inc., et al.*, Case No. 1:12-cv-01885 (S.D.N.Y.) (resolved class action for $4 million);

- *Jane DOE et al., v. Girlsdoporn.com et al.*, 2020 WL 3270408 (Cal. Super. Ct.) ($13 million trial verdict)

- *Price v. Eaton Vance Corp.*, Case No. 18-12098 (D. Mass.) (resolved ERISA class action for $3.45 million);

- *Karg et al. v. Transamerica et al.*, Case No. 18-CV-134 (N.D. Iowa) (resolved ERISA class action for $5.4 million);

- *Brown-Davis, et al. v. Walgreen Co.*, Case No. 1:19-cv-05392 (N.D. Ill.) (resolved ERISA class action for $13.75 million);

- *In re GE ERISA Litigation*, Case No. 1:17-cv-12123 (D. Mass) ($61 million class settlement preliminarily approved).

A more comprehensive list of the cases Sanford Heisler Sharp has successfully resolved is available at www.sanfordheisler.com/case.