UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, | ) ) ) | Civil Action No. 3:23-cv-01250 |
| | ) | <u>CLASS ACTION</u> |
| Plaintiff, | ) ) | Judge Aleta A. Trauger |
| | ) | |
| vs. | ) | |
| | ) | |
| DOLLAR GENERAL CORPORATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) ) | |
| | ) | |

DECLARATION OF CHRISTOPHER M. WOOD IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

I, CHRISTOPHER M. WOOD, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Tennessee and this Court. I am a member of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for Treasurer of the State of North Carolina, on behalf of the North Carolina Retirement Systems, and the North Carolina Department of State Treasurer and the North Carolina Supplemental Retirement Board of Trustees, on behalf of the North Carolina Supplemental Retirement Plans ("North Carolina") in the above-captioned action. I make this declaration in support of North Carolina's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of pendency of first-filed class action published in *Globe Newswire*, a widely circulated national business-oriented publication or wire service, on November 27, 2023;

Exhibit B: North Carolina's Certifications; and

Exhibit C: North Carolina's estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of January, 2024.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

- 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on January 26, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    & DOWD LLP
200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2203
615/252-3798 (fax)
Email: cwood@rgrdlaw.com

# Mailing Information for a Case 3:23-cv-01250 Washtenaw County Employees' Retirement System v. Dollar General Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Joshua Sean Bolian**
  jbolian@rjfirm.com,sfordice@rjfirm.com

- **Amy L. Dawson**
  amy.dawson@stblaw.com

- **Peter E. Kazanoff**
  pkazanoff@stblaw.com,managingclerk@stblaw.com,4097583420@filings.docketbird.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,rsarna@barrettjohnston.com,elusnak@barrettjohnston.com,jmartin@rgrdlaw.com

- **Milton S. McGee , III**
  tmcgee@rjfirm.com,dgibby@rjfirm.com

- **Thomas C. Michaud**
  tmichaud@vmtlaw.com

- **Steven Allen Riley**
  sriley@rjfirm.com,dgibby@rjfirm.com

- **Darren J. Robbins**
  darrenr@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Kevin H. Sharp**
  ksharp@sanfordheisler.com,nabbey@sanfordheisler.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,CWood@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,kwoods@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

Case 3:23-cv-01250    Document 34    Filed 01/26/24    Page 4 of 4 PageID #: 404