# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **North Carolina Department of State Treasurer and the North Carolina Supplemental Retirement Board of Trustees, on behalf of the North Carolina Supplemental Retirement Plans** | 06/05/2023 | 18,900 | $161.60 | $3,054,196.53 | held | 18,900 | $116.57 | $2,203,124.23 | |
| | 03/06/2023 | 4,300 | $219.76 | $944,982.62 | held | 4,300 | $116.57 | $501,239.90 | |
| | 03/06/2023 | 1,600 | $219.48 | $351,163.52 | held | 1,600 | $116.57 | $186,507.87 | |
| | 01/31/2022 | 1,100 | $208.53 | $229,385.97 | 03/07/2022 | 1,100 | $204.66 | $225,124.13 | |
| | 05/03/2021 | 2,100 | $216.84 | $455,369.25 | 03/07/2022 | 2,100 | $204.66 | $429,782.43 | |
| | 05/03/2021 | 221 | $216.84 | $47,922.19 | 06/03/2022 | 221 | $226.48 | $50,052.57 | |
| | 04/30/2021 | 2,559 | $214.51 | $548,942.86 | 06/03/2022 | 2,559 | $226.48 | $579,567.95 | |
| | 04/30/2021 | 2,194 | $214.58 | $470,787.42 | 06/03/2022 | 2,194 | $226.48 | $496,901.95 | |
| | 04/30/2021 | 478 | $214.23 | $102,401.99 | 06/03/2022 | 478 | $226.48 | $108,258.49 | |
| | 04/29/2021 | 1,954 | $214.44 | $419,007.16 | 06/03/2022 | 1,954 | $226.48 | $442,546.22 | |
| | 04/29/2021 | 543 | $213.01 | $115,661.72 | 06/03/2022 | 543 | $226.48 | $122,979.83 | |
| | 04/29/2021 | 371 | $213.98 | $79,386.91 | 06/03/2022 | 371 | $226.48 | $84,024.90 | |
| | 04/28/2021 | 580 | $212.18 | $123,065.62 | 06/03/2022 | 580 | $226.48 | $131,359.68 | |
| | 04/28/2021 | 1,589 | $212.18 | $337,157.35 | 09/01/2022 | 1,589 | $241.72 | $384,092.76 | |
| | 04/28/2021 | 1,103 | $211.86 | $233,676.07 | 09/01/2022 | 1,103 | $241.72 | $266,616.94 | |
| | 04/27/2021 | 108 | $212.95 | $22,998.42 | 09/01/2022 | 108 | $241.72 | $26,105.74 | |
| | 04/27/2021 | 2,100 | $212.95 | $447,191.43 | 09/06/2022 | 2,100 | $239.93 | $503,847.12 | |
| | 04/27/2021 | 916 | $212.95 | $195,060.64 | 09/30/2022 | 916 | $242.70 | $222,311.55 | |
| | 04/27/2021 | 184 | $213.26 | $39,240.49 | 09/30/2022 | 184 | $242.70 | $44,656.47 | |
| | 04/27/2021 | 469 | $213.26 | $100,020.58 | 12/01/2022 | 469 | $233.28 | $109,408.70 | |
| | 04/26/2021 | 731 | $211.48 | $154,591.66 | 12/01/2022 | 731 | $233.28 | $170,528.26 | |
| | 04/26/2021 | 2,941 | $211.48 | $621,961.80 | held | 2,941 | $116.57 | $342,824.78 | |
| | 04/26/2021 | 710 | $210.31 | $149,320.10 | held | 710 | $116.57 | $82,762.87 | |
| | 04/23/2021 | 3,850 | $213.39 | $821,562.67 | held | 3,850 | $116.57 | $448,784.56 | |
| | 04/23/2021 | 1,990 | $213.25 | $424,363.72 | held | 1,990 | $116.57 | $231,969.16 | |
| | 04/22/2021 | 4,772 | $215.19 | $1,026,883.82 | held | 4,772 | $116.57 | $556,259.73 | |
| | 04/22/2021 | 577 | $214.95 | $124,027.07 | held | 577 | $116.57 | $67,259.40 | |
| | 04/21/2021 | 4,073 | $217.75 | $886,893.71 | held | 4,073 | $116.57 | $474,779.10 | |
| | 04/21/2021 | 1,834 | $218.17 | $400,122.50 | held | 1,834 | $116.57 | $213,784.65 | |
| | 04/20/2021 | 2,537 | $217.68 | $552,245.03 | held | 2,537 | $116.57 | $295,731.54 | |
| | 04/20/2021 | 1,095 | $217.86 | $238,551.23 | held | 1,095 | $116.57 | $127,641.32 | |
| | 04/19/2021 | 2,445 | $216.49 | $529,318.54 | held | 2,445 | $116.57 | $285,007.34 | |
| | 04/16/2021 | 2,872 | $217.08 | $623,443.13 | held | 2,872 | $116.57 | $334,781.63 | |
| | 04/16/2021 | 2,052 | $217.01 | $445,296.31 | held | 2,052 | $116.57 | $239,196.34 | |
| | 04/15/2021 | 2,286 | $215.68 | $493,049.74 | held | 2,286 | $116.57 | $266,473.12 | |
| | 04/14/2021 | 3,934 | $213.00 | $837,928.62 | held | 3,934 | $116.57 | $458,576.23 | |
| | 04/13/2021 | 2,684 | $211.57 | $567,854.42 | held | 2,684 | $116.57 | $312,866.95 | |
| | 04/13/2021 | 1,224 | $211.23 | $258,544.30 | held | 1,224 | $116.57 | $142,678.52 | |
| | 04/13/2021 | 248 | $211.76 | $52,516.48 | held | 248 | $116.57 | $28,908.72 | |
| | 04/12/2021 | 2,187 | $208.77 | $456,571.46 | held | 2,187 | $116.57 | $254,932.95 | |
| | 04/12/2021 | 279 | $208.00 | $58,032.00 | held | 279 | $116.57 | $32,522.31 | |
| | | **88,690** | | **$18,040,697.02** | | **88,690** | | **$12,486,778.91** | **($5,553,918.11)** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Treasurer of the State of North Carolina, on behalf of the North Carolina Retirement Systems** | 08/30/2023 | 30 | $155.03 | $4,650.90 | 09/12/2023 | 30 | $127.99 | $3,839.63 |
| | 08/29/2023 | 140 | $154.89 | $21,683.90 | 09/12/2023 | 140 | $127.99 | $17,918.25 |
| | 08/01/2023 | 5 | $168.28 | $841.40 | 09/12/2023 | 5 | $127.99 | $639.94 |
| | 07/18/2023 | 130 | $164.36 | $21,366.50 | 09/12/2023 | 130 | $127.99 | $16,638.38 |
| | 07/18/2023 | 20 | $164.17 | $3,283.37 | 09/12/2023 | 20 | $127.99 | $2,559.75 |
| | 06/20/2023 | 3,050 | $162.72 | $496,283.50 | 06/23/2023 | 3,050 | $171.15 | $522,012.69 |
| | 06/20/2023 | 1,880 | $162.72 | $305,905.89 | 09/12/2023 | 1,880 | $127.99 | $240,616.50 |
| | 06/16/2023 | 950 | $164.32 | $156,104.00 | 09/12/2023 | 950 | $127.99 | $121,588.13 |
| | 06/16/2023 | 20 | $164.32 | $3,286.40 | 10/27/2023 | 20 | $120.86 | $2,417.20 |
| | 06/16/2023 | 3,955 | $164.32 | $649,885.60 | held | 3,955 | $116.57 | $461,024.14 |
| | 06/16/2023 | 3,150 | $163.28 | $514,347.44 | held | 3,150 | $116.57 | $367,187.37 |
| | 05/16/2023 | 10 | $216.46 | $2,164.56 | 05/23/2023 | 10 | $208.57 | $2,085.65 |
| | 05/16/2023 | 130 | $216.46 | $28,139.24 | held | 130 | $116.57 | $15,153.76 |
| | 05/16/2023 | 10 | $215.73 | $2,157.30 | held | 10 | $116.57 | $1,165.67 |
| | 04/12/2023 | 80 | $218.56 | $17,484.80 | held | 80 | $116.57 | $9,325.39 |
| | 04/12/2023 | 10 | $218.02 | $2,180.20 | held | 10 | $116.57 | $1,165.67 |
| | 03/29/2023 | 130 | $206.74 | $26,876.01 | held | 130 | $116.57 | $15,153.76 |
| | 03/29/2023 | 10 | $206.71 | $2,067.05 | held | 10 | $116.57 | $1,165.67 |
| | 03/17/2023 | 2,320 | $208.78 | $484,362.87 | held | 2,320 | $116.57 | $270,436.41 |
| | 03/17/2023 | 310 | $208.83 | $64,737.30 | held | 310 | $116.57 | $36,135.90 |
| | 02/21/2023 | 140 | $228.01 | $31,921.58 | held | 140 | $116.57 | $16,319.44 |
| | 02/03/2023 | 10 | $227.79 | $2,277.85 | held | 10 | $116.57 | $1,165.67 |
| | 01/17/2023 | 120 | $232.52 | $27,902.52 | held | 120 | $116.57 | $13,988.09 |
| | 12/19/2022 | 20 | $247.80 | $4,956.00 | held | 20 | $116.57 | $2,331.35 |
| | 11/30/2022 | 100 | $255.68 | $25,568.00 | 12/16/2022 | 100 | $248.25 | $24,825.00 |
| | 11/16/2022 | 20 | $257.27 | $5,145.38 | 12/16/2022 | 20 | $248.25 | $4,965.00 |
| | 11/01/2022 | 210 | $255.07 | $53,564.95 | 12/16/2022 | 210 | $248.25 | $52,132.50 |
| | 10/18/2022 | 140 | $236.21 | $33,069.81 | 12/16/2022 | 140 | $248.25 | $34,755.00 |
| | 10/12/2022 | 10 | $240.76 | $2,407.60 | 12/16/2022 | 10 | $248.25 | $2,482.50 |
| | 10/04/2022 | 130 | $248.05 | $32,246.50 | 12/16/2022 | 130 | $248.25 | $32,272.50 |
| | 09/21/2022 | 30 | $244.22 | $7,326.60 | 12/16/2022 | 30 | $248.25 | $7,447.50 |
| | 09/16/2022 | 100 | $243.89 | $24,388.89 | 12/16/2022 | 100 | $248.25 | $24,825.00 |
| | 09/16/2022 | 850 | $243.89 | $207,305.57 | 12/16/2022 | 850 | $248.33 | $211,078.38 |
| | 09/16/2022 | 350 | $243.79 | $85,326.15 | 12/16/2022 | 350 | $248.33 | $86,914.63 |
| | 08/30/2022 | 10 | $237.20 | $2,372.00 | 12/16/2022 | 10 | $248.33 | $2,483.28 |
| | 08/16/2022 | 60 | $255.39 | $15,323.40 | 12/16/2022 | 60 | $248.33 | $14,899.65 |
| | 08/09/2022 | 80 | $254.76 | $20,380.70 | 12/16/2022 | 80 | $248.33 | $19,866.20 |
| | 08/01/2022 | 10 | $252.76 | $2,527.60 | 12/16/2022 | 10 | $248.33 | $2,483.28 |
| | 05/26/2022 | 30 | $222.72 | $6,681.53 | 06/17/2022 | 30 | $230.55 | $6,916.52 |
| | 05/26/2022 | 40 | $222.72 | $8,908.70 | 06/24/2022 | 40 | $247.90 | $9,916.00 |
| | 05/26/2022 | 10 | $225.38 | $2,253.80 | 06/24/2022 | 10 | $247.90 | $2,479.00 |
| | 05/09/2022 | 10 | $234.52 | $2,345.20 | 06/24/2022 | 10 | $247.90 | $2,479.00 |
| | 05/03/2022 | 70 | $237.93 | $16,655.34 | 06/24/2022 | 70 | $247.90 | $17,353.00 |
| | 04/13/2022 | 250 | $244.97 | $61,242.43 | 06/24/2022 | 250 | $247.90 | $61,975.00 |
| | 04/07/2022 | 10 | $239.21 | $2,392.10 | 06/24/2022 | 10 | $247.90 | $2,479.00 |
| | 03/18/2022 | 665 | $229.21 | $152,426.78 | 06/24/2022 | 665 | $247.90 | $164,853.50 |
| | 03/18/2022 | 525 | $229.21 | $120,336.93 | 06/24/2022 | 525 | $247.90 | $130,147.50 |
| | 03/18/2022 | 270 | $229.63 | $62,000.10 | 06/24/2022 | 270 | $247.90 | $66,933.00 |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| 03/18/2022 | 90 | $225.80 | $20,321.95 | 06/24/2022 | 90 | $247.90 | $22,311.00 |
| 02/10/2022 | 70 | $204.38 | $14,306.26 | 02/11/2022 | 70 | $200.63 | $14,044.10 |
| 02/07/2022 | 10 | $201.63 | $2,016.28 | 02/11/2022 | 10 | $200.63 | $2,006.30 |
| 01/19/2022 | 60 | $219.94 | $13,196.40 | 02/11/2022 | 60 | $200.63 | $12,037.80 |
| 01/14/2022 | 10 | $217.60 | $2,176.00 | 02/11/2022 | 10 | $200.63 | $2,006.30 |
| 12/17/2021 | 870 | $222.91 | $193,934.83 | 12/17/2021 | 870 | $222.68 | $193,727.95 |
| 12/17/2021 | 90 | $222.91 | $20,062.22 | 02/25/2022 | 90 | $198.26 | $17,843.40 |
| 12/17/2021 | 170 | $222.91 | $37,895.31 | 06/24/2022 | 170 | $247.90 | $42,143.00 |
| 12/17/2021 | 100 | $222.91 | $22,291.36 | 07/12/2022 | 100 | $254.26 | $25,425.75 |
| 12/17/2021 | 281 | $222.91 | $62,638.72 | 12/16/2022 | 281 | $248.33 | $69,780.03 |
| 12/10/2021 | 80 | $222.78 | $17,822.52 | 12/16/2022 | 80 | $248.33 | $19,866.20 |
| 12/03/2021 | 80 | $222.00 | $17,760.00 | 12/16/2022 | 80 | $248.33 | $19,866.20 |
| 11/01/2021 | 50 | $221.84 | $11,092.00 | 12/16/2022 | 50 | $248.33 | $12,416.38 |
| 10/15/2021 | 100 | $213.44 | $21,344.00 | 12/16/2022 | 100 | $248.33 | $24,832.75 |
| 10/07/2021 | 10 | $209.46 | $2,094.60 | 12/16/2022 | 10 | $248.33 | $2,483.28 |
| 09/17/2021 | 770 | $222.27 | $171,149.59 | 09/17/2021 | 770 | $222.11 | $171,024.70 |
| 09/10/2021 | 100 | $220.92 | $22,092.00 | 09/17/2021 | 100 | $222.11 | $22,211.00 |
| 08/16/2021 | 50 | $235.56 | $11,777.75 | 08/25/2021 | 50 | $234.74 | $11,737.00 |
| 08/02/2021 | 30 | $229.92 | $6,897.60 | 08/25/2021 | 30 | $234.74 | $7,042.20 |
| 08/02/2021 | 20 | $229.92 | $4,598.40 | 09/17/2021 | 20 | $222.11 | $4,442.20 |
| 07/16/2021 | 30 | $223.12 | $6,693.60 | 07/20/2021 | 30 | $226.41 | $6,792.30 |
| 07/16/2021 | 70 | $223.12 | $15,618.40 | 09/17/2021 | 70 | $222.11 | $15,547.70 |
| 07/01/2021 | 10 | $216.74 | $2,167.40 | 09/17/2021 | 10 | $222.11 | $2,221.10 |
| 06/18/2021 | 610 | $213.27 | $130,095.68 | 06/25/2021 | 610 | $212.02 | $129,331.35 |
| 06/10/2021 | 70 | $205.14 | $14,359.80 | 06/25/2021 | 70 | $212.02 | $14,841.30 |
| 06/04/2021 | 110 | $205.25 | $22,577.20 | 06/25/2021 | 110 | $212.02 | $23,322.05 |
| 05/20/2021 | 10 | $204.56 | $2,045.60 | 06/25/2021 | 10 | $212.02 | $2,120.19 |
| 04/30/2021 | 60 | $214.49 | $12,869.29 | 06/25/2021 | 60 | $212.02 | $12,721.12 |
| 04/01/2021 | 90 | $201.72 | $18,154.80 | 06/25/2021 | 90 | $212.02 | $19,081.67 |
| 03/11/2021 | 100 | $189.54 | $18,954.00 | 03/19/2021 | 100 | $187.78 | $18,778.00 |
| 02/26/2021 | 50 | $188.99 | $9,449.50 | 03/19/2021 | 50 | $187.78 | $9,389.00 |
| 02/01/2021 | 120 | $192.75 | $23,130.00 | 03/19/2021 | 120 | $187.78 | $22,533.72 |
| 01/14/2021 | 40 | $217.69 | $8,707.60 | 01/15/2021 | 40 | $211.44 | $8,457.60 |
| 01/14/2021 | 60 | $217.69 | $13,061.40 | 03/19/2021 | 60 | $187.78 | $11,266.86 |
| 12/23/2020 | 10 | $213.29 | $2,132.90 | 03/19/2021 | 10 | $187.78 | $1,877.81 |
| 12/18/2020 | 100 | $210.48 | $21,048.00 | 03/19/2021 | 100 | $187.78 | $18,778.10 |
| 12/18/2020 | 50 | $210.48 | $10,524.00 | 03/19/2021 | 50 | $187.78 | $9,389.05 |
| 12/10/2020 | 120 | $207.22 | $24,866.50 | 03/19/2021 | 120 | $187.78 | $22,533.72 |
| 11/19/2020 | 110 | $211.21 | $23,233.10 | 03/19/2021 | 110 | $187.78 | $20,655.91 |
| 11/02/2020 | 110 | $211.67 | $23,283.90 | 03/19/2021 | 110 | $187.78 | $20,655.91 |
| 10/29/2020 | 50 | $211.99 | $10,599.50 | 03/19/2021 | 50 | $187.78 | $9,389.05 |
| 10/01/2020 | 50 | $212.50 | $10,624.75 | 10/01/2020 | 50 | $212.25 | $10,612.50 |
| 10/01/2020 | 30 | $212.50 | $6,374.85 | 10/05/2020 | 30 | $213.28 | $6,398.25 |
| 09/18/2020 | 140 | $208.10 | $29,134.00 | 09/18/2020 | 140 | $207.66 | $29,072.68 |
| 09/10/2020 | 70 | $199.11 | $13,937.70 | 09/18/2020 | 70 | $207.66 | $14,536.34 |
| 09/10/2020 | 40 | $199.11 | $7,964.40 | 10/05/2020 | 40 | $213.28 | $8,531.00 |
| 09/10/2020 | 20 | $199.11 | $3,982.20 | 03/19/2021 | 20 | $187.78 | $3,755.62 |
| 09/10/2020 | 4 | $199.87 | $799.48 | 03/19/2021 | 4 | $187.78 | $751.12 |
| 08/20/2020 | 50 | $197.59 | $9,879.50 | 03/19/2021 | 50 | $187.78 | $9,389.05 |
| 08/07/2020 | 80 | $194.40 | $15,552.00 | 03/19/2021 | 80 | $187.78 | $15,022.48 |
| 07/10/2020 | 80 | $187.46 | $14,996.80 | 03/19/2021 | 80 | $187.78 | $15,022.48 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | |
|---|---|---|---|---|---|---|---|---|
| 07/07/2020 | 10 | $186.38 | $1,863.80 | 03/19/2021 | 10 | $187.78 | $1,877.81 | |
| 06/26/2020 | 1,636 | $190.42 | $311,527.12 | 03/19/2021 | 1,636 | $187.78 | $307,209.72 | |
| 06/26/2020 | 2,420 | $190.42 | $460,816.40 | 06/25/2021 | 2,420 | $212.02 | $513,085.01 | |
| 06/26/2020 | 220 | $190.42 | $41,892.40 | 09/17/2021 | 220 | $222.11 | $48,864.20 | |
| 06/26/2020 | 349 | $190.42 | $66,456.58 | 12/16/2022 | 349 | $248.33 | $86,666.30 | |
| 06/26/2020 | 6,045 | $190.42 | $1,151,088.90 | held | 6,045 | $116.57 | $704,650.05 | |
| 06/05/2020 | 10 | $183.06 | $1,830.60 | 06/05/2020 | 10 | $185.66 | $1,856.60 | |
| 06/02/2020 | 10 | $190.27 | $1,902.69 | 06/04/2020 | 10 | $185.88 | $1,858.80 | |
| 06/02/2020 | 20 | $190.27 | $3,805.37 | 06/05/2020 | 20 | $185.66 | $3,713.20 | |
| 06/02/2020 | 10 | $190.27 | $1,902.69 | 06/19/2020 | 10 | $188.78 | $1,887.80 | |
| 06/02/2020 | 60 | $190.27 | $11,416.11 | 06/19/2020 | 60 | $188.78 | $11,326.80 | |
| 06/02/2020 | 40 | $190.27 | $7,610.74 | held | 40 | $116.57 | $4,662.70 | |
| | **37,025** | | **$7,091,461.28** | | **37,025** | | **$6,026,677.89** | **($1,064,783.39)** |
| **Movant's Total** | **125,715** | | **$25,132,158.30** | | **125,715** | | **$18,513,456.80** | ***($6,618,701.50)*** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $116.57 as of November 28, 2023 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
  will be used depending on which value is higher.

Prices listed are rounded to two decimal places.

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **North Carolina Department of State Treasurer and the North Carolina Supplemental Retirement Board of Trustees, on behalf of the North Carolina Supplemental Retirement Plans** | 04/12/2021 | 279 | $208.00 | $58,032.00 | 03/07/2022 | 3,200 | $204.66 | $654,906.56 | |
| | 04/12/2021 | 2,187 | $208.77 | $456,571.46 | 06/03/2022 | 8,900 | $226.48 | $2,015,691.58 | |
| | 04/13/2021 | 248 | $211.76 | $52,516.48 | 09/01/2022 | 2,800 | $241.72 | $676,815.44 | |
| | 04/13/2021 | 1,224 | $211.23 | $258,544.30 | 09/06/2022 | 2,100 | $239.93 | $503,847.12 | |
| | 04/13/2021 | 2,684 | $211.57 | $567,854.42 | 09/30/2022 | 1,100 | $242.70 | $266,968.02 | |
| | 04/14/2021 | 3,934 | $213.00 | $837,928.62 | 12/01/2022 | 1,200 | $233.28 | $279,936.96 | |
| | 04/15/2021 | 2,286 | $215.68 | $493,049.74 | held | 69,390 | $116.57 | $8,088,613.23 | |
| | 04/16/2021 | 2,052 | $217.01 | $445,296.31 | | | | | |
| | 04/16/2021 | 2,872 | $217.08 | $623,443.13 | | | | | |
| | 04/19/2021 | 2,445 | $216.49 | $529,318.54 | | | | | |
| | 04/20/2021 | 1,095 | $217.86 | $238,551.23 | | | | | |
| | 04/20/2021 | 2,537 | $217.68 | $552,245.03 | | | | | |
| | 04/21/2021 | 1,834 | $218.17 | $400,122.50 | | | | | |
| | 04/21/2021 | 4,073 | $217.75 | $886,893.71 | | | | | |
| | 04/22/2021 | 577 | $214.95 | $124,027.07 | | | | | |
| | 04/22/2021 | 4,772 | $215.19 | $1,026,883.82 | | | | | |
| | 04/23/2021 | 1,990 | $213.25 | $424,363.72 | | | | | |
| | 04/23/2021 | 3,850 | $213.39 | $821,562.67 | | | | | |
| | 04/26/2021 | 710 | $210.31 | $149,320.10 | | | | | |
| | 04/26/2021 | 3,672 | $211.48 | $776,553.46 | | | | | |
| | 04/27/2021 | 653 | $213.26 | $139,261.07 | | | | | |
| | 04/27/2021 | 3,124 | $212.95 | $665,250.49 | | | | | |
| | 04/28/2021 | 1,103 | $211.86 | $233,676.07 | | | | | |
| | 04/28/2021 | 2,169 | $212.18 | $460,222.97 | | | | | |
| | 04/29/2021 | 371 | $213.98 | $79,386.91 | | | | | |
| | 04/29/2021 | 543 | $213.01 | $115,661.72 | | | | | |
| | 04/29/2021 | 1,954 | $214.44 | $419,007.16 | | | | | |
| | 04/30/2021 | 478 | $214.23 | $102,401.99 | | | | | |
| | 04/30/2021 | 2,194 | $214.58 | $470,787.42 | | | | | |
| | 04/30/2021 | 2,559 | $214.51 | $548,942.86 | | | | | |
| | 05/03/2021 | 2,321 | $216.84 | $503,291.44 | | | | | |
| | 01/31/2022 | 1,100 | $208.53 | $229,385.97 | | | | | |
| | 03/06/2023 | 1,600 | $219.48 | $351,163.52 | | | | | |
| | 03/06/2023 | 4,300 | $219.76 | $944,982.62 | | | | | |
| | 06/05/2023 | 18,900 | $161.60 | $3,054,196.53 | | | | | |
| | | **88,690** | | **$18,040,697.02** | | **88,690** | | **$12,486,778.91** | **($5,553,918.11)** |
| **Treasurer of the State of North Carolina, on behalf of the North Carolina Retirement Systems** | 06/02/2020 | 140 | $190.27 | $26,637.60 | held | 37,025 | $116.57 | $4,315,908.70 | |
| | 06/05/2020 | 10 | $183.06 | $1,830.60 | | | | | |
| | 06/26/2020 | 10,670 | $190.42 | $2,031,781.40 | | | | | |
| | 07/07/2020 | 10 | $186.38 | $1,863.80 | | | | | |

| Date | Shares | Price | Amount |
|---|---|---|---|
| 07/10/2020 | 80 | $187.46 | $14,996.80 |
| 08/07/2020 | 80 | $194.40 | $15,552.00 |
| 08/20/2020 | 50 | $197.59 | $9,879.50 |
| 09/10/2020 | 4 | $199.87 | $799.48 |
| 09/10/2020 | 130 | $199.11 | $25,884.30 |
| 09/18/2020 | 140 | $208.10 | $29,134.00 |
| 10/01/2020 | 80 | $212.50 | $16,999.60 |
| 10/29/2020 | 50 | $211.99 | $10,599.50 |
| 11/02/2020 | 110 | $211.67 | $23,283.90 |
| 11/19/2020 | 110 | $211.21 | $23,233.10 |
| 12/10/2020 | 120 | $207.22 | $24,866.50 |
| 12/18/2020 | 50 | $210.48 | $10,524.00 |
| 12/18/2020 | 100 | $210.48 | $21,048.00 |
| 12/23/2020 | 10 | $213.29 | $2,132.90 |
| 01/14/2021 | 100 | $217.69 | $21,769.00 |
| 02/01/2021 | 120 | $192.75 | $23,130.00 |
| 02/26/2021 | 50 | $188.99 | $9,449.50 |
| 03/11/2021 | 100 | $189.54 | $18,954.00 |
| 04/01/2021 | 90 | $201.72 | $18,154.80 |
| 04/30/2021 | 60 | $214.49 | $12,869.29 |
| 05/20/2021 | 10 | $204.56 | $2,045.60 |
| 06/04/2021 | 110 | $205.25 | $22,577.20 |
| 06/10/2021 | 70 | $205.14 | $14,359.80 |
| 06/18/2021 | 610 | $213.27 | $130,095.68 |
| 07/01/2021 | 10 | $216.74 | $2,167.40 |
| 07/16/2021 | 100 | $223.12 | $22,312.00 |
| 08/02/2021 | 50 | $229.92 | $11,496.00 |
| 08/16/2021 | 50 | $235.56 | $11,777.75 |
| 09/10/2021 | 100 | $220.92 | $22,092.00 |
| 09/17/2021 | 770 | $222.27 | $171,149.59 |
| 10/07/2021 | 10 | $209.46 | $2,094.60 |
| 10/15/2021 | 100 | $213.44 | $21,344.00 |
| 11/01/2021 | 50 | $221.84 | $11,092.00 |
| 12/03/2021 | 80 | $222.00 | $17,760.00 |
| 12/10/2021 | 80 | $222.78 | $17,822.52 |
| 12/17/2021 | 1,511 | $222.91 | $336,822.45 |
| 01/14/2022 | 10 | $217.60 | $2,176.00 |
| 01/19/2022 | 60 | $219.94 | $13,196.40 |
| 02/07/2022 | 10 | $201.63 | $2,016.28 |
| 02/10/2022 | 70 | $204.38 | $14,306.26 |
| 03/18/2022 | 90 | $225.80 | $20,321.95 |
| 03/18/2022 | 270 | $229.63 | $62,000.10 |
| 03/18/2022 | 1,190 | $229.21 | $272,763.71 |
| 04/07/2022 | 10 | $239.21 | $2,392.10 |
| 04/13/2022 | 250 | $244.97 | $61,242.43 |
| 05/03/2022 | 70 | $237.93 | $16,655.34 |
| 05/09/2022 | 10 | $234.52 | $2,345.20 |
| 05/26/2022 | 10 | $225.38 | $2,253.80 |
| 05/26/2022 | 70 | $222.72 | $15,590.23 |
| 08/01/2022 | 10 | $252.76 | $2,527.60 |
| 08/09/2022 | 80 | $254.76 | $20,380.70 |

| Date | Shares | Price | Amount | | | |
|---|---|---|---|---|---|---|
| 08/16/2022 | 60 | $255.39 | $15,323.40 | | | |
| 08/30/2022 | 10 | $237.20 | $2,372.00 | | | |
| 09/16/2022 | 350 | $243.79 | $85,326.15 | | | |
| 09/16/2022 | 950 | $243.89 | $231,694.46 | | | |
| 09/21/2022 | 30 | $244.22 | $7,326.60 | | | |
| 10/04/2022 | 130 | $248.05 | $32,246.50 | | | |
| 10/12/2022 | 10 | $240.76 | $2,407.60 | | | |
| 10/18/2022 | 140 | $236.21 | $33,069.81 | | | |
| 11/01/2022 | 210 | $255.07 | $53,564.95 | | | |
| 11/16/2022 | 20 | $257.27 | $5,145.38 | | | |
| 11/30/2022 | 100 | $255.68 | $25,568.00 | | | |
| 12/19/2022 | 20 | $247.80 | $4,956.00 | | | |
| 01/17/2023 | 120 | $232.52 | $27,902.52 | | | |
| 02/03/2023 | 10 | $227.79 | $2,277.85 | | | |
| 02/21/2023 | 140 | $228.01 | $31,921.58 | | | |
| 03/17/2023 | 310 | $208.83 | $64,737.30 | | | |
| 03/17/2023 | 2,320 | $208.78 | $484,362.87 | | | |
| 03/29/2023 | 10 | $206.71 | $2,067.05 | | | |
| 03/29/2023 | 130 | $206.74 | $26,876.01 | | | |
| 04/12/2023 | 10 | $218.02 | $2,180.20 | | | |
| 04/12/2023 | 80 | $218.56 | $17,484.80 | | | |
| 05/16/2023 | 10 | $215.73 | $2,157.30 | | | |
| 05/16/2023 | 140 | $216.46 | $30,303.80 | | | |
| 06/16/2023 | 3,150 | $163.28 | $514,347.44 | | | |
| 06/16/2023 | 4,925 | $164.32 | $809,276.00 | | | |
| 06/20/2023 | 4,930 | $162.72 | $802,189.39 | | | |
| 07/18/2023 | 20 | $164.17 | $3,283.37 | | | |
| 07/18/2023 | 130 | $164.36 | $21,366.50 | | | |
| 08/01/2023 | 5 | $168.28 | $841.40 | | | |
| 08/29/2023 | 140 | $154.89 | $21,683.90 | | | |
| 08/30/2023 | 30 | $155.03 | $4,650.90 | | | |
| | **37,025** | | **$7,091,461.28** | **37,025** | **$4,315,908.70** | **($2,775,552.58)** |
| **Movant's Total** | **125,715** | | **$25,132,158.30** | **125,715** | **$16,802,687.61** | **($8,329,470.69)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
during the 90 calendar days after the end of the class period.  The price used is $116.57 as of November 28, 2023 for common stock.

Prices listed are rounded to two decimal places.