| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, AND KELLY M. DILTS,<br><br>Defendants. | Case No. 3:23-cv-01250<br><br>Judge Aleta A. Trauger<br><br>CLASS ACTION |

**DECLARATION OF J. GERARD STRANCH, IV IN SUPPORT OF PLAINTIFF'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL**

I, J. Gerard Stranch, IV, hereby declare as follows:

1.     I am a Partner at the law firm of Stranch, Jennings & Garvey, PLLC.  I respectfully submit this declaration in support of Plaintiff's Motion for Appointment of Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead and Liaison Counsel filed concurrently herewith. If called upon as a witness, I could competently testify to the contents of this declaration.

2.     Attached as **Exhibit A** is a true and correct copy of the press release announcing a securities class action involving securities of Dollar General Corporation ("Dollar General"), dated November 27, 2023 and published on *Global Newswire*.

3.     Attached as **Exhibit B** is a true and correct copy of the certifications executed by the NYC Funds.

4.     Attached as **Exhibit C** is a true and correct copy of a chart of the NYC Funds' losses from its transactions in securities of Dollar General.

5. Attached as **Exhibit D** is a true and correct copy of the firm resume of Cohen Milstein Sellers & Toll PLLC, proposed Lead Counsel.

6. Attached as **Exhibit E** is a true and correct copy of the firm resume of Stranch, Jennings & Garvey, PLLC, proposed Liaison Counsel.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this the 26th day of January, 2024.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV