EXHIBIT B

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Daniel R. Whitman, on behalf of the Board of Education Retirement System of the City of New York ("BERS"), hereby certify that:

1. I am Senior Counsel at the New York City Law Department and authorized to execute this Certification on behalf of BERS. I have reviewed the complaints filed in this action. BERS has authorized Cohen Milstein Sellers & Toll PLLC to file a motion for appointment as lead plaintiff on BERS's behalf.

2. BERS did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities law.

3. BERS is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. BERS's transactions in Dollar General Corp. common stock that are the subject of this action, from May 28, 2020 to August 30, 2023, are set forth in the attached Schedule A.

5. During the three years prior to the date of this Certification, BERS sought to serve as a representative party for a class in the following actions: *Brazinsky v. AT&T Inc. et al.*, No. 2:23-cv-04064 (D.N.J.) (lead plaintiff motion pending); *The New York City Fire Department Pension Fund et al. v. Coupang, Inc. et al.*, No. 1:22-cv-07309 (S.D.N.Y.) (appointed lead plaintiff); and *Crews, Jr. v. Rivian Automotive, Inc. et al.*, No. 2:22-cv-01524 (C.D. Cal.) (not appointed lead plaintiff).

6. BERS will not accept any payment for serving as a representative party on behalf of the class beyond BERS's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of January, 2024.

_____
Daniel R. Whitman
Senior Counsel
New York City Law Department

# SCHEDULE A

**BERS**

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 6/26/2020 | Purchase | 5,700 | 189.39 |
| 6/26/2020 | Sale | 164 | 189.39 |
| 6/26/2020 | Sale | 224 | 189.39 |
| 1/14/2021 | Sale | 175 | 213.24 |
| 2/16/2021 | Sale | 227 | 200.23 |
| 3/19/2021 | Sale | 43 | 187.78 |
| 3/19/2021 | Sale | 253 | 187.78 |
| 3/24/2021 | Sale | 460 | 197.08 |
| 4/23/2021 | Sale | 700 | 214.01 |
| 6/25/2021 | Sale | 1,182 | 211.91 |
| 10/26/2021 | Sale | 621 | 221.53 |
| 1/6/2022 | Sale | 681 | 235.80 |
| 2/4/2022 | Sale | 500 | 203.22 |
| 3/18/2022 | Sale | 20 | 229.63 |
| 3/18/2022 | Sale | 117 | 229.63 |
| 6/24/2022 | Purchase | 24 | 247.90 |
| 6/24/2022 | Purchase | 437 | 247.90 |
| 6/24/2022 | Purchase | 1,100 | 247.90 |
| 9/16/2022 | Purchase | 100 | 243.79 |
| 9/16/2022 | Sale | 121 | 243.79 |
| 10/27/2022 | Sale | 200 | 253.54 |
| 12/16/2022 | Purchase | 100 | 248.25 |
| 12/16/2022 | Purchase | 100 | 248.25 |
| 6/23/2023 | Sale | 1,100 | 171.15 |

Prices listed are rounded to two decimal places.

# CERTIFICATION OF PROPOSED LEAD PLAINTIFF PURSUANT TO
# THE FEDERAL SECURITIES LAWS

I, Daniel R. Whitman, on behalf of the New York City Fire Department Pension Fund ("Fire"), hereby certify that:

1. I am Senior Counsel at the New York City Law Department and authorized to execute this Certification on behalf of Fire. I have reviewed the complaints filed in this action. Fire has authorized Cohen Milstein Sellers & Toll PLLC to file a motion for appointment as lead plaintiff on Fire's behalf.

2. Fire did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities law.

3. Fire is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Fire's transactions in Dollar General Corp. common stock that are the subject of this action, from May 28, 2020 to August 30, 2023, are set forth in the attached Schedule A.

5. During the three years prior to the date of this Certification, Fire sought to serve as a representative party for a class in the following actions: *Mannacio v. Discover Financial Services et al.*, No. 1:23-cv-06788 (N.D. Ill.) (appointed lead plaintiff); *Brazinsky v. AT&T Inc. et al.*, No. 2:23-cv-04064 (D.N.J.) (lead plaintiff motion pending); *The New York City Fire Department Pension Fund et al. v. Coupang, Inc. et al.*, No. 1:22-cv-07309 (S.D.N.Y.) (appointed lead plaintiff); and *Crews, Jr. v. Rivian Automotive, Inc. et al.*, No. 2:22-cv-01524 (C.D. Cal.) (not appointed lead plaintiff).

6. Fire will not accept any payment for serving as a representative party on behalf of the class beyond Fire's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of January, 2024.

Daniel R. Whitman
Senior Counsel
New York City Law Department

# SCHEDULE A

**Fire**

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 5/28/2020 | Purchase | 27 | 184.89 |
| 5/29/2020 | Sale | 624 | 191.18 |
| 6/9/2020 | Sale | 271 | 186.25 |
| 6/12/2020 | Purchase | 50 | 184.00 |
| 6/19/2020 | Sale | 4,194 | 188.78 |
| 6/19/2020 | Sale | 5,161 | 188.78 |
| 6/22/2020 | Sale | 37 | 189.25 |
| 6/26/2020 | Purchase | 8,800 | 189.39 |
| 6/26/2020 | Sale | 199 | 189.39 |
| 6/26/2020 | Sale | 272 | 189.39 |
| 7/31/2020 | Purchase | 46 | 190.40 |
| 8/31/2020 | Sale | 1,293 | 201.81 |
| 9/18/2020 | Purchase | 79 | 208.10 |
| 9/18/2020 | Purchase | 291 | 208.10 |
| 10/5/2020 | Purchase | 38 | 211.95 |
| 10/27/2020 | Sale | 387 | 213.71 |
| 12/14/2020 | Sale | 273 | 205.90 |
| 12/18/2020 | Purchase | 35 | 210.48 |
| 12/24/2020 | Purchase | 33 | 211.28 |
| 1/4/2021 | Sale | 576 | 209.71 |
| 1/6/2021 | Purchase | 36 | 215.31 |
| 1/14/2021 | Sale | 594 | 213.24 |
| 2/16/2021 | Sale | 629 | 200.23 |
| 3/19/2021 | Sale | 68 | 187.78 |
| 3/19/2021 | Sale | 400 | 187.78 |
| 3/19/2021 | Sale | 49 | 187.78 |
| 4/6/2021 | Sale | 500 | 205.63 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 4/16/2021 | Purchase | 30 | 216.74 |
| 4/21/2021 | Sale | 700 | 216.84 |
| 5/10/2021 | Purchase | 28 | 218.86 |
| 5/27/2021 | Sale | 1,558 | 204.30 |
| 6/1/2021 | Sale | 380 | 201.42 |
| 6/9/2021 | Sale | 534 | 204.93 |
| 6/18/2021 | Sale | 3,175 | 212.70 |
| 6/25/2021 | Sale | 400 | 211.91 |
| 6/25/2021 | Sale | 658 | 211.91 |
| 8/25/2021 | Purchase | 37 | 234.74 |
| 9/17/2021 | Purchase | 28 | 222.11 |
| 9/17/2021 | Sale | 331 | 222.11 |
| 10/6/2021 | Sale | 275 | 207.12 |
| 10/26/2021 | Sale | 263 | 221.53 |
| 10/29/2021 | Purchase | 58 | 221.52 |
| 11/4/2021 | Sale | 262 | 226.21 |
| 11/19/2021 | Sale | 324 | 224.55 |
| 11/30/2021 | Sale | 1,719 | 221.30 |
| 12/13/2021 | Sale | 253 | 226.00 |
| 12/17/2021 | Purchase | 27 | 222.50 |
| 12/17/2021 | Sale | 246 | 222.50 |
| 2/8/2022 | Purchase | 39 | 202.77 |
| 2/14/2022 | Sale | 200 | 200.61 |
| 3/2/2022 | Purchase | 900 | 205.41 |
| 3/2/2022 | Sale | 2,117 | 205.41 |
| 3/4/2022 | Purchase | 800 | 210.98 |
| 3/18/2022 | Purchase | 71 | 229.63 |
| 3/21/2022 | Purchase | 32 | 229.27 |
| 5/20/2022 | Purchase | 40 | 187.60 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
| --- | --- | --- | --- |
| 5/31/2022 | Purchase | 3,466 | 220.34 |
| 6/17/2022 | Purchase | 540 | 230.80 |
| 6/23/2022 | Purchase | 35 | 242.34 |
| 6/24/2022 | Purchase | 20 | 247.90 |
| 6/24/2022 | Purchase | 351 | 247.90 |
| 8/9/2022 | Purchase | 25 | 253.96 |
| 8/19/2022 | Sale | 380 | 253.86 |
| 8/31/2022 | Purchase | 523 | 237.42 |
| 9/2/2022 | Purchase | 27 | 243.89 |
| 9/29/2022 | Purchase | 159 | 239.47 |
| 9/29/2022 | Purchase | 36 | 239.47 |
| 10/5/2022 | Purchase | 31 | 242.70 |
| 11/8/2022 | Purchase | 30 | 252.55 |
| 11/9/2022 | Purchase | 100 | 250.30 |
| 11/28/2022 | Sale | 164 | 253.10 |
| 11/30/2022 | Purchase | 6,482 | 255.68 |
| 12/16/2022 | Purchase | 124 | 248.25 |
| 12/16/2022 | Sale | 19 | 248.25 |
| 12/16/2022 | Sale | 147 | 248.25 |
| 1/25/2023 | Purchase | 32 | 236.12 |
| 2/28/2023 | Purchase | 10,676 | 216.30 |
| 3/17/2023 | Sale | 38 | 208.83 |
| 4/21/2023 | Sale | 301 | 218.22 |
| 5/16/2023 | Purchase | 32 | 214.94 |
| 5/31/2023 | Purchase | 344 | 201.09 |
| 6/9/2023 | Sale | 4 | 153.05 |
| 6/9/2023 | Sale | 333 | 153.05 |
| 6/16/2023 | Purchase | 3,598 | 164.32 |
| 6/23/2023 | Sale | 300 | 171.15 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 6/23/2023 | Sale | 336 | 171.15 |
| 7/11/2023 | Purchase | 36 | 168.46 |
| 7/21/2023 | Purchase | 48 | 167.09 |
| 8/1/2023 | Sale | 718 | 168.44 |

Prices listed are rounded to two decimal places.

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF PURSUANT TO
## <u>THE FEDERAL SECURITIES LAWS</u>

I, Daniel R. Whitman, on behalf of the New York City Police Pension Fund ("Police"), hereby certify that:

1. I am Senior Counsel at the New York City Law Department and authorized to execute this Certification on behalf of Police. I have reviewed the complaints filed in this action. Police has authorized Cohen Milstein Sellers & Toll PLLC to file a motion for appointment as lead plaintiff on Police's behalf.

2. Police did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities law.

3. Police is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Police's transactions in Dollar General Corp. common stock that are the subject of this action, from May 28, 2020 to August 30, 2023, are set forth in the attached Schedule A.

5. During the three years prior to the date of this Certification, Police sought to serve as a representative party for a class in the following actions: *Mannacio v. Discover Financial Services et al.*, No. 1:23-cv-06788 (N.D. Ill.) (appointed lead plaintiff); *Brazinsky v. AT&T Inc. et al.*, No. 2:23-cv-04064 (D.N.J.) (lead plaintiff motion pending); *The New York City Fire Department Pension Fund et al. v. Coupang, Inc. et al.*, No. 1:22-cv-07309 (S.D.N.Y.) (appointed lead plaintiff); and *Crews, Jr. v. Rivian Automotive, Inc. et al.*, No. 2:22-cv-01524 (C.D. Cal.) (not appointed lead plaintiff).

6. Police will not accept any payment for serving as a representative party on behalf of the class beyond Police's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of January, 2024.

_____
Daniel R. Whitman
Senior Counsel
New York City Law Department

# SCHEDULE A

**Police**

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 5/29/2020 | Sale | 2,118 | 191.18 |
| 6/12/2020 | Purchase | 101 | 184.00 |
| 6/19/2020 | Sale | 11,926 | 188.78 |
| 6/19/2020 | Sale | 14,676 | 188.78 |
| 6/22/2020 | Sale | 117 | 189.25 |
| 6/26/2020 | Purchase | 18,800 | 189.39 |
| 6/26/2020 | Sale | 714 | 189.39 |
| 6/26/2020 | Sale | 973 | 189.39 |
| 7/31/2020 | Purchase | 78 | 190.40 |
| 8/31/2020 | Purchase | 90 | 201.88 |
| 8/31/2020 | Sale | 4,391 | 201.81 |
| 9/18/2020 | Purchase | 220 | 208.10 |
| 9/18/2020 | Purchase | 808 | 208.10 |
| 9/24/2020 | Purchase | 39 | 205.02 |
| 10/5/2020 | Purchase | 71 | 211.95 |
| 12/2/2020 | Sale | 900 | 217.54 |
| 12/18/2020 | Purchase | 96 | 210.48 |
| 12/24/2020 | Purchase | 61 | 211.28 |
| 1/4/2021 | Sale | 1,332 | 209.71 |
| 1/6/2021 | Purchase | 91 | 215.31 |
| 1/15/2021 | Sale | 700 | 211.44 |
| 1/15/2021 | Sale | 800 | 211.44 |
| 2/12/2021 | Sale | 1,800 | 198.60 |
| 3/3/2021 | Purchase | 86 | 182.89 |
| 3/19/2021 | Sale | 228 | 187.78 |
| 3/19/2021 | Sale | 1,351 | 187.78 |
| 3/19/2021 | Sale | 182 | 187.78 |

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 4/6/2021 | Sale | 2,300 | 205.63 |
| 4/16/2021 | Purchase | 78 | 216.74 |
| 4/21/2021 | Sale | 1,645 | 216.98 |
| 4/21/2021 | Sale | 1,100 | 216.84 |
| 5/4/2021 | Purchase | 119 | 215.80 |
| 5/27/2021 | Sale | 3,969 | 204.30 |
| 6/1/2021 | Sale | 1,047 | 201.42 |
| 6/9/2021 | Sale | 1,715 | 204.93 |
| 6/18/2021 | Sale | 9,081 | 212.70 |
| 6/25/2021 | Sale | 700 | 211.91 |
| 6/25/2021 | Sale | 2,430 | 211.91 |
| 8/25/2021 | Purchase | 95 | 234.74 |
| 9/17/2021 | Purchase | 84 | 222.11 |
| 9/17/2021 | Sale | 993 | 222.11 |
| 10/4/2021 | Purchase | 86 | 206.19 |
| 10/4/2021 | Sale | 1,081 | 206.19 |
| 10/6/2021 | Sale | 993 | 207.12 |
| 11/4/2021 | Sale | 1,159 | 226.21 |
| 11/11/2021 | Sale | 952 | 221.28 |
| 11/30/2021 | Sale | 5,517 | 221.30 |
| 12/14/2021 | Purchase | 83 | 225.45 |
| 12/17/2021 | Purchase | 67 | 222.50 |
| 12/17/2021 | Sale | 913 | 222.50 |
| 1/6/2022 | Sale | 893 | 235.80 |
| 1/28/2022 | Purchase | 101 | 203.04 |
| 2/14/2022 | Purchase | 125 | 200.61 |
| 2/14/2022 | Sale | 946 | 200.61 |
| 3/18/2022 | Purchase | 850 | 229.63 |
| 3/18/2022 | Purchase | 186 | 229.63 |

3

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 3/21/2022 | Purchase | 100 | 229.27 |
| 4/5/2022 | Purchase | 700 | 229.36 |
| 4/5/2022 | Purchase | 4,100 | 229.36 |
| 4/5/2022 | Sale | 3,895 | 229.36 |
| 4/5/2022 | Sale | 921 | 229.36 |
| 4/13/2022 | Purchase | 100 | 245.39 |
| 4/21/2022 | Sale | 5,033 | 255.83 |
| 4/25/2022 | Purchase | 200 | 248.49 |
| 4/25/2022 | Purchase | 700 | 248.49 |
| 4/25/2022 | Purchase | 4,500 | 248.49 |
| 5/19/2022 | Purchase | 122 | 201.33 |
| 5/31/2022 | Purchase | 11,573 | 220.34 |
| 6/17/2022 | Purchase | 1,506 | 230.80 |
| 6/21/2022 | Purchase | 79 | 232.41 |
| 6/24/2022 | Purchase | 1,200 | 247.90 |
| 6/24/2022 | Sale | 1,123 | 247.90 |
| 7/6/2022 | Purchase | 72 | 253.18 |
| 7/11/2022 | Purchase | 600 | 253.88 |
| 8/5/2022 | Purchase | 1,500 | 253.08 |
| 8/17/2022 | Purchase | 66 | 255.54 |
| 8/19/2022 | Sale | 1,669 | 253.86 |
| 9/20/2022 | Purchase | 65 | 244.30 |
| 9/30/2022 | Purchase | 81 | 239.86 |
| 10/18/2022 | Purchase | 90 | 237.59 |
| 11/4/2022 | Sale | 680 | 248.10 |
| 11/25/2022 | Purchase | 55 | 257.23 |
| 11/28/2022 | Sale | 519 | 253.10 |
| 11/30/2022 | Purchase | 18,683 | 255.68 |
| 12/16/2022 | Purchase | 358 | 248.25 |

4

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 12/28/2022 | Purchase | 57 | 245.01 |
| 2/28/2023 | Purchase | 30,224 | 216.30 |
| 3/1/2023 | Purchase | 69 | 213.79 |
| 3/17/2023 | Sale | 156 | 208.83 |
| 3/23/2023 | Purchase | 100 | 202.85 |
| 3/27/2023 | Sale | 1,053 | 206.01 |
| 4/21/2023 | Sale | 1,848 | 218.22 |
| 4/26/2023 | Purchase | 160 | 219.26 |
| 5/2/2023 | Purchase | 2,500 | 218.09 |
| 5/12/2023 | Sale | 580 | 218.51 |
| 5/31/2023 | Sale | 745 | 201.09 |
| 6/1/2023 | Purchase | 100 | 161.86 |
| 6/9/2023 | Sale | 15 | 153.05 |
| 6/9/2023 | Sale | 1,362 | 153.05 |
| 6/16/2023 | Purchase | 10,012 | 164.32 |
| 6/23/2023 | Sale | 900 | 171.15 |
| 6/23/2023 | Sale | 1,084 | 171.15 |
| 6/26/2023 | Purchase | 100 | 167.69 |
| 7/11/2023 | Purchase | 89 | 168.46 |
| 7/21/2023 | Purchase | 122 | 167.09 |
| 7/21/2023 | Sale | 895 | 167.09 |
| 8/4/2023 | Purchase | 118 | 167.77 |

Prices listed are rounded to two decimal places.