# EXHIBIT C

**Dollar General Corp.**
Class Period: 5/28/2020 - 8/30/2023

**NYC Funds' Losses**

**Board of Education Retirement System of the City of New York**

| Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|
| 6/26/2020 | Purchase | 5,700 | 189.39 | 5,700 | - | - | $ 1,079,523.00 | |
| 6/26/2020 | Sale | 164 | 189.39 | - | (164) | (164) | | $ (31,059.96) |
| 6/26/2020 | Sale | 224 | 189.39 | - | (224) | (224) | | $ (42,423.36) |
| 1/14/2021 | Sale | 175 | 213.24 | - | (175) | (175) | | (37,317.00) |
| 2/16/2021 | Sale | 227 | 200.23 | - | (227) | (227) | | (45,452.21) |
| 3/19/2021 | Sale | 43 | 187.78 | - | (43) | (43) | | (8,074.54) |
| 3/19/2021 | Sale | 253 | 187.78 | - | (253) | (253) | | (47,508.34) |
| 3/24/2021 | Sale | 460 | 197.08 | - | (460) | (460) | | (90,656.80) |
| 4/23/2021 | Sale | 700 | 214.01 | - | (700) | (700) | | (149,810.43) |
| 6/25/2021 | Sale | 1,182 | 211.91 | - | (1,182) | (1,182) | | (250,477.62) |
| 10/26/2021 | Sale | 621 | 221.53 | - | (621) | (621) | | (137,570.13) |
| 1/6/2022 | Sale | 681 | 235.80 | - | (681) | (681) | | (160,579.80) |
| 2/4/2022 | Sale | 500 | 203.22 | - | (500) | (500) | | (101,609.55) |
| 3/18/2022 | Sale | 20 | 229.63 | - | (20) | (20) | | (4,592.60) |
| 3/18/2022 | Sale | 117 | 229.63 | - | (117) | (117) | | (26,866.71) |
| 6/24/2022 | Purchase | 24 | 247.90 | 24 | - | - | $ 5,949.60 | |
| 6/24/2022 | Purchase | 437 | 247.90 | 437 | - | - | $ 108,332.30 | |
| 6/24/2022 | Purchase | 1,100 | 247.90 | 1,100 | - | - | $ 272,690.00 | |
| 9/16/2022 | Purchase | 100 | 243.79 | 100 | - | - | $ 24,379.00 | |
| 9/16/2022 | Sale | 121 | 243.79 | - | (121) | (121) | | (29,498.59) |
| 10/27/2022 | Sale | 200 | 253.54 | - | (200) | (200) | | (50,708.00) |
| 12/16/2022 | Purchase | 100 | 248.25 | 100 | - | - | $ 24,825.00 | |
| 12/16/2022 | Purchase | 100 | 248.25 | 100 | - | - | $ 24,825.00 | |
| 6/23/2023 | Sale | 1,100 | 171.15 | - | (1,100) | (1,100) | | (188,265.00) |
| **Post-Class Period Sales on Retained Shares** | | | | | | | | |
| 9/22/2023 | Sale | 773 | 121.23 | - | - | (773) | | (93,711.27) |

| LIFO Loss Summary | |
|---|---|
| Total Class Period Purchases: | 7,561 |
| Total Class Period Sales: | (6,788) |
| Total Sales on Class Period Purchases: | (6,788) |
| Total Class Period Shares Retained: | 773 |
| 90-Day Lookback Price: | $ 116.5674 |
| Class Period Purchases Cost: | $ 1,540,522.90 |
| Sales on Class Period Purchases Proceeds: | $ (1,402,477.64) |
| Post-Class Period Sales on Class Period Purchases Proceeds: | $ (93,711.27) |
| Purchases Proceeds: | |
| Total Retained/Remaining Value: | |
| **Total LIFO Loss:** | **$ 44,342.99** |

*Pursuant to the PSLRA, post-class period sales are priced at the higher of the sale price and the average price from the beginning of the 90-day period through the sale date.*

**NYC Funds' Losses**
Class Period: 5/28/2020 - 8/30/2023

**Dollar General Corp.**
Class Period: 5/28/2020 - 8/30/2023

## New York City Fire Department Pension Fund

| Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|
| 5/28/2020 | Purchase | 27 | 184.89 | 27 | - | - | $ 4,992.03 | |
| 5/29/2020 | Sale | 624 | 191.18 | - | (624) | (27) | | $ (5,161.98) |
| 6/9/2020 | Sale | 271 | 186.25 | - | (271) | - | | $ - |
| 6/12/2020 | Purchase | 50 | 184.00 | 50 | - | - | $ 9,200.00 | |
| 6/19/2020 | Sale | 4,194 | 188.78 | - | (4,194) | (50) | | $ (9,439.00) |
| 6/19/2020 | Sale | 5,161 | 188.78 | - | (5,161) | - | | $ - |
| 6/22/2020 | Sale | 37 | 189.25 | - | (37) | - | | $ - |
| 6/26/2020 | Purchase | 8,800 | 189.39 | 8,800 | - | - | $ 1,666,632.00 | |
| 6/26/2020 | Sale | 199 | 189.39 | - | (199) | (199) | | $ (37,688.61) |
| 6/26/2020 | Sale | 272 | 189.39 | - | (272) | (272) | | $ (51,514.08) |
| 7/31/2020 | Purchase | 46 | 190.40 | 46 | - | - | $ 8,758.40 | |
| 8/31/2020 | Sale | 1,293 | 201.81 | - | (1,293) | (1,293) | | $ (260,941.36) |
| 9/18/2020 | Purchase | 79 | 208.10 | 79 | - | - | $ 16,439.90 | |
| 9/18/2020 | Purchase | 291 | 208.10 | 291 | - | - | $ 60,557.10 | |
| 10/5/2020 | Purchase | 38 | 211.95 | 38 | - | - | $ 8,054.27 | |
| 10/27/2020 | Sale | 387 | 213.71 | - | (387) | (387) | | $ (82,705.77) |
| 12/14/2020 | Sale | 273 | 205.90 | - | (273) | (273) | | $ (56,210.70) |
| 12/18/2020 | Purchase | 35 | 210.48 | 35 | - | - | $ 7,366.80 | |
| 12/24/2020 | Purchase | 33 | 211.28 | 33 | - | - | $ 6,972.24 | |
| 1/4/2021 | Sale | 576 | 209.71 | - | (576) | (576) | | $ (120,792.96) |
| 1/6/2021 | Purchase | 36 | 215.31 | 36 | - | - | $ 7,751.16 | |
| 1/14/2021 | Sale | 594 | 213.24 | - | (594) | (594) | | $ (126,664.56) |
| 2/16/2021 | Sale | 629 | 200.23 | - | (629) | (629) | | $ (125,944.67) |
| 3/19/2021 | Sale | 68 | 187.78 | - | (68) | (68) | | $ (12,769.04) |
| 3/19/2021 | Sale | 400 | 187.78 | - | (400) | (400) | | $ (75,112.00) |
| 3/19/2021 | Sale | 49 | 187.78 | - | (49) | (49) | | $ (9,201.22) |
| 4/6/2021 | Sale | 500 | 205.63 | - | (500) | (500) | | $ (102,815.00) |
| 4/16/2021 | Purchase | 30 | 216.74 | 30 | - | - | $ 6,502.20 | |
| 4/21/2021 | Sale | 700 | 216.84 | - | (700) | (700) | | $ (151,788.00) |
| 5/10/2021 | Purchase | 28 | 218.86 | 28 | - | - | $ 6,128.08 | |
| 5/27/2021 | Sale | 1,558 | 204.30 | - | (1,558) | (1,558) | | $ (318,300.02) |
| 6/1/2021 | Sale | 380 | 201.42 | - | (380) | (380) | | $ (76,539.60) |
| 6/9/2021 | Sale | 534 | 204.93 | - | (534) | (534) | | $ (109,432.62) |
| 6/18/2021 | Sale | 3,175 | 212.70 | - | (3,175) | (1,004) | | $ (213,550.80) |
| 6/25/2021 | Sale | 400 | 211.91 | - | (400) | - | | $ - |
| 6/25/2021 | Sale | 658 | 211.91 | - | (658) | - | | $ - |
| 8/25/2021 | Purchase | 37 | 234.74 | 37 | - | - | $ 8,685.38 | |
| 9/17/2021 | Purchase | 28 | 222.11 | 28 | - | - | $ 6,219.08 | |
| 9/17/2021 | Sale | 331 | 222.11 | - | (331) | (65) | | $ (14,437.15) |

### LIFO Loss Summary

| | |
|---|---|
| Total Class Period Purchases: | 38,640 |
| Total Class Period Sales: | (31,862) |
| Total Sales on Class Period Purchases: | (13,752) |
| Total Class Period Shares Retained: | 24,918 |
| 90-Day Lookback Price: | $ 116.5674 |
| Class Period Purchases Cost: | $ 8,134,779.95 |
| Sales on Class Period Purchases Proceeds: | $ (2,707,000.25) |
| Post-Class Period Sales on Class Period Purchases Proceeds: | $ (2,167,802.00) |
| Purchases Proceeds: | $ (1,080,117.21) |
| Total Retained/Remaining Value: | |
| **Total LIFO Loss:** | **$ 2,179,855.69** |

# NYC Funds' Losses

Dollar General Corp.
Class Period: 5/28/2020 - 8/30/2023

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/6/2021 | Sale | 275 | 207.12 | - | (275) | - | $ - | $ - |
| 10/26/2021 | Sale | 263 | 221.53 | - | (263) | - | $ - | $ - |
| 10/29/2021 | Purchase | 58 | 221.52 | 58 | - | - | $ 12,848.16 | |
| 11/4/2021 | Sale | 262 | 226.21 | - | (262) | (58) | | $ (13,120.18) |
| 11/19/2021 | Sale | 324 | 224.55 | - | (324) | - | $ - | - |
| 11/30/2021 | Sale | 1,719 | 221.30 | - | (1,719) | - | $ - | - |
| 12/13/2021 | Sale | 253 | 226.00 | - | (253) | - | $ - | - |
| 12/17/2021 | Purchase | 27 | 222.50 | 27 | - | - | | |
| 12/17/2021 | Sale | 246 | 222.50 | - | (246) | (27) | $ 6,007.50 | $ (6,007.50) |
| 2/8/2022 | Purchase | 39 | 202.77 | 39 | - | - | $ 7,908.03 | |
| 2/14/2022 | Sale | 200 | 200.61 | - | (200) | (39) | | $ (7,823.79) |
| 3/2/2022 | Purchase | 900 | 205.41 | 900 | - | - | $ 184,869.00 | |
| 3/2/2022 | Sale | 2,117 | 205.41 | - | (2,117) | (900) | | $ (184,869.00) |
| 3/4/2022 | Purchase | 800 | 210.98 | 800 | - | - | $ 168,784.00 | |
| 3/18/2022 | Purchase | 71 | 229.63 | 71 | - | - | $ 16,303.73 | |
| 3/21/2022 | Purchase | 32 | 229.27 | 32 | - | - | $ 7,336.53 | |
| 5/20/2022 | Purchase | 40 | 187.60 | 40 | - | - | $ 7,504.00 | |
| 5/31/2022 | Purchase | 3,466 | 220.34 | 3,466 | - | - | $ 763,698.44 | |
| 6/17/2022 | Purchase | 540 | 230.80 | 540 | - | - | $ 124,632.00 | |
| 6/23/2022 | Purchase | 35 | 242.34 | 35 | - | - | $ 8,481.90 | |
| 6/24/2022 | Purchase | 20 | 247.90 | 20 | - | - | $ 4,958.00 | |
| 6/24/2022 | Purchase | 351 | 247.90 | 351 | - | - | $ 87,012.90 | |
| 8/9/2022 | Purchase | 25 | 253.96 | 25 | - | - | $ 6,349.00 | |
| 8/19/2022 | Sale | 380 | 253.86 | - | (380) | (380) | | $ (96,466.80) |
| 8/31/2022 | Purchase | 523 | 237.42 | 523 | - | - | $ 124,170.66 | |
| 9/2/2022 | Purchase | 27 | 243.89 | 27 | - | - | $ 6,585.13 | |
| 9/29/2022 | Purchase | 159 | 239.47 | 159 | - | - | $ 38,075.73 | |
| 9/29/2022 | Purchase | 36 | 239.47 | 36 | - | - | $ 8,620.92 | |
| 10/5/2022 | Purchase | 31 | 242.70 | 31 | - | - | $ 7,523.70 | |
| 11/8/2022 | Purchase | 30 | 252.55 | 30 | - | - | $ 7,576.50 | |
| 11/9/2022 | Purchase | 100 | 250.30 | 100 | - | - | $ 25,029.57 | |
| 11/28/2022 | Sale | 164 | 253.10 | - | (164) | (164) | | $ (41,508.40) |
| 11/30/2022 | Purchase | 6,482 | 255.68 | 6,482 | - | - | $ 1,657,317.76 | |
| 12/16/2022 | Sale | 19 | 248.25 | - | (19) | (19) | | $ (4,716.75) |
| 12/16/2022 | Purchase | 124 | 248.25 | 124 | - | - | $ 30,783.00 | |
| 12/16/2022 | Sale | 147 | 248.25 | - | (147) | (147) | | $ (36,492.75) |
| 1/25/2023 | Purchase | 32 | 236.12 | 32 | - | - | $ 7,555.84 | |
| 2/28/2023 | Purchase | 10,676 | 216.30 | 10,676 | - | - | $ 2,309,218.80 | |
| 3/17/2023 | Sale | 38 | 208.83 | - | (38) | (38) | | $ (7,935.54) |
| 4/21/2023 | Sale | 301 | 218.22 | - | (301) | (301) | | $ (65,684.22) |
| 5/16/2023 | Sale | 32 | 214.94 | - | (32) | - | $ 6,878.08 | |
| 5/31/2023 | Purchase | 344 | 201.09 | 344 | - | - | $ 69,174.96 | |
| 6/9/2023 | Sale | 4 | 153.05 | - | (4) | (4) | | $ (612.20) |

Case 3:23-cv-01250   Document 37-3   Filed 01/26/24   Page 3 of 14 PageID #: 460

| Date | Type | Shares | Price | | | | | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| 6/9/2023 | Sale | 333 | 153.05 | - | (333) | (333) | | $ | (50,965.65) |
| 6/16/2023 | Purchase | 3,598 | 164.32 | 3,598 | - | - | $ 591,223.36 | | |
| 6/23/2023 | Sale | 300 | 171.15 | - | (300) | (300) | | $ | (51,345.00) |
| 6/23/2023 | Sale | 336 | 171.15 | - | (336) | (336) | | $ | (57,506.40) |
| 7/11/2023 | Purchase | 36 | 168.46 | 36 | - | - | $ 6,064.50 | | |
| 7/21/2023 | Purchase | 48 | 167.09 | 48 | - | - | $ 8,020.32 | | |
| 8/1/2023 | Sale | 718 | 168.44 | - | (718) | (718) | | $ | (120,939.92) |
| ***Post-Class Period Sales on Retained Shares*** | | | | | | | | | |
| 8/31/2023 | Sale | 15,652 | 138.50 | - | | (15,652) | | $ | (2,167,802.00) |

*Pursuant to the PSLRA, post-class period sales are priced at the higher of the sale price and the average price from the beginning of the 90-day period through the sale date.*

NYC Funds' Losses

Dollar General Corp.
Class Period: 5/28/2020 - 8/30/2023

**New York City Police Pension Fund**

| Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|
| 5/29/2020 | Sale | 2,118 | 191.18 | - | (2,118) | - | | $ - |
| 6/12/2020 | Purchase | 101 | 184.00 | 101 | - | - | $ 18,584.00 | |
| 6/19/2020 | Sale | 11,926 | 188.78 | - | (11,926) | (101) | | $ (19,066.78) |
| 6/19/2020 | Sale | 14,676 | 188.78 | - | (14,676) | - | | $ - |
| 6/22/2020 | Sale | 117 | 189.25 | - | (117) | - | | $ - |
| 6/26/2020 | Purchase | 18,800 | 189.39 | 18,800 | - | - | $ 3,560,532.00 | |
| 6/26/2020 | Sale | 714 | 189.39 | - | (714) | (714) | | $ (135,224.46) |
| 6/26/2020 | Sale | 973 | 189.39 | - | (973) | (973) | | $ (184,276.47) |
| 7/31/2020 | Purchase | 78 | 190.40 | 78 | - | - | $ 14,851.20 | |
| 8/31/2020 | Purchase | 90 | 201.88 | 90 | - | - | $ 18,169.20 | |
| 8/31/2020 | Sale | 4,391 | 201.81 | - | (4,391) | (4,391) | | $ (886,151.22) |
| 9/18/2020 | Purchase | 220 | 208.10 | 220 | - | - | $ 45,782.00 | |
| 9/18/2020 | Purchase | 808 | 208.10 | 808 | - | - | $ 168,144.80 | |
| 9/24/2020 | Purchase | 39 | 205.02 | 39 | - | - | $ 7,995.78 | |
| 10/5/2020 | Purchase | 71 | 211.95 | 71 | - | - | $ 15,048.77 | |
| 12/2/2020 | Sale | 900 | 217.54 | - | (900) | (900) | | $ (195,785.99) |
| 12/18/2020 | Purchase | 96 | 210.48 | 96 | - | - | $ 20,206.08 | |
| 12/24/2020 | Purchase | 61 | 211.28 | 61 | - | - | $ 12,888.08 | |
| 1/4/2021 | Sale | 1,332 | 209.71 | - | (1,332) | (1,332) | | $ (279,333.72) |
| 1/6/2021 | Purchase | 91 | 215.31 | 91 | - | - | $ 19,593.21 | |
| 1/15/2021 | Sale | 700 | 211.44 | - | (700) | (700) | | $ (148,008.00) |
| 1/15/2021 | Sale | 800 | 211.44 | - | (800) | (800) | | $ (169,152.00) |
| 2/12/2021 | Sale | 1,800 | 198.60 | - | (1,800) | (1,800) | | $ (357,480.00) |
| 3/3/2021 | Purchase | 86 | 182.89 | 86 | - | - | $ 15,728.54 | |
| 3/19/2021 | Sale | 228 | 187.78 | - | (228) | (228) | | $ (42,813.84) |
| 3/19/2021 | Sale | 1,351 | 187.78 | - | (1,351) | (1,351) | | $ (253,690.78) |
| 3/19/2021 | Sale | 182 | 187.78 | - | (182) | (182) | | $ (34,175.96) |
| 4/6/2021 | Sale | 2,300 | 205.63 | - | (2,300) | (2,300) | | $ (472,949.00) |
| 4/16/2021 | Purchase | 78 | 216.74 | 78 | - | - | $ 16,905.72 | |
| 4/21/2021 | Sale | 1,645 | 216.98 | - | (1,645) | (1,645) | | $ (356,927.99) |
| 4/21/2021 | Sale | 1,100 | 216.84 | - | (1,100) | (1,100) | | $ (238,524.00) |
| 5/4/2021 | Purchase | 119 | 215.80 | 119 | - | - | $ 25,680.20 | |
| 5/27/2021 | Sale | 3,969 | 204.30 | - | (3,969) | (2,221) | | $ (453,751.19) |
| 6/1/2021 | Sale | 1,047 | 201.42 | - | (1,047) | - | | $ - |
| 6/9/2021 | Sale | 1,715 | 204.93 | - | (1,715) | - | | $ - |
| 6/18/2021 | Sale | 9,081 | 212.70 | - | (9,081) | - | | $ - |
| 6/25/2021 | Sale | 700 | 211.91 | - | (700) | - | | $ - |
| 6/25/2021 | Sale | 2,430 | 211.91 | - | (2,430) | - | | $ - |
| 8/25/2021 | Purchase | 95 | 234.74 | 95 | - | - | $ 22,300.30 | |

| LIFO Loss Summary | | |
|---|---|---|
| Total Class Period Purchases: | | 112,216 |
| Total Class Period Sales: | | (102,120) |
| Total Sales on Class Period Purchases: | | (40,044) |
| Total Class Period Shares Retained: | | 72,172 |
| 90-Day Lookback Price: | $ | 116.5674 |
| | | |
| Class Period Purchases Cost: | $ | 24,467,816.32 |
| Sales on Class Period Purchases Proceeds: | $ | (8,411,557.02) |
| Post-Class Period Sales on Class Period Purchases Proceeds: | $ | (6,786,922.16) |
| Total Retained/Remaining Value: | $ | (2,668,347.80) |
| | | |
| **Total LIFO Loss:** | $ | 6,600,992.14 |

| Date | Type | Shares | Price | Retained | Sold | Sold(2) | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|
| 9/17/2021 | Purchase | 84 | 222.11 | 84 | - | - | $ 18,657.24 | |
| 9/17/2021 | Sale | 993 | 222.11 | - | (993) | (179) | | $ (39,757.69) |
| 10/4/2021 | Purchase | 86 | 206.19 | 86 | - | - | $ 17,732.34 | |
| 10/4/2021 | Sale | 1,081 | 206.19 | - | (1,081) | (86) | | $ (17,732.34) |
| 10/6/2021 | Sale | 993 | 207.12 | - | (993) | - | | $ - |
| 11/4/2021 | Sale | 1,159 | 226.21 | - | (1,159) | - | | $ - |
| 11/11/2021 | Sale | 952 | 221.28 | - | (952) | - | | $ - |
| 11/30/2021 | Sale | 5,517 | 221.30 | - | (5,517) | - | | $ - |
| 12/14/2021 | Purchase | 83 | 225.45 | 83 | - | - | $ 18,712.35 | |
| 12/17/2021 | Purchase | 67 | 222.50 | 67 | - | - | $ 14,907.50 | |
| 12/17/2021 | Sale | 913 | 222.50 | - | (913) | (150) | | $ (33,375.00) |
| 1/6/2022 | Sale | 893 | 235.80 | - | (893) | - | | $ - |
| 1/28/2022 | Purchase | 101 | 203.04 | 101 | - | - | $ 20,507.05 | |
| 2/14/2022 | Purchase | 125 | 200.61 | 125 | - | - | $ 25,076.25 | |
| 2/14/2022 | Sale | 946 | 200.61 | - | (946) | (226) | | $ (45,337.86) |
| 3/18/2022 | Purchase | 850 | 229.63 | 850 | - | - | $ 195,185.50 | |
| 3/18/2022 | Purchase | 186 | 229.63 | 186 | - | - | $ 42,711.18 | |
| 3/21/2022 | Purchase | 100 | 229.27 | 100 | - | - | $ 22,926.69 | |
| 4/5/2022 | Purchase | 700 | 229.36 | 700 | - | - | $ 160,552.00 | |
| 4/5/2022 | Purchase | 4,100 | 229.36 | 4,100 | - | - | $ 940,376.00 | |
| 4/5/2022 | Sale | 3,895 | 229.36 | - | (3,895) | (3,895) | | $ (893,357.20) |
| 4/5/2022 | Sale | 921 | 229.36 | - | (921) | (921) | | $ (211,240.56) |
| 4/13/2022 | Purchase | 100 | 245.39 | 100 | - | - | $ 24,539.00 | |
| 4/21/2022 | Sale | 5,033 | 255.83 | - | (5,033) | (1,220) | | $ (312,112.60) |
| 4/25/2022 | Purchase | 200 | 248.49 | 200 | - | - | $ 49,698.00 | |
| 4/25/2022 | Purchase | 700 | 248.49 | 700 | - | - | $ 173,943.00 | |
| 4/25/2022 | Purchase | 4,500 | 248.49 | 4,500 | - | - | $ 1,118,205.00 | |
| 5/19/2022 | Purchase | 122 | 201.33 | 122 | - | - | $ 24,562.26 | |
| 5/31/2022 | Purchase | 11,573 | 220.34 | 11,573 | - | - | $ 2,549,994.82 | |
| 6/17/2022 | Purchase | 1,506 | 230.80 | 1,506 | - | - | $ 347,584.80 | |
| 6/21/2022 | Purchase | 79 | 232.41 | 79 | - | - | $ 18,360.28 | |
| 6/24/2022 | Purchase | 1,200 | 247.90 | 1,200 | - | - | $ 297,480.00 | |
| 6/24/2022 | Sale | 1,123 | 247.90 | - | (1,123) | (1,123) | | $ (278,391.70) |
| 7/6/2022 | Purchase | 72 | 253.18 | 72 | - | - | $ 18,228.96 | |
| 7/11/2022 | Purchase | 600 | 253.88 | 600 | - | - | $ 152,328.00 | |
| 8/5/2022 | Purchase | 1,500 | 253.08 | 1,500 | - | - | $ 379,620.00 | |
| 8/17/2022 | Purchase | 66 | 255.54 | 66 | - | - | $ 16,865.64 | |
| 8/19/2022 | Sale | 1,669 | 253.86 | - | (1,669) | (1,669) | | $ (423,692.34) |
| 9/20/2022 | Purchase | 65 | 244.30 | 65 | - | - | $ 15,879.50 | |
| 9/30/2022 | Purchase | 81 | 239.86 | 81 | - | - | $ 19,428.66 | |
| 10/18/2022 | Purchase | 90 | 237.59 | 90 | - | - | $ 21,383.10 | |
| 11/4/2022 | Sale | 680 | 248.10 | - | (680) | (680) | | $ (168,708.00) |
| 11/25/2022 | Purchase | 55 | 257.23 | 55 | - | - | $ 14,147.65 | |

**NYC Funds' Losses**

Dollar General Corp.
Class Period: 5/28/2020 - 8/30/2023

| Date | Type | Shares | Price | Col1 | Col2 | Col3 | | Amount | | Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/28/2022 | Sale | 519 | 253.10 | - | (519) | (519) | | | $ | (131,358.90) |
| 11/30/2022 | Purchase | 18,683 | 255.68 | 18,683 | - | - | $ | 4,776,869.44 | | |
| 12/16/2022 | Purchase | 358 | 248.25 | 358 | - | - | $ | 88,873.50 | | |
| 12/28/2022 | Purchase | 57 | 245.01 | 57 | - | - | $ | 13,965.57 | | |
| 2/28/2023 | Purchase | 30,224 | 216.30 | 30,224 | - | - | $ | 6,537,451.20 | | |
| 3/1/2023 | Purchase | 69 | 213.79 | 69 | - | - | $ | 14,751.51 | | |
| 3/17/2023 | Sale | 156 | 208.83 | - | (156) | (156) | | | $ | (32,577.48) |
| 3/23/2023 | Purchase | 100 | 202.85 | 100 | - | - | $ | 20,285.00 | | |
| 3/27/2023 | Sale | 1,053 | 206.01 | - | (1,053) | (1,053) | | | $ | (216,928.53) |
| 4/21/2023 | Sale | 1,848 | 218.22 | - | (1,848) | (1,848) | | | $ | (403,270.56) |
| 4/26/2023 | Purchase | 160 | 219.26 | 160 | - | - | $ | 35,081.60 | | |
| 5/2/2023 | Purchase | 2,500 | 218.09 | 2,500 | - | - | $ | 545,234.21 | | |
| 5/12/2023 | Sale | 580 | 218.51 | - | (580) | (580) | | | $ | (126,735.80) |
| 5/31/2023 | Sale | 745 | 201.09 | - | (745) | (745) | | | $ | (149,812.05) |
| 6/1/2023 | Purchase | 100 | 161.86 | 100 | - | - | $ | 16,186.00 | | |
| 6/9/2023 | Sale | 15 | 153.05 | - | (15) | (15) | | | $ | (2,295.75) |
| 6/9/2023 | Sale | 1,362 | 153.05 | - | (1,362) | (1,362) | | | $ | (208,454.10) |
| 6/16/2023 | Purchase | 10,012 | 164.32 | 10,012 | - | - | $ | 1,645,171.84 | | |
| 6/23/2023 | Sale | 900 | 171.15 | - | (900) | (900) | | | $ | (154,035.00) |
| 6/23/2023 | Sale | 1,084 | 171.15 | - | (1,084) | (1,084) | | | $ | (185,526.60) |
| 6/26/2023 | Purchase | 100 | 167.69 | 100 | - | - | $ | 16,769.00 | | |
| 7/11/2023 | Purchase | 89 | 168.46 | 89 | - | - | $ | 14,992.75 | | |
| 7/21/2023 | Purchase | 122 | 167.09 | 122 | - | - | $ | 20,384.98 | | |
| 7/21/2023 | Sale | 895 | 167.09 | - | (895) | (895) | | | $ | (149,545.55) |
| 8/4/2023 | Purchase | 118 | 167.77 | 118 | - | - | $ | 19,796.86 | | |
| ***Post-Class Period Sales on Retained Shares*** | | | | | | | | | | |
| 8/31/2023 | Sale | 44,868 | 138.50 | - | | (44,868) | | | $ | (6,214,218.00) |
| 9/22/2023 | Sale | 947 | 121.23 | - | | (947) | | | $ | (114,805.40) |
| 11/17/2023 | Sale | 2,941 | 121.11 | - | | (2,941) | | | $ | (356,184.51) |
| 11/21/2023 | Sale | 825 | 123.29 | - | | (825) | | | $ | (101,714.25) |

*Pursuant to the PSLRA, post-class period sales are priced at the higher of the sale price and the average price from the beginning of the 90-day period through the sale date.*

*Prices listed are rounded to two decimal places.*

*For shares held at the end of the Class Period and not sold during the 90-day period, losses are calculated based on the difference between the purchase price and the PSLRA look back period average price ($116.5674).*

| NYC Funds' Total LIFO Loss: | $ | 8,825,185.83 |
|---|---|---|

# NYC Funds' Losses

**Board of Education Retirement System of the City of New York**

| Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|
| 6/26/2020 | Purchase | 5,700 | 189.39 | 5,700 | - | - | $ 1,079,523.00 | |
| 6/26/2020 | Sale | 164 | 189.39 | - | (164) | - | | $ - |
| 6/26/2020 | Sale | 224 | 189.39 | - | (224) | - | | $ - |
| 1/14/2021 | Sale | 175 | 213.24 | - | (175) | - | | $ - |
| 2/16/2021 | Sale | 227 | 200.23 | - | (227) | - | | $ - |
| 3/19/2021 | Sale | 43 | 187.78 | - | (43) | - | | $ - |
| 3/19/2021 | Sale | 253 | 187.78 | - | (253) | - | | $ - |
| 3/24/2021 | Sale | 460 | 197.08 | - | (460) | - | | $ - |
| 4/23/2021 | Sale | 700 | 214.01 | - | (700) | - | | $ - |
| 6/25/2021 | Sale | 1,182 | 211.91 | - | (1,182) | - | | $ - |
| 10/26/2021 | Sale | 621 | 221.53 | - | (621) | - | | $ - |
| 1/6/2022 | Sale | 681 | 235.80 | - | (681) | - | | $ - |
| 2/4/2022 | Sale | 500 | 203.22 | - | (500) | - | | $ - |
| 3/18/2022 | Sale | 20 | 229.63 | - | (20) | - | | $ - |
| 3/18/2022 | Sale | 117 | 229.63 | - | (117) | - | | $ - |
| 6/24/2022 | Purchase | 24 | 247.90 | 24 | - | - | $ 5,949.60 | |
| 6/24/2022 | Purchase | 437 | 247.90 | 437 | - | - | $ 108,332.30 | |
| 6/24/2022 | Purchase | 1,100 | 247.90 | 1,100 | - | - | $ 272,690.00 | |
| 9/16/2022 | Purchase | 100 | 243.79 | 100 | - | - | $ 24,379.00 | |
| 9/16/2022 | Sale | 121 | 243.79 | - | (121) | - | | $ - |
| 10/27/2022 | Sale | 200 | 253.54 | - | (200) | - | | $ - |
| 12/16/2022 | Purchase | 100 | 248.25 | 100 | - | - | $ 24,825.00 | |
| 12/16/2022 | Purchase | 100 | 248.25 | 100 | - | - | $ 24,825.00 | |
| 6/23/2023 | Sale | 1,100 | 171.15 | - | (1,100) | - | | $ - |

| FIFO Loss Summary | | |
|---|---|---|
| Total Class Period Purchases: | | 7,561 |
| Total Class Period Sales: | | (6,788) |
| Total Sales on Class Period Purchases: | | - |
| Total Class Period Shares Retained: | | 7,561 |
| 90-Day Lookback Price: | $ | 116.5674 |
| | | |
| Class Period Purchases Cost: | $ | 1,540,523.90 |
| Sales on Class Period Purchases Proceeds: | $ | |
| Post-Class Period Sales on Class Period Purchases Proceeds: | $ | - |
| Total Retained/Remaining Value: | $ | (881,366.26) |
| | | |
| **Total FIFO Loss:** | **$** | **659,157.64** |

Case 3:23-cv-01250   Document 37-3   Filed 01/16/24   Page 8 of 14   PageID #: 465

Dollar General Corp.
Class Period: 5/28/2020 - 8/30/2023

**New York City Fire Department Pension Fund**

| Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|
| 5/28/2020 | Purchase | 27 | 184.89 | 27 | - | - | $ 4,992.03 | |
| 5/29/2020 | Sale | 624 | 191.18 | - | (624) | - | | $ - |
| 6/9/2020 | Sale | 271 | 186.25 | - | (271) | - | | $ - |
| 6/12/2020 | Purchase | 50 | 184.00 | 50 | - | - | $ 9,200.00 | |
| 6/19/2020 | Sale | 4,194 | 188.78 | - | (4,194) | - | | $ - |
| 6/19/2020 | Sale | 5,161 | 188.78 | - | (5,161) | - | | $ - |
| 6/22/2020 | Sale | 37 | 189.25 | - | (37) | - | | $ - |
| 6/26/2020 | Purchase | 8,800 | 189.39 | 8,800 | - | - | $ 1,666,632.00 | |
| 6/26/2020 | Sale | 199 | 189.39 | - | (199) | - | | $ - |
| 6/26/2020 | Sale | 272 | 189.39 | - | (272) | - | | $ - |
| 7/31/2020 | Purchase | 46 | 190.40 | 46 | - | - | $ 8,758.40 | |
| 8/31/2020 | Sale | 1,293 | 201.81 | - | (1,293) | - | | $ - |
| 9/18/2020 | Purchase | 79 | 208.10 | 79 | - | - | $ 16,439.90 | |
| 9/18/2020 | Purchase | 291 | 208.10 | 291 | - | - | $ 60,557.10 | |
| 10/5/2020 | Purchase | 38 | 211.95 | 38 | - | - | $ 8,054.27 | |
| 10/27/2020 | Sale | 387 | 213.71 | - | (387) | - | | $ - |
| 12/14/2020 | Sale | 273 | 205.90 | - | (273) | - | | $ - |
| 12/18/2020 | Purchase | 35 | 210.48 | 35 | - | - | $ 7,366.80 | |
| 12/24/2020 | Purchase | 33 | 211.28 | 33 | - | - | $ 6,972.24 | |
| 1/4/2021 | Sale | 576 | 209.71 | - | (576) | - | | $ - |
| 1/6/2021 | Purchase | 36 | 215.31 | 36 | - | - | $ 7,751.16 | |
| 1/14/2021 | Sale | 594 | 213.24 | - | (594) | - | | $ - |
| 2/16/2021 | Sale | 629 | 200.23 | - | (629) | - | | $ - |
| 3/19/2021 | Sale | 68 | 187.78 | - | (68) | - | | $ - |
| 3/19/2021 | Sale | 400 | 187.78 | - | (400) | - | | $ - |
| 3/19/2021 | Sale | 49 | 187.78 | - | (49) | - | | $ - |
| 4/6/2021 | Sale | 500 | 205.63 | - | (500) | - | | $ - |
| 4/16/2021 | Purchase | 30 | 216.74 | 30 | - | - | $ 6,502.20 | |
| 4/21/2021 | Sale | 700 | 216.84 | - | (700) | - | | $ - |
| 5/10/2021 | Purchase | 28 | 218.86 | 28 | - | - | $ 6,128.08 | |
| 5/27/2021 | Sale | 1,558 | 204.30 | - | (1,558) | - | | $ - |
| 6/1/2021 | Sale | 380 | 201.42 | - | (380) | - | | $ - |
| 6/9/2021 | Sale | 534 | 204.93 | - | (534) | - | | $ - |
| 6/18/2021 | Sale | 3,175 | 212.70 | - | (3,175) | - | | $ - |
| 6/25/2021 | Sale | 400 | 211.91 | - | (400) | - | | $ - |
| 6/25/2021 | Sale | 658 | 211.91 | - | (658) | - | | $ - |
| 8/25/2021 | Purchase | 37 | 234.74 | 37 | - | - | $ 8,685.38 | |
| 9/17/2021 | Purchase | 28 | 222.11 | 28 | - | - | $ 6,219.08 | |
| 9/17/2021 | Sale | 331 | 222.11 | - | (331) | - | | $ - |

| FIFO Loss Summary | | |
|---|---|---|
| Total Class Period Purchases: | | 38,240 |
| Total Class Period Sales: | | (31,662) |
| Total Sales on Class Period Purchases: | | - |
| Total Class Period Shares Retained: | | 38,240 |
| 90-Day Lookback Price: | $ | 116.5674 |
| | | |
| Class Period Purchases Cost: | $ | 8,134,770.65 |
| Sales on Class Period Purchases Proceeds: | $ | - |
| Post-Class Period Sales on Class Period Purchases Proceeds: | $ | (509,680.00) |
| Total Retained/Remaining Value: | $ | (4,028,570.01) |
| | | |
| **Total FIFO Loss:** | **$** | **3,596,520.64** |

Case 3:23-cv-01250   Document 37-3   Filed 01/16/24   Page 9 of 14 PageID #: 466

**NYC Funds' Losses**

Dollar General Corp.
Class Period: 5/28/2020 - 8/30/2023

| Date | Transaction | Shares | Price | Shares | Shares | Loss | |
|---|---|---|---|---|---|---|---|
| 10/6/2021 | Sale | 275 | 207.12 | - | (275) | - | - |
| 10/26/2021 | Sale | 263 | 221.53 | - | (263) | $ - | - |
| 10/29/2021 | Purchase | 58 | 221.52 | 58 | - | $ 12,848.16 | - |
| 11/4/2021 | Sale | 262 | 226.21 | - | (262) | $ - | - |
| 11/19/2021 | Sale | 324 | 224.55 | - | (324) | $ - | - |
| 11/30/2021 | Sale | 1,719 | 221.30 | - | (1,719) | $ - | - |
| 12/13/2021 | Sale | 253 | 226.00 | - | (253) | $ - | - |
| 12/17/2021 | Purchase | 27 | 222.50 | 27 | - | $ 6,007.50 | - |
| 12/17/2021 | Sale | 246 | 222.50 | - | (246) | $ - | - |
| 2/8/2022 | Purchase | 39 | 202.77 | 39 | - | $ 7,908.03 | - |
| 2/14/2022 | Sale | 200 | 200.61 | - | (200) | $ - | - |
| 3/2/2022 | Purchase | 900 | 205.41 | 900 | - | $ 184,869.00 | - |
| 3/2/2022 | Sale | 2,117 | 205.41 | - | (2,117) | $ - | - |
| 3/4/2022 | Purchase | 800 | 210.98 | 800 | - | $ 168,784.00 | - |
| 3/18/2022 | Purchase | 71 | 229.63 | 71 | - | $ 16,303.73 | - |
| 3/21/2022 | Purchase | 32 | 229.27 | 32 | - | $ 7,336.53 | - |
| 5/20/2022 | Purchase | 40 | 187.60 | 40 | - | $ 7,504.00 | - |
| 5/31/2022 | Purchase | 3,466 | 220.34 | 3,466 | - | $ 763,698.44 | - |
| 6/17/2022 | Purchase | 540 | 230.80 | 540 | - | $ 124,632.00 | - |
| 6/23/2022 | Purchase | 35 | 242.34 | 35 | - | $ 8,481.90 | - |
| 6/24/2022 | Purchase | 20 | 247.90 | 20 | - | $ 4,958.00 | - |
| 6/24/2022 | Purchase | 351 | 247.90 | 351 | - | $ 87,012.90 | - |
| 8/9/2022 | Purchase | 25 | 253.96 | 25 | - | $ 6,349.00 | - |
| 8/19/2022 | Sale | 380 | 253.86 | - | (380) | $ - | - |
| 8/31/2022 | Purchase | 523 | 237.42 | 523 | - | $ 124,170.66 | - |
| 9/2/2022 | Purchase | 27 | 243.89 | 27 | - | $ 6,585.13 | - |
| 9/29/2022 | Purchase | 159 | 239.47 | 159 | - | $ 38,075.73 | - |
| 9/29/2022 | Purchase | 36 | 239.47 | 36 | - | $ 8,620.92 | - |
| 10/5/2022 | Purchase | 31 | 242.70 | 31 | - | $ 7,523.70 | - |
| 11/8/2022 | Purchase | 30 | 252.55 | 30 | - | $ 7,576.50 | - |
| 11/9/2022 | Purchase | 100 | 250.30 | 100 | - | $ 25,029.57 | - |
| 11/28/2022 | Sale | 164 | 253.10 | - | (164) | $ - | - |
| 11/30/2022 | Purchase | 6,482 | 255.68 | 6,482 | - | $ 1,657,317.76 | - |
| 12/16/2022 | Purchase | 124 | 248.25 | 124 | - | $ 30,783.00 | - |
| 12/16/2022 | Sale | 19 | 248.25 | - | (19) | $ - | - |
| 12/16/2022 | Sale | 147 | 248.25 | - | (147) | $ - | - |
| 1/25/2023 | Purchase | 32 | 236.12 | 32 | - | $ 7,555.84 | - |
| 2/28/2023 | Purchase | 10,676 | 216.30 | 10,676 | - | $ 2,309,218.80 | - |
| 3/17/2023 | Sale | 38 | 208.83 | - | (38) | $ - | - |
| 4/21/2023 | Sale | 301 | 218.22 | - | (301) | $ - | - |
| 5/16/2023 | Purchase | 32 | 214.94 | 32 | - | $ 6,878.08 | - |
| 5/31/2023 | Purchase | 344 | 201.09 | 344 | - | $ 69,174.96 | - |
| 6/9/2023 | Sale | 4 | 153.05 | - | (4) | $ - | - |

**NYC Funds' Losses**

Dollar General Corp.
Class Period: 5/28/2020 - 8/30/2023

| Date | Type | Shares | Price | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/9/2023 | Sale | 333 | 153.05 | - | (333) | - | | $ - |
| 6/16/2023 | Purchase | 3,598 | 164.32 | 3,598 | - | - | $ 591,223.36 | |
| 6/23/2023 | Sale | 300 | 171.15 | - | (300) | - | | $ - |
| 6/23/2023 | Sale | 336 | 171.15 | - | (336) | - | | $ - |
| 7/11/2023 | Purchase | 36 | 168.46 | 36 | - | - | $ 6,064.50 | |
| 7/21/2023 | Purchase | 48 | 167.09 | 48 | - | - | $ 8,020.32 | |
| 8/1/2023 | Sale | 718 | 168.44 | - | (718) | - | | $ - |

***Post-Class Period Sales on Retained Shares***

| Date | Type | Shares | Price | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8/31/2023 | Sale | 3,680 | 138.50 | - | | (3,680) | | $ (509,680.00) |

*Pursuant to the PSLRA, post-class period sales are priced at the higher of the sale price and the average price from the beginning of the 90-day period through the sale date.*

Case 3:23-cv-01250   Document 37-3   Filed 01/26/24   Page 11 of 14 PageID #: 468

Dollar General Corp.
Class Period: 5/28/2020 - 8/30/2023

**New York City Police Pension Fund**

| Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Cost | | Proceeds | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/29/2020 | Sale | 2,118 | 191.18 | - | (2,118) | - | | | $ | - |
| 6/12/2020 | Purchase | 101 | 184.00 | 101 | - | - | $ | 18,584.00 | | |
| 6/19/2020 | Sale | 11,926 | 188.78 | - | (11,926) | - | | | $ | - |
| 6/19/2020 | Sale | 14,676 | 188.78 | - | (14,676) | - | | | $ | - |
| 6/22/2020 | Sale | 117 | 189.25 | - | (117) | - | | | $ | - |
| 6/26/2020 | Purchase | 18,800 | 189.39 | 18,800 | - | - | $ | 3,560,532.00 | | |
| 6/26/2020 | Sale | 714 | 189.39 | - | (714) | - | | | $ | - |
| 6/26/2020 | Sale | 973 | 189.39 | - | (973) | - | | | $ | - |
| 7/31/2020 | Purchase | 78 | 190.40 | 78 | - | - | $ | 14,851.20 | | |
| 8/31/2020 | Purchase | 90 | 201.88 | 90 | - | - | $ | 18,169.20 | | |
| 8/31/2020 | Sale | 4,391 | 201.81 | - | (4,391) | - | | | $ | - |
| 9/18/2020 | Purchase | 220 | 208.10 | 220 | - | - | $ | 45,782.00 | | |
| 9/18/2020 | Purchase | 808 | 208.10 | 808 | - | - | $ | 168,144.80 | | |
| 9/24/2020 | Purchase | 39 | 205.02 | 39 | - | - | $ | 7,995.78 | | |
| 10/5/2020 | Purchase | 71 | 211.95 | 71 | - | - | $ | 15,048.77 | | |
| 12/2/2020 | Sale | 900 | 217.54 | - | (900) | - | | | $ | - |
| 12/18/2020 | Purchase | 96 | 210.48 | 96 | - | - | $ | 20,206.08 | | |
| 12/24/2020 | Purchase | 61 | 211.28 | 61 | - | - | $ | 12,888.08 | | |
| 1/4/2021 | Sale | 1,332 | 209.71 | - | (1,332) | - | | | $ | - |
| 1/6/2021 | Purchase | 91 | 215.31 | 91 | - | - | $ | 19,593.21 | | |
| 1/15/2021 | Sale | 700 | 211.44 | - | (700) | - | | | $ | - |
| 1/15/2021 | Sale | 800 | 211.44 | - | (800) | - | | | $ | - |
| 2/12/2021 | Sale | 1,800 | 198.60 | - | (1,800) | - | | | $ | - |
| 3/3/2021 | Purchase | 86 | 182.89 | 86 | - | - | $ | 15,728.54 | | |
| 3/19/2021 | Sale | 228 | 187.78 | - | (228) | - | | | $ | - |
| 3/19/2021 | Sale | 1,351 | 187.78 | - | (1,351) | - | | | $ | - |
| 3/19/2021 | Sale | 182 | 187.78 | - | (182) | - | | | $ | - |
| 4/6/2021 | Sale | 2,300 | 205.63 | - | (2,300) | - | | | $ | - |
| 4/16/2021 | Purchase | 78 | 216.74 | 78 | - | - | $ | 16,905.72 | | |
| 4/21/2021 | Sale | 1,645 | 216.98 | - | (1,645) | - | | | $ | - |
| 4/21/2021 | Sale | 1,100 | 216.84 | - | (1,100) | - | | | $ | - |
| 5/4/2021 | Purchase | 119 | 215.80 | 119 | - | - | $ | 25,680.20 | | |
| 5/27/2021 | Sale | 3,969 | 204.30 | - | (3,969) | - | | | $ | - |
| 6/1/2021 | Sale | 1,047 | 201.42 | - | (1,047) | - | | | $ | - |
| 6/9/2021 | Sale | 1,715 | 204.93 | - | (1,715) | - | | | $ | - |
| 6/18/2021 | Sale | 9,081 | 212.70 | - | (9,081) | - | | | $ | - |
| 6/25/2021 | Sale | 700 | 211.91 | - | (700) | - | | | $ | - |
| 6/25/2021 | Sale | 2,430 | 211.91 | - | (2,430) | - | | | $ | - |
| 8/25/2021 | Purchase | 95 | 234.74 | 95 | - | - | $ | 22,300.30 | | |

| FIFO Loss Summary | | |
|---|---|---|
| Total Class Period Purchases: | | 112,916 |
| Total Class Period Sales: | | (102,120) |
| Total Sales on Class Period Purchases: | | - |
| Total Class Period Shares Retained: | | 112,916 |
| 90-Day Lookback Price: | $ | 116.5674 |
| | | |
| Class Period Purchases Cost: | $ | 24,467,816.12 |
| Sales on Class Period Purchases Proceeds: | $ | - |
| Post-Class Period Sales on Class Period Purchases Proceeds: | $ | (2,506,333.25) |
| Total Retained/Remaining Value: | $ | (10,931,459.45) |
| | | |
| **Total FIFO Loss:** | $ | **11,030,023.42** |

Case 3:23-cv-01250    Document 37-3    Filed 01/26/24    Page 12 of 14 PageID #: 469

Dollar General Corp.
Class Period: 5/28/2020 - 8/30/2023

| Date | Transaction | Shares | Price | Purchased | Sold | | Amount | |
|---|---|---|---|---|---|---|---|---|
| 9/17/2021 | Purchase | 84 | 222.11 | 84 | - | $ | 18,657.24 | - |
| 9/17/2021 | Sale | 993 | 222.11 | - | (993) | $ | - | - |
| 10/4/2021 | Purchase | 86 | 206.19 | 86 | - | $ | 17,732.34 | - |
| 10/4/2021 | Sale | 1,081 | 206.19 | - | (1,081) | $ | - | - |
| 10/6/2021 | Sale | 993 | 207.12 | - | (993) | | | - |
| 11/4/2021 | Sale | 1,159 | 226.21 | - | (1,159) | $ | - | - |
| 11/11/2021 | Sale | 952 | 221.28 | - | (952) | $ | - | - |
| 11/30/2021 | Sale | 5,517 | 221.30 | - | (5,517) | $ | - | - |
| 12/14/2021 | Purchase | 83 | 225.45 | 83 | - | $ | 18,712.35 | - |
| 12/17/2021 | Purchase | 67 | 222.50 | 67 | - | $ | 14,907.50 | - |
| 12/17/2021 | Sale | 913 | 222.50 | - | (913) | $ | - | - |
| 1/6/2022 | Sale | 893 | 235.80 | - | (893) | $ | - | - |
| 1/28/2022 | Purchase | 101 | 203.04 | 101 | - | $ | 20,507.05 | - |
| 2/14/2022 | Purchase | 125 | 200.61 | 125 | - | $ | 25,076.25 | - |
| 2/14/2022 | Sale | 946 | 200.61 | - | (946) | $ | - | - |
| 3/18/2022 | Purchase | 850 | 229.63 | 850 | - | $ | 195,185.50 | - |
| 3/18/2022 | Purchase | 186 | 229.63 | 186 | - | $ | 42,711.18 | - |
| 3/21/2022 | Purchase | 100 | 229.27 | 100 | - | $ | 22,926.69 | - |
| 4/5/2022 | Purchase | 700 | 229.36 | 700 | - | $ | 160,552.00 | - |
| 4/5/2022 | Purchase | 4,100 | 229.36 | 4,100 | - | $ | 940,376.00 | - |
| 4/5/2022 | Sale | 3,895 | 229.36 | - | (3,895) | $ | - | - |
| 4/5/2022 | Sale | 921 | 229.36 | - | (921) | $ | - | - |
| 4/13/2022 | Purchase | 100 | 245.39 | 100 | - | $ | 24,539.00 | - |
| 4/21/2022 | Sale | 5,033 | 255.83 | - | (5,033) | $ | - | - |
| 4/25/2022 | Purchase | 200 | 248.49 | 200 | - | $ | 49,698.00 | - |
| 4/25/2022 | Purchase | 700 | 248.49 | 700 | - | $ | 173,943.00 | - |
| 4/25/2022 | Purchase | 4,500 | 248.49 | 4,500 | - | $ | 1,118,205.00 | - |
| 5/19/2022 | Purchase | 122 | 201.33 | 122 | - | $ | 24,562.26 | - |
| 5/31/2022 | Purchase | 11,573 | 220.34 | 11,573 | - | $ | 2,549,994.82 | - |
| 6/17/2022 | Purchase | 1,506 | 230.80 | 1,506 | - | $ | 347,584.80 | - |
| 6/21/2022 | Purchase | 79 | 232.41 | 79 | - | $ | 18,360.28 | - |
| 6/24/2022 | Purchase | 1,200 | 247.90 | 1,200 | - | $ | 297,480.00 | - |
| 6/24/2022 | Sale | 1,123 | 247.90 | - | (1,123) | $ | - | - |
| 7/6/2022 | Purchase | 72 | 253.18 | 72 | - | $ | 18,228.96 | - |
| 7/11/2022 | Purchase | 600 | 253.88 | 600 | - | $ | 152,328.00 | - |
| 8/5/2022 | Purchase | 1,500 | 253.08 | 1,500 | - | $ | 379,620.00 | - |
| 8/17/2022 | Purchase | 66 | 255.54 | 66 | - | $ | 16,865.64 | - |
| 8/19/2022 | Sale | 1,669 | 253.86 | - | (1,669) | $ | - | - |
| 9/20/2022 | Purchase | 65 | 244.30 | 65 | - | $ | 15,879.50 | - |
| 9/30/2022 | Purchase | 81 | 239.86 | 81 | - | $ | 19,428.66 | - |
| 10/18/2022 | Purchase | 90 | 237.59 | 90 | - | $ | 21,383.10 | - |
| 11/4/2022 | Sale | 680 | 248.10 | - | (680) | $ | - | - |
| 11/25/2022 | Purchase | 55 | 257.23 | 55 | - | $ | 14,147.65 | - |

**NYC Funds' Losses**

| Date | Transaction | Shares | Price | Retained | (Sold) | FIFO $ | Post-Class $ |
|---|---|---|---|---|---|---|---|
| 11/28/2022 | Sale | 519 | 253.10 | - | (519) | $ - | |
| 11/30/2022 | Purchase | 18,683 | 255.68 | 18,683 | - | $ 4,776,869.44 | $ - |
| 12/16/2022 | Purchase | 358 | 248.25 | 358 | - | $ 88,873.50 | $ - |
| 12/28/2022 | Purchase | 57 | 245.01 | 57 | - | $ 13,965.57 | $ - |
| 2/28/2023 | Purchase | 30,224 | 216.30 | 30,224 | - | $ 6,537,451.20 | $ - |
| 3/1/2023 | Purchase | 69 | 213.79 | 69 | - | $ 14,751.51 | $ - |
| 3/17/2023 | Sale | 156 | 208.83 | - | (156) | $ - | |
| 3/23/2023 | Purchase | 100 | 202.85 | 100 | - | $ 20,285.00 | $ - |
| 3/27/2023 | Sale | 1,053 | 206.01 | - | (1,053) | $ - | |
| 4/21/2023 | Sale | 1,848 | 218.22 | - | (1,848) | $ - | |
| 4/26/2023 | Purchase | 160 | 219.26 | 160 | - | $ 35,081.60 | $ - |
| 5/2/2023 | Purchase | 2,500 | 218.09 | 2,500 | - | $ 545,234.21 | $ - |
| 5/12/2023 | Sale | 580 | 218.51 | - | (580) | $ - | |
| 5/31/2023 | Sale | 745 | 201.09 | - | (745) | $ - | |
| 6/1/2023 | Purchase | 100 | 161.86 | 100 | - | $ 16,186.00 | $ - |
| 6/9/2023 | Sale | 15 | 153.05 | - | (15) | $ - | |
| 6/9/2023 | Sale | 1,362 | 153.05 | - | (1,362) | $ - | |
| 6/16/2023 | Purchase | 10,012 | 164.32 | 10,012 | - | $ 1,645,171.84 | $ - |
| 6/23/2023 | Sale | 900 | 171.15 | - | (900) | $ - | |
| 6/23/2023 | Sale | 1,084 | 171.15 | - | (1,084) | $ - | |
| 6/26/2023 | Purchase | 100 | 167.69 | 100 | - | $ 16,769.00 | $ - |
| 7/11/2023 | Purchase | 89 | 168.46 | 89 | - | $ 14,992.75 | $ - |
| 7/21/2023 | Purchase | 122 | 167.09 | 122 | - | $ 20,384.98 | $ - |
| 7/21/2023 | Sale | 895 | 167.09 | - | (895) | $ - | |
| 8/4/2023 | Purchase | 118 | 167.77 | 118 | - | $ 19,796.86 | $ - |
| **Post-Class Period Sales on Retained Shares** | | | | | | | |
| 8/31/2023 | Sale | 13,516 | 138.50 | - | (13,516) | | $ (1,871,966.00) |
| 9/22/2023 | Sale | 1,097 | 121.23 | - | (1,097) | | $ (132,990.00) |
| 11/17/2023 | Sale | 3,300 | 121.11 | - | (3,300) | | $ (399,663.00) |
| 11/21/2023 | Sale | 825 | 123.29 | - | (825) | | $ (101,714.25) |

*Pursuant to the PSLRA, post-class period sales are priced at the higher of the sale price and the average price from the beginning of the 90-day period through the sale date.*

*Prices listed are rounded to two decimal places.*

*For shares held at the end of the Class Period and not sold during the 90-day period, losses are calculated based on the difference between the purchase price and the PSLRA look back period average price ($116.5674).*

**NYC Funds' Total FIFO Loss:** $ 15,285,705.70