**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>                                        Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, and KELLY M. DILTS,<br><br>                                        Defendants. | Case No. 3:23-CV-01250<br><br>CLASS ACTION<br><br>Judge Aleta A. Trauger |

### JOINT MOTION FOR SCHEDULING ORDER

Plaintiff Washtenaw County Employees' Retirement System ("Plaintiff") and Dollar General Corporation, Todd J. Vasos, Jeffrey C. Owen, John W. Garrat and Kelly M. Dilts ("Defendants") (Plaintiff and Defendants together the "Parties") hereby move the Court for approval of the schedule proposed below for filing of a consolidated amended complaint and any response thereto and enter the Proposed Order submitted with this Motion, showing the Court as follows:

1.      Washtenaw County Employees' Retirement System filed a putative Class Action Complaint on November 27, 2023 alleging violations of the Securities Act of 1934 and Rule 10b-5 promulgated thereunder.  The action names as defendants Dollar General Corporation, Todd J. Vasos, Jeffrey C. Owen, John W. Garrat and Kelly M. Dilts.

2.      Counsel for Defendants named in the Washtenaw County Action signed waivers of service on December 4, 2023.  Pursuant to those waivers and Federal Rule of Civil Procedure 4,