## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, AND KELLY M. DILTS,<br><br>Defendants. | Case No. 3:23-cv-01250<br><br>Judge Aleta A. Trauger<br><br>CLASS ACTION |

**THE NYC FUNDS' RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL FOR THE CLASS**

The New York City Police Pension Fund, the New York City Fire Department Pension Fund, and the Board of Education Retirement System of the City of New York ("the NYC Funds") respectfully submit this response to the competing motions for appointment as lead plaintiff and approval of selection of class counsel. Based on the representations made in the competing motions and accompanying materials, the NYC Funds' reported LIFO loss of approximately $8.8 million from transactions in Dollar General stock[1] does not appear to be the largest financial interest in the relief sought by the class under the Private Securities Litigation Reform Act of 1995.

The NYC Funds has made a detailed showing that it can serve effectively as lead plaintiff: its interests are well-aligned with those of the class, it is highly invested in the outcome of this litigation, and it brings extensive experience leading securities class actions, including having in-house counsel who are experienced in securities litigation and who will ensure that the litigation is client-driven. The NYC Funds also retained highly qualified and experienced counsel to represent the class in this action. *See* ECF No. 36, at 8–9.

Accordingly, for the reasons described in this response and in its opening submissions (ECF Nos. 35-37), the NYC Funds demonstrated that it is more than qualified and willing to serve as a lead plaintiff should the Court in its discretion deem it necessary or appropriate. The NYC Funds make this filing without waiving its right to file a reply in connection with this motion and/or to address those issues at any future hearing before the Court, should either be warranted.

---

[1] In accordance with the four-factor test for largest financial interest, the NYC Funds reported that during the Class Period (i.e., May 28, 2020, through August 30, 2023, inclusive) it: (1) purchased a total of 158,317 shares of Dollar General stock; (2) purchased a net amount of 17,747 shares of Dollar General stock; (3) had net expenditures of $5,216,264.37 of Dollar General stock; and (4) suffered a LIFO loss of $8,825,185.83 as a result of the disclosure of the fraud. *See* Declaration of J. Gerard Stranch, ECF No. 37, Ex. C (loss analysis charts).

1

DATED: February 9, 2024

Respectfully submitted,

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV (TN BPR 23045)
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Ste. 200
Nashville, TN 37203
Telephone: 615-254-8801
gstranch@stranchlaw.com

*Proposed Liaison Counsel for Proposed Lead Plaintiff
the NYC Funds*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Julie Goldsmith Reiser
Molly Bowen
Margaret (Emmy) Wydman
1100 New York Ave NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
stoll@cohenmilstein.com
jreiser@cohenmilstein.com
mbowen@cohenmilstein.com
ewydman@cohenmilstein.com

*Proposed Lead Counsel for Proposed Lead Plaintiff
the NYC Funds*

2

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies the foregoing document was filed with the Court's Case Management/Electronic Case Filing System, on February 9, 2024 and served upon the following counsel:

Christopher M. Wood (TN #032977)
Robbins Geller Rudman & Dowd LLP
200 31st Avenue North
Nashville, TN 37203
(615) 244-2203
cwood@rgrdlaw.com

Jerry E. Martin (TN #20193)
Barrett Johnston Martin & Garrison, LLC
200 31st Avenue North
Nashville, TN 37203
615/244-2202
jmartin@barrettjohnston.com

Thomas C. Michaud
Vanoverbeke, Michaud & Timmony, P.C.
79 Alfred Street
Detroit, MI 48201
313/578-1200
tmichaud@vmtlaw.com

Steven A. Riley (TN #6258)
Milton S. McGee, III (TN #24150 )
Riley & Jacobson, PLC
1906 West End. Ave.
Nashville, TN 37203
T: (615) 320-3700
sriley@rjfirm.com
tmcgee@rjfirm.com

Peter E. Kazanoff
Amy L. Dawson
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Tel: 212.455.2000
pkazanoff@stblaw.com
amy.dawson@stblaw.com

Jerry E. Martin
Christopher M. Wood
Barrett Johnston Martin & Garrison, LLC
200 31st Avenue North
Nashville, TN 37203
jmarting@barrettjohnston.com
cwood@rgrdlaw.com

Darren J. Robbins
Brian E. Cochran
Robbins Geller Rudman & Dowd, LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101
drobbins@rgrdlaw.com
bcochran@rgrdlaw.com

Samuel H. Rudman
Mary K. Blasy
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY 11747
srudman@rgrdlaw.com
mblasy@rgrdlaw.com

Thomas C. Michaud
Vanoverbeke, Michaud & Timmony, P.C.
79 Alfred Street
Detroit, MI 48201
tmichaud@vmtlaw.com

<u>/s/ J. Gerard Stranch, IV</u>
J. Gerard Stranch, IV (TN BPR 23045)