Motion GRANTED.  Initial case management conference is continued.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

|  |  |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, and KELLY M. DILTS,<br><br>                              Defendants. | Case No. 3:23-CV-01250<br><br>CLASS ACTION<br><br>Judge Aleta A. Trauger |

## JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Lead Plaintiffs Universal-Investment-Gesellschaft mbH and Quoniam Asset Management GmbH ("Lead Plaintiffs") and Defendants Dollar General Corporation, Todd J. Vasos, Jeffrey C. Owen, John W. Garratt, and Kelly M. Dilts ("Defendants" and together with Lead Plaintiffs, the "Parties") jointly move the Court to continue the initial case management conference currently scheduled for 3:30 p.m. on April 25, 2024.  Dkt. No. 7.

On January 29, 2024, the Court entered an Order (the "Scheduling Order") establishing, in relevant part, a briefing schedule for Defendants' response to the Consolidated Amended Complaint ("CAC") to be filed by Lead Plaintiffs.  Dkt. No. 39.  Pursuant to the Scheduling Order, Lead Plaintiffs have 60 days from April 4, 2024, to file the CAC, and Defendants thereafter have 60 days from the filing of the CAC to file their response.  *Id.*  If Defendants respond by moving to dismiss the CAC, the Scheduling Order also provides a briefing schedule for any such motion(s) to dismiss.  *Id.*  Pursuant to the Private Securities Litigation Reform Act of 1995, all discovery and