Motion GRANTED.
Extension to 6/17/2024.

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>   vs.<br><br>DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, and KELLY M. DILTS,<br><br>       Defendants. | Civil Action No. 3:23-cv-01250<br><br>CLASS ACTION<br><br>Judge Aleta A. Trauger |

## LEAD PLAINTIFFS' FIRST, UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A CONSOLIDATED AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1) and LR 6.01 of the United States District Court for the Middle District of Tennessee, Court-appointed Lead Plaintiffs Universal-Investment-Gesellschaft mbH and Quoniam Asset Management GmbH ("Lead Plaintiffs"), by and through their undersigned counsel, respectfully move the Court for a two-week extension of the original deadline of June 3, 2024 for Lead Plaintiffs to file a Consolidated Amended Complaint ("CAC") through and including June 17, 2024, and respectfully show the Court the following:

1.     On November 27, 2023, Plaintiff Washtenaw County Employees' Retirement System ("Washtenaw County") filed a putative Class Action Complaint against Defendants. Dkt. No. 1.

2.     On or about November 27, 2023, Washtenaw County published the required notice advising members of the purported plaintiff class of the filing, and the deadline for a plaintiff to seek appointment as Lead Plaintiff was set for January 26, 2024.