Motion GRANTED.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, and KELLY M. DILTS, <br><br> Defendants. | Case No. 3:23-CV-01250 <br><br> CLASS ACTION <br><br> Judge Aleta A. Trauger |

## DEFENDANTS' FIRST, UNOPPOSED MOTION FOR RELIEF FROM THE COURT'S PAGE LIMITS FOR BRIEFS AND FOR AN EXTENSION OF TIME TO FILE MOTIONS TO DISMISS

Defendants Dollar General Corporation, Todd J. Vasos, Jeffrey C. Owen, John W. Garratt and Kelly M. Dilts (collectively "Defendants") respectfully request that the Court grant relief from the page limit for briefs in the Court's Practice and Procedure Manual § III.C.3 in connection with Defendants' forthcoming Motions to Dismiss. Defendants additionally respectfully request a brief, 30-day extension of the deadline to file their Motions to Dismiss.

On June 17, 2024, Lead Plaintiffs filed a 181-page, 479 paragraph amended complaint. (Doc. 63). Lead Plaintiffs allege (1) violations of Section 10(b) of the Exchange Act and Rule 10b-5(a), (b) and (c) by all Defendants; (2) violations of Section 20(a) of the Exchange Act by the individual defendants; and (3) violations of Section 20A of the Exchange Act by defendants Vasos and Garratt. Under the current schedule, Defendants' motions to dismiss are due on August 16,

1