Motion GRANTED.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, and KELLY M. DILTS, <br><br> Defendants. | Case No. 3:23-CV-01250 <br><br> CLASS ACTION <br><br> Judge Aleta A. Trauger |

## JOINT MOTION FOR AN EXTENSION OF TIME
## TO FILE MOTIONS TO DISMISS

Lead Plaintiffs Universal-Investment-Gesellschaft mbH and Quoniam Asset Management GmbH ("Lead Plaintiffs") and Defendants Dollar General Corporation ("Dollar General"), Todd J. Vasos, Jeffrey C. Owen, John W. Garratt, and Kelly M. Dilts ("Defendants" and together with Lead Plaintiffs, the "Parties") jointly move the Court for a 30-day extension of the current deadline for Defendants to file their motions to dismiss.

On June 17, 2024, Lead Plaintiffs filed a 190-page, 479 paragraph amended complaint (the "Amended Complaint") (Doc. 63), which was Lead Plaintiffs' initial pleading after being appointed by the Court pursuant to the Private Securities Litigation Reform Act of 1995. (Doc. 51). Lead Plaintiffs allege (1) violations of Section 10(b) of the Exchange Act and Rule 10b-5(a), (b) and (c) by all Defendants; (2) violations of Section 20(a) of the Exchange Act by the individual defendants; and (3) violations of Section 20A of the Exchange Act by defendants Vasos and Garratt. On July 17, 2024, the Court granted Defendants' unopposed request for a 30-day