# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, and KELLY M. DILTS,<br><br>                    Defendants. | Case No. 3:23-CV-01250<br><br>CLASS ACTION<br><br>Judge Aleta A. Trauger |

## [PROPOSED] ORDER

Pending before the Court is Lead Plaintiffs' Unopposed Motion for Leave to Amend and the Parties' Agreed Motion for an Amended Scheduling Order. Having considered these written submissions, the Court grants the Motions and ORDERS as follows:

1. Lead Plaintiffs' Unopposed Motion for Leave to Amend is granted.

2. Defendants' motion(s) to dismiss the Second Consolidated Amended Complaint will be due on November 15, 2024 and will not exceed 70 pages;

3. Lead Plaintiffs' opposition(s) to Defendants' motion(s) to dismiss will be due on January 21, 2025 and will not exceed 70 pages; and

4. Defendants' reply (or replies) to Lead Plaintiffs' opposition(s) will be due on February 21, 2025 and will not exceed 18 pages.

IT IS SO ORDERED.

                                                   _____

                                                   Aleta A. Trauger, United States District Judge