# EXHIBIT A

# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

The undersigned, Nigel Cresswell and Silke Weiser-Walther, on behalf of the Court-appointed Lead Plaintiff Quoniam Asset Management GmbH ("Quoniam"), on account of the funds listed in the attached Schedule A (the "Funds"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We are duly authorized to institute legal action on behalf of Quoniam and the Funds, including litigation against Dollar General Corporation and any other defendants.

2. We have reviewed the Second Consolidated Amended Complaint and authorize its filing.

3. The Funds did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4. Quoniam is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Quoniam fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

5. The Funds' transactions in the Dollar General Corporation securities that are the subject of this action are set forth in the attached Schedule A.

6. Quoniam has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Pembroke Pines Firefighters & Police Officers Pension Fund v. Abbott Laboratories*, No. 22-cv-4661 (N.D. Ill.)
*Washtenaw County Employees' Retirement System v. Dollar General Corporation*, No. 23-cv-1250 (M.D. Tenn.)

7. Quoniam will not accept any payment for serving as a representative party on behalf of the Class beyond Quoniam's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___ day of _10.10._ , 2024.

For Quoniam Asset Management GmbH:

Nigel Cresswell
CEO, Managing Partner

Silke Weiser-Walther
CFO & CCO, Managing Partner

<u>**Schedule A**</u>

**Quoniam Asset Management GmbH**
**Transactions in Dollar General Corporation**

| <u>Fund</u> | <u>Transaction</u> | <u>Date</u> | <u>Shares</u> | <u>Price</u> |
|---|---|---|---|---|
| Global Equities MinRisk | Purchase | 4/13/2021 | 5,838 | 211.8550 |
| Global Equities MinRisk | Purchase | 9/27/2022 | 3,856 | 236.1862 |
| Global Equities MinRisk | Purchase | 10/19/2022 | 3,676 | 238.1784 |
| Global Equities MinRisk | Purchase | 10/20/2022 | 2,952 | 237.7963 |
| Global Equities MinRisk | Purchase | 11/29/2022 | 1,114 | 252.0340 |
| Global Equities MinRisk | Purchase | 6/29/2023 | 4,390 | 167.4804 |
| Global Equities MinRisk | Sale | 6/2/2020 | (2,170) | 191.5226 |
| Global Equities MinRisk | Sale | 6/3/2020 | (800) | 189.7873 |
| Global Equities MinRisk | Sale | 3/21/2023 | (979) | 209.3738 |
| Global Equities MinRisk | Sale | 4/12/2023 | (1,355) | 216.2400 |
| Global Equities MinRisk | Sale | 4/13/2023 | (1,539) | 216.5700 |
| Global Equities MinRisk | Sale | 5/9/2023 | (3,515) | 220.7877 |
| Global Equities MinRisk | Sale | 10/23/2023 | (2,291) | 116.6700 |
| Global Equities MinRisk | Sale | 4/23/2024 | (2,314) | 143.1950 |
| Global Equities MinRisk | Sale | 6/5/2024 | (9,833) | 134.4200 |
| UIN-Fonds Nr. 618 | Purchase | 2/23/2021 | 922 | 196.2390 |
| UIN-Fonds Nr. 618 | Purchase | 8/26/2021 | 1,050 | 224.3186 |
| UIN-Fonds Nr. 618 | Purchase | 12/9/2021 | 614 | 221.2172 |
| UIN-Fonds Nr. 618 | Purchase | 2/17/2022 | 1,229 | 197.8303 |
| UIN-Fonds Nr. 618 | Purchase | 9/20/2022 | 1,355 | 243.5790 |
| UIN-Fonds Nr. 618 | Purchase | 9/20/2022 | 416 | 243.2120 |
| UIN-Fonds Nr. 618 | Purchase | 10/25/2022 | 1,052 | 249.5556 |
| UIN-Fonds Nr. 618 | Purchase | 7/11/2023 | 1,226 | 169.6790 |
| UIN-Fonds Nr. 618 | Sale | 10/20/2020 | (531) | 219.2748 |
| UIN-Fonds Nr. 618 | Sale | 10/8/2021 | (490) | 210.2891 |
| UIN-Fonds Nr. 618 | Sale | 4/3/2023 | (611) | 211.8700 |
| UIN-Fonds Nr. 618 | Sale | 4/17/2024 | (6,763) | 145.1800 |