# EXHIBIT B

**CERTIFICATION PURSUANT TO**
**THE FEDERAL SECURITIES LAWS**

The undersigned, Titus Noltenius and Philipp Gengenbach, on behalf of the Court-appointed Lead Plaintiff Universal-Investment-Gesellschaft mbH ("Universal"), on account of the funds listed in the attached Schedule A (the "Funds"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.  We are duly authorized to institute legal action on behalf of Universal and the Funds, including litigation against Dollar General Corporation and any other defendants.

2.  We have reviewed the Second Consolidated Amended Complaint and authorize its filing.

3.  The Funds did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4.  Universal is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Universal fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

5.  The Funds' transactions in the Dollar General Corporation securities that are the subject of this action are set forth in the attached Schedule A.

6.  Universal has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*In re Seagate Technology Holdings plc Securities Litigation*,
No. 23-cv-3431 (N.D. Cal.)
*Crain v. Upstart Holdings, Inc.*, No. 22-cv-2935 (S.D. Ohio)
*Joyce v. Amazon.com, Inc.*, No. 22-cv-617 (W.D. Wash.)
*Kangas v. Illumina, Inc.*, No. 23-cv-2082 (S.D. Cal.)
*Washtenaw County Employees' Retirement System v. Dollar General Corporation*, No. 23-cv-1250 (M.D. Tenn.)

7. Universal will not accept any payment for serving as a representative party on behalf of the Class beyond Universal's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16 day of October 2024.

For Universal-Investment-Gesellschaft mbH:

DocuSigned by:

17.10.2024 | 08:32 MESZ

A8F3DE5225BF433...

Titus Noltenius
Head of Legal Fund Governance

DocuSigned by:

10.2024 | 08:45 MESZ

FA471D61A2E5456...

Philipp Gengenbach
Legal Counsel

Docusign Envelope ID: 56CEA6EC-A9C1-4904-9E7C-BF23FCE1EEC3

## Schedule A

### Universal-Investment-Gesellschaft mbH
### Transactions in Dollar General Corporation

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| 379000-379001 | Purchase | 8/26/2021 | 14,000 | 218.9417 |
| 379000-379001 | Purchase | 8/27/2021 | 14,000 | 224.3500 |
| 379000-379001 | Purchase | 8/27/2021 | 7,000 | 224.1839 |
| 379000-379001 | Purchase | 8/30/2021 | 4,200 | 226.7298 |
| 379000-379001 | Purchase | 8/31/2021 | 8,000 | 225.0885 |
| 379000-379001 | Purchase | 9/2/2021 | 5,200 | 224.0498 |
| 379000-379001 | Purchase | 9/7/2021 | 4,600 | 221.5139 |
| 379000-379001 | Purchase | 9/9/2021 | 4,800 | 223.7163 |
| 379000-379001 | Purchase | 9/27/2022 | 16,080 | 239.8117 |
| 379000-379001 | Purchase | 10/6/2022 | 1,331 | 241.8032 |
| 379000-379001 | Purchase | 12/7/2022 | 31,502 | 248.9700 |
| 379000-379001 | Purchase | 3/8/2023 | 447 | 218.1621 |
| 379000-379001 | Purchase | 3/9/2023 | 10,193 | 217.4600 |
| 379000-379001 | Purchase | 3/17/2023 | 221 | 207.8653 |
| 379000-379001 | Purchase | 3/31/2023 | 1,886 | 208.5073 |
| 379000-379001 | Purchase | 3/31/2023 | 60 | 209.0892 |
| 379000-379001 | Purchase | 3/31/2023 | 351 | 208.0600 |
| 379000-379001 | Purchase | 3/31/2023 | 483 | 208.6700 |
| 379000-379001 | Purchase | 3/31/2023 | 368 | 209.2764 |
| 379000-379001 | Purchase | 4/11/2023 | 1,612 | 219.0570 |
| 379000-379001 | Purchase | 4/11/2023 | 1,612 | 218.6625 |
| 379000-379001 | Purchase | 4/11/2023 | 834 | 218.9755 |
| 379000-379001 | Purchase | 4/12/2023 | 2,117 | 218.2053 |
| 379000-379001 | Purchase | 4/12/2023 | 242 | 217.5550 |
| 379000-379001 | Purchase | 4/12/2023 | 810 | 216.7618 |
| 379000-379001 | Purchase | 4/12/2023 | 408 | 218.2050 |
| 379000-379001 | Purchase | 4/12/2023 | 70 | 217.5100 |
| 379000-379001 | Purchase | 4/12/2023 | 226 | 217.1748 |
| 379000-379001 | Purchase | 4/13/2023 | 341 | 214.8334 |
| 379000-379001 | Purchase | 5/2/2023 | 1,973 | 220.0309 |
| 379000-379001 | Purchase | 5/2/2023 | 197 | 219.8300 |
| 379000-379001 | Purchase | 5/3/2023 | 822 | 219.1976 |
| 379000-379001 | Purchase | 5/3/2023 | 878 | 218.9185 |
| 379000-379001 | Purchase | 5/18/2023 | 2,701 | 217.3396 |
| 379000-379001 | Purchase | 5/18/2023 | 466 | 217.7150 |
| 379000-379001 | Purchase | 5/19/2023 | 1,539 | 215.7756 |
| 379000-379001 | Sale | 10/20/2021 | (33,450) | 214.5580 |
| 379000-379001 | Sale | 11/30/2021 | (830) | 221.3000 |
| 379000-379001 | Sale | 2/3/2022 | (700) | 205.5400 |

Docusign Envelope ID: 56CEA6EC-A9C1-4904-9E7C-BF23FCE1EEC3

## Schedule A

**Universal-Investment-Gesellschaft mbH**
**Transactions in Dollar General Corporation**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| 379000-379001 | Sale | 1/12/2023 | (2,664) | 232.3311 |
| 379000-379001 | Sale | 1/12/2023 | (918) | 232.7392 |
| 379000-379001 | Sale | 1/12/2023 | (918) | 232.1567 |
| 379000-379001 | Sale | 1/12/2023 | (918) | 232.4812 |
| 379000-379001 | Sale | 1/13/2023 | (703) | 233.1874 |
| 379000-379001 | Sale | 2/17/2023 | (4,334) | 226.8667 |
| 379000-379001 | Sale | 2/21/2023 | (728) | 226.8541 |
| 379000-379001 | Sale | 2/21/2023 | (353) | 227.3821 |
| 379000-379001 | Sale | 2/21/2023 | (957) | 227.1142 |
| 379000-379001 | Sale | 2/21/2023 | (4,866) | 227.7456 |
| 379000-379001 | Sale | 2/22/2023 | (1,119) | 225.2700 |
| 379000-379001 | Sale | 2/22/2023 | (3,139) | 226.4092 |
| 379000-379001 | Sale | 2/23/2023 | (1,680) | 214.9602 |
| 379000-379001 | Sale | 3/1/2023 | (5,852) | 213.9143 |
| 379000-379001 | Sale | 3/2/2023 | (2,456) | 214.7544 |
| 379000-379001 | Sale | 3/2/2023 | (315) | 214.6375 |
| 379000-379001 | Sale | 8/16/2023 | (4,854) | 165.3888 |
| 379000-379001 | Sale | 8/23/2023 | (1,554) | 158.5189 |
| 379000-379001 | Sale | 8/23/2023 | (2,394) | 158.9030 |
| 379000-379001 | Sale | 8/24/2023 | (1,569) | 154.7838 |
| 379000-379001 | Sale | 8/24/2023 | (8,923) | 153.5019 |
| 379000-379001 | Sale | 8/24/2023 | (3,898) | 155.0674 |
| 379000-379001 | Sale | 8/25/2023 | (77) | 155.3059 |
| 379000-379001 | Sale | 8/25/2023 | (1,140) | 155.1695 |
| 379000-379001 | Sale | 8/31/2023 | (2,038) | 138.4002 |
| 379000-379001 | Sale | 8/31/2023 | (8,150) | 138.0354 |
| 379000-379001 | Sale | 9/12/2023 | (733) | 124.6500 |
| 379000-379001 | Sale | 9/12/2023 | (33) | 125.6025 |
| 379000-379001 | Sale | 9/12/2023 | (5,079) | 124.0177 |
| 379000-379001 | Sale | 9/12/2023 | (947) | 125.0135 |
| 379000-379001 | Sale | 9/12/2023 | (29) | 125.5334 |
| 379000-379001 | Sale | 9/13/2023 | (1,860) | 121.1168 |
| 379000-379001 | Sale | 9/13/2023 | (1,610) | 119.4446 |
| 379000-379001 | Sale | 9/13/2023 | (3,435) | 120.0000 |
| 379000-379001 | Sale | 9/13/2023 | (1,317) | 122.6111 |
| 379000-379001 | Sale | 9/13/2023 | (7,298) | 120.4977 |
| 379000-379001 | Sale | 9/13/2023 | (3,613) | 119.9200 |
| 379000-379001 | Sale | 9/14/2023 | (1,160) | 119.0819 |
| 379000-379001 | Sale | 9/14/2023 | (12,959) | 118.1177 |

## Schedule A

### Universal-Investment-Gesellschaft mbH
### Transactions in Dollar General Corporation

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| 319900-319907 | Purchase | 1/19/2023 | 752 | 224.4700 |
| 319900-319907 | Purchase | 1/26/2023 | 21,655 | 237.1400 |
| 319900-319907 | Purchase | 1/30/2023 | 165 | 233.1400 |
| 319900-319907 | Purchase | 4/3/2023 | 1,960 | 211.9590 |
| 319900-319907 | Purchase | 4/18/2023 | 25 | 216.1700 |
| 319900-319907 | Purchase | 6/2/2023 | 6,115 | 165.3228 |
| 319900-319907 | Purchase | 8/21/2023 | 660 | 162.2267 |
| 319900-319907 | Sale | 9/1/2023 | (10,440) | 129.6672 |
| 319900-319907 | Sale | 9/1/2023 | (2,320) | 129.6277 |
| 319900-319907 | Sale | 9/5/2023 | (9,370) | 130.1384 |
| 319900-319907 | Sale | 9/7/2023 | (8,313) | 123.7425 |
| 319900-319907 | Sale | 9/8/2023 | (889) | 124.5425 |
| | | | | |
| 179600-179603 | Purchase | 2/23/2021 | 1,411 | 196.2391 |
| 179600-179603 | Purchase | 3/25/2021 | 6,247 | 198.5059 |
| 179600-179603 | Purchase | 8/26/2021 | 908 | 224.3186 |
| 179600-179603 | Purchase | 10/8/2021 | 73 | 210.3200 |
| 179600-179603 | Purchase | 10/11/2021 | 73 | 210.7300 |
| 179600-179603 | Purchase | 10/12/2021 | 148 | 209.8550 |
| 179600-179603 | Purchase | 10/13/2021 | 510 | 209.2581 |
| 179600-179603 | Purchase | 12/9/2021 | 1,294 | 221.2172 |
| 179600-179603 | Purchase | 2/17/2022 | 2,006 | 197.8303 |
| 179600-179603 | Purchase | 8/24/2022 | 4,752 | 248.8910 |
| 179600-179603 | Purchase | 8/25/2022 | 1,315 | 242.5195 |
| 179600-179603 | Purchase | 9/7/2022 | 2,374 | 245.8900 |
| 179600-179603 | Sale | 10/20/2020 | (4,423) | 219.2748 |
| 179600-179603 | Sale | 12/14/2020 | (79) | 207.2839 |
| 179600-179603 | Sale | 12/15/2020 | (3,619) | 208.6019 |
| 179600-179603 | Sale | 4/22/2021 | (5,578) | 215.2935 |
| 179600-179603 | Sale | 8/8/2023 | (1,151) | 165.6186 |
| 179600-179603 | Sale | 3/1/2024 | (14,382) | 148.7454 |
| | | | | |
| 452300-452314 | Purchase | 2/18/2021 | 2,318 | 201.1604 |
| 452300-452314 | Purchase | 4/13/2021 | 2,597 | 211.8550 |
| 452300-452314 | Purchase | 3/14/2022 | 1,548 | 208.5242 |
| 452300-452314 | Purchase | 9/27/2022 | 4,757 | 236.1862 |
| 452300-452314 | Purchase | 10/19/2022 | 1,661 | 238.1784 |
| 452300-452314 | Purchase | 10/20/2022 | 1,334 | 237.7963 |
| 452300-452314 | Purchase | 6/29/2023 | 1,980 | 167.4804 |
| 452300-452314 | Purchase | 7/27/2023 | 1,796 | 169.8715 |

## Schedule A

**Universal-Investment-Gesellschaft mbH**
**Transactions in Dollar General Corporation**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| 452300-452314 | Sale | 10/14/2020 | (2,586) | 220.5689 |
| 452300-452314 | Sale | 10/15/2020 | (1,078) | 221.1691 |
| 452300-452314 | Sale | 8/18/2023 | (2,964) | 162.9900 |
| 452300-452314 | Sale | 4/23/2024 | (1,847) | 143.1949 |
| 452300-452314 | Sale | 6/11/2024 | (2,741) | 127.1531 |
| 452300-452314 | Sale | 6/12/2024 | (10,439) | 124.7054 |
| | | | | |
| 149700-149701 | Purchase | 11/16/2021 | 14,000 | 230.3111 |
| 149700-149701 | Purchase | 5/18/2022 | 600 | 202.0305 |
| 149700-149701 | Purchase | 5/19/2022 | 260 | 196.3941 |
| 149700-149701 | Purchase | 5/23/2022 | 375 | 189.7521 |
| 149700-149701 | Purchase | 5/23/2022 | 415 | 192.7282 |
| 149700-149701 | Purchase | 5/24/2022 | 670 | 196.8194 |
| 149700-149701 | Sale | 5/29/2020 | (6,250) | 189.4515 |
| 149700-149701 | Sale | 4/1/2022 | (4,400) | 224.2901 |
| | | | | |
| 217000-217002 | Purchase | 10/27/2020 | 10,000 | 213.1260 |
| 217000-217002 | Purchase | 10/29/2020 | 2,000 | 211.4563 |
| 217000-217002 | Purchase | 10/30/2020 | 1,000 | 208.3640 |
| 217000-217002 | Purchase | 11/3/2020 | 2,000 | 216.0068 |
| 217000-217002 | Purchase | 1/12/2021 | 2,000 | 216.6012 |
| 217000-217002 | Purchase | 1/13/2021 | 5,000 | 218.5713 |
| 217000-217002 | Purchase | 10/6/2021 | 2,000 | 205.3929 |
| 217000-217002 | Purchase | 10/21/2021 | 2,000 | 216.8541 |
| 217000-217002 | Purchase | 3/1/2022 | 2,000 | 201.7018 |
| 217000-217002 | Sale | 2/3/2023 | (8,000) | 227.8560 |
| 217000-217002 | Sale | 4/18/2023 | (1,000) | 215.1790 |
| 217000-217002 | Sale | 8/2/2023 | (6,300) | 167.8800 |
| 217000-217002 | Sale | 9/15/2023 | (12,700) | 116.3350 |
| | | | | |
| 143D00-143D09 | Purchase | 3/9/2023 | 3,700 | 219.0943 |
| 143D00-143D09 | Purchase | 3/21/2023 | 2,423 | 209.9787 |
| 143D00-143D09 | Purchase | 3/23/2023 | 2,000 | 205.9336 |
| 143D00-143D09 | Purchase | 4/5/2023 | 4,000 | 214.0225 |
| 143D00-143D09 | Purchase | 11/22/2023 | 4,700 | 123.8195 |
| 143D00-143D09 | Sale | 3/13/2024 | (2,550) | 156.5378 |
| | | | | |
| 318300-318305 | Purchase | 2/18/2021 | 1,522 | 201.1604 |
| 318300-318305 | Purchase | 4/13/2021 | 1,613 | 211.8550 |
| 318300-318305 | Purchase | 3/14/2022 | 985 | 208.5242 |

Docusign Envelope ID: 56CEA6EC-A9C1-4904-9E7C-BF23FCE1EEC3

## Schedule A

**Universal-Investment-Gesellschaft mbH**
**Transactions in Dollar General Corporation**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| 318300-318305 | Purchase | 9/27/2022 | 2,977 | 236.1862 |
| 318300-318305 | Purchase | 10/19/2022 | 1,021 | 238.1784 |
| 318300-318305 | Purchase | 10/20/2022 | 819 | 237.7963 |
| 318300-318305 | Purchase | 6/29/2023 | 1,311 | 167.4804 |
| 318300-318305 | Purchase | 7/27/2023 | 1,044 | 169.8715 |
| 318300-318305 | Sale | 10/14/2020 | (1,409) | 220.5689 |
| 318300-318305 | Sale | 10/15/2020 | (587) | 221.1691 |
| 579000-579001 | Purchase | 8/26/2021 | 2,000 | 222.5994 |
| 579000-579001 | Purchase | 8/27/2021 | 2,600 | 224.3500 |
| 579000-579001 | Purchase | 8/30/2021 | 2,200 | 227.1297 |
| 579000-579001 | Purchase | 9/16/2021 | 2,600 | 218.1824 |
| 579000-579001 | Purchase | 10/4/2021 | 2,000 | 208.2734 |
| 579000-579001 | Purchase | 10/29/2021 | 1,600 | 221.9603 |
| 579000-579001 | Purchase | 5/24/2022 | 800 | 194.2476 |
| 579000-579001 | Purchase | 5/23/2023 | 1,732 | 207.4039 |
| 579000-579001 | Purchase | 5/23/2023 | 268 | 209.4445 |
| 579000-579001 | Purchase | 6/1/2023 | 1,500 | 176.7293 |
| 579000-579001 | Exercised Put Options | 6/1/2023 | 200 | 200.0000 |
| 579000-579001 | Exercised Put Options | 6/7/2023 | 2,700 | 200.0000 |
| 579000-579001 | Exercised Put Options | 6/8/2023 | 600 | 200.0000 |
| 579000-579001 | Sale | 5/10/2022 | (800) | 230.8416 |
| 579000-579001 | Sale | 6/17/2022 | (3,000) | 229.7174 |
| 579000-579001 | Sale | 11/11/2022 | (1,400) | 253.8910 |
| 579000-579001 | Sale | 11/14/2022 | (1,600) | 250.4656 |
| 579000-579001 | Sale | 9/1/2023 | (4,000) | 135.3931 |
| 579000-579001 | Sale | 9/14/2023 | (3,500) | 119.3907 |
| 579000-579001 | Sale | 9/18/2023 | (3,000) | 113.3202 |
| 579000-579001 | Sale | 9/19/2023 | (3,500) | 112.6081 |
| 226300-226301 | Purchase | 1/31/2022 | 10,340 | 207.2700 |
| 316500-316505 | Purchase | 7/5/2023 | 15,375 | 169.7849 |
| 242B00-242B01 | Purchase | 6/9/2020 | 560 | 188.1100 |
| 242B00-242B01 | Purchase | 5/5/2021 | 470 | 215.8800 |
| 242B00-242B01 | Purchase | 8/4/2021 | 980 | 234.9000 |

Docusign Envelope ID: 56CEA6EC-A9C1-4904-9E7C-BF23FCE1EEC3

## Schedule A

### Universal-Investment-Gesellschaft mbH
### Transactions in Dollar General Corporation

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| 242B00-242B01 | Purchase | 3/3/2022 | 1,600 | 206.2900 |
| 242B00-242B01 | Purchase | 11/9/2022 | 1,500 | 242.3600 |
| 242B00-242B01 | Purchase | 4/6/2023 | 2,350 | 210.3900 |
| | | | | |
| 571700-571708 | Purchase | 8/26/2021 | 1,900 | 218.4486 |
| 571700-571708 | Purchase | 11/3/2021 | 1,440 | 221.5281 |
| 571700-571708 | Purchase | 11/22/2021 | 2,300 | 224.1278 |
| 571700-571708 | Purchase | 7/12/2023 | 1,020 | 169.0515 |
| 571700-571708 | Sale | 3/14/2024 | (1,600) | 152.0427 |
| | | | | |
| 370500-370501 | Purchase | 10/5/2021 | 6,500 | 205.7573 |
| 370500-370501 | Purchase | 10/19/2021 | 1,000 | 213.5955 |
| 370500-370501 | Purchase | 11/17/2021 | 2,500 | 227.9824 |
| 370500-370501 | Purchase | 12/22/2021 | 2,000 | 221.6974 |
| 370500-370501 | Purchase | 5/15/2023 | 2,000 | 217.3350 |
| 370500-370501 | Purchase | 5/30/2023 | 3,000 | 201.4738 |
| 370500-370501 | Sale | 4/29/2022 | (2,000) | 244.1616 |
| 370500-370501 | Sale | 7/12/2022 | (3,000) | 254.8277 |
| 370500-370501 | Sale | 9/15/2022 | (2,000) | 241.7130 |
| 370500-370501 | Sale | 9/1/2023 | (5,000) | 136.2005 |
| 370500-370501 | Sale | 9/13/2023 | (5,000) | 121.2485 |
| | | | | |
| 576700-576701 | Purchase | 2/19/2021 | 1,230 | 201.1600 |
| 576700-576701 | Purchase | 7/13/2021 | 1,680 | 220.0200 |
| 576700-576701 | Purchase | 4/6/2022 | 2,500 | 239.0000 |
| 576700-576701 | Purchase | 3/24/2023 | 2,500 | 205.8100 |
| 576700-576701 | Sale | 11/29/2022 | (1,900) | 252.8500 |
| | | | | |
| 143H00-143H05 | Purchase | 1/31/2022 | 5,572 | 207.2700 |
| 143H00-143H05 | Purchase | 7/5/2023 | 547 | 169.1497 |
| | | | | |
| 141Q00-141Q02 | Purchase | 8/27/2021 | 2,400 | 224.3500 |
| 141Q00-141Q02 | Purchase | 9/2/2021 | 2,400 | 222.5888 |
| 141Q00-141Q02 | Purchase | 9/3/2021 | 1,800 | 223.7167 |
| 141Q00-141Q02 | Purchase | 10/4/2021 | 1,000 | 208.2734 |
| 141Q00-141Q02 | Purchase | 11/29/2021 | 1,400 | 228.3737 |
| 141Q00-141Q02 | Purchase | 5/18/2022 | 800 | 208.9300 |
| 141Q00-141Q02 | Purchase | 5/23/2022 | 1,200 | 193.0749 |
| 141Q00-141Q02 | Purchase | 5/24/2022 | 1,000 | 194.2476 |
| 141Q00-141Q02 | Purchase | 5/23/2023 | 1,213 | 207.4039 |

## Schedule A

### Universal-Investment-Gesellschaft mbH
### Transactions in Dollar General Corporation

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| 141Q00-141Q02 | Purchase | 5/23/2023 | 187 | 209.4445 |
| 141Q00-141Q02 | Sale | 5/10/2022 | (1,000) | 230.8416 |
| 141Q00-141Q02 | Sale | 6/17/2022 | (2,000) | 229.7174 |
| 141Q00-141Q02 | Sale | 10/28/2022 | (1,000) | 254.4629 |
| 141Q00-141Q02 | Sale | 11/11/2022 | (1,600) | 253.8910 |
| 141Q00-141Q02 | Sale | 11/14/2022 | (600) | 250.4656 |
| 141Q00-141Q02 | Sale | 9/14/2023 | (2,000) | 119.3907 |
| 141Q00-141Q02 | Sale | 9/18/2023 | (2,000) | 113.3202 |
| 141Q00-141Q02 | Sale | 9/19/2023 | (3,200) | 112.6081 |
| 22A400-22A401 | Purchase | 1/31/2022 | 3,538 | 207.2700 |
| 22A400-22A401 | Purchase | 6/17/2022 | 873 | 228.9870 |
| 22A400-22A401 | Purchase | 7/5/2023 | 1,131 | 169.1497 |
| 22A400-22A401 | Sale | 10/23/2023 | (1,450) | 116.0780 |
| 144B00-144B01 | Purchase | 2/1/2021 | 6,000 | 194.6100 |
| 144B00-144B01 | Purchase | 2/26/2021 | 2,000 | 189.6000 |
| 144B00-144B01 | Purchase | 3/11/2021 | 800 | 188.3900 |
| 144B00-144B01 | Purchase | 5/18/2021 | 4,400 | 206.0389 |
| 144B00-144B01 | Purchase | 11/12/2021 | 3,474 | 223.1733 |
| 144B00-144B01 | Purchase | 11/12/2021 | 1,326 | 225.6050 |
| 144B00-144B01 | Purchase | 11/14/2023 | 9,600 | 120.0304 |
| 144B00-144B01 | Sale | 3/29/2022 | (2,800) | 227.4387 |
| 144B00-144B01 | Sale | 7/6/2022 | (3,200) | 250.4965 |
| 144B00-144B01 | Sale | 8/15/2022 | (2,900) | 252.4042 |
| 144B00-144B01 | Sale | 6/7/2024 | (4,000) | 128.8601 |
| 375800-375801 | Purchase | 8/26/2021 | 10,000 | 218.9417 |
| 375800-375801 | Purchase | 8/27/2021 | 10,000 | 224.3500 |
| 375800-375801 | Purchase | 8/31/2021 | 10,000 | 225.0885 |
| 375800-375801 | Purchase | 9/2/2021 | 8,000 | 222.6614 |
| 375800-375801 | Purchase | 9/7/2021 | 4,500 | 221.5139 |
| 375800-375801 | Purchase | 9/9/2021 | 4,000 | 223.7163 |
| 375800-375801 | Purchase | 9/16/2021 | 5,000 | 218.1824 |
| 375800-375801 | Purchase | 9/29/2021 | 7,000 | 217.6703 |
| 375800-375801 | Purchase | 11/16/2021 | 4,000 | 230.9295 |
| 375800-375801 | Sale | 1/6/2022 | (5,100) | 228.6725 |
| 375800-375801 | Sale | 1/6/2022 | (22,000) | 229.3253 |
| 375800-375801 | Sale | 1/27/2022 | (15,776) | 205.5254 |
| 375800-375801 | Sale | 1/28/2022 | (19,624) | 203.7052 |

## Schedule A

### Universal-Investment-Gesellschaft mbH
### Transactions in Dollar General Corporation

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| 143G00-143G07 | Purchase | 11/1/2021 | 4,102 | 222.0723 |
| 143G00-143G07 | Purchase | 9/8/2022 | 618 | 246.2747 |
| 143G00-143G07 | Purchase | 3/16/2023 | 596 | 215.8571 |
| 143G00-143G07 | Sale | 1/25/2022 | (1,110) | 215.3100 |
| 143G00-143G07 | Sale | 2/14/2022 | (546) | 200.8500 |
| 143G00-143G07 | Sale | 10/2/2023 | (3,660) | 105.4000 |
| | | | | |
| 292200-292208 | Purchase | 8/27/2021 | 1,600 | 224.3500 |
| 292200-292208 | Purchase | 8/30/2021 | 1,400 | 227.1297 |
| 292200-292208 | Purchase | 9/2/2021 | 1,400 | 222.5888 |
| 292200-292208 | Purchase | 9/7/2021 | 1,200 | 221.5540 |
| 292200-292208 | Purchase | 4/1/2022 | 500 | 225.9444 |
| 292200-292208 | Purchase | 5/23/2023 | 736 | 207.4039 |
| 292200-292208 | Purchase | 5/23/2023 | 114 | 209.4445 |
| 292200-292208 | Purchase | 6/1/2023 | 750 | 176.7293 |
| 292200-292208 | Sale | 5/10/2022 | (600) | 230.8416 |
| 292200-292208 | Sale | 6/17/2022 | (700) | 229.7174 |
| 292200-292208 | Sale | 11/11/2022 | (600) | 253.8910 |
| 292200-292208 | Sale | 11/14/2022 | (1,000) | 250.4656 |
| 292200-292208 | Sale | 9/1/2023 | (800) | 135.3931 |
| 292200-292208 | Sale | 9/14/2023 | (1,400) | 119.3907 |
| 292200-292208 | Sale | 9/18/2023 | (2,600) | 113.3202 |
| | | | | |
| 221500-221501 | Purchase | 10/5/2021 | 2,300 | 205.7573 |
| 221500-221501 | Purchase | 12/22/2021 | 1,700 | 221.6974 |
| 221500-221501 | Purchase | 5/22/2023 | 1,000 | 212.0612 |
| 221500-221501 | Purchase | 7/18/2023 | 700 | 162.0800 |
| 221500-221501 | Sale | 8/24/2022 | (700) | 247.4537 |
| 221500-221501 | Sale | 9/1/2023 | (5,000) | 135.3931 |
| | | | | |
| 088600-088601 | Purchase | 2/8/2021 | 950 | 195.7003 |
| 088600-088601 | Purchase | 3/5/2021 | 475 | 178.2307 |
| 088600-088601 | Purchase | 8/26/2021 | 430 | 216.5443 |
| 088600-088601 | Purchase | 11/18/2021 | 300 | 222.4186 |
| 088600-088601 | Purchase | 5/18/2022 | 616 | 209.2433 |
| 088600-088601 | Purchase | 9/23/2022 | 261 | 239.3000 |
| 088600-088601 | Purchase | 2/6/2023 | 308 | 229.6479 |
| 088600-088601 | Purchase | 3/2/2023 | 624 | 213.3454 |
| 088600-088601 | Purchase | 3/23/2023 | 621 | 205.9336 |

## Schedule A

### Universal-Investment-Gesellschaft mbH
### Transactions in Dollar General Corporation

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| 088600-088601 | Purchase | 6/1/2023 | 289 | 170.3148 |
| 088600-088601 | Purchase | 9/6/2023 | 371 | 125.9500 |
| 088600-088601 | Sale | 4/21/2021 | (475) | 219.3294 |
| 088600-088601 | Sale | 8/11/2021 | (300) | 239.0869 |
| 088600-088601 | Sale | 7/28/2022 | (544) | 243.4853 |
| 088600-088601 | Sale | 10/27/2022 | (309) | 250.2116 |
| 088600-088601 | Sale | 12/5/2023 | (723) | 134.7301 |
| 088600-088601 | Sale | 3/11/2024 | (649) | 157.1755 |
| 143G00-143G05 | Purchase | 2/10/2022 | 900 | 203.0429 |
| 143G00-143G05 | Purchase | 8/3/2022 | 500 | 251.6190 |
| 143G00-143G05 | Purchase | 5/10/2023 | 1,300 | 217.8631 |
| 143G00-143G05 | Sale | 8/9/2023 | (700) | 167.1676 |
| 143G00-143G05 | Sale | 10/12/2023 | (500) | 101.8652 |
| 143G00-143G05 | Sale | 11/17/2023 | (1,500) | 120.4934 |
| 160200-160204 | Purchase | 10/26/2021 | 750 | 222.3816 |
| 160200-160204 | Purchase | 11/21/2022 | 450 | 255.6422 |
| 160200-160204 | Purchase | 3/3/2023 | 406 | 215.9159 |
| 160200-160204 | Purchase | 4/19/2023 | 340 | 215.9563 |
| 160200-160204 | Purchase | 7/12/2023 | 334 | 169.0515 |
| 160200-160204 | Sale | 3/14/2024 | (520) | 152.0427 |
| 175600-175625 | Purchase | 10/5/2022 | 1,700 | 242.7000 |
| 175600-175625 | Purchase | 6/26/2023 | 1,147 | 167.6900 |
| 175600-175625 | Sale | 11/18/2022 | (330) | 257.7000 |
| 318000-318001 | Purchase | 9/17/2020 | 1,000 | 203.5000 |
| 318000-318001 | Purchase | 6/21/2022 | 700 | 238.9700 |
| 318000-318001 | Purchase | 6/21/2022 | 100 | 238.9700 |
| 318000-318001 | Purchase | 9/20/2022 | 300 | 245.7600 |
| 318000-318001 | Purchase | 12/12/2023 | 2,700 | 124.0300 |
| 222200-222201 | Purchase | 11/14/2022 | 4,500 | 253.2901 |
| 222200-222201 | Purchase | 1/13/2023 | 1,500 | 233.1022 |
| 222200-222201 | Sale | 3/20/2023 | (6,000) | 211.1600 |
| 143W00-143W01 | Purchase | 4/4/2023 | 2,256 | 211.9683 |
| 143W00-143W01 | Sale | 10/11/2023 | (2,256) | 105.0315 |

Docusign Envelope ID: 56CEA6EC-A9C1-4904-9E7C-BF23FCE1EEC3

## Schedule A

**Universal-Investment-Gesellschaft mbH**
**Transactions in Dollar General Corporation**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| 577800-577814 | Purchase | 2/10/2022 | 3,215 | 202.1000 |
| 577800-577814 | Purchase | 5/10/2022 | 56 | 227.5000 |
| 577800-577814 | Purchase | 6/17/2022 | 139 | 230.8000 |
| 577800-577814 | Sale | 5/31/2023 | (836) | 201.0981 |
| 577800-577814 | Sale | 7/3/2023 | (181) | 170.5700 |
| 577800-577814 | Sale | 11/30/2023 | (2,393) | 131.1266 |
| 432Z00-432Z01 | Purchase | 8/12/2022 | 2,000 | 251.7120 |
| 432Z00-432Z01 | Sale | 6/12/2023 | (2,000) | 153.9900 |
| 017200-017203 | Purchase | 1/31/2022 | 1,342 | 205.6971 |
| 017200-017203 | Purchase | 1/31/2022 | 1,158 | 206.6000 |
| 017200-017203 | Purchase | 5/23/2022 | 475 | 189.7521 |
| 017200-017203 | Purchase | 5/23/2022 | 525 | 192.7282 |
| 017200-017203 | Purchase | 3/13/2023 | 900 | 218.9928 |
| 017200-017203 | Sale | 12/15/2022 | (1,700) | 245.5550 |
| 017200-017203 | Sale | 9/18/2023 | (2,700) | 113.3202 |
| 452200-452202 | Purchase | 10/26/2021 | 800 | 222.3816 |
| 452200-452202 | Purchase | 1/5/2023 | 480 | 242.8200 |
| 452200-452202 | Purchase | 2/14/2023 | 340 | 233.7400 |
| 452200-452202 | Purchase | 3/14/2023 | 361 | 215.4792 |
| 452200-452202 | Purchase | 6/16/2023 | 499 | 163.0000 |
| 452200-452202 | Purchase | 7/13/2023 | 490 | 168.2900 |
| 452200-452202 | Sale | 7/7/2022 | (298) | 254.3650 |
| 452200-452202 | Sale | 9/13/2022 | (211) | 243.8900 |
| 452200-452202 | Sale | 9/20/2022 | (291) | 244.2336 |
| 452200-452202 | Sale | 10/6/2023 | (970) | 103.4433 |
| 452200-452202 | Sale | 6/12/2024 | (283) | 124.2213 |
| 452200-452202 | Sale | 6/12/2024 | (917) | 124.1800 |
| 227100-227101 | Purchase | 1/31/2022 | 1,600 | 207.2700 |
| 227100-227101 | Purchase | 7/5/2023 | 594 | 169.1497 |
| 227100-227101 | Purchase | 3/13/2024 | 430 | 155.0000 |
| 227100-227101 | Sale | 8/28/2023 | (600) | 155.2373 |
| 227100-227101 | Sale | 10/23/2023 | (618) | 116.0780 |
| 840300-840303 | Purchase | 1/4/2023 | 1,754 | 245.3282 |
| 840300-840303 | Sale | 8/23/2023 | (1,754) | 158.0167 |

Docusign Envelope ID: 56CEA6EC-A9C1-4904-9E7C-BF23FCE1EEC3

## Schedule A

### Universal-Investment-Gesellschaft mbH
### Transactions in Dollar General Corporation

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| 143Q00-143Q01 | Purchase | 12/21/2022 | 275 | 241.2800 |
| 143Q00-143Q01 | Purchase | 1/3/2023 | 265 | 247.7031 |
| 143Q00-143Q01 | Purchase | 1/11/2023 | 320 | 239.7405 |
| 143Q00-143Q01 | Purchase | 2/27/2023 | 440 | 215.6435 |
| | | | | |
| 454400-454412 | Purchase | 10/15/2021 | 2,449 | 213.8570 |
| 454400-454412 | Purchase | 1/4/2023 | 1,395 | 245.3282 |
| 454400-454412 | Sale | 2/24/2022 | (1,600) | 187.7913 |
| 454400-454412 | Sale | 6/14/2022 | (849) | 229.1237 |
| 454400-454412 | Sale | 8/23/2023 | (1,395) | 158.0167 |
| | | | | |
| 316500-316503 | Purchase | 7/14/2020 | 7,213 | 189.7300 |
| 316500-316503 | Purchase | 9/9/2020 | 61 | 193.3500 |
| 316500-316503 | Purchase | 1/13/2021 | 961 | 218.2200 |
| 316500-316503 | Purchase | 3/29/2021 | 58 | 203.0500 |
| 316500-316503 | Purchase | 4/14/2021 | 849 | 213.5500 |
| 316500-316503 | Purchase | 8/10/2021 | 93 | 236.3800 |
| 316500-316503 | Purchase | 10/14/2021 | 131 | 209.9700 |
| 316500-316503 | Purchase | 1/14/2022 | 232 | 219.2700 |
| 316500-316503 | Purchase | 7/13/2023 | 11,742 | 165.6600 |
| 316500-316503 | Purchase | 7/14/2023 | 563 | 165.6900 |
| 316500-316503 | Purchase | 10/12/2023 | 6,313 | 101.8300 |
| 316500-316503 | Purchase | 10/16/2023 | 534 | 112.7865 |
| 316500-316503 | Purchase | 1/16/2024 | 285 | 135.6300 |
| 316500-316503 | Purchase | 3/27/2024 | 180 | 151.2600 |
| 316500-316503 | Sale | 10/13/2020 | (664) | 223.0000 |
| 316500-316503 | Sale | 12/2/2020 | (83) | 219.0900 |
| 316500-316503 | Sale | 7/13/2021 | (171) | 220.0200 |
| 316500-316503 | Sale | 4/13/2022 | (671) | 245.3900 |
| 316500-316503 | Sale | 7/13/2022 | (8,009) | 246.6300 |
| 316500-316503 | Sale | 1/11/2024 | (3,695) | 133.8600 |
| 316500-316503 | Sale | 2/26/2024 | (3,144) | 138.7900 |
| 316500-316503 | Sale | 3/5/2024 | (146) | 150.0000 |
| 316500-316503 | Sale | 4/11/2024 | (12,632) | 154.3700 |
| | | | | |
| 319900-319903 | Purchase | 3/25/2022 | 3,054 | 221.4700 |
| 319900-319903 | Purchase | 1/27/2023 | 125 | 236.1100 |
| 319900-319903 | Purchase | 1/9/2024 | 97 | 136.6900 |
| 319900-319903 | Purchase | 4/24/2024 | 170 | 143.1600 |
| 319900-319903 | Sale | 8/1/2022 | (741) | 252.0800 |

Docusign Envelope ID: 56CEA6EC-A9C1-4904-9E7C-BF23FCE1EEC3

## Schedule A

**Universal-Investment-Gesellschaft mbH**
**Transactions in Dollar General Corporation**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| 319900-319903 | Sale | 9/9/2022 | (167) | 247.2600 |
| 319900-319903 | Sale | 1/19/2023 | (752) | 224.4700 |
| 319900-319903 | Sale | 6/22/2023 | (205) | 172.2200 |
| 319900-319903 | Sale | 7/7/2023 | (30) | 169.3300 |
| 319900-319903 | Sale | 2/26/2024 | (151) | 138.7900 |
| 142F00-142F01 | Purchase | 12/18/2020 | 648 | 212.8700 |
| 142F00-142F01 | Purchase | 10/5/2021 | 625 | 205.6600 |
| 142F00-142F01 | Sale | 1/30/2024 | (1,273) | 129.9834 |
| 347300-347301 | Purchase | 1/19/2023 | 34 | 224.8405 |
| 347300-347301 | Purchase | 1/19/2023 | 85 | 224.4959 |
| 347300-347301 | Purchase | 1/20/2023 | 83 | 230.6108 |
| 347300-347301 | Purchase | 1/20/2023 | 178 | 227.9069 |
| 347300-347301 | Purchase | 1/23/2023 | 43 | 230.4520 |
| 347300-347301 | Purchase | 1/23/2023 | 205 | 230.6342 |
| 347300-347301 | Purchase | 1/24/2023 | 143 | 233.6431 |
| 347300-347301 | Purchase | 4/10/2023 | 133 | 216.4121 |
| 347300-347301 | Purchase | 4/11/2023 | 82 | 218.5458 |
| 347300-347301 | Purchase | 4/12/2023 | 78 | 216.7618 |
| 347300-347301 | Purchase | 4/12/2023 | 7 | 217.5100 |
| 347300-347301 | Purchase | 4/12/2023 | 22 | 217.1748 |
| 347300-347301 | Purchase | 4/13/2023 | 33 | 214.8334 |
| 347300-347301 | Purchase | 5/10/2023 | 9 | 216.6100 |
| 347300-347301 | Purchase | 8/30/2023 | 14 | 156.8206 |
| 347300-347301 | Sale | 9/1/2023 | (272) | 130.4081 |
| 347300-347301 | Sale | 9/1/2023 | (545) | 129.8378 |
| 347300-347301 | Sale | 9/1/2023 | (31) | 132.2695 |
| 347300-347301 | Sale | 9/5/2023 | (25) | 131.2361 |
| 347300-347301 | Sale | 9/5/2023 | (39) | 132.7718 |
| 347300-347301 | Sale | 9/5/2023 | (119) | 127.9781 |
| 347300-347301 | Sale | 9/6/2023 | (2) | 128.0834 |
| 347300-347301 | Sale | 9/6/2023 | (116) | 127.2647 |
| 578000-578001 | Purchase | 6/7/2022 | 1,300 | 234.3200 |
| 578000-578001 | Purchase | 6/13/2022 | 210 | 230.9300 |
| 578000-578001 | Sale | 6/9/2020 | (560) | 188.1100 |
| 578000-578001 | Sale | 3/29/2022 | (1,609) | 228.5200 |
| 578000-578001 | Sale | 9/29/2022 | (700) | 239.4700 |

## Schedule A

### Universal-Investment-Gesellschaft mbH
### Transactions in Dollar General Corporation

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| 572Q00-572Q01 | Purchase | 9/13/2021 | 729 | 217.6000 |
| 572Q00-572Q01 | Purchase | 9/16/2021 | 2 | 221.5600 |
| 572Q00-572Q01 | Purchase | 9/20/2021 | 9 | 221.7900 |
| 572Q00-572Q01 | Purchase | 9/24/2021 | 654 | 217.7100 |
| 572Q00-572Q01 | Purchase | 9/27/2021 | 10 | 216.7600 |
| 572Q00-572Q01 | Purchase | 10/5/2021 | 8 | 205.6100 |
| 572Q00-572Q01 | Purchase | 10/8/2021 | 17 | 210.4000 |
| 572Q00-572Q01 | Purchase | 10/14/2021 | 13 | 212.8000 |
| 572Q00-572Q01 | Purchase | 10/18/2021 | 11 | 213.7000 |
| 572Q00-572Q01 | Purchase | 10/22/2021 | 12 | 220.3100 |
| 572Q00-572Q01 | Purchase | 10/29/2021 | 4 | 221.5200 |
| 572Q00-572Q01 | Purchase | 11/5/2021 | 10 | 225.6300 |
| 572Q00-572Q01 | Purchase | 11/19/2021 | 16 | 224.5500 |
| 572Q00-572Q01 | Purchase | 12/16/2021 | 23 | 225.6600 |
| 572Q00-572Q01 | Purchase | 12/23/2021 | 19 | 221.3300 |
| 572Q00-572Q01 | Purchase | 1/10/2022 | 16 | 236.3100 |
| 572Q00-572Q01 | Purchase | 1/28/2022 | 23 | 204.3300 |
| 572Q00-572Q01 | Purchase | 3/4/2022 | 5 | 210.9800 |
| 572Q00-572Q01 | Purchase | 3/14/2022 | 5 | 208.6900 |
| 572Q00-572Q01 | Purchase | 3/25/2022 | 6 | 221.4700 |
| 572Q00-572Q01 | Purchase | 4/4/2022 | 7 | 226.2700 |
| 572Q00-572Q01 | Purchase | 4/8/2022 | 14 | 245.8000 |
| 572Q00-572Q01 | Purchase | 4/21/2022 | 6 | 255.8300 |
| 572Q00-572Q01 | Purchase | 5/11/2022 | 322 | 228.3700 |
| 572Q00-572Q01 | Purchase | 5/31/2022 | 10 | 220.3400 |
| 572Q00-572Q01 | Purchase | 6/8/2022 | 23 | 233.7300 |
| 572Q00-572Q01 | Purchase | 9/2/2022 | 7 | 242.6000 |
| 572Q00-572Q01 | Purchase | 10/12/2022 | 296 | 237.6800 |
| 572Q00-572Q01 | Purchase | 11/7/2022 | 22 | 251.3200 |
| 572Q00-572Q01 | Purchase | 11/9/2022 | 105 | 242.3600 |
| 572Q00-572Q01 | Purchase | 12/9/2022 | 22 | 243.2600 |
| 572Q00-572Q01 | Purchase | 12/23/2022 | 7 | 247.5500 |
| 572Q00-572Q01 | Purchase | 1/11/2023 | 142 | 236.8100 |
| 572Q00-572Q01 | Purchase | 2/8/2023 | 276 | 227.6400 |
| 572Q00-572Q01 | Purchase | 3/15/2023 | 29 | 218.5600 |
| 572Q00-572Q01 | Purchase | 3/27/2023 | 20 | 206.0100 |
| 572Q00-572Q01 | Purchase | 4/21/2023 | 19 | 218.2200 |
| 572Q00-572Q01 | Purchase | 5/26/2023 | 14 | 205.1000 |
| 572Q00-572Q01 | Purchase | 8/18/2023 | 18 | 162.9900 |

Docusign Envelope ID: 56CEA6EC-A9C1-4904-9E7C-BF23FCE1EEC3

## Schedule A

**Universal-Investment-Gesellschaft mbH**
**Transactions in Dollar General Corporation**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| 572Q00-572Q01 | Purchase | 8/29/2023 | 17 | 154.9900 |
| 572Q00-572Q01 | Sale | 9/22/2021 | (15) | 219.0200 |
| 572Q00-572Q01 | Sale | 12/9/2021 | (34) | 222.3300 |
| 572Q00-572Q01 | Sale | 12/13/2021 | (30) | 226.0000 |
| 572Q00-572Q01 | Sale | 2/9/2022 | (985) | 205.7900 |
| 572Q00-572Q01 | Sale | 3/11/2022 | (1) | 205.5500 |
| 572Q00-572Q01 | Sale | 4/13/2022 | (2) | 245.3900 |
| 572Q00-572Q01 | Sale | 6/2/2022 | (5) | 221.5500 |
| 572Q00-572Q01 | Sale | 6/9/2022 | (3) | 237.7100 |
| 572Q00-572Q01 | Sale | 7/13/2022 | (428) | 246.6300 |
| 572Q00-572Q01 | Sale | 12/1/2022 | (433) | 236.3400 |
| 572Q00-572Q01 | Sale | 12/8/2022 | (1) | 249.2000 |
| 572Q00-572Q01 | Sale | 12/30/2022 | (6) | 246.2500 |
| 572Q00-572Q01 | Sale | 1/13/2023 | (9) | 233.5200 |
| 572Q00-572Q01 | Sale | 1/17/2023 | (4) | 232.0700 |
| 572Q00-572Q01 | Sale | 3/9/2023 | (74) | 217.4600 |
| 572Q00-572Q01 | Sale | 6/12/2023 | (3) | 153.9900 |
| 572Q00-572Q01 | Sale | 6/21/2023 | (150) | 167.0500 |
| 572Q00-572Q01 | Sale | 7/10/2023 | (3) | 168.9900 |
| 572Q00-572Q01 | Sale | 9/13/2023 | (782) | 120.0200 |
| 140800-140801 | Purchase | 4/28/2021 | 780 | 212.0800 |
| 140800-140801 | Purchase | 6/28/2023 | 2,000 | 169.1100 |
| 140800-140801 | Purchase | 10/17/2023 | 2,800 | 117.3300 |
| 140800-140801 | Sale | 9/14/2022 | (1,094) | 241.4600 |
| 141900-141904 | Purchase | 6/11/2021 | 300 | 207.2100 |
| 141900-141904 | Purchase | 6/30/2021 | 150 | 216.3900 |
| 141900-141904 | Purchase | 12/20/2021 | 400 | 220.4000 |
| 141900-141904 | Purchase | 6/28/2022 | 160 | 243.5800 |
| 141900-141904 | Purchase | 12/19/2022 | 190 | 242.4400 |
| 141900-141904 | Sale | 6/14/2023 | (1,200) | 162.1200 |
| 575100-575106 | Purchase | 1/3/2023 | 164 | 245.1300 |
| 575100-575106 | Purchase | 2/14/2023 | 210 | 233.7400 |
| 575100-575106 | Purchase | 6/16/2023 | 310 | 163.0000 |
| 575100-575106 | Purchase | 8/10/2023 | 200 | 168.4098 |
| 575100-575106 | Sale | 7/7/2022 | (154) | 254.3650 |
| 575100-575106 | Sale | 10/6/2023 | (740) | 103.4433 |
| 575100-575106 | Sale | 6/12/2024 | (611) | 124.1800 |

## Schedule A

### Universal-Investment-Gesellschaft mbH
### Transactions in Dollar General Corporation

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| 575100-575106 | Sale | 6/12/2024 | (189) | 124.2213 |
| | | | | |
| 293300-293315 | Purchase | 9/29/2022 | 329 | 239.4700 |
| 293300-293315 | Purchase | 5/31/2023 | 167 | 201.0799 |
| | | | | |
| 160300-160302 | Purchase | 10/26/2021 | 280 | 222.3816 |
| 160300-160302 | Purchase | 12/7/2021 | 270 | 223.2836 |
| 160300-160302 | Purchase | 1/5/2023 | 165 | 242.8200 |
| 160300-160302 | Purchase | 2/14/2023 | 115 | 233.7400 |
| 160300-160302 | Purchase | 3/14/2023 | 124 | 215.4792 |
| 160300-160302 | Purchase | 6/16/2023 | 166 | 163.0000 |
| 160300-160302 | Purchase | 7/13/2023 | 168 | 168.2900 |
| 160300-160302 | Sale | 7/5/2022 | (269) | 248.5400 |
| 160300-160302 | Sale | 9/13/2022 | (125) | 244.9000 |
| 160300-160302 | Sale | 9/16/2022 | (56) | 242.8316 |
| 160300-160302 | Sale | 9/20/2022 | (100) | 244.2336 |
| 160300-160302 | Sale | 10/6/2023 | (338) | 103.4433 |
| 160300-160302 | Sale | 6/12/2024 | (94) | 124.2213 |
| 160300-160302 | Sale | 6/12/2024 | (306) | 124.1800 |
| | | | | |
| 348800-265406 | Purchase | 5/13/2022 | 518 | 233.3300 |
| 348800-265406 | Purchase | 5/25/2022 | 347 | 196.3708 |
| 348800-265406 | Sale | 11/25/2022 | (65) | 256.4600 |
| 348800-265406 | Sale | 6/6/2023 | (800) | 158.7213 |
| | | | | |
| 135700-135703 | Purchase | 1/31/2022 | 322 | 205.6971 |
| 135700-135703 | Purchase | 1/31/2022 | 278 | 206.6000 |
| 135700-135703 | Purchase | 5/23/2022 | 142 | 189.7521 |
| 135700-135703 | Purchase | 5/23/2022 | 158 | 192.7282 |
| 135700-135703 | Purchase | 3/13/2023 | 250 | 219.0476 |
| 135700-135703 | Sale | 6/25/2020 | (400) | 189.7942 |
| 135700-135703 | Sale | 12/15/2022 | (450) | 245.5550 |
| 135700-135703 | Sale | 3/8/2024 | (100) | 158.0625 |
| | | | | |
| 221800-221801 | Purchase | 11/14/2022 | 700 | 253.2901 |
| 221800-221801 | Purchase | 12/28/2022 | 100 | 248.3797 |
| 221800-221801 | Purchase | 1/13/2023 | 150 | 233.4733 |
| 221800-221801 | Purchase | 1/24/2023 | 150 | 231.3322 |
| 221800-221801 | Sale | 3/20/2023 | (1,100) | 211.1583 |

Docusign Envelope ID: 56CEA6EC-A9C1-4904-9E7C-BF23FCE1EEC3

## Schedule A

**Universal-Investment-Gesellschaft mbH
Transactions in Dollar General Corporation**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| 450500-450524 | Purchase | 8/18/2020 | 194 | 197.8400 |
| 450500-450524 | Purchase | 8/26/2020 | 485 | 204.0900 |
| 450500-450524 | Purchase | 9/18/2020 | 674 | 208.1000 |
| 450500-450524 | Purchase | 9/28/2020 | 481 | 208.8500 |
| 450500-450524 | Purchase | 1/21/2021 | 311 | 208.8389 |
| 450500-450524 | Purchase | 9/30/2022 | 7 | 239.8600 |
| 450500-450524 | Purchase | 10/11/2022 | 333 | 239.6300 |
| 450500-450524 | Purchase | 10/31/2022 | 2 | 255.0500 |
| 450500-450524 | Purchase | 3/28/2023 | 410 | 208.1300 |
| 450500-450524 | Purchase | 1/11/2024 | 446 | 133.8600 |
| 450500-450524 | Purchase | 3/15/2024 | 864 | 151.9462 |
| 450500-450524 | Sale | 12/21/2020 | (426) | 209.0000 |
| 450500-450524 | Sale | 6/18/2021 | (236) | 212.7000 |
| 450500-450524 | Sale | 1/4/2022 | (209) | 233.7000 |
| 450500-450524 | Sale | 7/11/2022 | (772) | 253.8800 |
| 450500-450524 | Sale | 10/3/2022 | (335) | 246.4800 |
| 450500-450524 | Sale | 12/15/2023 | (1,168) | 129.9832 |
| 434B00-434B01 | Purchase | 10/19/2022 | 82 | 238.5062 |
| 434B00-434B01 | Purchase | 11/18/2022 | 81 | 258.7000 |
| 434B00-434B01 | Purchase | 3/21/2023 | 102 | 211.7500 |
| 434B00-434B01 | Sale | 9/25/2023 | (265) | 107.8200 |
| 316500-316504 | Purchase | 7/12/2023 | 510 | 170.5000 |
| 316500-316504 | Sale | 9/26/2022 | (400) | 238.4600 |
| 316500-316504 | Sale | 4/22/2024 | (574) | 142.8500 |
| 575200-575202 | Purchase | 6/1/2021 | 310 | 203.0000 |
| 22B200-22B201 | Purchase | 9/1/2022 | 657 | 241.3063 |
| 22B200-22B201 | Purchase | 10/11/2022 | 48 | 238.8100 |
| 22B200-22B201 | Purchase | 12/6/2022 | 116 | 246.5600 |
| 22B200-22B201 | Purchase | 1/30/2023 | 161 | 236.1700 |
| 22B200-22B201 | Sale | 2/28/2023 | (982) | 216.2800 |
| 138300-138301 | Purchase | 1/31/2022 | 537 | 205.6971 |
| 138300-138301 | Purchase | 1/31/2022 | 463 | 206.6000 |
| 138300-138301 | Purchase | 3/13/2023 | 250 | 218.9928 |
| 138300-138301 | Sale | 6/25/2020 | (800) | 189.7942 |
| 138300-138301 | Sale | 12/15/2022 | (500) | 245.5550 |

Docusign Envelope ID: 56CEA6EC-A9C1-4904-9E7C-BF23FCE1EEC3

## Schedule A

**Universal-Investment-Gesellschaft mbH**
**Transactions in Dollar General Corporation**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| 138300-138301 | Sale | 8/23/2023 | (750) | 158.0167 |
| 450600-450623 | Purchase | 7/29/2020 | 148 | 191.3800 |
| 450600-450623 | Purchase | 9/18/2020 | 381 | 208.1000 |
| 450600-450623 | Purchase | 10/6/2020 | 160 | 212.2900 |
| 450600-450623 | Purchase | 12/28/2020 | 192 | 213.1400 |
| 450600-450623 | Purchase | 9/17/2021 | 219 | 222.1100 |
| 450600-450623 | Purchase | 12/17/2021 | 220 | 222.5000 |
| 450600-450623 | Purchase | 5/25/2022 | 238 | 195.3400 |
| 450600-450623 | Purchase | 9/30/2022 | 85 | 239.8600 |
| 450600-450623 | Purchase | 4/28/2023 | 52 | 221.4600 |
| 450600-450623 | Purchase | 5/25/2023 | 218 | 203.6100 |
| 450600-450623 | Purchase | 12/4/2023 | 51 | 134.8300 |
| 450600-450623 | Purchase | 12/15/2023 | 83 | 129.9768 |
| 450600-450623 | Purchase | 1/11/2024 | 9 | 133.8600 |
| 450600-450623 | Purchase | 1/16/2024 | 396 | 137.8200 |
| 450600-450623 | Purchase | 6/4/2024 | 341 | 134.5100 |
| 450600-450623 | Sale | 9/25/2020 | (228) | 208.3900 |
| 450600-450623 | Sale | 12/18/2020 | (71) | 210.4800 |
| 450600-450623 | Sale | 12/21/2020 | (190) | 209.0000 |
| 450600-450623 | Sale | 3/26/2021 | (200) | 203.0800 |
| 450600-450623 | Sale | 6/25/2021 | (317) | 211.9100 |
| 450600-450623 | Sale | 9/27/2021 | (167) | 216.7600 |
| 450600-450623 | Sale | 10/22/2021 | (44) | 220.3100 |
| 450600-450623 | Sale | 11/2/2021 | (39) | 221.8400 |
| 450600-450623 | Sale | 11/23/2021 | (266) | 225.8000 |
| 450600-450623 | Sale | 3/28/2022 | (161) | 226.3000 |
| 450600-450623 | Sale | 9/27/2022 | (299) | 235.8500 |
| 450600-450623 | Sale | 10/31/2022 | (84) | 255.0500 |
| 450600-450623 | Sale | 3/17/2023 | (80) | 208.8373 |
| 450600-450623 | Sale | 9/15/2023 | (66) | 115.6829 |
| 450600-450623 | Sale | 10/17/2023 | (454) | 117.3300 |
| 450600-450623 | Sale | 12/22/2023 | (154) | 132.2100 |
| 450600-450623 | Sale | 3/25/2024 | (356) | 150.7800 |
| 450600-450623 | Sale | 6/27/2024 | (321) | 130.2800 |
| 208100-208101 | Purchase | 1/4/2023 | 100 | 245.2628 |
| 208100-208101 | Sale | 7/20/2023 | (100) | 167.8320 |
| 260700-260745 | Purchase | 8/26/2021 | 170 | 218.4486 |

Docusign Envelope ID: 56CEA6EC-A9C1-4904-9E7C-BF23FCE1EEC3

## Schedule A

**Universal-Investment-Gesellschaft mbH
Transactions in Dollar General Corporation**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| 260700-260745 | Purchase | 12/7/2021 | 270 | 224.1754 |
| 260700-260745 | Purchase | 1/11/2023 | 236 | 241.1448 |
| 260700-260745 | Purchase | 1/13/2023 | 164 | 231.3000 |
| 260700-260745 | Purchase | 2/14/2023 | 160 | 233.7400 |
| 260700-260745 | Sale | 6/9/2022 | (190) | 237.1137 |
| 260700-260745 | Sale | 7/5/2022 | (130) | 248.5400 |
| 260700-260745 | Sale | 9/20/2022 | (120) | 244.2336 |
| 260700-260745 | Sale | 5/23/2023 | (560) | 209.5600 |
| | | | | |
| 432300-432301 | Purchase | 8/8/2022 | 500 | 258.2487 |
| 432300-432301 | Sale | 12/6/2022 | (500) | 246.9000 |
| | | | | |
| 160200-160203 | Purchase | 6/22/2021 | 300 | 214.7800 |
| 160200-160203 | Sale | 2/22/2022 | (300) | 198.4700 |
| | | | | |
| 319100-319101 | Purchase | 3/18/2022 | 100 | 229.6300 |
| 319100-319101 | Purchase | 3/18/2022 | 500 | 229.6300 |
| 319100-319101 | Sale | 6/30/2020 | (400) | 189.6264 |
| 319100-319101 | Sale | 12/18/2020 | (400) | 210.4800 |
| 319100-319101 | Sale | 7/27/2021 | (200) | 230.1500 |
| 319100-319101 | Sale | 3/23/2022 | (900) | 221.5500 |
| 319100-319101 | Sale | 4/14/2022 | (800) | 248.7700 |
| 319100-319101 | Sale | 6/17/2022 | (100) | 231.0063 |
| 319100-319101 | Sale | 6/16/2023 | (1,147) | 164.3200 |
| 319100-319101 | Sale | 6/16/2023 | (1,153) | 164.3200 |
| | | | | |
| 378400-378401 | Purchase | 9/16/2020 | 50 | 202.5000 |
| 378400-378401 | Purchase | 9/28/2020 | 50 | 206.9992 |
| 378400-378401 | Purchase | 12/2/2020 | 50 | 219.0900 |
| 378400-378401 | Sale | 1/20/2021 | (75) | 204.7117 |
| 378400-378401 | Sale | 2/25/2021 | (75) | 189.7084 |
| | | | | |
| 433Y00-433Y01 | Purchase | 7/20/2021 | 850 | 227.0931 |
| 433Y00-433Y01 | Sale | 5/31/2022 | (850) | 225.8200 |