# Appendix A: Table of Challenged Inventory Statements

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| FY 2020 10-K (Ex. 16 at 38); FY 2021 (Ex. 30 at 36); FY 2022 (Ex. 45 at 37); FY 2023 (Ex. 54 at 37); 10-Qs incorp. by reference | **Dollar General:** On an ongoing basis, we closely monitor and manage our inventory balances, *and they may fluctuate from period to period based on new store openings, the timing of purchases, and other factors.*[1] (SCAC ¶ 212) | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| FY 2020 10-K (Ex. 16 at 37); FY 2021 (Ex. 30 at 36); FY 2022 (Ex. 45 at 36); FY 2023 (Ex. 54 at 36); 10-Qs incorp. by reference | **Dollar General:** *Our ability to effectively manage our inventory balances can have a significant impact on our cash flows from operations during a given fiscal year. Inventory purchases are often somewhat seasonal in nature, such as the purchase of warm-weather or Christmas-related merchandise.* Efficient management of our inventory has been and continues to be an area of focus for us. (SCAC ¶ 214) | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| FY 2020 10-K (Ex. 16 at 13); FY 2021 (Ex. 30 at 14); FY 2022 (Ex. 45 at 13); FY 2023 (Ex. 54 at 13–14); 10-Qs | **Dollar General:** Efficient inventory management is a key component of our business success and profitability. (SCAC ¶ 218) | • No duty to disclose additional information<br>• Risk factor/protected forward-looking statement<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

---

[1] The SCAC did not include the *italicized* text from the source documents.  It is included throughout this chart for context.

1

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| incorp. by reference | | |
| FY 2020 10-K (Ex. 16 at 13); FY 2021 (Ex. 30 at 14); FY 2022 (Ex. 45 at 13); FY 2023 (Ex. 54 at 13–14); 10-Qs incorp. by reference | **Dollar General:** We must maintain sufficient inventory levels and an appropriate product mix to meet our customers' demands without allowing those levels to increase such that the costs to store and hold the goods unduly impacts our financial results or increases the risk of inventory shrinkage. *If we do not accurately predict customer trends, spending levels, or price sensitivity, we may have to take unanticipated markdowns to dispose of the excess inventory, which also can adversely affect our financial results. We continue to focus on ways to reduce these risks, but we cannot make assurances that we will be successful in our inventory management.* (SCAC ¶ 220) | • No duty to disclose additional information<br>• Risk factor/protected forward-looking statement<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| FY 2020 10-K (Ex. 16 at 13); FY 2021 (Ex. 30 at 14); FY 2022 (Ex. 45 at 13); FY 2023 (Ex. 54 at 13–14); 10-Qs incorp. by reference | **Dollar General:** Our cash flows from operations, profitability and financial condition may be negatively affected if we are not successful in managing our inventory balances.<br><br>If we do not accurately predict customer trends, spending levels, or price sensitivity, we may have to take unanticipated markdowns to dispose of the excess inventory, which also can adversely affect our financial results. *We continue to focus on ways to reduce these risks, but we cannot make assurances that we will be successful in our inventory management.*<br><br>If we are not successful in managing our inventory balances, our cash flows from operations and financial condition may be negatively affected. (SCAC ¶ 224)<br><br>A significant disruption to our distribution network, the capacity of our distribution centers or the timely receipt of inventory could adversely affect sales or increase our transportation costs, which would decrease our profitability. (SCAC ¶ 224) | • No duty to disclose additional information<br>• Risk factor/protected forward-looking statement<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

2

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| Q1 2020 Earnings Call (Ex. 4 at 13-14, 17–18) | **Owen**: *Q: How long do you think – or when do you think your supply chain will be back to where it needs to be in terms of getting the stores fully stocked?*<br><br>A: So merchant team did an outstanding job. And then the supply chain, obviously, you can't do that without the supply chain, so they were able to flex up to our demand and then also they were able to deliver the product to our stores on time. And then finally, as Todd mentioned as well, Fast Track earlier was one of our initiatives that really paid off during this because the stores were able to get the product on the shelf. . . . But I can tell you this. Our supply chain is ready to deliver the product to the stores when it's available. And our store teams are ready to get it on the shelf.<br><br>**Garratt:** *And then,* the other one that we didn't really call out this quarter because it wasn't material was shrink. *We continue to see an opportunity for shrink over the long-term. We're looking forward to the latter part of the year as we see the benefit – hope to see the benefit of the EAS units, the 6,000 units we installed completing the chain at the end of last year, looking to see the continued benefit we've seen in the past from those, as well as increased tagging now that we've completed the system.* (SCAC ¶ 227) | • No duty to disclose additional information<br>• Protected forward-looking statement<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q2 2020 Earnings Call (Ex. 07 at 22) | **Owen:** *as we look forward, and we're still suffering from some constraints, but* as we look forward, we see that the supply chain that we have is incredibly nimble and many of the initiatives we have in place have allowed us to get the products in and out of the supply chain and the distribution center fast, so we'll be ready for that customer when the inventory is ready to distribute to them. So we're pleased with the progress. (SCAC ¶ 230) | • No duty to disclose additional information<br>• Protected forward-looking statement<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| 9/9/2020 Barclays Global Consumer Staples | **Owen:** In a matter of weeks, we'll be able to bring that product in and get it on the shelf for the customer and to all of our stores. So I think that's a testament to the merchandising team's creativity and the supply chain and the operator's ability to get it on the shelf. *As we* | • No duty to disclose additional information<br>• Protected forward-looking statement<br>• Inactionable opinions and puffery |

3

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| Conference (Ex. 09 at 8–10) | *look to the back half of this year, I mean, we certainly are making progress, and we're pleased with the improvements we're making along the inventory front. Certainly, we are facing many of the constraints that other retailers are. But I think it's a testament to the creative problem-solving that our teams are able to come up with.* Then in terms of the holiday merchandise, like Todd mentioned, same thing. Our teams overseas were out in front of this as well and it's pretty much business as usual and we're excited. In fact, we're able to accelerate some of the holiday merchandise into the stores well ahead of normal because of the progress we've seen in some of the sell-throughs this summer. (SCAC ¶ 233) | • Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| 9/10/2020 Goldman Sachs Annual Global Retailing Conference (Ex. 10 at 7–9) | **Vasos:** So there's a lot of different moving parts that we manage each and every day, but I have to say that our team is very good at stripping out cost as relates to both distribution as well as that transportation side. (SCAC ¶ 236)<br><br>**Owen:** Q: So, what gives you confidence to manage your in-stock levels as you think about the coming two quarters?<br><br>A: *And to give you a good example is, during the pandemic, we have been able to stand up new items that are not even a part of our assortment. And* we've been able to bring these items into the supply chain in a matter of weeks and get them through the supply chain on the shelf for the customer. *So I think that just is a testament to the flexibility and the creativity of our teams to be able to serve that customer.*<br><br>*And I would say, basically,* we're business as usual there and we've been able to bring inventory over, and quite honestly, we've been able to ship inventory holiday merchandise early to our stores in some cases because of the great sell-throughs we saw with the lawn and garden, some of the summer seasonal. *So we've set some of our holiday product faster and earlier than we have in the past.* So, again, it's a day-to-day activity that our teams collaborate | • No duty to disclose additional information<br>• Protected forward-looking statement<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

4

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| | tremendously well with not only internally but externally and we'll continue to do that. But we feel like we're in a good position for the back half and we'll be there and ready to serve the customer. (SCAC ¶ 238) | |
| Q1 2021 10-Q (Ex. 20 at 19–20) | **Dollar General:** *Higher initial markups on inventory purchases and a reduction in markdowns as a percentage of net sales contributed to the increase in the gross profit rate.*<br><br>*A reduction in inventory shrink as a percentage of net sales also contributed to the increase in the gross profit rate.* (SCAC ¶ 247) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q1 2021 8-K dated May 27, 2021 (Ex. 18 at 4) | **Dollar General:** *This gross profit rate increase was primarily attributable to higher initial markups on inventory purchases;* a reduction in markdowns as a percentage of net sales . . . *and* a reduction in inventory shrink as a percentage of net sales. *These factors were partially offset by increased transportation costs, which were primarily impacted by higher transportation rates.* (SCAC ¶ 247) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q3 2021 Earnings Call (Ex. 26 at 4–5) | **Garratt:** *For Q3 2021, gross profit as a percentage of sales was 30.8%, a decrease of 57 basis points but an increase of 121 basis points compared to Q3 2019. The decrease compared to Q3 2020 was primarily attributable to a higher LIFO provision, increased transportation costs, a greater proportion of sales coming from our consumables category and an increase in inventory damages. These factors were partially offset by higher inventory markups and a reduction in shrink as a percentage of sales.*<br><br>*Looking ahead,* we are pleased with our inventory position for the holiday shopping season, and our teams continue to work closely with suppliers to ensure delivery of goods for the remainder of the year. (SCAC ¶ 260) | • No duty to disclose additional information<br>• Protected forward-looking statement<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| Q3 2021 Earnings Call (Ex. 26 at 13) | **Garratt**: *What I'll say is it's early to provide specific 2022 guidance. We'll do that on the next call. But as you think about next year, I would tell you, as we said in our prepared comments,* we've never felt better about the business model. *We feel great about the fundamentals and the initiatives as well as the performance of the real estate, including the new formats that further boost sales.*<br><br>And then also as you think about next year in general, we come into the year with elevated inflationary pressures. We have, as we said, expectations that the supply chain costs will continue to be elevated through Q4, and they won't magically drop right out of the gate in Q1, as well as the product cost pressures. But we do think there's reasons to think that this is supply and demand calculation here and over time it will moderate and so that could flip as you move through the year into tailwind. So more to come on the specifics, but as you think about next year, I would tell you the fundamentals are fantastic. *But the beginning of the year will be more pressured than the latter part of the year.* (SCAC ¶ 262) | • No duty to disclose additional information<br>• Protected forward-looking statement<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q4 2021 Earnings Call (Ex. 29 at 3–5) | **Garratt:** *Of note, while we expect some relief as we move through 2022, our Q4 supply chain expenses were significantly higher compared to Q4 2020, resulting in a headwind to gross margin of approximately $100 million. These factors were partially offset by a* reduction in markdowns as a percentage of sales *in higher inventory markups.*<br><br>**Vasos:** *In fact, I'm pleased to report our staffing levels are back to 2019 pre-COVID levels in both our stores and distribution centers, and* we are seeing a meaningful improvement in our in-stock positions.<br><br>**Garratt:** Importantly, as Todd noted, we have begun to see a meaningful improvement in our in-stock levels since the end of the year and expect continued improvement as we move through 2022, underscoring our optimism that we are well positioned to serve our | • No duty to disclose additional information<br>• Protected forward-looking statement<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

6

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| | customers with the products they want and need. *In 2021, we generated significant cash flow from operations totaling $2.9 billion.* (SCAC ¶ 265) | |
| Q4 2021 and FY 2021 Earnings Call (Ex. 29 at 16, 18–19) | **Garratt:** And the other thing to point out is we're improving our in-stocks as we improve our in-stocks, that's driving sales as well.<br><br>**Vasos:** *We called it out in our prepared remarks; and due to many factors, one, obviously,* we had some labor challenges in Q3 and Q4 in distribution. We're happy to report that we are now back to pre-pandemic levels on staffing. So we feel good about that…Now as we move through Q4 and now into Q1, we feel much, much better about where our in-stock levels are. *Are we back to historical levels yet? Not quite, but I don't think anybody is.* (SCAC ¶ 266) | • No duty to disclose additional information<br>• Protected forward-looking statement<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q1 2022 Earnings Call (Ex. 33 at 3) | **Vasos:** *This increase was offset by a decline of 15.1% in our combined non-consumable categories . . . In addition, we continued to experience headwinds from ongoing global supply chain pressures and rising cost inflation. Despite these challenges . . .* I'm also pleased to report that we have continued to make improvements in our overall in-stock position, which we believe positions us well to drive strong top line performance through the remainder of the year. (SCAC ¶ 269)<br><br>**Vasos:** *So we feel like we've seen where that consumer is probably going to land on a mix basis, discretionary versus non. But we also believe we've made the right trade-offs. And as John indicated,* feel really good about our inventory levels there and not concerned at all at this point on any markdown risks that may be there. (SCAC ¶ 271) | • No duty to disclose additional information<br>• Protected forward-looking statement<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q2 2022 Earnings Call (Ex. 36 at 3, 5, 10, 18, 21–22) | **Vasos:** *During the quarter, and from a position of strength, we made targeted investments in both incremental labor hours and wages to further enhance the customer experience and build on our sales momentum. We believe these investments contributed to* an | • No duty to disclose additional information<br>• Protected forward-looking statement<br>• Inactionable opinions and puffery<br>• Not false/misleading when made |

7

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| | improvement in our overall in-stock position and our strong sales results.<br><br>**Garratt:** *And importantly, we* continue to believe the quality of our inventory is in good shape.<br><br>*As Todd noted, we're also* pleased with the improvements we saw in our in-stock levels during the quarter and expect continued improvement as we move through 2022.<br><br>**Owen:** *Moving forward, the next phase of Fast Track consists of increasing our utilization of emerging technology and data strategies, which includes putting new digital tools in the hands of our field leaders. When combined with our* data-driven inventory management, *we believe these efforts will drive greater efficiencies for our retail leaders and their teams.* (SCAC ¶ 274)<br><br>**Owen:** *And so* we're very pleased at our ability to expand our distribution network because what it's going to do for us is it's going to continue to allow us to serve our stores better, make it more efficient, be able to pull cost out of the system and enable us to continue to grow. And as you can tell, we have significant growth prospects in the future. And that's all this is, is being able to make sure that our distribution is in line with our store opening plans, and those two teams work very, very well together to plan accordingly. (SCAC ¶ 276)<br><br>**Vasos:** Q: *Your comp in the quarter was obviously well above your algorithm, you're guiding conservatively for the back half of the year seemingly so.* You have a lot of inventory. *Why wouldn't this above algorithm comp continue well into next year, assuming that the macro environment stays where it is, and if it gets a little worse, that trade-down benefit will be even greater?*<br><br>A: As it relates to the inventory levels, we couldn't be happier with where we sit today on inventory. We did all the right things early on, | • No corrective disclosures<br>• No strong inference of scienter |

8

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| | Michael, as you would imagine, coming from a Dollar General. We were well ahead of any inventory issues that may pop up, unlike some of our competitors out there . . . So we feel very strong.  The quality of our inventory couldn't be better. (SCAC ¶ 278) | |
| 12/1/2022 8-K (Ex. 39 at 4, 6) | **Owen:** *We are thankful to our team for their continued dedication to serving others, particularly in a* challenging economic and operating environment… <br><br> *Despite the* cost pressures we experienced during the quarter, as well as challenges within our internal supply chain resulting in higher-than-anticipated distribution and transportation costs, *our team was resilient and worked hard to deliver double-digit diluted EPS growth.* <br><br> **Dollar General:**  During the third quarter, the Company experienced unanticipated delays in acquiring additional temporary warehouse space sufficient for its inventory needs, which caused inefficiencies within the Company's internal supply chain. These challenges resulted in higher-than-anticipated supply chain costs, including fees incurred for delays in returning shipping containers, and higher transportation costs caused by the need to service stores from less-than-optimal distribution center alignments. (SCAC ¶ 281) <br><br> **Owen:**  We believe the majority of these and other gross margin pressures are largely temporary, and we are confident in our plans to drive greater supply chain efficiencies moving forward. (SCAC ¶ 282) | • No duty to disclose additional information <br> • Protected forward-looking statement <br> • Inactionable opinions and puffery <br> • Not false/misleading when made <br> • No corrective disclosures <br> • No strong inference of scienter |
| Q3 2022 10-Q (Ex. 42 at 16) | **Dollar General:** *While we anticipate these pressures will result in a continued headwind through at least the remainder of the year,* we have made progress in acquiring additional warehouse capacity, and expect to add a significant amount of additional warehouse capacity through the remainder of 2022 and in 2023. We believe these additional facilities will drive greater efficiencies throughout our supply chain. (SCAC ¶ 282) | • No duty to disclose additional information <br> • Protected forward-looking statement <br> • Inactionable opinions and puffery <br> • Not false/misleading when made <br> • No corrective disclosures <br> • No strong inference of scienter |

9

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| Q3 2022 Earnings Call Slide Deck[2] | **Owen/Garratt:**  The company is confident in the actions taken to address supply chain challenges.<br><br>The company is making good progress towards resolving storage capacity constraints.<br><br>The company anticipates that it will begin to see lower levels of inventory growth beginning in Q4. | • No duty to disclose additional information<br>• Protected forward-looking statement<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q3 2022 Earnings Call (Ex. 40 at 5–6, 21) | **Owen:**  Importantly, we continue to believe the quality of our inventory is in good shape, and we anticipate that we will begin to see lower levels of inventory growth beginning in Q4.<br><br>*First,* while we had some unanticipated challenges within our supply chain during the quarter, we're confident in the actions we've taken to address these near-term issues and expect continued improvement as we move through Q4 and into next year.<br><br>*Moving forward, the next phase of Fast Track consists of increasing our utilization of emerging technology and data strategies, which includes putting new digital tools in the hands of our field leaders. When combined with our* data-driven inventory management, *we believe these efforts will reduce store workload and drive greater efficiencies for our retail leaders and their teams.* (SCAC ¶ 283) | • No duty to disclose additional information<br>• Protected forward-looking statement<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| 1/23/2023 8-K (Ex. 43 at 4) | **Dollar General:**  *The company believes* the lower-than-expected results *are primarily attributable to* lower-than-anticipated sales and higher-than-anticipated inventory damages, *both of which were negatively impacted, to varying degrees, by* Winter Storm Elliott during the fourth quarter. (SCAC ¶ 285) | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

---

[2] Defendants have not located this alleged presentation.

10

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| Q4 2022 and FY 2022 Earnings Call (Ex. 44 at 3-4, 15–16) | **Garratt:** *Q: This quarter for example inventory was actually up over $1 billion dollars, tables were actually down year-over-year. Can you just* provide any more color on what's happening there *and do you expect that to ramp up to kind of the payables inventory to ramp up to historical levels or is there some sort of structural change whether it's mix or capacity change et cetera that is influencing that?*<br><br>A: As we look further, we expect inventory levels to normalize. As you look at in Q4, we saw inventory per store drop in half. It was 14% on a per store basis which was about half the growth rate we saw in the previous period – previous quarter. And again, it reflects the same drivers. It's really the product cost inflation and a greater mix of higher value products particularly in NCI as we completed the rollout of that. The important thing to note here is it is seasonal goods or early receipt of seasonal goods was our other driver. But it's important to note that these are evergreen type products which aren't time sensitive so we feel really good about the quality of the inventory, the ability to move through that, and expect this to continue to normalize as we move through the year. (SCAC ¶ 288)<br><br>**Owen:** The quarter was also impacted by greater than anticipated inventory damages, which contributed to diluted EPS results that were below our expectations. While the storm had some damages impact, we also incurred higher damages than expected as we worked through the residual impact of the storage capacity constraints and related store and distribution inefficiencies we experienced during the second half of the year. Although we expect some of these related impacts to be with us through the end of Q1, we are pleased to have the storage capacity constraints largely behind us which we believe positions us well moving forward. (SCAC ¶ 289)<br><br>**Owen:** *Finally, we* made strong progress in our supply chain, reducing our storage capacity constraints and improving operations during the quarter. *More specifically, and as we said we would do, we* | • No duty to disclose additional information<br>• Protected forward-looking statement<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

11

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| | *added significant capacity in Q4, bringing nearly 3 million square feet of distribution capacity online. These efforts culminated with the opening of our newest distribution center in Blair, Nebraska, during the quarter.* (SCAC ¶ 290) | |
| FY 2022 10-K (Ex. 45 at 5, 8) | **Dollar General:** We continually evaluate the needs and demands of our customers and modify our merchandise selections and pricing accordingly, while remaining focused on increasing profitability, cash generation and returns for our shareholders.<br><br>In the second half of 2022, we experienced a temporary shortage of available warehouse capacity, primarily due to delays in opening temporary warehouse space. This shortage resulted in a significant impact to our operating results due to increased costs associated with delays in unloading inventory into warehouse space, as well as inefficiencies in moving goods throughout our internal supply chain. With the opening of three permanent distribution facilities in the fourth quarter of 2022, significant warehouse capacity is now available and has relieved the vast majority of these constraints.<br><br>We regularly analyze and rebalance the network with a goal of ensuring that it remains efficient and provides the service levels our stores require. (SCAC ¶ 293) | • No duty to disclose additional information<br>• Protected forward-looking statement<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q1 2023 Earnings Call (Ex. 47 at 5-6, 19-20) | **Owen:** *We are also* refining our inventory management process, including making some structural reporting realignments within our team to allow us to move more nimbly to respond to customer demand and the needs of the business. (SCAC ¶ 296)<br><br>**Dilts:** Q: *So your* inventory balance was up, I think, 20% year-over-year. *Just curious* how you feel about the health of the inventory position and opportunities you see to improve from here.<br><br>A: We continue to feel good about the quality of the inventory. But I will say, inventory management remains a focus for us. So inventory growth was relatively consistent with Q4, although we had hope[d] | • No duty to disclose additional information<br>• Protected forward-looking statement<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

12

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| | that it would come in somewhat lower this quarter. The good news here is what I would say is we made some progress on working down the non-consumable inventory. It was offset though by improved consumable in-stock levels. And as Jeff noted with the supply chain health, that's where we got those in-stock levels from….our supply chain service levels improved faster than we expected, and that drove some consumable products to the store, which was one of the main contributors as you look on either a year-over year basis or a quarter-over-quarter basis. So I'd just end with we know that inventory remains an opportunity for us and we're going to continue working on reducing those levels, with the goal to remain in line with sales, and we believe that the new structure we've put in place will make sure that we get that done. (SCAC ¶ 297)<br><br>**Dilts:** Importantly, we continue to believe the quality of our inventory is in good shape. (SCAC ¶ 298) | |
| Q3 2023 Earnings Call (Ex. 51 at 9–10, 13-15) | **Dilts:** Q: *So, I wanted to kick it off just with longer-term operating margins. Do you feel that you* can sustain a 6%-plus operating margin level longer term? *And do you think you can* get back to 8%-plus, *where you have historically operated? And then to get to that 8%-plus, where do you see potentially* the bigger buckets of opportunity *going forward?*<br><br>A: *So, that's a little bit of color on 2024. We're going to give you a lot more color in March and give you a little bit more holistic view there. But what I'll say is* overall, the fundamentals of this business are absolutely unchanged and this model remains strong. *And on a longer-term basis, we believe that we're going to get back to the historic levels that this model is accustomed to delivering.* (SCAC ¶ 301)<br><br>Q: *I wanted to talk about inventory a little bit. Just in terms of the* progress rightsizing your inventory position, *can you just give us a little bit more perspective on where you sit today with consumables* | • No duty to disclose additional information<br>• Protected forward-looking statement<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

13

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| | *versus non-consumables? And then is it your expectation* to exit the year clean, *or do you feel like you're going to* still need some incremental actions into next year? | |
| | **Dilts:** *And inventory reduction is absolutely a priority of ours this year and it'll be a priority as we move into next year.* I think the good news for us is that the quality of our inventory is good *but we've talked a lot in the past about the benefits of inventory reduction and just what that does as you reduce the complexities in both the stores and the distribution centers. So,* I would say our progress is on track in our reduction efforts, and you saw a little bit of that in the numbers today. | |
| | **Vasos:** *And* as you look at our results in Q3 and how that relates to any activity around clearing this inventory, I would tell you that I feel very good about the balance here . . . *So, we're watching that very closely. But again,* early results would say it's right in line where we thought it would be right now and actually, in some areas, a little bit better. *So, we're watching that carefully but I would also say, as we continue to move forward, what we like and what I've seen since I've been back is I believe we've done exactly the right thing on moving through some of this inventory.* But as I look at the quality of our inventory, it is in very good shape. | |
| | *This is about having a little bit too much of some basic paper, cleaning, food-type items. Things like that will move through the system pretty naturally as long as we do the right thing with our supply chain and our stores, and that's exactly what back to the basics is meant to address.* So, feel very good about that and very good about what we see going into the back half of this year and 2024. (SCAC ¶ 302) | |
| | **Vasos:** *Q: And as part of that, Kelly pointed to* a few factors that are going to weigh on Dollar General's profitability *in 2024. Could you* | |

14

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| | give more texture and timing *around how large* those factors are like incentive compensation and shrink? A: We feel that we're on the right track with our back to basics moves here both in our labor investments, in our inventory investments, *as well as in our supply chain and merchandising. . . . As I said in my prepared remarks, some of it will occur and manifest itself faster and some will take a little bit more time.* But rest assured, we are hitting every single item and we're monitoring every single item every week here to make sure it's on the right track. And if it happens not to move the way we want, we will then make an adjustment to ensure that it does. (SCAC ¶ 303) | |
| Q4 2023 Earnings Call (Ex. 53 at 5) | **Dilts:** *I want to acknowledge the great work the team has done to reduce our inventory position this year.* We've made significant progress optimizing our inventory mix and levels and we continue to believe that the quality of our inventory remains good. Overall, we are pleased with the progress we are making, including gains in customer traffic and market share, lower inventory levels and improving cash flow from operations. (SCAC ¶ 306) | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| FY 2023 10-K (Ex. 54 at 28) | **Dollar General:** *We experienced higher damages in the first half of 2023, as well as significantly higher shrink throughout 2023 . . .* As of fiscal year-end, and discussed further below, we have materially reduced inventory levels. (SCAC ¶ 307) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q1 2024 Earnings Call (Ex. 55 at 5–6, 16-17) | **Dilts:** The team continues to do great work reducing our overall inventory position while simultaneously optimizing our mix and driving higher end stocks. We're pleased with the significant progress on this important goal, which not only frees up more cash in the business but also helps to mitigate further shrink risk. And importantly, we continue to believe the quality of our inventory remains good. | • No duty to disclose additional information<br>• Protected forward-looking statement<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

15

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| | Overall, we're pleased with our progress and proud of these results, including gains in customer traffic and market share, significantly lower inventory levels and improved cash flow from operations. (SCAC ¶ 310)<br><br>**Vasos:** Q: How confident are you that the investments you're making and including what you've done from a payroll perspective is really fully baked in here, and is not going to have to step-up again?<br><br>A: I just want to reiterate, shrink was worse than we thought it would have been in Q1, but we are seeing those green shoots, which gives us confidence to reiterate our guidance long-term. *So I just want to make sure we got that point across.…* when you look at inventory levels across the store, I mean, pretty aggressive but impressive reduction in inventory in light of rising sales … our inventory is in really good shape as far as the quality and always has been, *but we want to make sure that at store level that it gets to the shelf when it comes in and gets in front of the consumer as quickly as possible, and those levels are so important to make sure that happens* . . . we feel good about all the investments we've made . . . We feel that they're right on track. (SCAC ¶ 311) | |

16