# Appendix B: Table of Challenged Staffing Statements

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| FY 2020 10-K (Ex. 16 at 6); FY 2022 (Ex. 30 at 6); FY 2023 (Ex. 45 at 7); FY 2024 (Ex. 54 at 7); 10-Qs incorp. by reference | **Company:** The typical Dollar General store is operated by a store manager, one or more assistant store managers, and three or more sales associates. (SCAC ¶ 314) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| FY 2020 10-K (Ex. 16 at 30); FY 2021 (Ex. 30 at 29); FY 2022 (Ex. 45 at 29); FY 2023 (Ex. 54 at 29); 10-Qs incorp. by reference | **Company:** *Our diverse teams are a competitive advantage, and we*[1] proactively seek ways to continue investing in their development. (SCAC ¶ 316) | • No duty to disclose additional information<br>• Protected forward-looking statement<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| FY 2020 10-K (Ex. 16 at 17); FY 2021 (Ex. 30 at 18); FY 2022 (Ex. 45 at 18); FY 2023 (Ex. 54 at 18); 10-Qs incorp. by reference | **Company:** Failure to attract, develop and retain qualified employees while controlling labor costs, as well as other labor issues, could adversely affect our financial performance. (SCAC ¶ 318) | • No duty to disclose additional information<br>• Risk factor/protected forward looking statement<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| FY 2020 10-K (Ex. 16 at 17-18); FY 2021 (Ex. 30 at 18); FY 2022 (Ex. 45 at 18); FY 2023 (Ex. | **Company:** If we are unable to attract, develop and retain adequate numbers of qualified employees, our operations, customer service levels, legal and regulatory compliance, and support functions could suffer. (SCAC ¶ 318) | • No duty to disclose additional information<br>• Risk factor/protected forward looking statement<br>• Not false/misleading when made |

---

[1] The SCAC did not include the *italicized* text from the source documents.  It is included throughout this chart for context.

1

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| 54 at 18); 10-Qs incorp. by reference | | • No corrective disclosures<br>• No strong inference of scienter |
| Q2 2020 Earnings Call (Ex. 7 at 9) | **Owen:** As a result of our efforts to date, our store associates are able to better serve our customers during this period of heightened demand as evidenced by our recent customer survey results, which we are seeing overall satisfaction at all-time highs. (SCAC ¶ 320) | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q3 2020 Earnings Call (Ex. 12 at 8) | **Owen:** Our fourth operating priority is investing in our diverse teams through development, empowerment, and inclusion. [ . . . ]. Importantly, we believe these investments continue to yield positive results across our store base, as evidenced by continued record low store manager turnover, record staffing levels, healthy applicant flows, and a robust internal promotion pipeline. (SCAC ¶ 323) | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| 5/26/2021 Annual Shareholder Meeting (Ex. 17 at 9) | **Vasos:** Our investments in our people are paying dividends across the organization. And in 2020, we saw our lowest store manager turnover on record. In addition, we now have more than 12,000 store managers who were promoted from within the company, further demonstrating the culture of development and growth at Dollar General. (SCAC ¶ 325) | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q1 2021 Earnings Call (Ex. 19 at 8) | **Owen:** Our fourth operating priority is investing in our diverse teams through development, empowerment and inclusion. [ . . . ] Importantly, we believe these efforts continue to yield positive results across our organization and are an important driver of our consistent and strong execution. At the store level, we continue to be pleased with our robust internal promotion pipeline and store manager turnover, which continues to trend below historic levels. (SCAC ¶ 327) | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

2

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| 9/8/2021 Barclays Global Consumer Staples Conference (Ex. 24 at 8) | **Owen:** Q: *Okay. And then on the wage front, obviously, Walmart recently announced another increase. You also have had some very strong success with hiring 50,000 employees. Maybe talk a little bit about your wage positioning.*<br><br>A: *We feel like in terms of the 50,000, I appreciate you noticing that because we're pleased with the ability to do that. But one of the things that we've always done, we continue to do, is pay competitive wages. And we feel like we continue to do that. And, of course, we expect wage pressure every year. It's something that we've been dealing with for quite some time, and* we continue to make the investments we need to, but we don't feel like we need to make any meaningful ones…And, again, we feel like we're in really good position. *Our pipeline is doing very well, and we'll continue to watch that but feel good about it right now.* (SCAC ¶ 329) | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q3 2021 Earnings Call (Ex. 26 at 9) | **Owen:** Our fourth operating priority is investing in our diverse teams through development, empowerment and inclusion. . . . [W]e continue to innovate on the development opportunities we offer our teams. Importantly, we believe these efforts continue to yield positive results across our store base, as evidenced by our robust promotion pipeline, healthy applicant flows and staffing above traditional levels. (SCAC ¶ 331) | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q4 2021 Earnings Call (Ex. 29 at 17) | **Garratt:** And we're in a great spot in terms of staffing levels. (SCAC ¶ 333) | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| 5/25/2022 Annual Shareholder | **Vasos:** Our fourth operating priority is investing in our diverse teams through development, empowerment and inclusion. We continue to | • No duty to disclose additional information |

3

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| Meeting (Ex. 31 at 8) | focus on attracting, developing and retaining talented employees. We have made significant investments in wages, benefits and training opportunities, which we believe are resonating with our team, as we drive improvements across the organization, that better position our associates for future success. (SCAC ¶ 335) | • Protected forward-looking statement<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q1 2022 Earnings Call (Ex. 33 at 9) | **Owen:** Our fourth operating priority is investing in our diverse teams through development, empowerment, and inclusion…we are pleased with our turnover rates, staffing levels and applicant flow. (SCAC ¶ 337) | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q2 2022 Earnings Call (Ex. 36 at 3, 6, 11) | **Garratt:** Finally, and consistent with Q2, our outlook includes continued investments to further enhance the customer experience, including incremental labor hours and wages to drive continued improvement in overall in-stock levels and customer service.<br><br>**Owen:** [Our] fourth operating priority is investing in our diverse teams through development, empowerment and inclusion. *As a growing retailer, we continue to create new jobs and opportunities for personal and professional development, and ultimately, career advancement.*<br><br>**Owen:** We also continue to be pleased with our turnover rates, staffing levels and applicant flow, further validating our belief that we are taking the right actions to attract and retain talent.<br><br>**Vasos:** During the quarter, and from a position of strength, we made targeted investments in both incremental labor hours and wages to further enhance the customer experience and build on our sales momentum. We believe these investments contributed to an | • No duty to disclose additional information<br>• Protected forward-looking statement<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

4

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| | improvement in our overall in-stock position and our strong sales results. (SCAC ¶ 340) | |
| Q3 2022 Earnings Call (Ex. 40 at 7) | **Garratt:** *Consistent with Q2 and Q3, our outlook includes* continued investments to further enhance the customer experience primarily toward incremental labor hours to drive continued improvement in overall in-stock levels and customer experience.<br><br>**Owen:** Our fourth operating priority is investing in our diverse teams through development, empowerment and inclusion. *As a growing retailer, we continue to create new jobs and opportunities for personal and professional development and, ultimately, career advancement.*<br><br>**Owen:** We are pleased with our turnover trends and staffing levels. And applicant flow continues to be strong, further validating our confidence that we are taking the right actions to attract and retain talent. (SCAC ¶ 342) | • No duty to disclose additional information<br>• Protected forward-looking statement<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q4 2022 and FY 2022 Earnings Call (Ex. 44 at 9-10, 12, 17) | **Owen:** Our fourth operating priority is investing in our diverse teams through development, empowerment and inclusion. *As a growing retailer, we created more than 10,000 new jobs in 2022 while continuing to drive opportunities for personal and professional development and ultimately career advancement. Our internal promotion pipeline remains robust as evidenced by internal placement rates of more than 70% at or above the lead sales associate position. Additionally, more than 10% of our growing private fleet team which nearly doubled in size in 2022 began their careers with us in either a store or distribution center.* We continue to have great success hiring the talent we need, and we are pleased with our staffing levels and applicant flow. | • No duty to disclose additional information<br>• Protected forward-looking statement<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

5

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| | *In addition to new opportunities*, we have made significant investments in our people including raising average hourly retail wages by approximately 23% over the last three years and investing over 4 million training hours in 2022 to promote education and development.<br><br>*And so the other thing you've got to remember is where our stores are located. They're located in rural communities, 75% are in communities of 20,000 or less, and we prevent – we provide career growth opportunities that are unmatched in retail. Which leads to* our staffing levels being very robust which we mentioned. *And that gives us the opportunity because we're in such a good position to invest in the hours. And so as we think about hours*, we're pleased that what we believe this will do to elevate our store standards and our consistency which we believe the customer will benefit and the associate will benefit. (SCAC ¶ 344)<br><br>We feel great about our staffing levels, our ability to attract, and our ability to retain our talent. And so that's why we're investing in hours, and right now we're very pleased to see that wage grow 23% over the last three years. So we're in a great position and that's why we're able to put this investment more towards the hours in the store rather than having to catch up on wages. (SCAC ¶ 345) | |

6