# Appendix C: Table of Challenged Pricing Statements

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| Q1 2020 Earnings Call (Ex. 04) | **Garratt:** we believe we're in a great position right now with price and believe we're making the right investments to drive margin expansion over the long-term, and believe we have the levers to do so. (SCAC ¶ 348)<br><br>**Vasos:** our pricing is as competitive as it's been *in the time that I've been here in the 11 years that I've been here.*[1]<br><br>We don't see a need to lean in any further on price, because we're so well priced today against all classes of trade. Now, we'll continue to watch that if something changes. The other thing to keep in mind is that we've been very, very vigilant around price, especially during this time. *What we don't want to do is, to raise prices to our consumers in a time of need, especially in a pandemic.* (SCAC ¶ 349) | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q2 2020 Earnings Call (Ex. 07) | **Garratt:** We'll always watch price, but we feel very good about where we're priced now. (SCAC ¶ 351) | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q3 2020 Earnings Call (Ex. 12) | **Garratt:** we're currently in a great spot on price and don't see the need to make any investments there right now. So, I believe we're making the right investments and have the levers to continue to improve gross margins and operating margins over the long term. (SCAC ¶ 354)<br><br>**Vasos:** Well, we always say, we always reserve the right to lower price to ensure that we keep those footsteps coming into Dollar General and, more importantly, service that consumer. As we sit right now, though, Michael, we don't see any evidence and/or need to pull a price lever. [ . . . ] But as we continue to watch the environment, we'll do whatever we have to do to ensure that we're priced right. But I think it's also important to note | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

---

[1] The SCAC did not include the *italicized* text from the source documents.  It is included throughout this chart for context.

1

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| | that in the 12 years that I've been here, this is the best competitive positioning we've ever been in on price; the very best. So, from a position of strength, we've already lowered price, got it where it needs to be, and are in very good shape as we move into 2021. (SCAC ¶ 355) | |
| Q4 2020 Earnings Call (Ex. 15) | **Garratt:** And on the price front, we'll always reserve the right to invest as needed, but as we look at it now and as we've seen for quite a while now, we feel like we're in the best position on pricing we've been in and don't see, at least for the foreseeable future, the need to invest there. (SCAC ¶ 358) | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q3 2021 Earnings Call (Ex. 26) | **Vasos:** Looking ahead, we believe we are well positioned to navigate the current environment, and although we've experienced higher-than expected costs, both from a product and supply chain perspective, we're very confident in our price position as our price indexes relative to our competitors and other classes of trade remain in line with our targeted and historical ranges. And because so many families depend on us for everyday essentials at the right price, we believe products at the $1 price point are important for our customers, and they will continue to have a significant presence in our assortment. In fact approximately 20% of our overall assortment remains at $1 or less. And moving forward, we will continue to foster and grow this program where appropriate. (SCAC ¶ 361)<br><br>**Vasos:** When you look at how we operate, our pricing is as good as ever against all classes of trade. And as we talked about on our prepared remarks, we're not walking away from a $1 price point. (SCAC ¶ 362) | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q4 2021 and FY 2021 Earnings Call (Ex. 29) | **Vasos:** We are very confident in our price position as our price indexes relative to competitors and other classes of trade remain in line with our targeted and historical ranges. And because so many families depend on us for everyday essentials at the right price, we believe products at the $1 price point are important to our customers, and they will continue to have a significant presence in our assortment. In fact, approximately 20% of | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures |

2

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| | our overall assortment is $1 or less. And moving forward, we expect to continue to foster and grow this program where appropriate.<br><br>Matter of fact, our pricing position has never been better. And as I said in my prepared remarks, our indexes are as good if not better than they've ever been. So we feel great about our everyday price. (SCAC ¶ 365) | • No strong inference of scienter |
| Q1 2022 Earnings Call (Ex. 33) | **Vasos:** In addition, while we continue to see ongoing product cost inflation, we feel good about our price position as our price indexes relative to competitors and other classes of trade remain in line with our targeted and historical ranges. (SCAC ¶ 368)<br><br>**Vasos:** Q: *One of your big competitors this morning announced they're going to be making some investments to narrow the price gap. Do you think* you'll need to take down your prices further and maintain that price gap to continue to enjoy the success that Dollar General has achieved?<br><br>A: *I would tell you we look at all competitors when we look at our price. And there's some much bigger competitors out there than the one that you are referring to that we watch really closely.* The great thing is that our prices are right in our historical ranges. And we feel great about price. We've got plenty of ammunition to do whatever we need to do. But I would tell you that we've never felt better about our price position as we continue to move through Q2 and into the back half of the year. We've taken the opportunity, and I've mentioned this before, over the many, many months through COVID to sharpen our prices even more. And I believe that what we're seeing right now against all classes of trade would tell you that Dollar General is in a great spot and has all of the levers at its disposal to continue to keep that positioning. We don't see anything on the horizon that gives us any concern there at all. (SCAC ¶ 369)<br><br>**Garratt:** And as we work the other levers we've talked about, as we leverage our scale, and as Todd mentioned, we're in a very good place in price. (SCAC ¶ 370) | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

3

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| | **Vasos:** Q: *How does the recession playbook look differently than back then in terms of – and how quickly do you play that? What do you have to see to want to lean into that playbook?*<br><br>A: *So there really isn't a lean-in in the playbook as much as it is knowing what that customer is going to do from historical times and then servicing.* I mentioned and the reason we're leaning into that $1 price point is because we know how important that is during those times. *Private brand, we've seen an acceleration in our private brand business as well in recent weeks. That's a true sign that she's starting to feel that pressure. So how do we respond? Well,* you'll see more endcaps, more off-shelf displays of both $1and private brand as we move through Q2 and into the back half of the year.<br><br>So we're really good and nimble as you know and be able to move really quickly. *So you'll see more and more of that. I think the important thing here is* we're so different as a company than we were in 2008, 2009. I would hate to be fixing fundamentals right now because the opportunity to gain share is going to be tremendous as we, I believe, move through this year. And we're so far beyond that with all of the initiatives that we've put in place over the last 6, 7 years. (SCAC ¶ 371) | |
| Q2 2022 Earnings Call (Ex. 36) | **Vasos:** Importantly, we continue to feel very good about our price position relative to competitors and other classes of trade. And with more than 18,500 stores located within five miles, about 75% of the US population, we believe we are well positioned to navigate the current environment, while continuing to support our customers through our unique combination of value and convenience. (SCAC ¶ 374)<br><br>**Vasos:** Q: how do you feel about your pricing position today in light of some of the competitive actions that are taking place right now and are expected to happen going forward?<br><br>A: We feel great about our price position. I just want to remind everybody, well over a year ago, we took a very aggressive price stance, as you may recall me talking about over the last 18 months or so. And it | • No duty to disclose additional information<br>• Protected forward-looking statement<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

4

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| | positions us so well in the pandemic and now exiting the pandemic timeframe. And we feel great about where we are on prices against all classes of trade, and of course, against even our chief competitors. We're in really good shape. (SCAC ¶ 375)<br><br>**Garratt:** Todd talked about being in a great spot on price position. And again, as a limited SKU operator with our growth in size, I think it really positions us well in this environment to serve that customer very well. Be sharp on price, but to continue to expand our margins over the long term. (SCAC ¶ 375) | |
| 9/7/2022 Goldman Sachs Global Retailing Conference (Ex. 38) | **Vasos:** Q: *If we can maybe talk a little bit about the competitive landscape, just because there is a big competitor that's refocusing its efforts and investing in the store experience but also in the new announcement as investing in price and narrowing the price gap. How do you think this will impact the broader industry, as well as DG? And are you focused on anything to mitigate any potential market share impacts if there were to be any?*<br><br>A: When I think about Dollar General, and we look at our pricing position, we've never felt better about our positioning. Many of you have heard, over the last few quarters, myself talking about, we took the opportunity from a position of strength during the pandemic to lower prices … But again, from a position of strength, the lower prices. And at that point, we had the best indexes that I've been – that I've seen against all classes of trade since I've been in Dollar General. (SCAC ¶ 378) | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q4 2022 and FY 2022 Earnings Call (Ex. 44) | **Owen:** We remain focused on our goal to be priced at relative parity with mass merchants and we continue to feel very good about our price position relative to competitors and all classes of trade. (SCAC ¶ 381) | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

5

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| 5/31/2023 Annual General Meeting (Ex. 46) | **Owen:** Q: We have one last question.  I had problems with my local store. The price on shelf often did not match the price charged at checkout. What steps have been taken or will be taken to prevent this?<br><br>A: We strive to provide our customers with convenient shopping experience, which includes providing them with the shelf pricing they can count on every day. In those situations where we fail to live up to this expectation, we take swift action to identify the root cause of the issue and correct it. Sometimes those root causes relate to systems and sometimes they relate to store level execution. Regardless, we take action designed to ensure we prevent their reoccurrence. (SCAC ¶ 384) | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q1 2023 Earnings Call (Ex. 47) | **Owen:** We're going to be there for affordability, primarily through the items that matter most to her, and so we're going to get even sharper, even though we're pleased with our pricing position overall, and have been for quite some time. We think there's an opportunity to be there for her even more, and so the team has already taken action on pricing on the items that matter most. We're doing it surgically like we always do, and very pleased with where we're seeing the customer resonate. But certainly, that'll take time to drive traffic as it typically will do. (SCAC ¶ 387)<br><br>**Dilts:** We feel great about our pricing position. And just like Jeff said, we're investing in a targeted everyday low-price investment.<br><br>[I]t's the right thing to do for our customers and for our business, and we're expecting sustained benefit from that investment. And while we do like the momentum that we're building with these actions on price and labor investment, we think that sets us up for the back half of the year because there could just be a little bit of a lag to the full benefit of those investments. (SCAC ¶ 388)<br><br>**Owen:** As we've said historically, and continue to say, our price position relative to competition continues to be strong. And quite honestly, our philosophy on price has not changed. *Our pricing goal continues to be at* | • No duty to disclose additional information<br>• Inactionable opinions and puffery<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

6

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| | *parity with mass, plus or minutes, call it, 2%, 3%, and we're well within the targeted range and we feel good about that position.*<br><br>And so we believe, again, this is a very targeted structural approach – excuse me, targeted and surgical approach to being able to be there for this customer. (SCAC ¶ 389) | |

7