# Appendix D: Table of Challenged Accounting Statements[1]

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| FY 2020 10-K (Ex. 16 at 30-31); FY 2021 (Ex. 30 at 29); FY 2022 (Ex. 45 at 29); FY 2023 (Ex. 54 at 29-30); 10-Qs incorp. by reference | **Company:** *We* utilize key performance indicators ("KPIs") in the management of our business. *Our KPIs include same-store sales, average sales per square foot, and inventory turnover*[2]…Inventory turnover is calculated based on total cost of goods sold for the preceding four quarters divided by the average inventory balance as of the ending date of the reporting period, including the end of the fiscal year, the beginning of the fiscal year, and the end of each of our three interim fiscal quarters. (SCAC ¶ 216) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| FY 2020 10-K (Ex. 16 at 13); FY 2021 (Ex. 30 at 14); FY 2022 (Ex. 45 at 13); FY 2023 (Ex. 54 at 13); 10-Qs incorp. by reference | **Company:** Our inventory balance represented approximately [*amount*]% of our total assets exclusive of goodwill, operating lease assets, and other intangible assets as of [*date*]. (SCAC ¶ 222) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| 12/3/2020 8-K (Ex. 11 at 5) Q3 2020 Form 10-Q (Ex. 13 at 20) | **Company:** *A* reduction in markdowns as a percentage of net sales *and higher initial markups on inventory purchases contributed to the increase in the gross profit rate.*<br><br>*This gross profit rate increase was primarily attributable to a* reduction in markdown as a percentage of net sales, *higher initial markups on inventory purchases, a greater proportion of sales coming from the non-consumables product categories, which generally have a higher gross* | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

---

[1] Certain statements listed as "Inventory Statements" in the SCAC are included in this Appendix. *See* MTD p.21, n.12

[2]. The SCAC did not include the *italicized* text from the source documents. It is included throughout this chart for context

1

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| | *profit rate than the consumables product category, and a* reduction in inventory shrink as a percentage of net sales. (SCAC ¶ 240) | |
| Q3 2020 Earnings Call (Ex. 12 at 4, 5, 12, 18) | **Garratt:** While out-of-stocks remain higher than normal for certain high-demand products, we continue to make good progress with improving our in-stock position and are pleased with our overall inventory levels.<br><br>*This increase was primarily attributable to a* reduction in markdowns as a percentage of sales, *higher initial markups on inventory purchases, a greater proportion of sales coming from nonconsumables categories, and a* reduction in shrink as a percentage of sales.<br><br>*In addition to that*, we did have lower shrink, which we were pleased to see as a percent of sales.<br><br>We've been talking about lower markdowns as a percent of sales for a number of quarters, and the driver of that has been lower promotional activity. (SCAC ¶ 242) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• Inactionable opinions and puffery<br>• No corrective disclosures<br>• No strong inference of scienter |
| 3/18/2021 8-K (Ex. 14 at 5) | **Company:** *This gross profit rate increase was primarily attributable to* a reduction in markdowns as a percentage of net sales; *higher initial markups on inventory purchases; a greater proportion of sales coming from the non-consumables product categories, which generally have a higher gross profit rate than the consumables product category; and* a reduction in inventory shrink as a percentage of net sales. (SCAC ¶ 244) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| FY 2020 10-K (Ex. 16 at 32–33) | **Company:** *A* reduction in markdowns as a percentage of net sales *and higher initial markups on inventory purchases each contributed to the increase in the gross profit rate. In addition, non-consumables sales increased at a higher rate than consumables sales in 2020, which contributed to the increase in the gross profit rate.* We also experienced a lower rate of inventory shrink in 2020 compared to 2019. *It is uncertain at this time whether these trends, which differ from our recent historical trends prior to 2020, will continue.* (SCAC ¶ 244) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

2

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| Q1 2021 Earnings Call (Ex. 19 at 4) | **Garratt:** *This increase was primarily attributable to higher initial markups on inventory purchases*, a reduction in markdowns as a percentage of sales, *a greater proportion of sales coming from our non-consumables categories and a* reduction in shrink as a percentage of sales. (SCAC ¶ 245) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| 5/27/21 8-K (Ex. 18 at 4) | **Company:** *This gross profit rate increase was primarily attributable to higher initial markups on inventory purchases*; a reduction in markdowns as a percentage of net sales; *a greater proportion of sales coming from the non-consumables product categories, which generally have a higher gross profit rate than the consumables product category*; and a reduction in inventory shrink as a percentage of net sales. (SCAC ¶ 247) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q1 2021 Earnings Call (Ex. 19 at 4-5) | **Garratt:** *This increase was primarily attributable to higher initial markups on inventory purchases*, a reduction in markdowns as a percentage of sales, *a greater proportion of sales coming from our non-consumables categories and a* reduction in shrink as a percentage of sales.<br><br>*And while out-of-stocks remain higher than we would like for certain high-demand products*, we continue to make good progress with improving our in-stock position and are pleased with the overall quality of our inventory. (SCAC ¶ 249) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• Inactionable opinions and puffery<br>• No corrective disclosures<br>• No strong inference of scienter |
| 8/26/2021 8-K (Ex. 21 at 5) | **Company:** *This gross profit rate decrease was primarily attributable to increased transportation costs, an increased LIFO provision, a greater proportion of sales coming from the consumables category, which generally has a lower gross profit rate than other product categories, and an increase in inventory damages. These factors were partially offset by higher inventory markups and a* reduction in inventory shrink as a percentage of net sales. (SCAC ¶ 251) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q2 2021 10-Q (Ex. 23 at 19-20) | **Company:** *In relative terms, the mix of sales shifted back to consumables in the current year period, which also contributed to the decrease in the gross profit rate, along with an increase in inventory damages. These* | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures |

3

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| | *factors were partially offset by higher inventory markups and a* reduction in inventory shrink as a percentage of net sales.<br><br>*Higher inventory markups, a lower inventory shrink rate and a* reduction in markdowns as a percentage of net sales *each contributed to the increase in the gross profit rate.* (SCAC ¶ 251) | • No strong inference of scienter |
| Q2 2021 Earnings Call (Ex. 22 at 4–6) | **Garratt:** *For Q2 2021, gross profit as a percentage of sales was 31.6%, a decrease of 80 basis points, but an increase of 87 basis points compared to Q2 2019. The decrease compared to Q2 2020 was primarily attributable to increased transportation costs, a higher LIFO provision, a greater proportion of sales coming from the consumable categories, and an increase in inventory damages. These factors were partially offset by higher inventory markups and a* reduction in shrink as a percentage of sales.<br><br>*Turning to gross margin, please keep in mind, we will continue to cycle strong gross margin performance from the prior year where we benefited from a favorable sales mix and a* reduction in markdowns, *including the benefit of higher sell-through rates.*<br><br>*Similar to Q1, we strategically pulled forward certain inventory purchases during the quarter, particularly in select non-consumable categories in anticipation of longer lead times. As a result,* we were pleased with our strong inventory position for the back-to-school shopping season and our teams continue to work closely with suppliers to ensure delivery of seasonal and other goods in the remaining back half of the year. (SCAC ¶ 253) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• Inactionable opinions and puffery<br>• No corrective disclosures<br>• No strong inference of scienter |
| 9/8/2021 Barclays Global Consumer Staples Conference (Ex. 24 at 7) | **Owen:** *Q: And as we think about the holiday season, how can you – can you just frame how you're thinking about the assortment for holiday season, your inventory levels? And then kind of – and clarify what your expectations are for the promotional environment in the second half?* | • No duty to disclose additional information<br>• Not false/misleading when made |

4

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| | A: First, when we think about the holiday season starting with back to school, we were really pleased with our inventory position in back to school. So, that's step one. And then as you think about the future and the back half of the year, when you think about harvest and Halloween and holiday, we feel good about our inventory position. Of course, we're facing some of the same challenges as others, but our team has done a really nice job of really working a multitude of levers to get the merchandise here for us and for the customer. And so many, many different things the team is doing. So, we feel good about the assortment and merchandise is outstanding. (SCAC ¶ 256) | • Protected forward-looking statement<br>• Inactionable opinions and puffery<br>• No corrective disclosures<br>• No strong inference of scienter. |
| 12/2/2021 8-K (Ex. 25 at 5) | **Company:** *These factors were partially offset by higher inventory markups and a* reduction in inventory shrink as a percentage of net sales. (SCAC ¶ 258) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| Q3 2021 Form 10-Q (Ex. 27 at 19-20) | **Company:** *In relative terms, the mix of sales shifted back to consumables in the second and third quarters of 2021, which also contributed to the decrease in the gross profit rate in the current period, along with an increase in inventory damages. These factors were partially offset by higher inventory markups and a* reduction in inventory shrink as a percentage of net sales.<br><br>*Higher inventory markups, a* lower inventory shrink rate and a reduction in markdowns as a percentage of net sales *each contributed to the increase in the gross profit rate.* (SCAC ¶ 258) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| 3/17/2022 8-K (Ex. 28 at 5) | **Company:** *The gross profit rate decrease in the 2021 period was primarily attributable to increased transportation costs; an increased LIFO provision, which was driven by higher product costs; increased inventory damages; and higher distribution costs. These factors were* | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

5

Case 3:23-cv-01250    Document 77-4    Filed 11/15/24    Page 5 of 11 PageID #: 1636

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| | *partially offset by higher inventory markups*, a reduction in markdowns as a percentage of net sales, and a lower inventory shrink rate. (SCAC ¶ 264) | |
| FY 2021 10-K (Ex. 30 at 31-32) | **Company:** *Increased transportation costs, a greater LIFO provision which was driven by higher product costs, increased inventory damages and higher distribution costs each contributed to the decrease in the gross profit rate. These factors were partially offset by higher inventory markups*, a reduction in markdowns as a percentage of net sales, and a lower inventory shrink rate.<br><br>We also experienced a lower rate of inventory shrink in 2020 compared to 2019. (SCAC ¶ 264) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| 5/28/2020 8-K (Ex. 3 at 4-5)<br><br>Q1 2020 10-Q (Ex. 5 at 1-3, 6, 18-19) | **Company:**<br>a. Operating Profit of $866.8 million.<br>b. Net income of $650 million.<br>c. Gross Profit as a percentage of net sales of 30.7% or $2.6 billion.<br>d. Net sales of $8.4 billion.<br>e. Diluted Earnings Per Share of $2.56.<br>f. Total merchandise inventories, at cost, of $4.1 billion.<br>g. Inventory turnover of 4.7 times on a rolling four-quarter basis.<br>h. A LIFO provision of $1.6 million. (SCAC ¶ 393) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| 8/27/2020 8-K (Ex. 6 at 4-5)<br><br>Q2 2020 10-Q (Ex. 8 at 1-3, 5-6, 18-19) | **Company:**<br>a. Operating Profit of $1.0 million.<br>b. Net income of $787.6 million.<br>c. Gross Profit as a percentage of net sales of 32.5% or $2.8 billion.<br>d. Net sales of $8.7 billion.<br>e. Diluted Earnings Per Share of $3.12.<br>f. Total merchandise inventories, at cost, of $4.4 billion.<br>g. Inventory turnover of 4.9 times on a rolling four-quarter basis.<br>h. A LIFO provision of $0.1 million for the 13-week period ended July 31, 2020 and $1.7 million for the 26-week period ended July 31, 2020. (SCAC ¶ 396) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

6

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| 12/3/2020 8-K (Ex. 11 at 4-5)<br><br>Q3 2020 10-Q (Ex. 13 at 1-3, 6-7, 19-20) | **Company:**<br>a. Operating Profit of $773.1 million.<br>b. Net income of $574.3 million.<br>c. Gross Profit as a percentage of net sales of 31.3% or $2.57 billion.<br>d. Net sales of $8.2 billion.<br>e. Diluted Earnings Per Share of $2.31.<br>f. Total merchandise inventories, at cost, of $5.0 billion.<br>g. Inventory turnover of 4.9 times on a rolling four-quarter basis.<br>h. A LIFO provision of $1.6 million for the 13-week period ended October 30, 2020 and $9.7 million for the 26-week period ended October 30, 2020. (SCAC ¶ 399) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| 3/18/2021 8-K (Ex. 14 at 4-5)<br><br>FY 2020 10-K (Ex. 16 at 1-3, 25, 31-33, 44, 49) | **Company:**<br>a. Operating Profit of $3.6 billion for FY20 and of $872.2 million for 4Q20.<br>b. Net income of $2.7 billion for FY20 and of $642.7 million for 4Q20.<br>c. Gross Profit as a percentage of net sales of 31.8% or $10.7 billion for FY20 and of 32.5% or $2.7 billion for 4Q20.<br>d. Net sales of $33.7 billion for FY20 and of $8.4 billion for 4Q20.<br>e. Diluted Earnings Per Share of $10.62 for FY20 and of $2.62 for 4Q20.<br>f. Total merchandise inventories, at cost, of $5.2 billion for FY20.<br>g. Inventory turnover of 4.9 times on a rolling four-quarter basis.<br>h. A LIFO provision of $5.1 million in FY20. (SCAC ¶ 402) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| 5/27/2021 8-K (Ex. 18 at 4-5)<br><br>Q1 2021 10-Q (Ex. 20 at 2-4, 7, 18-20) | **Company:**<br>a. Operating Profit of $908.9 million.<br>b. Net income of $6.77.7 million.<br>c. Gross Profit as a percentage of net sales of 32.8% or $2.6 billion.<br>d. Net sales of $8.4 billion.<br>e. Diluted Earnings Per Share of $2.82.<br>f. Total merchandise inventories, at cost, of $5.1 billion.<br>g. Inventory turnover of 4.8 times on a rolling four-quarter basis.<br>h. A LIFO provision of $12.3 million for the 13-week period ended April 30, 2021. (SCAC ¶ 405) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| 8/26/2021 8-K (Ex. 21 at 4-5)<br><br>Q2 2021 10-Q (Ex. 23 at 2-4, 7, 18-19) | **Company:**<br>a. Operating Profit of $849.6 million.<br>b. Net income of $637 million.<br>c. Gross Profit as a percentage of net sales of 31.6% or $2.7 billion.<br>d. Net sales of $8.7 billion.<br>e. Diluted Earnings Per Share of $2.69.<br>f. Total merchandise inventories, at cost, of $5.3 billion.<br>g. Inventory turnover of 4.6 times on a rolling four-quarter basis.<br>h. A LIFO provision of $36 million for the 13-week period ended July 30, 2021 and $48.2 million for the 26-week period ended July 30, 2021. (SCAC ¶ 408) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| 12/2/2021 8-K (Ex. 25 at 4-5)<br><br>Q3 2021 10-Q (Ex. 27 at 2-5, 7, 18-19) | **Company:**<br>a. Operating Profit of $665.6 million.<br>b. Net income of $487 million.<br>c. Gross Profit as a percentage of net sales of 30.8% or $2.6 billion.<br>d. Net sales of $8.5 billion.<br>e. Diluted Earnings Per Share of $2.08.<br>f. Total merchandise inventories, at cost, of $5.3 billion.<br>g. Inventory turnover of 4.5 times on a rolling four-quarter basis.<br>h. A LIFO provision of $60.5 million for the 13-week period ended October 29, 2021 and $108.7 million for the 26-week period ended October 29, 2021. (SCAC ¶ 411) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| 3/17/2022 8-K (Ex. 28 at 4-5)<br><br>FY 2021 10-K (Ex. 30 at 29-33, 43, 48) | **Company:**<br>a. Operating Profit of $3.2 billion for FY21 and of $796.7 million for 4Q21.<br>b. Net income of $2.4 billion for FY21 and of $597.4 million for 4Q21.<br>c. Gross Profit as a percentage of net sales of 31.6% or $10.8 billion for FY21 and of 31.2% or $2.7 billion for 4Q21.<br>d. Net sales of $34.2 billion for FY21 and of $8.7 billion for 4Q21.<br>e. Diluted Earnings Per Share of $10.17 for FY21 and of $2.57 for 4Q21.<br>f. Total merchandise inventories, at cost, of $5.6 billion for FY21 and for 4Q21. | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

8

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| | g. Inventory turnover of 4.4 times for FY21.<br>h. A LIFO provision of $180.4 million in FY21. (SCAC ¶ 414) | |
| 5/26/2022 8-K (Ex. 32 at 4-5)<br><br>Q1 2022 10-Q (Ex. 34 at 2-4, 7, 16-17) | **Company:**<br>a. Operating Profit of $746.2 million.<br>b. Net income of $552.7 million.<br>c. Gross Profit as a percentage of net sales of 31.3% or $2.7 billion.<br>d. Net sales of $8.8 billion.<br>e. Diluted Earnings Per Share of $2.41.<br>f. Total merchandise inventories, at cost, of $6.1 billion<br>g. Inventory turnover of 4.3 times on a rolling four-quarter basis.<br>h. A LIFO provision of $61.4 million for the 13-week period ended April 29, 2022. (SCAC ¶ 417) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| 8/25/2022 8-K (Ex. 35 at 7-8)<br><br>Q2 2022 10-Q (Ex. 37 at 2-4, 7, 16-18) | **Company**:<br>a. Operating Profit of $913.4 million.<br>b. Net income of $678 million.<br>c. Gross Profit as a percentage of net sales of 32.3% or $3 billion.<br>d. Net sales of $9.4 billion.<br>e. Diluted Earnings Per Share of $2.98.<br>f. Total merchandise inventories, at cost, of $6.9 billion.<br>g. Inventory turnover of 4.1 times on a rolling four-quarter basis.<br>h. A LIFO provision of $144.4 million for the 13-week period ended July 29, 2022 and $205.8 million for the 26-week period ended July 29, 2022. (SCAC ¶ 420) | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |
| 12/1/2022 8-K (Ex. 39 at 4-5)<br><br>Q3 2022 10-Q (Ex. 42 at 2-4, 7, 18-19) | **Company:**<br>a. Operating Profit of $735.5 million<br>b. Net income of $526.2 million<br>c. Gross Profit as a percentage of net sales of 30.5% or $2.9 billion<br>d. Net sales of $9.5 billion<br>e. Diluted Earnings Per Share of $2.33<br>f. Total merchandise inventories, at cost, of $7.1 billion.<br>g. Inventory turnover of 4.0 times on a rolling four-quarter basis. | • No duty to disclose additional information<br>• Not false/misleading when made<br>• No corrective disclosures<br>• No strong inference of scienter |

9

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| | h. A LIFO provision of $147.8 million for the 13-week period ended October 28, 2022 and $353.6 million for the 26-week period ended October 28, 2022. (SCAC ¶ 423) | |
| 10-Ks FY 2020 (Ex. 16 at 39-41); FY 2021 (Ex. 30 at 37-39); FY 2022 (Ex. 45 at 38-40) FY 2023 (Ex. 54 at 38-40) 10-Qs incorp. by reference | **Company:** *The accompanying unaudited condensed consolidated financial statements of Dollar General Corporation and its subsidiaries (the "Company")* have been prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") for interim financial information and are presented in accordance with the requirements of Form 10-Q and Rule 10-01 of Regulation S-X. <br><br> The Company uses the last-in, first-out ('LIFO') method of valuing inventory. An actual valuation of inventory under the LIFO method is made at the end of each year based on the inventory levels and costs at that time. <br><br> We perform physical inventories in virtually all of our stores on an annual basis. We calculate our shrink provision based on actual physical inventory results during the fiscal period and an accrual for estimate shrink occurring subsequent to a physical inventory through the end of the fiscal reporting period. (SCAC ¶ 425) | • No duty to disclose additional information <br> • Not false/misleading when made <br> • Not inconsistent with GAAP <br> • No corrective disclosures <br> • No strong inference of scienter |
| 10-K's FY 2020 (Ex. 16); FY 2021 (Ex. 30); FY 2022 (Ex. 45); FY 2023 (Ex. 54); 10-Qs: 1Q20 (Ex. 5); 2Q20 (Ex. 8); 3Q20 (Ex. 13); 1Q21 (Ex. 20); 2Q21 (Ex. 23); 3Q21 (Ex. 27); | **Company:** Rule 13a-14(a) certifications. (SCAC ¶ 432-435) | • No duty to disclose additional information <br> • Not false/misleading when made <br> • No corrective disclosures <br> • No strong inference of scienter |

10

| Filing/Event | Speaker/Challenged Statements | Reasons Why Inactionable |
|---|---|---|
| 1Q22 (Ex. 34);<br>2Q22 (Ex. 37);<br>3Q22 (Ex. 42);<br>1Q23 (Ex. 48);<br>2Q23 (Ex. 50);<br>3Q23 (Ex. 52);<br>1Q24 (Ex. 56);<br>2Q24 (Ex. 57) | | |

11