# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, and KELLY M. DILTS,<br><br>                              Defendants. | Case No. 3:23-CV-01250<br><br>CLASS ACTION<br><br>Judge Aleta A. Trauger |

## DECLARATION OF MILTON S. MCGEE, III IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED COMPLAINT

I, Milton S. McGee, III, declare as follows:

1. I am over 18 years of age and am competent to testify as to the matters stated in this Declaration. I am a member of good standing of the Tennessee bar and am admitted to practice in this Court. I am a member at the law firm of Riley & Jacobson, PLC and counsel for Defendants Dollar General Corporation ("Dollar General"), Todd J. Vasos, Jeffery C. Owen, John W. Garratt, and Kelly M. Dilts (collectively, "Defendants"). I hereby submit this Declaration in support of Defendants' Motion to Dismiss the Second Consolidated Amended Complaint. I have personal knowledge of the facts set forth within.

2. Attached as Exhibits 1 through 70 to this Declaration are true and correct copies of the following documents.

- **Exhibit 1**: Excerpt from Dollar General's Form 10-K for the fiscal year ended January 31, 2020, dated March 19, 2020.[1]

- **Exhibit 2**: Excerpt from Dollar General's April 2020 Proxy Statement, dated April 2, 2020.

- **Exhibit 3**: Excerpt from Dollar General's Form 8-K and Earnings Release for the quarterly period ended May 1, 2020, dated May 27, 2020.

- **Exhibit 4**: Dollar General's Earnings Call Transcript for the quarterly period ended May 1, 2020, dated May 28, 2020.

- **Exhibit 5**: Excerpt from Dollar General's Form 10-Q for the quarterly period ended May 1, 2020, dated May 28, 2020.

- **Exhibit 6**: Excerpt from Dollar General's Form 8-K and Earnings Release for the quarterly period ended July 31, 2020, dated August 27, 2020.

- **Exhibit 7**: Dollar General's Earnings Call Transcript for the quarterly period ended July 31, 2020, dated August 27, 2020.

- **Exhibit 8**: Excerpt from Dollar General's Form 10-Q for the quarterly period ended July 31, 2020, dated August 27, 2020.

- **Exhibit 9**: Transcript for Fireside Chat, Barclay's Consumer Staples Conference, dated September 9, 2020.

- **Exhibit 10**: Transcript for Dollar General Corp. Management Discussion Section, Goldman Sachs Global Retailing Conference, dated September 10, 2020.

- **Exhibit 11**: Excerpt from Dollar General's Form 8-K and Earnings Release for the quarterly period ended October 30, 2020, dated December 3, 2020.

- **Exhibit 12**: Dollar General's Earnings Call Transcript for the quarterly period ended October 30, 2020, dated December 3, 2020.

- **Exhibit 13**: Excerpt from Dollar General's Form 10-Q for the quarterly period ended October 30, 2020, dated December 3, 2020.

- **Exhibit 14**: Excerpt from Dollar General's Form 8-K and Earnings Release for the quarterly period and fiscal year ended January 29, 2021, dated March 18, 2021.

---

[1] Complete versions of Exhibits 1–3, 5–6, 8, 11, 13–14, 16, 18, 20–21, 23, 27–28, 30, 32, 34–35, 37, 39, 41–43, 45, 48, 50, 52, 54, 56, 57, 60–62, and 67–68 are available upon request and accessible online at https://www.sec.gov/edgar/browse/?CIK=0000029534.

- **Exhibit 15**:  Dollar General's Earnings Call Transcript for the quarterly period and fiscal year ended January 29, 2021, dated March 18, 2021.

- **Exhibit 16**:  Excerpt from Dollar General's Form 10-K for the fiscal year ended January 29, 2021, dated March 19, 2021.

- **Exhibit 17**:  Dollar General's Shareholder/Analyst Call Transcript, dated May 26, 2021.

- **Exhibit 18**:  Excerpt from Dollar General's Form 8-K and Earnings Release for the quarterly period ended April 30, 2021, dated May 27, 2021.

- **Exhibit 19**:  Dollar General's Earnings Call Transcript for the quarterly period ended April 30, 2021, dated May 27, 2021.

- **Exhibit 20**:  Excerpt from Dollar General's Form 10-Q for the quarterly period ended April 30, 2021, dated May 27, 2021.

- **Exhibit 21**:  Excerpt from Dollar General's Form 8-K and Earnings Release for the quarterly period ended July 30, 2021, dated August 26, 2021.

- **Exhibit 22**:  Dollar General's Earnings Call Transcript for the quarterly period ended July 30, 2021, dated August 26, 2021.

- **Exhibit 23**:  Excerpt from Dollar General's Form 10-Q for the quarterly period ended July 30, 2021, dated August 26, 2021.

- **Exhibit 24:** Transcript for Dollar General Corp. Management Discussion Section, Barclay's Consumer Staples Conference, dated September 8, 2021.

- **Exhibit 25**:  Excerpt from Dollar General's Form 8-K and Earnings Release for the quarterly period ended October 29, 2021, dated December 2, 2021.

- **Exhibit 26**:  Dollar General's Earnings Call Transcript for the quarterly period ended October 29, 2021, dated December 2, 2021.

- **Exhibit 27**:  Excerpt from Dollar General's Form 10-Q for the quarterly period ended October 29, 2021, dated December 2, 2021.

- **Exhibit 28**:  Excerpt from Dollar General's Form 8-K and Earnings Release for the quarterly period and fiscal year ended January 28, 2022, dated March 17, 2022.

- **Exhibit 29**:  Dollar General's Earnings Call Transcript for the quarterly period and fiscal year ended January 28, 2022, dated March 17, 2022.

- **Exhibit 30**: Excerpt from Dollar General's Form 10-K for the fiscal year ended January 28, 2022, dated March 18, 2022.

- **Exhibit 31**: Dollar General's Shareholder/Analyst Call Transcript, dated May 25, 2022.

- **Exhibit 32**: Excerpt from Dollar General's Form 8-K and Earnings Release for the quarterly period ended April 29, 2022, dated May 26, 2022.

- **Exhibit 33**: Dollar General's Earnings Call Transcript for the quarterly period ended April 29, 2022, dated May 26, 2022.

- **Exhibit 34**: Excerpt from Dollar General's Form 10-Q for the quarterly period ended April 29, 2022, dated May 26, 2022.

- **Exhibit 35**: Excerpt from Dollar General's Form 8-K and Earnings Release for the quarterly period ended July 29, 2022, dated August 25, 2022.

- **Exhibit 36**: Dollar General's Earnings Call Transcript for the quarterly period ended July 29, 2022, dated August 25, 2022.

- **Exhibit 37**: Excerpt from Dollar General's Form 10-Q for the quarterly period ended July 29, 2022, dated August 25, 2022.

- **Exhibit 38**: Transcript for Dollar General Corp. Management Discussion Section, Goldman Sachs Global Retailing Conference, dated September 7, 2022.

- **Exhibit 39**: Excerpt from Dollar General's Form 8-K and Earnings Release for the quarterly period ended October 28, 2022, dated December 1, 2022.

- **Exhibit 40**: Dollar General's Earnings Call Transcript for the quarterly period ended October 28, 2022, dated December 1, 2022.

- **Exhibit 41**: Excerpt from Dollar General's Form 8-K and Item 5.02, dated October 12, 2023.

- **Exhibit 42**: Excerpt from Dollar General's Form 10-Q for the quarterly period ended October 28, 2022, dated December 1, 2022.

- **Exhibit 43**: Excerpt from Dollar General's Form 8-K and Earnings Release for the quarterly period and fiscal year ended February 3, 2023, dated February 23, 2023.

- **Exhibit 44**: Dollar General's Earnings Call Transcript for the quarterly period and fiscal year ended February 3, 2023, dated March 16, 2023.

- **Exhibit 45**:  Excerpt from Dollar General's Form 10-K for the fiscal year ended February 3, 2023, dated March 24, 2023.

- **Exhibit 46**:  Dollar General's Shareholder/Analyst Call Transcript, dated May 31, 2023.

- **Exhibit 47**:  Dollar General's Earnings Call Transcript for the quarterly period ended May 5, 2023, dated June 1, 2023.

- **Exhibit 48**:  Excerpt from Dollar General's Form 10-Q for the quarterly period ended May 5, 2023, dated June 1, 2023.

- **Exhibit 49**:  Dollar General's Earnings Call Transcript for the quarterly period ended August 4, 2023, dated August 31, 2023.

- **Exhibit 50**:  Excerpt from Dollar General's Form 10-Q for the quarterly period ended August 4, 2023, dated August 31, 2023.

- **Exhibit 51**:  Dollar General's Earnings Call Transcript for the quarterly period ended November 3, 2023, dated December 7, 2023.

- **Exhibit 52**:  Excerpt from Dollar General's Form 10-Q for the quarterly period ended November 3, 2023, dated December 7, 2023.

- **Exhibit 53**:  Dollar General's Earnings Call Transcript for the quarterly period and fiscal year ended February 2, 2024, dated March 14, 2024.

- **Exhibit 54**:  Excerpt from Dollar General's Form 10-K for the fiscal year ended February 2, 2024, dated March 25, 2024.

- **Exhibit 55**:  Dollar General's Earnings Call Transcript for the quarterly period ended May 3, 2024, dated May 30, 2024.

- **Exhibit 56**:  Excerpt from Dollar General's Form 10-Q for the quarterly period ended May 3, 2024, dated May 30, 2024.

- **Exhibit 57**:  Excerpt from Dollar General's Form 10-Q for the quarterly period ended August 2, 2024, dated August 29, 2024.

- **Exhibit 58**:  Dollar General's Earnings Call Transcript for the quarterly period ended August 2, 2024, dated August 29, 2024.

- **Exhibit 59**:  Excerpt from Corporate Wide Stipulation and Settlement Agreement, Dollar General Corp., No. 22-1016 (OSHRC July 11, 2024).  A complete version is available at https://www.osha.gov/news/newsreleases/national/07112024-0.

- **Exhibit 60**: Excerpt from Dollar General's Form 8-K and Item 5.02, dated July 12, 2022.

- **Exhibit 61**: Dollar General's Form 8-K and Item 5.02, dated January 30, 2023.

- **Exhibit 62**: Dollar General's Form 8-K and Earnings Release, dated March 16, 2023.

- **Exhibit 63**: Analyst Report by Goldman Sachs Equity Research entitled *Dollar General Corp. (DG): First Take: 2Q miss; FY23 guidance lowered*, dated August 31, 2023.

- **Exhibit 64**: Analyst Report by Truist Securities entitled *Dollar General Corporation (DG)*, dated August 31, 2023.

- **Exhibit 65**: Dollar General's Form 4 for Todd J. Vasos, dated June 2, 2021.

- **Exhibit 66**: Dollar General's Form 4 for John W. Garratt, dated June 2, 2021.

- **Exhibit 67**: Excerpt from Dollar General's April 2022 Proxy Statement, dated April 1, 2022.

- **Exhibit 68**: Excerpt from Dollar General's April 2023 Proxy Statement, dated April 11, 2023.

- **Exhibit 69**: Dollar General's Form 4 for Jeffery Owen, dated June 7, 2023.

- **Exhibit 70**: Dollar General's Form 4 for Todd J. Vasos, dated June 7, 2023.

3.     Pursuant to 26 U.S.C. §1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on November 15, 2024 in Nashville, Tennessee.

*/s/* Milton S. McGee, III

# CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Kevin H. Sharp
Brent A. Hannafan
Kristi S. McGregor
Sanford Heisler Sharp, LLP
611 Commerce Street, Suite 3100
Nashville, TN 37203
(615) 434-7000
Fax: (615) 434-7020
ksharp@sanfordheisler.com
bhannafan@sanfordheisler.com
kmcgregor@sanfordheisler.com

Christopher M. Wood
Robbins Geller Rudman & Dowd LLP
200 31st Avenue North
Nashville, TN 37203
cwood@rgrdlaw.com

Darren J. Robbins
Robbins Geller Rudman & Dowd LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101
darrenr@rgrdlaw.com

Mary K. Blasy
Samuel H. Rudman
Robbins Geller Rudman & Dowd LLP  58 S. Service Road, Suite 200
Melville, NY 11747
mblasy@rgrdlaw.com
srudman@rgrdlaw.com

Salvatore J. Graziano
Jeremy P. Robinson
Alexander Noble
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1400
Fax: (212) 554-1444
salvatore@blbglaw.com
jeremy@blbglaw.com

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
200 31st Avenue North
Nashville, TN 37203
jmartin@barrettjohnston.com

James Gerard Stranch, IV
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
gstranch@stranchlaw.com

Thomas C. Michaud
Vanoverbeke, Michaud & Timmony, PC
79 Alfred Street
Detroit, MI 48201
tmichaud@vmtlaw.com

/s/ Steven A. Riley