# EXHIBIT 3

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported):  May 27, 2020

# DOLLAR GENERAL CORPORATION
(Exact name of registrant as specified in its charter)

| Tennessee | 001-11421 | 61-0502302 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| 100 MISSION RIDGE GOODLETTSVILLE, TN | 37072 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code:  (615) 855-4000

(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.875 per share | DG | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

Amendments to the amended and restated charter, as amended, of the Company to replace supermajority voting requirements with a majority voting requirement as described in the Proxy Statement were approved. Votes were cast as follows:

| Votes For | Votes Against | Votes Abstaining | Broker Non-Votes |
| --- | --- | --- | --- |
| 209,625,680 | 239,383 | 89,428 | 12,460,267 |

An amendment to the amended and restated bylaws of the Company to replace the supermajority voting requirement with a majority voting requirement as described in the Proxy Statement was approved. Votes were cast as follows:

| Votes For | Votes Against | Votes Abstaining | Broker Non-Votes |
| --- | --- | --- | --- |
| 209,607,535 | 254,486 | 92,470 | 12,460,267 |

## ITEM 7.01    REGULATION FD DISCLOSURE.

The information set forth in Item 2.02 above is incorporated herein by reference. The news release also:

- sets forth statements regarding, among other things, the Company's outlook, as well as the Company's planned conference call to discuss the reported financial results, the Company's outlook, and certain other matters; and

- announces that on May 27, 2020, the Company's Board of Directors declared a quarterly cash dividend of $0.36 per share on the Company's outstanding common stock payable on or before July 21, 2020 to shareholders of record on July 7, 2020.

The information contained within this Item 7.01, including the information in Exhibit 99, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, and shall not be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended.

## ITEM 9.01    FINANCIAL STATEMENTS AND EXHIBITS.

(a)    Financial statements of businesses acquired.  N/A
(b)    Pro forma financial information.  N/A
(c)    Shell company transactions.  N/A
(d)    Exhibits.  See Exhibit Index to this report.

## EXHIBIT INDEX

| Exhibit No. | Description |
| --- | --- |
| 99 | News release issued May 28, 2020 |
| 104 | The cover page from this Current Report on Form 8-K, formatted in Inline XBRL |

2

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date:  May 28, 2020

DOLLAR GENERAL CORPORATION

By:    /s/ Rhonda M. Taylor

Rhonda M. Taylor
Executive Vice President and General Counsel

3

Exhibit 99

# Dollar General Corporation Reports First Quarter 2020 Results

GOODLETTSVILLE, Tenn.--(BUSINESS WIRE)--May 28, 2020--Dollar General Corporation (NYSE: DG) today reported financial results for its fiscal year 2020 first quarter (13 weeks) ended May 1, 2020.

- Net Sales Increased 27.6%; Same-Store Sales Increased 21.7%
- Operating Profit Increased 69.2% to $866.8 million
- Diluted Earnings Per Share ("EPS") Increased 73.0% to $2.56
- Cash Flows From Operations Increased 202.4% to $1.7 billion
- Company Issued $1.5 Billion of Senior Notes
- Board of Directors Declares Second Quarter 2020 Cash Dividend of $0.36 per share
- Company Provides Fiscal Year 2020 Financial Update

"These are certainly unprecedented times, and our hearts go out to everyone who has been affected by the COVID-19 pandemic," said Todd Vasos, Dollar General's chief executive officer. "We are very grateful for those serving on the front lines, and particularly our store associates, distribution center employees and private fleet drivers for their incredible efforts. In the midst of a very challenging operating environment, our team members have been tirelessly committed to fulfilling the Company's mission of *Serving Others,* and we could not be more proud of how they have responded to the needs of our communities*.* As a result of their efforts, we are very pleased to report strong first-quarter financial results."

"Looking ahead, we remain committed to our operating priorities and strategic initiatives to drive continued growth and meaningful long-term value for shareholders. As one of America's essential retailers, we believe our unique brick-and-mortar footprint positions us well to continue delivering value and convenience for our customers, particularly at a time when they need us most."

### First Quarter 2020 Highlights

Net sales increased 27.6% to $8.4 billion in the first quarter of 2020 compared to $6.6 billion in the first quarter of 2019. The net sales increase included positive sales contributions from new stores and growth in same-store sales, modestly offset by the impact of store closures. Same-store sales increased 21.7% compared to the first quarter of 2019, driven by increases in both average transaction amount and customer traffic. Same-store sales increased in each of the consumables, seasonal, home products and apparel categories, with the largest percentage increase in the home products category. The Company believes consumer behavior driven by COVID-19 had a significant positive effect on net sales and same-store sales.

Gross profit as a percentage of net sales was 30.7% in the first quarter of 2020 compared to 30.2% in the first quarter of 2019, an increase of 49 basis points. This gross profit rate increase was primarily attributable to a reduction in markdowns as a percentage of net sales and higher initial markups on inventory purchases; partially offset by an increase in distribution costs, which were driven by increased volume and discretionary bonus expense. As a result of the significant increase in sales, the Company believes consumer behavior driven by COVID-19 also had a significant positive effect on gross profit dollars.

Selling, general and administrative expenses ("SG&A") as a percentage of net sales were 20.5% in the first quarter of 2020 compared to 22.5% in the first quarter of 2019, a decrease of 204 basis points. Although the Company incurred certain incremental costs related to COVID-19, they were more than offset by the significant increase in net sales discussed above. Expenses that were lower as a percentage of net sales in the current year period include occupancy costs, retail labor, utilities, depreciation and amortization, and taxes and licenses. These items were partially offset by increased incentive compensation expenses.

Operating profit for the first quarter of 2020 increased 69.2% to $866.8 million compared to $512.2 million in the first quarter of 2019.

The effective income tax rate in the first quarter of 2020 was 22.2% compared to 20.8% in the first quarter of 2019. This higher effective income tax rate was primarily due to an increase in pre-tax earnings in the 2020 period compared to the 2019 period while items impacting the effective rate, such as the benefits from stock-based compensation and federal tax credits, remained materially the same in amount in both the 2020 and 2019 periods.

The Company reported net income of $650 million for the first quarter of 2020 compared to $385 million in the first quarter of 2019. Diluted EPS increased 73.0% to $2.56 for the first quarter of 2020 compared to diluted EPS of $1.48 in the first quarter of 2019.

**COVID-19 Update**
To demonstrate continued appreciation for the exceptional efforts of employees, and to further safeguard the well-being of its team members and customers, Dollar General took the following actions during the quarter:

- Awarded approximately $60 million in appreciation bonuses to front-line workers
- Temporarily adjusted benefits and leave policies, including offering additional paid time off for those who received a COVID-19 diagnosis or who were required to care for an immediate family or household member who received a COVID-19 diagnosis, and an additional enrollment period for Telehealth services
- Provided masks, gloves, and hand sanitizer to employees in stores and distribution centers
- Implemented social distancing measures inside stores and distribution center common areas
- Initiated installation of plexiglass barriers at checkout registers (now completed throughout the chain)
- Reduced store operating hours to allow for additional time to clean and re-stock shelves
- Dedicated a "senior" hour every day for the most vulnerable community members to shop
- Donated $250,000 to the Dollar General Employee Assistance Foundation
- Provided discounts for first responders, medical personnel, and National Guard members

**Merchandise Inventories**
As of May 1, 2020, total merchandise inventories, at cost, were $4.1 billion compared to $4.1 billion as of May 3, 2019, a decrease of 5.5% on a per-store basis.