# EXHIBIT 8

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
# FORM 10-Q

**(Mark One)**

☒     **Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the quarterly period ended July 31, 2020**

or

☐     **Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

For the transition period from _____ to _____

Commission File Number: 001-11421

# DOLLAR GENERAL CORPORATION
(Exact name of Registrant as specified in its charter)

| **TENNESSEE** | **61-0502302** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**100 MISSION RIDGE**
**GOODLETTSVILLE, TN 37072**
(Address of principal executive offices, zip code)

Registrant's telephone number, including area code: **(615) 855-4000**

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock, par value $0.875 per share | DG | New York Stock Exchange |

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the Registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the Registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large Accelerated Filer ☒ | Accelerated filer ☐ |
|---|---|
| Non-accelerated filer ☐ | Smaller reporting company ☐ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The Registrant had 249,033,698 shares of common stock outstanding on August 21, 2020.

**ITEM 1.**          **FINANCIAL STATEMENTS.**

**DOLLAR GENERAL CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
*(In thousands)*

| | July 31, 2020 | January 31, 2020 |
|---|---|---|
| | (Unaudited) | (See Note 1) |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 2,959,604 | $ 240,320 |
| Merchandise inventories | 4,391,157 | 4,676,848 |
| Income taxes receivable | 36,176 | 76,537 |
| Prepaid expenses and other current assets | 210,471 | 184,163 |
| Total current assets | 7,597,408 | 5,177,868 |
| Net property and equipment | 3,520,998 | 3,278,359 |
| Operating lease assets | 9,154,789 | 8,796,183 |
| Goodwill | 4,338,589 | 4,338,589 |
| Other intangible assets, net | 1,199,931 | 1,200,006 |
| Other assets, net | 35,718 | 34,079 |
| Total assets | $ 25,847,433 | $ 22,825,084 |
| | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Current portion of operating lease liabilities | 1,015,733 | 964,805 |
| Accounts payable | 3,400,642 | 2,860,682 |
| Accrued expenses and other | 978,567 | 709,156 |
| Income taxes payable | 16,246 | 8,362 |
| Total current liabilities | 5,411,188 | 4,543,005 |
| Long-term obligations | 4,089,001 | 2,911,993 |
| Long-term operating lease liabilities | 8,124,884 | 7,819,683 |
| Deferred income taxes | 689,893 | 675,227 |
| Other liabilities | 176,396 | 172,676 |
| Commitments and contingencies | | |
| Shareholders' equity: | | |
| Preferred stock | - | - |
| Common stock | 217,906 | 220,444 |
| Additional paid-in capital | 3,381,819 | 3,322,531 |
| Retained earnings | 3,758,995 | 3,162,660 |
| Accumulated other comprehensive loss | (2,649) | (3,135) |
| Total shareholders' equity | 7,356,071 | 6,702,500 |
| Total liabilities and shareholders' equity | $ 25,847,433 | $ 22,825,084 |

*See notes to condensed consolidated financial statements.*

Case 3:23-cv-01250     Document 78-8     Filed 11/15/24     Page 3 of 17 PageID #: 1753

**DOLLAR GENERAL CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF INCOME**
(Unaudited)
*(In thousands, except per share amounts)*

| | For the 13 weeks ended | | | | For the 26 weeks ended | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | July 31, 2020 | | August 2, 2019 | | July 31, 2020 | | August 2, 2019 | |
| Net sales | $ | 8,684,241 | $ | 6,981,753 | $ | 17,132,690 | $ | 13,604,938 |
| Cost of goods sold | | 5,866,006 | | 4,832,817 | | 11,718,763 | | 9,453,726 |
| Gross profit | | 2,818,235 | | 2,148,936 | | 5,413,927 | | 4,151,212 |
| Selling, general and administrative expenses | | 1,775,608 | | 1,571,161 | | 3,504,516 | | 3,061,200 |
| Operating profit | | 1,042,627 | | 577,775 | | 1,909,411 | | 1,090,012 |
| Interest expense | | 39,326 | | 24,810 | | 69,819 | | 50,743 |
| Income before income taxes | | 1,003,301 | | 552,965 | | 1,839,592 | | 1,039,269 |
| Income tax expense | | 215,700 | | 126,410 | | 401,545 | | 227,701 |
| Net income | $ | 787,601 | $ | 426,555 | $ | 1,438,047 | $ | 811,568 |
| Earnings per share: | | | | | | | | |
| Basic | $ | 3.15 | $ | 1.65 | $ | 5.73 | $ | 3.14 |
| Diluted | $ | 3.12 | $ | 1.65 | $ | 5.69 | $ | 3.13 |
| Weighted average shares outstanding: | | | | | | | | |
| Basic | | 250,281 | | 257,793 | | 251,031 | | 258,407 |
| Diluted | | 252,190 | | 259,102 | | 252,908 | | 259,683 |
| | | | | | | | | |
| Dividends per share | $ | 0.36 | $ | 0.32 | $ | 0.72 | $ | 0.64 |

*See notes to condensed consolidated financial statements.*

2

Case 3:23-cv-01250    Document 78-8    Filed 11/15/24    Page 4 of 17 PageID #: 1754

**DOLLAR GENERAL CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**
(Unaudited)
*(In thousands)*

| | For the 13 weeks ended | | | | For the 26 weeks ended | | | |
|---|---|---|---|---|---|---|---|---|
| | July 31, 2020 | | August 2, 2019 | | July 31, 2020 | | August 2, 2019 | |
| Net income | $ | 787,601 | $ | 426,555 | $ | 1,438,047 | $ | 811,568 |
| Unrealized net gain (loss) on hedged transactions, net of related income tax expense (benefit) of $86, $86, $173 and $172, respectively | | 243 | | 243 | | 486 | | 487 |
| Comprehensive income | $ | 787,844 | $ | 426,798 | $ | 1,438,533 | $ | 812,055 |

*See notes to condensed consolidated financial statements.*

3

| | For the 26 weeks ended | |
|---|---|---|
| | July 31, 2020 | August 2, 2019 |
| *Cash flows from operating activities:* | | |
| Net income | $ 1,438,047 | $ 811,568 |
| Adjustments to reconcile net income to net cash from operating activities: | | |
| Depreciation and amortization | 278,617 | 245,908 |
| Deferred income taxes | 14,493 | 8,118 |
| Noncash share-based compensation | 34,477 | 24,505 |
| Other noncash (gains) and losses | 6,177 | 4,001 |
| Change in operating assets and liabilities: | | |
| Merchandise inventories | 283,957 | (321,085) |
| Prepaid expenses and other current assets | (27,237) | (8,516) |
| Accounts payable | 560,918 | 323,217 |
| Accrued expenses and other liabilities | 273,208 | 58,614 |
| Income taxes | 48,245 | (10,611) |
| Other | (3,567) | (5,198) |
| Net cash provided by (used in) operating activities | 2,907,335 | 1,130,521 |
| | | |
| *Cash flows from investing activities:* | | |
| Purchases of property and equipment | (424,167) | (293,060) |
| Proceeds from sales of property and equipment | 1,051 | 1,467 |
| Net cash provided by (used in) investing activities | (423,116) | (291,593) |
| | | |
| *Cash flows from financing activities:* | | |
| Issuance of long-term obligations | 1,494,315 | - |
| Repayments of long-term obligations | (1,037) | (525) |
| Net increase (decrease) in commercial paper outstanding | (425,200) | (280,700) |
| Borrowings under revolving credit facilities | 300,000 | - |
| Repayments of borrowings under revolving credit facilities | (300,000) | - |
| Costs associated with issuance of debt | (13,574) | - |
| Repurchases of common stock | (664,616) | (384,974) |
| Payments of cash dividends | (180,268) | (165,136) |
| Other equity and related transactions | 25,445 | 16,488 |
| Net cash provided by (used in) financing activities | 235,065 | (814,847) |
| Net increase (decrease) in cash and cash equivalents | 2,719,284 | 24,081 |
| Cash and cash equivalents, beginning of period | 240,320 | 235,487 |
| Cash and cash equivalents, end of period | $ 2,959,604 | $ 259,568 |
| | | |
| *Supplemental noncash investing and financing activities:* | | |
| Right of use assets obtained in exchange for new operating lease liabilities | $ 869,137 | $ 847,498 |
| Purchases of property and equipment awaiting processing for payment, included in Accounts payable | $ 89,290 | $ 82,055 |

*See notes to condensed consolidated financial statements.*

Case 3:23-cv-01250    Document 78-8    Filed 11/15/24    Page 6 of 17 PageID #: 1756

**DOLLAR GENERAL CORPORATION AND SUBSIDIARIES**
**Notes to Condensed Consolidated Financial Statements**
**(Unaudited)**

1. **Basis of presentation**

The accompanying unaudited condensed consolidated financial statements of Dollar General Corporation and its subsidiaries (the "Company") have been prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") for interim financial information and are presented in accordance with the requirements of Form 10-Q and Rule 10-01 of Regulation S-X. Such financial statements consequently do not include all of the disclosures normally required by U.S. GAAP for annual financial statements or those normally made in the Company's Annual Report on Form 10-K, including the condensed consolidated balance sheet as of January 31, 2020 which was derived from the audited consolidated financial statements at that date. Accordingly, readers of this Quarterly Report on Form 10-Q should refer to the Company's Annual Report on Form 10-K for the fiscal year ended January 31, 2020 for additional information.

The Company's fiscal year ends on the Friday closest to January 31. Unless the context requires otherwise, references to years contained herein pertain to the Company's fiscal year. The Company's 2020 fiscal year is scheduled to be a 52-week accounting period ending on January 29, 2021, and the 2019 fiscal year was a 52-week accounting period that ended on January 31, 2020.

The accompanying unaudited condensed consolidated financial statements have been prepared in accordance with the Company's customary accounting practices. In management's opinion, all adjustments (which are of a normal recurring nature) necessary for a fair presentation of the consolidated financial position as of July 31, 2020 and results of operations for the 13-week and 26-week accounting periods ended July 31, 2020 and August 2, 2019 have been made.

The preparation of financial statements and related disclosures in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the condensed consolidated financial statements and the reported amounts of revenues and expenses during the reporting periods. Actual results could differ from those estimates. Because the Company's business is moderately seasonal, the results for interim periods are not necessarily indicative of the results to be expected for the entire year. In addition, the effect of the COVID-19 pandemic on consumer behavior in the quarterly and year to date periods ended May 1, 2020 and July 31, 2020 resulted in a departure from seasonal norms experienced in recent years and may continue to disrupt the historical quarterly cadence of the Company's results of operations for an unknown period of time.

The Company uses the last-in, first-out ("LIFO") method of valuing inventory. An actual valuation of inventory under the LIFO method is made at the end of each year based on the inventory levels and costs at that time. Accordingly, interim LIFO calculations are based on management's estimates of expected year-end inventory levels, sales for the year and the expected rate of inflation or deflation for the year. The interim LIFO calculations are subject to adjustment in the final year-end LIFO inventory valuation. The Company recorded a LIFO provision of $0.1 million and $3.2 million in the respective 13-week periods, and $1.7 million and $6.6 million in the respective 26-week periods, ended July 31, 2020 and August 2, 2019. In addition, ongoing estimates of inventory shrinkage and initial markups and markdowns are included in the interim cost of goods sold calculation.

The Company adopted new accounting guidance related to leases as of February 2, 2019. The cumulative effect of applying the standard resulted in an adjustment to retained earnings of $28.8 million at February 2, 2019, primarily for the elimination of deferred gain on a 2013 sale-leaseback transaction. Because the standard was adopted under the modified retrospective approach, it did not impact the Company's historical consolidated net income or cash flows.

In August 2018, the Financial Accounting Standards Board ("FASB") issued guidance related to the accounting for implementation costs incurred in a cloud computing arrangement that is a service contract. These amendments align the requirements for capitalizing implementation costs incurred in a hosting arrangement that is a service contract with the requirements for capitalizing implementation costs incurred to develop or obtain internal-use software, as well as hosting arrangements that include an internal use software license. This guidance is effective for public business entities for fiscal years, and interim periods within those years, beginning after December 15, 2019, and early adoption is

6

permitted. The Company adopted this guidance on a prospective basis and such adoption had an immaterial effect on the Company's consolidated financial position and results of operations.

In August 2018, the FASB also issued guidance related to the disclosure requirements for fair value measurement. This guidance added, modified, and removed certain disclosure requirements related to assets and liabilities recorded at fair value. The majority of this guidance pertains to assets and liabilities classified in Level 3 of the fair value hierarchy, and the Company has no such assets or liabilities. This guidance is effective for public business entities for fiscal years, and interim periods within those years, beginning after December 15, 2019, and early adoption is permitted. The adoption of this guidance did not affect the Company's consolidated results of operations, financial position or cash flows.

In January 2017, the FASB issued amendments to existing guidance related to the subsequent measurement of goodwill. Subsequent to adoption, the Company will perform its annual, or interim, goodwill impairment test by comparing the fair value of a reporting unit with its carrying amount and recognize an impairment charge for the amount by which the carrying amount exceeds the reporting unit's fair value. This guidance is effective for public business entities for fiscal years, and interim periods within those years, beginning after December 15, 2019, and early adoption is permitted for interim or annual goodwill impairment tests performed on testing dates after January 1, 2017. The amendments are being applied on a prospective basis. The adoption of this guidance did not affect the Company's consolidated results of operations, financial position or cash flows.

In June 2016, the FASB issued guidance related to measurement requirements for credit losses on financial instruments. These amendments require a financial asset or a group of financial assets measured at amortized cost basis to be presented at the net amount expected to be collected. The guidance requires measurement of expected credit losses based on relevant information about past events, including historical experience, current conditions, and reasonable and supportable forecasts. This guidance is effective for public business entities for fiscal years, and interim periods within those years, beginning after December 15, 2019, and early adoption is permitted. The adoption of this guidance did not affect the Company's consolidated results of operations, financial position or cash flows.

**2.      Earnings per share**

Earnings per share is computed as follows (in thousands, except per share data):

| | 13 Weeks Ended July 31, 2020 | | | 13 Weeks Ended August 2, 2019 | | |
|---|---|---|---|---|---|---|
| | Net Income | Weighted Average Shares | Per Share Amount | Net Income | Weighted Average Shares | Per Share Amount |
| Basic earnings per share | $ 787,601 | 250,281 | $ 3.15 | $ 426,555 | 257,793 | $ 1.65 |
| Effect of dilutive share-based awards | | 1,909 | | | 1,309 | |
| Diluted earnings per share | $ 787,601 | 252,190 | $ 3.12 | $ 426,555 | 259,102 | $ 1.65 |

| | 26 Weeks Ended July 31, 2020 | | | 26 Weeks Ended August 2, 2019 | | |
|---|---|---|---|---|---|---|
| | Net Income | Weighted Average Shares | Per Share Amount | Net Income | Weighted Average Shares | Per Share Amount |
| Basic earnings per share | $ 1,438,047 | 251,031 | $ 5.73 | $ 811,568 | 258,407 | $ 3.14 |
| Effect of dilutive share-based awards | | 1,877 | | | 1,276 | |
| Diluted earnings per share | $ 1,438,047 | 252,908 | $ 5.69 | $ 811,568 | 259,683 | $ 3.13 |

Basic earnings per share is computed by dividing net income by the weighted average number of shares of common stock outstanding during the period. Diluted earnings per share is determined based on the dilutive effect of share-based awards using the treasury stock method.

Share-based awards that were outstanding at the end of the respective periods but were not included in the computation of diluted earnings per share because the effect of exercising such awards would be antidilutive, were zero and 0.6 million in the respective 13-week periods, and 0.3 million and 0.6 million in the respective 26-week periods, ended July 31, 2020 and August 2, 2019.

**ITEM 2.**      **MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS.**

**General**

This discussion and analysis is based on, should be read with, and is qualified in its entirety by, the accompanying unaudited condensed consolidated financial statements and related notes, as well as our consolidated financial statements and the related Management's Discussion and Analysis of Financial Condition and Results of Operations as contained in our Annual Report on Form 10-K for the fiscal year ended January 31, 2020. It also should be read in conjunction with the disclosure under "Cautionary Disclosure Regarding Forward-Looking Statements" in this report.

**Impact of COVID-19**

The COVID-19 (coronavirus) pandemic has resulted in widespread and continuing impacts on the global economy and has affected our business, as well as our customers, suppliers, and other business partners. We have been classified as an essential business in all locations where we operate, and as such, our stores have generally remained open to serve our customers. In responding to the pandemic and its effects, our priority has been the health and safety of our employees and customers. In order to serve our employees and customers during this time while prioritizing their well-being, we have taken a variety of actions across our stores, distribution centers and store support center, including (as applicable): enhancing cleaning protocols, designating one hour each day for our elderly customers to shop our stores with limited crowds, implementing social distancing measures, providing personal protective equipment (e.g., gloves, masks and hand sanitizer) for employees, providing employee temperature checks at our distribution facilities, and installing plexiglass barriers at registers.

In early March, we began seeing heightened demand from customers, particularly for consumable products such as paper, food and cleaning products, which continued throughout the first and second quarters, albeit with some variability as to the volume and category mix. Toward the end of the first quarter and throughout the second quarter, we also saw a significant increase in demand in many non-consumable products, including home, seasonal and apparel, resulting in an overall significant mix shift into non-consumable categories in the second quarter. From early March through the end of the second quarter, many new customers have begun shopping with us for their everyday essential needs, and we are working to retain them going forward. To address the increased demand, we increased our hiring of new store associates and have worked and continue to work with suppliers to incorporate new items in stores to meet the essential needs of customers while addressing certain product shortages and vendor allocations which we expect to persist for at least the remainder of the fiscal year in some cases. We believe that this increased customer demand significantly benefited our first and second quarters' results of operations, and in particular, sales, gross profit, operating income and net income. Although we incurred additional payroll related expenses in the first half of fiscal 2020, including employee appreciation bonuses of approximately $73 million, increased distribution and transportation costs, as well as other costs to meet the significant demand and to protect the health and safety of our employees and customers, these costs were more than offset by the incremental sales. We anticipate these increased expenses will continue throughout fiscal 2020.

We expect to continue to be affected, although the extent and duration is unknown, by the COVID-19 pandemic and its effects on the economy in a variety of ways, potentially including changing consumer demand (whether higher or lower) in certain product categories, supply chain interruptions, increased distribution and transportation costs, increased payroll expenses, and increased costs in an effort to maintain safe work and shopping environments. Additionally, the vast shutdown of many businesses in the United States has resulted in high levels of unemployment, which, along with current and potential school closures, could have a significant adverse impact on our core customers for an unknown length of time. The potential effect of economic stabilization efforts, including additional government stimulus payments and enhanced unemployment benefits, is uncertain. In addition to the items described above, we expect the current adverse economic conditions in the U.S. and abroad caused by the COVID-19 pandemic to continue at least throughout 2020 and possibly longer, potentially resulting in continued elevated unemployment, reduced economic activity, and capital markets volatility. We may experience adverse effects on our business, results of operations and cash flows from a recessionary economic environment that may persist after the COVID-19 pandemic has moderated. As a result, the quarterly cadence of our results of operations is likely to vary from historical patterns.

Due to the significant uncertainty surrounding the COVID-19 pandemic and its effects, there may be consequences that we do not anticipate at this time or that develop in unexpected ways. We will continue to monitor the rapidly evolving situation, and we will continue to take actions as necessary to serve our employees, customers, communities and shareholders.

**Executive Overview**

We are the largest discount retailer in the United States by number of stores, with 16,720 stores located in 46 states as of July 31, 2020, with the greatest concentration of stores in the southern, southwestern, midwestern and eastern United States. We offer a broad selection of merchandise, including consumable products such as food, paper and cleaning products, health and beauty products and pet supplies, and non-consumable products such as seasonal merchandise, home decor and domestics, and basic apparel. Our merchandise includes national brands from leading manufacturers, as well as our own private brand selections with prices at substantial discounts to national brands. We offer our customers these national brand and private brand products at everyday low prices (typically $10 or less) in our convenient small-box locations.

We believe our convenient store formats, locations, and broad selection of high-quality products at compelling values have driven our substantial growth and financial success over the years and through a variety of economic cycles. We are mindful that the majority of our customers are value-conscious, and many have low and/or fixed incomes. As a result, we are intensely focused on helping our customers make the most of their spending dollars. Our core customers are often among the first to be affected by negative or uncertain economic conditions and among the last to feel the effects of improving economic conditions particularly when trends are inconsistent and of an uncertain duration. The primary macroeconomic factors that affect our core customers include the unemployment and underemployment rates, wage growth, changes in U.S. and global trade policy (including price increases from tariffs), and changes to certain government assistance programs, such as the Supplemental Nutrition Assistance Program. Additionally, our customers are impacted by increases in those expenses that generally comprise a large portion of their household budget, such as rent, healthcare and fuel prices. Finally, significant unseasonable or unusual weather patterns can impact customer shopping behaviors.

We remain committed to the following long-term operating priorities as we consistently strive to improve our performance while retaining our customer-centric focus: 1) driving profitable sales growth, 2) capturing growth opportunities, 3) enhancing our position as a low-cost operator, and 4) investing in our people as a competitive advantage.

We seek to drive profitable sales growth through initiatives aimed at increasing customer traffic and average transaction amount. As we work to provide everyday low prices and meet our customers' affordability needs, we remain focused on enhancing our margins through effective category management, inventory shrink reduction initiatives, private brands penetration, distribution and transportation efficiencies, global sourcing, and pricing and markdown optimization. Several of our sales-driving initiatives are also designed to capture growth opportunities and are discussed in more detail below.

Historically, our sales of consumables, which tend to have lower gross margins, have been the key drivers of net sales and customer traffic, while sales of non-consumables, which tend to have higher gross margins, have contributed to more profitable sales growth and an increase in average transaction amount. In recent years our sales mix has continued to shift slightly toward consumables, and, within consumables, slightly toward lower margin departments such as perishables. Although this trend did not occur in the first half of 2020 (as discussed above under "Impact of COVID-19"), we continue to expect some sales mix challenges to persist over the long term. There can be no assurance that our initiatives, including those discussed below, some of which are intended to address these trends, will be successful.

We continue to make progress on and invest in certain strategic initiatives that we believe will help drive profitable sales growth and capture long-term growth opportunities. As a result of positive early results, we are accelerating our investment and the rollout of certain of these initiatives. Such opportunities include leveraging existing and developing new digital tools and technology to provide our customers with additional shopping access points and even greater convenience. This technology includes our Dollar General app, which contains a variety of tools to enhance the in-store shopping experience. Additionally, we are continuing to expand the rollout of DG Pickup, which is a buy online, pickup in-store initiative aimed at offering another convenient access point for customers. Our non-consumables

15

Highlights of our 2020 second quarter results of operations compared to the 2019 second quarter and our financial condition at July 31, 2020 are set forth below. Basis points amounts referred to below are equal to 0.01% as a percentage of net sales.

- Net sales increased 24.4% to $8.68 billion. Sales in same-stores increased 18.8% primarily reflecting a substantial increase in items per transaction. Average sales per square foot for all stores over the 52-week period ended July 31, 2020 was $260.

- Gross profit, as a percentage of net sales, was 32.5% in the 2020 period and 30.8% in the 2019 period, an increase of 167 basis points, primarily reflecting higher initial inventory markups, a significant increase in sales of non-consumable products, and favorable markdowns.

- SG&A expense, as a percentage of net sales, was 20.4% in the 2020 period compared to 22.5% in the 2019 period, a decrease of 205 basis points, due in part to lower retail labor, occupancy and utilities costs as a percentage of net sales.

- Operating profit increased 80.5% to $1.04 billion in the 2020 period compared to $0.58 billion in the 2019 period.

- Interest expense increased by $14.5 million in the 2020 period primarily due to higher average outstanding debt balances in connection with the issuance of debt in the first quarter of 2020.

- The effective income tax rate for the 2020 period was 21.5% compared to a rate of 22.9% for the 2019 period primarily due to income tax benefits associated with share-based compensation.

- Net income was $787.6 million, or $3.12 per diluted share, in the 2020 period compared to net income of $426.6 million, or $1.65 per diluted share, in the 2019 period.

Highlights of the year-to-date period of 2020 include:

- Cash generated from operating activities was $2.91 billion for the 2020 period, an increase of $1.78 billion over the comparable 2019 period.

- Total cash dividends of $180.3 million, or $0.72 per share, were paid during the 2020 period, compared to $165.1 million, or $0.64 per share, in the comparable 2019 period.

- Inventory turnover was 4.9 times on a rolling four-quarter basis. On a per store basis, inventories at July 31, 2020 decreased by 5.9% compared to the balances at August 2, 2019.

The above discussion is a summary only. Readers should refer to the detailed discussion of our results of operations below in the current year periods as compared with the prior year periods as well as our financial condition at July 31, 2020.

**Results of Operations**

*Accounting Periods*. We utilize a 52-53 week fiscal year convention that ends on the Friday nearest to January 31. The following text contains references to years 2020 and 2019, which represent the 52-week fiscal years ending or ended January 29, 2021 and January 31, 2020, respectively. References to the second quarter accounting periods for 2020 and 2019 contained herein refer to the 13-week accounting periods ended July 31, 2020 and August 2, 2019, respectively.

*Seasonality*. The nature of our business is somewhat seasonal. Primarily because of sales of Christmas-related merchandise, operating profit in our fourth quarter (November, December and January) has historically been higher than operating profit in each of the first three quarters of the fiscal year. Expenses, and to a greater extent operating profit, vary by quarter. Results of a period shorter than a full year may not be indicative of results expected for the entire year. Furthermore, the seasonal nature of our business may affect comparisons between periods. Consumer behavior driven by

the COVID-19 pandemic has resulted in a departure from seasonal norms we have experienced in recent years and may continue to disrupt the historical quarterly cadence of our results of operations for an unknown period of time.

The following table contains results of operations data for the second 13-week periods and the 26-week periods of 2020 and 2019, and the dollar and percentage variances among those periods:

| (amounts in millions, except per share amounts) | 13 Weeks Ended | | 2020 vs. 2019 | | 26 Weeks Ended | | 2020 vs. 2019 | |
|---|---|---|---|---|---|---|---|---|
| | July 31, 2020 | August 2, 2019 | Amount Change | % Change | July 31, 2020 | August 2, 2019 | Amount Change | % Change |
| Net sales by category: | | | | | | | | |
| Consumables | $ 6,496.4 | $ 5,428.0 | $ 1,068.3 | 19.7 % | $ 13,199.8 | $ 10,641.2 | $ 2,558.6 | 24.0 % |
| % of net sales | 74.81 % | 77.75 % | | | 77.04 % | 78.22 % | | |
| Seasonal | 1,161.6 | 854.1 | 307.5 | 36.0 | 2,079.5 | 1,591.1 | 488.5 | 30.7 |
| % of net sales | 13.38 % | 12.23 % | | | 12.14 % | 11.69 % | | |
| Home products | 586.0 | 375.1 | 211.0 | 56.2 | 1,084.3 | 750.8 | 333.5 | 44.4 |
| % of net sales | 6.75 % | 5.37 % | | | 6.33 % | 5.52 % | | |
| Apparel | 440.3 | 324.6 | 115.7 | 35.6 | 769.1 | 621.9 | 147.1 | 23.7 |
| % of net sales | 5.07 % | 4.65 % | | | 4.49 % | 4.57 % | | |
| Net sales | $ 8,684.2 | $ 6,981.8 | $ 1,702.5 | 24.4 % | $ 17,132.7 | $ 13,604.9 | $ 3,527.8 | 25.9 % |
| Cost of goods sold | 5,866.0 | 4,832.8 | 1,033.2 | 21.4 | 11,718.8 | 9,453.7 | 2,265.0 | 24.0 |
| % of net sales | 67.55 % | 69.22 % | | | 68.40 % | 69.49 % | | |
| Gross profit | 2,818.2 | 2,148.9 | 669.3 | 31.1 | 5,413.9 | 4,151.2 | 1,262.7 | 30.4 |
| % of net sales | 32.45 % | 30.78 % | | | 31.60 % | 30.51 % | | |
| Selling, general and administrative expenses | 1,775.6 | 1,571.2 | 204.4 | 13.0 | 3,504.5 | 3,061.2 | 443.3 | 14.5 |
| % of net sales | 20.45 % | 22.50 % | | | 20.46 % | 22.50 % | | |
| Operating profit | 1,042.6 | 577.8 | 464.9 | 80.5 | 1,909.4 | 1,090.0 | 819.4 | 75.2 |
| % of net sales | 12.01 % | 8.28 % | | | 11.14 % | 8.01 % | | |
| Interest expense | 39.3 | 24.8 | 14.5 | 58.5 | 69.8 | 50.7 | 19.1 | 37.6 |
| % of net sales | 0.45 % | 0.36 % | | | 0.41 % | 0.37 % | | |
| Income before income taxes | 1,003.3 | 553.0 | 450.3 | 81.4 | 1,839.6 | 1,039.3 | 800.3 | 77.0 |
| % of net sales | 11.55 % | 7.92 % | | | 10.74 % | 7.64 % | | |
| Income tax expense | 215.7 | 126.4 | 89.3 | 70.6 | 401.5 | 227.7 | 173.8 | 76.3 |
| % of net sales | 2.48 % | 1.81 % | | | 2.34 % | 1.67 % | | |
| Net income | $ 787.6 | $ 426.6 | $ 361.0 | 84.6 % | $ 1,438.0 | $ 811.6 | $ 626.5 | 77.2 % |
| % of net sales | 9.07 % | 6.11 % | | | 8.39 % | 5.97 % | | |
| Diluted earnings per share | $ 3.12 | $ 1.65 | $ 1.47 | 89.1 % | $ 5.69 | $ 3.13 | $ 2.56 | 81.8 % |

**13 WEEKS ENDED JULY 31, 2020 AND AUGUST 2, 2019**

*Net Sales*. The net sales increase in the 2020 period reflects a same-store sales increase of 18.8% compared to the 2019 period. We believe the effect of the COVID-19 pandemic on consumer behavior had a significant positive effect on net sales and same-store sales. For the 2020 period, there were 15,541 same-stores which accounted for sales of $8.2 billion. The increase in same-store sales reflects an increase in average transaction amount driven by a significant increase in items per transaction and, to a lesser degree, higher average item retail prices, which were slightly offset by a decline in customer traffic. Same-store sales increased in each of the consumables, seasonal, home products and apparel categories, with the largest percentage increase in the home products category. The net sales increase was also positively affected by sales from new stores, modestly offset by sales from closed stores.

*Gross Profit.* For the 2020 period, gross profit increased by 31.1%, and as a percentage of net sales increased by 167 basis points to 32.5% compared to the 2019 period. Higher initial markups on inventory purchases contributed to the increase in the gross profit rate. In recent years a greater proportion of sales have come from our consumables category, which generally has a lower gross profit rate than our other product categories, creating downward pressure on our overall gross profit rate. This sales trend was reversed in the second quarter of 2020 as non-consumables sales increased at a higher rate than consumables sales, which added to the increase in the gross profit rate. It is uncertain at this time whether the reversal of this trend will continue. A reduction in markdowns as a percentage of net sales also contributed to the increase in the gross profit rate. These factors were partially offset by increased distribution and transportation costs which were impacted by the COVID-19 pandemic in the form of increased volume and discretionary employee bonus expense. As noted above, we believe the effect of the COVID-19 pandemic on consumer behavior had a significant positive effect on net sales, and also had a positive effect on gross profit.

19

Case 3:23-cv-01250     Document 78-8     Filed 11/15/24     Page 12 of 17 PageID #: 1762

**ITEM 1.**       **LEGAL PROCEEDINGS.**

The information contained in Note 7 to the unaudited condensed consolidated financial statements under the heading "Legal proceedings" contained in Part I, Item 1 of this report is incorporated herein by this reference.

**ITEM 1A.**       **RISK FACTORS.**

The Company is supplementing the disclosures relating to this item from those set forth in our Annual Report on Form 10-K for the fiscal year ended January 31, 2020 as follows. The following risk factor disclosure should be read in conjunction with the risk factors described in our Annual Report on Form 10-K:

***The COVID-19 pandemic has continued to impact our business, financial performance and financial condition and could have a material adverse impact on our business, financial performance and financial condition in the future.***

The COVID-19 pandemic has resulted in widespread and continuing adverse impacts on, and volatility in, the global economy and has continued to impact our business, employees, customers, suppliers, and other business partners. Considerable uncertainty exists regarding the extent to which the COVID-19 pandemic will continue, as well as the scope, duration and effectiveness of measures directed at containment and mitigation of the virus, including travel bans and restrictions, quarantines, shelter-in-place orders, school closures, and business and government restrictions and shutdowns. These measures taken by national, state and local government authorities to date, which were designed to slow the spread of the virus and protect lives, have resulted in high levels of unemployment, are expected to have serious adverse impacts on domestic and foreign economies, and could have a significant adverse impact on our core customer, for an unknown period. The potential effect of economic stabilization efforts, including additional government stimulus payments and enhanced unemployment benefits, is uncertain.

We have been classified as an essential business in all locations where we operate, and as such, our stores generally have remained open to serve our customers. While none of the below has resulted in a material adverse impact on our business, financial performance or financial condition to date, we have experienced or are experiencing certain effects of the COVID-19 pandemic, including but not limited to, the following:

- Supply chain disruptions, including shipping and procurement delays of certain goods from international and domestic shipping origins, as well as vendor restrictions on the sale of a significant percentage of our core products to us;
- Reduced or no availability of certain products in our stores as a result of supply chain disruptions outlined above and extremely high customer demand for certain products which has outpaced available supply;
- Temporary store and distribution center closings in order to allow for deep cleanings when required, as well as reduced store operating hours until early in the second quarter to allow for additional time to clean the stores and re-stock shelves;
- Increased distribution and transportation costs as a result of the effects outlined above, discretionary employee bonuses, increased overtime pay expenses due to reduced labor availability, and demand for transportation services outpacing carrier supply;
- Increased incremental expenses for certain items, including supplies for enhanced cleaning protocols, personal protective equipment for employees in stores, distribution centers and corporate headquarters (e.g., gloves, masks, hand sanitizer), and installation of plexiglass barriers at store registers;
- Increased labor expenses as a result of significantly increasing our hiring of new store employees, awarding approximately $73 million in employee appreciation bonuses, and the increased workload associated with the incremental sales volume;
- COVID-19 and remote-work oriented phishing and similar cybersecurity attack attempts; and
- Inability to perform physical inventories in our stores for a period of time.

Depending on the duration and severity of the COVID-19 pandemic, which are uncertain and cannot be predicted, as well as governmental authorities' responses and requirements related to the COVID-19 pandemic, including the pace and extent of the easing or removal of restrictions on businesses and customers when the COVID-19 pandemic does subside, these experienced effects could have a material adverse impact on our business, financial

26

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized, both on behalf of the Registrant and in his capacity as principal financial officer of the Registrant.

DOLLAR GENERAL CORPORATION

Date:  August 27, 2020

By:  /s/ John W. Garratt

John W. Garratt
Executive Vice President & Chief Financial Officer

32

**Exhibit 31**

**CERTIFICATIONS**

I, Todd J. Vasos, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Dollar General Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: August 27, 2020                                            /s/ Todd J. Vasos
                                                                 Todd J. Vasos
                                                                 Chief Executive Officer

I, John W. Garratt, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Dollar General Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: August 27, 2020

/s/ John W. Garratt

John W. Garratt
Chief Financial Officer

**Exhibit 32**

**CERTIFICATIONS**
**Pursuant to 18 U.S.C. Section 1350**

Each of the undersigned hereby certifies that to his knowledge the Quarterly Report on Form 10-Q for the fiscal quarter ended July 31, 2020 of Dollar General Corporation (the "Company") filed with the Securities and Exchange Commission on the date hereof fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934 and that the information contained in such report fairly presents, in all material respects, the financial condition and results of operations of the Company.

| | |
|---|---|
| /s/ Todd J. Vasos | |
| Name: | Todd J. Vasos |
| Title: | Chief Executive Officer |
| Date: | August 27, 2020 |

| | |
|---|---|
| /s/ John W. Garratt | |
| Name: | John W. Garratt |
| Title: | Chief Financial Officer |
| Date: | August 27, 2020 |