# EXHIBIT 9

# Fireside chat Barclays 2020 Global Consumer Staples Conference

## Company Participants

- Donny Lau, VP of IR & Corporate Strategy
- Jeffery Owen, COO
- John Garratt, Executive VP & CFO
- Karen Short, Analyst
- Todd Vasos, CEO & Director

## Presentation

### Karen Short {BIO 7215781 <GO>}

Good morning, everyone. My name is Karen Short, and I'm the Staples and Hardline Retail analyst at Barclays.

Today we're very pleased to once again welcome Dollar General to the Barclays Staples Conference. With us today we have Todd Vasos, CEO; John Garratt, DG's CFO; and Jeff Owen, COO. I'm not sure if Dollar General could move the camera fast enough.

We also have Donny Lau, VP Investor Relations and Corporate Strategy, on the call. Also listening to this (inaudible) and Todd.

So I just wanted to just give an introduction for Jeff. Jeff first joined the company (inaudible) in 1992. He remained with the company for 20 years and then returned to DG in 2015 as an Executive Vice President of Store Operations. He was promoted to COO in August of 2019.

So I believe I'll hand it over to Donny to read what is supposedly a slightly shorter safe harbor statement.

### Donny Lau {BIO 18458883 <GO>}

Thanks, Karen.

Today's comments will include forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995 which can be identified because they are not limited to statements of historical fact.

Such statements include, but are not limited to, statements about our strategy, plans, initiatives, goals, financial outlook or beliefs about future matters, including, but not limited to, beliefs about COVID-19's future impact on the economy, our business and our customers.

These statements are subject to risk and uncertainties that could cause actual results or events to differ materially from our expectations and projections.

These factors include but are not limited to those identified under forward-looking statements in our earnings release issued August 27, 2020, under Risk Factors in our 2019 Form 10-K filed on March 19, 2020, and in our Form 10-Q filed on March 27, 2020, and in the comments that are made during this event. You should not unduly rely on forward-looking statements, which speak only as of today's date.

Dollar General disclaims any obligation to update or revise any information to discuss today unless required by law.

We may also reference certain financial measures that have not been derived in accordance with GAAP. Reconciliations to the most comparable GAAP measures are included in our earnings release issued on August 27, 2020, which can be found at investor.dollargeneral.com under News & Events.

Now it's my pleasure to turn the event back over to you, Karen, and Todd, Jeff and John.

## Questions And Answers

### A - Karen Short {BIO 7215781 <GO>}

Thank you, very much.

So the format for this will be fireside-only with just me asking questions. Unfortunately, no Q&A given the format.

So with that, I just will launch in.

Obviously with 17,000 stores, you're a dominant force, not only in the discount space, but in all retail.

So I wanted to start a little bit with the fact that I think some investors have been questioning whether or not there really is any more share for you to gain from a demographic perspective, not new store geography perspective, but a demographic perspective because you did gain so much share in the '08, '09 recession.

So I wanted to get a little bit of your thoughts on this.

I think it's even more remarkable because what you're seeing on comps is not a function of price sensitivity with the consumer particularly. They're just not -- don't appear to be particularly price sensitive.

So any color on that to open up would be great.

## A - Todd Vasos  {BIO 4658222 <GO>}

Yes. Karen, this is Todd. Thanks for the question.

Yes. I would tell you that we're really pleased with our positioning right now and where we sit as we move through COVID.

But even prior to COVID and you start to think about who our core consumer is and then also those consumers that we've seen trade down into the brand. Even before COVID, our fastest-growing segment by a percentage basis was really a higher-income consumer.

So we were already getting, if you will, a trade down.

But it was really not a trade down before COVID, I would characterize it more in that it was trial, right?

We've done so much work to the box over the last couple of years with our cooler initiatives, with our NCI programs, with our digital programs.

Our digital programs are reaching a whole new customer base that we knew was out there.

But we quite frankly, weren't tapping into them through the old analog way that we went to market through advertising and brand awareness.

Now with digital, we're able to tap into that, and we're seeing her come into the store and we're seeing multiple purchases. If you look at COVID now, what we've seen is an acceleration of that little higher-income, more digitally savvy consumer.

What we're seeing there is not only did she come in looking for goods because she really needed it, what we're finding is that she continues to do and repeat business with us over the last few months.

That really is a testament to that box.

She's finding what she needs, she loves the prices.

To your point, we're delivering a pretty strong top line in a pretty flat, inflation type of an environment that we're living in.

But again I think when you think of '08, '09, and you start to think about the back end of COVID, and where the economy is moving right now with a lot of people out of work.

We are positioned well.

We're a retailer that does very well in good times, and we do well in bad times. When -- in bad times, our consumers just need us more and an even broader selection and cross-section of consumers need us more.

## A - Karen Short {BIO 7215781 <GO>}

And you mentioned in one of the group meetings that -- obviously we know you're gaining share because of fresh and the NCI, and I think your execution is pretty widely understood that your execution is extremely strong.

But you also mentioned drug.

So I was wondering if you could just iron [ph] on that a little bit because I think it does seem to be somewhere ready [ph] to have a pretty meaningful price gap advantage?

## A - Todd Vasos {BIO 4658222 <GO>}

I'm sorry, I missed the –

## A - John Garratt {BIO 19247697 <GO>}

Just price gap.

## A - Todd Vasos {BIO 4658222 <GO>}

Price gap?

Yes.

So you're cutting out I'm sorry, Karen.

So the price gaps, if you take a look at it, we are well positioned.

We're a as well positioned as we've been as an organization in the 12 years nearly that I've been here and we continue to be at parity with mass, 20% or so cheaper than grocery every day and 40% to 44% cheaper than drug every day.

I would tell you that many of our outside share gains that we've seen really over the last few years and continues in 2020 is really coming from the drug side of the business, and that's really where we're seeing a pretty strong trade into the brand.

That's for a lot of reasons, but the main reason being the work that we've done to that box to make it relevant.

Then you couple that with our pricing, she is really starting to resonate with that and making those trips to Dollar General for her every day over-the-counter needs as well as her everyday basics and non-consumable needs for that matter.

## A - Karen Short {BIO 7215781 <GO>}

And then maybe actually, in terms of the trade down that you did comment on, on the conference call, I think that was picked up by a lot of media outlets, and I wanted to see if you could just elaborate a little bit on that.

Then along those lines, you talked about the survey that you do fairly frequently with the customer base.

What is -- how is she responding today with the survey, what is that like?

## A - Todd Vasos {BIO 4658222 <GO>}

Yes.

So if you take a look at where the customer is today let's start there, and then we'll talk about that trade down and what we're seeing. If you take a look at it, if you dial the clock back to March and April, we, as many consumable retailers, saw a surge in business.

Obviously that business was directly attributable to COVID-19.

It really was the consumer trying to find and fill her pantry with everyday household needs, whether it be paper cleaning, food products, whatever it may be. What we're starting to see now over the last, call it, two months or so has been this, while she is no longer doing the full pantry fill in her home, what she is doing is not letting her stock actually go down inside of her store.

She's replenishing, if you will, her stock.

So if she consumes it during the week, she's rebuying it to keep stock levels high.

So we're seeing that phenomenon actually happen right now. You couple that for Dollar General with the trade down we're seeing, and here is what we're seeing through our credit card data as well as our consumer work that you mentioned, Karen, is that we're seeing a little higher-income consumer come into the brand.

We're seeing through our credit card data and what she's telling us is that she's made multiple trips over the last few months into the brand to buy her needs. She likes what she sees and she's continuing to shop us. That gives us great confidence

as we think post-COVID, whenever that will be, that we've got a consumer that is engaged in the brand, and it will be up to us here at Dollar General to make sure that we continue to engage here and keep Dollar General top of mind to that consumer. That's really the work that we did in '08 and '09.

We've got the playbook for that. What we've actually done is we've digitized, if you will, that playbook. It was pretty analog back in those days, and we're ready to pull the trigger on that when we believe the time is right.

We just don't believe the time is quite right yet. She is still completely in a COVID phase right now.

But as we get to the back end of this and hopefully sooner than later, we'll be able to start to put those pieces out there to keep Dollar General top of mind.

## A - Karen Short {BIO 7215781 <GO>}

Okay. That's helpful.

Then when you think about -- I mean, obviously you're very much in control of your destiny, and you laid out all the various initiatives that will continue to drive sales for quarters to come. When you think of the various initiatives, maybe could you just rank order what you think will be the biggest drivers?

And then I also wanted to kind of pivot on to gross margin with the same question in terms of what drivers were and then the sustainability?

## A - Todd Vasos {BIO 4658222 <GO>}

Sure. I'll start with the drivers and then turn it over to you, John, for the margin drivers. Karen, to your point, we've done so much work in that box pre-COVID, and we have not slowed down even during these few months we've been dealing with the COVID-19 pandemic that's been out there.

So proud of the team. And quite frankly, when you start to look at the ranking, our cooler initiative, by far, continues to be the biggest sales driving initiative that we have.

I would tell you because of DG Fresh and because of all the expansion that we've done with higher-capacity coolers as well as cooler doors, we've actually turned the clock back. If you think about it, we said we were in the sixth and seventh inning of a baseball game, if you will, before we started to do a lot of the work and especially before DG fresh.

We're actually -- we have turned the clock back.

We're actually now only in the fourth inning.

Case 3:23-cv-01250    Document 78-9    Filed 11/15/24    Page 7 of 17 PageID #: 1774

We see a tremendous runway ahead of us there. That's why we're confident that it is and will continue to be our number one sales driving initiative as we go forward.

NCI or the non-consumable initiative would be second. I would tell you that, that is a great initiative. It's been working fabulous so far.

The great thing is we've been able to take the learnings from those thousands of stores that we've already done and applying back into the mother ship, if you will, or our nearly 17,000 stores.

So many items in many of the planograms.

I believe that is one of the reasons why we've had 9 consecutive quarters of non-consumable same-store sales growth.

So we've been on the positive side of that, even before COVID. And now with COVID, we're showing the consumer a lot there.

We've got a tremendous amount of other initiatives, but BOPUS should be and our digital initiatives should also drive sales into the future as well as some of the Better For You initiatives and our over-the-counter, OTC initiatives continue to gain momentum and strength. John?

## A - John Garratt {BIO 19247697 <GO>}

And on the gross margin, very pleased with the performance there, up 167 basis points this quarter coupled with five consecutive quarters of growth in our gross margin. And you really can see the initiatives contributing. DG Fresh, NCI, as Todd mentioned, when you look at the key drivers for this quarter, number one is initial markups.

When you look at what's driving the initial markups, it is DG Fresh. DG Fresh is having a significant impact on taking the cost out we expected it to.

That benefit will only grow as we scale it and get the efficiencies of serving more stores from the existing DCs as well as the sales benefit it drives.

Number two was mix.

When you look at mix, NCI, as Todd mentioned, is having a big impact there. Not only in the NCI stores, but as Todd mentioned, as we spread the best of the best across the chain, it's really making that piece of the box very relevant.

So while we certainly benefited from stimulus checks as well as just a shift of wallet as people were stuck in their homes, looking to fix up the house, do something to the yard, buy toys for the kids, what we've done to that box with the rotation of goods, they -- just dramatic value and the more aspirational products really made

that relevant to get a big share of that business as it came in. Can't expect that kind of shift every quarter.

But I think what we've done with that box really makes it relevant and sustainable to continue to drive strong growth in the non-consumables, as Todd mentioned, evidenced by nine consecutive quarters there. The other thing within mix is you also have mix within the mix.

So within consumables, you have higher-margin goods like health and beauty that have margins more like non-consumables, higher margins that have been doing particularly well there.

As we noted, given the -- not only the convenience, but the significant price advantage we offer in those categories.

And then number three is lower promotional markdowns. That's something we've been talking about for a number of quarters, and we continue to be very targeted on our promotional activity, really leveraging the tools we've put in place.

We know what really drives the incremental traffic, the incremental sales, what drives profitable sales growth.

So we've gotten very refined on the playbook for different situations on what promotional activity to do. In this environment, as we're priced right where we want to be in terms of the indexes, haven't needed to be as promotional.

So that's been the key three drivers.

As you look ahead, as these initiatives scale, that's the gift that keeps on giving and we obviously have a lot of other levers we've talked about between private label expansion, foreign sourcing expansion, shrink with the completion of the EAS units in the 40% increased tagging and then all the work the team is doing to drive supply chain efficiencies. Feel very good about the impact of initiatives and the levers positioning us to continue over the long term, continue to put us in a position to expand gross margin while driving the topline, too.

## A - Karen Short {BIO 7215781 <GO>}

That's helpful.

Then thinking about the holiday I guess, I'm curious on your views.

On one hand, I could argue that it could be very promotional, just no real Black Friday and Prime Day while we're heading towards 4Q.

On the other hand, I could argue that the consumer will do anything and everything she can to make her home custom.

So how are you thinking about that just from a merchandising perspective?

And I guess also, I'd ask the same thing from an inventory perspective?

Because your inventories were remarkably good, I guess, this last quarter compared to some of the other retailers we've seen report.

### A - Todd Vasos  {BIO 4658222 <GO>}

Yes. I'll take the top line. And Jeff, I'll kick it over to you for the inventory discussion. If you take a look at it, we're fairly bullish on holiday. And here's why, if you think about the Dollar General consumer and even this trade down consumer that we've talked about, for us, it is more about Christmas in your home. It always has been, right?

So when you think of our seasonal offering, it's about decorating your home, some small gifts for the kids or relatives.

We're not the big gift-giving type of a retailer that's out there. For -- and those retailers, we don't know yet, but I think it will be a different holiday.

But for those that are really geared toward, like Dollar General, for making sure that your home is festive and you have something for the kids to look forward to even in the middle of a pandemic, I think we'll do pretty well.

That's why we're pretty bullish on our offering.

We, for sure, didn't cut any inventory, and I'll turn it over to Jeff, but we've actually went out and actually bought additional inventory, especially in the closeout realm.

Jeff, you may want to just talk inventory.

### A - Jeffery Owen  {BIO 19514676 <GO>}

Yes. Thanks, Todd. First of all, our team was out in front of this early on in the pandemic.

So I think it's a testament to the relationships we have with our suppliers and the fact that well before COVID, Dollar General, we've been growing significantly with our suppliers.

As we talk to our suppliers daily, sometimes more than once a day we were able to work with them and be creative about solving problems. Give you a great example. During the pandemic, we were able to stand up a SKU that we don't even carry in our assortment.

In a matter of weeks, we'll be able to bring that product in and get it on the shelf for the customer and to all of our stores.

So I think that's a testament to the merchandising team's creativity and the supply chain and the operator's ability to get it on the shelf.

As we look to the back half of this year, I mean, we certainly are making progress, and we're pleased with the improvements we're making along the inventory front. Certainly, we are facing many of the constraints that other retailers are.

But I think it's a testament to the creative problem-solving that our teams are able to come up with.

Then in terms of the holiday merchandise, like Todd mentioned, same thing.

Our teams overseas were out in front of this as well and it's pretty much business as usual and we're excited.

In fact, we're able to accelerate some of the holiday merchandise into the stores well ahead of normal because of the progress we've seen in some of the sell-throughs this summer.

So testament to the team collaboration and we feel like we're in a good spot, and we're continuing to make progress on the inventory side.

## A - Karen Short {BIO 7215781 <GO>}

Now speaking about BOPUS, I guess maybe I'm more excited about this than you are, I don't know, but it just seems like it's such a big opportunity for you.

So I'm wondering if you could just talk a little bit about what the initial test stores should go down on demographics.

I know you've indicated that it's not a meaningful ticket driver, but obviously there is probably some benefit to the ticket, whether it's within that actual order or the customer buys in when they get to the store.

So can you maybe describe it?

And then also describe how it actually works like the actual model. I think it's more like a Panera Bread type of model is what I assume.

## A - Todd Vasos {BIO 4658222 <GO>}

Yes. Karen, you're right, it is like a Panera Bread type of model, where if the consumer wants to be completely contactless, everything is done on her mobile device. She just walks up into the store, walks up to the four or eight-foot area that we have designated for these holding packages, the holding area, look up their number, grab their package and walk out of the store, it's that simple, without any contact.

But let me dial the clock back. I'm proud to say that as of today we've got right around 16,000 stores already up and running.

So almost the entire chain, which is a great thing to see, even in the midst of COVID and a lot of other adversities that are out there.

I wouldn't say we're not as excited as you are.

We're excited about it.

But you know us pretty well we're cautiously optimistic when it comes to new initiatives.

We've tested it and we feel very, very confident that our consumers are going to gravitate to it.

This new consumer that I referenced earlier, because she is definitely more digitally savvy, will resonate to this type of an offering.

But in the -- and I want to caution everybody, this is very early, but in the early goings, what we're seeing is a little higher basket, not much, but a little higher basket, still a couple of extra items, still 5 to 8, 9 items at the most, for the most part, right now on average.

So this is a different type of a buy-online, pickup-in-the-store offering than you would see at a mass retailer or even our grocery friends that are out there. These are very manageable baskets, and the shop -- for our employee to shop that for the consumer is very, very quick. I mean you're talking five, six items with an average pick of a minute or so that would be our goal to do that.

So it doesn't take a lot of time.

But what we've seen early on is a couple dollar extra basket, a couple of extra items than our normal transaction. I would tell you that we're seeing a good mix of both consumables and non-consumables, which is really nice to see.

Now the interesting thing that we're seeing that we thought we would get, but we're getting even a little bit more than we thought, is as she comes in, even though we've got that quick in and out that I described earlier, many, many of our customers are actually buying additional items when they come in.

What they're telling us through our consumer work is you're gathering together some of that drudgery, if you will, type items that is not fun to shop, but I need.

That frees up a couple of minutes for me, quite frankly, to browse maybe some of your non-consumable type items.

So what we're seeing is a nice tack-on sale to the -- to those that come and pick it up. And by the way, heavily weighted to non-consumables is what we've seen early on.

So great to see that.

We obviously like that. That's where the margin is at.

But again I want to caution everybody, we're still early days here.

So we're going to continue to ensure that the consumer has a great experience.

That's really what our goal initially is, running a lot of water through the pipes, if you will, to make sure that the experience is there.

So far, it's green lighted.

Our customers really like it.

But we'll do it the Dollar General way, and that's methodically, but do it right.

To your point, Karen, we execute here at Dollar General at a real high level on everything that we do. This will be no different.

## A - Karen Short  {BIO 7215781 <GO>}

Okay. That's helpful.

Then on private label, the Better For You is obviously a significant opportunity from an expansion perspective beyond really at year-end.

What is -- I guess, what is the gating factor on not actually being able to roll that out even faster?

## A - Jeffery Owen  {BIO 19514676 <GO>}

Karen, this is Jeff.

Well I'll step back and say you mentioned private brands.

We're very excited about our entire private brand portfolio.

We made a lot of progress. You've heard us talk a lot about the different rebranding, repositioning. You got Clover Valley, that's over $1 billion brand for us and continues to grow.

But on the Better For You side, our good and smart brand is our private brand in that offering.

So we're excited.

We're in 6,000 stores right now and we expect to be in 7,000 by the end of the year. And quite frankly, right now, it's space.

As we think about space and continuing, as Todd mentioned, methodically refining the assortment and continuing to talk to that customer to hear and see what she wants us to put in the assortment, continue to try things, continue to massage and manage that category, leveraging the strengths of our merchant teams, that's what's happening right now.

So as you look forward, all of our prototype buildings, so when we open and build a store from the ground up, we put the Better For You offering in.

As you know, we're opportunistic on some of our real estate as well and sometimes those formats might be smaller because we are allowed to get into a certain area.

So right now, it's mostly on a space basis, but rest assured, we continue to refine that.

The one other thing I'll mention is on DG Fresh. DG Fresh unlocks the ability to expand Better For You in the coolers. And you've heard us talk about how impactful the coolers are. Now that we have the supply chain and also now that we have the good and smart brand and other private brands, we expect to increase our penetration on private brand and the coolers as well.

So I think you'll see a lot more of the Better For You offering in Dollar General stores as you go forward, both cold and in the cooler and then the dry side as well.

## A - Todd Vasos  {BIO 4658222 <GO>}

We're really excited about taking that private brand penetration that now sits in that low 20s to even greater heights with what Jeff talked about.

So we're really excited about that.

## A - Karen Short  {BIO 7215781 <GO>}

Okay. Now switching gears to the P&L, I guess, retail wages across some retailers have obviously been announced at permanently higher levels.

I know this is a constant question you're always getting, and I know the answer because you've given it all the time, but it does still come up with a concern that you'll have, at some point, to raise wages across the board.

So wondering if you could just give an update on that.

Then freight has been a big topic of discussion at this conference, in particular, so at least for the back half and into 2021.

So how are you thinking about that going forward?

## A - Todd Vasos {BIO 4658222 <GO>}

Jeff, do you want to start?

## A - Jeffery Owen {BIO 19514676 <GO>}

Yes.

Well first of all, on the wage front, Karen, I think you've heard us talk many times, in 2017 we invested in our store manager compensation and training to tune of about $70 million.

As we like to say that gift that keeps on giving, that was well ahead and a tremendous investment.

We all know the importance of a store manager. It's critical to the success of this model.

So as you've heard us talk, our turnover continues to improve.

In fact, this year, at the store manager level, we're beating our record turnover of last year and really seeing turnover right now at lowest -- the lowest levels that we've ever seen.

So we're very pleased.

We've always paid competitive wages, and I think one of the things that we're pleased to see is the number of applicants, our pipeline for people that want to work at Dollar General is full.

So we're very pleased with that because the thing that you have to keep in mind about this model is that the ability to grow at Dollar General at a very rapid amount of time, is the number one currency and the number one attraction for folks to come into this model.

So you can imagine someone can come into a store and be a store manager within about three-year period of time and with the fact that we're growing so rapidly, it just gives people tremendous opportunity.

I'd also say that the other metric we look at to really determine if, in fact, we need to do something different, is what we call our critical staffing metric.

That basically says is how many people come to work every single day so that we can provide a consistent shopping experience for the customer.

We're seeing that at record levels, too.

So certainly, we do not take a peanut butter approach to the entire chain.

We attract and retain folks in our communities the way we need to.

So right now, we don't see that we need to do anything different.

But of course as things shift, then we'll do the same, and we'll continue to attract and retain top-quality talent.

## A - Todd Vasos {BIO 4658222 <GO>}

And as it relates to the transportation question that you asked. I think that was the second piece of that.

We're seeing some pressure there as well.

But I got to say we -- just like we talked about last year, we were out in front of the transportation piece with the many initiatives that we have around transportation, the biggest for us, obviously is standing up our own private fleet.

I'm happy to say that we've more than doubled the amount of tractors that we have in the fleet right now for 2020.

We've accelerated for the back half of the year with more tractors to get more of our private fleet moving. That is the number one way to reduce that cost pressure that we're seeing out there in many instances.

So the team has done a great job so far. Again I want to say that we are seeing some of those same pressures, but we're doing all we can to mitigate them.

I think we're a couple of steps ahead, especially from many of our competitors that are out there in our space.

## A - Karen Short {BIO 7215781 <GO>}

Well I need to be respectful of everyone on this call's time because I think we have reached the half-hour mark.

So team, thank you very much for being at the staples conference, and we hope that it's live next year.

But thanks, really appreciate your support.

I'll join you in a couple of meetings later on this afternoon.

## A - Todd Vasos {BIO 4658222 <GO>}

Great. Thank you, everybody.

## A - John Garratt {BIO 19247697 <GO>}

Thank you.

## A - Jeffery Owen {BIO 19514676 <GO>}

Thank you.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*