# EXHIBIT 11

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported):  December 3, 2020

# DOLLAR GENERAL CORPORATION

(Exact name of registrant as specified in its charter)

| Tennessee | 001-11421 | 61-0502302 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| 100 MISSION RIDGE GOODLETTSVILLE, TN | | 37072 |
|---|---|---|
| (Address of principal executive offices) | | (Zip Code) |

Registrant's telephone number, including area code:  (615) 855-4000

(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.875 per share | DG | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

**ITEM 2.02**  **RESULTS OF OPERATIONS AND FINANCIAL CONDITION.**

On December 3, 2020, Dollar General Corporation (the "Company") issued a news release regarding results of operations and financial condition for the fiscal 2020 third quarter (13 weeks) and 39-week periods ended October 30, 2020. The news release is furnished as Exhibit 99 hereto.

The information contained within this Item 2.02, including the information in Exhibit 99, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, and shall not be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended.

**ITEM 7.01**  **REGULATION FD DISCLOSURE.**

The information set forth in Item 2.02 above is incorporated herein by reference. The news release also:

- sets forth statements regarding, among other things, the Company's outlook, as well as the Company's planned conference call to discuss the reported financial results, the Company's outlook, and certain other matters; and

- announces that on December 2, 2020, the Company's Board of Directors declared a quarterly cash dividend of $0.36 per share on the Company's outstanding common stock payable on or before January 19, 2021 to shareholders of record on January 5, 2021.

The information contained within this Item 7.01, including the information in Exhibit 99, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, and shall not be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended.

**ITEM 9.01**  **FINANCIAL STATEMENTS AND EXHIBITS.**

(a) Financial statements of businesses acquired.  N/A
(b) Pro forma financial information.  N/A
(c) Shell company transactions.  N/A
(d) Exhibits.  See Exhibit Index to this report.

**EXHIBIT INDEX**

| Exhibit No. | Description |
| --- | --- |
| 99 | News release issued December 3, 2020 |
| 104 | The cover page from this Current Report on Form 8-K, formatted in Inline XBRL |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date:  <u>December 3, 2020</u>　　　　　　　　　　　　　　　　　**DOLLAR GENERAL CORPORATION**

By:  /s/ Rhonda M. Taylor
　　　Rhonda M. Taylor
　　　Executive Vice President and General Counsel

2

Exhibit 99

# Dollar General Corporation Reports Third Quarter 2020 Results

### *Announces Fiscal 2021 Real Estate Growth Plans*

GOODLETTSVILLE, Tenn.--(BUSINESS WIRE)--December 3, 2020--Dollar General Corporation (NYSE: DG) today reported financial results for its fiscal year 2020 third quarter (13 weeks) ended October 30, 2020.

- Net Sales Increased 17.3%; Same-Store Sales Increased 12.2%
- Operating Profit Increased 57.3% to $773.1 million
- Diluted Earnings Per Share ("EPS") Increased 62.7% to $2.31
- Year-to-Date Cash Flows from Operations Increased 103.7% to $3.4 billion
- $990 million Returned to Shareholders through Share Repurchases and Cash Dividend
- Board of Directors Declares Fourth Quarter 2020 Cash Dividend of $0.36 per share

"I want to thank our associates for their tireless work over the past several months in helping our customers and communities impacted by the COVID-19 pandemic," said Todd Vasos, Dollar General's chief executive officer. "To further demonstrate our appreciation and support, we plan to award a total of up to $75 million in appreciation bonuses to eligible frontline employees in Q4, which includes our recent announcement to double our initial plans for second-half bonuses by approximately $50 million, bringing the Company's full-year investment in employee appreciation bonuses to approximately $173 million. Despite continued significant uncertainty in the operating environment, our team members have been unwavering in their commitment to fulfilling our mission of Serving Others. As a result, we are pleased to report strong third-quarter financial results.

"During the quarter, we also continued to make great progress advancing our key strategic initiatives, including the rollout of DG Pickup across nearly our entire store base, and the launch of our newest store format, pOpshelf. In total, we executed 765 real estate projects, further laying and building the foundation for future growth. Overall, our ongoing operating priorities, coupled with our key strategic initiatives, position us well to continue delivering value and convenience for our customers, along with long-term sustainable growth and value for our shareholders."

## Third Quarter 2020 Highlights

Net sales increased 17.3% to $8.2 billion in the third quarter of 2020 compared to $7.0 billion in the third quarter of 2019. The net sales increase included positive sales contributions from new stores and growth in same-store sales, modestly offset by the impact of store closures. Same-store sales increased 12.2% compared to the third quarter of 2019, driven by an increase in average transaction amount, partially offset by a decline in customer traffic. Same-store sales increased in each of the consumables, seasonal, home products and apparel categories, with the largest percentage increase in the home products category. The Company believes consumer behavior driven by COVID-19 had a significant positive effect on net sales and same-store sales.

Gross profit as a percentage of net sales was 31.3% in the third quarter of 2020 compared to 29.5% in the third quarter of 2019, an increase of 178 basis points. This gross profit rate increase was primarily attributable to a reduction in markdowns as a percentage of net sales, higher initial markups on inventory purchases, a greater proportion of sales coming from the non-consumables product categories, which generally have a higher gross profit rate than the consumables product category, and a reduction in inventory shrink as a percentage of net sales. These factors were partially offset by increased distribution and transportation costs, which were impacted by the COVID-19 pandemic in the form of increased volume and discretionary employee bonus expense. As a result of the significant increase in sales, the Company believes consumer behavior driven by COVID-19 also had a significant positive effect on gross profit dollars.

Selling, general and administrative expenses ("SG&A") as a percentage of net sales were 21.9% in the third quarter of 2020 compared to 22.5% in the third quarter of 2019, a decrease of 62 basis points. Although the Company incurred certain incremental costs related to COVID-19, they were more than offset by the significant increase in net sales during the quarter as discussed above. Expenses that were lower as a percentage of net sales in the current year period include occupancy costs, utilities, retail labor, depreciation and amortization, repairs and maintenance, and employee benefits. These items were partially offset by increased incentive compensation and hurricane-related expenses.

Operating profit for the third quarter of 2020 increased 57.3% to $773.1 million compared to $491.4 million in the third quarter of 2019. The third quarter of 2020 included approximately $38 million of incremental investments the Company made in response to the COVID-19 pandemic. These investments included measures taken to further protect the health and safety of employees and customers, and approximately $25 million in appreciation bonuses for eligible frontline employees.

The effective income tax rate in the third quarter of 2020 was 21.6% compared to 21.7% in the third quarter of 2019. This lower effective income tax rate was primarily due to increased tax benefits associated with share-based compensation and a larger income tax rate benefit from state taxes, partially offset by a lower income tax rate benefit from federal income tax credits due to higher pre-tax earnings in the 2020 period compared to the 2019 period.

The Company reported net income of $574.3 million for the third quarter of 2020, an increase of 57.1% compared to $365.6 million in the third quarter of 2019. Diluted EPS increased 62.7% to $2.31 for the third quarter of 2020 compared to diluted EPS of $1.42 in the third quarter of 2019.

### 39-Week Period Highlights

For the 39-week period ended October 30, 2020, net sales increased 23.0% to $25.3 billion, compared to $20.6 billion in the comparable 2019 period. This net sales increase included positive sales contributions from new stores and growth in same-store sales, modestly offset by the impact of store closures. Same-store sales increased 17.5% from the 2019 39-week period, driven by an increase in average transaction amount, partially offset by a decline in customer traffic. Same-store sales in the 2020 period included growth in the consumables, seasonal, home products and apparel categories, with the largest percentage increase in the home products category. The Company believes consumer behavior driven by COVID-19 had a significant positive effect on net sales and same-store sales.