# EXHIBIT 13

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
# FORM 10-Q

**(Mark One)**

☒     **Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the quarterly period ended October 30, 2020**

or

☐     **Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the transition period from _____ to _____**

**Commission File Number: 001-11421**

# DOLLAR GENERAL CORPORATION

(Exact name of Registrant as specified in its charter)

| **TENNESSEE** | **61-0502302** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**100 MISSION RIDGE**
**GOODLETTSVILLE, TN 37072**
(Address of principal executive offices, zip code)

Registrant's telephone number, including area code: **(615) 855-4000**

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock, par value $0.875 per share | DG | New York Stock Exchange |

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the Registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the Registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer ☒ | Accelerated filer ☐ |
|---|---|
| Non-accelerated filer ☐ | Smaller reporting company ☐ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The Registrant had 245,000,903 shares of common stock outstanding on November 27, 2020.

Case 3:23-cv-01250    Document 78-13    Filed 11/15/24    Page 2 of 14 PageID #: 1827

**TABLE OF CONTENTS**

| | | |
|---|---|---:|
| Part I | Financial Information | |
| | Item 1. Financial Statements | 2 |
| | Condensed Consolidated Balance Sheets | 2 |
| | Condensed Consolidated Statements of Income | 3 |
| | Condensed Consolidated Statements of Comprehensive Income | 4 |
| | Condensed Consolidated Statements of Shareholders' Equity | 5 |
| | Condensed Consolidated Statement of Cash Flows | 6 |
| | Notes to Condensed Consolidated Financial Statements | 7 |
| | Report of Independent Registered Public Accounting Firm | 14 |
| | Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations | 15 |
| | Item 3. Quantitative and Qualitative Disclosures About Market Risk | 26 |
| | Item 4. Controls and Procedures | 26 |
| Part II | Other Information | |
| | Item 1. Legal Proceedings | 27 |
| | Item 1A. Risk Factors | 27 |
| | Item 2. Unregistered Sales of Equity Securities and Use of Proceeds | 29 |
| | Item 6. Exhibits | 29 |
| Cautionary Disclosure Regarding Forward Looking Statements | | 30 |
| Exhibit Index | | 33 |
| Signature | | 34 |

**ITEM 1.** **FINANCIAL STATEMENTS.**

**DOLLAR GENERAL CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
*(In thousands)*

| | October 30, 2020 | January 31, 2020 |
|---|---|---|
| | (Unaudited) | (See Note 1) |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 2,199,443 | $ 240,320 |
| Merchandise inventories | 5,025,810 | 4,676,848 |
| Income taxes receivable | 111,139 | 76,537 |
| Prepaid expenses and other current assets | 197,040 | 184,163 |
| Total current assets | 7,533,432 | 5,177,868 |
| Net property and equipment | 3,701,782 | 3,278,359 |
| Operating lease assets | 9,343,375 | 8,796,183 |
| Goodwill | 4,338,589 | 4,338,589 |
| Other intangible assets, net | 1,199,900 | 1,200,006 |
| Other assets, net | 36,364 | 34,079 |
| Total assets | $ 26,153,442 | $ 22,825,084 |
| | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Current portion of operating lease liabilities | 1,044,368 | 964,805 |
| Accounts payable | 3,770,528 | 2,860,682 |
| Accrued expenses and other | 1,060,602 | 709,156 |
| Income taxes payable | 10,713 | 8,362 |
| Total current liabilities | 5,886,211 | 4,543,005 |
| Long-term obligations | 4,131,573 | 2,911,993 |
| Long-term operating lease liabilities | 8,285,027 | 7,819,683 |
| Deferred income taxes | 686,694 | 675,227 |
| Other liabilities | 178,418 | 172,676 |
| Commitments and contingencies | | |
| Shareholders' equity: | | |
| Preferred stock | - | - |
| Common stock | 214,375 | 220,444 |
| Additional paid-in capital | 3,426,729 | 3,322,531 |
| Retained earnings | 3,346,821 | 3,162,660 |
| Accumulated other comprehensive loss | (2,406) | (3,135) |
| Total shareholders' equity | 6,985,519 | 6,702,500 |
| Total liabilities and shareholders' equity | $ 26,153,442 | $ 22,825,084 |

*See notes to condensed consolidated financial statements.*

Case 3:23-cv-01250    Document 78-13    Filed 11/15/24    Page 4 of 14 PageID #: 1829

**DOLLAR GENERAL CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF INCOME**
(Unaudited)
*(In thousands, except per share amounts)*

| | For the 13 weeks ended | | For the 39 weeks ended | |
| --- | --- | --- | --- | --- |
| | October 30, 2020 | November 1, 2019 | October 30, 2020 | November 1, 2019 |
| Net sales | $ 8,199,625 | $ 6,991,393 | $ 25,332,315 | $ 20,596,331 |
| Cost of goods sold | 5,631,385 | 4,926,307 | 17,350,148 | 14,380,033 |
| Gross profit | 2,568,240 | 2,065,086 | 7,982,167 | 6,216,298 |
| Selling, general and administrative expenses | 1,795,110 | 1,573,669 | 5,299,626 | 4,634,869 |
| Operating profit | 773,130 | 491,417 | 2,682,541 | 1,581,429 |
| Interest expense | 40,298 | 24,264 | 110,117 | 75,007 |
| Income before income taxes | 732,832 | 467,153 | 2,572,424 | 1,506,422 |
| Income tax expense | 158,572 | 101,603 | 560,117 | 329,304 |
| Net income | $ 574,260 | $ 365,550 | $ 2,012,307 | $ 1,177,118 |
| Earnings per share: | | | | |
| Basic | $ 2.32 | $ 1.43 | $ 8.06 | $ 4.57 |
| Diluted | $ 2.31 | $ 1.42 | $ 8.00 | $ 4.54 |
| Weighted average shares outstanding: | | | | |
| Basic | 247,131 | 256,041 | 249,731 | 257,618 |
| Diluted | 249,063 | 257,699 | 251,627 | 259,022 |
| | | | | |
| Dividends per share | $ 0.36 | $ 0.32 | $ 1.08 | $ 0.96 |

*See notes to condensed consolidated financial statements.*

3

Case 3:23-cv-01250   Document 78-13   Filed 11/15/24   Page 5 of 14 PageID #: 1830

**DOLLAR GENERAL CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
(Unaudited)
*(In thousands)*

| | For the 39 weeks ended | |
| --- | --- | --- |
| | October 30, 2020 | November 1, 2019 |
| *Cash flows from operating activities:* | | |
| Net income | $ 2,012,307 | $ 1,177,118 |
| Adjustments to reconcile net income to net cash from operating activities: | | |
| Depreciation and amortization | 424,466 | 372,378 |
| Deferred income taxes | 11,207 | 14,308 |
| Noncash share-based compensation | 51,366 | 35,605 |
| Other noncash (gains) and losses | 9,266 | 10,531 |
| Change in operating assets and liabilities: | | |
| Merchandise inventories | (352,261) | (401,006) |
| Prepaid expenses and other current assets | (13,525) | (24,345) |
| Accounts payable | 919,806 | 425,414 |
| Accrued expenses and other liabilities | 357,320 | 108,906 |
| Income taxes | (32,251) | (52,076) |
| Other | (4,161) | (5,723) |
| Net cash provided by (used in) operating activities | 3,383,540 | 1,661,110 |
| | | |
| *Cash flows from investing activities:* | | |
| Purchases of property and equipment | (697,598) | (518,051) |
| Proceeds from sales of property and equipment | 1,587 | 1,910 |
| Net cash provided by (used in) investing activities | (696,011) | (516,141) |
| | | |
| *Cash flows from financing activities:* | | |
| Issuance of long-term obligations | 1,494,315 | - |
| Repayments of long-term obligations | (2,564) | (525) |
| Net increase (decrease) in commercial paper outstanding | (425,200) | (90,800) |
| Borrowings under revolving credit facilities | 300,000 | - |
| Repayments of borrowings under revolving credit facilities | (300,000) | - |
| Costs associated with issuance of debt | (13,574) | (1,675) |
| Repurchases of common stock | (1,566,546) | (785,301) |
| Payments of cash dividends | (268,630) | (246,776) |
| Other equity and related transactions | 53,793 | 20,697 |
| Net cash provided by (used in) financing activities | (728,406) | (1,104,380) |
| Net increase (decrease) in cash and cash equivalents | 1,959,123 | 40,589 |
| Cash and cash equivalents, beginning of period | 240,320 | 235,487 |
| Cash and cash equivalents, end of period | $ 2,199,443 | $ 276,076 |
| | | |
| *Supplemental noncash investing and financing activities:* | | |
| Right of use assets obtained in exchange for new operating lease liabilities | $ 1,319,711 | $ 1,311,734 |
| Purchases of property and equipment awaiting processing for payment, included in Accounts payable | $ 100,288 | $ 96,950 |

*See notes to condensed consolidated financial statements.*

**DOLLAR GENERAL CORPORATION AND SUBSIDIARIES**
**Notes to Condensed Consolidated Financial Statements**
**(Unaudited)**

1.      **Basis of presentation**

The accompanying unaudited condensed consolidated financial statements of Dollar General Corporation and its subsidiaries (the "Company") have been prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") for interim financial information and are presented in accordance with the requirements of Form 10-Q and Rule 10-01 of Regulation S-X. Such financial statements consequently do not include all of the disclosures normally required by U.S. GAAP for annual financial statements or those normally made in the Company's Annual Report on Form 10-K, including the condensed consolidated balance sheet as of January 31, 2020 which was derived from the audited consolidated financial statements at that date. Accordingly, readers of this Quarterly Report on Form 10-Q should refer to the Company's Annual Report on Form 10-K for the fiscal year ended January 31, 2020 for additional information.

The Company's fiscal year ends on the Friday closest to January 31. Unless the context requires otherwise, references to years contained herein pertain to the Company's fiscal year. The Company's 2020 fiscal year is scheduled to be a 52-week accounting period ending on January 29, 2021, and the 2019 fiscal year was a 52-week accounting period that ended on January 31, 2020.

The accompanying unaudited condensed consolidated financial statements have been prepared in accordance with the Company's customary accounting practices. In management's opinion, all adjustments (which are of a normal recurring nature) necessary for a fair presentation of the consolidated financial position as of October 30, 2020 and results of operations for the 13-week and 39-week accounting periods ended October 30, 2020 and November 1, 2019 have been made.

The preparation of financial statements and related disclosures in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the condensed consolidated financial statements and the reported amounts of revenues and expenses during the reporting periods. Actual results could differ from those estimates. Because the Company's business is moderately seasonal, the results for interim periods are not necessarily indicative of the results to be expected for the entire year. In addition, the effect of the COVID-19 pandemic on consumer behavior in the quarterly and year to date periods ended May 1, 2020, July 31, 2020, and October 30, 2020 resulted in a departure from seasonal norms experienced in recent years and may continue to disrupt the historical quarterly cadence of the Company's results of operations for an unknown period of time.

The Company uses the last-in, first-out ("LIFO") method of valuing inventory. An actual valuation of inventory under the LIFO method is made at the end of each year based on the inventory levels and costs at that time. Accordingly, interim LIFO calculations are based on management's estimates of expected year-end inventory levels, sales for the year and the expected rate of inflation or deflation for the year. The interim LIFO calculations are subject to adjustment in the final year-end LIFO inventory valuation. The Company recorded a LIFO provision of $1.6 million and $3.2 million in the respective 13-week periods, and $3.3 million and $9.7 million in the respective 39-week periods, ended October 30, 2020 and November 1, 2019. In addition, ongoing estimates of inventory shrinkage and initial markups and markdowns are included in the interim cost of goods sold calculation.

The Company adopted new accounting guidance related to leases as of February 2, 2019. The cumulative effect of applying the standard resulted in an adjustment to retained earnings of $28.8 million at February 2, 2019, primarily for the elimination of deferred gain on a 2013 sale-leaseback transaction. Because the standard was adopted under the modified retrospective approach, it did not impact the Company's historical consolidated net income or cash flows.

In August 2018, the Financial Accounting Standards Board ("FASB") issued guidance related to the accounting for implementation costs incurred in a cloud computing arrangement that is a service contract. These amendments align the requirements for capitalizing implementation costs incurred in a hosting arrangement that is a service contract with the requirements for capitalizing implementation costs incurred to develop or obtain internal-use software, as well as hosting arrangements that include an internal use software license. This guidance is effective for public business entities for fiscal years, and interim periods within those years, beginning after December 15, 2019, and early adoption is

7

permitted. The Company adopted this guidance on a prospective basis and such adoption had an immaterial effect on the Company's consolidated financial position and results of operations.

In August 2018, the FASB also issued guidance related to the disclosure requirements for fair value measurement. This guidance added, modified, and removed certain disclosure requirements related to assets and liabilities recorded at fair value. The majority of this guidance pertains to assets and liabilities classified in Level 3 of the fair value hierarchy, and the Company has no such assets or liabilities. This guidance is effective for public business entities for fiscal years, and interim periods within those years, beginning after December 15, 2019, and early adoption is permitted. The adoption of this guidance did not affect the Company's consolidated results of operations, financial position or cash flows.

In January 2017, the FASB issued amendments to existing guidance related to the subsequent measurement of goodwill. Subsequent to adoption, the Company will perform its annual, or interim, goodwill impairment test by comparing the fair value of a reporting unit with its carrying amount and recognize an impairment charge for the amount by which the carrying amount exceeds the reporting unit's fair value. This guidance is effective for public business entities for fiscal years, and interim periods within those years, beginning after December 15, 2019, and early adoption is permitted for interim or annual goodwill impairment tests performed on testing dates after January 1, 2017. The amendments are being applied on a prospective basis. The adoption of this guidance did not affect the Company's consolidated results of operations, financial position or cash flows.

In June 2016, the FASB issued guidance related to measurement requirements for credit losses on financial instruments. These amendments require a financial asset or a group of financial assets measured at amortized cost basis to be presented at the net amount expected to be collected. The guidance requires measurement of expected credit losses based on relevant information about past events, including historical experience, current conditions, and reasonable and supportable forecasts. This guidance is effective for public business entities for fiscal years, and interim periods within those years, beginning after December 15, 2019, and early adoption is permitted. The adoption of this guidance did not affect the Company's consolidated results of operations, financial position or cash flows.

**2.      Earnings per share**

Earnings per share is computed as follows (in thousands, except per share data):

| | 13 Weeks Ended October 30, 2020 | | | 13 Weeks Ended November 1, 2019 | | |
|---|---|---|---|---|---|---|
| | Net Income | Weighted Average Shares | Per Share Amount | Net Income | Weighted Average Shares | Per Share Amount |
| Basic earnings per share | $ 574,260 | 247,131 | $ 2.32 | $ 365,550 | 256,041 | $ 1.43 |
| Effect of dilutive share-based awards | | 1,932 | | | 1,658 | |
| Diluted earnings per share | $ 574,260 | 249,063 | $ 2.31 | $ 365,550 | 257,699 | $ 1.42 |

| | 39 Weeks Ended October 30, 2020 | | | 39 Weeks Ended November 1, 2019 | | |
|---|---|---|---|---|---|---|
| | Net Income | Weighted Average Shares | Per Share Amount | Net Income | Weighted Average Shares | Per Share Amount |
| Basic earnings per share | $ 2,012,307 | 249,731 | $ 8.06 | $ 1,177,118 | 257,618 | $ 4.57 |
| Effect of dilutive share-based awards | | 1,896 | | | 1,404 | |
| Diluted earnings per share | $ 2,012,307 | 251,627 | $ 8.00 | $ 1,177,118 | 259,022 | $ 4.54 |

Basic earnings per share is computed by dividing net income by the weighted average number of shares of common stock outstanding during the period. Diluted earnings per share is determined based on the dilutive effect of share-based awards using the treasury stock method.

Share-based awards that were outstanding at the end of the respective periods but were not included in the computation of diluted earnings per share because the effect of exercising such awards would be antidilutive, were less than 0.1 million and 0.1 million in the respective 13-week periods, and 0.2 million and 0.4 million in the respective 39-week periods, ended October 30, 2020 and November 1, 2019.

Highlights of our 2020 third quarter results of operations compared to the 2019 third quarter and our financial condition at October 30, 2020 are set forth below. Basis points amounts referred to below are equal to 0.01% as a percentage of net sales.

- Net sales increased 17.3% to $8.20 billion. Sales in same-stores increased 12.2% primarily reflecting a substantial increase in items per transaction. Average sales per square foot for all stores over the 52-week period ended October 30, 2020 was $266.

- Gross profit, as a percentage of net sales, was 31.3% in the 2020 period and 29.5% in the 2019 period, an increase of 178 basis points, primarily reflecting favorable markdowns, higher initial inventory markups, and an increase in sales of products in our non-consumable categories.

- SG&A expense, as a percentage of net sales, was 21.9% in the 2020 period compared to 22.5% in the 2019 period, a decrease of 62 basis points, due in part to lower store occupancy, utilities, and retail labor costs as a percentage of net sales.

- Operating profit increased 57.3% to $773.1 million in the 2020 period compared to $491.4 million in the 2019 period.

- Interest expense increased by $16.0 million in the 2020 period primarily due to higher average outstanding debt balances in connection with the issuance of debt in the first quarter of 2020.

- The effective income tax rate for the 2020 period was 21.6% compared to a rate of 21.7% for the 2019 period primarily due to income tax benefits associated with share-based compensation.

- Net income was $574.3 million, or $2.31 per diluted share, in the 2020 period compared to net income of $365.6 million, or $1.42 per diluted share, in the 2019 period.

Highlights of the year-to-date period of 2020 include:

- Cash generated from operating activities was $3.38 billion for the 2020 period, an increase of $1.72 billion, or 103.7%, over the comparable 2019 period.

- Total cash dividends of $268.6 million, or $1.08 per share, were paid during the 2020 period, compared to $246.8 million, or $0.96 per share, in the comparable 2019 period.

- Inventory turnover was 4.9 times on a rolling four-quarter basis. On a per store basis, inventories at October 30, 2020 increased by 5.9% compared to the balances at November 1, 2019.

The above discussion is a summary only. Readers should refer to the detailed discussion of our results of operations below in the current year periods as compared with the prior year periods as well as our financial condition at October 30, 2020.

**Results of Operations**

*Accounting Periods.* We utilize a 52-53 week fiscal year convention that ends on the Friday nearest to January 31. The following text contains references to years 2020 and 2019, which represent the 52-week fiscal years ending or ended January 29, 2021 and January 31, 2020, respectively. References to the third quarter accounting periods for 2020 and 2019 contained herein refer to the 13-week accounting periods ended October 30, 2020 and November 1, 2019, respectively.

*Seasonality.* The nature of our business is somewhat seasonal. Primarily because of sales of Christmas-related merchandise, operating profit in our fourth quarter (November, December and January) has historically been higher than operating profit in each of the first three quarters of the fiscal year. Expenses, and to a greater extent operating profit, vary by quarter. Results of a period shorter than a full year may not be indicative of results expected for the entire year. Furthermore, the seasonal nature of our business may affect comparisons between periods. Consumer behavior driven by

the COVID-19 pandemic has resulted in a departure from seasonal norms we have experienced in recent years and may continue to disrupt the historical quarterly cadence of our results of operations for an unknown period of time.

The following table contains results of operations data for the third 13-week periods and the 39-week periods of 2020 and 2019, and the dollar and percentage variances among those periods:

| (amounts in millions, except per share amounts) | 13 Weeks Ended | | | | 2020 vs. 2019 | | 39 Weeks Ended | | | | 2020 vs. 2019 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | October 30, 2020 | | November 1, 2019 | | Amount Change | % Change | October 30, 2020 | | November 1, 2019 | | Amount Change | % Change |
| Net sales by category: | | | | | | | | | | | | |
| Consumables | $ | 6,385.3 | $ | 5,523.2 | $ 862.2 | 15.6 % | $ | 19,585.1 | $ | 16,164.3 | $ 3,420.8 | 21.2 % |
| *% of net sales* | | *77.87 %* | | *79.00 %* | | | | *77.31 %* | | *78.48 %* | | |
| Seasonal | | 906.6 | | 750.8 | 155.8 | 20.7 | | 2,986.1 | | 2,341.9 | 644.2 | 27.5 |
| *% of net sales* | | *11.06 %* | | *10.74 %* | | | | *11.79 %* | | *11.37 %* | | |
| Home products | | 517.1 | | 400.9 | 116.2 | 29.0 | | 1,601.5 | | 1,151.7 | 449.7 | 39.0 |
| *% of net sales* | | *6.31 %* | | *5.73 %* | | | | *6.32 %* | | *5.59 %* | | |
| Apparel | | 390.5 | | 316.5 | 74.1 | 23.4 | | 1,159.6 | | 938.4 | 221.2 | 23.6 |
| *% of net sales* | | *4.76 %* | | *4.53 %* | | | | *4.58 %* | | *4.56 %* | | |
| Net sales | $ | 8,199.6 | $ | 6,991.4 | $ 1,208.2 | 17.3 % | $ | 25,332.3 | $ | 20,596.3 | $ 4,736.0 | 23.0 % |
| Cost of goods sold | | 5,631.4 | | 4,926.3 | 705.1 | 14.3 | | 17,350.1 | | 14,380.0 | 2,970.1 | 20.7 |
| *% of net sales* | | *68.68 %* | | *70.46 %* | | | | *68.49 %* | | *69.82 %* | | |
| Gross profit | | 2,568.2 | | 2,065.1 | 503.2 | 24.4 | | 7,982.2 | | 6,216.3 | 1,765.9 | 28.4 |
| *% of net sales* | | *31.32 %* | | *29.54 %* | | | | *31.51 %* | | *30.18 %* | | |
| Selling, general and administrative expenses | | 1,795.1 | | 1,573.7 | 221.4 | 14.1 | | 5,299.6 | | 4,634.9 | 664.8 | 14.3 |
| *% of net sales* | | *21.89 %* | | *22.51 %* | | | | *20.92 %* | | *22.50 %* | | |
| Operating profit | | 773.1 | | 491.4 | 281.7 | 57.3 | | 2,682.5 | | 1,581.4 | 1,101.1 | 69.6 |
| *% of net sales* | | *9.43 %* | | *7.03 %* | | | | *10.59 %* | | *7.68 %* | | |
| Interest expense | | 40.3 | | 24.3 | 16.0 | 66.1 | | 110.1 | | 75.0 | 35.1 | 46.8 |
| *% of net sales* | | *0.49 %* | | *0.35 %* | | | | *0.43 %* | | *0.36 %* | | |
| Income before income taxes | | 732.8 | | 467.2 | 265.7 | 56.9 | | 2,572.4 | | 1,506.4 | 1,066.0 | 70.8 |
| *% of net sales* | | *8.94 %* | | *6.68 %* | | | | *10.15 %* | | *7.31 %* | | |
| Income tax expense | | 158.6 | | 101.6 | 57.0 | 56.1 | | 560.1 | | 329.3 | 230.8 | 70.1 |
| *% of net sales* | | *1.93 %* | | *1.45 %* | | | | *2.21 %* | | *1.60 %* | | |
| Net income | $ | 574.3 | $ | 365.6 | $ 208.7 | 57.1 % | $ | 2,012.3 | $ | 1,177.1 | $ 835.2 | 71.0 % |
| *% of net sales* | | *7.00 %* | | *5.23 %* | | | | *7.94 %* | | *5.72 %* | | |
| Diluted earnings per share | $ | 2.31 | $ | 1.42 | $ 0.89 | 62.7 % | $ | 8.00 | $ | 4.54 | $ 3.46 | 76.2 % |

**13 WEEKS ENDED OCTOBER 30, 2020 AND NOVEMBER 1, 2019**

*Net Sales*. The net sales increase in the 2020 period reflects a same-store sales increase of 12.2% compared to the 2019 period. We believe the effect of the COVID-19 pandemic on consumer behavior had a positive effect on net sales and same-store sales. For the 2020 period, there were 15,798 same-stores which accounted for sales of $7.8 billion. The increase in same-store sales reflects an increase in average transaction amount driven by a significant increase in items per transaction and, to a lesser degree, higher average item retail prices, which were offset in part by a decline in customer traffic. Same-store sales increased in each of the consumables, seasonal, home products and apparel categories, with the largest percentage increase in the home products category. The net sales increase was also positively affected by sales from new stores, modestly offset by sales from closed stores.

*Gross Profit.* For the 2020 period, gross profit increased by 24.4%, and as a percentage of net sales increased by 178 basis points to 31.3%, compared to the 2019 period. A reduction in markdowns as a percentage of net sales and higher initial markups on inventory purchases contributed to the increase in the gross profit rate. In recent years a greater proportion of sales have come from our consumables category, which generally has a lower gross profit rate than our other product categories, creating downward pressure on our overall gross profit rate. This sales trend was reversed in the second and third quarters of 2020 as non-consumables sales increased at a higher rate than consumables sales, which added to the increase in the gross profit rate. It is uncertain at this time whether the reversal of this trend will continue. A reduction in inventory shrink as a percentage of net sales also contributed to the increase in the gross profit rate. These factors were partially offset by increased distribution and transportation costs which were impacted by the COVID-19 pandemic in the form of increased volume and discretionary employee bonus expense. As noted above, we believe the

20

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized, both on behalf of the Registrant and in his capacity as principal financial officer of the Registrant.

DOLLAR GENERAL CORPORATION

Date: December 3, 2020

By: /s/ John W. Garratt

John W. Garratt
Executive Vice President & Chief Financial Officer

34

**Exhibit 31**

**CERTIFICATIONS**

I, Todd J. Vasos, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Dollar General Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: December 3, 2020

/s/ Todd J. Vasos
Todd J. Vasos
Chief Executive Officer

I, John W. Garratt, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Dollar General Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: December 3, 2020                                    /s/ John W. Garratt
                                                         John W. Garratt
                                                         Chief Financial Officer

**Exhibit 32**

**CERTIFICATIONS**
**Pursuant to 18 U.S.C. Section 1350**

Each of the undersigned hereby certifies that to his knowledge the Quarterly Report on Form 10-Q for the fiscal quarter ended October 30, 2020 of Dollar General Corporation (the "Company") filed with the Securities and Exchange Commission on the date hereof fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934 and that the information contained in such report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ Todd J. Vasos

Name:  Todd J. Vasos
Title:    Chief Executive Officer
Date:   December 3, 2020

/s/ John W. Garratt

Name:  John W. Garratt
Title:    Chief Financial Officer
Date:   December 3, 2020