# EXHIBIT 14

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): <u>March 18, 2021</u>

# DOLLAR GENERAL CORPORATION

(Exact name of registrant as specified in its charter)

| Tennessee | 001-11421 | 61-0502302 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| 100 MISSION RIDGE GOODLETTSVILLE, TN | | 37072 |
|---|---|---|
| (Address of principal executive offices) | | (Zip Code) |

Registrant's telephone number, including area code: <u>(615) 855-4000</u>

(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.875 per share | DG | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Case 3:23-cv-01250    Document 78-14    Filed 11/15/24    Page 2 of 8 PageID #: 1841

**ITEM 2.02   RESULTS OF OPERATIONS AND FINANCIAL CONDITION.**

On March 18, 2021, Dollar General Corporation (the "Company") issued a news release regarding results of operations and financial condition for the fiscal 2020 fourth quarter (13 weeks) and full year (52 weeks) ended January 29, 2021. The news release is furnished as Exhibit 99 hereto.

The information contained within this Item 2.02, including the information in Exhibit 99, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, and shall not be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended.

**ITEM 7.01   REGULATION FD DISCLOSURE.**

The information set forth in Item 2.02 above is incorporated herein by reference. The news release also:

- sets forth statements regarding, among other things, the Company's outlook, as well as the Company's planned conference call to discuss the reported financial results, the Company's outlook, and certain other matters;

- announces that on March 16, 2021, the Company's Board of Directors declared a quarterly cash dividend of $0.42 per share on the Company's outstanding common stock payable on or before April 20, 2021 to shareholders of record on April 6, 2021; and

- announces that on March 17, 2021, the Company's Board of Directors increased the authorization under the share repurchase program by $2.0 billion.

The information contained within this Item 7.01, including the information in Exhibit 99, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, and shall not be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended.

**ITEM 9.01   FINANCIAL STATEMENTS AND EXHIBITS.**

(a) Financial statements of businesses acquired.  N/A
(b) Pro forma financial information.  N/A
(c) Shell company transactions.  N/A
(d) Exhibits.  See Exhibit Index to this report.

**EXHIBIT INDEX**

| Exhibit No. | Description |
| --- | --- |
| 99 | News release issued March 18, 2021 |
| 104 | The cover page from this Current Report on Form 8-K, formatted in Inline XBRL |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date:  March 18, 2021                                                DOLLAR GENERAL CORPORATION


By:  /s/ Rhonda M. Taylor
       Rhonda M. Taylor
       Executive Vice President and General Counsel

2

**Exhibit 99**

# Dollar General Corporation Reports Fourth Quarter 2020 Results

*Provides Financial Guidance for Fiscal Year 2021*

GOODLETTSVILLE, Tenn.--(BUSINESS WIRE)--March 18, 2021--Dollar General Corporation (NYSE: DG) today reported financial results for its fiscal year 2020 fourth quarter (13 weeks) and fiscal year (52 weeks) ended January 29, 2021.

- Fourth Quarter Net Sales Increased 17.6%; Fiscal Year Net Sales Increased 21.6%
- Fourth Quarter Same-Store Sales Increased 12.7%; Fiscal Year Same-Store Sales Increased 16.3%
- Fourth Quarter Operating Profit Increased 21.0% to $872.2 Million; Fiscal Year Operating Profit Increased 54.4% to $3.6 Billion
- Fourth Quarter Diluted Earnings Per Share ("EPS") Increased 24.8% to $2.62; Fiscal Year Diluted EPS Increased 59.9% to $10.62
- Annual Cash Flows From Operations Increased 73.2% to $3.9 Billion
- Board of Directors Increases Share Repurchase Program Authorization; Declares Quarterly Cash Dividend of $0.42 per share, an Increase of 16.7% Compared to Prior Quarter

"We are pleased with our strong finish to fiscal 2020, and I thank all of our associates for their extraordinary efforts over the past year to support our customers, our communities and each other," said Todd Vasos, Dollar General's chief executive officer. "Despite a challenging operating environment, our team members have remained steadfast in their dedication to fulfilling our mission of Serving Others, resulting in exceptional fourth-quarter and full-year financial results."

"Our full-year results were highlighted by significant growth on both the top and bottom lines, including a net sales increase of 28.1% in our non-consumables business. In addition, we completed 2,780 real estate projects, including the opening of our 17,000th store and launch of our new pOpshelf concept, while delivering our 31st consecutive year of same-store sales growth. We continue to operate from a position of strength, and are excited about our plans for 2021 to continue delivering value and convenience for our customers, along with long-term sustainable growth and value for our shareholders."

**Fourth Quarter 2020 Highlights**

Net sales increased 17.6% to $8.4 billion in the fourth quarter of 2020 compared to $7.2 billion in the fourth quarter of 2019. The net sales increase included positive sales contributions from new stores and growth in same-store sales, modestly offset by the impact of store closures. Same-store sales increased 12.7% compared to the fourth quarter of 2019, driven by an increase in average transaction amount, partially offset by a decline in customer traffic. Same-store sales increased in each of the consumables, seasonal, home products and apparel categories, with the largest percentage increase in the home products category. The Company believes consumer behavior driven by COVID-19 had a significant positive effect on net sales and same-store sales.

Gross profit as a percentage of net sales was 32.5% in the fourth quarter of 2020 compared to 31.8% in the fourth quarter of 2019, an increase of 77 basis points. This gross profit rate increase was primarily attributable to a reduction in markdowns as a percentage of net sales; higher initial markups on inventory purchases; a greater proportion of sales coming from the non-consumables product categories, which generally have a higher gross profit rate than the consumables product category; and a reduction in inventory shrink as a percentage of net sales. These factors were partially offset by increased transportation and distribution costs, which were impacted by increased volume, some of which is attributable to the COVID-19 pandemic; higher transportation rates; and discretionary employee bonus expense. As a result of the significant increase in sales, the Company believes consumer behavior driven by COVID-19 also had a significant positive effect on gross profit dollars.

Selling, general and administrative expenses ("SG&A") as a percentage of net sales were 22.2% in the fourth quarter of 2020 compared to 21.7% in the fourth quarter of 2019, an increase of 48 basis points. The increase was primarily driven by incremental costs related to COVID-19, including appreciation bonuses paid to frontline employees and other health and safety related expenses. Incentive compensation and hurricane-related expenses also contributed to the fourth quarter increase. These items were partially offset by certain expenses that were lower as a percentage of sales this quarter, including occupancy costs, retail labor, and depreciation and amortization.

Operating profit for the fourth quarter of 2020 increased 21.0% to $872.2 million compared to $720.9 million in the fourth quarter of 2019. The fourth quarter of 2020 included approximately $96 million of incremental investments the Company made in response to the COVID-19 pandemic. These investments included approximately $69 million in appreciation bonuses for eligible frontline employees, and measures taken to further protect the health and safety of employees and customers.

The effective income tax rate in the fourth quarter of 2020 was 22.7% compared to 23.0% in the fourth quarter of 2019. This lower effective income tax rate was primarily due to increased tax benefits associated with federal income tax credits compared to the 2019 period.

The Company reported net income of $642.7 million for the fourth quarter of 2020, an increase of 20.0% compared to $535.4 million in the fourth quarter of 2019. Diluted EPS increased 24.8% to $2.62 for the fourth quarter of 2020 compared to diluted EPS of $2.10 in the fourth quarter of 2019.

**Fiscal Year 2020 Highlights**

Fiscal year 2020 net sales increased 21.6% to $33.7 billion compared to $27.8 billion in fiscal year 2019. This net sales increase included positive sales contributions from new stores and growth in same-store sales, modestly offset by the impact of store closures. Same-store sales increased 16.3% compared to fiscal year 2019, driven by an increase in average transaction amount, partially offset by a decline in customer traffic. Same-store sales in the 2020 period included growth in the consumables, seasonal, home products and apparel categories, with the largest percentage increase in the home products category. The Company believes consumer behavior driven by COVID-19 had a significant positive effect on net sales and same-store sales.

Gross profit as a percentage of net sales was 31.8% in fiscal year 2020, compared to 30.6% in fiscal year 2019, an increase of 117 basis points. The gross profit rate increase in the 2020 period was primarily attributable to a reduction in markdowns as a percentage of net sales; higher initial markups on inventory purchases; a greater proportion of sales coming from the non-consumables product categories, which generally have a higher gross profit rate than the consumables product category; and a reduction in inventory shrink as a percentage of net sales. These factors were partially offset by increased distribution and transportation costs, which were impacted by increased volume, some of which is attributable to the COVID-19 pandemic, and discretionary employee bonus expense. As a result of the significant increase in sales, the Company believes consumer behavior driven by COVID-19 also had a significant positive effect on gross profit dollars.

**Share Repurchases**

In fiscal year 2020, the Company repurchased $2.5 billion of its common stock, or 12.3 million shares, at an average price of $200.57 per share, under its share repurchase program. The total remaining authorization for future repurchases was $679 million at the end of fiscal year 2020. On March 17, 2021, the Company's Board of Directors increased the authorization under the share repurchase program by $2.0 billion. Under the authorization, repurchases may be made from time to time in open market transactions, including pursuant to trading plans adopted in accordance with Rule 10b5-1 of the Securities Exchange Act of 1934, as amended, or in privately negotiated transactions. The timing, manner and number of shares repurchased will depend on a variety of factors, including price, market conditions, compliance with the covenants and restrictions under the Company's debt agreements and other factors. The authorization has no expiration date.

**Dividend**

On March 16, 2021, the Company's Board of Directors declared a quarterly cash dividend of $0.42 per share on the Company's common stock, payable on or before April 20, 2021 to shareholders of record on April 6, 2021. While the Board of Directors intends to continue regular cash dividends, the declaration and amount of future dividends are subject to the sole discretion of the Board and will depend upon, among other things, the Company's results of operations, cash requirements, financial condition, contractual restrictions, and other factors the Board may deem relevant in its sole discretion.

**Fiscal Year 2021 Financial Guidance and Store Growth Outlook**

As noted above, the Company realized a significant sales benefit in the 2020 fiscal year as a result of COVID-19. Significant uncertainty continues to exist regarding the severity and duration of the COVID-19 pandemic, including its impact on the U.S. economy, consumer behavior and the Company's business.

Given this uncertainty, it is difficult to predict specific outcomes. In addition, these outcomes could be impacted by several variables, which include, but are not limited to, economic stimulus payments, economic recovery, employment levels, COVID-19 vaccine status, and the ongoing impact of the COVID-19 pandemic.

For the fiscal year ending January 28, 2022 ("fiscal year 2021"), the Company currently expects:

- Net sales in the range of a 2% decline to flat
- Same-store sales decline of 4% to 6%, which reflects growth of approximately 10% to 12% on a two-year stack basis[2]
- Diluted EPS in the range of $8.80 to $9.50, which reflects a compound annual growth rate between 15% and 20% (or between 14% and 19% on an adjusted basis) over a two-year period[3]
  - This Diluted EPS guidance assumes an effective tax rate in the range of 22% to 23%
- Share repurchases of approximately $1.8 billion
- Capital expenditures, including those related to investments in the Company's strategic initiatives, in the range of $1.05 billion to $1.15 billion

The diluted EPS guidance outlined above includes the anticipated impact of ongoing expenses related to COVID-19 health and safety measures and continued investment in the Company's strategic initiatives.

The Company is also reiterating its plans to execute 2,900 real estate projects in fiscal year 2021, including 1,050 new store openings, 1,750 store remodels, and 100 store relocations.

"We believe the fundamentals of the business are strong, and we are confident in the team's ability to execute on our robust plans for 2021," said John Garratt, Dollar General's chief financial officer. "While we remain cautious in our 2021 sales outlook given the significant uncertainty that still exists, our guidance reflects low-double-digit same-store sales growth on a two-year stack basis[2], which we believe speaks to the underlying strength of the business. In addition, our diluted EPS guidance reflects a compound annual growth rate over a two-year period[3] that is well above our long-term goal of delivering at least 10% annual EPS growth on an adjusted basis."

"We are executing well against our operating priorities and strategic initiatives, which we believe positions us well to drive long-term sustainable growth. As always, we continue to be disciplined in how we manage expenses and capital with the goal of delivering consistent, strong financial performance, while strategically investing for the long term."

Given the wide range of potential outcomes and ongoing uncertainty around specific financial results, the Company is also providing an update on same-store sales performance in fiscal year 2021. From January 30, 2021 through February 26, 2021 (the Company's first accounting period of fiscal year 2021), same-store sales increased approximately 5.7% as compared to the first accounting period of fiscal year 2020, despite approximately 8,400 lost store operating days as a result of closures due to winter weather across the country. In addition, from February 27, 2021 through March 16, 2021, same-store sales decreased approximately 16% as compared to the comparable timeframe in the 2020 fiscal year.

[2] Same-store sales on a two-year stack basis represents the sum of actual 2020 same-store sales and the corresponding low and high ends of the 2021 guidance range.
[3] Two-year compound annual growth rates utilize 2019 diluted EPS and 2019 Adjusted diluted EPS as the base.

**Conference Call Information**
The Company will hold a conference call on March 18, 2021 at 9:00 a.m. CT/10:00 a.m. ET, hosted by Todd Vasos, chief executive officer, Jeff Owen, chief operating officer, and John Garratt, chief financial officer. To participate via telephone, please call (877) 407-0890 at least 10 minutes before the conference call is scheduled to begin. The conference ID is 13715128. There will also be a live webcast of the call available at https://investor.dollargeneral.com under "News & Events, Events & Presentations." A replay of the conference call will be available through April 15, 2021, and will be accessible via webcast replay or by calling (877) 660-6853. The conference ID for the telephonic replay is 13715128.

**Non-GAAP Disclosure**
Adjusted SG&A, Adjusted operating profit, Adjusted net income and Adjusted diluted EPS, and their respective growth metrics, for the fiscal year ended January 31, 2020 have not been derived in accordance with U.S. GAAP, but rather exclude the impact of the Significant Legal Expenses, which are associated with wage and hour and consumer/product certified class action litigation and related matters. Due to the nature, infrequency, and financial magnitude of such matters, the Company believes these non-GAAP financial measures provide useful information to investors in assessing the Company's operating performance as these measures provide an additional relevant comparison of the Company's operating performance across periods. Reconciliations of these non-GAAP measures to the most directly comparable measures calculated in accordance with GAAP are provided in the accompanying schedules.

The non-GAAP measures discussed above are not measures of financial performance or condition, liquidity or profitability in accordance with GAAP, and should not be considered as alternatives to SG&A, operating profit, net income, diluted EPS or any other measure derived in accordance with GAAP. These non-GAAP measures have limitations as analytical tools and should not be considered in isolation or as substitutes for analysis of the Company's financial results as reported in accordance with GAAP. Because not all companies use identical calculations, these presentations may not be comparable to other similarly titled measures of other companies.