# EXHIBIT 17

S&P Global
Market Intelligence

# Dollar General Corporation NYSE:DG
# Shareholder/Analyst Call
## Wednesday, May 26, 2021 3:00 PM GMT

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

Case 3:23-cv-01250   Document 78-17    Filed 11/15/24    Page 2 of 13 PageID #: 1909

# Table of Contents

Call Participants ..................................................................... 3

Presentation ......................................................................... 4

Question and Answer ............................................................. 10

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**2**

Case 3:23-cv-01250   Document 78-17   Filed 11/15/24   Page 3 of 13 PageID #: 1910

# Call Participants

**EXECUTIVES**

**Christine L. Connolly**
*Chief Compliance Officer &*
*Corporate Secretary*

**Todd J. Vasos**
*CEO & Director*

**SHAREHOLDERS**

**Kam Franklin**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

# Presentation

**Operator**

Good morning, and welcome to the Dollar General Corporation 2021 Annual Meeting of Stockholders. I would now like to turn the conference over to Todd Vasos. Please go ahead, sir.

**Todd J. Vasos**
*CEO & Director*

Thank you, and good morning, and welcome to the Dollar General Corporation 2021 Annual Meeting of Shareholders. I'm Todd Vasos, CEO of Dollar General, and I'll serve as the chairman of this meeting, which I now call to order.

In light of the continuing public health impact of COVID-19, we once again are holding our annual meeting in a virtual format. If you experience any technical difficulties with the annual meeting website during this meeting, please call the toll-free technical support number at (844) 986-0822 in the U.S. or (303) 562-9302 internationally.

Now let's turn to introductions. All of my fellow Board members are participating in today's meeting, including Mike Calbert, our Chairman of the Board; Warren Bryant; Pat Fili-Krushel, Tim McGuire, Bill Rhodes, Debra Sandler, and Ralph Santana. Our executive officers are also participating, including Jeff Owen, our Chief Operating Officer; John Garratt, Executive Vice President and Chief Financial Officer; Kathy Reardon, Executive Vice President and Chief People Officer; Steve Sunderland, Executive Vice President of Operations; Emily Taylor, Executive Vice President and Chief Merchandising Officer; Rhonda Taylor, our Executive Vice President and General Counsel; Carman Wenkoff, Executive Vice President and Chief Information Officer; Tony Zuazo, Executive Vice President of Global Supply Chain; and Anita Elliott, Senior Vice President and Chief Accounting Officer.

I'd like to thank our Board of Directors and our executive officers for their dedication, teamwork and leadership at Dollar General.

Finally, Josh Trustly is participating today on behalf of Ernst & Young LLP, our independent registered public accounting firm.

I'll now turn the meeting over to Christine Connolly, our Corporate Secretary, to review the meeting announcements.

**Christine L. Connolly**
*Chief Compliance Officer & Corporate Secretary*

Good morning. Today's meeting is being held pursuant to the notice provided to shareholders beginning on April 1, 2021. Please note that this meeting is being recorded. Shareholders at the close of business on March 18, 2021, may vote at today's meeting. The meeting agenda and rules of conduct, along with the 2020 annual report and the 2021 proxy materials are available on the annual meeting website under the heading Materials once past the log-in screen.

In addition, the shareholders' list as of the record date is available on the annual meeting website for inspection by confirmed shareholders. Our Board has appointed Broadridge to serve as the inspector of election. Broadridge has informed us that there are present today, in person or by proxy, the holders of not less than a majority of the shares issued and outstanding on the record date. Having a quorum, the polls are now open. If you previously voted, you don't need to vote again unless you want to change your vote. If you've not already voted or you want to change your vote, please click the voting button on the annual meeting website before the polls close after the end of discussion of today's last voting items.

We will begin the meeting with a presentation of the voting items, followed by up to 15 minutes to address any questions about the proposals that were submitted before or during the meeting in accordance with the rules of conduct. Mr. Vasos will present the management proposals, and Ms. Kam Franklin will have

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

3 minutes to present the shareholder proposal on behalf of Mr. John Chevedden. The polls will then close and we'll adjourn the formal business of the meeting, followed by a brief business update.

After the business update, we'll take up to 15 minutes to answer general questions that were submitted before or during the meeting in accordance with the rules of conduct. Only confirmed shareholders may ask questions at this meeting. Each shareholder may ask up to 2 questions per voting item and up to 2 questions during the general Q&A session. Please submit pertinent questions whether regarding voting items or for the general Q&A session before the polls close.

I will now turn the meeting back over to Mr. Vasos to introduce the items of business.

**Todd J. Vasos**
*CEO & Director*

Thank you, Christine. There are 5 management proposals and 1 shareholder proposal being voted upon today, as described in the meeting notice and in the proxy materials.

The first item is the election of our 8 directors listed in the proxy statement to hold office until the next annual meeting and until their successors are duly elected and qualified. Our Board recommends that you vote for these directors. The second item of business is the advisory vote to approve the compensation of Dollar General's named executive officers as set forth in the proxy statement. Our Board recommends that you vote for this proposal.

The third item of business is the ratification of the appointment of Ernst & Young LLP as our independent registered accounting firm for fiscal 2021. Our Board recommends that you vote for this proposal. The fourth item of business is to approve the Dollar General Corporation 2021 stock incentive plan. Our Board recommends that you vote for this proposal. The fifth item of business is to approve the amendment to the company's charter to allow shareholders holding 25% or more of the common stock, to request special meetings of shareholders. Our Board recommends that you vote for this proposal. The sixth item of business is a shareholder proposal regarding shareholders' ability to call special meetings of the shareholders. Ms. Franklin will present this proposal on behalf of Mr. Chevedden. Operator, please open the line for the shareholder proponent.

**Kam Franklin**

Hi, there. Can you hear me okay?

**Todd J. Vasos**
*CEO & Director*

Yes, ma'am, we can.

**Kam Franklin**

Okay, here I go. Proposal 6 adopt a mainstream shareholder right, shareholder ability to call a special meeting with 10% stock ownership. Shareholders ask our Board to take the steps necessary to amend our bylaws and appropriate governing documents to give the owners of a total of 10% of our outstanding common stock the power to call a special shareholder meeting.

It is important to have a 10% stock ownership threshold because Dollar General's stockholders lack the right to act by written consent. Shareholders deserve the more reasonable stock ownership threshold of 10% to make up for the transition to online shareholder meetings, which means that it is easier for management to dominate an online shareholder meeting. For instance, the 2021 cold annual meeting was 9 minutes. An example of the near total dominance that management can now display at an online shareholder meeting is AT&T, which would not even let shareholders speak at 2 consecutive online shareholder meetings. Management promotes the fallacy that shareholders should be complacent in improving management accountability with this proposal simply because we have the average governance practices that a lot of other companies have. The unfortunate attitude of management is that since Dollar General is average, the management goal is to block improvement in management accountability to shareholders.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Case 3:23-cv-01250    Document 78-17    Filed 11/15/24    Page 6 of 13 PageID #: 1913

Management promotes the fallacy that shareholders should have a penny-pinching attitude when it comes to holding management accountable to shareholders, but there should be no penny pinching when it comes to CEO pay. The effectiveness of good governance proposal like this proposal is that it would not result in more cost, but would instead pay dividends because the mere presence of good governance serves as a guardrail to make sure that management performs well on its own because if management does not perform well, then shareholders have a remedy with peace to make their improvement suggestions known to management. Please vote yes. Adopt a mainstream shareholder right, shareholder ability to call a special meeting with 10% stock ownership, proposal #6. Thank you very much.

**Todd J. Vasos**
*CEO & Director*

Thank you, Ms. Franklin. Our Board recommends that shareholders vote against this proposal, which is item 6 on the ballot. No other business was submitted pursuant to our bylaws for consideration at this meeting. Before we address questions about these voting items, let me remind shareholders that this is the final opportunity to submit or change your vote as the polls will close immediately following this discussion.

This is also the final opportunity to submit questions about the voting items for the general Q&A session that will follow my business report. Christine, have any questions been submitted?

**Christine L. Connolly**
*Chief Compliance Officer & Corporate Secretary*

We have a number of questions related to our 2019 chemical policy, where we are requiring the elimination of certain chemicals from certain products by the end of 2022. I'm sorry, Todd. That was my mistake. We do have questions in the queue, but we're going to save those until after your business report. There are none that are -- there are none respecting the voting items.

[Voting]

**Todd J. Vasos**
*CEO & Director*

Thank you, Christine. And since there appears to be no other questions that's related to the voting items, the polls are now closed. Following the announcement of the preliminary voting results, the business of the meeting is adjourned. Christine, will you please announce the preliminary voting results.

**Christine L. Connolly**
*Chief Compliance Officer & Corporate Secretary*

Based on the preliminary report of the inspector of election, each of the 8 nominees standing for election has received a majority of the votes cast in favor of his or her election. The compensation of Dollar General's named executive officers has been approved on an advisory basis. The appointment of Ernst & Young LLP as the company's independent registered public accounting firm for fiscal 2021 has been ratified. Each of the Dollar General Corporation 2021 stock incentive plan and the amendment to the company's charter to allow certain shareholders the right to request special meetings of shareholders has been approved. And the shareholder proposal regarding shareholder special meeting rights has been approved. The final certified voting results will be reported in a Form 8-K within 4 business days of this meeting.

Before we turn to the business report, we would like to caution you that today's comments may contain forward-looking statements within the meaning of the federal securities laws regarding our strategy, plans, intentions, expectations or beliefs about future occurrences or results, including, but not limited to, statements regarding our future potential, key operating priorities and initiatives and planned investments. Actual results might differ materially from those projected in the forward-looking statements as a result of a variety of important factors, including, but not limited to, those described in the Risk Factors section of our Form 10-K filed with the SEC on March 19, 2021, and other factors that may

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

be discussed today. We caution against undue reliance on these forward-looking statements, which speak only as of today's date. The company disclaims any obligation to publicly update or revise these statements, except as may be required by law.

**Todd J. Vasos**
*CEO & Director*

Before I speak to 2020 performance, I want to acknowledge all of those who have been impacted by the COVID-19 pandemic over the past year. To those who have served on the front lines during the pandemic, we offer our deepest gratitude, and we greatly appreciate our own associates who have worked so diligently to take care of our customers during the times when they needed us most.

Our long-standing mission at Dollar General is serving others, and it is through that lens that we approach all of our decisions, including how we continue to support our employees and customers during these difficult times. I want to briefly highlight some of the actions in response to the pandemic throughout 2020. To support our employees, we awarded approximately $167 million in employee appreciation bonuses to eligible frontline employees. We donated $5.25 million to the Dollar General Employee Assistance Foundation. We closed an hour early to allow greater time for stocking and enhance cleaning protocols. We implemented social distancing measures in our stores, DCs and our store support center, and are continuing to distribute masks, gloves and hand sanitizers to all employees, installing plexiglass barriers at check stands across the entire chain and reduced barriers for frontline employees to obtain the vaccine.

To support our customers during these challenging times, we contributed $2 million for -- from the Dollar General Literacy Foundation to support Save the Children's coronavirus response efforts across rural America. We dedicated the first hour of each store's day to senior customers to allow them to shop in a less crowded environment. We temporarily provided a discount to first-time responders, medical personnel and the National Guard members. And worked diligently to provide customers with a safe, clean and well-stocked shopping experience.

All of these actions helped ensure the continuity of our business at a time when customers needed us most. While I wish I could share the many stories we heard from the customers all around the country, and our associates served them during the pandemic, for the sake of time, let me just say that I'm incredibly proud of our associates' efforts in carrying out our mission of serving others every day and especially during this past year.

Turning now to our business report for fiscal 2020. Dollar General has been serving our customers for more than 80 years, and we remain focused on delivering value and convenience in communities across the country. As a mature retailer in growth mode, we made significant progress in 2020, advancing key strategic initiatives to better serve our customers and drive strong returns for our shareholders.

During fiscal 2020, we completed 2,780 real estate projects, including the opening of our 17,000th store and the launch of our new POP SHELF concept, which aims to engage customers by offering a fun, affordable and differentiated treasure hunt experience at an exceptional value. In addition, we also began shipping from 6 additional DG Fresh distribution facilities. We added DG Pickup, our buy online pickup in store capability to more than 17,000 stores. And executed more than 2 billion customer transactions, leading to our 31st consecutive year of same-store sales growth.

Our value and convenience proposition, combined with our unique and growing real estate footprint, disciplined execution and focused innovation has allowed us to further solidify our position as a leader in small box discount retail. Our vision for the future of Dollar General remains clear: to further strengthen our business and continue on a path to sustainable, profitable growth, while keeping our customers at the center of everything we do. We continue to focus on our 4 key operating priorities. Our first operating priority is to drive profitable sales growth. We are dedicated to providing our customers with value and convenience every day.

To drive continued growth, we have in place a robust portfolio of sales-driving and margin-enhancing initiatives, including our nonconsumable initiative, which consists of a new and expanded product offering

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Case 3:23-cv-01250    Document 78-17    Filed 11/15/24    Page 8 of 13 PageID #: 1915

in key nonconsumable categories. We expanded this offering to a total of more than 5,800 stores by the end of fiscal 2020. Also included in these efforts is DG Fresh, which facilitated self-distribution of frozen and refrigerated goods to more than 16,000 stores by the end of the year. Both of these initiatives have resulted in significant sales and gross margin improvements. In addition, we expect to expand upon our opportunities in 2021, including cooler door expansion, private brand enhancements, global sourcing efforts and distribution and transportation efficiencies.

Our second operating priority is capturing growth opportunities. Our high-return, low-risk real estate model is a core strength of the business. We have continued to innovate with a variety of store formats, which has allowed us to grow the number of communities we are able to serve. As a result, we now have more than 17,000 stores, and we are proud that approximately 75% of the U.S. population lives within 5 miles of a Dollar General store.

Our digital initiative complements our unique and expansive brick-and-mortar footprint as we seek to deploy and leverage technology to further enhance the convenience proposition for our customers. This strategy consists of building a digital ecosystem that is specifically tailored to provide our customers with an even more convenient, frictionless and personalized shopping experience.

Our third operating priority is enhancing our position as a low-cost operator. We have employed a save to serve approach across the organization to control spending and drive efficiencies. One example of this approach is Fast Track, which is primarily focused on increasing labor productivity in our stores as well as enhancing the customer convenience. The first phase of this initiative focused on rolltainer optimization in our stores to reduce the amount of time needed to stock shelves.

The next phase is focused on self-checkout, which increases convenience for our customers, while also driving labor efficiencies for our associates. We plan to continue this rollout in 2021 with additional self-checkout locations, and believe we are well positioned to drive continued productivity enhancements across our store base, distribution centers and our store support center.

Our fourth operating priority is investing in our diverse teams through development, empowerment and inclusion. We have made significant investments in wages, benefits and training opportunities, including the appreciation bonuses that I mentioned earlier. As evidence, our approach to employee development, in February of this year, we were inducted into the Training magazine's hall of fame, following 2 consecutive years of the magazine's top training and development program.

In 2020, we estimate we invested nearly 3 million training hours in our employees to promote their education and development. We believe these investments are resonating with our team as we drive improvements across the organization and better position our associates for future success. Importantly, we continue to prioritize direct engagement with our teams to learn how we can continue to enhance our position as an employer of choice. Ultimately, we believe that the opportunity to build a long-term career with a growing retailer is our most important currency to attract and retain talent.

Now let me share some of our financial highlights for fiscal 2020 compared to fiscal 2019. Net sales increased 21.6% to $33.7 billion. Same-store sales grew 16.3%. Operating profit increased 54.4% to $3.6 billion. We reported net income of $2.7 billion and diluted earnings per share increased 59.9% to $10.62. And cash flow from operations increased 73.2% to $3.9 billion. We also invested $1 billion in capital expenditures to grow and improve our operations.

In fiscal 2020, we opened up 1,000 new stores, including celebrating our 17,000th store in Fountain Colorado. We also remodeled 1,670 stores and relocated 110 stores, for a total of 2,780 real estate projects. At the end of fiscal 2020, we updated our analysis of new store opportunities, which informed our belief that through a combination of growing relevance with consumers, format innovation and evolving retail landscape and enhanced use of technology, approximately 13,000 additional small box store opportunities in the Continental United States are available to Dollar General. In addition, we believe our new POP SHELF concept adds an incremental 1,000 opportunities, and our small box metro-focused DGX adds an incremental 1,000 opportunities.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:23-cv-01250   Document 78-17   Filed 11/15/24   Page 9 of 13 PageID #: 1916

Our 2021 new store openings draw from these 17,000 total opportunities. While these opportunities are available to all small box retailers, we believe we are well positioned to capture a disproportionate share. We are very proud of our growth in 2020 and excited about the growth opportunities ahead of us in 2021 and beyond.

During 2020, while focused on serving our customers during the challenges of the pandemic, we continued to invest in the business from a position of strength. We continue to prioritize high-return growth projects as the best use of our capital, which include new store expansion and other real estate projects, such as remodels, relocations and the infrastructure needed to support future growth. In addition, as we did in 2020, we continued to invest in, and execute on multiple strategic initiatives that we believe will further enhance our competitive position and drive long-term shareholder value.

As always, our customer remains at the center of everything we do. We are devoted to delivering value and convenience by providing everyday low prices on the right products in nearby locations.

Our greatest strength of Dollar General is our people. At the end of 2020, more than 157,000 talented and dedicated Dollar General employees were serving customers in their communities across the United States. As we reflect on the challenges of 2020, I could not be more proud of our team and their efforts.

Our investments in our people are paying dividends across the organization. And in 2020, we saw our lowest store manager turnover on record. In addition, we now have more than 12,000 store managers who are promoted from within the company, further demonstrating the culture of development and growth at Dollar General. My most sincere appreciation and thanks go out to the Dollar General employees who fulfill our mission of serving others each and every day.

Dollar General's culture remains firmly rooted in our mission of serving others. We are intentional about putting this mission into action in the communities we call home, and we're pleased to be able to take significant actions to continue to support these communities last year. During 2020, Dollar General and our foundations donated more than $30 million to charitable causes, with a primary focus on uplifting and empowering individuals of all ages through literacy and basic education. These donations included a $5 million pledge to support organizations working to accelerate racial equity through racial justice and education.

Since its inception in 1993, the Dollar General Literacy Foundation has awarded more than $186 million in grants to nonprofit organizations and more than 12 million individuals have received assistance. We are excited about these efforts, and we are proud to partner with these various organizations and foundations to extend hope and opportunity to individuals throughout these communities.

In closing, I want to reiterate we remain focused on the health and safety of our employees and customers as being a top priority. At the same time, we are moving forward with great speed and focused execution to continue capturing growth opportunities while further distancing and differentiating Dollar General from the rest of the discount retail landscape. Looking ahead, we remain confident that our unique business model, combined with our strategic vision and strong track record of execution will allow us to continue to deliver everyday value and convenience to our customers and create long-term shareholder value. Thank you for your investment in Dollar General. We appreciate your continued support.
At this time, we'll answer any pertinent questions that were submitted before or during the meeting prior to the closing of the polls. Christine, will you please read the first question?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:23-cv-01250    Document 78-17    Filed 11/15/24    Page 10 of 13 PageID #: 1917

# Question and Answer

**Christine L. Connolly**
*Chief Compliance Officer & Corporate Secretary*

Yes. We've received a number of questions regarding our 2019 chemical policy where we are requiring the elimination of certain chemicals from certain products by the end of 2022. These questions are centered around the following items: what has been your suppliers' response to eliminating the 8 chemicals on your restricted substance list? What is Dollar General's plan to expand the company's current restricted substance list of 8 chemicals into different product categories and national brands? When will Dollar General start targeting additional chemicals, including [indiscernible], flame retardants, glyphosate, neonicotinoids and other pesticides?

**Todd J. Vasos**
*CEO & Director*

Well, first of all, thank you for your question. We're committed to selling safe, effective and affordable products that meet or exceed the company's quality and performance standards as well as legal and regulatory requirements. We're proud of our chemical policy and continue to work with our vendors to reduce or eliminate certain chemicals from certain categories of products by December of 2022. We also have a number of other measures in place, including a product safety testing program to provide assurance that the company's products either meet or exceed federal and state regulatory standards. And lastly, our progress on our efforts can be found in our most recent 2020 Serving Others Report, which is available on our website. This report continues to evolve, and we believe you will appreciate the enhanced disclosures.

**Christine L. Connolly**
*Chief Compliance Officer & Corporate Secretary*

The next questions come from the Campaign for Healthier Solutions and their partners. The questions include whether Dollar General will commit to review product testing data, join the chemical footprint project and publicly disclose yearly results, provide regular updates on the company's process to eliminate chemicals targeted as restricted substances and evaluate potential local product development and distribution channels?

**Todd J. Vasos**
*CEO & Director*

Thank you for that question. We have appreciated the ongoing positive dialogue with the Campaign for Healthier Solutions and their partners as well as their perspectives and their goals. As I mentioned, Dollar General is committed to selling safe, effective and affordable products that meet or exceed our company's standards as well as all legal and regulatory requirements. This includes, among other things, review of certain product testing results. For more information on our product safety efforts, I encourage you to take a look at our Serving Others report.

And regarding the request on local sourcing, we make product sourcing and distribution decisions based on a variety of factors to ensure that we are providing our customers with products they want, at a price they can afford.

**Christine L. Connolly**
*Chief Compliance Officer & Corporate Secretary*

The next question asks if we will commit to providing BPS-free register receipts. And then that will be the last question.

**Todd J. Vasos**
*CEO & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Case 3:23-cv-01250   Document 78-17   Filed 11/15/24   Page 11 of 13 PageID #: 1918

Well, thank you, again, for this question. We take all allegations of safety issues very seriously, and we'll take this under consideration. In the meantime, we continue to innovate on ways to further enhance our checkout experience, including contactless options, which provide customers with digital receipts.

Well again, Christine, thank you. There appears to be no further questions in the queue, so we'll conclude the meeting. Thank you for your attendance today. And again, thank you for your investment in Dollar General.

**Operator**
The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.

Case 3:23-cv-01250    Document 78-17    Filed 11/15/24    Page 13 of 13 PageID #: 1920