# EXHIBIT 21

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): August 26, 2021

# DOLLAR GENERAL CORPORATION
(Exact name of registrant as specified in its charter)

| Tennessee | 001-11421 | 61-0502302 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| 100 MISSION RIDGE GOODLETTSVILLE, TN | 37072 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: (615) 855-4000

(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.875 per share | DG | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Case 3:23-cv-01250    Document 78-21    Filed 11/15/24    Page 2 of 6 PageID #: 1966

**ITEM 2.02    RESULTS OF OPERATIONS AND FINANCIAL CONDITION.**

On August 26, 2021, Dollar General Corporation (the "Company") issued a news release regarding results of operations and financial condition for the fiscal 2021 second quarter (13 weeks) ended July 30, 2021. The news release is furnished as Exhibit 99 hereto.

The information contained within this Item 2.02, including the information in Exhibit 99, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, and shall not be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended.

**ITEM 7.01    REGULATION FD DISCLOSURE.**

The information set forth in Item 2.02 above is incorporated herein by reference. The news release also:

- sets forth statements regarding, among other things, the Company's outlook, as well as the Company's planned conference call to discuss the reported financial results, the Company's outlook, and certain other matters; and

- announces that on August 25, 2021, the Company's Board of Directors declared a quarterly cash dividend of $0.42 per share on the Company's outstanding common stock payable on or before October 19, 2021 to shareholders of record on October 5, 2021.

The information contained within this Item 7.01, including the information in Exhibit 99, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, and shall not be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended.

**ITEM 9.01    FINANCIAL STATEMENTS AND EXHIBITS.**

- (a)  Financial statements of businesses acquired.  N/A
- (b)  Pro forma financial information.  N/A
- (c)  Shell company transactions.  N/A
- (d)  Exhibits.  See Exhibit Index to this report.

**EXHIBIT INDEX**

| Exhibit No. | Description |
|---|---|
| 99 | News release issued August 26, 2021 |
| 104 | The cover page from this Current Report on Form 8-K, formatted in Inline XBRL |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date:  August 26, 2021                          **DOLLAR GENERAL CORPORATION**

                                        By:    /s/ Rhonda M. Taylor
                                            Rhonda M. Taylor
                                            Executive Vice President and General Counsel

2

Exhibit 99

# Dollar General Corporation Reports Second Quarter 2021 Results

### *Updates Financial Guidance for Fiscal Year 2021*

GOODLETTSVILLE, Tenn.--(BUSINESS WIRE)--August 26, 2021--Dollar General Corporation (NYSE: DG) today reported financial results for its fiscal year 2021 second quarter (13 weeks) ended July 30, 2021.

- Net Sales Decreased 0.4% to $8.7 Billion
- Same-Store Sales Decreased 4.7%; Increased 14.1% on a two-year stack basis[1]
- Operating Profit of $849.6 Million, or 9.8% as a percentage of net sales
- Diluted Earnings Per Share ("EPS") of $2.69, representing a two-year compound annual growth rate of 27.7%, or 24.3% compared to Q2 2019 Adjusted Diluted EPS[2]
- Year to Date Cash Flows From Operations of $1.3 Billion
- Board of Directors Declares Quarterly Cash Dividend of $0.42 per share

*1 Same-store sales on a two-year stack basis represents the sum of the Q2 2021 same-store sales decrease and the Q2 2020 same-store sales increase.*
*2 See Reconciliation of Non-GAAP Adjusted Diluted Earnings Per Share for reconciliation of Q2 2019 Adjusted Diluted EPS to Q2 2019 Diluted EPS; see also "Non-GAAP Disclosure" herein.*

"We are pleased with our second quarter results, and remain grateful to our associates for their dedication to fulfilling our mission of Serving Others," said Todd Vasos, Dollar General's chief executive officer. "Despite what remains a challenging operating environment, including additional uncertainties brought on by the Delta variant and pressures on the global supply chain, our team has continued to successfully adapt and deliver for our customers."

"During the quarter, we made significant progress on many key initiatives, including the completion of our initial rollout of DG Fresh and the opening of our first pOpshelf store-within-a-store concept. In addition, we executed more than 750 real estate projects, including new store openings in our pOpshelf concept and larger footprint Dollar General formats. We remain focused on delivering value and convenience for our customers, while driving long-term sustainable growth and value for our shareholders. We feel very good about the underlying strength of the business, and we are excited about our plans for the second half of fiscal 2021."

### Second Quarter 2021 Highlights

Net sales decreased 0.4% to $8.7 billion in the second quarter of 2021 compared to $8.7 billion in the second quarter of 2020. The net sales decrease was primarily driven by a decline in same-store sales, as well as the impact of store closures, partially offset by positive sales contributions from new stores. Same-store sales decreased 4.7% compared to the second quarter of 2020, driven by a decline in customer traffic, partially offset by an increase in average transaction amount. Same-store sales in the second quarter of 2021 included a decline in each of the consumables, seasonal, apparel, and home products categories.

Gross profit as a percentage of net sales was 31.6% in the second quarter of 2021 compared to 32.5% in the second quarter of 2020, a decrease of 80 basis points. This gross profit rate decrease was primarily attributable to increased transportation costs, an increased LIFO provision, a greater proportion of sales coming from the consumables category, which generally has a lower gross profit rate than other product categories, and an increase in inventory damages. These factors were partially offset by higher inventory markups and a reduction in inventory shrink as a percentage of net sales.

Selling, general and administrative expenses ("SG&A") as a percentage of net sales were 21.8% in the second quarter of 2021 compared to 20.4% in the second quarter of 2020, an increase of 138 basis points. Among the expenses that were greater as a percentage of net sales in the current year period were retail labor, store occupancy costs, employee benefits, depreciation and amortization, utilities, workers' compensation and general liability expenses, and taxes and licenses, partially offset by lower incentive compensation expense.

Operating profit for the second quarter of 2021 decreased 18.5% to $849.6 million compared to $1.0 billion in the second quarter of 2020. The second quarter of 2020 included approximately $38 million of incremental investments the Company made in response to the COVID-19 pandemic, primarily driven by $13 million in frontline employee appreciation bonuses, as well as measures taken to further protect the health and safety of employees and customers.

The effective income tax rate in the second quarter of 2021 was 21.4% compared to 21.5% in the second quarter of 2020. This lower effective income tax rate was primarily due to a greater impact of permanent differences resulting from a decrease in pre-tax income for the 2021 period compared to the 2020 period.

The Company reported net income of $637.0 million for the second quarter of 2021, a decrease of 19.1% compared to $787.6 million in the second quarter of 2020. Diluted EPS decreased 13.8% to $2.69 for the second quarter of 2021 compared to diluted EPS of $3.12 in the second quarter of 2020.

**Merchandise Inventories**
As of July 30, 2021, total merchandise inventories, at cost, were $5.3 billion compared to $4.4 billion as of July 31, 2020, an increase of 13.7% on a per-store basis. This increase compares to a 5.9% decrease in merchandise inventories, at cost, on a per-store basis in the second quarter of 2020.

**Capital Expenditures**
Total additions to property and equipment in the 26-week period ended July 30, 2021 were $518 million, including approximately: $248 million for improvements, upgrades, remodels and relocations of existing stores; $126 million for distribution and transportation related projects; $125 million for store facilities, primarily for leasehold improvements as well as fixtures and equipment in new stores; and $19 million for information systems upgrades and technology-related projects. During the second quarter of 2021, the Company opened 270 new stores, remodeled 477 stores and relocated 25 stores.

**Share Repurchases**
In the second quarter of 2021, the Company repurchased $700 million of its common stock, or 3.3 million shares, at an average price of $211.44 per share, under its share repurchase program. The total remaining authorization for future repurchases was $979 million at the end of the second quarter of 2021. Under the authorization, repurchases may be made from time to time in open market transactions, including pursuant to trading plans adopted in accordance with Rule 10b5-1 of the Securities Exchange Act of 1934, as amended, or in privately negotiated transactions. The timing, manner and number of shares repurchased will depend on a variety of factors, including price, market conditions, compliance with the covenants and restrictions under the Company's debt agreements and other factors. The authorization has no expiration date.