# EXHIBIT 23

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-Q

**(Mark One)**

☒      Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

**For the quarterly period ended July 30, 2021**

**or**

☐      Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

**For the transition period from _____ to _____**

Commission File Number: **001-11421**

# DOLLAR GENERAL CORPORATION

(Exact name of Registrant as specified in its charter)

| **TENNESSEE** | **61-0502302** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**100 MISSION RIDGE**
**GOODLETTSVILLE, TN 37072**
(Address of principal executive offices, zip code)

Registrant's telephone number, including area code: **(615) 855-4000**

Former name, former address and former fiscal year, if changed since last report: **Not Applicable**

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock, par value $0.875 per share | DG | New York Stock Exchange |

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the Registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the Registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ |
| Non-accelerated filer ☐ | Smaller reporting company ☐ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The Registrant had 233,310,218 shares of common stock outstanding on August 20, 2021.

**TABLE OF CONTENTS**

| | | |
|---|---|---:|
| Part I | Financial Information | |
| | Item 1. Financial Statements | 2 |
| | Condensed Consolidated Balance Sheets | 2 |
| | Condensed Consolidated Statements of Income | 3 |
| | Condensed Consolidated Statements of Comprehensive Income | 4 |
| | Condensed Consolidated Statements of Shareholders' Equity | 5 |
| | Condensed Consolidated Statement of Cash Flows | 6 |
| | Notes to Condensed Consolidated Financial Statements | 7 |
| | Report of Independent Registered Public Accounting Firm | 13 |
| | Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations | 14 |
| | Item 3. Quantitative and Qualitative Disclosures About Market Risk | 24 |
| | Item 4. Controls and Procedures | 24 |
| Part II | Other Information | |
| | Item 1. Legal Proceedings | 25 |
| | Item 1A. Risk Factors | 25 |
| | Item 2. Unregistered Sales of Equity Securities and Use of Proceeds | 25 |
| | Item 6. Exhibits | 25 |
| Cautionary Disclosure Regarding Forward Looking Statements | | 26 |
| Exhibit Index | | 28 |
| Signature | | 29 |

1

**ITEM 1.        FINANCIAL STATEMENTS.**

**DOLLAR GENERAL CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
*(In thousands)*

| | July 30, 2021 | | January 29, 2021 | |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 313,666 | $ | 1,376,577 |
| Merchandise inventories | | 5,279,273 | | 5,247,477 |
| Income taxes receivable | | 127,011 | | 90,760 |
| Prepaid expenses and other current assets | | 272,768 | | 199,405 |
| Total current assets | | 5,992,718 | | 6,914,219 |
| Net property and equipment | | 4,104,193 | | 3,899,997 |
| Operating lease assets | | 9,805,081 | | 9,473,330 |
| Goodwill | | 4,338,589 | | 4,338,589 |
| Other intangible assets, net | | 1,199,810 | | 1,199,870 |
| Other assets, net | | 47,417 | | 36,619 |
| Total assets | $ | 25,487,808 | $ | 25,862,624 |
| | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | |
| Current liabilities: | | | | |
| Current portion of operating lease liabilities | $ | 1,127,841 | $ | 1,074,079 |
| Accounts payable | | 3,369,984 | | 3,614,089 |
| Accrued expenses and other | | 973,025 | | 1,006,552 |
| Income taxes payable | | 8,234 | | 16,063 |
| Total current liabilities | | 5,479,084 | | 5,710,783 |
| Long-term obligations | | 4,156,765 | | 4,130,975 |
| Long-term operating lease liabilities | | 8,661,716 | | 8,385,388 |
| Deferred income taxes | | 781,477 | | 710,549 |
| Other liabilities | | 271,631 | | 263,691 |
| Commitments and contingencies | | | | |
| Shareholders' equity: | | | | |
| Preferred stock | | - | | - |
| Common stock | | 204,142 | | 210,687 |
| Additional paid-in capital | | 3,504,850 | | 3,446,612 |
| Retained earnings | | 2,429,821 | | 3,006,102 |
| Accumulated other comprehensive loss | | (1,678) | | (2,163) |
| Total shareholders' equity | | 6,137,135 | | 6,661,238 |
| Total liabilities and shareholders' equity | $ | 25,487,808 | $ | 25,862,624 |

*See notes to condensed consolidated financial statements.*

2

Case 3:23-cv-01250    Document 78-23    Filed 11/15/24    Page 4 of 19 PageID #: 1995

**DOLLAR GENERAL CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF INCOME**
(Unaudited)
*(In thousands, except per share amounts)*

| | For the 13 weeks ended | | For the 26 weeks ended | |
| --- | ---: | ---: | ---: | ---: |
| | July 30, 2021 | July 31, 2020 | July 30, 2021 | July 31, 2020 |
| Net sales | $ 8,650,198 | $ 8,684,241 | $ 17,051,162 | $ 17,132,690 |
| Cost of goods sold | 5,912,539 | 5,866,006 | 11,557,835 | 11,718,763 |
| Gross profit | 2,737,659 | 2,818,235 | 5,493,327 | 5,413,927 |
| Selling, general and administrative expenses | 1,888,091 | 1,775,608 | 3,734,909 | 3,504,516 |
| Operating profit | 849,568 | 1,042,627 | 1,758,418 | 1,909,411 |
| Interest expense | 39,430 | 39,326 | 79,822 | 69,819 |
| Income before income taxes | 810,138 | 1,003,301 | 1,678,596 | 1,839,592 |
| Income tax expense | 173,119 | 215,700 | 363,828 | 401,545 |
| Net income | $ 637,019 | $ 787,601 | $ 1,314,768 | $ 1,438,047 |
| Earnings per share: | | | | |
| Basic | $ 2.71 | $ 3.15 | $ 5.55 | $ 5.73 |
| Diluted | $ 2.69 | $ 3.12 | $ 5.52 | $ 5.69 |
| Weighted average shares outstanding: | | | | |
| Basic | 234,924 | 250,281 | 236,736 | 251,031 |
| Diluted | 236,406 | 252,190 | 238,354 | 252,908 |
| | | | | |
| Dividends per share | $ 0.42 | $ 0.36 | $ 0.84 | $ 0.72 |

*See notes to condensed consolidated financial statements.*

3

**DOLLAR GENERAL CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**
(Unaudited)
*(In thousands)*

| | For the 13 weeks ended | | For the 26 weeks ended | |
| --- | --- | --- | --- | --- |
| | July 30, 2021 | July 31, 2020 | July 30, 2021 | July 31, 2020 |
| Net income | $ 637,019 | $ 787,601 | $ 1,314,768 | $ 1,438,047 |
| Unrealized net gain (loss) on hedged transactions, net of related income tax expense (benefit) of $86, $86, $173 and $173, respectively | 243 | 243 | 485 | 486 |
| Comprehensive income | $ 637,262 | $ 787,844 | $ 1,315,253 | $ 1,438,533 |

*See notes to condensed consolidated financial statements.*

4

Case 3:23-cv-01250    Document 78-23    Filed 11/15/24    Page 6 of 19 PageID #: 1997

**DOLLAR GENERAL CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
(Unaudited)
*(In thousands)*

| | For the 26 weeks ended | |
|---|---|---|
| | July 30, 2021 | July 31, 2020 |
| *Cash flows from operating activities:* | | |
| Net income | $ 1,314,768 | $ 1,438,047 |
| Adjustments to reconcile net income to net cash from operating activities: | | |
| Depreciation and amortization | 312,682 | 278,617 |
| Deferred income taxes | 70,755 | 14,493 |
| Noncash share-based compensation | 39,903 | 34,477 |
| Other noncash (gains) and losses | 51,036 | 6,177 |
| Change in operating assets and liabilities: | | |
| Merchandise inventories | (80,038) | 283,957 |
| Prepaid expenses and other current assets | (72,072) | (27,237) |
| Accounts payable | (245,382) | 560,918 |
| Accrued expenses and other liabilities | (25,479) | 273,208 |
| Income taxes | (44,080) | 48,245 |
| Other | (4,549) | (3,567) |
| Net cash provided by (used in) operating activities | 1,317,544 | 2,907,335 |
| | | |
| *Cash flows from investing activities:* | | |
| Purchases of property and equipment | (518,466) | (424,167) |
| Proceeds from sales of property and equipment | 1,805 | 1,051 |
| Net cash provided by (used in) investing activities | (516,661) | (423,116) |
| | | |
| *Cash flows from financing activities:* | | |
| Issuance of long-term obligations | - | 1,494,315 |
| Repayments of long-term obligations | (2,936) | (1,037) |
| Net increase (decrease) in commercial paper outstanding | 18,400 | (425,200) |
| Borrowings under revolving credit facilities | - | 300,000 |
| Repayments of borrowings under revolving credit facilities | - | (300,000) |
| Costs associated with issuance of debt | - | (13,574) |
| Repurchases of common stock | (1,700,148) | (664,616) |
| Payments of cash dividends | (198,107) | (180,268) |
| Other equity and related transactions | 18,997 | 25,445 |
| Net cash provided by (used in) financing activities | (1,863,794) | 235,065 |
| Net increase (decrease) in cash and cash equivalents | (1,062,911) | 2,719,284 |
| Cash and cash equivalents, beginning of period | 1,376,577 | 240,320 |
| Cash and cash equivalents, end of period | $ 313,666 | $ 2,959,604 |
| | | |
| *Supplemental noncash investing and financing activities:* | | |
| Right of use assets obtained in exchange for new operating lease liabilities | $ 893,773 | $ 869,137 |
| Purchases of property and equipment awaiting processing for payment, included in Accounts payable | $ 119,336 | $ 89,290 |

*See notes to condensed consolidated financial statements.*

6

**DOLLAR GENERAL CORPORATION AND SUBSIDIARIES**
**Notes to Condensed Consolidated Financial Statements**
**(Unaudited)**

## 1.      Basis of presentation

The accompanying unaudited condensed consolidated financial statements of Dollar General Corporation (which individually or together with its subsidiaries, as the context requires, is referred to as the "Company") have been prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") for interim financial information and are presented in accordance with the requirements of Form 10-Q and Rule 10-01 of Regulation S-X. Such financial statements consequently do not include all of the disclosures normally required by U.S. GAAP for annual financial statements or those normally made in the Company's Annual Report on Form 10-K, including the condensed consolidated balance sheet as of January 29, 2021 which was derived from the audited consolidated financial statements at that date. Accordingly, readers of this Quarterly Report on Form 10-Q should refer to the Company's Annual Report on Form 10-K for the fiscal year ended January 29, 2021 for additional information.

The Company's fiscal year ends on the Friday closest to January 31. Unless the context requires otherwise, references to years contained herein pertain to the Company's fiscal year. The Company's 2021 fiscal year is scheduled to be a 52-week accounting period ending on January 28, 2022, and the 2020 fiscal year was a 52-week accounting period that ended on January 29, 2021.

The accompanying unaudited condensed consolidated financial statements have been prepared in accordance with the Company's customary accounting practices. In management's opinion, all adjustments (which are of a normal recurring nature) necessary for a fair presentation of the consolidated financial position as of July 30, 2021 and results of operations for the 13-week and 26-week accounting periods ended July 30, 2021 and July 31, 2020 have been made.

The preparation of financial statements and related disclosures in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the condensed consolidated financial statements and the reported amounts of revenues and expenses during the reporting periods. Actual results could differ from those estimates. Because the Company's business is moderately seasonal, the results for interim periods are not necessarily indicative of the results to be expected for the entire year. In addition, the effect of the COVID-19 pandemic on consumer behavior beginning in the first quarter of 2020 resulted in a departure from seasonal norms experienced in recent years and may continue to disrupt the historical quarterly cadence of the Company's results of operations for an unknown period of time.

The Company uses the last-in, first-out ("LIFO") method of valuing inventory. An actual valuation of inventory under the LIFO method is made at the end of each year based on the inventory levels and costs at that time. Accordingly, interim LIFO calculations are based on management's estimates of expected year-end inventory levels, sales for the year and the expected rate of inflation or deflation for the year. The interim LIFO calculations are subject to adjustment in the final year-end LIFO inventory valuation. The Company recorded a LIFO provision of $36.0 million and $0.1 million in the respective 13-week periods, and $48.2 million and $1.7 million in the respective 26-week periods, ended July 30, 2021 and July 31, 2020. In addition, ongoing estimates of inventory shrinkage and initial markups and markdowns are included in the interim cost of goods sold calculation.

In March 2020 and January 2021, the Financial Accounting Standards Board ("FASB") issued accounting standards updates pertaining to reference rate reform. This collective guidance is in response to accounting concerns regarding contract modifications and hedge accounting because of impending rate reform associated with structural risks of interbank offered rates (IBORs), and, particularly, the risk of cessation of LIBOR related to regulators in several jurisdictions around the world having undertaken reference rate reform initiatives to identify alternative reference rates. The guidance provides optional expedients and exceptions for applying U.S. GAAP to contracts, hedging relationships, and other transactions affected by reference rate reform if certain criteria are met. The adoption of this guidance is effective for all entities as of March 12, 2020 through December 31, 2022. The Company does not expect the adoption of this guidance to have a material impact on its consolidated financial statements.

**2. Earnings per share**

Earnings per share is computed as follows (in thousands, except per share data):

| | 13 Weeks Ended July 30, 2021 | | | 13 Weeks Ended July 31, 2020 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Net Income | Weighted Average Shares | Per Share Amount | Net Income | Weighted Average Shares | Per Share Amount |
| Basic earnings per share | $ 637,019 | 234,924 | $ 2.71 | $ 787,601 | 250,281 | $ 3.15 |
| Effect of dilutive share-based awards | | 1,482 | | | 1,909 | |
| Diluted earnings per share | $ 637,019 | 236,406 | $ 2.69 | $ 787,601 | 252,190 | $ 3.12 |

| | 26 Weeks Ended July 30, 2021 | | | 26 Weeks Ended July 31, 2020 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Net Income | Weighted Average Shares | Per Share Amount | Net Income | Weighted Average Shares | Per Share Amount |
| Basic earnings per share | $ 1,314,768 | 236,736 | $ 5.55 | $ 1,438,047 | 251,031 | $ 5.73 |
| Effect of dilutive share-based awards | | 1,618 | | | 1,877 | |
| Diluted earnings per share | $ 1,314,768 | 238,354 | $ 5.52 | $ 1,438,047 | 252,908 | $ 5.69 |

Basic earnings per share is computed by dividing net income by the weighted average number of shares of common stock outstanding during the period. Diluted earnings per share is determined based on the dilutive effect of share-based awards using the treasury stock method.

Share-based awards that were outstanding at the end of the respective periods but were not included in the computation of diluted earnings per share because the effect of exercising such awards would be antidilutive, were less than 0.1 million in each of the respective 13-week periods, and 0.1 million and 0.3 million in the respective 26-week periods, ended July 30, 2021 and July 31, 2020.

**3. Income taxes**

Under the accounting standards for income taxes, the asset and liability method is used for computing the future income tax consequences of events that have been recognized in the Company's consolidated financial statements or income tax returns.

Income tax reserves are determined using the methodology established by accounting standards for income taxes which require companies to assess each income tax position taken using the following two-step approach. A determination is first made as to whether it is more likely than not that the position will be sustained, based upon the technical merits, upon examination by the taxing authorities. If the tax position is expected to meet the more likely than not criteria, the benefit recorded for the tax position equals the largest amount that is greater than 50% likely to be realized upon ultimate settlement of the respective tax position.

The Company's 2016 and earlier tax years are not open for further examination by the Internal Revenue Service ("IRS"). The IRS, at its discretion, may choose to examine the Company's 2017 through 2019 fiscal year income tax filings. The Company has various state income tax examinations that are currently in progress. Generally, with few exceptions, the Company's 2017 and later tax years remain open for examination by the various state taxing authorities.

As of July 30, 2021, the total reserves for uncertain tax benefits, interest expense related to income taxes and potential income tax penalties were $8.2 million, $0.6 million and $0.0 million, respectively, for a total of $8.8 million. This total amount is reflected in noncurrent other liabilities in the condensed consolidated balance sheet.

The Company's reserve for uncertain tax positions is expected to be reduced by $4.1 million in the coming twelve months as a result of expiring statutes of limitations. As of July 30, 2021, approximately $8.2 million of the reserve for uncertain tax positions would impact the Company's effective income tax rate if the Company were to recognize the tax benefit for these positions.

The effective income tax rates for the 13-week and 26-week periods ended July 30, 2021 were 21.4% and 21.7% respectively compared to rates of 21.5% and 21.8% for the 13-week and 26-week periods ended July 31, 2020.

8

property rents. Further federal, state and/or local minimum wage increases could have a material negative impact on our operating expenses, although the magnitude and timing of such impact is uncertain. We have experienced incremental payroll, distribution and transportation costs related to the COVID-19 pandemic and its associated impacts. Labor shortages and shipping capacity shortages continue to pressure our business, resulting in significantly higher supply chain costs and shipping delays in some instances. As we move through 2021, we expect continued inflationary pressures due to higher input costs will continue to affect us as well as our vendors, including higher commodity, transportation and other costs, all of which may result in continued pressure to our operating results. While we expect these challenges to persist, certain of our initiatives and plans are intended to help offset these challenges; however, they are somewhat dependent on the scale and timing of the increases, among other factors. There can be no assurance that our mitigation efforts will be successful.

Our diverse teams are a competitive advantage, and we proactively seek ways to continue investing in their development. Our goal is to create an environment that attracts, develops, and retains talented personnel, particularly at the store manager level, because employees who are promoted from within our company generally have longer tenures and are greater contributors to improvements in our financial performance.

To further enhance shareholder returns, we repurchased shares of our common stock and paid quarterly cash dividends in the first half of 2021. We expect to continue our share repurchase activity, and to pay quarterly cash dividends, throughout the remainder of 2021, subject to Board discretion and approval.

We utilize key performance indicators ("KPIs") in the management of our business. Our KPIs include same-store sales, average sales per square foot, and inventory turnover. Same-store sales are calculated based upon stores that were open at least 13 full fiscal months and remain open at the end of the reporting period. We include stores that have been remodeled, expanded or relocated in our same-store sales calculation. Changes in same-store sales are calculated based on the comparable 52 calendar weeks in the current and prior years. The method of calculating same-store sales varies across the retail industry. As a result, our calculation of same-store sales is not necessarily comparable to similarly titled measures reported by other companies. Net sales per square foot is calculated based on total sales for the preceding 12 months as of the ending date of the reporting period divided by the average selling square footage during the period, including the end of the fiscal year, the beginning of the fiscal year, and the end of each of our three interim fiscal quarters. Inventory turnover is calculated based on total cost of goods sold for the preceding four quarters divided by the average inventory balance as of the ending date of the reporting period, including the end of the fiscal year, the beginning of the fiscal year, and the end of each of our three interim fiscal quarters. Each of these measures is commonly used by investors in retail companies to measure the health of the business. We use these measures to maximize profitability and for decisions about the allocation of resources.

A continued focus on our four operating priorities as discussed above contributed to our overall operating and financial performance in the 2021 and 2020 periods, which were enhanced by increased consumer demand, as discussed above under "Impact of Covid-19".

Highlights of our 2021 second quarter results of operations compared to the 2020 second quarter and our financial condition at July 30, 2021 are set forth below. Basis points amounts referred to below are equal to 0.01% as a percentage of net sales.

- Net sales decreased 0.4% to $8.65 billion. Sales in same-stores decreased 4.7% primarily reflecting a decrease in customer traffic. Average sales per square foot for all stores over the 52-week period ended July 30, 2021 was $265.

- Gross profit, as a percentage of net sales, was 31.6% in the 2021 period and 32.5% in the 2020 period, a decrease of 80 basis points, primarily reflecting increased transportation costs and an increased LIFO provision.

- SG&A expense, as a percentage of net sales, was 21.8% in the 2021 period compared to 20.4% in the 2020 period, an increase of 138 basis points, due in part to higher retail labor and store occupancy costs as a percentage of net sales.

- Operating profit decreased 18.5% to $0.85 billion in the 2021 period compared to $1.04 billion in the 2020 period.

- Interest expense increased by $0.1 million in the 2021 period.

- The effective income tax rate for the 2021 period was 21.4% compared to a rate of 21.5% for the 2020 period primarily due to a greater impact of permanent income tax differences in the 2021 period.

- Net income was $637.0 million, or $2.69 per diluted share, in the 2021 period compared to net income of $787.6 million, or $3.12 per diluted share, in the 2020 period.

Highlights of the year-to-date period of 2020 include:

- Cash generated from operating activities was $1.32 billion for the 2021 period, a decrease of $1.59 billion, or 54.7%, from the comparable 2020 period.

- Total cash dividends of $198.1 million, or $0.84 per share, were paid during the 2021 period, compared to $180.3 million, or $0.72 per share, in the comparable 2020 period.

- Inventory turnover was 4.6 times on a rolling four-quarter basis. On a per store basis, inventories at July 30, 2021 increased by 13.7% compared to the balances at July 31, 2020.

The above discussion is a summary only. Readers should refer to the detailed discussion of our results of operations below in the current year periods as compared with the prior year periods as well as our financial condition at July 30, 2021.

**Results of Operations**

*Accounting Periods.* We utilize a 52-53 week fiscal year convention that ends on the Friday nearest to January 31. The following text contains references to years 2021 and 2020, which represent the 52-week fiscal years ending or ended January 28, 2022 and January 29, 2021, respectively. References to the second quarter accounting periods for 2021 and 2020 contained herein refer to the 13-week accounting periods ended July 30, 2021 and July 31, 2020, respectively.

*Seasonality.* The nature of our business is somewhat seasonal. Primarily because of sales of Christmas-related merchandise, operating profit in our fourth quarter (November, December and January) has historically been higher than operating profit in each of the first three quarters of the fiscal year. Expenses, and to a greater extent operating profit, vary by quarter. Results of a period shorter than a full year may not be indicative of results expected for the entire year. Furthermore, the seasonal nature of our business may affect comparisons between periods. Consumer behavior driven by the COVID-19 pandemic and the U.S. government's response thereto, including economic stimulus legislation, has

18

resulted in a departure from seasonal norms we have experienced in recent years and may continue to disrupt the historical quarterly cadence of our results of operations for an unknown period of time.

The following table contains results of operations data for the second 13-week periods and the 26-week periods of 2021 and 2020, and the dollar and percentage variances among those periods:

| (amounts in millions, except per share amounts) | 13 Weeks Ended | | 2021 vs. 2020 | | 26 Weeks Ended | | 2021 vs. 2020 | |
|---|---|---|---|---|---|---|---|---|
| | July 30, 2021 | July 31, 2020 | Amount Change | % Change | July 30, 2021 | July 31, 2020 | Amount Change | % Change |
| Net sales by category: | | | | | | | | |
| Consumables | $ 6,613.0 | $ 6,496.4 | $ 116.6 | 1.8 % | $ 12,991.1 | $ 13,199.8 | $ (208.7) | (1.6)% |
| % of net sales | 76.45 % | 74.81 % | | | 76.19 % | 77.04 % | | |
| Seasonal | 1,090.3 | 1,161.6 | (71.3) | (6.1) | 2,140.7 | 2,079.5 | 61.2 | 2.9 |
| % of net sales | 12.60 % | 13.38 % | | | 12.55 % | 12.14 % | | |
| Home products | 561.2 | 586.0 | (24.8) | (4.2) | 1,132.5 | 1,084.3 | 48.2 | 4.4 |
| % of net sales | 6.49 % | 6.75 % | | | 6.64 % | 6.33 % | | |
| Apparel | 385.7 | 440.3 | (54.5) | (12.4) | 786.9 | 769.1 | 17.8 | 2.3 |
| % of net sales | 4.46 % | 5.07 % | | | 4.61 % | 4.49 % | | |
| Net sales | $ 8,650.2 | $ 8,684.2 | $ (34.0) | (0.4)% | $ 17,051.2 | $ 17,132.7 | $ (81.5) | (0.5)% |
| Cost of goods sold | 5,912.5 | 5,866.0 | 46.5 | 0.8 | 11,557.8 | 11,718.8 | (160.9) | (1.4) |
| % of net sales | 68.35 % | 67.55 % | | | 67.78 % | 68.40 % | | |
| Gross profit | 2,737.7 | 2,818.2 | (80.6) | (2.9) | 5,493.3 | 5,413.9 | 79.4 | 1.5 |
| % of net sales | 31.65 % | 32.45 % | | | 32.22 % | 31.60 % | | |
| Selling, general and administrative expenses | 1,888.1 | 1,775.6 | 112.5 | 6.3 | 3,734.9 | 3,504.5 | 230.4 | 6.6 |
| % of net sales | 21.83 % | 20.45 % | | | 21.90 % | 20.46 % | | |
| Operating profit | 849.6 | 1,042.6 | (193.1) | (18.5) | 1,758.4 | 1,909.4 | (151.0) | (7.9) |
| % of net sales | 9.82 % | 12.01 % | | | 10.31 % | 11.14 % | | |
| Interest expense | 39.4 | 39.3 | 0.1 | 0.3 | 79.8 | 69.8 | 10.0 | 14.3 |
| % of net sales | 0.46 % | 0.45 % | | | 0.47 % | 0.41 % | | |
| Income before income taxes | 810.1 | 1,003.3 | (193.2) | (19.3) | 1,678.6 | 1,839.6 | (161.0) | (8.8) |
| % of net sales | 9.37 % | 11.55 % | | | 9.84 % | 10.74 % | | |
| Income tax expense | 173.1 | 215.7 | (42.6) | (19.7) | 363.8 | 401.5 | (37.7) | (9.4) |
| % of net sales | 2.00 % | 2.48 % | | | 2.13 % | 2.34 % | | |
| Net income | $ 637.0 | $ 787.6 | $ (150.6) | (19.1)% | $ 1,314.8 | $ 1,438.0 | $ (123.3) | (8.6)% |
| % of net sales | 7.36 % | 9.07 % | | | 7.71 % | 8.39 % | | |
| Diluted earnings per share | $ 2.69 | $ 3.12 | $ (0.43) | (13.8)% | $ 5.52 | $ 5.69 | $ (0.17) | (3.0)% |

**13 WEEKS ENDED JULY 30, 2021 AND JULY 31, 2020**

*Net Sales*. The net sales decrease in the 2021 period was primarily due to a same-store sales decrease of 4.7% compared to the 2020 period. We believe the effect of the onset of the COVID-19 pandemic on consumer behavior had a significant positive effect on net sales and same-store sales, particularly in the 2020 period in our non-consumable categories, which affects the comparisons between periods. For the 2021 period, there were 16,488 same-stores which accounted for sales of $8.2 billion. The decrease in same-store sales primarily reflects a decline in customer traffic, partially offset by an increase in average transaction amount which was driven by higher average item retail prices. Same-store sales declined in all categories with the largest percentage decrease in the apparel category. Net sales were positively affected by sales from new stores, modestly offset by sales from closed stores.

*Gross Profit.* For the 2021 period, gross profit decreased by 2.9%, and as a percentage of net sales decreased by 80 basis points to 31.6%, compared to the 2020 period. Increased transportation costs and an increased LIFO provision contributed to the decrease in the gross profit rate. In recent years a greater percentage of our sales have come from our consumables category, which generally has a lower gross profit rate than our other product categories, creating downward pressure on our overall gross profit rate. This sales trend began to reverse in the second quarter of 2020 and continued each subsequent quarter through the first quarter of 2021, as non-consumables sales increased at a higher rate than consumables sales. In relative terms, the mix of sales shifted back to consumables in the current year period, which also contributed to the decrease in the gross profit rate, along with an increase in inventory damages. These factors were partially offset by higher inventory markups and a reduction in inventory shrink as a percentage of net sales.

19

*Selling, General & Administrative Expenses ("SG&A").* SG&A was 21.8% as a percentage of net sales in the 2021 period compared to 20.4% in the comparable 2020 period, an increase of 138 basis points, which was primarily impacted by the reduction in net sales in the 2021 period. The primary expenses that were a greater percentage of net sales in the current year period were retail labor, store occupancy costs, employee benefits, depreciation and amortization, utilities, workers' compensation and general liability expenses, and taxes and licenses, partially offset by lower incentive compensation expense.

*Interest Expense.* Interest expense increased by $0.1 million to $39.4 million in the 2021 period.

*Income Taxes.* The effective income tax rate for the 2021 period was 21.4% compared to a rate of 21.5% for the 2020 period which represents a net decrease of 0.1 percentage points. The tax rate for the 2021 period was lower than the comparable 2020 period primarily due to a greater impact of permanent differences resulting from a decrease in pre-tax income for the 2021 period compared to the 2020 period.

**26 WEEKS ENDED JULY 30, 2021 AND JULY 31, 2020**

*Net Sales.* The net sales decrease in the 2021 period reflects a same-store sales decrease of 4.7% compared to the 2020 period. For the 2021 period, there were 16,488 same-stores which accounted for sales of $16.2 billion. The decrease in same-store sales reflects a decline in customer traffic partially offset by an increase in average transaction amount which was driven by higher average item retail prices. Same-store sales decreased in all categories, with the largest percentage decrease in the consumables category. Net sales were positively affected by sales from new stores, modestly offset by sales from closed stores.

*Gross Profit.* For the 2021 period, gross profit increased by 1.5%, and as a percentage of net sales increased by 62 basis points to 32.2% compared to the 2020 period. Higher inventory markups, a lower inventory shrink rate and a reduction in markdowns as a percentage of net sales each contributed to the increase in the gross profit rate. In addition, consumables sales decreased while non-consumables sales increased in the current year period, which also contributed to the increase in the gross profit rate. These factors were partially offset by increased transportation costs, an increased LIFO provision, and increased inventory damages.

*Selling, General & Administrative Expenses.* SG&A was 21.9% as a percentage of net sales in the 2021 period compared to 20.5% in the comparable 2020 period, an increase of 144 basis points, which was primarily impacted by the reduction in net sales. The primary expenses that were a higher percentage of net sales in the current year period were retail labor, store occupancy costs, depreciation and amortization, utilities, taxes and licenses, workers' compensation and general liability expenses, employee benefits and administrative compensation (driven by share-based compensation), partially offset by lower incentive compensation expense.

*Interest Expense.* Interest expense increased by $10.0 million to $79.8 million in the 2021 period primarily due to higher outstanding debt balances in connection with the issuance of debt in the 2020 period.

*Income Taxes.* The effective income tax rate for the 2021 period was 21.7% compared to a rate of 21.8% for the 2020 period which represents a net decrease of 0.1 percentage points. The tax rate for the 2021 period was lower than the comparable 2020 period primarily due to a greater impact of permanent differences resulting from a decrease in pre-tax income for the 2021 period compared to the 2020 period.

**Liquidity and Capital Resources**

At July 30, 2021, we had a $1.25 billion unsecured revolving credit agreement (the "Revolving Facility"), $4.0 billion aggregate principal amount of senior notes, and a commercial paper program that may provide borrowing availability in the form of commercial paper notes ("CP Notes") of up to $1.0 billion. At July 30, 2021, we had total consolidated outstanding long-term obligations of $4.2 billion, most of which was in the form of senior notes. All of our material borrowing arrangements are described in greater detail below. Our borrowing availability under the Revolving Facility may be effectively limited by our CP Notes as further described below.

We believe our cash flow from operations and existing cash balances, combined with availability under the Revolving Facility, the CP Notes and access to the debt markets, will provide sufficient liquidity to fund our current obligations, projected working capital requirements, capital spending, anticipated dividend payments and share

which are scheduled to mature on April 3, 2050. Collectively, the 2023 Senior Notes, 2025 Senior Notes, 2027 Senior Notes, 2028 Senior Notes, 2030 Senior Notes and 2050 Senior Notes comprise the "Senior Notes", each of which were issued pursuant to an indenture as supplemented and amended by supplemental indentures relating to each series of Senior Notes (as so supplemented and amended, the "Senior Indenture"). Interest on the 2023 Senior Notes and the 2027 Senior Notes is payable in cash on April 15 and October 15 of each year. Interest on the 2025 and 2028 Senior Notes is payable in cash on May 1 and November 1 of each year. Interest on the 2030 and 2050 Senior Notes is payable in cash on April 3 and October 3 of each year.

We may redeem some or all of the Senior Notes at any time at redemption prices set forth in the Senior Indenture. Upon the occurrence of a change of control triggering event, which is defined in the Senior Indenture, each holder of our Senior Notes has the right to require us to repurchase some or all of such holder's Senior Notes at a purchase price in cash equal to 101% of the principal amount thereof, plus accrued and unpaid interest, if any, to, but excluding, the repurchase date.

The Senior Indenture contains covenants limiting, among other things, our ability (subject to certain exceptions) to consolidate, merge, or sell or otherwise dispose of all or substantially all of our assets; and our ability and the ability of our subsidiaries to incur or guarantee indebtedness secured by liens on any shares of voting stock of significant subsidiaries.

The Senior Indenture also provides for events of default which, if any of them occurs, would permit or require the principal of and accrued interest on our Senior Notes to become or to be declared due and payable, as applicable.

*Current Financial Condition / Recent Developments*

Our inventory balance represented approximately 52% of our total assets exclusive of operating lease assets, goodwill and other intangible assets as of July 30, 2021. Our ability to effectively manage our inventory balances can have a significant impact on our cash flows from operations during a given fiscal year. Inventory purchases are often somewhat seasonal in nature, such as the purchase of warm-weather or Christmas-related merchandise. Efficient management of our inventory has been and continues to be an area of focus for us.

As described in Note 7 to the unaudited condensed consolidated financial statements, we are involved in a number of legal actions and claims, some of which could potentially result in material cash payments. Adverse developments in those actions could materially and adversely affect our liquidity.

Our senior unsecured debt is rated "Baa2," by Moody's with a stable outlook and "BBB" by Standard & Poor's with a stable outlook, and our commercial paper program is rated "P-2" by Moody's and "A-2" by Standard and Poor's, respectively. Our current credit ratings, as well as future rating agency actions, could (i) impact our ability to finance our operations on satisfactory terms; (ii) affect our financing costs; and (iii) affect our insurance premiums and collateral requirements necessary for our self-insured programs. There can be no assurance that we will maintain or improve our current credit ratings.

Unless otherwise noted, all references to the 2021 and 2020 periods in the discussion of cash flows from operating, investing and financing activities below refer to the 26-week periods ended July 30, 2021 and July 31, 2020, respectively.

*Cash flows from operating activities.* Cash flows from operating activities were $1.32 billion in the 2021 period, which represents a $1.59 billion decrease compared to the 2020 period. Net income decreased $123.3 million in the 2021 period compared to the 2020 period. Changes in merchandise inventories resulted in a $80.0 million decrease in the 2021 period as compared to an increase of $284.0 million in the 2020 period as further discussed below. Changes in accounts payable resulted in a $245.4 million decrease in the 2021 period compared to a $560.9 million increase in the 2020 period, due primarily to the timing of receipts and payments. Changes in accrued expenses and other liabilities resulted in a $25.5 million decrease in the 2021 period compared to an $273.2 million increase in the 2020 period, due in part to the timing of regular and discretionary incentive compensation accruals and payments. Changes in income taxes in the 2021 period compared to the 2020 period are primarily due to the timing of payments for income taxes.

On an ongoing basis, we closely monitor and manage our inventory balances, and they may fluctuate from period to period based on new store openings, the timing of purchases, and other factors. Inventory levels in the 2020

period were lower than we had experienced in prior recent years and is reflective of changes in consumer behavior and, to a lesser extent, supply chain disruption caused by the onset of the COVID-19 pandemic. In addition, we strategically accelerated certain inventory purchases during the 2021 period, particularly in select non-consumable categories, in anticipation of the supply chain constraints discussed above. Total merchandise inventories increased by 1% in the 2021 period and decreased by 6% in the 2020 period, with changes in our four inventory categories as follows: consumables increased by 1% compared to a 1% decrease; seasonal decreased 1% compared to a 12% decrease; home products increased by 14% compared to a 13% decrease; and apparel decreased by 15% compared to a 24% decrease.

*Cash flows from investing activities*. Significant components of property and equipment purchases in the 2021 period included the following approximate amounts: $248 million for improvements, upgrades, remodels and relocations of existing stores; $126 million for distribution and transportation-related capital expenditures; $125 million related to store facilities, primarily for leasehold improvements, fixtures and equipment in new stores; and $19 million for information systems upgrades and technology-related projects. The timing of new, remodeled and relocated store openings along with other factors may affect the relationship between such openings and the related property and equipment purchases in any given period. During the 2021 period, we opened 530 new stores and remodeled or relocated 1,078 stores.

Significant components of property and equipment purchases in the 2020 period included the following approximate amounts: $162 million for improvements, upgrades, remodels and relocations of existing stores; $138 million related to store facilities, primarily for leasehold improvements, fixtures and equipment in new stores; $95 million for distribution and transportation-related capital expenditures; and $26 million for information systems upgrades and technology-related projects. During the 2020 period, we opened 500 new stores and remodeled or relocated 1,016 stores.

Capital expenditures for 2021 are currently projected to be in the range of $1.1 billion to $1.2 billion. We anticipate funding 2021 capital requirements with a combination of some or all of the following: existing cash balances, cash flows from operations, availability under our Revolving Facility and/or the issuance of additional CP Notes. We plan to continue to invest in store growth through the development of new stores and the remodel or relocation of existing stores. Capital expenditures in 2021 are anticipated to support our store growth as well as our remodel and relocation initiatives, including capital outlays for leasehold improvements, fixtures and equipment; the construction of new stores; costs to support and enhance our supply chain initiatives including new and existing distribution center facilities and our private fleet; technology and other strategic initiatives; as well as routine and ongoing capital requirements.

*Cash flows from financing activities*. In the 2020 period, net proceeds from the issuance of the 2030 Senior Notes and 2050 Senior Notes totaled $1.5 billion. Net commercial paper borrowings increased by $18.4 million in the 2021 period and decreased by $425.2 million in the 2020 period. There were no borrowings or repayments under the Revolving Facility during the 2021 period, and such borrowings and repayments in the 2020 period were $300.0 million each. Also during the 2021 and 2020 periods, we repurchased 8.3 million and 3.6 million shares of our common stock at a total cost of $1.7 billion and $0.7 billion, respectively, and paid cash dividends of $198.1 million and $180.3 million, respectively.

*Share Repurchase Program*

As of July 30, 2021 our common stock repurchase program had a total remaining authorization of approximately $0.98 billion. The authorization allows repurchases from time to time in open market transactions, including pursuant to trading plans adopted in accordance with Rule 10b5-1 of the Securities Exchange Act of 1934, as amended, or in privately negotiated transactions. The timing, manner and number of shares repurchased will depend on a variety of factors, including price, market conditions, compliance with the covenants and restrictions under our debt agreements and other factors. The repurchase program has no expiration date and may be modified or terminated from time to time at the discretion of our Board of Directors. For more about our share repurchase program, see Note 9 to the condensed consolidated financial statements contained in Part I, Item 1 of this report and Part II, Item 2 of this report.

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized, both on behalf of the Registrant and in his capacity as principal financial officer of the Registrant.

DOLLAR GENERAL CORPORATION

Date: August 26, 2021

By: /s/ John W. Garratt

John W. Garratt
Executive Vice President & Chief Financial Officer

29

**Exhibit 31**

**CERTIFICATIONS**

I, Todd J. Vasos, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Dollar General Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: August 26, 2021

/s/ Todd J. Vasos
Todd J. Vasos
Chief Executive Officer

I, John W. Garratt, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Dollar General Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: August 26, 2021

/s/ John W. Garratt

John W. Garratt
Chief Financial Officer

**Exhibit 32**

**CERTIFICATIONS**
**Pursuant to 18 U.S.C. Section 1350**

Each of the undersigned hereby certifies that to his knowledge the Quarterly Report on Form 10-Q for the fiscal quarter ended July 30, 2021 of Dollar General Corporation (the "Company") filed with the Securities and Exchange Commission on the date hereof fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934 and that the information contained in such report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ Todd J. Vasos
Name:   Todd J. Vasos
Title:    Chief Executive Officer
Date:    August 26, 2021

/s/ John W. Garratt
Name:   John W. Garratt
Title:    Chief Financial Officer
Date:    August 26, 2021