# EXHIBIT 25

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported):  December 2, 2021

# DOLLAR GENERAL CORPORATION

(Exact name of registrant as specified in its charter)

| Tennessee | 001-11421 | 61-0502302 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| 100 MISSION RIDGE GOODLETTSVILLE, TN | | 37072 |
|---|---|---|
| (Address of principal executive offices) | | (Zip Code) |

Registrant's telephone number, including area code:  (615) 855-4000

(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.875 per share | DG | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

**ITEM 2.02 RESULTS OF OPERATIONS AND FINANCIAL CONDITION.**

On December 2, 2021, Dollar General Corporation (the "Company") issued a news release regarding results of operations and financial condition for the fiscal 2021 third quarter (13 weeks) ended October 29, 2021. The news release is furnished as Exhibit 99 hereto.

The information contained within this Item 2.02, including the information in Exhibit 99, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, and shall not be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended.

**ITEM 7.01 REGULATION FD DISCLOSURE.**

The information set forth in Item 2.02 above is incorporated herein by reference. The news release also:

- sets forth statements regarding, among other things, the Company's outlook, as well as the Company's planned conference call to discuss the reported financial results, the Company's outlook, and certain other matters;

- announces that on November 30, 2021, the Company's Board of Directors declared a quarterly cash dividend of $0.42 per share on the Company's outstanding common stock payable on or before January 18, 2022 to shareholders of record on January 4, 2022; and

- announces that on December 1, 2021, the Company's Board of Directors increased the authorization under the share repurchase program by $2.0 billion.

The information contained within this Item 7.01, including the information in Exhibit 99, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, and shall not be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended.

**ITEM 9.01 FINANCIAL STATEMENTS AND EXHIBITS.**

(a) Financial statements of businesses acquired. N/A
(b) Pro forma financial information. N/A
(c) Shell company transactions. N/A
(d) Exhibits. See Exhibit Index to this report.

**EXHIBIT INDEX**

| Exhibit No. | Description |
| --- | --- |
| 99 | News release issued December 2, 2021 |
| 104 | The cover page from this Current Report on Form 8-K, formatted in Inline XBRL |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date:  December 2, 2021                                                    **DOLLAR GENERAL CORPORATION**


By:     /s/ Rhonda M. Taylor
          Rhonda M. Taylor
          Executive Vice President and General Counsel


2

**Exhibit 99**

# Dollar General Corporation Reports Third Quarter 2021 Results

*Updates Financial Guidance for Fiscal Year 2021*

*Provides Fiscal Year 2022 Real Estate Growth Plans, Including Initial Expansion Outside the U.S.*

*Announces Target of Approximately 1,000 pOpshelf Stores by End of Fiscal 2025*

GOODLETTSVILLE, Tenn.--(BUSINESS WIRE)--December 2, 2021--Dollar General Corporation (NYSE: DG) today reported financial results for its fiscal year 2021 third quarter (13 weeks) ended October 29, 2021.

- Net Sales Increased 3.9% to $8.5 Billion
- Same-Store Sales Decreased 0.6%; Increased 11.6% on a two-year stack basis[1]
- Operating Profit of $665.6 Million, or 7.8% as a percentage of net sales
- Diluted Earnings Per Share ("EPS") of $2.08, representing a two-year compound annual growth rate of 21.0%
- Year to Date Cash Flows From Operations of $2.2 Billion
- Board of Directors Increases Share Repurchase Program Authorization; Declares Quarterly Cash Dividend of $0.42 per share

[1] *Same-store sales on a two-year stack basis represents the sum of the Q3 2021 same-store sales decrease and the Q3 2020 same-store sales increase.*

"We are pleased with our third quarter results, and I want to thank our associates for their unwavering commitment to meeting the needs of our customers, communities, and each other," said Todd Vasos, Dollar General's chief executive officer. "During the quarter, we made meaningful progress advancing our key initiatives, while continuing to successfully deliver for our customers, despite a challenging operating environment.

"We are excited today to announce our real estate growth plans for fiscal year 2022[2], which consist of nearly 3,000 real estate projects in total, including 1,110 new stores. These plans include the acceleration of our pOpshelf store concept, as we expect to nearly triple our store count next year. Importantly, given the sustained and positive performance of our pOpshelf concept, we plan to further accelerate the pace of new store openings as we move ahead, targeting a total of approximately 1,000 pOpshelf locations by fiscal year end 2025[3].

"We are also excited to announce our plans to expand our footprint internationally for the first time, with plans to open up to ten stores in Mexico by the end of fiscal 2022, as we continue to lay the foundation for future growth.

"Overall, we remain focused on our mission of Serving Others, and are confident in our plans to drive long-term sustainable growth and value for our shareholders."

[2] *Fiscal year 2022 is the 53-week fiscal year ending February 3, 2023.*
[3] *Fiscal year 2025 is the 52-week fiscal year ending January 30, 2026.*

**Third Quarter 2021 Highlights**

Net sales increased 3.9% to $8.5 billion in the third quarter of 2021 compared to $8.2 billion in the third quarter of 2020. The net sales increase was primarily driven by positive sales contributions from new stores, partially offset by a slight decline in same-store sales and the impact of store closures. Same-store sales decreased 0.6% compared to the third quarter of 2020, driven by a decline in customer traffic, partially offset by an increase in average transaction amount. Same-store sales in the third quarter of 2021 included a decline in the apparel and seasonal categories, partially offset by growth in the consumables and home products categories.

Gross profit as a percentage of net sales was 30.8% in the third quarter of 2021 compared to 31.3% in the third quarter of 2020, a decrease of 57 basis points. This gross profit rate decrease was primarily attributable to an increased LIFO provision, increased transportation costs, a greater proportion of sales coming from the consumables category, which generally has a lower gross profit rate than other product categories, and an increase in inventory damages. These factors were partially offset by higher inventory markups and a reduction in inventory shrink as a percentage of net sales.

Selling, general and administrative expenses ("SG&A") as a percentage of net sales were 22.9% in the third quarter of 2021 compared to 21.9% in the third quarter of 2020, an increase of 105 basis points. The primary expenses that represented a greater percentage of net sales in the current year period were retail labor, store occupancy costs, depreciation and amortization, repairs and maintenance, employee benefits, and supplies, partially offset by a reduction in miscellaneous Covid-related expenses.

Operating profit for the third quarter of 2021 decreased 13.9% to $665.6 million compared to $773.1 million in the third quarter of 2020. The third quarter of 2020 included approximately $38 million of incremental investments the Company made in response to the COVID-19 pandemic, primarily driven by $25 million in frontline employee appreciation bonuses, as well as measures taken to further protect the health and safety of employees and customers.

The effective income tax rate in the third quarter of 2021 was 22.2% compared to 21.6% in the third quarter of 2020. This higher effective income tax rate was primarily due to a reduced benefit associated with share-based compensation, an increase in uncertain tax positions and changes in the state effective tax rate, partially offset by a greater benefit associated with federal tax credits.

The Company reported net income of $487.0 million for the third quarter of 2021, a decrease of 15.2% compared to $574.3 million in the third quarter of 2020. Diluted EPS decreased 10.0% to $2.08 for the third quarter of 2021 compared to diluted EPS of $2.31 in the third quarter of 2020.

**Merchandise Inventories**

As of October 29, 2021, total merchandise inventories, at cost, were $5.3 billion compared to $5.0 billion as of October 30, 2020, a decrease of 0.1% on a per-store basis.

**Capital Expenditures**

Total additions to property and equipment in the 39-week period ended October 29, 2021 were $779 million, including approximately: $384 million for improvements, upgrades, remodels and relocations of existing stores; $184 million for store facilities, primarily for leasehold improvements as well as fixtures and equipment in new stores; $178 million for distribution and transportation related projects; and $33 million for information systems upgrades and technology-related projects. During the third quarter of 2021, the Company opened 268 new stores, remodeled 486 stores and relocated 24 stores.

**Share Repurchases**

In the third quarter of 2021, the Company repurchased $360 million of its common stock, or 1.6 million shares, at an average price of $220.36 per share, under its share repurchase program. The total remaining authorization for future repurchases was $619 million at the end of the third quarter of 2021. On December 1, 2021, the Company's Board of Directors increased the authorization under the share repurchase program by $2.0 billion. Under the authorization, repurchases may be made from time to time in open market transactions, including pursuant to trading plans adopted in accordance with Rule 10b5-1 of the Securities Exchange Act of 1934, as amended, or in privately negotiated transactions. The timing, manner and number of shares repurchased will depend on a variety of factors, including price, market conditions, compliance with the covenants and restrictions under the Company's debt agreements and other factors. The authorization has no expiration date.

**Dividend**

On November 30, 2021, the Company's Board of Directors declared a quarterly cash dividend of $0.42 per share on the Company's common stock, payable on or before January 18, 2022 to shareholders of record on January 4, 2022. While the Board of Directors intends to continue regular cash dividends, the declaration and amount of future dividends are subject to the sole discretion of the Board and will depend upon, among other things, the Company's results of operations, cash requirements, financial condition, contractual restrictions, and other factors the Board may deem relevant in its sole discretion.

**Fiscal Year 2021 Financial Guidance and Store Growth Outlook**

Significant uncertainty continues to exist regarding the recovery from the impact of the COVID-19 pandemic, including its impact on the U.S. economy, consumer behavior and the Company's business, which makes it difficult for the Company to predict specific financial outcomes for the fiscal year ending January 28, 2022 ("fiscal year 2021"). In addition, such outcomes could be impacted by several variables, which include, but are not limited to, economic recovery, employment levels, COVID-19 vaccine status, continued or additional disruptions to the supply chain, and the ongoing impact of the COVID-19 pandemic, including new variants of concern and any corresponding governmental measures such as closures of schools or businesses, as well as any potential impacts from the recently issued federal vaccination and testing mandate.

Despite this uncertainty, the Company is updating its financial guidance issued on August 26, 2021 as a result of its strong results in the first three quarters of the year.

For fiscal year 2021, the Company now expects the following:

- Net sales growth of approximately 1.0% to 1.5%; compared to its previous expectation in the range of 0.5% to 1.5%.
- Same-store sales decline of approximately 3.0% to 2.5%, which reflects growth of approximately 13% to 14% on a two-year stack basis[4]; compared to its previous expectation of a decline of 3.5% to 2.5%.
- Diluted EPS in the range of $9.90 to $10.20, which reflects a compound annual growth rate in the range of 22% to 24% (or in the range of approximately 21% to 23% compared to 2019 Adjusted diluted EPS) over a two-year period[5]; compared to its previous expectation in the range of $9.60 to $10.20.
  - This Diluted EPS guidance assumes an effective tax rate of approximately 22%, compared to its previous expectation in the range of 22% to 22.5%.