# EXHIBIT 27

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-Q

**(Mark One)**

☒    Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

**For the quarterly period ended October 29, 2021**

**or**

☐    Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

**For the transition period from _____ to _____**

Commission File Number: **001-11421**

# DOLLAR GENERAL CORPORATION
(Exact name of Registrant as specified in its charter)

| **TENNESSEE** | **61-0502302** |
|:---:|:---:|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**100 MISSION RIDGE**
**GOODLETTSVILLE, TN 37072**
(Address of principal executive offices, zip code)

Registrant's telephone number, including area code: **(615) 855-4000**

Former name, former address and former fiscal year, if changed since last report: **Not Applicable**

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|:---:|:---:|:---:|
| Common Stock, par value $0.875 per share | DG | New York Stock Exchange |

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the Registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the Registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|:---|:---|
| Large accelerated filer ☒ | Accelerated filer ☐ |
| Non-accelerated filer ☐ | Smaller reporting company ☐ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The Registrant had 231,706,504 shares of common stock outstanding on November 26, 2021.

**TABLE OF CONTENTS**

| | | |
|---|---|---:|
| Part I | Financial Information | |
| | Item 1. Financial Statements | 2 |
| | Condensed Consolidated Balance Sheets | 2 |
| | Condensed Consolidated Statements of Income | 3 |
| | Condensed Consolidated Statements of Comprehensive Income | 4 |
| | Condensed Consolidated Statements of Shareholders' Equity | 5 |
| | Condensed Consolidated Statement of Cash Flows | 6 |
| | Notes to Condensed Consolidated Financial Statements | 7 |
| | Report of Independent Registered Public Accounting Firm | 13 |
| | Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations | 14 |
| | Item 3. Quantitative and Qualitative Disclosures About Market Risk | 25 |
| | Item 4. Controls and Procedures | 25 |
| Part II | Other Information | |
| | Item 1. Legal Proceedings | 26 |
| | Item 1A. Risk Factors | 26 |
| | Item 2. Unregistered Sales of Equity Securities and Use of Proceeds | 26 |
| | Item 6. Exhibits | 26 |
| Cautionary Disclosure Regarding Forward-Looking Statements | | 27 |
| Exhibit Index | | 29 |
| Signature | | 30 |

**ITEM 1.         FINANCIAL STATEMENTS.**

**DOLLAR GENERAL CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
*(In thousands)*

| | | October 29, 2021 | | January 29, 2021 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 488,662 | $ | 1,376,577 |
| Merchandise inventories | | 5,298,859 | | 5,247,477 |
| Income taxes receivable | | 120,374 | | 90,760 |
| Prepaid expenses and other current assets | | 273,939 | | 199,405 |
| Total current assets | | 6,181,834 | | 6,914,219 |
| Net property and equipment | | 4,177,871 | | 3,899,997 |
| Operating lease assets | | 9,982,666 | | 9,473,330 |
| Goodwill | | 4,338,589 | | 4,338,589 |
| Other intangible assets, net | | 1,199,780 | | 1,199,870 |
| Other assets, net | | 44,562 | | 36,619 |
| Total assets | $ | 25,925,302 | $ | 25,862,624 |
| | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | |
| Current liabilities: | | | | |
| Current portion of operating lease liabilities | $ | 1,157,245 | $ | 1,074,079 |
| Accounts payable | | 3,532,639 | | 3,614,089 |
| Accrued expenses and other | | 1,039,222 | | 1,006,552 |
| Income taxes payable | | 11,393 | | 16,063 |
| Total current liabilities | | 5,740,499 | | 5,710,783 |
| Long-term obligations | | 4,127,426 | | 4,130,975 |
| Long-term operating lease liabilities | | 8,808,514 | | 8,385,388 |
| Deferred income taxes | | 781,231 | | 710,549 |
| Other liabilities | | 277,831 | | 263,691 |
| Commitments and contingencies | | | | |
| Shareholders' equity: | | | | |
| Preferred stock | | - | | - |
| Common stock | | 202,743 | | 210,687 |
| Additional paid-in capital | | 3,527,285 | | 3,446,612 |
| Retained earnings | | 2,461,208 | | 3,006,102 |
| Accumulated other comprehensive loss | | (1,435) | | (2,163) |
| Total shareholders' equity | | 6,189,801 | | 6,661,238 |
| Total liabilities and shareholders' equity | $ | 25,925,302 | $ | 25,862,624 |

*See notes to condensed consolidated financial statements.*

Case 3:23-cv-01250    Document 78-27    Filed 11/15/24    Page 4 of 16 PageID #: 2053

**DOLLAR GENERAL CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF INCOME**
(Unaudited)
*(In thousands, except per share amounts)*

| | For the 13 weeks ended | | For the 39 weeks ended | |
| --- | --- | --- | --- | --- |
| | October 29, 2021 | October 30, 2020 | October 29, 2021 | October 30, 2020 |
| Net sales | $ 8,517,839 | $ 8,199,625 | $ 25,569,001 | $ 25,332,315 |
| Cost of goods sold | 5,898,400 | 5,631,385 | 17,456,235 | 17,350,148 |
| Gross profit | 2,619,439 | 2,568,240 | 8,112,766 | 7,982,167 |
| Selling, general and administrative expenses | 1,953,851 | 1,795,110 | 5,688,760 | 5,299,626 |
| Operating profit | 665,588 | 773,130 | 2,424,006 | 2,682,541 |
| Interest expense | 39,198 | 40,298 | 119,020 | 110,117 |
| Income before income taxes | 626,390 | 732,832 | 2,304,986 | 2,572,424 |
| Income tax expense | 139,359 | 158,572 | 503,187 | 560,117 |
| Net income | $ 487,031 | $ 574,260 | $ 1,801,799 | $ 2,012,307 |
| Earnings per share: | | | | |
| Basic | $ 2.09 | $ 2.32 | $ 7.66 | $ 8.06 |
| Diluted | $ 2.08 | $ 2.31 | $ 7.61 | $ 8.00 |
| Weighted average shares outstanding: | | | | |
| Basic | 232,491 | 247,131 | 235,321 | 249,731 |
| Diluted | 234,026 | 249,063 | 236,911 | 251,627 |
| | | | | |
| Dividends per share | $ 0.42 | $ 0.36 | $ 1.26 | $ 1.08 |

*See notes to condensed consolidated financial statements.*

3

**DOLLAR GENERAL CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**
(Unaudited)
*(In thousands)*

| | For the 13 weeks ended | | For the 39 weeks ended | |
| --- | --- | --- | --- | --- |
| | October 29, 2021 | October 30, 2020 | October 29, 2021 | October 30, 2020 |
| Net income | $ 487,031 | $ 574,260 | $ 1,801,799 | $ 2,012,307 |
| Unrealized net gain (loss) on hedged transactions, net of related income tax expense (benefit) of $87, $87, $260, and $260, respectively | 243 | 243 | 728 | 729 |
| Comprehensive income | $ 487,274 | $ 574,503 | $ 1,802,527 | $ 2,013,036 |

*See notes to condensed consolidated financial statements.*

4

**DOLLAR GENERAL CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY**
(Unaudited)
*(In thousands, except per share amounts)*

| | Common Stock Shares | Common Stock | Additional Paid-in Capital | Retained Earnings | Accumulated Other Comprehensive Loss | Total |
|---|---|---|---|---|---|---|
| Balances, July 30, 2021 | 233,305 | $ 204,142 | $ 3,504,850 | $ 2,429,821 | $ (1,678) | $ 6,137,135 |
| Net income | - | - | - | 487,031 | - | 487,031 |
| Dividends paid, $0.42 per common share | - | - | - | (97,313) | - | (97,313) |
| Unrealized net gain (loss) on hedged transactions | - | - | - | - | 243 | 243 |
| Share-based compensation expense | - | - | 19,615 | - | - | 19,615 |
| Repurchases of common stock | (1,633) | (1,428) | - | (358,331) | - | (359,759) |
| Other equity and related transactions | 34 | 29 | 2,820 | - | - | 2,849 |
| Balances, October 29, 2021 | 231,706 | $ 202,743 | $ 3,527,285 | $ 2,461,208 | $ (1,435) | $ 6,189,801 |
| | | | | | | |
| Balances, July 31, 2020 | 249,033 | $ 217,906 | $ 3,381,819 | $ 3,758,995 | $ (2,649) | $ 7,356,071 |
| Net income | - | - | - | 574,260 | - | 574,260 |
| Dividends paid, $0.36 per common share | - | - | - | (88,362) | - | (88,362) |
| Unrealized net gain (loss) on hedged transactions | - | - | - | - | 243 | 243 |
| Share-based compensation expense | - | - | 16,889 | - | - | 16,889 |
| Repurchases of common stock | (4,408) | (3,858) | - | (898,072) | - | (901,930) |
| Other equity and related transactions | 375 | 327 | 28,021 | - | - | 28,348 |
| Balances, October 30, 2020 | 245,000 | $ 214,375 | $ 3,426,729 | $ 3,346,821 | $ (2,406) | $ 6,985,519 |
| | | | | | | |
| Balances, January 29, 2021 | 240,785 | $ 210,687 | $ 3,446,612 | $ 3,006,102 | $ (2,163) | $ 6,661,238 |
| Net income | - | - | - | 1,801,799 | - | 1,801,799 |
| Dividends paid, $1.26 per common share | - | - | - | (295,449) | - | (295,449) |
| Unrealized net gain (loss) on hedged transactions | - | - | - | - | 728 | 728 |
| Share-based compensation expense | - | - | 59,518 | - | - | 59,518 |
| Repurchases of common stock | (9,901) | (8,663) | - | (2,051,244) | - | (2,059,907) |
| Other equity and related transactions | 822 | 719 | 21,155 | - | - | 21,874 |
| Balances, October 29, 2021 | 231,706 | $ 202,743 | $ 3,527,285 | $ 2,461,208 | $ (1,435) | $ 6,189,801 |
| | | | | | | |
| Balances, January 31, 2020 | 251,936 | $ 220,444 | $ 3,322,531 | $ 3,162,660 | $ (3,135) | $ 6,702,500 |
| Net income | - | - | - | 2,012,307 | - | 2,012,307 |
| Dividends paid, $1.08 per common share | - | - | - | (268,638) | - | (268,638) |
| Unrealized net gain (loss) on hedged transactions | - | - | - | - | 729 | 729 |
| Share-based compensation expense | - | - | 51,366 | - | - | 51,366 |
| Repurchases of common stock | (8,043) | (7,038) | - | (1,559,508) | - | (1,566,546) |
| Other equity and related transactions | 1,107 | 969 | 52,832 | - | - | 53,801 |
| Balances, October 30, 2020 | 245,000 | $ 214,375 | $ 3,426,729 | $ 3,346,821 | $ (2,406) | $ 6,985,519 |

*See notes to condensed consolidated financial statements.*

Case 3:23-cv-01250   Document 78-27   Filed 11/15/24   Page 7 of 16 PageID #: 2056

1.      **Basis of presentation**

The accompanying unaudited condensed consolidated financial statements of Dollar General Corporation (which individually or together with its subsidiaries, as the context requires, is referred to as the "Company") have been prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") for interim financial information and are presented in accordance with the requirements of Form 10-Q and Rule 10-01 of Regulation S-X. Such financial statements consequently do not include all of the disclosures normally required by U.S. GAAP for annual financial statements or those normally made in the Company's Annual Report on Form 10-K, including the condensed consolidated balance sheet as of January 29, 2021 which was derived from the audited consolidated financial statements at that date. Accordingly, readers of this Quarterly Report on Form 10-Q should refer to the Company's Annual Report on Form 10-K for the fiscal year ended January 29, 2021 for additional information.

The Company's fiscal year ends on the Friday closest to January 31. Unless the context requires otherwise, references to years contained herein pertain to the Company's fiscal year. The Company's 2021 fiscal year is scheduled to be a 52-week accounting period ending on January 28, 2022, and the 2020 fiscal year was a 52-week accounting period that ended on January 29, 2021.

The accompanying unaudited condensed consolidated financial statements have been prepared in accordance with the Company's customary accounting practices. In management's opinion, all adjustments (which are of a normal recurring nature) necessary for a fair presentation of the consolidated financial position as of October 29, 2021 and results of operations for the 13-week and 39-week accounting periods ended October 29, 2021 and October 30, 2020 have been made.

The preparation of financial statements and related disclosures in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the condensed consolidated financial statements and the reported amounts of revenues and expenses during the reporting periods. Actual results could differ from those estimates. Because the Company's business is moderately seasonal, the results for interim periods are not necessarily indicative of the results to be expected for the entire year. In addition, the effect of the COVID-19 pandemic on consumer behavior beginning in the first quarter of 2020 resulted in a departure from seasonal norms experienced in recent years and may continue to disrupt the historical quarterly cadence of the Company's results of operations for an unknown period of time.

The Company uses the last-in, first-out ("LIFO") method of valuing inventory. An actual valuation of inventory under the LIFO method is made at the end of each year based on the inventory levels and costs at that time. Accordingly, interim LIFO calculations are based on management's estimates of expected year-end inventory levels, sales for the year and the expected rate of inflation or deflation for the year. The interim LIFO calculations are subject to adjustment in the final year-end LIFO inventory valuation. The Company recorded a LIFO provision of $60.5 million and $1.6 million in the respective 13-week periods, and $108.7 million and $3.3 million in the respective 39-week periods, ended October 29, 2021 and October 30, 2020. In addition, ongoing estimates of inventory shrinkage and initial markups and markdowns are included in the interim cost of goods sold calculation.

In March 2020 and January 2021, the Financial Accounting Standards Board ("FASB") issued accounting standards updates pertaining to reference rate reform. This collective guidance is in response to accounting concerns regarding contract modifications and hedge accounting because of impending rate reform associated with structural risks of interbank offered rates (IBORs), and, particularly, the risk of cessation of LIBOR, related to regulators in several jurisdictions around the world having undertaken reference rate reform initiatives to identify alternative reference rates. The guidance provides optional expedients and exceptions for applying U.S. GAAP to contracts, hedging relationships, and other transactions affected by reference rate reform if certain criteria are met. The adoption of this guidance is effective for all entities as of March 12, 2020 through December 31, 2022. The Company does not expect the adoption of this guidance to have a material impact on its consolidated financial statements.

7

**2.     Earnings per share**

Earnings per share is computed as follows (in thousands, except per share data):

| | 13 Weeks Ended October 29, 2021 | | | 13 Weeks Ended October 30, 2020 | | |
|---|---|---|---|---|---|---|
| | Net Income | Weighted Average Shares | Per Share Amount | Net Income | Weighted Average Shares | Per Share Amount |
| Basic earnings per share | $ 487,031 | 232,491 | $ 2.09 | $ 574,260 | 247,131 | $ 2.32 |
| Effect of dilutive share-based awards | | 1,535 | | | 1,932 | |
| Diluted earnings per share | $ 487,031 | 234,026 | $ 2.08 | $ 574,260 | 249,063 | $ 2.31 |

| | 39 Weeks Ended October 29, 2021 | | | 39 Weeks Ended October 30, 2020 | | |
|---|---|---|---|---|---|---|
| | Net Income | Weighted Average Shares | Per Share Amount | Net Income | Weighted Average Shares | Per Share Amount |
| Basic earnings per share | $ 1,801,799 | 235,321 | $ 7.66 | $ 2,012,307 | 249,731 | $ 8.06 |
| Effect of dilutive share-based awards | | 1,590 | | | 1,896 | |
| Diluted earnings per share | $ 1,801,799 | 236,911 | $ 7.61 | $ 2,012,307 | 251,627 | $ 8.00 |

Basic earnings per share is computed by dividing net income by the weighted average number of shares of common stock outstanding during the period. Diluted earnings per share is determined based on the dilutive effect of share-based awards using the treasury stock method.

Share-based awards that were outstanding at the end of the respective periods but were not included in the computation of diluted earnings per share because the effect of exercising such awards would be antidilutive, were less than 0.1 million in each of the respective 13-week periods, and less than 0.1 million and 0.2 million in the respective 39-week periods, ended October 29, 2021 and October 30, 2020.

**3.     Income taxes**

Under the accounting standards for income taxes, the asset and liability method is used for computing the future income tax consequences of events that have been recognized in the Company's consolidated financial statements or income tax returns.

Income tax reserves are determined using the methodology established by accounting standards for income taxes which require companies to assess each income tax position taken using the following two-step approach. A determination is first made as to whether it is more likely than not that the position will be sustained, based upon the technical merits, upon examination by the taxing authorities. If the tax position is expected to meet the more likely than not criteria, the benefit recorded for the tax position equals the largest amount that is greater than 50% likely to be realized upon ultimate settlement of the respective tax position.

The Company's 2017 and earlier tax years are not open for further examination by the Internal Revenue Service ("IRS"). The IRS, at its discretion, may choose to examine the Company's 2018 through 2020 fiscal year income tax filings. The Company has various state income tax examinations that are currently in progress. Generally, with few exceptions, the Company's 2017 and later tax years remain open for examination by the various state taxing authorities.

As of October 29, 2021, the total reserves for uncertain tax benefits, interest expense related to income taxes and potential income tax penalties were $

8.3 million, $0.7 million and $0.0 million, respectively, for a total of $9.0 million. This total amount is reflected in noncurrent other liabilities in the condensed consolidated balance sheet.

The Company's reserve for uncertain tax positions is expected to be reduced by $2.2 million in the coming twelve months as a result of expiring statutes of limitations. As of October 29, 2021, approximately $8.3 million of the reserve for uncertain tax positions would impact the Company's effective income tax rate if the Company were to recognize the tax benefit for these positions.

The effective income tax rates for the 13-week and 39-week periods ended October 29, 2021 were 22.2% and 21.8% respectively compared to rates of 21.6% and 21.8% for the 13-week and 39-week periods ended October 30,

Highlights of our 2021 third quarter results of operations, compared to the 2020 third quarter, and our financial condition at October 29, 2021 are set forth below. Basis points amounts referred to below are equal to 0.01% as a percentage of net sales.

- Net sales increased 3.9% to $8.52 billion due to new stores, while sales in same-stores decreased 0.6% primarily reflecting a decrease in customer traffic. Average sales per square foot for all stores over the 52-week period ended October 29, 2021 was $263.

- Gross profit, as a percentage of net sales, was 30.8% in the 2021 period and 31.3% in the 2020 period, a decrease of 57 basis points, primarily reflecting an increased LIFO provision and increased transportation costs.

- SG&A expense, as a percentage of net sales, was 22.9% in the 2021 period compared to 21.9% in the 2020 period, an increase of 105 basis points, due in part to higher retail labor and store occupancy costs as a percentage of net sales.

- Operating profit decreased 13.9% to $665.6 million in the 2021 period compared to $773.1 million in the 2020 period.

- Interest expense decreased by $1.1 million in the 2021 period.

- The effective income tax rate for the 2021 period was 22.2% compared to a rate of 21.6% for the 2020 period primarily due to a reduced benefit associated with share-based compensation in the 2021 period.

- Net income was $487.0 million, or $2.08 per diluted share, in the 2021 period compared to net income of $574.3 million, or $2.31 per diluted share, in the 2020 period.

Highlights of the year-to-date period of 2021 include:

- Cash generated from operating activities was $2.23 billion for the 2021 period, a decrease of $1.16 billion, or 34.2%, from the comparable 2020 period.

- Total cash dividends of $295.4 million, or $1.26 per share, were paid during the 2021 period, compared to $268.6 million, or $1.08 per share, in the comparable 2020 period.

- Inventory turnover was 4.5 times on a rolling four-quarter basis. On a per store basis, inventories at October 29, 2021 decreased by 0.1% compared to the balances at October 30, 2020.

The above discussion is a summary only. Readers should refer to the detailed discussion of our results of operations below in the current year periods as compared with the prior year periods as well as our financial condition at October 29, 2021.

**Results of Operations**

*Accounting Periods.* We utilize a 52-53 week fiscal year convention that ends on the Friday nearest to January 31. The following text contains references to years 2021 and 2020, which represent the 52-week fiscal years ending or ended January 28, 2022 and January 29, 2021, respectively. References to the third quarter accounting periods for 2021 and 2020 contained herein refer to the 13-week accounting periods ended October 29, 2021 and October 30, 2020, respectively.

*Seasonality.* The nature of our business is somewhat seasonal. Primarily because of sales of Christmas-related merchandise, operating profit in our fourth quarter (November, December and January) has historically been higher than operating profit in each of the first three quarters of the fiscal year. Expenses, and to a greater extent operating profit, vary by quarter. Results of a period shorter than a full year may not be indicative of results expected for the entire year. Furthermore, the seasonal nature of our business may affect comparisons between periods. Consumer behavior driven by the COVID-19 pandemic and the U.S. government's response thereto, including economic stimulus legislation, has

resulted in a departure from seasonal norms we have experienced in recent years and may continue to disrupt the historical quarterly cadence of our results of operations for an unknown period of time.

The following table contains results of operations data for the third 13-week periods and the 39-week periods of 2021 and 2020, and the dollar and percentage variances among those periods:

| (amounts in millions, except per share amounts) | 13 Weeks Ended | | 2021 vs. 2020 | | 39 Weeks Ended | | 2021 vs. 2020 | |
|---|---|---|---|---|---|---|---|---|
| | October 29, 2021 | October 30, 2020 | Amount Change | % Change | October 29, 2021 | October 30, 2020 | Amount Change | % Change |
| Net sales by category: | | | | | | | | |
| Consumables | $ 6,704.8 | $ 6,385.3 | $ 319.4 | 5.0 % | $ 19,695.8 | $ 19,585.1 | $ 110.7 | 0.6 % |
| *% of net sales* | *78.71 %* | *77.87 %* | | | *77.03 %* | *77.31 %* | | |
| Seasonal | 913.9 | 906.6 | 7.2 | 0.8 | 3,054.6 | 2,986.1 | 68.4 | 2.3 |
| *% of net sales* | *10.73 %* | *11.06 %* | | | *11.95 %* | *11.79 %* | | |
| Home products | 551.1 | 517.1 | 34.0 | 6.6 | 1,683.6 | 1,601.5 | 82.2 | 5.1 |
| *% of net sales* | *6.47 %* | *6.31 %* | | | *6.58 %* | *6.32 %* | | |
| Apparel | 348.1 | 390.5 | (42.4) | (10.9) | 1,135.0 | 1,159.6 | (24.6) | (2.1) |
| *% of net sales* | *4.09 %* | *4.76 %* | | | *4.44 %* | *4.58 %* | | |
| Net sales | $ 8,517.8 | $ 8,199.6 | $ 318.2 | 3.9 % | $ 25,569.0 | $ 25,332.3 | $ 236.7 | 0.9 % |
| Cost of goods sold | 5,898.4 | 5,631.4 | 267.0 | 4.7 | 17,456.2 | 17,350.1 | 106.1 | 0.6 |
| *% of net sales* | *69.25 %* | *68.68 %* | | | *68.27 %* | *68.49 %* | | |
| Gross profit | 2,619.4 | 2,568.2 | 51.2 | 2.0 | 8,112.8 | 7,982.2 | 130.6 | 1.6 |
| *% of net sales* | *30.75 %* | *31.32 %* | | | *31.73 %* | *31.51 %* | | |
| Selling, general and administrative expenses | 1,953.9 | 1,795.1 | 158.7 | 8.8 | 5,688.8 | 5,299.6 | 389.1 | 7.3 |
| *% of net sales* | *22.94 %* | *21.89 %* | | | *22.25 %* | *20.92 %* | | |
| Operating profit | 665.6 | 773.1 | (107.5) | (13.9) | 2,424.0 | 2,682.5 | (258.5) | (9.6) |
| *% of net sales* | *7.81 %* | *9.43 %* | | | *9.48 %* | *10.59 %* | | |
| Interest expense | 39.2 | 40.3 | (1.1) | (2.7) | 119.0 | 110.1 | 8.9 | 8.1 |
| *% of net sales* | *0.46 %* | *0.49 %* | | | *0.47 %* | *0.43 %* | | |
| Income before income taxes | 626.4 | 732.8 | (106.4) | (14.5) | 2,305.0 | 2,572.4 | (267.4) | (10.4) |
| *% of net sales* | *7.35 %* | *8.94 %* | | | *9.01 %* | *10.15 %* | | |
| Income tax expense | 139.4 | 158.6 | (19.2) | (12.1) | 503.2 | 560.1 | (56.9) | (10.2) |
| *% of net sales* | *1.64 %* | *1.93 %* | | | *1.97 %* | *2.21 %* | | |
| Net income | $ 487.0 | $ 574.3 | $ (87.2) | (15.2)% | $ 1,801.8 | $ 2,012.3 | $ (210.5) | (10.5)% |
| *% of net sales* | *5.72 %* | *7.00 %* | | | *7.05 %* | *7.94 %* | | |
| Diluted earnings per share | $ 2.08 | $ 2.31 | $ (0.23) | (10.0)% | $ 7.61 | $ 8.00 | $ (0.39) | (4.9)% |

## 13 WEEKS ENDED OCTOBER 29, 2021 AND OCTOBER 30, 2020

*Net Sales*. The net sales increase in the 2021 period was primarily due to sales from new stores, partially offset by a same-store sales decrease of 0.6% compared to the 2020 period as well as the impact of store closures. We believe the effect of the onset of the COVID-19 pandemic on consumer behavior had a significant positive effect on net sales and same-store sales, particularly in the 2020 period in our non-consumable categories, which affects the comparisons between periods. For the 2021 period, there were 16,711 same-stores which accounted for sales of $8.1 billion. The decrease in same-store sales primarily reflects a decline in customer traffic, partially offset by an increase in average transaction amount which was driven by higher average item retail prices. Same-store sales increased in the consumables and home products categories, and declined in the apparel and seasonal categories, with the largest percentage decrease in the apparel category.

*Gross Profit.* For the 2021 period, gross profit increased by 2.0%, and as a percentage of net sales decreased by 57 basis points to 30.8%, compared to the 2020 period. An increased LIFO provision and increased transportation costs were key factors contributing to the decrease in the gross profit rate. In recent years a greater percentage of our sales have come from our consumables category, which generally has a lower gross profit rate than our other product categories, creating downward pressure on our overall gross profit rate. This sales trend began to reverse early in 2020 and continued through the first quarter of 2021, as non-consumables sales increased at a higher rate than consumables sales. In relative terms, the mix of sales shifted back to consumables in the second and third quarters of 2021, which also contributed to the decrease in the gross profit rate in the current period, along with an increase in inventory damages. These factors were partially offset by higher inventory markups and a reduction in inventory shrink as a percentage of net sales.

19

*Selling, General & Administrative Expenses ("SG&A").* SG&A was 22.9% as a percentage of net sales in the 2021 period compared to 21.9% in the comparable 2020 period, an increase of 105 basis points. The primary expenses that were a greater percentage of net sales in the current year period were retail labor, store occupancy costs, depreciation and amortization, repairs and maintenance, employee benefits and supplies, partially offset by a reduction in miscellaneous COVID-related expenses.

*Interest Expense.* Interest expense decreased by $1.1 million to $39.2 million in the 2021 period.

*Income Taxes.* The effective income tax rate for the 2021 period was 22.2% compared to a rate of 21.6% for the 2020 period which represents a net increase of 0.6 percentage points. The tax rate for the 2021 period was higher than the comparable 2020 period primarily due to a reduced benefit associated with share-based compensation, an increase in uncertain tax positions and changes in the state effective tax rate, partially offset by a greater benefit associated with federal tax credits.

**39 WEEKS ENDED OCTOBER 29, 2021 AND OCTOBER 30, 2020**

*Net Sales.* The net sales increase in the 2021 period was primarily due to sales from new stores, partially offset by a same-store sales decrease of 3.3% compared to the 2020 period as well as the impact of store closures. For the 2021 period, there were 16,711 same-stores which accounted for sales of $24.2 billion. The decrease in same-store sales reflects a decline in customer traffic partially offset by an increase in average transaction amount which was driven by higher average item retail prices. Same-store sales decreased in all categories, with the largest percentage decrease in the apparel category.

*Gross Profit.* For the 2021 period, gross profit increased by 1.6%, and as a percentage of net sales increased by 22 basis points to 31.7%, compared to the 2020 period. Higher inventory markups, a lower inventory shrink rate and a reduction in markdowns as a percentage of net sales each contributed to the increase in the gross profit rate. In addition, non-consumables sales increased at a greater rate than consumables sales in the current year period, which also contributed to the increase in the gross profit rate. These factors were partially offset by increased transportation costs, an increased LIFO provision, increased inventory damages and higher distribution costs.

*Selling, General & Administrative Expenses.* SG&A was 22.2% as a percentage of net sales in the 2021 period compared to 20.9% in the comparable 2020 period, an increase of 133 basis points. The primary expenses that were a higher percentage of net sales in the current year period were retail labor, store occupancy costs, depreciation and amortization, utilities, workers' compensation and general liability expenses, employee benefits, and taxes and licenses, partially offset by a reduction in miscellaneous COVID-related expenses and lower incentive compensation expense.

*Interest Expense.* Interest expense increased by $8.9 million to $119.0 million in the 2021 period primarily due to higher outstanding debt balances in connection with the issuance of debt in the 2020 period.

*Income Taxes.* The effective income tax rate for the 2021 and 2020 periods was 21.8%. The tax rate for the 2021 period was equal to the comparable 2020 period primarily due to changes in the state effective tax rate and a reduced benefit associated with share-based compensation, offset by a greater benefit associated with federal tax credits.

**Liquidity and Capital Resources**

At October 29, 2021, we had a $1.25 billion unsecured revolving credit agreement (the "Revolving Facility"), $4.0 billion aggregate principal amount of senior notes, and a commercial paper program that may provide borrowing availability in the form of commercial paper notes ("CP Notes") of up to $1.0 billion. At October 29, 2021, we had total consolidated outstanding long-term obligations of $4.1 billion, most of which was in the form of senior notes. All of our material borrowing arrangements are described in greater detail below. Our borrowing availability under the Revolving Facility may be effectively limited by our CP Notes as further described below.

We believe our cash flow from operations and existing cash balances, combined with availability under the Revolving Facility, the CP Notes and access to the debt markets, will provide sufficient liquidity to fund our current obligations, projected working capital requirements, capital spending, anticipated dividend payments and share repurchases for a period that includes the next twelve months as well as the next several years. However, our ability to

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized, both on behalf of the Registrant and in his capacity as principal financial officer of the Registrant.

DOLLAR GENERAL CORPORATION

Date:  December 2, 2021                    By:  /s/ John W. Garratt
                                                John W. Garratt
                                                Executive Vice President & Chief Financial Officer

30

**Exhibit 31**

## CERTIFICATIONS

I, Todd J. Vasos, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Dollar General Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

> (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

> (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

> (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

> (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

> (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

> (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: December 2, 2021          /s/ Todd J. Vasos

Todd J. Vasos
Chief Executive Officer

I, John W. Garratt, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Dollar General Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: December 2, 2021                                    /s/ John W. Garratt
                                                         John W. Garratt
                                                         Chief Financial Officer

**Exhibit 32**

**CERTIFICATIONS**
**Pursuant to 18 U.S.C. Section 1350**

Each of the undersigned hereby certifies that to his knowledge the Quarterly Report on Form 10-Q for the fiscal quarter ended October 29, 2021 of Dollar General Corporation (the "Company") filed with the Securities and Exchange Commission on the date hereof fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934 and that the information contained in such report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ Todd J. Vasos

Name: Todd J. Vasos
Title: Chief Executive Officer
Date: December 2, 2021

/s/ John W. Garratt

Name: John W. Garratt
Title: Chief Financial Officer
Date: December 2, 2021