# EXHIBIT 28

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): <u>March 17, 2022</u>

# DOLLAR GENERAL CORPORATION
(Exact name of registrant as specified in its charter)

| Tennessee | 001-11421 | 61-0502302 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| 100 MISSION RIDGE GOODLETTSVILLE, TN | | 37072 |
|---|---|---|
| (Address of principal executive offices) | | (Zip Code) |

Registrant's telephone number, including area code:  <u>(615) 855-4000</u>

(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.875 per share | DG | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

**ITEM 2.02   RESULTS OF OPERATIONS AND FINANCIAL CONDITION.**

On March 17, 2022, Dollar General Corporation (the "Company") issued a news release regarding results of operations and financial condition for the fiscal 2021 fourth quarter (13 weeks) and full year (52 weeks) ended January 28, 2022. The news release is furnished as Exhibit 99 hereto.

The information contained within this Item 2.02, including the information in Exhibit 99, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, and shall not be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended.

**ITEM 7.01   REGULATION FD DISCLOSURE.**

The information set forth in Item 2.02 above is incorporated herein by reference. The news release also:

- sets forth statements regarding, among other things, the Company's outlook, as well as the Company's planned conference call to discuss the reported financial results, the Company's outlook, and certain other matters; and

- announces that on March 16, 2022, the Company's Board of Directors declared a quarterly cash dividend of $0.55 per share on the Company's outstanding common stock payable on or before April 19, 2022 to shareholders of record on April 5, 2022.

The information contained within this Item 7.01, including the information in Exhibit 99, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, and shall not be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended.

**ITEM 9.01   FINANCIAL STATEMENTS AND EXHIBITS.**

(a)     Financial statements of businesses acquired.  N/A
(b)     Pro forma financial information.  N/A
(c)     Shell company transactions.  N/A
(d)     Exhibits.  See Exhibit Index to this report.

**EXHIBIT INDEX**

| Exhibit No. | Description |
| --- | --- |
| 99 | News release issued March 17, 2022 |
| 104 | The cover page from this Current Report on Form 8-K, formatted in Inline XBRL |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date:  <u>March 17, 2022</u>                               **DOLLAR GENERAL CORPORATION**


By:  /s/ Rhonda M. Taylor
      Rhonda M. Taylor
      Executive Vice President and General Counsel

2

Case 3:23-cv-01250    Document 78-28    Filed 11/15/24    Page 4 of 8 PageID #: 2069

**Exhibit 99**

# Dollar General Corporation Reports Fourth Quarter 2021 Results

*Provides Financial Guidance for Fiscal Year 2022 First Quarter and Full Year*

*Increases Quarterly Cash Dividend by 31%*

GOODLETTSVILLE, Tenn.--(BUSINESS WIRE)--March 17, 2022--Dollar General Corporation (NYSE: DG) today reported financial results for its fiscal year 2021 fourth quarter (13 weeks) and fiscal year (52 weeks) ended January 28, 2022.

- Fourth Quarter Net Sales Increased 2.8%; Fiscal Year Net Sales Increased 1.4%
- Fourth Quarter Same-Store Sales Decreased 1.4%; Increased 11.3% on a two-year stack basis[1]
- Fiscal Year Same-Store Sales Decreased 2.8%; Increased 13.5% on a two-year stack basis[2]
- Fourth Quarter Operating Profit Decreased 8.7% to $796.7 Million; Fiscal Year Operating Profit Decreased 9.4% to $3.2 Billion
- Fourth Quarter Diluted Earnings Per Share ("EPS") Decreased 1.9% to $2.57; resulting in a two-year compound annual growth rate of 10.6%
- Fiscal Year Diluted EPS Decreased 4.2% to $10.17, resulting in a two-year compound annual growth rate of 23.8%, or 22.9% compared to 2019 Adjusted Diluted EPS[3]
- Annual Cash Flows From Operations of $2.9 Billion
- Board of Directors Declares Quarterly Cash Dividend of $0.55 per share, an Increase of 31% Compared to the Prior Quarter

[1] *Same-store sales on a two-year stack basis represents the sum of the Q4 2021 same-store sales decrease and the Q4 2020 same-store sales increase.*

[2] *Same-store sales on a two-year stack basis represents the sum of the 2021 same-store sales decrease and the 2020 same-store sales increase.*

[3] *See Reconciliation of Non-GAAP Adjusted Diluted Earnings Per Share for reconciliation of 2019 Adjusted Diluted EPS to 2019 Diluted EPS; see also "Non-GAAP Disclosure" herein.*

"We are pleased with our fourth quarter and fiscal year results, and I want to thank our associates for their unwavering commitment to meeting the critical needs of our customers during the pandemic," said Todd Vasos, Dollar General's chief executive officer. "Despite a more challenging than expected operating environment, our teams remained focused on executing our operating priorities and advancing our strategic initiatives, which we believe position us well for solid sales and profit growth in 2022 and beyond."

"For the full year, we are pleased with our net sales increase of 1.4%, which was on the high end of our guidance, and on top of a robust 21.6% increase in fiscal 2020. In addition, during the year, we completed the initial rollout of DG Fresh, executed more than 2,900 real estate projects, including the opening of our 18,000th store and 50 standalone pOpshelf locations, and launched new initiatives focused on health and international expansion."

"Overall, we are excited about our plans for 2022, as we look to further differentiate Dollar General from the rest of the retail landscape, while delivering long-term sustainable growth and value for our shareholders."

**Fourth Quarter 2021 Highlights**

Net sales increased 2.8% to $8.7 billion in the fourth quarter of 2021 compared to $8.4 billion in the fourth quarter of 2020. The net sales increase was primarily driven by positive sales contributions from new stores, partially offset by the decline in same-store sales and the impact of store closures. Same-store sales decreased 1.4% compared to the fourth quarter of 2020, driven by a decline in customer traffic, partially offset by an increase in average transaction amount. Same-store sales in the fourth quarter of 2021 declined in each of the apparel, consumables, seasonal, and home products categories.

Gross profit as a percentage of net sales was 31.2% in the fourth quarter of 2021 compared to 32.5% in the fourth quarter of 2020, a decrease of 131 basis points. This gross profit rate decrease was primarily attributable to an increased LIFO provision, which was driven by higher product costs; increased transportation and distribution costs; and a greater proportion of sales coming from the consumables category, which generally has a lower gross profit rate than other product categories. These factors were partially offset by a reduction in markdowns as a percentage of net sales and higher inventory markups.

Selling, general and administrative expenses ("SG&A") as a percentage of net sales were 22.0% in the fourth quarter of 2021 compared to 22.2% in the fourth quarter of 2020, a decrease of 16 basis points. The decrease was primarily driven by lower incremental costs related to COVID-19, lower hurricane-related expenses, and a reduction in incentive compensation. These items were partially offset by expenses that were higher as a percentage of sales this quarter, including retail labor, store occupancy costs, and depreciation and amortization.

Operating profit for the fourth quarter of 2021 decreased 8.7% to $796.7 million compared to $872.2 million in the fourth quarter of 2020. The fourth quarter of 2020 included approximately $96 million of incremental investments the Company made in response to the COVID-19 pandemic, primarily driven by $69 million in frontline employee appreciation bonuses, as well as measures taken to further protect the health and safety of employees and customers.

The effective income tax rate in the fourth quarter of 2021 was 21.2% compared to 22.7% in the fourth quarter of 2020. This lower effective income tax rate was primarily due to increased income tax benefits associated with share-based compensation and a lower state effective tax rate than the comparable 2020 period.

The Company reported net income of $597.4 million for the fourth quarter of 2021, a decrease of 7.0% compared to $642.7 million in the fourth quarter of 2020. Diluted EPS decreased 1.9% to $2.57 for the fourth quarter of 2021 compared to diluted EPS of $2.62 in the fourth quarter of 2020.

**Fiscal Year 2021 Highlights**

Fiscal year 2021 net sales increased 1.4% to $34.2 billion compared to $33.7 billion in fiscal year 2020. The net sales increase was primarily driven by positive sales contributions from new stores, partially offset by a decline in same-store sales and the impact of store closures. Same-store sales decreased 2.8% compared to fiscal year 2020, driven by a decline in customer traffic, partially offset by an increase in average transaction amount. Same-store sales in the 2021 period declined in each of the consumables, apparel, seasonal, and home products categories.

Gross profit as a percentage of net sales was 31.6% in fiscal year 2021, compared to 31.8% in fiscal year 2020, a decrease of 16 basis points. The gross profit rate decrease in the 2021 period was primarily attributable to increased transportation costs; an increased LIFO provision, which was driven by higher product costs; increased inventory damages; and higher distribution costs. These factors were partially offset by higher inventory markups, a reduction in markdowns as a percentage of net sales, and a lower inventory shrink rate.

SG&A as a percentage of net sales was 22.2% in fiscal year 2021 compared to 21.2% in fiscal year 2020, an increase of 96 basis points. Expenses that were a higher percentage of net sales in 2021 were retail labor, store occupancy costs, depreciation and amortization, employee benefits, utilities, and workers' compensation and general liability expenses. These items were partially offset by reductions in discretionary employee bonus, other miscellaneous COVID-related expenses, and incentive compensation expenses.

Operating profit for fiscal year 2021 decreased 9.4% to $3.2 billion compared to $3.6 billion in fiscal year 2020. Fiscal year 2020 included approximately $248 million of incremental investments the Company made in response to the COVID-19 pandemic. These investments included approximately $167 million in appreciation bonuses for eligible frontline employees, and measures taken to further protect the health and safety of employees and customers.

The effective income tax rate in fiscal year 2021 was 21.7% compared to 22.0% in fiscal year 2020. This lower effective income tax rate was primarily due to increased income tax benefits associated with federal tax credits, partially offset by a higher state effective tax rate compared to fiscal year 2020.

The Company reported net income of $2.4 billion for fiscal year 2021, a decrease of 9.6% compared to $2.7 billion in fiscal year 2020. Diluted EPS decreased 4.2% to $10.17 for fiscal year 2021 compared to diluted EPS of $10.62 in fiscal year 2020.

**Merchandise Inventories**

As of January 28, 2022, total merchandise inventories, at cost, were $5.6 billion compared to $5.2 billion as of January 29, 2021, an increase of 1.4% on a per-store basis.

**Capital Expenditures**

Total additions to property and equipment in fiscal year 2021 were $1.1 billion, including approximately: $510 million for improvements, upgrades, remodels and relocations of existing stores; $268 million for distribution and transportation-related projects; $244 million related to store facilities, primarily for leasehold improvements, fixtures and equipment in new stores; and $44 million for information systems upgrades and technology-related projects. During fiscal year 2021, the Company opened 1,050 new stores, remodeled 1,752 stores, and relocated 100 stores.

**Share Repurchases**

In fiscal year 2021, the Company repurchased $2.5 billion of its common stock, or 12.1 million shares, at an average price of $211.45 per share, under its share repurchase program. The total remaining authorization for future repurchases was $2.1 billion at the end of fiscal year 2021. Under the authorization, repurchases may be made from time to time in open market transactions, including pursuant to trading plans adopted in accordance with Rule 10b5-1 of the Securities Exchange Act of 1934, as amended, or in privately negotiated transactions. The timing, manner and number of shares repurchased will depend on a variety of factors, including price, market conditions, compliance with the covenants and restrictions under the Company's debt agreements and other factors. The authorization has no expiration date.

**Dividend**

On March 16, 2022, the Company's Board of Directors declared a quarterly cash dividend of $0.55 per share on the Company's common stock, payable on or before April 19, 2022 to shareholders of record on April 5, 2022. While the Board of Directors intends to continue regular cash dividends, the declaration and amount of future dividends are subject to the sole discretion of the Board and will depend upon, among other things, the Company's results of operations, cash requirements, financial condition, contractual restrictions, and other factors the Board may deem relevant in its sole discretion.

**Fiscal Year 2022 Financial Guidance and Store Growth Outlook**

Uncertainty continues to exist regarding the current geopolitical conflict, as well as the recovery from the impact of the COVID-19 pandemic, including its impact on the U.S. economy, consumer behavior and the Company's business. In addition, specific financial outcomes could be impacted by several variables, which include, but are not limited to, economic recovery, employment levels, continued or additional disruptions to the supply chain, and the ongoing impact of the COVID-19 pandemic.

Despite this uncertainty, the Company is providing financial guidance for the 53-week fiscal year ending February 3, 2023 ("fiscal year 2022"), in which the Company currently expects:

- Net sales growth of approximately 10%, including an estimated benefit of approximately two percentage points from the 53rd week
- Same-store sales growth of approximately 2.5%
- Diluted EPS growth in the range of approximately 12% to 14%, including an estimated benefit of approximately four percentage points from the 53rd week
  - This Diluted EPS guidance assumes an effective tax rate in the range of 22.5% to 23.0%
- Share repurchases of approximately $2.75 billion
- Capital expenditures, including those related to investments in the Company's strategic initiatives, in the range of $1.4 billion to $1.5 billion

The Company is also reiterating its plans to execute 2,980 real estate projects in fiscal year 2022, including 1,110 new store openings, 1,750 remodels, and 120 store relocations.

**Fiscal Year 2022 First Quarter Financial Guidance**

Given the unusual comparison from the 13-week quarter ended April 30, 2021, which included the positive impact of economic stimulus payments, the Company is also providing guidance for the first quarter of fiscal year 2022.

For the 13-week quarter ending April 29, 2022, the Company currently expects a same-store sales decline of 2% to 1%, and Diluted EPS in the range of $2.25 to $2.35.

"We feel very good about the underlying strength of the business, as reflected in our full-year outlook for fiscal 2022," said John Garratt, Dollar General's chief financial officer. "While we anticipate a challenging first quarter due to elevated cost pressures, ongoing supply chain disruptions, and the prior year sales and gross margin comparison, both of which were positively impacted by stimulus payments, we are confident in our full year plan, including our outlook for sales and EPS growth."

"In addition, we expect to return significant cash to shareholders in the form of a dividend increase, as compared to 2021, and share repurchases, including an estimated benefit from the 53rd week. As always, we continue to be disciplined in managing expenses and capital with the goal of delivering consistent, strong financial performance, while strategically investing for the long term."