# EXHIBIT 38

 

07-Sep-2022

# Dollar General Corp. (DG)

**Goldman Sachs Global Retailing Conference**

**FACTSET: call**street

1-877-FACTSET   www.callstreet.com

Total Pages: 13

Copyright © 2001-2022 FactSet CallStreet, LLC

# CORPORATE PARTICIPANTS

**Todd J. Vasos**
*Chief Executive Officer & Director, Dollar General Corp.*

**John W. Garratt**
*President & Chief Financial Officer, Dollar General Corp.*

**Kevin Walker**
*Vice President-Investor Relations, Dollar General Corp.*

**Jeffery Carl Owen**
*Chief Operating Officer, Dollar General Corp.*

# OTHER PARTICIPANTS

**Kate McShane**
*Analyst, Goldman Sachs & Co. LLC*

# MANAGEMENT DISCUSSION SECTION

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Good afternoon, everyone. Thank you for joining us. We are here to speak with Dollar General. And we have a few introductions to make. Todd Vasos, Chief Executive Officer of DG, just to my immediate left, has held the role since 2015 and actually is retiring from the position in November. Congratulations.

### Todd J. Vasos
*Chief Executive Officer & Director, Dollar General Corp.*

Thank you.

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

But staying as an advisor through April of next year. John Garratt is to his left, President and Chief Financial Officer. He's – I'm sorry – [ph] that' two (00:38) over. He's joined DG in 2014. He became CFO in 2015. Then there's Jeff Owen, the current Chief Operating Officer, but was named CEO, starting in November 2022. He rejoined Dollar General in 2015 and was named COO in 2019. And then Kevin Walker, who also has a new position, Vice President of Investor Relations, and he's been with the company since 2010.

So I'll turn over to Kevin to read some disclosures, and then we'll launch into our fireside chat.

### Kevin Walker
*Vice President-Investor Relations, Dollar General Corp.*

All right. Just a quick – some forward-looking statements. I know everybody's favorite part is this. Today's presentations, including statements made during the fireside chat, will include forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995, such as statements about our expectations, plans, future estimates, beliefs, goals, priorities, opportunities and other non-historical matters, including but not limited

Case 3:23-cv-01250   Document 78-38   Filed 11/15/24   Page 3 of 14 PageID #: 2240


to our fiscal 2022 financial guidance and store growth plan, our planned strategy, investments and initiatives, capital allocation strategy and related expectations and economic trends or future conditions. These forward-looking statements are subject to certain risks, uncertainties and other factors that could cause actual performance to differ materially from our expectations and projections, and can be identified because they are not statements of historical fact or use words such as may, should, could, would, outlook, will, believe, anticipate, expect, assume, forecast, estimate, guidance, plan, opportunities, potential, continue, focus on, intend, going forward, goal, over time, look forward, long term, schedule to, or on track and similar expressions.

Important factors that could cause actual results to differ materially from those projected by our forward-looking statements include, but are not limited to, those identified in our earnings release issued on August 25, 2022 under Risk Factors in our 2021 Form 10-K filed on March 18, 2022, and any later filed Form 10-Q and in the comments made during this event. We encourage you to read these documents. You should not unduly rely on forward-looking statements which speak only as of today's date. Dollar General disclaims any obligation to update or revise any information discussed today unless required by law.

Now, it is my pleasure to turn the event over to Kate, Todd, John and Jeff.

# QUESTION AND ANSWER SECTION

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

Thank you, Kevin. So if we can maybe just start talking about the health of the consumer, what's your view on the health of the consumer today? And I know when we've spoken in the past, you've always talked about how if the consumer is or the customer is employed, it bodes well for the health of your consumer. But we've never really seen this level of inflation, or at least we haven't seen it for a very long time. How much more selective is your consumer being with what they're paying and what do you anticipate for the rest of the year as a result?

### Todd J. Vasos
*Chief Executive Officer & Director, Dollar General Corp.*

A

Yeah. Thanks. Thanks, Kate. Yeah, I would tell you that the customer is still gainfully employed and that is great to see. It obviously has helped her get through some of the tough time that she's in with the amount of inflation that we've seen, not only product inflation. Gasoline, rents and upcoming heating and fuel oil, I'm sure will take a bite out of her pocketbook. But I would tell you that that gainful employment is the ticket and the key to her success.

Now, in saying that, we've seen unprecedented amount of inflation, both product and fuel inflation, that has slowed her down quite a bit. I would say, prior to seeing the heavy inflation that's come in, she was doing pretty good because not only was she working 40 hours a week, our core consumer, she was making about a $1 or more an hour. And she still is, a $1 or more an hour than she did a year ago. So you couple that with gainful employment, it's great, but now you see all this inflation.

So we're seeing her shop much more intentionally, much closer to need. And she's acting just like we thought she would. She comes more often and she buys less on each occasion, because she doesn't know what the next week will hold. So she won't invest and buy, if you will, and anticipate her needs for her family for the next week. She'll come the next week and make those purchases. So that's how we're seeing the core customer react. But

Case 3:23-cv-01250    Document 78-38    Filed 11/15/24    Page 4 of 14 PageID #: 2241


we're hopeful that as we move into the back half of the year, that employment number continues to hold up because that'll be the case.

**Kate McShane** Q
*Analyst, Goldman Sachs & Co. LLC*

And then as we think about our higher end consumer potentially trading down to Dollar General, is that a phenomenon that you traditionally have seen in the past? How high end does that demographics go? And when would you expect to see more of a trade-down in the current environment?

**Todd J. Vasos** A
*Chief Executive Officer & Director, Dollar General Corp.*

Yeah. So, I was here in 2008, so during the financial crisis. So the last time we saw any type of a large trade-down was during call it [ph] more 9 and 10 (05:55) for us. And during that time, it was a lot different. Obviously, the financial crisis is a lot different than what we're seeing today. We really didn't see all that heavy inflation that we're seeing today, obviously. But that core customer did come into us, but also the cohort right above our core customer. So our core customer makes full year or under a year. That next cohort is in that $40,000 to $60,000 range, if you will. And then the next cohort up is that $60,000, $65,000 to $75,000 to $100,000 kind of a range.

What we're seeing this time around is interesting. We gained so many customers during the height of COVID. We retained so many more customers than we thought we would coming out of COVID. And the majority of those customers seem to be in that cohort that's adjacent to our core. So up to that $50,000 to $60,000 range. What we're seeing trading in now at the end of Q2, the highest trading that we've seen and the most robust has actually been between the $75,000 and $100,000 group.

And we believe, and we'll have to wait another couple of periods to see, but we believe that that phenomenon is happening for two reasons. Number one, we've already gotten a lot of those next cohort up and we were keeping them from the pandemic. But also, secondly, we believe that that next cohort up had shopped us during COVID and knew about us and is now trading back in because they like what they saw.

**Kate McShane** Q
*Analyst, Goldman Sachs & Co. LLC*

If we can maybe talk a little bit about the competitive landscape, just because there is a big competitor that's refocusing its efforts and investing in the store experience but also in the new announcement as investing in price and narrowing the price gap. How do you think this will impact the broader industry, as well as DG? And are you focused on anything to mitigate any potential market share impacts if there were to be any?

**Todd J. Vasos** A
*Chief Executive Officer & Director, Dollar General Corp.*

That's a great question as well. When I think about Dollar General, and we look at our pricing position, we've never felt better about our positioning. Many of you have heard, over the last few quarters, myself talking about, we took the opportunity from a position of strength during the pandemic to lower prices. We didn't make a lot of fanfare. We've been talking about it now for well over a year. We didn't have a lot of fanfare around it. We just took that opportunity. But again, from a position of strength, the lower prices. And at that point, we had the best indexes that I've been – that I've seen against all classes of trade since I've been in Dollar General. What we have seen recently is that those indexes have continued to stay very elevated. And I think the one competitor that you're mentioning, a couple of things just happened there. One is, while we were lowering prices, they were letting prices float during the pandemic timeframe.

Case 3:23-cv-01250   Document 78-38   Filed 11/15/24   Page 5 of 14 PageID #: 2242


It appears that they're probably looking to try to at least narrow the gap back to where we were in 2019. Now, we were still well ahead of them in 2019, but I think they're probably uncomfortable where they are, not only against Dollar General but with Walmart and the rest. And let's admit it, right, Walmart is the leader in price. And that's who we all look to and follow.

The only other thing I would mention is the competitor in Chesapeake that you mentioned. Our overlap with them is not very large, right? We only overlap less than 30% within 2 miles of a Dollar General. So there's not a lot of overlap there as well. And so we'll continue to watch price across the spectrum, but we stay and have been squarely focused on big box. That's the price leaders mainly in Bentonville and that's who we really benchmark ourself against.

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC* Q

And on that same note, I know that you have a dollar price point still that you offer your consumers. It's about 20%, I think, of your offering. How important is that offering to your core consumer in this current environment and certainly in light of some of these pricing shifts we've seen to the top and the bottom?

### Todd J. Vasos
*Chief Executive Officer & Director, Dollar General Corp.* A

Yeah. It's still very important. Obviously, the customer, even before this extreme inflation and the duress that her pocketbook has seen because of it, the dollar price point was very important to her. She told us that constantly. We talk to our customer every single quarter. We know where she's at, and she's always said that it helps her bridge that end of the month, always offset it. She's never given us the green light to raise prices off the dollar.

So not only do we believe we need to continue to foster that $1 price point, but we need to grow it. And here's the reason why. What we've seen now in the last few periods as we exited Q2, especially, what we have seen is so much more important today than ever. What we're seeing, I call it, the terrible twos. So, for consumers that stretch that 21st, 22nd, to the 29th of the month is very important to that customer. And that's when they really run out of money. And our core customers are running out of money that third week of the month or fourth week of the month, I should say. And so she' has told us that I really need that $1 price point to bridge, to be able to feed my family. And so not only in the last few months have we tried to foster that, we've grown it. If you walk in our stores today, we've got end caps now that are dedicated to $1. And we got off price – off shelf, I'm sorry, displays with $1 price points. So it's very important, and it'll continue to be a big, big player here at Dollar General.

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC* Q

Okay. Great. If we can maybe shift from the consumer to some of your initiatives, of which you have many. I wonder if we could maybe start with unit growth. Just how do you view your long-term store capacity target and how should we think about the cadence of store growth over the next few years?

### John W. Garratt
*President & Chief Financial Officer, Dollar General Corp.* A

I'll take that. I'll start by saying I've never felt better about the runway of our unit growth. We've talked about 17,000 new store opportunities domestically in our space. If you rewind the clock back to 2013, we were talking about 10,000. So even though we've been opening about 1,000 stores a year, we've found new opportunities faster and we've exhausted those.

Case 3:23-cv-01250   Document 78-38   Filed 11/15/24   Page 6 of 14 PageID #: 2243


It really speaks to, I think, three things. One, just the broadening appeal of the brand with the initiatives that's still a fill-in trip, but a fuller fill-in trip in broadening the appeal. Secondly, the nature of the shop. It is still a fill-in trip. Folks shop us within about a 5 square mile radius. So it provides a tremendous amount of fill-in opportunities where other retailers don't have that luxury. And we get some of our best returns where we'll put a store in between Dollar General, 8 miles, one direction; 9 miles, the other. We'll get outsized returns even above the 20% to 22% after-tax IRR that we target, even burdened with cannibalization.

And the last piece I'll mention is format innovation. We're really excited about what we've done with different sized boxes, mixing up the assortment. DGX got us into real urban vertical living workplaces. And then the latest, pOpshelf, added 3,000 new unit opportunity over time because it serves a different geography. It goes places where Dollar General doesn't. That's in the suburbs. It serves a different higher income customer. It's a different occasion. And so we feel fantastic about the 17,000 unit opportunities. And we're seeing our performance as good as ever in terms of those returns, sales that are meeting, exceeding the pro forma.

And then when you look at Mexico, we see that as a big potential opportunity down the road, really excited about what that could become over time, and to open some stores this quarter. Because we see a similar – it's a different customer. We've run to school on that customer and made some changes accordingly, but it's the same basic need, a value and convenience for an underserved customer that other retailers can't get to. So that makes us extremely excited.

When you look at the trajectory of Dollar General, we've not given specific guidance on our real estate plans for next year. But if you look at this year, it was 1,000 Dollar General stores, which has been about our run rate. Then on top of that, it was 100 pOpshelf and then some incremental Mexico openings. And so that's the way we see it, is because of the incrementality we see these as additive to the runway for the Dollar General stores. And when you look at pOpshelf, we've talked about getting to about 1,000 units as our target, 1,000 units by 2025, which would be extremely additive.

---

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

Okay. If I could just double click on Mexico and pOpshelf, I guess first starting with Mexico. You talked about you see a lot of similarities in terms of what you can address. But what about the, why now? Why is this the appropriate time to venture in there and how long has it maybe been on the horizon as an idea for the company?

---

### Jeffery Carl Owen
*Chief Operating Officer, Dollar General Corp.*

A

Yeah, I'll take that. Mexico, we just talked about it this year, but we've been working on Mexico for over two years. And, as John mentioned, it really started with how we were able to see that our customer in our border stores, which performed quite well through our technology which we use for site selection and market planning which is amongst the, I would say, some of the most sophisticated in the industry. We're able to see our customer was coming from Mexico to this particular stores in the United States. So we have a lot of brand equity built into our stores here in the US, which gave us confidence going into Mexico.

So we've been studying this customer for over two years. We've stood up a team down in Mexico and we have been incredibly impressed with the appeal that folks have to come work and be a part of this initiative. And so when we – when you think about Mexico, a couple of years in the making, we're excited to open stores there for the first time here by the end of this quarter – excuse me – by the end of the fiscal year. And what we've seen is is that we believe that this customer that we're going to be able to serve, as we get to know them more and more,

---

Case 3:23-cv-01250   Document 78-38   Filed 11/15/24   Page 7 of 14 PageID #: 2244


John and I have been on several site right down there, we're really excited about the density. We're excited about the underserved markets that we believe we can serve, and we're also excited about how she's excited about what we're bringing to that community.

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

And then with pOpshelf, you mentioned that it's a way for you maybe to go into more suburban markets than where you traditionally are. Can you talk about the merchandise mix at pOpshelf and how the unit economics of this concept might differ from Dollar General?

### Jeffery Carl Owen
*Chief Operating Officer, Dollar General Corp.*

A

Yeah. pOpshelf, I think John, as he mentioned it, what's exciting about it is it goes where Dollar General store doesn't. And so that's what we're excited about. We serve a different consumer segment. And I think, important to understand about pOpshelf is you got to rewind the clock just a little bit to see that we built pOpshelf off the learnings of NCI.

And so when we saw NCI in the very, very positive response we've seen from that, we felt like we could extend this and make it into a total concept. We felt there is white space. And so when you think about pOpshelf, it's really kind of the opposite of a Dollar General store in terms of consumables drives Dollar General, non-consumables drive pOpshelf. But when you think about that, this store is about 8,500 square feet and it's really catered more towards that higher income, call it, $60,000 to $125,000 segment.

And what we're pleased about is certainly the customer's response. In fact, it probably surprised us all a little bit of how well she's responded. Our Net Promoter Scores are off the charts, and so we're very pleased about that. Certainly, as you look down the road with pOpshelf, we're excited about what we believe it can do for not only the total Dollar General company, but also in those markets. And so very low-cost cannibalization, as you can imagine, with the fact we have no Dollar General stores there.

But I like to tell this story that we – the first one we put was close to the office, and it happened to be opportunistic so that we can touch and feel the concept, and it happened to be in the parking lot of a Dollar General store. And the nice thing is, is that we've been able to really see positive performance in the pOpshelf and no cannibalization to the Dollar General store. So that kind of goes and reiterates kind of why we believe it can play with very different customer segment.

And then, finally, the volumes we're excited about, we believe we can get $1.7 million to $2 million out of these boxes over the long term, like the margins exceeding 40%, and believe it can be accretive to the total Dollar General portfolio. And if you follow our story, you know that our unit economics are very attractive. And so to be accretive to that is a real positive sign.

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

With the shift to NCI at your Dollar General stores, you're targeting completion, I think, by year-end in terms of rolling it out to your entire chain. Can you talk about the typical comp uplift you see after adding it to the stores? And given that it pertains to more discretionary categories, how do you think about the impact with that more cash-strapped customer?

Case 3:23-cv-01250    Document 78-38    Filed 11/15/24    Page 8 of 14 PageID #: 2245


**Jeffery Carl Owen**
*Chief Operating Officer, Dollar General Corp.*

A

Yeah. We said this before on some of our calls, when we have been rolling out NCI, what we have seen is that we've seen a 2.5 point comp lift for stores with NCI versus stores without. And, of course, as we continue to roll this out, completing the chain this year, we don't really have a holdout as much as we were used to. So we're very pleased with what we've seen on both the comp lift and the margin performance as we've rolled out NCI.

And when you think about the current economic times and the assortment of NCI, I think one thing to keep in mind is, is 80% of the assortment is $5 or less. And so I think that's where our customer has really responded nicely to that, and they tell us, and we've adapted to it. That's the other thing you got to keep in mind is the fact that one of the things our team has done is we've evolved the strategy to be more breadth versus debt, and that allows us to rotate in and out a lot faster. And so, by doing that, we're able to keep the assortment fresh and we're also able to really respond to trends. And also one trend being the opportunity for closeout merchandise, and so – which obviously in these times we see as a great opportunity for us to supplement and bring value not only into NCI but also into pOpshelf.

And then, finally, NCI informed pOpshelf, but pOpshelf is now informing NCI. So it's kind of circular. Some of the things that are working incredibly well in pOpshelf where the 90% of the assortment is $5 or less, we're able to bring back into the NCI assortment. So you'll see us evolve that assortment over time to keep it fresh and to respond to the changing times.

**Kate McShane**
*Analyst, Goldman Sachs & Co. LLC*

Q

Okay. And then one of the other initiatives I wanted to make sure I asked about was DG Fresh. You've talked a lot about the benefits of – that you've seen from the initial rollout. We wondered if there were any additional opportunities that have come about since you've seen the rollout regarding produce and adding more cooler doors. And as you expand both of these, what the implications are for your supply chain and if maybe it will need more investment as a result.

**Jeffery Carl Owen**
*Chief Operating Officer, Dollar General Corp.*

A

Well, DG Fresh, first of all, really proud of how fast we were able to roll this out in the middle of a really tough time during the pandemic and still six months faster than we thought we would. So that's incredible by our team. But when you think about DG Fresh, we say this a lot. If you followed our calls, you hear us talk a lot about we're in the early to mid-innings. And quite frankly, that applies to many of the initiatives I just described and we all talk about. But DG Fresh is iterative. And so the first phase of DG Fresh, as we talked about, was to remove product costs, increase assortment, and also improve in-stock. And we were able to achieve all three of those. You've heard John talked on many of our calls about the largest contributor to our margin expansion has been DG Fresh.

And so when you think about the next evolution of DG Fresh, we're going to add 65,000 cooler doors this year. We continue to expand the assortment. We're bringing private brands into these coolers that we weren't able to do before. We continue to expand that this year as well. And then, as you look forward, you mentioned produce. So we're excited to be in 3,000 stores by the end of this year. And DG Fresh, really, we believe, is the unlock, and that would be the next phase of the initiative. And so, when you think about that, just like we did with DG Fresh, one of the things we were able to do was we used a third party until we had enough relevance and scale. And then we believe at that point in time, the right time was to take it in-house.

Copyright © 2001-2022 FactSet CallStreet, LLC


Produce is similar. As we build scale, we're able to buy better and we're able to bring it in-house, and DG Fresh will unlock that for us. On the supply chain side of that, we've been anticipating this for quite some time. And so, certainly we built out the DG Fresh cold chain with the anticipation of expansion. And then also what we've been able to do is have combo facility. So what we're real pleased with is we tried a couple of combo facilities. What I mean by that is a dry warehouse that we already had and we attached a fresh supply – a cold chain on the same campus. So we're able to really leverage that efficiency, which we really liked. We've got two of those right now. And then our first ground-up facility will be in Blair, Nebraska. It will open up latter part of this year, and it will be our first ground-up combo facility.

So, as we go forward, it's all anticipated in our strategic planning and supply chains plans, and feel like we're well-positioned to be able to serve the need and to expand DG Fresh and – as we move forward down the road.

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

Great. And speaking of supply chain, you're also in the process of increasing your private trucking fleet to about 40% of capacity from 20% at the start of this year. We wondered what the impetus was for this and how are you thinking ultimately about the mix between in-house and third party.

### Jeffery Carl Owen
*Chief Operating Officer, Dollar General Corp.*

A

Well, the private fleet is something that we obviously thought about several years ago. And when you think about it and our network, we felt like this was a great opportunity for us to be able to not only remove costs, but also serve our stores better. So it really came down to, like everything, how can we serve the customer better and how can we do it more efficiently. And that's exactly why we got into expanding our private fleet.

And so, right now, we're very pleased with the fact that we're going to double that private fleet this year to about 40% of our outbound needs. And we love the savings that we get from our private fleet. And as we think, down the road, how big could this be. One of the things that we'll always keep in mind is we won't be a 100% private fleet because it's important during surge to be able to have flexibility and capacity to ramp up with surge. So I think the best way to think of this is we'll continue to expand this as we go forward, but won't get to quite 100% over time because of that surge need. But I got to tell you, it's been a fantastic initiative, and I'm very proud of the team's ability to double it in a pretty short period of time.

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

Okay. When we were asking around about what people wanted to hear a little bit more about DG, it was actually healthcare. And so I wondered if I could just pivot to that now. You're expanding, selling space and adding assortments for healthcare, targeting 4,000 stores by the end of the year, but how should we think about it beyond that in terms of what you envision for the healthcare initiative?

### John W. Garratt
*President & Chief Financial Officer, Dollar General Corp.*

A

Yeah. To your point, Kate, we built a really good foundation with the product assortment, and we've really been growing share in that area, and there's a lot of room to run. If you look at the share in that area, while it's growing rapidly in recent years, it still pales in comparison to other categories. So it just tells you what's possible there. And we really built credibility with proprietary brands like our Rexall brand. But what we heard from the customer, and we always do things with the customer in mind, is that customer is really seeking access to healthcare. And

**FACTSET: call**street

1-877-FACTSET    www.callstreet.com

Copyright © 2001-2022 FactSet CallStreet, LLC

Case 3:23-cv-01250    Document 78-38    Filed 11/15/24    Page 10 of 14 PageID #: 2247


just like these customers, many of our customers are in food deserts or in healthcare deserts too, where they have to go a long way to get that access. And they don't seek that, and you have bad outcomes. So we really see an opportunity, and customers are excited about it. We've talked to payers and providers who see a big opportunity, a big solve, particularly for rural America, where it's really hard to bring healthcare to these customers, these tough to reach places. Our unique footprint really lends itself well to that.

So, as you think about that, we've hired Dr. Albert Wu, our Chief Medical Officer. We've assembled a really impressive experienced advisory board to help guide us. Albert has been very busy looking at different opportunities to service the customer through healthcare services. And as we think about it, more to come on the specifics, but the way we're looking at it is asset light technology, heavy leveraging partnerships. We really think it's a big solve for our customer, a big solve for others, and something that, again, we continue to look for ways to better serve that customer through our goods and through our services to be more of a one-stop-shop in areas where others can't reach.

---

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

**Q**

And is there any comp or margin lift associated with this initiative?

---

### John W. Garratt
*President & Chief Financial Officer, Dollar General Corp.*

**A**

So, when you look at the product piece, it's a really healthy margin. Even now, our health and beauty goods fall under consumables. It has a margin profile more akin to non-consumables. So, as we grow that, as with the growth we've seen in non-consumables, it really helps from a margin perspective. And again, on the services side, as we bring folks in, we see that as a really – not only a great service to the customers, but a really healthy traffic driver, as well as incremental revenue down the road.

---

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

**Q**

Okay. And I really only have one more question before I go into our lightning round of questions. But Jeff, I wanted to ask you, just as the newly named CEO as of November, just how you're thinking about DG's strategy over the next few years and where you see some of the bigger opportunities?

---

### Jeffery Carl Owen
*Chief Operating Officer, Dollar General Corp.*

**A**

Well, first of all, I'm very honored to have the privilege to follow in Todd's footsteps. But I think, first and foremost, one of the things that – where all the folks up here are so passionate about is the culture and the purpose of Dollar General. And that's why I've been there for 29 years, and that's why many of us get up every day and are so excited to serve this customer. And so, first and foremost, I'm excited to help amplify that even more than – and it's been very, very solid and served us well for 82 years.

On the strategy front, I mean, I think you've heard us, today even, the fact that we have such a solid strategic foundation. And our strategic muscle is so solid right now, and so it's a great leaping off point to really take this company and continue to execute on some of these initiatives that you've heard us talk about today.

So we'll continue to do that, driving the top and bottom line, and then also growth. Capturing growth opportunities is something that we love to do, and we do it pretty well, and we're going to continue to do that as well. But I'm incredibly lucky to – I think one of the best decisions that we made before I've even officially taken over is to ask

Case 3:23-cv-01250    Document 78-38    Filed 11/15/24    Page 11 of 14 PageID #: 2248



Todd to continue to advise and be on the board. I believe Todd is one of the finest retail minds I've ever been exposed to, and what a great opportunity for all of us to continue to really have Todd be involved in the company. He loves his customer. And so I think, as you think forward, the succession plan has been outstanding and very smooth. And I think you'll see us continue to take advantage of what we've been doing and continue to be very successful in the future.

---

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

Okay. Thank you for that. We're just going to ask you the four questions we've been asking all the companies that have been coming up on stage. Again, a lot of this has been addressed. But just to kind of get a finer point on things. When we think about the health of the consumer and going into next year, how do you think the consumer will look? Will it be the same, weaker or maybe stronger than what you saw during 2022?

---

### Todd J. Vasos
*Chief Executive Officer & Director, Dollar General Corp.*

A

As I indicated, as goes her job, as goes that customer. So I think we have to wait and see how that job situation moves. If employment numbers start to roll over, the consumer is going to need us more at the end of the day. So we'll watch and see. But if the jobs' creation number and/or the ones that are in place don't go away, then I think the consumer can weather this. It's just – it's going to be a little tough for the next quarter or so. But if we don't see any other further big headwinds, I think the customer is going to pull through it pretty well. But again, it'll all hinge on her ability to stay gainfully employed.

---

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

And then the second question is about inventories and promotions. I think, in general, a lot of retailers have indicated you could see an uptick in promotions in the back half of the year. How do you anticipate that? And going into 2023, what would be your expectations for how the promotional environment evolves?

---

### Todd J. Vasos
*Chief Executive Officer & Director, Dollar General Corp.*

A

So the promotional environment, really since the fourth quarter of 2019, just prior to the pandemic, has been pretty tame. And it's been tame through and right up till the end of Q2 here. How we see it is I think it'll still continue to be tame, especially on the consumable side of the equation. We all know that there are some of the discretionary items that some retailers, whether it be mass and/or softgood retailers are having to liquidate goods. We don't really play in a lot of those goods that are being liquidated, so it really doesn't affect us very much. But that is promotional for those that do play in it.

But I think when you look at the goods that the customer needs every day, day in and day out, I think it stays fairly rational through this year. We'll have to see, as we get through the holiday timeframe, what that looks like and see where the units are. I think it all hinge for retailers, grocers, [ph] us, mass while (34:12) units continue to hold up. And if units continue to hold up, I think that the environment will stay fairly tight.

---

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

And that's one of our questions as well, unit versus price, and as you look beyond 2022 where there was a lot more ticket-led in the comp than maybe traffic, and everybody's a little bit different, how you're thinking about the balance between ticket and traffic in 2023?

---

1-877-FACTSET    www.callstreet.com
Copyright © 2001-2022 FactSet CallStreet, LLC


### Todd J. Vasos
*Chief Executive Officer & Director, Dollar General Corp.*

A

Our core customer, as you know, is a little bit different than the general public. But how we see our core customer, and she's reacting just like we thought during the pandemic when she had more money, we say she was pretty flushed, if you will. She came less often and spent more on each occasion she came in, because she had more confidence. She had more money in her pocket. As I indicated earlier, we have seen her now revert back to her normal practices, and we believe that's how she will continue to react all the way through the – at least the fourth quarter this year; and that is, come more often, you saw our traffic number turn positive coming out of Q2, but spend less on each trip in, so the basket is a little bit smaller on that side. So we believe that will continue to hold through the fourth quarter of this year.

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

Okay. And then our last question is just around margins, which we haven't talked too much about, but the idea being that if we were to see a more normalized inflationary environment, could you see maybe a little bit more margin expansion if prices were to hold?

### Todd J. Vasos
*Chief Executive Officer & Director, Dollar General Corp.*

A

John.

### John W. Garratt
*President & Chief Financial Officer, Dollar General Corp.*

A

We've been very pleased by what we've been able to do in terms of not only driving the top line, but driving gross margin expansion. If you look at Q2, for instance, we were up 69 basis points. But if you look at versus pre-pandemic levels back to Q2 2019, we're up over 1.5 points. And as you look at the fundamental drivers there, it is the fundamentals of the business, it's the initiatives that we talked about. We have huge benefit we're seeing and growing benefits from things like DG Fresh, NCI, more recent initiatives like pOpshelf, DG Media Network. We have a lot of initiatives focused on. We mentioned healthcare as well, good, driving that margin up.

The other thing the team has done a fantastic job of is really minimizing the markdowns, both being really targeted on promotional activity. As Todd mentioned, things, as we see it now, are pretty rational. And with initiatives like NCI, where we buy wide, not as deep, we really minimized the clearance markdowns with that when you look at the nature of the goods there.

And so, near term, there's been certainly some headwinds that the team, I think, has done a fantastic job offsetting in terms of the product cost inflation, supply chain inflation, mix. But as we go into next year, that's our expectations. We'll start to see the benefit of moderating inflation. I don't think it's likely we'll be in a world where there's deflation, where you see that as a headwind. So we think with the number of initiatives we have, with the fundamentals of the business, with what we've been able to do to drive basket growth and category management and all the other levers that we have, that we're in a position to continue to expand margins over the long term even in an environment where you see that kind of moderation in inflation and in pricing. I think we're very well-positioned there.

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Case 3:23-cv-01250    Document 78-38    Filed 11/15/24    Page 13 of 14 PageID #: 2250


Thank you. I think that's all the time we have. So thanks so much again for joining us.

## Todd J. Vasos
*Chief Executive Officer & Director, Dollar General Corp.*

Well, thank you.

## Unverified Participant

Thank you.

## Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Thank you.

## Todd J. Vasos
*Chief Executive Officer & Director, Dollar General Corp.*

Thanks, everybody.

## Unverified Participant

Thank you.

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2022 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

Case 3:23-cv-01250    Document 78-38    Filed 11/15/24    Page 14 of 14 PageID #: 2251