# EXHIBIT 39

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported):  December 1, 2022

# DOLLAR GENERAL CORPORATION

(Exact name of registrant as specified in its charter)

| Tennessee | 001-11421 | 61-0502302 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| 100 MISSION RIDGE GOODLETTSVILLE, TN | 37072 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code:  (615) 855-4000

(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.875 per share | DG | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

Case 3:23-cv-01250    Document 78-39    Filed 11/15/24    Page 2 of 7 PageID #: 2253

**ITEM 2.02  RESULTS OF OPERATIONS AND FINANCIAL CONDITION.**

On December 1, 2022, Dollar General Corporation (the "Company") issued a news release regarding results of operations and financial condition for the fiscal 2022 third quarter (13 weeks) ended October 28, 2022. The news release is furnished as Exhibit 99 hereto.

The information contained within this Item 2.02, including the information in Exhibit 99, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, and shall not be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended.

**ITEM 7.01  REGULATION FD DISCLOSURE.**

The information set forth in Item 2.02 above is incorporated herein by reference. The news release also:

- sets forth statements regarding, among other things, the Company's outlook, as well as the Company's planned conference call to discuss the reported financial results, the Company's outlook, and certain other matters; and

- announces that on November 30, 2022, the Company's Board of Directors declared a quarterly cash dividend of $0.55 per share on the Company's outstanding common stock payable on or before January 17, 2023, to shareholders of record on January 3, 2023.

The information contained within this Item 7.01, including the information in Exhibit 99, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, and shall not be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended.

**ITEM 9.01  FINANCIAL STATEMENTS AND EXHIBITS.**

(a)      Financial statements of businesses acquired.  N/A
(b)      Pro forma financial information.  N/A
(c)      Shell company transactions.  N/A
(d)      Exhibits.  See Exhibit Index to this report.

**EXHIBIT INDEX**

| Exhibit No. | Description |
| --- | --- |
| 99 | News release issued December 1, 2022 |
| 104 | The cover page from this Current Report on Form 8-K, formatted in Inline XBRL |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date:  December 1, 2022

DOLLAR GENERAL CORPORATION

By:  /s/ Rhonda M. Taylor
Rhonda M. Taylor
Executive Vice President and General Counsel

2

Exhibit 99

# Dollar General Corporation Reports Third Quarter 2022 Results

### *Updates Financial Guidance and Real Estate Growth Plan for Fiscal Year 2022*

### *Provides Fiscal Year 2023 Real Estate Growth Plan*

GOODLETTSVILLE, Tenn.--(BUSINESS WIRE)--December 1, 2022--Dollar General Corporation (NYSE: DG) today reported financial results for its fiscal year 2022 third quarter (13 weeks) ended October 28, 2022.

- Net Sales Increased 11.1% to $9.5 Billion
- Same-Store Sales Increased 6.8%
- Operating Profit Increased 10.5% to $735.5 Million
- Diluted Earnings Per Share ("EPS") Increased 12.0% to $2.33
- Year-to-Date Cash Flows From Operations of $1.2 Billion
- Board of Directors Declares Quarterly Cash Dividend of $0.55 per share

"We are thankful to our team for their continued dedication to serving others, particularly in a challenging economic and operating environment," said Jeff Owen, Dollar General's chief executive officer. "We are pleased with our strong sales growth in the quarter, as well as a modest increase in customer traffic and continued share gains in both consumable and non-consumable product sales, all of which we believe are a testament to the strength of the value and convenience proposition we offer our customers."

"Despite the cost pressures we experienced during the quarter, as well as challenges within our internal supply chain resulting in higher-than-anticipated distribution and transportation costs, our team was resilient and worked hard to deliver double-digit diluted EPS growth. We believe the majority of these and other gross margin pressures are largely temporary, and we are confident in our plans to drive greater supply chain efficiencies moving forward."

"We continued to make progress on our strategic initiatives and operating priorities during the quarter, including executing nearly 800 real estate projects. Looking ahead, we are pleased to announce today that we plan to execute approximately 3,170 real estate projects in the United States in fiscal year 2023[1], including approximately 1,050 new stores. We are excited about our plans to extend our ability to serve more customers, and believe we are well-positioned to continue delivering long-term sustainable growth and value for our shareholders."

[1] *Fiscal year 2023 is the 52-week fiscal year ending February 2, 2024.*

### Third Quarter 2022 Highlights

Net sales increased 11.1% to $9.5 billion in the third quarter of 2022 compared to $8.5 billion in the third quarter of 2021. The net sales increase was primarily driven by positive sales contributions from new stores and growth in same-store sales, partially offset by the impact of store closures. Same-store sales increased 6.8% compared to the third quarter of 2021, driven primarily by an increase in average transaction amount, as well as a modest increase in customer traffic. Same-store sales in the third quarter of 2022 included growth in the consumables category, partially offset by declines in each of the apparel, seasonal, and home products categories.

Gross profit as a percentage of net sales was 30.5% in the third quarter of 2022 compared to 30.8% in the third quarter of 2021, a decrease of 27 basis points. This gross profit rate decrease was primarily attributable to an increased LIFO provision, which was driven higher by product costs; a greater proportion of sales coming from the consumables category, which generally has a lower gross profit rate than other product categories; and increases in distribution costs, markdowns, inventory shrink and damages; partially offset by higher inventory markups.

Selling, general and administrative expenses ("SG&A") as a percentage of net sales were 22.7% in the third quarter of 2022 compared to 22.9% in the third quarter of 2021, a decrease of 23 basis points. The primary expenses that were a lower percentage of net sales in the current year period were retail labor, incentive compensation, hurricane-related disaster expenses, and occupancy costs; which were partially offset by certain expenses that were a greater percentage of net sales in the current year period, including utilities, repairs and maintenance, and travel and training costs.

Operating profit for the third quarter of 2022 increased 10.5% to $735.5 million compared to $665.6 million in the third quarter of 2021.

The effective income tax rate in the third quarter of 2022 was 22.8% compared to 22.2% in the third quarter of 2021. This higher effective income tax rate was primarily due to a reduced benefit from stock-based compensation, partially offset by a lower effective state income tax rate in the 2022 period when compared to the 2021 period.

The Company reported net income of $526.2 million for the third quarter of 2022, an increase of 8.0% compared to $487.0 million in the third quarter of 2021. Diluted EPS increased 12.0% to $2.33 for the third quarter of 2022 compared to diluted EPS of $2.08 in the third quarter of 2021.

**Merchandise Inventories**

As of October 28, 2022, total merchandise inventories, at cost, were $7.1 billion compared to $5.3 billion as of October 29, 2021, an increase of 28.4% on a per-store basis. This increase primarily reflects the impact of product cost inflation, as well as a greater mix of higher-value products, particularly in the Home and Seasonal categories, primarily due to the continued rollout of the Company's non-consumables initiative, as well as the earlier receipt of seasonal goods.

**Capital Expenditures**

Total additions to property and equipment in the 39-week period ended October 28, 2022 were $1.1 billion, including approximately: $463 million for improvements, upgrades, remodels and relocations of existing stores; $279 million for distribution and transportation-related projects; $254 million related to store facilities, primarily for leasehold improvements, fixtures and equipment in new stores; and $49 million for information systems upgrades and technology-related projects. During the third quarter of 2022, the Company opened 268 new stores, remodeled 485 stores, and relocated 45 stores.

**Share Repurchases**

In the third quarter of 2022, the Company repurchased $546 million of its common stock, or 2.3 million shares, at an average price of $242.29 per share, under its share repurchase program. The total remaining authorization for future repurchases was $2.5 billion at the end of the third quarter of 2022. Under the authorization, repurchases may be made from time to time in open market transactions, including pursuant to trading plans adopted in accordance with Rule 10b5-1 of the Securities Exchange Act of 1934, as amended, or in privately negotiated transactions. The timing, manner and number of shares repurchased will depend on a variety of factors, including price, market conditions, compliance with the covenants and restrictions under the Company's debt agreements and other factors. The authorization has no expiration date.

**Dividend**

On November 30, 2022, the Company's Board of Directors declared a quarterly cash dividend of $0.55 per share on the Company's common stock, payable on or before January 17, 2023 to shareholders of record on January 3, 2023. While the Board of Directors intends to continue regular cash dividends, the declaration and amount of future dividends are subject to the sole discretion of the Board and will depend upon, among other things, the Company's results of operations, cash requirements, financial condition, contractual restrictions, and other factors the Board may deem relevant in its sole discretion.

**Fiscal Year 2022 Financial Guidance and Store Growth Outlook**

During the third quarter, the Company experienced unanticipated delays in acquiring additional temporary warehouse space sufficient for its inventory needs, which caused inefficiencies within the Company's internal supply chain. These challenges resulted in higher-than-anticipated supply chain costs, including fees incurred for delays in returning shipping containers, and higher transportation costs caused by the need to service stores from less-than-optimal distribution center alignments.

As a result of these greater-than-anticipated gross margin pressures, which we believe are temporary but will continue to a lesser degree through the fourth quarter of 2022, as well as those related to sales mix, inventory shrink and damages, the Company is updating its diluted EPS guidance for the 53-week fiscal year ending February 3, 2023 ("fiscal year 2022") from that which was issued on August 25, 2022.

Additionally, the Company is narrowing its expectations for same-store sales growth and capital expenditures within the previously guided ranges, and is reiterating the remainder of its financial guidance for fiscal year 2022 from that which was issued on August 25, 2022. The Company is also providing guidance for same-store sales growth and diluted EPS for the fourth of quarter of fiscal year 2022.

The Company now expects the following:

- Same-store sales growth of approximately 6% - 7% for the fourth quarter of fiscal year 2022, which would result in growth toward the upper end of its previously expected range of 4.0% - 4.5% for fiscal year 2022;
- Diluted EPS in the range of $3.15 - $3.30 for the fourth quarter of fiscal year 2022, which would result in growth in the range of approximately 7% - 8% for fiscal year 2022; compared to its previous expectation in the range of approximately 12% - 14% for fiscal year 2022;
  - Both the current and previous ranges include an estimated benefit of approximately four percentage points from the 53rd week;
  - This Diluted EPS guidance assumes an effective tax rate toward the upper end of the previously provided range of 22.0% - 22.5% for fiscal year 2022; and
- Capital expenditures, including those related to investments in the Company's strategic initiatives, of approximately $1.5 billion for fiscal year 2022; compared to its previous expectation in the range of $1.4 billion - $1.5 billion.