# EXHIBIT 41

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): <u>October 12, 2023</u>

## DOLLAR GENERAL CORPORATION

(Exact name of registrant as specified in its charter)

| Tennessee | 001-11421 | 61-0502302 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| 100 MISSION RIDGE GOODLETTSVILLE, TN | 37072 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: <u>(615) 855-4000</u>

(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.875 per share | DG | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**ITEM 5.02      DEPARTURE OF DIRECTORS OR CERTAIN OFFICERS; ELECTION OF DIRECTORS; APPOINTMENT OF CERTAIN OFFICERS; COMPENSATORY ARRANGEMENTS OF CERTAIN OFFICERS.**

On and effective October 12, 2023, the Board of Directors (the "Board") of Dollar General Corporation (the "Company") appointed Todd J. Vasos as Chief Executive Officer of the Company. Mr. Vasos will continue to serve on the Company's Board. Mr. Vasos succeeds Jeffery C. Owen, whose separation from the Company and resignation as a director was effective earlier on October 12, 2023. In connection with Mr. Owen's resignation as a director, the Board reduced the size of the Board to nine directors.

Mr. Vasos, age 62, previously served as the Company's Chief Executive Officer from June 2015 to November 2022 when he transitioned to Senior Advisor. He retired from this role in April 2023. He has served as a member of the Company's Board since June 2015. He joined the Company in December 2008 as Executive Vice President, Division President and Chief Merchandising Officer and was promoted to Chief Operating Officer in November 2013. Prior to joining the Company, Mr. Vasos served in leadership positions with Longs Drug Stores Corporation, Phar-Mor Food and Drug Inc. and Eckerd Corporation. Mr. Vasos has served as a director of KeyCorp since July 2020.

For his services as Chief Executive Officer, Mr. Vasos will receive an initial annual base salary of $1,400,000. In addition, Mr. Vasos will be eligible for an annual cash incentive bonus under the Company's short-term incentive program for senior executives, based on performance criteria and other conditions as may be approved by the Compensation and Human Capital Management Committee (the "Compensation Committee"), with an initial targeted payout opportunity equal to 150% of his annual base salary (the 2023 incentive payout, if any is earned, will be prorated for his time in service as Chief Executive Officer). Furthermore, Mr. Vasos will receive a one-time award of a nonqualified option to purchase 250,000 shares of the Company's common stock (the "Option") at a per share exercise price equal to the closing price of the Company's common stock on the grant date of the Option, which Option will be scheduled to vest on October 12, 2027, subject to certain accelerated vesting conditions. The Company also will reimburse Mr. Vasos up to $500,000 per calendar year (prorated for the 2023 calendar year) for personal air travel to and from his residences and for personal visits with his immediate family members in locations within the continental United States.

In addition, the Company and Mr. Vasos entered into a 4-year employment agreement, effective October 12, 2023 (the "Vasos Employment Agreement"), to provide for the terms and conditions of Mr. Vasos's employment as Chief Executive Officer. The Vasos Employment Agreement commits to annually nominating Mr. Vasos to serve on the Board during his term as Chief Executive Officer of the Company; sets forth certain provisions with respect to his compensation and severance entitlements; and contains certain business protections provisions, including non-competition and non-solicitation provisions for three years following his service termination date.

Pursuant to the Vasos Employment Agreement, if the Company terminates Mr. Vasos's employment without cause (as defined in the agreement) before the appointment of a successor Chief Executive Officer ("Successor CEO") or if he resigns from the Company for good reason (as defined in the agreement) at any time, subject to execution and effectiveness of a release of certain claims, he will receive severance benefits of: (1) continued base salary payments over 24 months; (2) a lump sum payment equal to two times his annual target bonus under the Company's annual bonus program for senior executives in respect of the Company's fiscal year in which the termination date occurs; (3) a lump sum payment, payable at such time as annual bonuses are paid to other senior executives of the Company and subject to achievement of applicable performance criteria, of a pro rata portion of the annual bonus, if any, that he would have been entitled to receive for the fiscal year of termination, if such termination had not occurred; (4) a lump sum payment equal to two times the annual contribution that would have been made by the Company for the plan year in which the employment termination occurs for his participation in the Company's medical, pharmacy, dental and vision benefits programs; and (5) reasonable outplacement services, as determined and provided by the Company, for one year or until other employment is secured, whichever comes first.