# EXHIBIT 42

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-Q

**(Mark One)**

☒      Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

**For the quarterly period ended October 28, 2022**

**or**

☐      Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

**For the transition period from _____ to _____**

Commission File Number: **001-11421**

# DOLLAR GENERAL CORPORATION

(Exact name of Registrant as specified in its charter)

| | |
|---|---|
| **TENNESSEE** | **61-0502302** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**100 MISSION RIDGE**
**GOODLETTSVILLE, TN 37072**
(Address of principal executive offices, zip code)

Registrant's telephone number, including area code: **(615) 855-4000**

Former name, former address and former fiscal year, if changed since last report: **Not Applicable**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.875 per share | DG | New York Stock Exchange |

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the Registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the Registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ |
| Non-accelerated filer ☐ | Smaller reporting company ☐ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The Registrant had 223,574,799 shares of common stock outstanding on November 25, 2022.

**TABLE OF CONTENTS**

| | | |
|---|---|---|
| Part I | Financial Information | |
| | Item 1. Financial Statements | 2 |
| | Condensed Consolidated Balance Sheets | 2 |
| | Condensed Consolidated Statements of Income | 3 |
| | Condensed Consolidated Statements of Comprehensive Income | 4 |
| | Condensed Consolidated Statements of Shareholders' Equity | 5 |
| | Condensed Consolidated Statement of Cash Flows | 6 |
| | Notes to Condensed Consolidated Financial Statements | 7 |
| | Report of Independent Registered Public Accounting Firm | 13 |
| | Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations | 14 |
| | Item 3. Quantitative and Qualitative Disclosures About Market Risk | 25 |
| | Item 4. Controls and Procedures | 25 |
| Part II | Other Information | |
| | Item 1. Legal Proceedings | 26 |
| | Item 1A. Risk Factors | 26 |
| | Item 2. Unregistered Sales of Equity Securities and Use of Proceeds | 26 |
| | Item 6. Exhibits | 26 |
| Cautionary Disclosure Regarding Forward-Looking Statements | | 27 |
| Exhibit Index | | 29 |
| Signature | | 31 |

**ITEM 1.**        **FINANCIAL STATEMENTS.**

**DOLLAR GENERAL CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
*(In thousands)*

| | October 28, 2022 | January 28, 2022 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 362,731 | $ 344,829 |
| Merchandise inventories | 7,144,722 | 5,614,325 |
| Income taxes receivable | 188,082 | 97,394 |
| Prepaid expenses and other current assets | 321,481 | 247,295 |
| Total current assets | 8,017,016 | 6,303,843 |
| Net property and equipment | 4,927,450 | 4,346,127 |
| Operating lease assets | 10,469,374 | 10,092,930 |
| Goodwill | 4,338,589 | 4,338,589 |
| Other intangible assets, net | 1,199,700 | 1,199,750 |
| Other assets, net | 55,029 | 46,132 |
| Total assets | $ 29,007,158 | $ 26,327,371 |
| | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Current portion of operating lease liabilities | 1,257,060 | 1,183,559 |
| Accounts payable | 4,127,076 | 3,738,604 |
| Accrued expenses and other | 1,110,505 | 1,049,139 |
| Income taxes payable | 8,006 | 8,055 |
| Total current liabilities | 6,502,647 | 5,979,357 |
| Long-term obligations | 5,985,728 | 4,172,068 |
| Long-term operating lease liabilities | 9,195,042 | 8,890,709 |
| Deferred income taxes | 992,479 | 825,254 |
| Other liabilities | 237,456 | 197,997 |
| Commitments and contingencies | | |
| Shareholders' equity: | | |
| Preferred stock | - | - |
| Common stock | 195,629 | 201,265 |
| Additional paid-in capital | 3,676,077 | 3,587,914 |
| Retained earnings | 2,222,823 | 2,473,999 |
| Accumulated other comprehensive loss | (723) | (1,192) |
| Total shareholders' equity | 6,093,806 | 6,261,986 |
| Total liabilities and shareholders' equity | $ 29,007,158 | $ 26,327,371 |

*See notes to condensed consolidated financial statements.*

**DOLLAR GENERAL CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF INCOME**
(Unaudited)
*(In thousands, except per share amounts)*

| | For the 13 weeks ended | | For the 39 weeks ended | |
| --- | --- | --- | --- | --- |
| | October 28, 2022 | October 29, 2021 | October 28, 2022 | October 29, 2021 |
| Net sales | $ 9,464,891 | $ 8,517,839 | $ 27,641,956 | $ 25,569,001 |
| Cost of goods sold | 6,579,696 | 5,898,400 | 18,970,175 | 17,456,235 |
| Gross profit | 2,885,195 | 2,619,439 | 8,671,781 | 8,112,766 |
| Selling, general and administrative expenses | 2,149,650 | 1,953,851 | 6,276,653 | 5,688,760 |
| Operating profit | 735,545 | 665,588 | 2,395,128 | 2,424,006 |
| Interest expense | 53,681 | 39,198 | 136,455 | 119,020 |
| Other (income) expense | 415 | - | 415 | - |
| Income before income taxes | 681,449 | 626,390 | 2,258,258 | 2,304,986 |
| Income tax expense | 155,282 | 139,359 | 501,404 | 503,187 |
| Net income | $ 526,167 | $ 487,031 | $ 1,756,854 | $ 1,801,799 |
| Earnings per share: | | | | |
|   Basic | $ 2.34 | $ 2.09 | $ 7.76 | $ 7.66 |
|   Diluted | $ 2.33 | $ 2.08 | $ 7.72 | $ 7.61 |
| Weighted average shares outstanding: | | | | |
|   Basic | 224,527 | 232,491 | 226,434 | 235,321 |
|   Diluted | 225,697 | 234,026 | 227,587 | 236,911 |
| | | | | |
| Dividends per share | $ 0.55 | $ 0.42 | $ 1.65 | $ 1.26 |

*See notes to condensed consolidated financial statements.*

3

**DOLLAR GENERAL CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**
(Unaudited)
*(In thousands)*

| | For the 13 weeks ended | | For the 39 weeks ended | |
|---|---|---|---|---|
| | October 28, 2022 | October 29, 2021 | October 28, 2022 | October 29, 2021 |
| Net income | $ 526,167 | $ 487,031 | $ 1,756,854 | $ 1,801,799 |
| Unrealized net gain (loss) on hedged transactions and currency translation, net of related income tax expense (benefit) of $87, $87, $260, and $260, respectively | 243 | 243 | 469 | 728 |
| Comprehensive income | $ 526,410 | $ 487,274 | $ 1,757,323 | $ 1,802,527 |

*See notes to condensed consolidated financial statements.*

4

**DOLLAR GENERAL CORPORATION AND SUBSIDIARIES**
**Notes to Condensed Consolidated Financial Statements**
**(Unaudited)**

## 1.      Basis of presentation

The accompanying unaudited condensed consolidated financial statements of Dollar General Corporation (which individually or together with its subsidiaries, as the context requires, is referred to as the "Company") have been prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") for interim financial information and are presented in accordance with the requirements of Form 10-Q and Rule 10-01 of Regulation S-X. Such financial statements consequently do not include all of the disclosures normally required by U.S. GAAP for annual financial statements or those normally made in the Company's Annual Report on Form 10-K, including the condensed consolidated balance sheet as of January 28, 2022 which was derived from the audited consolidated financial statements at that date. Accordingly, readers of this Quarterly Report on Form 10-Q should refer to the Company's Annual Report on Form 10-K for the fiscal year ended January 28, 2022 for additional information.

The Company's fiscal year ends on the Friday closest to January 31. Unless the context requires otherwise, references to years contained herein pertain to the Company's fiscal year. The Company's 2022 fiscal year is scheduled to be a 53-week accounting period ending on February 3, 2023, and the 2021 fiscal year was a 52-week accounting period that ended on January 28, 2022.

The accompanying unaudited condensed consolidated financial statements have been prepared in accordance with the Company's customary accounting practices. In management's opinion, all adjustments (which are of a normal recurring nature) necessary for a fair presentation of the consolidated financial position as of October 28, 2022 and results of operations for the 13-week and 39-week accounting periods ended October 28, 2022 and October 29, 2021 have been made.

The preparation of financial statements and related disclosures in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the condensed consolidated financial statements and the reported amounts of revenues and expenses during the reporting periods. Actual results could differ from those estimates. Because the Company's business is moderately seasonal, the results for interim periods are not necessarily indicative of the results to be expected for the entire year. In addition, the effect of the COVID-19 pandemic and the governmental response thereto on consumer behavior beginning in the first quarter of 2020 resulted in a departure from seasonal norms experienced in recent years and may continue to disrupt the historical quarterly cadence of the Company's results of operations for an unknown period of time.

The Company uses the last-in, first-out ("LIFO") method of valuing inventory. An actual valuation of inventory under the LIFO method is made at the end of each year based on the inventory levels and costs at that time. Accordingly, interim LIFO calculations are based on management's estimates of expected year-end inventory levels, sales for the year and the expected rate of inflation or deflation for the year. The interim LIFO calculations are subject to adjustment in the final year-end LIFO inventory valuation. The Company recorded a LIFO provision of $147.8 million and $60.5 million in the respective 13-week periods, and $353.6 million and $108.7 million in the respective 39-week periods, ended October 28, 2022 and October 29, 2021. In addition, ongoing estimates of inventory shrinkage and initial markups and markdowns are included in the interim cost of goods sold calculation.

In March 2020 and January 2021, the Financial Accounting Standards Board ("FASB") issued accounting standards updates pertaining to reference rate reform. This collective guidance is in response to accounting concerns regarding contract modifications and hedge accounting because of impending rate reform associated with structural risks of interbank offered rates (IBORs), and, particularly, the risk of cessation of LIBOR, related to regulators in several jurisdictions around the world having undertaken reference rate reform initiatives to identify alternative reference rates. The guidance provides optional expedients and exceptions for applying U.S. GAAP to contracts, hedging relationships, and other transactions affected by reference rate reform if certain criteria are met. This guidance is effective for all entities as of March 12, 2020 and must be adopted by December 31, 2022. The Company does not expect the adoption of this guidance to have a material impact on its consolidated results of operations, financial position or cash flows.

7

**2.      Earnings per share**

Earnings per share is computed as follows (in thousands, except per share data):

| | 13 Weeks Ended October 28, 2022 | | | 13 Weeks Ended October 29, 2021 | | |
|---|---|---|---|---|---|---|
| | Net Income | Weighted Average Shares | Per Share Amount | Net Income | Weighted Average Shares | Per Share Amount |
| Basic earnings per share | $   526,167 | 224,527 | $   2.34 | $   487,031 | 232,491 | $   2.09 |
| Effect of dilutive share-based awards | | 1,170 | | | 1,535 | |
| Diluted earnings per share | $   526,167 | 225,697 | $   2.33 | $   487,031 | 234,026 | $   2.08 |

| | 39 Weeks Ended October 28, 2022 | | | 39 Weeks Ended October 29, 2021 | | |
|---|---|---|---|---|---|---|
| | Net Income | Weighted Average Shares | Per Share Amount | Net Income | Weighted Average Shares | Per Share Amount |
| Basic earnings per share | $ 1,756,854 | 226,434 | $   7.76 | $ 1,801,799 | 235,321 | $   7.66 |
| Effect of dilutive share-based awards | | 1,153 | | | 1,590 | |
| Diluted earnings per share | $ 1,756,854 | 227,587 | $   7.72 | $ 1,801,799 | 236,911 | $   7.61 |

Basic earnings per share is computed by dividing net income by the weighted average number of shares of common stock outstanding during the period. Diluted earnings per share is determined based on the dilutive effect of share-based awards using the treasury stock method.

Share-based awards that were outstanding at the end of the respective periods but were not included in the computation of diluted earnings per share because the effect of exercising such awards would be antidilutive, were approximately 0.1 million in each of the respective 13-week periods and 39-week periods, ended October 28, 2022 and October 29, 2021.

**3.      Income taxes**

Under the accounting standards for income taxes, the asset and liability method is used for computing the future income tax consequences of events that have been recognized in the Company's consolidated financial statements or income tax returns.

Income tax reserves are determined using the methodology established by accounting standards for income taxes which require companies to assess each income tax position taken using the following two-step approach. A determination is first made as to whether it is more likely than not that the position will be sustained, based upon the technical merits, upon examination by the taxing authorities. If the tax position is expected to meet the more likely than not criteria, the benefit recorded for the tax position equals the largest amount that is greater than 50% likely to be realized upon ultimate settlement of the respective tax position.

The Company's 2018 and earlier tax years are not open for further examination by the Internal Revenue Service ("IRS"). The IRS, at its discretion, may choose to examine the Company's 2019 through 2021 fiscal year income tax filings. The Company has various state income tax examinations that are currently in progress. Generally, with few exceptions, the Company's 2018 and later tax years remain open for examination by the various state taxing authorities.

As of October 28, 2022, the total reserves for uncertain tax benefits, interest expense related to income taxes and potential income tax penalties were $ 9.7 million, $0.4 million and $0.0 million, respectively, for a total of $10.1 million. This total amount is reflected in noncurrent other liabilities in the condensed consolidated balance sheet.

The Company's reserve for uncertain tax positions is expected to be reduced by $1.7 million in the coming twelve months as a result of expiring statutes of limitations. As of October 28, 2022, approximately $8.8 million of the reserve for uncertain tax positions would impact the Company's effective income tax rate if the Company were to recognize the tax benefit for these positions.

The effective income tax rates for the 13-week and 39-week periods ended October 28, 2022 were 22.8% and 22.2% respectively, compared to rates of 22.2% and 21.8% for the 13-week and 39-week periods ended October 29,

thereafter, we began to see reversion toward the historical mix trends. We continue to expect sales mix challenges to persist as the mix trend reversion toward consumables returned to pre-pandemic levels in the fourth quarter of 2021 and has exceeded pre-pandemic levels since the first quarter of 2022. Several of our initiatives, including certain of those discussed below, are intended to address these mix challenges; however, there can be no assurances that these efforts will be successful.

In the first three quarters of 2022, we saw continued growth in average transaction amount, which was driven primarily by inflation, and we believe, to a lesser degree, our merchandising efforts. In the second and third quarters of 2022, we experienced a slight to modest increase in customer traffic. In addition, although we believe our sales growth in the first half of 2022 was negatively impacted by the global and domestic supply chain challenges and disruptions discussed further below, primarily in the form of lower merchandise in-stock levels in our stores, we have seen some improvement in our in-stock levels and in the global supply chain environment. However, we are experiencing what we believe to be temporary warehouse capacity constraints and inefficiencies within our internal supply chain, including unanticipated temporary delays in opening or securing additional storage facilities, all of which is discussed further below.

We continue to implement and invest in certain strategic initiatives that we believe will help drive profitable sales growth with both new and existing customers and capture long-term growth opportunities. Such opportunities include providing our customers with additional shopping access points and even greater convenience by leveraging and developing digital tools and technology, such as our Dollar General app, which contains a variety of tools to enhance the in-store shopping experience. Additionally, we launched a partnership with a third-party delivery service during 2021, which is now available in the majority of our stores, and we continue to grow our DG Media Network, which is our platform for connecting brand partners with our customers to drive even greater value for each.

Further, our non-consumables initiative, which offers a new, differentiated and limited assortment that will change throughout the year, continues to contribute to improved overall sales and gross margin performance in stores where it has been deployed. We have significantly expanded the number of stores with either the full or the "lite" version of our non-consumables initiative offering, and plan to complete the rollout in the vast majority of our Dollar General stores by the end of 2022.

Additionally, we are continuing to grow the footprint of pOpshelf, a unique retail concept that incorporates certain of the lessons learned from the non-consumables initiative in a differentiated format that is focused on categories such as seasonal and home décor, health and beauty, home cleaning supplies, and party and entertainment goods. At the end of the third quarter of 2022, we operated 103 standalone pOpshelf locations and 40 pOpshelf store-within-a-store concepts within existing Dollar General Market stores. Our goal is to operate approximately 150 pOpshelf locations by the end of 2022. We believe this concept represents a significant growth opportunity and are targeting approximately 1,000 pOpshelf stores by the end of 2025.

Our "DG Fresh" initiative, a self-distribution model for frozen and refrigerated products that is designed to reduce product costs, enhance item assortment, improve our in-stock position, and enhance sales, has positively contributed to our sales performance since we completed the initial rollout in the second quarter of 2021, driven by higher in-stock levels and the introduction of new products in select stores. In addition, DG Fresh has benefitted gross profit through improved initial markups on inventory purchases, which were partially offset by increased distribution and transportation costs. DG Fresh now wholly or partially serves essentially all stores across the chain, and we expect the overall net benefit to our financial results to continue throughout 2022. Moving forward, we plan to focus on additional optimization of the distribution footprint and product assortment within DG Fresh to further drive profitable sales growth.

To support our other operating priorities, we remain focused on capturing growth opportunities. In the first three quarters of 2022, we opened 734 new stores, remodeled 1,550 stores, and relocated 107 stores. We now plan to open approximately 1,025 new stores (including planned pOpshelf stores and our first store in Mexico), remodel approximately 1,795 stores, and relocate approximately 125 stores, for a total of 2,945 real estate projects in 2022. We expect our first store in Mexico to open in the fourth quarter of 2022. In 2023, we plan to open approximately 1,050 new stores in the United States (including any pOpshelf stores), remodel approximately 2,000 stores, and relocate approximately 120 stores, for a total of 3,170 real estate projects. We expect to operate up to 35 stores in Mexico by the end of 2023, and all store openings in Mexico in 2023 would be incremental to our planned 1,050 new store openings.

We continue to innovate within our channel and utilize the most productive of our various Dollar General store formats based on the specific market opportunity. We expect store format innovation to allow us to capture additional growth opportunities within our existing markets. We are now using two larger format stores (approximately 8,500 square feet and 9,500 square feet, respectively), and expect the 8,500 square foot format, along with our existing Dollar General Plus format of a similar size, to continue as our base prototypes for the majority of new stores, replacing our traditional 7,300 square foot format and higher-cooler count Dollar General Traditional Plus format. The larger formats allow for expanded high-capacity-cooler counts; an extended queue line; and a broader product assortment, including the non-consumable initiative, a larger health and beauty section, and produce in select stores. We continue to incorporate lessons learned from our various store formats and layouts into our existing store base. These lessons contribute to innovation in developing new formats, with a goal of driving increased customer traffic, average transaction amount, same-store sales and overall store productivity.

We have established a position as a low-cost operator, always seeking ways to reduce or control costs that do not affect our customers' shopping experiences. We plan to continue enhancing this position over time while employing ongoing cost discipline to reduce certain expenses as a percentage of sales. Nonetheless, we seek to maintain flexibility to invest in the business as necessary to enhance our long-term competitiveness and profitability.

We are continuing to deploy "Fast Track," an initiative aimed at further enhancing our convenience proposition and in-stock position as well as increasing labor efficiencies within our stores. The completed first phase of Fast Track involved sorting process optimization within our non-refrigerated distribution centers, as well as increased shelf-ready packaging, to allow for greater store-level stocking efficiencies, while the ongoing second phase involves adding a self-checkout option, which we plan to have in up to 11,000 of our stores by the end of 2022. These and the other strategic initiatives discussed above have required and will require us to incur upfront expenses for which there may not be an immediate return in terms of sales or enhanced profitability.

To further optimize our cost structure and facilitate greater operational control within our supply chain, we plan to double the size of our private tractor fleet in 2022. We had more than 1,300 tractors in our fleet at the end of the third quarter of 2022, and our goal is to have more than 1,400 tractors in the fleet by the end of 2022.

Certain of our operating expenses, such as wage rates and occupancy costs, have continued to increase in recent years, due primarily to market forces, including labor availability, increases in minimum wage rates and increases in property rents. Further federal, state and/or local minimum wage increases could have a material negative impact on our operating expenses, although the magnitude and timing of such impact is uncertain. In addition, we have experienced challenges such as increased costs and disruptions in our business as a result of various global events, including the COVID-19 pandemic and its associated impacts. Such challenges include incremental transportation, distribution, and payroll costs, as well as supply chain disruptions. While we have begun to see some improvement in the overall global supply chain environment, we have experienced some unanticipated delays in acquiring additional temporary warehouse space sufficient for our inventory needs, which has caused delays and inefficiencies within our internal supply chain. These challenges have resulted in materially higher than anticipated supply chain costs, including detention fees incurred for delays in returning shipping containers and higher temporary storage and transportation costs and labor. While we anticipate these pressures will result in a continued headwind through at least the remainder of the year, we have made progress in acquiring additional warehouse capacity, and expect to add a significant amount of additional warehouse capacity through the remainder of 2022 and in 2023. We believe these additional facilities will drive greater efficiencies throughout our supply chain.

In addition, while we believe the effect of inflation is beginning to moderate, we expect continued inflationary pressures in the near term due to higher input costs and that higher energy and fuel prices will continue to affect us as well as our vendors and customers, resulting in higher commodity, transportation and other costs, including product costs, all of which may result in continued pressure to our operating results. To the extent that these inflationary pressures result in a recessionary environment, we may experience adverse effects on our business, results of operations and cash flows. While we expect some challenges to persist, certain of our initiatives and plans are intended to help offset these challenges; however, they are somewhat dependent on the scale and timing of the increased costs, among other factors. There can be no assurance that our mitigation efforts will be successful. Moreover, recent increases in market interest rates have had a negative impact on our interest expense, both with respect to issuances of commercial paper notes and other indebtedness.

16

Case 3:23-cv-01250    Document 78-42    Filed 11/15/24    Page 10 of 16 PageID #: 2294

Highlights of our 2022 third quarter results of operations, compared to the 2021 third quarter, and our financial condition at October 28, 2022, are set forth below. Basis points amounts referred to below are equal to 0.01% as a percentage of net sales.

- Net sales increased 11.1% to $9.47 billion driven by sales in same-stores which increased 6.8% and new stores. Average sales per square foot for all stores over the 52-week period ended October 28, 2022 was $266.

- Gross profit, as a percentage of net sales, was 30.5% in the 2022 period and 30.8% in the 2021 period, a decrease of 27 basis points, primarily reflecting a higher LIFO provision.

- SG&A expense, as a percentage of net sales, was 22.7% in the 2022 period compared to 22.9% in the 2021 period, a decrease of 23 basis points, primarily due to lower retail labor and incentive compensation as a percentage of net sales.

- Operating profit increased 10.5% to $735.5 million in the 2022 period compared to $665.6 million in the 2021 period.

- Interest expense increased by $14.5 million in the 2022 period driven by higher average borrowings and higher interest rates.

- The effective income tax rate for the 2022 period was 22.8% compared to a rate of 22.2% for the 2021 period, primarily due to a reduced tax benefit from federal tax credits.

- Net income was $526.2 million, or $2.33 per diluted share, in the 2022 period compared to net income of $487.0 million, or $2.08 per diluted share, in the 2021 period.

Highlights of the year-to-date period of 2022 include:

- Cash generated from operating activities was $1.25 billion for the 2022 period, a decrease of $978.5 million, or 43.9%, from the comparable 2021 period due primarily to increased inventory purchases.

- Total cash dividends of $372.4 million, or $1.65 per share, were paid during the 2022 period, compared to $295.4 million, or $1.26 per share, in the comparable 2021 period.

- Inventory turnover was 4.0 times on a rolling four-quarter basis. On a per store basis, inventories at October 28, 2022 increased by 28.4% compared to the balances at October 29, 2021.

The above discussion is a summary only. Readers should refer to the detailed discussion of our results of operations below in the current year period as compared with the prior year period as well as our financial condition at October 28, 2022.

**Results of Operations**

*Accounting Periods.* We utilize a 52-53 week fiscal year convention that ends on the Friday nearest to January 31. The following text contains references to years 2022 and 2021, which represent the 53-week fiscal year ending February 3, 2023 and the 52-week fiscal year ended January 28, 2022, respectively. References to the third quarter accounting periods for 2022 and 2021 contained herein refer to the 13-week accounting periods ended October 28, 2022 and October 29, 2021, respectively.

*Seasonality.* The nature of our business is somewhat seasonal. Primarily because of sales of Christmas-related merchandise, operating profit in our fourth quarter (November, December and January) has historically been higher than operating profit in each of the first three quarters of the fiscal year. Expenses, and to a greater extent operating profit, vary by quarter. Results of a period shorter than a full year may not be indicative of results expected for the entire year. Furthermore, the seasonal nature of our business may affect comparisons between periods. In recent years, consumer behavior driven by the COVID-19 pandemic and the U.S. government's response thereto, including economic stimulus legislation, has resulted in a departure from our historical seasonal sales norms.

The following table contains results of operations data for the third 13-week periods and the 39-week periods of 2022 and 2021, and the dollar and percentage variances among those periods:

| (amounts in millions, except per share amounts) | 13 Weeks Ended October 28, 2022 | 13 Weeks Ended October 29, 2021 | 2022 vs. 2021 Amount Change | 2022 vs. 2021 % Change | 39 Weeks Ended October 28, 2022 | 39 Weeks Ended October 29, 2021 | 2022 vs. 2021 Amount Change | 2022 vs. 2021 % Change |
|---|---|---|---|---|---|---|---|---|
| Net sales by category: | | | | | | | | |
| Consumables | $ 7,664.8 | $ 6,704.8 | $ 960.1 | 14.3 % | $ 22,101.1 | $ 19,695.8 | $ 2,405.3 | 12.2 % |
| *% of net sales* | *80.98 %* | *78.71 %* | | | *79.96 %* | *77.03 %* | | |
| Seasonal | 942.8 | 913.9 | 29.0 | 3.2 | 2,991.1 | 3,054.6 | (63.5) | (2.1) |
| *% of net sales* | *9.96 %* | *10.73 %* | | | *10.82 %* | *11.95 %* | | |
| Home products | 574.4 | 551.1 | 23.3 | 4.2 | 1,674.0 | 1,683.6 | (9.6) | (0.6) |
| *% of net sales* | *6.07 %* | *6.47 %* | | | *6.06 %* | *6.58 %* | | |
| Apparel | 282.8 | 348.1 | (65.3) | (18.8) | 875.7 | 1,135.0 | (259.3) | (22.8) |
| *% of net sales* | *2.99 %* | *4.09 %* | | | *3.17 %* | *4.44 %* | | |
| Net sales | $ 9,464.9 | $ 8,517.8 | $ 947.1 | 11.1 % | $ 27,642.0 | $ 25,569.0 | $ 2,073.0 | 8.1 % |
| Cost of goods sold | 6,579.7 | 5,898.4 | 681.3 | 11.6 | 18,970.2 | 17,456.2 | 1,513.9 | 8.7 |
| *% of net sales* | *69.52 %* | *69.25 %* | | | *68.63 %* | *68.27 %* | | |
| Gross profit | 2,885.2 | 2,619.4 | 265.8 | 10.1 | 8,671.8 | 8,112.8 | 559.0 | 6.9 |
| *% of net sales* | *30.48 %* | *30.75 %* | | | *31.37 %* | *31.73 %* | | |
| Selling, general and administrative expenses | 2,149.7 | 1,953.9 | 195.8 | 10.0 | 6,276.7 | 5,688.8 | 587.9 | 10.3 |
| *% of net sales* | *22.71 %* | *22.94 %* | | | *22.71 %* | *22.25 %* | | |
| Operating profit | 735.5 | 665.6 | 70.0 | 10.5 | 2,395.1 | 2,424.0 | (28.9) | (1.2) |
| *% of net sales* | *7.77 %* | *7.81 %* | | | *8.66 %* | *9.48 %* | | |
| Interest expense | 53.7 | 39.2 | 14.5 | 36.9 | 136.5 | 119.0 | 17.4 | 14.6 |
| *% of net sales* | *0.57 %* | *0.46 %* | | | *0.49 %* | *0.47 %* | | |
| Other (income) expense | 0.4 | - | 0.4 | - | 0.4 | - | 0.4 | - |
| *% of net sales* | *0.00 %* | *0.00 %* | | | *0.00 %* | *0.00 %* | | |
| Income before income taxes | 681.4 | 626.4 | 55.1 | 8.8 | 2,258.3 | 2,305.0 | (46.7) | (2.0) |
| *% of net sales* | *7.20 %* | *7.35 %* | | | *8.17 %* | *9.01 %* | | |
| Income tax expense | 155.3 | 139.4 | 15.9 | 11.4 | 501.4 | 503.2 | (1.8) | (0.4) |
| *% of net sales* | *1.64 %* | *1.64 %* | | | *1.81 %* | *1.97 %* | | |
| Net income | $ 526.2 | $ 487.0 | $ 39.1 | 8.0 % | $ 1,756.9 | $ 1,801.8 | $ (44.9) | (2.5)% |
| *% of net sales* | *5.56 %* | *5.72 %* | | | *6.36 %* | *7.05 %* | | |
| Diluted earnings per share | $ 2.33 | $ 2.08 | $ 0.25 | 12.0 % | $ 7.72 | $ 7.61 | $ 0.11 | 1.4 % |

**13 WEEKS ENDED OCTOBER 28, 2022 AND OCTOBER 29, 2021**

*Net Sales.* The net sales increase in the 2022 period was due to same-store sales increase of 6.8% compared to the 2021 period and sales from new stores, partially offset by the impact of store closures. For the 2022 period, there were 17,652 same-stores which accounted for sales of $9.0 billion. The increase in same-store sales primarily reflects an increase in average transaction amount driven by higher average item retail prices as well as a slight increase in customer traffic, which was partially offset by a decline in items per transaction. Same-store sales increased in the consumables category, and declined in the apparel, seasonal and home products categories.

*Gross Profit.* For the 2022 period, gross profit increased by 10.1%, and as a percentage of net sales decreased by 27 basis points to 30.5%, compared to the 2021 period, driven primarily by an increased LIFO provision. Our consumables category generally has a lower gross profit rate than our other product categories and in the current period, consumables sales increased at a greater rate than non-consumables sales, which also contributed to the decrease in the gross profit rate, along with increased distribution costs, increased markdowns, higher shrink, and an increase in inventory damages. Partially offsetting the factors which reduced our overall gross profit rate were higher inventory markups.

*Selling, General & Administrative Expenses ("SG&A").* SG&A was 22.7% as a percentage of net sales in the 2022 period compared to 22.9% in the comparable 2021 period, a decrease of 23 basis points. The primary expenses that were a lower percentage of net sales in the current year period were retail labor, incentive compensation, hurricane-

19

Case 3:23-cv-01250    Document 78-42    Filed 11/15/24    Page 12 of 16 PageID #: 2296

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized, both on behalf of the Registrant and in his capacity as principal financial officer of the Registrant.

DOLLAR GENERAL CORPORATION

Date: December 1, 2022

By: /s/ John W. Garratt

John W. Garratt
President & Chief Financial Officer

31

**Exhibit 31**

**CERTIFICATIONS**

I, Jeffery C. Owen, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Dollar General Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: December 1, 2022

/s/ Jeffery C. Owen
Jeffery C. Owen
Chief Executive Officer

I, John W. Garratt, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Dollar General Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: December 1, 2022

/s/ John W. Garratt
John W. Garratt
President & Chief Financial Officer

**Exhibit 32**

**CERTIFICATIONS**
**Pursuant to 18 U.S.C. Section 1350**

Each of the undersigned hereby certifies that to his knowledge the Quarterly Report on Form 10-Q for the fiscal quarter ended October 28, 2022 of Dollar General Corporation (the "Company") filed with the Securities and Exchange Commission on the date hereof fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934 and that the information contained in such report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ Jeffery C. Owen
Name: Jeffery C. Owen
Title: Chief Executive Officer
Date: December 1, 2022


/s/ John W. Garratt
Name: John W. Garratt
Title: President & Chief Financial Officer
Date: December 1, 2022