# EXHIBIT 46

**S&P Global**
Market Intelligence

# Dollar General Corporation NYSE:DG
# Shareholder/Analyst Call
## Wednesday, May 31, 2023 3:00 PM GMT

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

---

# Table of Contents

Call Participants .................................................................................. 3

Presentation .................................................................................. 4

Question and Answer .................................................................................. 11

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Call Participants

**EXECUTIVES**

**Christine L. Connolly**
*Chief Compliance Officer &
Corporate Secretary*

**Jeffery Carl Owen**
*CEO & Director*

**ATTENDEES**

**Kate Brindle**

**Unknown Attendee**

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:23-cv-01250   Document 78-46   Filed 11/15/24   Page 4 of 15 PageID #: 2362

# Presentation

**Jeffery Carl Owen**
*CEO & Director*

Well, good morning, and welcome to Dollar General Corporation's 2023 Annual Meeting of Shareholders. My name is Jeff Owen, and I'm the CEO of Dollar General, and the Board of Directors has appointed me to serve as the Chairman of this meeting, which I now call to order.

Let's begin with introductions. The following Board members are in attendance at today's meeting. Mike Calbert, our Chairman of the Board; Warren Bryant; Ana Chadwick; Pat Fili-Krushel; Tim McGuire; Debra Sandler; Ralph Santana; and Todd Vasos. Our executive officers are also in attendance, including John Garratt, President; Kelly Dilts, Executive Vice President and Chief Financial Officer; Steve Deckard, Executive Vice President of Growth and Emerging Markets; Kathy Reardon, Executive Vice President and Chief People Officer; Steve Sunderland, Executive Vice President of Store Operations; Emily Taylor, Executive Vice President and Chief Merchandising Officer; Rhonda Taylor, Executive Vice President and General Counsel, Carman Wenkoff, Executive Vice President and Chief Information Officer; and Anita Elliott, Senior Vice President and Chief Accounting Officer.

I'd like to thank our Board of Directors and our executive officers for their continued dedication, teamwork and leadership at Dollar General. I want to especially thank Todd Vasos, who retired as CEO in November and John Garratt, who will be retiring at the end of this week. Todd is an important mentor to me, and I am -- I appreciate him continuing to serve with us as a consultant and as a member of our Board.

And John had been a wonderful business partner and a leader in this organization, and we wish him well and all the best in his retirement.

Finally, Josh Trusley is in attendance today on behalf of Ernst & Young, our independent registered public accounting firm; and [ Ken Frank ] is attending on behalf of Broadridge, our Inspector of Election.

I'll now turn the meeting over to Christine Connolly, our Corporate Secretary, to review the meeting announcements. Christine?

**Christine L. Connolly**
*Chief Compliance Officer & Corporate Secretary*

Good morning. We are holding today's meeting pursuant to the notice provided to shareholders beginning on April 11, 2023. Please note that this meeting is being recorded.

Shareholders of record at the close of business on March 22, 2023, or their duly appointed proxy holders may vote on the items of business at this meeting. For your convenience, additional copies of the meeting agenda and rules of conduct, along with the 2022 annual report and the 2023 proxy materials are available in the back of the room as well as on proxyvote.com once past the log-in screen. In addition, a copy of the shareholders list as of the record date is available for inspection by confirmed shareholders of record or by their confirmed agents or attorneys.

Our Board has appointed Broadridge to serve as the Inspector of Election. Broadridge has informed us that there are present today, in person or by proxy, the holders of not less than the majority of the shares issued and outstanding on the record date. Having a quorum, the polls are now open.

If you've previously voted, you don't need to vote again. If you've not already voted or you want to change or revoke your vote, please see Mr. [ Frank ] before the polls close at the end of discussion of today's last voting item to obtain a ballot.

We'll begin the meeting with a presentation of the voting items, followed by up to 15 minutes to address any written questions about the proposals that were submitted before or during the meeting in accordance with the rules of conduct. Mr. Owen will present the management proposals and each shareholder proponent or their designated representative will have 3 minutes to present each shareholder proposal.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.
spglobal.com/marketintelligence

Case 3:23-cv-01250   Document 78-46    Filed 11/15/24    Page 5 of 15 PageID #: 2363

The polls will then close, and we'll adjourn the formal business of the meeting, followed by a brief business update. After the business update, we will take up to 15 minutes to answer general questions that were submitted before or during the meeting in accordance with the rules of conduct.

Only confirmed shareholders of record or their duly appointed proxy holders may submit questions at this meeting. Each such shareholder may submit up to 2 questions per voting item and up to 2 questions during the general Q&A session. Please submit pertinent questions whether regarding voting items or for the general Q&A session before the polls close to Kevin Walker, our Vice President of Investor Relations.

I'll now turn the meeting back over to Mr. Owen to introduce the items of business.

**Jeffery Carl Owen**
*CEO & Director*

Thank you, Christine. There are 4 management proposals and 3 shareholder proposals being voted on today as described in the meeting notice and in the proxy materials. The first item is the election of the 9 directors listed in the proxy statement to hold office until the next annual meeting and until their successors are duly elected and qualified. Our Board recommends that you vote for these directors.

The second item of business is the advisory vote to approve the resolution regarding the compensation of Dollar General's named executive officers as disclosed in the proxy statement. Our Board recommends that you vote for this proposal.

The third item of business is the advisory vote to recommend the frequency of future advisory votes on the compensation of Dollar General's named executive officers. Our Board recommends that you vote for a frequency of 1 year.

The fourth item of business is the ratification of the appointment of Ernst & Young LLP as our independent registered public accounting firm for fiscal 2023. Our Board recommends that you vote for this proposal.

The fifth item of business is a shareholder proposal regarding cage-free eggs progress disclosure. This proposal is being presented by a representative of the Humane Society of the United States. Would the proponent, please stand, and we will bring you a microphone to present this proposal.

**Kate Brindle**

Thank you. Good morning, everyone. My name is Kate Brindle. I'm with the Humane Society of the United States, and I'm here representing this proposal. I'll keep it very brief this morning. We believe the proposal speaks for itself. And if anyone would like additional information, we would refer you to the proxy materials. Thank you very much.

**Jeffery Carl Owen**
*CEO & Director*

Thank you. Our Board recommends that shareholders vote against this proposal, which is Item 5 on the ballot.

The sixth item of business is a shareholder proposal to take steps to amend Dollar General's governing documents to remove the 1-year holding requirement to call a special meeting of shareholders. This proposal is being presented by Mr. John Chevedden or his representative. Would the proponent, please stand, and we will bring you a microphone to present the proposal.

**Unknown Attendee**

Good morning, everyone. My name is Sheila Ewing-Agnew with Music City Mobile Notary. I am reading this special proposal on behalf of Mr. John Chevedden. Stakeholders ask our Board to take the steps necessary to amend the company governing documents to give the owners of a combined 25% of the outstanding common stock the power to call a special shareholder meeting regardless of length of stock ownership to the fullest extent possible. Some companies like Dollar General prohibit shareholders from participating in calling for a special shareholder meeting if they own stock for less than 1 continuous year, requiring 1 continuous year of stock ownership can serve as a bitter poison pill. No company has ever cited [ in his ]

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Case 3:23-cv-01250    Document 78-46    Filed 11/15/24    Page 6 of 15 PageID #: 2364

annual meeting proxy, a single example of shareholders at any company, anywhere, ever successfully calling for a special shareholder meeting at a company that excludes all shares not held for 1 continuous full year.

It is also important to vote for the shareholder right to call a special shareholder meeting proposal because Dollar General shareholders have no right to act by written consent. Shareholders at many companies have a right to call a special shareholder meeting and the right to act by written consent. Calling a special shareholder meeting is hardly ever used by shareholders, but the main point of calling a special shareholder meeting is that it gives shareholders at least significant standing to engage effectively with management. Management will have an incentive to genuinely engage with shareholders instead of stonewalling if shareholders have a reasonable Plan B alternative of calling a special shareholder meeting.

Management likes to claim that shareholders have multiple means to communicate with management, but in most cases, these means are as effective as mailing a postcard to the CEO. A reasonable right to call a special shareholder meeting is an important step for effective shareholder engagement with management. The mere fact of an improved shareholder right to call a special meeting, which can be called to elect a new director, could be an incentive for Mr. Michael Calbert, Dollar General Chairman, to improve his performance. Mr. Calbert received the most against votes of any Dollar General director in 2022, 29 million votes against. Mr. Calbert's against votes were 3x the average number of against votes of the other Dollar General directors. Please vote yes for special shareholder meeting improvement, Proposal 6.

**Jeffery Carl Owen**
*CEO & Director*

Thank you. Our Board recommends that shareholders vote against this proposal, which is Item 6 on the ballot.

The seventh item of business is a shareholder proposal requesting a worker safety and well-being audit and report. This proposal is being presented by a representative of Domini -- Domini U.S. Impact Equity Fund, the lead filer of the proposal. Would the proponent, please stand, and we will bring you a microphone to present this proposal.

**Unknown Attendee**

Thank you for the opportunity to join you today. My name is David Williams. I'm a stock at Dollar General. And I'm of one of the hundreds of thousands of Dollar General employees, who come in to work every day, scared for our safety. We're scared because we know that the leaders of Dollar General are not looking for the -- are not looking out for the safety of workers. The company has expanded it so fast and so recklessly that on any given day, I might have to deal with a rat infestation, a door they won't lock or someone pointing a gun at me with no security to protect me.

We urge Dollar General to commit to an independent audit and meet directly with workers to hear our demands and to take steps to make their stores a safe place to go to work. I'm here today on behalf of shareholders Domini Impact Investments and 5 co-filers, who filed this proposal for independent third-party audit on how the company's policies and practices impact the health and safety of workers. Even if you don't personally have [ to worry ] about the hazards, my coworkers and I deal with. If you have a financial stake in Dollar General, this should concern you.

Just last week, the U.S. Department of Labor announced $3.4 million in new penalties at the 9 expansions -- inspections across 4 states. This makes it a total of $21.7 million [indiscernible] since 2017. In October, OSHA added Dollar General to a severe violated list, dedicated to employers who have willful repeated safety violations. These violators include aisles, emergency exits, fire extinguishers and electrical panels blocked by boxes of merchandise stacked up to 6 feet high. This can lead to fires where workers and customers aren't able to get out of the store or boxes falling on workers or customers when they navigate the aisles, trying to squeeze around them.

This is all made worse by the serious level of understaffing. It is not uncommon for a worker to be alone in the store at night in areas where robberies commonly occur. As a result, at least 49 people have been

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

killed, and 172 injured in Dollar General from gun violence since 2014. Thank you for listening, and I appreciate all your support.

**Jeffery Carl Owen**
*CEO & Director*

Thank you. Our Board recommends that shareholders vote against this proposal, which is Item 7 on the ballot.

No other business was submitted pursuant to our bylaws for consideration at this meeting.

Before we address any questions about these voting items, let me remind shareholders of record and their duly appointed proxy holders that this is the final opportunity to submit or change your vote as the polls will close immediately following this discussion. And this is also the final opportunity to submit questions about the voting items or for the general Q&A session that will follow my business report. Christine, have any questions been submitted?

**Christine L. Connolly**
*Chief Compliance Officer & Corporate Secretary*

No questions have been submitted pertaining to the voting items.

**Jeffery Carl Owen**
*CEO & Director*

Since no questions have been submitted relating to the voting items, we will continue to the preliminary voting results.

[Voting]

**Jeffery Carl Owen**
*CEO & Director*

The polls are now closed. Following the announcement of the preliminary voting results, the business of the meeting is adjourned. Christine, will you please announce the preliminary voting results?

**Christine L. Connolly**
*Chief Compliance Officer & Corporate Secretary*

Based on the preliminary report of the Inspector of Election, each of the 9 nominees standing for election has received a majority of the votes cast in favor of his or her election.

The compensation of Dollar General's named executive officers has been approved on an advisory basis. Shareholders have recommended 1 year for the frequency of future advisory votes on Dollar General's named executive officer compensation. The appointment of Ernst & Young as the company's independent registered public accounting firm for fiscal 2023 has been ratified. The shareholder proposal listed as Item 5 on the ballot has not been approved. The shareholder proposal listed as Item 6 on the ballot has not been approved, and the shareholder proposal listed as Item 7 on the ballot has been approved. The final certified voting results as well as the Board's decision as to how frequently shareholder votes will be conducted on the compensation of our named executive officers in light of the shareholder recommendation will be reported on a Form 8-K.

Before we turn to the business report, we would like to caution you that today's comments may contain forward-looking statements within the meaning of the federal securities laws, including the Private Securities Litigation Reform Act. Forward-looking statements can be identified because they are not limited to historical matters and regard our strategy, plans, intentions, expectations or beliefs about future occurrences or results, including but not limited to, statements regarding our future potential, key operating priorities and initiatives, opportunities, strategies and business as well as planned investments. Actual results might differ materially from those projected in the forward-looking statements as a result of a variety of important factors, including but not limited to, those described in the Risk Factors section of

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:23-cv-01250   Document 78-46    Filed 11/15/24    Page 8 of 15 PageID #: 2366

our Form 10-K filed with the SEC on March 24, 2023, and other factors that may be discussed today. We caution against undue reliance on these forward-looking statements, which speak only as of today's date.

The company disclaims any obligation to publicly update or revise these statements, except as may be required by law.

**Jeffery Carl Owen**
*CEO & Director*

Thank you, Christine, and thank you all for being here today. This is my first opportunity to speak to you as CEO, and it is an honor to address you today at our 2023 Annual Meeting of Shareholders. While this is my first year in this role, I have had the pleasure of serving this organization for 30 years. And I want to assure you that our long-standing mission of serving others is unchanged and remains at the center of everything that we do.

Dollar General is an essential part of the communities we call home around the country, often serving places that other retailers cannot or will not. In fact, more than 80% of our stores serve towns of 20,000 or fewer people. With more than 19,000 stores, we operate more stores than any other retailer in the United States, providing us the opportunity to make significant impact in rural communities that seek affordable solutions to their needs.

Looking back at 2022, we faced a number of challenges including supply chain constraints, inflationary pressures and a core customer under financial pressure. While these challenges impacted our financial results, our team was resilient and responded with great purpose to find solutions for our customers while continuing to deliver healthy returns for our shareholders. As a result, we made significant progress advancing many of our key initiatives, which continue to differentiate and distance us from the rest of the discount retail landscape.

During fiscal 2022, we completed more than 2,900 real estate projects, including the opening of our 19,000th store and nearly tripling the number of pOpshelf store locations. In addition, we opened 3 new distribution facilities in Nebraska, Texas and Georgia to support our ongoing growth. Most recently, we opened our first store in Mexico as we seek to continue extending our value and convenience proposition to new customers and communities.

As the largest retailer in the United States by store count and with a number of strategic growth initiatives in progress, we are uniquely positioned to be a force for opportunity for our customers, employees and communities every day. We have a clear vision for the future of Dollar General and how we will move this company forward through a strong combination of execution and innovation. Our execution continues to be driven by our 4 key operating priorities.

Our first operating priority is driving profitable sales growth. We have a robust portfolio of sales driving and margin-enhancing initiatives, which are providing our customers with even more value and convenience, while driving strong results and strengthening the foundation for future growth. In 2022, we completed the rollout of our non-consumables initiative in the vast majority of our stores and nearly tripled our number of pOpshelf stores as well.

Both of these efforts provided enhanced treasure hunt opportunities for our customers at tremendous values and a fun shopping experience. DG Fresh, which facilitates self-distribution of frozen and refrigerated goods in our stores, continues to contribute significant cost savings and higher sales, most notably in our perishables department. This initiative also enables the continued expansion of our offering of our core customers and their families.

I also want to mention DG Well Being, our initiative focused on increasing access to affordable health care products and over time, services, particularly in rural America. We increased the footprint of this expanded assortment to a total of nearly 4,400 stores in 2022, and we expect to continue this rollout in the year ahead.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Looking ahead, we expect to expand upon these initiatives and other opportunities in 2023, including further cooler door expansion, private brand enhancements, distribution and transportation efficiencies and global sourcing efforts.

Our second operating priority is capturing growth opportunities. Our proven high-return, low-risk real estate model has served us well for many years and coupled with our ongoing format innovation continues to be a core strength of our business. Our larger format stores are providing more products for our customers while also driving greater sales productivity, and we are excited about the important role of these formats in our future growth.

Our digital initiative, including our growing DG Media Network and our third-party partnership to offer same-day delivery in nearly 14,000 stores complements our unique and expansive brick-and-mortar footprint. We continue to focus on opportunities to deploy and leverage technology to provide our customers with an even more convenient, frictionless and personalized shopping experience.

Our third operating priority is enhancing our position as a low-cost operator. We aim to keep our business simple while controlling costs and driving efficiencies throughout the organization. During 2022, we expanded self-checkout to a total of more than 11,000 stores as part of our Fast Track initiative, which continues to focus on enhancing convenience for customers while driving efficiencies for our teams. We also significantly expanded our private tractor fleet, which is now one of the largest in the U.S. to a total of more than 1,600 tractors. These efforts continue to provide greater operational control within our supply chain while further optimizing our cost to serve.

Our fourth operating priority is investing in our diverse teams through development, empowerment and inclusion. We continue to focus on attracting, developing and retaining talented employees. Over the last 80-plus years, we have helped millions of individuals start and progress in their careers, providing opportunities to gain new skills and develop talents, supported by our award-winning training and development programs. Importantly, we continue to prioritize direct engagement with our teams to learn how we can continue to enhance our position as an employer of choice. Ultimately, we believe that the opportunity to build a long-term career with a growing retailer is our most important currency to attract and retain talent.

Now let me share with you some of the financial highlights of fiscal 2022, including net sales of $37.8 billion, a same-store sales increase of 4.3% compared to fiscal 2021. Operating profit of $3.3 billion. Net income of $2.4 billion and diluted earnings per share of $10.68. We delivered cash flow from operations of $2 billion, and we also invested $1.6 billion in capital expenditures to grow and improve our operations.

In fiscal 2022, we opened 1,039 new stores. We also remodeled 1,795 stores, relocated 127 stores for a total of 2,961 real estate projects. We were operating a total of 31 distribution facilities at the end of fiscal 2022 to support our ongoing growth.

Moving forward, we continue to expect the majority of our new stores to be in one of our larger square foot formats as we continue to look for ways to not only expand the number of communities we serve, but also the ways in which we are able to serve them. We have an incredible footprint of stores to serve communities around America, and we are excited about the growth opportunities ahead for us in 2023 and beyond.

Dollar General is powered by our people, who I believe make up the best team in retail. We are committed to investing in our people and creating opportunities for their growth and development, while fostering an inclusive and enriching culture. And we continue to make significant investments to enhance the employee experience across the organization. We created more than 10,000 new jobs in 2022. And at the end of the year, more than 170,000 talented and dedicated Dollar General employees were serving customers in their communities across the United States.

Also in 2022, we invested more than 4 million training hours in our employees to promote their education and development. And within our retail operations, more than 70% of store employees at or above the lead sales associate position were internally placed. I am continually inspired by this team's sense of purpose, and I am grateful for their dedication to serving our customers and communities.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:23-cv-01250 Document 78-46 Filed 11/15/24 Page 10 of 15 PageID #: 2368

Dollar General's culture remains firmly rooted in our mission of serving others, which has been at the core of who we are for nearly 85 years. We have a deep connection to the communities we call home, and we continue to be intentional about investing in these communities to [ nurse ] the mind, body and planet. During 2022, Dollar General and our foundations donated nearly $23 million to charitable causes with a primary focus on uplifting and empowering individuals of all ages through literacy and basic education.

Since its inception in 1993, the Dollar General Literacy Foundation has awarded more than $219 million in grants to nonprofit organizations and more than 16 million individuals have received assistance. I encourage everyone to take a look at our most recent Serving Others report available on our website if you would like more detail on how we are prioritizing serving our employees, customers and communities. We are excited about these efforts and are proud to partner with so many fantastic organizations and foundations to extend hope and opportunity to individuals throughout these communities.

In closing, I want to reiterate how proud I am of the team at Dollar General. We are committed to being here for what matters for our customers, our employees, our communities and our shareholders. We are here to bring the products, growth and opportunities people need, and we're committed to bring them to the places where they matter most. I am very excited about the future of this business, and we are confident that we are -- that our unique business model, strategic vision and strong track record of innovation and execution will allow us to continue to deliver everyday value and convenience to our customers and create long-term value for our shareholders.

I'm honored to be a part of the Dollar General family, and I am looking forward to all that lies ahead as we move forward together. I want to thank you for your interest and investment in Dollar General, and we appreciate your continued support.
At this time, we will answer any pertinent questions that were submitted before or during the meeting prior to the closing of the polls in compliance with the rules of conduct for the meeting. Christine, have any questions been submitted?

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

# Question and Answer

**Christine L. Connolly**
*Chief Compliance Officer & Corporate Secretary*

Yes. We have several questions. We have a couple of questions regarding expansion of the company's restricted substance list. First, do you intend to expand a restricted substance list beyond your private brand items to national brands?

**Jeffery Carl Owen**
*CEO & Director*

Dollar General is committed to selling safe, effective and affordable products that meet or exceed our company's quality and performance standards as well as legal and regulatory requirements. Currently, our restricted substances list applies only to certain private label formulated items. However, we continuously work to identify areas where we can enhance and expand these efforts, both as to our private label and national brand products.

**Christine L. Connolly**
*Chief Compliance Officer & Corporate Secretary*

Okay. Next, will the restricted substance list be expanded to include all [indiscernible] or in the interim [indiscernible] and will the company promote the use of third-party certified products such as the EPA's Safer Choice offerings?

**Jeffery Carl Owen**
*CEO & Director*

As I previously mentioned, compliance with federal, state and local law forms the baseline expectation for all of our products. Currently, the company's restricted substances list applies to 19 intentionally added chemicals and our formulated private label items and does not specifically ban all [indiscernible] or [ PFAs, ] except as required by law, and does not specifically take into account programs such as the EPA's Safer Choice program. We work continuously to identify areas where we can enhance and expand these efforts as we did in 2022 with the expansion of our RSL from 8 to 19 chemicals.

**Christine L. Connolly**
*Chief Compliance Officer & Corporate Secretary*

The next question is, will you be a responder to the chemical footprint project and take part in the survey?

**Jeffery Carl Owen**
*CEO & Director*

We became a signatory to the chemical footprint project in 2022.

**Christine L. Connolly**
*Chief Compliance Officer & Corporate Secretary*

Next question is, will you work with your suppliers to procure Bisphenol free receipts and in the interim, educate workers on the harms of Bisphenol A and Bisphenol S and limit worker and consumer exposure to these chemicals?

**Jeffery Carl Owen**
*CEO & Director*

Employee safety is of paramount importance to us. And our safety programs and related training are based on federal, state and local requirements. We continuously look for ways to enhance these programs, including going beyond what is required by law. We also provide customers with the ability to forgo a paper receipt and instead receive a digital receipt.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Case 3:23-cv-01250 Document 78-46 Filed 11/15/24 Page 12 of 15 PageID #: 2370

**Christine L. Connolly**
*Chief Compliance Officer & Corporate Secretary*

The next question is we have a couple of questions related to the protection of pollinators, such as bees and Dollar General's participation in the Bee-Friendly Retailer Scorecard?

**Jeffery Carl Owen**
*CEO & Director*

As outlined in our Serving Others report, we continuously work to identify areas where we can make a positive impact on the world around us while keeping our customers' product and affordability needs top of mind. To that end, we have adopted policies such as our chemical policy and restricted substances list that go beyond what is required by law. We will continue to look for additional areas in which we working with our vendors, can expand these efforts.

**Christine L. Connolly**
*Chief Compliance Officer & Corporate Secretary*

At last year's Annual Shareholder Meeting in response to a question about progress investigating a possible partnership with local farmers in Albuquerque to stock sustainable, locally grown produce and food products in Dollar General stores, the company committed to continued dialogue on this matter. Will a new CEO -- as the new CEO, will you continue this dialogue?

**Jeffery Carl Owen**
*CEO & Director*

We've appreciated our conversations with agriculture -- the agriculture network regarding potential local sourcing of products in Albuquerque area. In selecting vendors, we are keenly focused on providing our customers with the products they need and the products they want at prices that they can afford. And to the extent we are able to do so efficiently and cost effectively by sourcing locally, we will.

**Christine L. Connolly**
*Chief Compliance Officer & Corporate Secretary*

And the next question is, is there a discussion internally about profit and community engagement with local, healthy fresh produce providers that would inevitably increase the demographic of people that shop at your stores and also increase profits?

**Jeffery Carl Owen**
*CEO & Director*

We carried fresh produce in more than 3,200 stores at the end of 2022 with a goal to do so in over 10,000 stores within the next few years. Our fresh distribution network is key to our ability to do this, and we will consider local sourcing where we can to do so, if we can do it efficiently and cost effectively.

**Christine L. Connolly**
*Chief Compliance Officer & Corporate Secretary*

The next question, are safety violations and out-of-stocks caused by lack of money to stores for hiring more staff? If so, is Dollar General prepared to remedy this and how quickly?

**Jeffery Carl Owen**
*CEO & Director*

Dollar General is committed to providing a safe work environment for its employees and safe shopping experience for its customers. We employ policies, procedures and training programs designed to ensure that our store managers and their teams understand the necessary steps to create and maintain a safe work and shopping environment. If we fail to live up to these standards, we take that seriously and we work to remedy the situation. And then we work to retrain and take additional steps to try to prevent a reoccurrence.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:23-cv-01250    Document 78-46    Filed 11/15/24    Page 13 of 15 PageID #: 2371

As it pertains to the OSHA violations, we have taken action to address the situations referenced in those citations as well as to correct the root causes of those issues, and we are working with OSHA to resolve these matters.

**Christine L. Connolly**
*Chief Compliance Officer & Corporate Secretary*

The next question is, will you consider not funding Republican candidates?

**Jeffery Carl Owen**
*CEO & Director*

Dollar General does not have a company-sponsored political action committee and does not directly make contributions to participate or intervene in any campaign on behalf of any candidate for public [ office ] or to influence the general public with respect to the candidate for a specific election. If you'd like more information, the company's political contributions policy and our inaugural political contributions report are available for further review in our Serving Others report.

**Christine L. Connolly**
*Chief Compliance Officer & Corporate Secretary*

Okay. We have one last question. I had problems with my local store. The price on shelf often did not match the price charged at checkout. What steps have been taken or will be taken to prevent this?

**Jeffery Carl Owen**
*CEO & Director*

We strive to provide our customers with convenient shopping experience, which includes providing them with the shelf pricing they can count on every day. In those situations where we fail to live up to this expectation, we take swift action to identify the root cause of the issue and correct it. Sometimes those root causes relate to systems and sometimes they relate to store-level execution. Regardless, we take action designed to ensure we prevent their reoccurrence.

**Christine L. Connolly**
*Chief Compliance Officer & Corporate Secretary*

No further questions.

**Jeffery Carl Owen**
*CEO & Director*
Since there are no further questions, we will conclude the meeting. Thank you for your attendance today. And again, thank you for your investment in Dollar General.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Copyright © 2023 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2023 S&P Global Market Intelligence.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Case 3:23-cv-01250    Document 78-46    Filed 11/15/24    Page 15 of 15 PageID #: 2373     14