# EXHIBIT 61

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported):  January 26, 2023

# DOLLAR GENERAL CORPORATION

(Exact name of registrant as specified in its charter)

| Tennessee | 001-11421 | 61-0502302 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| 100 MISSION RIDGE GOODLETTSVILLE, TN | 37072 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code:  (615) 855-4000

(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.875 per share | DG | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

| ITEM 5.02 | **DEPARTURE OF DIRECTORS OR CERTAIN OFFICERS; ELECTION OF DIRECTORS; APPOINTMENT OF CERTAIN OFFICERS; COMPENSATORY ARRANGEMENTS OF CERTAIN OFFICERS.** |
|---|---|

On January 30, 2023, Dollar General Corporation (the "Company") announced that John W. Garratt, the Company's President and Chief Financial Officer, plans to retire from the Company effective June 2, 2023.  Taking into account its robust succession plans, the Company will evaluate options for its next Chief Financial Officer and is not currently conducting an external search.

**ITEM 7.01    REGULATION FD DISCLOSURE.**

On January 30, 2023, the Company issued a press release regarding the matter discussed in Item 5.02. A copy of the press release is attached to this Form 8-K as Exhibit 99 and is incorporated by reference as if fully set forth herein.

The information contained within this Item 7.01, including the information in Exhibit 99, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, and shall not be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended.

**ITEM 9.01    FINANCIAL STATEMENTS AND EXHIBITS.**

(a)    Financial statements of businesses acquired.  N/A
(b)    Pro forma financial information.  N/A
(c)    Shell company transactions.  N/A
(d)    Exhibits.  See Exhibit Index to this report.


**EXHIBIT INDEX**

| **Exhibit No.** | **Description** |
|---|---|
| 99 | News release issued January 30, 2023 |
| 104 | The cover page from this Current Report on Form 8-K, formatted in Inline XBRL |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date:  <u>January 30, 2023</u>                                                 **DOLLAR GENERAL CORPORATION**

By:  /s/ Rhonda M. Taylor
Rhonda M. Taylor
Executive Vice President and General Counsel

2

**Exhibit 99**

# Dollar General Corporation Announces John Garratt's Intent to Retire

### *President and Chief Financial Officer to Retire effective June 2, 2023*

GOODLETTSVILLE, Tenn.--(BUSINESS WIRE)--January 30, 2023--Dollar General Corporation (NYSE: DG) today announced John Garratt's intent to retire from his position as President and Chief Financial Officer (CFO) effective June 2, 2023. Taking into account its robust succession plans, Dollar General will evaluate options for its next CFO and is not currently conducting an external search.

"John's retirement comes after an outstanding career as an accomplished and trusted finance executive and most recently as our President and CFO," said Jeff Owen, Dollar General's Chief Executive Officer. "On behalf of the entire DG family, I want to thank John for his many years of service to the Company, its employees, customers and shareholders. His exceptional business and financial acumen coupled with his strategic vision have positioned the Company for profitable growth. We appreciate all that John has accomplished on behalf of DG and we wish him the very best in his retirement."

Garratt joined Dollar General in 2014 as Senior Vice President of Finance & Strategy and was named Executive Vice President and CFO in December 2015. He has served as DG's President and CFO since September 2022. During Garratt's tenure as CFO, he oversaw the finance, accounting, investor relations, treasury, and procurement functions, leading a disciplined approach to expense and capital management with a focus on delivering strong and consistent financial performance. In addition, he partnered in establishing the Company's current strategy function, providing direction to the process that resulted in many of the strategic initiatives that have driven significant growth for the company in recent years.

"I am grateful for the opportunity I have had to serve our customers and communities during my time with this great company," said Garratt. "While I look forward to spending more time with family, this was a difficult personal decision as this is truly a special company. I am excited to watch all that the team accomplishes in the future and believe that Dollar General is well-positioned for continued growth in the years ahead."

### About Dollar General Corporation

Dollar General Corporation has been delivering value to shoppers for more than 80 years. Dollar General helps shoppers Save time. Save money. Every day.® by offering products that are frequently used and replenished, such as food, snacks, health and beauty aids, cleaning supplies, basic apparel, housewares and seasonal items at everyday low prices in convenient neighborhood locations. Dollar General operated 18,818 stores in 47 states as of October 28, 2022. In addition to high-quality private brands, Dollar General sells products from America's most-trusted manufacturers such as Clorox, Energizer, Procter & Gamble, Hanes, Coca-Cola, Mars, Unilever, Nestle, Kimberly-Clark, Kellogg's, General Mills, and PepsiCo. Learn more about Dollar General at www.dollargeneral.com.

## Contacts

Media Hotline: 1-877-944-DGPR (3477)
dgpr@dollargeneral.com