# EXHIBIT 64


Please don't forward - Exclusive use: ekloenne@dollargeneral.com

Equity Research Report                                                                                           August 31, 2023

**CONSUMER: Hardlines/Broadlines**

**Scot Ciccarelli, CFA**
212-319-3920
Scot.Ciccarelli@truist.com

**Joshua Young, CFA**
212-590-0924
Joshua.Young2@truist.com

**Joseph Civello**
212-590-0968
Joseph.Civello@truist.com

| | |
|---|---|
| Current Price (Aug. 30, 2023) | **$157.66** |
| Stock Rating | **HOLD** *Unchanged* |
| Price Target | **$166.00** *Unchanged* |

5 Page Document

**Reasons for this report**

✓ First Look Post EPS

# Dollar General Corporation (DG)

## The misses keep getting bigger; 2Q; big downward revision, but needed medicine?

**Net/net –** This is essentially the company's 4th consecutive miss and the magnitude of today's downward revisions is far greater than what we had previously seen. We have continued to highlight our concerns that price and labor investments were likely not all in the rearview mirror and today's outlook suggests that was indeed the case (we think the company took too much price during the pandemic for its highly-price sensitive customers and had underinvested in store labor hours). On the bright side, these steps may be the "ripping off the BAND-AID" event that this company needs to reset and eventually improve its operations. However, we suspect it will take a while for these expected actions to generate positive momentum, so we remain Hold rated for now. More after today's call.

**Sales modestly short of estimates and similar to our Truist card reads –** Comps declined (0.1%) vs. our 0.8%E and very similar to our Truist card reads (we had called out Dollar General and Target as two companies that seemed set for in-line/- results). Further, the company's mix shift seems to have worsened, with a 6% increase in consumables vs. declines in all discretionary categories. On a geo-stack basis (vs. our 2019 index), sales were up slightly from 1Q's disappointing print. Oddly, the sales trends are about the best part of the print.

**Margins well-below expectations –** GMs deleveraged 120bps to 31.1% vs. our 31.5%E, driven by lower markups/more markdowns, shrink, inventory damages and mix shifts. These factors overwhelmed lower LIFO provisions and transportation costs. Further, SG&A deleveraged 140bps to 24.0% vs. our 23.4%E from rent, labor and D&A, partially offset by lower incentive comp. EBIT margins were 7.1%, down from 9.7% and our 8.1%E, with an EBIT $ decline of 24% to $692mm vs. our $800mmE. These results yielded EPS of $2.13 vs. our $2.52E.

**Significant downward revisions for CY23 –** The company is accelerating what we view as "needed investments" in the business, including labor hours (and likely its price proposition) as well as increasing their inventory clearance efforts. A potential increase in labor and price investments have been some of our key concerns for Dollar General. Due to these investments, as well as a softer-than-expected sales environment and higher shrink provisions (is anyone safe from this?), the company now projects comps to be +/- 1% vs. +1%-2% and EPS of $7.10-$8.30 vs. its prior forecast of ~$9.80-$10.70 (which had also been downwardly revised after 1Q).

SEE PAGE 3 FOR REQUIRED DISCLOSURE INFORMATION

| Truist Securities Variance Table | | | | | |
|---|---|---|---|---|---|
| | **2Q23A** | **2Q23E** | % Variance to Truist Securities E | **2Q22A** | YoY % Change |
| **Sales** | **$9,796.2** | **$9,894.1** | -1% | **$9,425.7** | 4% |
| Cost of Sales | 6,751.5 | 6,773.6 | | 6,377.5 | |
| **Gross Profit** | **$3,044.7** | **$3,120.5** | | **$3,048.2** | |
| *Gross margin % net sales* | *31.1%* | *31.5%* | *-46 bps* | *32.3%* | *-126 bps* |
| SG&A | 2,352.4 | 2,320.0 | | 2,134.8 | |
| *SG&A margin % net sales* | *24.0%* | *23.4%* | *56 bps* | *22.6%* | *136 bps* |
| **Operating Income** | **$692.3** | **$800.5** | **-14%** | **$913.4** | **-24%** |
| *EBIT margin % net sales* | *7.1%* | *8.1%* | *-102 bps* | *9.7%* | *-262 bps* |
| | | | | | |
| Interest and Other, Net | 84.3 | 85.0 | | 43.1 | |
| Pre Tax Income | 608.0 | 715.5 | | 870.3 | |
| Provision for Income Tax | 139.1 | 161.0 | | 192.3 | |
| *Tax rate* | *22.9%* | *22.5%* | | *22.1%* | |
| **Net Earnings** | **$468.8** | **$554.5** | | **$678.0** | |
| | | | | | |
| Diluted Shares | 220.0 | 220.1 | | 227.5 | |
| **Diluted EPS** | **$2.13** | **$2.52** | **-15%** | **$2.98** | **-28%** |
| | | | | | |
| **Comparable sales change** | **-0.1%** | **0.8%** | **-90 bps** | **4.6%** | **-470 bps** |
| 2 Year Stack | 4.5% | 5.4% | | -0.1% | |
| 3 Year Stack | -0.2% | 0.7% | | 18.7% | |
| 4 Year Stack | 18.6% | 19.5% | | 22.7% | |
| | | | | | |
| **Segment Revenue** | | | | | |
| Consumables | $7,921.6 | $7,981.2 | -1% | $7,475.8 | 6% |
| Seasonal | $1,076.2 | $1,108.6 | -3% | $1,086.9 | -1% |
| Home products | $516.6 | $531.8 | -3% | $559.8 | -8% |
| Apparel | $281.8 | $272.9 | 3% | $303.2 | -7% |

*Source: Company reports and Truist Securities estimates*

*Note: Values in $mm except per share data*

## Valuation and Risks

**Valuation:**
We use our Ciccarelli's Valuation Model (CVM) as the basis for all of our valuation work, whenever possible. At its core, we think of our CVM as a relative valuation tool, both relative to its own history as well as vs. the market (S&P 500). Over the last 3 years, DG shares have traded at a ~1% premium to the market (20.2x vs. 20.0x). With the market multiple today at 18.6x, our target multiple of 16.0x on our FTM EPS estimate reflects a (~14%) discount, which we believe is fair given the current headwinds it is facing in the tougher macroeconomic environment. This valuation analysis results in our $166 price target.

Our CVM is an interactive, relative valuation model, enabling investors to see how a stock has traded vs. the market (S&P 500) over the last 3 years to better assess a target multiple. For example, if a stock has historically traded at 21x FTM EPS, while the market has traded at 18x FTM estimates, then the stock would historically trade at an ~17% premium to the market. We then assess whether we believe the stock should trade at a discount, in-line or at a premium to this historical rate based on our fundamental outlook for the company. We then provide what we view as realistic upside/downside scenarios for key financial inputs to assess potential ranges for the stock.

**Risks:**
**Downside Risks:**
**Core inflation trends overwhelm wage growth/government subsidies –** We think rising inflation could increasingly pressure Dollar General's core customer base, as inflation is now outpacing wage growth and the influx of government subsidies are now generally flattening or receding. This could create risk to sales and/or mix (if consumables start to significantly outpace higher margin discretionary products).

**Inflationary pressures may disrupt the competitive pricing environment –** Walmart (and a few other retailers) are starting to eat price increases from their vendors to keep consumer prices low to drive share gains. If these trends persist, it could cause Dollar General to become more price competitive (potentially eating into margins) or risk share losses.

**Upside Risks:**
**Customers may actually need Dollar General even more –** If Dollar General's core customer base comes under growing inflationary pressures they may turn to Dollar General even more than they did previously, given the company's ability to help consumers manage tight/limited budgets.

**More severe economic pressures can cause new customers to trade into the dollar store channel** – If consumers come under more significant economic pressures/unemployment sharply rises, whether it's from the latest Covid mutation or even interest rate increases forcing a hard landing, it could cause an influx of new customers for Dollar General.

## Analyst Certification

I, Scot Ciccarelli , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Truist Securities, Inc. or an affiliate managed or co-managed a securities offering for the following company within the last 12 months: DG-US

The following company is a client of Truist Securities, Inc. for non-investment banking securities-related services within the last 12 months: DG-US

Truist Securities, Inc. or an affiliate has received compensation for non-investment banking services within the last 12 months: DG-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



## Truist Securities Ratings System for Equity Securities

**Dissemination of Research**

Truist Securities, Inc. ("Truist Securities") seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://truistresearch.bluematrix.com/client/library.jsp

Please email the Research Department at EquityResearchDepartment@truist.com or contact your Truist Securities sales representative.

**Truist Securities Rating System for Equity Securities**

Truist Securities, Inc. ("Truist Securities") rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – Truist Securities does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that Truist Securities' rating and/or target price have been temporarily suspended due to applicable regulations and/or Truist Securities Management discretion. The previously published rating and target price should not be relied upon.

Truist Securities analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of Truist Securities Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

Case 3:23-cv-01250    Document 78-64    Filed 11/15/24    Page 5 of 6 PageID #: 2622

Truist Securities ratings distribution (as of 08/31/2023):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Rating** | **Count** | **Percent** |
| Buy | 462 | 64.71% | Buy | 75 | 16.23% |
| Hold | 246 | 34.45% | Hold | 31 | 12.60% |
| Sell | 6 | 0.84% | Sell | 1 | 16.67% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. Truist Securities, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over the-counter securities mentioned herein. Opinions expressed are subject to change without notice.

Truist Securities, Inc.'s research is primarily provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million. In addition, certain affiliates of Truist Securities, Inc., including Truist Investment Services, Inc. (an SEC registered broker-dealer and a member of FINRA, SIPC) and Truist Advisory Services, Inc. (an investment adviser registered with the SEC), may make Truist Securities, Inc. research available, upon request, to certain of their clients from time to time.

Truist Securities, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of Truist Financial Corporation. Truist Securities, Inc. is owned by Truist Financial Corporation and affiliated with Truist Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at Truist Securities, Inc. or Truist Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Truist Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Truist Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks. Link: https://truist.bluematrix.com/sellside/Disclosures.action

Please visit the Truist Securities equity research library for current reports and the analyst roster with contact information. Link: https://truistresearch.bluematrix.com/client/library.jsp

Truist Securities, Inc., member FINRA and SIPC. Truist, Truist Bank, Truist Securities, Truist Investment Services, and Truist Advisory Services are service marks of Truist Financial Corporation.

If you no longer wish to receive this type of communication, please request removal by sending an email to EquityResearchDepartment@truist.com

© Truist Securities, Inc. 2023. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

ADDITIONAL INFORMATION IS AVAILABLE at our website, TruistSecurities.com, or by writing to: Truist Securities, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070