| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, and KELLY M. DILTS,<br><br>Defendants. | Case No. 3:23-CV-01250<br><br>CLASS ACTION<br><br>Judge Aleta A. Trauger |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A CORRECTED MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED COMPLAINT

On November 15, 2024, Defendants Dollar General Corporation, Todd J. Vasos, Jeffery C. Owen, John W. Garratt, and Kelly M. Dilts filed a motion to dismiss the Second Consolidated Amended Complaint together with a Memorandum of Law and the Declaration of Milton S. McGee, III. Defendants respectfully request leave of the Court to file the attached Corrected Memorandum of Law to correct and remove certain statements in the November 15 filing.

On November 16, counsel for Defendants discussed this application with counsel for Lead Plaintiffs and they do not oppose this motion.

Accordingly, Defendants request that the Court direct the clerk to enter the attached Corrected Memorandum of Law on the docket.

Respectfully submitted,

/s/ Steven A. Riley
Steven A. Riley (TN #6258)
Milton S. McGee, III (TN #24150)
**RILEY & JACOBSON, PLC**
1906 West End. Ave.
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
sriley@rjfirm.com
tmcgee@rjfirm.com

Peter E. Kazanoff (*admitted pro hac vice*)
Amy L. Dawson (*admitted pro hac vice*)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
Tel: 212.455.2000
pkazanoff@stblaw.com
amy.dawson@stblaw.com

*Counsel for Defendants Dollar General Corporation, Todd J. Vasos, Jeffrey C. Owen, John W. Garratt and Kelly M. Dilts*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 18, 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Kevin H. Sharp
Brent A. Hannafan
Kristi S. McGregor
Sanford Heisler Sharp, LLP
611 Commerce Street, Suite 3100
Nashville, TN 37203
(615) 434-7000
Fax: (615) 434-7020
ksharp@sanfordheisler.com
bhannafan@sanfordheisler.com
kmcgregor@sanfordheisler.com

Christopher M. Wood
Robbins Geller Rudman & Dowd LLP
200 31st Avenue North
Nashville, TN 37203
cwood@rgrdlaw.com

Darren J. Robbins
Robbins Geller Rudman & Dowd LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101
darrenr@rgrdlaw.com

Mary K. Blasy
Samuel H. Rudman
Robbins Geller Rudman & Dowd LLP  58
S. Service Road, Suite 200
Melville, NY 11747
mblasy@rgrdlaw.com
srudman@rgrdlaw.com

Salvatore J. Graziano
Jeremy P. Robinson
Alexander Noble
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1400
Fax: (212) 554-1444
salvatore@blbglaw.com
jeremy@blbglaw.com

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
200 31st Avenue North
Nashville, TN 37203
jmartin@barrettjohnston.com

James Gerard Stranch, IV
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
gstranch@stranchlaw.com

Thomas C. Michaud
Vanoverbeke, Michaud & Timmony, PC
79 Alfred Street
Detroit, MI 48201
tmichaud@vmtlaw.com

*/s/ Steven A. Riley*