Motion GRANTED.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, and KELLY M. DILTS, <br><br> Defendants. | Case No. 3:23-CV-01250 <br><br> CLASS ACTION <br><br> Judge Aleta A. Trauger |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE**
**A CORRECTED MEMORANDUM OF LAW IN SUPPORT OF THEIR**
**MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED COMPLAINT**

On November 15, 2024, Defendants Dollar General Corporation, Todd J. Vasos, Jeffery C. Owen, John W. Garratt, and Kelly M. Dilts filed a motion to dismiss the Second Consolidated Amended Complaint together with a Memorandum of Law and the Declaration of Milton S. McGee, III. Defendants respectfully request leave of the Court to file the attached Corrected Memorandum of Law to correct and remove certain statements in the November 15 filing.

On November 16, counsel for Defendants discussed this application with counsel for Lead Plaintiffs and they do not oppose this motion.

Accordingly, Defendants request that the Court direct the clerk to enter the attached Corrected Memorandum of Law on the docket.