# APPENDIX 1

## Chart of Defendants' Misstatements Alleged in the SAC[1]

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| 1. | ¶212: "On an ongoing basis, *we closely monitor and manage our inventory balances*." <br><br> 1/31/2020 (Form 10-K) <br> 3/19/2021 (Form 10-K) <br> 3/18/2022 (Form 10-K) <br> 5/28/2020 (Form 10-Q) <br> 8/27/2020 (Form 10-Q) <br> 12/3/2020 (Form 10-Q) <br> 5/27/2021 (Form 10-Q) <br> 8/26/2021 (Form 10-Q) <br> 12/2/2021 (Form 10-Q) <br> 5/26/2022 (Form 10-Q) <br> 8/25/2022 (Form 10-Q) <br> 12/1/2022 (Form 10-Q) <br> 3/24/2023 (Form 10-K) <br> 6/1/2023 (Form 10-Q) <br> 8/31/2023 (Form 10-Q) <br> 12/7/2023 (Form 10-Q) <br> 3/25/2024 (Form 10-K) <br> 5/30/2024 (Form 10-Q) | **Vasos** (all filings through 5/30/2024 10-Q (except 12/1/2022 10-Q, 6/1/2023 10-Q, 8/31/2023 10-Q)) <br> **Garratt** (all filings through 6/1/2023 10-Q) <br> **Owen** (all filings starting 12/1/2022 10-Q through 8/31/2023 10-Q) <br> **Dilts** (all filing starting 6/1/2023 10-Q through 5/30/2024 10-Q) | Inventory | • False and/or materially misleading when made, including because Defendants allowed the Company to be clogged with a massive glut of excess inventory and were not "closely monitor[ing] and manag[ing]" Dollar General's inventory, as multiple former employees confirmed. Further, Dollar General did not track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. ¶213. <br> • When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br> • Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br> • Corrective disclosures sufficiently pled. <br> • Strong inference of scienter. |

[1] Plaintiffs submit this Chart in response to Defendants' Appendices A through D, in which Defendants purport to list the Misstatements alleged in the SAC but materially alter them, including by: (i) recasting certain Inventory Misstatements as "Accounting" Misstatements; (ii) removing the bold and italicizing from the Misstatements as they appear in the SAC; and (iii) inserting extraneous text from Defendants comments surrounding the Misstatements which was not pled in the SAC. To correct the record, Plaintiffs herein have conformed the Misstatements to the letter of the SAC, including by: (i) categorizing the Misstatements as set forth in the SAC; (ii) conformed the emphasis to the SAC; and (iii) removed the additional language to conform to the SAC.

Additionally, Defendants' Appendices included a "Reasons Why Inactionable" column, in which Defendants use bullet points to argue why each Misstatement should be dismissed, including for Misstatements they fail to address in their Memorandum of Law. As explained in Plaintiffs' accompanying Memorandum of Law, the Court should not consider Defendants' improper "bullet point" challenges, as they do not constitute sufficient argument. *See* Plaintiffs' Memorandum at 37 n.19. But should the Court consider them, Plaintiffs have included a "Reasons Why Actionable" column containing bullet points briefly summarizing why Defendants' arguments fail. For the avoidance of doubt, the bullet points herein are not exhaustive of all reasons or arguments concerning as to why each Misstatement is actionable, and Plaintiffs reserve all rights to argue and/or identify additional reasons, facts and arguments why each alleged Misstatement is actionable, as set forth in their brief.

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | | | | |
| 2. | ¶214: "*[E]fficient management of our inventory has been and continues to be an area of focus for us*." <br><br> 1/31/2020 (Form 10-K) <br> 3/19/2021 (Form 10-K) <br> 3/18/2022 (Form 10-K) <br> 5/28/2020 (Form 10-Q) <br> 8/27/2020 (Form 10-Q) <br> 12/3/2020 (Form 10-Q) <br> 5/27/2021 (Form 10-Q) <br> 8/26/2021 (Form 10-Q) <br> 12/2/2021 (Form 10-Q) <br> 5/26/2022 (Form 10-Q) <br> 8/25/2022 (Form 10-Q) <br> 12/1/2022 (Form 10-Q) <br> 3/20/2023 (Form 10-K) <br> 6/1/2023 (Form 10-Q) <br> 8/31/2023 (Form 10-Q) <br> 12/7/2023 (Form 10-Q) <br> 3/25/2024 (Form 10-K) <br> 5/30/2024 (Form 10-Q) | **Vasos** (all filings through 5/30/2024 10-Q (except 12/1/2022 10-Q, 6/1/2023 10-Q, 8/31/2023 10-Q)) <br> **Garratt** (all filings through 6/1/2023 10-Q) <br> **Owen** (all filings starting 12/1/2022 10-Q through 8/31/2023 10-Q) <br> **Dilts** (all filing starting 6/1/2023 10-Q through 5/30/2024 10-Q) | Inventory | • False and/or materially misleading when made, including because Defendants were not "efficient[ly] manag[ing]" Dollar General's inventory, and instead allowed the Company to be clogged with a massive glut of excess inventory, as multiple former employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. ¶215. <br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br>• Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br>• Corrective disclosures sufficiently pled. <br>• Strong inference of scienter. |
| 3. | ¶216: Defendants "utilize key performance indicators ('KPIs') in the management of our business," including "*inventory turnover*," which "is calculated based on total cost of goods sold for the preceding four quarters divided by the average inventory balance as of the ending date of the reporting period, including the end of the fiscal year, the beginning of the fiscal year, and the end of each of our three interim fiscal quarters." <br><br> 1/31/2020 (Form 10-K) <br> 3/19/2021 (Form 10-K) <br> 3/18/2022 (Form 10-K) <br> 5/28/2020 (Form 10-Q) | **Vasos** (all filings through 5/30/2024 10-Q (except 12/1/2022 10Q, 6/1/2023 10Q, 8/31/2023 10Q)) <br> **Garratt** (all filings through 6/1/2023 10-Q) <br> **Owen** (all filings starting 12/1/2022 10-Q through 8/31/2023 10-Q) <br> **Dilts** (all filing starting 6/1/2023 10Q through 5/30/2024 10-Q) | Inventory <br><br> Note: Defendants incorrectly classify this as an "Accounting" statement | • False and/or materially misleading when made, including because Defendants' calculation of inventory turnover was necessarily inaccurate given the Company was plagued by vast amounts of excess inventory it was not tracking or properly accounting for, as multiple former employees confirmed. ¶217. <br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br>• Corrective disclosures sufficiently pled. <br>• Strong inference of scienter. |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | 8/27/2020 (Form 10-Q)<br>12/3/2020 (Form 10-Q)<br>5/27/2021 (Form 10-Q)<br>8/26/2021 (Form 10-Q)<br>12/2/2021 (Form 10-Q)<br>5/26/2022 (Form 10-Q)<br>8/25/2022 (Form 10-Q)<br>12/1/2022 (Form 10-Q)<br>3/20/2023 (Form 10-K)<br>6/1/2023 (Form 10-Q)<br>8/31/2023 (Form 10-Q)<br>12/7/2023 (Form 10-Q)<br>3/25/2024 (Form 10-K)<br>5/30/2024 (Form 10-Q) | | | |
| 4. | ¶218: "*Efficient inventory management is a key component of our business success and profitability*."<br><br>1/31/2020 (Form 10-K)<br>3/19/2021 (Form 10-K)<br>3/18/2022 (Form 10-K)<br>5/28/2020 (Form 10-Q)<br>8/27/2020 (Form 10-Q)<br>12/3/2020 (Form 10-Q)<br>5/27/2021 (Form 10-Q)<br>8/26/2021 (Form 10-Q)<br>12/2/2021 (Form 10-Q)<br>5/26/2022 (Form 10-Q)<br>8/25/2022 (Form 10-Q)<br>12/1/2022 (Form 10-Q)<br>3/20/2023 (Form 10-K)<br>6/1/2023 (Form 10-Q)<br>8/31/2023 (Form 10-Q)<br>12/7/2023 (Form 10-Q)<br>3/25/2024 (Form 10-K) | **Vasos** (all filings through 5/30/2024 10-Q (except 12/1/2022 10Q, 6/1/2023 10Q, 8/31/2023 10Q))<br>**Garratt** (all filings through 6/1/2023 10-Q)<br>**Owen** (all filings starting 12/1/2022 10-Q through 8/31/2023 10-Q)<br>**Dilts** (all filing starting 6/1/2023 10Q through 5/30/2024 10-Q) | Inventory | • False and/or materially misleading when made, including because Defendants were not "efficient[ly]" managing inventory, and instead allowed the Company to be clogged with a massive glut of excess inventory, as multiple former employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. ¶219.<br><br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br><br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br><br>• Corrective disclosures sufficiently pled.<br><br>• Strong inference of scienter. |

Case 3:23-cv-01250   Document 84-1   Filed 01/21/25   Page 3 of 60 PageID #: 2944

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | 5/30/2024 (Form 10-Q) | | | |
| 5. | ¶220: "We must maintain **sufficient inventory levels** and an appropriate product mix to meet our customers' demands **without allowing those levels to increase** such that the costs to store and hold the goods unduly impacts our financial results or **increases the risk of inventory shrinkage**."<br><br>1/31/2020 (Form 10-K)<br>3/19/2021 (Form 10-K)<br>3/18/2022 (Form 10-K)<br>5/28/2020 (Form 10-Q)<br>8/27/2020 (Form 10-Q)<br>12/3/2020 (Form 10-Q)<br>5/27/2021 (Form 10-Q)<br>8/26/2021 (Form 10-Q)<br>12/2/2021 (Form 10-Q)<br>5/26/2022 (Form 10-Q)<br>8/25/2022 (Form 10-Q)<br>12/1/2022 (Form 10-Q)<br>3/20/2023 (Form 10-K)<br>6/1/2023 (Form 10-Q)<br>8/31/2023 (Form 10-Q)<br>12/7/2023 (Form 10-Q)<br>3/25/2024 (Form 10-K)<br>5/30/2024 (Form 10-Q) | **Vasos** (all filings through 5/30/2024 10-Q (except 12/1/2022 10-Q, 6/1/2023 10-Q, 8/31/2023 10-Q))<br>**Garratt** (all filings through 6/1/2023 10-Q)<br>**Owen** (all filings starting 12/1/2022 10-Q through 8/31/2023 10-Q)<br>**Dilts** (all filing starting 6/1/2023 10-Q through 5/30/2024 10-Q) | Inventory | • False and/or materially misleading when made, including because Defendants failed to maintain "sufficient" inventory levels, and instead allowed the Company to be clogged with a massive glut of excess inventory, as multiple former employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. ¶221.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 6. | ¶222: "Our **inventory balance** represented approximately 48% of our total assets exclusive of goodwill, operating lease assets, and other intangible assets as of January 29, 2021."<br><br>This statement was repeated in sum and substance—with the only material changes being the inventory balance's percentage of total assets and the corresponding dates—in | **Vasos** (all filings through 5/30/2024 10-Q (except 12/1/2022 10Q, 6/1/2023 10Q, 8/31/2023 10Q))<br>**Garratt** (all filings through 6/1/2023 10-Q) | Inventory<br><br>Note: Defendants incorrectly classify this as an "Accounting" statement | • False and/or materially misleading when made, including because Defendants failed to manage Dollar General's "inventory balance," and instead allowed the Company to be clogged with a massive glut of excess inventory, as multiple former employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. ¶223.<br>• When choosing to speak about a subject, Defendants had a |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | each Form 10-K and incorporated into each Form 10-Q filed during the Class Period.<br><br>1/31/2020 (Form 10-K)<br>3/19/2021 (Form 10-K)<br>3/18/2022 (Form 10-K)<br>5/28/2020 (Form 10-Q)<br>8/27/2020 (Form 10-Q)<br>12/3/2020 (Form 10-Q)<br>5/27/2021 (Form 10-Q)<br>8/26/2021 (Form 10-Q)<br>12/2/2021 (Form 10-Q)<br>5/26/2022 (Form 10-Q)<br>8/25/2022 (Form 10-Q)<br>12/1/2022 (Form 10-Q)<br>3/20/2023 (Form 10-K)<br>6/1/2023 (Form 10-Q)<br>8/31/2023 (Form 10-Q)<br>12/7/2023 (Form 10-Q)<br>3/25/2024 (Form 10-K)<br>5/30/2024 (Form 10-Q) | **Owen** (all filings starting 12/1/2022 10-Q through 8/31/2023 10-Q)<br>**Dilts** (all filing starting 6/1/2023 10Q through 5/30/2024 10-Q) | | duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 7. | ¶224: a. "Our cash flow from operations, profitability and financial condition may be negatively affected if we are not successful in managing our inventory balances."<br><br>b. "If we do not accurately predict customer trends, spending levels, or price sensitivity, we may have to take unanticipated markdowns to dispose of the excess inventory, which also can adversely affect our financial results."<br><br>c. "If we are not successful in managing our inventory balances, our cash flows from operations and financial condition may be negatively affected."<br><br>d. "A significant disruption to our distribution network, the | **Vasos** (all filings through 5/30/2024 10-Q (except 12/1/2022 10Q, 6/1/2023 10Q, 8/31/2023 10Q))<br>**Garratt** (all filings through 6/1/2023 10-Q)<br>**Owen** (all filings starting 12/1/2022 10-Q through 8/31/2023 10-Q)<br>**Dilts** (all filings starting 6/1/2023 10Q through 5/30/2024 10-Q) | Inventory | • False and/or materially misleading when made, including because Defendants failed to manage Dollar General's inventory, and instead allowed the Company to be clogged with a massive glut of excess inventory, as multiple former employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Further, these statements were "half-truths' that omitted critical qualifying information concerning Dollar General's excess inventory and deficient inventory management controls. ¶225.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, including |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | capacity of our distribution centers or the timely receipt of inventory could adversely affect sales or increase our transportation costs, which would decrease our profitability."<br><br>1/31/2020 (Form 10-K)<br>3/19/2021 (Form 10-K)<br>3/18/2022 (Form 10-K)<br>5/28/2020 (Form 10-Q)<br>8/27/2020 (Form 10-Q)<br>12/3/2020 (Form 10-Q)<br>5/27/2021 (Form 10-Q)<br>8/26/2021 (Form 10-Q)<br>12/2/2021 (Form 10-Q)<br>5/26/2022 (Form 10-Q)<br>8/25/2022 (Form 10-Q)<br>12/1/2022 (Form 10-Q)<br>3/20/2023 (Form 10-K)<br>6/1/2023 (Form 10-Q)<br>8/31/2023 (Form 10-Q)<br>12/7/2023 (Form 10-Q)<br>3/25/2024 (Form 10-K)<br>5/30/2024 (Form 10-Q) | | | because these statements contain embedded representations of current or historical fact.<br><br>• Corrective disclosures sufficiently pled.<br><br>• Strong inference of scienter. |
| 8. | ¶227: **Q**: "How long do you think – or when do you think your supply chain will be back to where it needs to be in terms of getting the stores fully stocked?"<br><br>**A**: "[T]he merchant team did an outstanding job and then ***the supply chain, obviously, you can't do that without the supply chain. So they were able to flex up to our demand***. And then also, ***they're able to deliver the product to our stores on time***. And then finally, as Todd mentioned as well, Fast Track earlier was one of our initiatives that really paid off during this ***because the stores were able to get the product on the shelf***. . . . But I can tell you this. ***Our supply chain is ready to deliver the product to the*** | **Owen** | Inventory | • False and/or materially misleading when made, including because Defendants were shipping inventory without regard for demand and were not able to deliver product to stores on time, Company stores also were chronically understaffed and bombarded with excess inventory and unable to get the product on the shelf. Also Defendants were unable to track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. ¶228.<br><br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br><br>• Not protected forward-looking statement, inactionable |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | ***stores when it's available. And our store teams are ready to get it on the shelf***." <br><br> 5/28/2020 (1Q20 Earnings Call) | | | opinion, or puffery, including because the misstatement contains representations of current or historical fact. <br> • Corrective disclosures sufficiently pled. <br> • Strong inference of scienter. |
| 9. | ¶227: **Q**: "[O]n the gross margin, what's the best way to think about markdowns, markups, and distribution in the second quarter and the back half as we think about the drivers behind your first quarter gross margin expansion? And any other accelerating tailwinds to consider as Fresh continues to ramp or opportunity on the freight side?" <br><br> **A**: "[T]he other one that we didn't really call out this quarter because ***it wasn't material was shrink***." <br><br> 5/28/2020 (1Q20 Earnings Call) | **Garratt** | Inventory | • False and/or materially misleading when made, including because Defendants failed to manage Dollar General's inventory, and instead allowed the Company to be clogged with a massive glut of excess inventory, as multiple former employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also did not have visibility into Dollar General's actual shrink because they were unable to track vast amounts of excess inventory. ¶228. <br> • When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br> • Not protected forward-looking statement, including because the misstatement contains representations of current or historical fact. <br> • Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br> • Corrective disclosures sufficiently pled. <br> • Strong inference of scienter. |
| 10. | ¶230: **Q**: "[O]n the supply chain. So one of your competitors called out some challenges with out-of-stocks during their quarter, so just curious where you guys are from the supply chain, especially in categories like home, where you just had really stellar growth during the quarter?" <br><br> **A**:"[A]s we look forward, ***we see that the supply chain that we have is incredibly nimble and many of the initiatives we have in place have allowed us to get the products in and out of the supply chain and the*** | **Owen** | Inventory | • False and/or materially misleading when made, including because Defendants failed to efficiently or nimbly manage Dollar General's inventory and instead allowed the Company to be clogged with a massive glut of excess inventory, as multiple former employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. ¶231. <br> • When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | *distribution center fast*, so we'll be ready for that customer when the inventory is ready to distribute to them. So we're pleased with the progress." <br><br> 8/27/2020 (2Q20 Earnings Call) | | | summarized above and detailed in the SAC. <br> • Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br> • Corrective disclosures sufficiently pled. <br> • Strong inference of scienter. |
| 11. | ¶233: **Q**: "[T]hinking about the holiday [season], I guess I'm curious on your views . from an inventory perspective, because your inventories were remarkably good I guess this last quarter compared to so many other retailers that we've seen report?" <br><br> **A**: "During the conference, Defendants were asked how they are "thinking about the holiday" season "from an inventory perspective." Defendant Owen responded, "*in a matter of weeks, we're able to bring that product in and get it on the shelf for the customer and to all of our stores*. So I think that's a testament to the merchandising team's creativity and *the supply chain and the operator's ability to get it on the shelf* . And then in terms of the holiday merchandise, like Todd mentioned, same thing, our teams overseas were out in front of this as well and it's pretty much business as usual and we're excited, in fact *we're able to accelerate some of the holiday merchandise into the stores well ahead of normal* because of the progress we've seen in some of the sell-throughs this summer." <br><br> 9/9/2020 (Barclays Global Consumer Staples Conference) | **Owen** | Inventory | • False and/or materially misleading when made, including because the Company's stores were chronically understaffed, bombarded with excess inventory, and the Company was unable to get product on the shelf and lacked the ability to timely deliver inventory to its stores, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Indeed, FEs confirmed that the Company was not timely delivering holiday merchandise to stores. ¶234. <br> • When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br> • Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br> • Corrective disclosures sufficiently pled. <br> • Strong inference of scienter. |
| 12. | ¶236: **Q**: "And switching gears on that similar theme, but sort of switching gears specifically to your supply chain, besides self-distribution of fresh product, what other opportunities do you see in this area? domestically and internationally…" <br><br> **A**: "So there's a lot of different moving parts that *we manage each and every day,* but I have to say that *our* | **Vasos** | Inventory | • False and/or materially misleading when made, including because Defendants failed to manage Dollar General's inventory, allowed the Company to be clogged with a massive glut of excess inventory, and incurred increasing costs for distribution and transportation, as multiple former employees confirmed. Defendants also did not track vast amounts of excess inventory. ¶237. <br> • When choosing to speak about a subject, Defendants had a |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | *team is very good at stripping out cost as relates to both distribution as well as that transportation side*."<br><br>9/10/2020 (Goldman Sachs Annual Global Retailing Conference) | | | duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 13. | ¶238: **Q**: "So, what gives you confidence to manage your in-stock levels as you think about the coming two quarters?"<br><br>**A**: "*[W]e've been able to bring these items into the supply chain in a matter of weeks and get them through the supply chain on the shelf for the customer*. . . . We're business as usual there and we've been able to bring inventory over, and quite honestly, *we've been able to ship inventory holiday merchandise early to our stores* in some cases because of the great sell-throughs we saw with the lawn and garden, some of the summer seasonal. . . . So, again, it's a day-to-day activity that our teams collaborate tremendously well with not only internally but externally and we'll continue to do that. But we feel like we're in a good position for the back half and we'll be there and ready to serve the customer."<br><br>9/10/2020 (Goldman Sachs Annual Global Retailing Conference) | **Owen** | Inventory | • False and/or materially misleading when made, including because the Company's stores were chronically understaffed, bombarded with excess inventory, and the Company was not able to get product on the shelf and not able to timely deliver inventory to its stores, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Indeed, FEs confirmed that the Company was not timely delivering holiday merchandise to stores. ¶239.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 14. | ¶240: Defendants touted the Company's "reduction in markdowns as a percentage of net sales" and "reduction in inventory shrink as a percentage of net sales."<br><br>12/3/20 (3Q20 Release and Form 8-K)<br>12/3/20 (3Q20 Form 10-Q) | **Vasos Garratt** | Inventory<br><br>Note: Defendants incorrectly classify this as an "Accounting" statement. | • False and/or materially misleading when made, including because the Company's stores were chronically understaffed, bombarded with excess inventory, and the Company lacked the ability to timely deliver inventory to its stores, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also did not have visibility into the actual shrink or the need to markdown inventory. ¶243. |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | | | | • When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br> • Corrective disclosures sufficiently pled. <br> • Strong inference of scienter. |
| 15. | ¶242: "While out-of-stocks remain higher than normal for certain high-demand products, *we continue to make good progress with improving our in-stock position and are pleased with our overall inventory levels*." <br><br> Defendant Garratt touted the Company's "*reduction in markdowns* as a percentage of sales" and "*reduction in shrink* as a percentage of sales." <br><br> "We did have *lower shrink*, which we're pleased to see as a percent of sales." <br><br> Q: "[G]oing back to your comments about lower markdowns, I'm just curious if that was true across both consumables and nonconsumables, and if you can talk about the gross margins within each of those businesses relative to themselves a year ago." <br><br> A: "We've been talking about *lower markdowns* as a percent of sales for a number of quarters, and the driver of that has been lower promotional activity." <br><br> 12/3/20 (3Q20 Earnings Call) | **Garratt** | Inventory <br><br> Note: Defendants incorrectly classify this as an "Accounting" statement | • False and/or materially misleading when made, including because the Company's stores were chronically understaffed, bombarded with excess inventory, and the Company lacked the ability to timely deliver inventory to its stores, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also did not have visibility into the actual amount of shrink or the need to markdown inventory because they were not tracking vast amounts of inventory. ¶243. <br> • When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br> • Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br> • Corrective disclosures sufficiently pled. <br> • Strong inference of scienter. |
| 16. | ¶244: Defendants touted the Company's "reduction in markdowns as a percentage of net sales" and "reduction in inventory shrink as a percentage of net sales." <br><br> 3/18/2021 (4Q20/FY20 Press Release) | **Vasos** <br> **Garratt** | Inventory <br><br> Note: Defendants incorrectly classify this as an "Accounting" statement | • False and/or materially misleading when made, including because the Company's stores were chronically understaffed, bombarded with excess inventory, and the Company lacked the ability to timely deliver inventory to its stores, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | | | | Defendants also did not have visibility into the actual shrink or the need to markdown inventory. ¶246.<br><br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br><br>• Corrective disclosures sufficiently pled.<br><br>• Strong inference of scienter. |
| 17. | ¶244: "We also experienced a lower rate of inventory shrink in 2020 compared to 2019."<br><br>3/18/2021 (4Q20/FY20 Form 10-K) | **Vasos**<br>**Garratt** | Inventory<br><br>Note: Defendants incorrectly classify this as an "Accounting" statement | • False and/or materially misleading when made, including because the Company's stores were chronically understaffed, bombarded with excess inventory, and the Company lacked the ability to timely deliver inventory to its stores, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also did not have visibility into the actual shrink or the need to markdown inventory. ¶246.<br><br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br><br>• Corrective disclosures sufficiently pled.<br><br>• Strong inference of scienter. |
| 18. | ¶245: Defendants touted the Company's "reduction in markdowns as a percentage of net sales" and "reduction in inventory shrink as a percentage of net sales."<br><br>3/18/2021 (4Q2/Y20 Earnings Call) | **Garratt** | Inventory<br><br>Note: Defendants incorrectly classify this as an "Accounting" statement | • False and/or materially misleading when made, including because the Company's stores were chronically understaffed, bombarded with excess inventory, and the Company lacked the ability to timely deliver inventory to its stores, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also did not have visibility into the actual shrink or the need to markdown inventory ¶246.<br><br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br><br>• Corrective disclosures sufficiently pled. |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | | | | • Strong inference of scienter. |
| 19. | ¶247: Defendants touted the Company's "reduction in markdowns as a percentage of sales" and "reduction in shrink as a percentage of sales."<br><br>5/27/2021 (1Q21 Release and Form 8-K)<br>5/27/2021 (1Q21 Form 10-Q) | **Vasos**<br>**Garratt** | Inventory<br><br>Note: Defendants incorrectly classify this as an "Accounting" statement | • False and/or materially misleading when made, including because Defendants failed to manage Dollar General's inventory, and instead allowed the Company to be clogged with a massive glut of excess inventory, as multiple former employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also did not have visibility into the actual shrink or the need to markdown inventory. ¶250.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 20. | ¶249: Defendant Garratt touted the Company's "reduction in markdowns as a percentage of sales" and "reduction in shrink as a percentage of sales."<br>"[W]e continue to make good progress with improving our in-stock position and are pleased with the overall quality of our inventory."<br><br>5/27/2021 (1Q21 Earnings Call) | **Garratt** | Inventory<br><br>Note: Defendants incorrectly classify this as an "Accounting" statement | • False and/or materially misleading when made, including because Defendants failed to manage Dollar General's inventory, and instead allowed the Company to be clogged with a massive glut of excess inventory, as multiple former employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also did not have visibility into the actual shrink or the need to markdown inventory. ¶250.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| 21. | ¶251: Defendants touted the Company's "reduction in inventory shrink as a percentage of net sales."<br><br>8/26/2021 (2Q21 Form 8-K)<br>8/26/2021 (2Q21 Form 10-Q) | **Vasos**<br>**Garratt** | Inventory<br><br>Note: Defendants incorrectly classify this as an "Accounting" statement | • False and/or materially misleading when made, including because the Company's stores were chronically understaffed, bombarded with excess inventory, and the Company lacked the ability to timely deliver inventory to its stores, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also did not have visibility into the actual shrink or the need to markdown inventory ¶254.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 22. | ¶251: Defendants touted the Company's "reduction in markdowns as a percentage of net sales."<br><br>8/26/2021 (2Q21 Form 10-Q) | **Vasos**<br>**Garratt** | Inventory<br><br>Note: Defendants incorrectly classify this as an "Accounting" statement | • False and/or materially misleading when made, including because the Company's stores were chronically understaffed, bombarded with excess inventory, and the Company lacked the ability to timely deliver inventory to its stores, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also did not have visibility into the actual shrink or the need to markdown inventory ¶254.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 23. | ¶253: Defendant Garratt touted the Company's "reduction in shrink as a percentage of sales" and "reduction in markdowns." He also stated, "we were pleased with our strong inventory position for the back-to-school shopping season and our teams continue to work closely with suppliers to ensure delivery of seasonal and other goods in the remaining back half of the year." | **Garratt** | Inventory<br><br>Note: Defendants incorrectly classify this as an "Accounting" statement | • False and/or materially misleading when made, including because the Company did not have a strong inventory position, including because its stores were chronically understaffed, bombarded with excess inventory, and the Company lacked the ability to timely deliver inventory to its stores, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | 8/26/2021 (2Q21 Earnings Call) | | | inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also did not have visibility into the actual shrink or the need to markdown inventory ¶254. <br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br>• Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br>• Corrective disclosures sufficiently pled. <br>• Strong inference of scienter. |
| 24. | ¶256: **Q:** "And as we think about the holiday season, how can you – can you just frame how you're thinking about the assortment for holiday season, your inventory levels?" <br><br>**A:** "First, when we think about the holiday season starting with back to school, *we were really pleased with our inventory position in back to school*. So, that's step one. And then as you think about the future and the back half of the year, when you think about harvest and Halloween and holiday, *we feel good about our inventory position*. Of course, we're facing some of the same challenges as others, but *our team has done a really nice job of really working a multitude of levers to get the merchandise here for us and for the customer*. And so many, many different things the team is doing. So, *we feel good about the assortment and merchandise is outstanding*." <br><br>9/8/2021 (Barclays Global Consumer Staples Conference) | **Owen** | Inventory <br><br>Note: Defendants incorrectly classify this as an "Accounting" statement | • False and/or materially misleading when made, including because the Company's stores were chronically understaffed, bombarded with excess inventory, and the Company lacked the ability to timely deliver inventory to its stores, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. FEs confirmed that the Company was not timely delivering seasonal merchandise to stores. ¶257. <br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br>• Corrective disclosures sufficiently pled. <br>• Strong inference of scienter. |
| 25. | ¶258: Defendants touted the Company's "reduction in inventory shrink as a percentage of net sales." <br><br>12/2/2021 (3Q21 Form 8-K) <br>12/2/2021 (3Q21 Form 10-Q) | **Vasos Garratt** | Inventory <br><br>Note: Defendants incorrectly classify this as an "Accounting" statement | • False and/or materially misleading when made, including because the Company's stores were chronically understaffed, bombarded with excess inventory, and the Company lacked the ability to timely deliver inventory to its stores, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | | | | to enter inventory into the WMS tracking system. Defendants also did not have visibility into the actual shrink or the need to markdown inventory. ¶261. <br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br>• Corrective disclosures sufficiently pled. <br>• Strong inference of scienter. |
| 26. | ¶258: Defendants touted the Company's "lower inventory shrink rate and a reduction in markdowns as a percentage of net sales." <br><br>12/2/2021 (3Q21 Form 10-Q) | **Vasos** <br>**Garratt** | Inventory <br><br>Note: Defendants incorrectly classify this as an "Accounting" statement | • False and/or materially misleading when made, including because the Company's stores were chronically understaffed, bombarded with excess inventory, and the Company lacked the ability to timely deliver inventory to its stores, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also did not have visibility into the actual shrink or the need to markdown inventory. ¶261. <br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br>• Corrective disclosures sufficiently pled. <br>• Strong inference of scienter. |
| 27. | ¶260: Defendant Garratt touted the Company's "reduction in shrink as a percentage of sales" and stated "*we are pleased with our inventory position* for the holiday shopping season, and our teams continue to work closely with suppliers to ensure delivery of goods for the remainder of the year." <br><br>12/2/2021 (3Q21 Earnings Call) | **Garratt** | Inventory | • False and/or materially misleading when made, including because the Company's stores were chronically understaffed, bombarded with excess inventory, and the Company lacked the ability to timely deliver inventory to its stores, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. FEs confirmed that the Company was not timely delivering holiday merchandise to stores. Defendants also did not have visibility into the actual shrink or the need to markdown inventory. ¶261. <br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts |

Case 3:23-cv-01250    Document 84-1    Filed 01/21/25    Page 15 of 60 PageID #: 2956

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | | | | summarized above and detailed in the SAC. <br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br>• Corrective disclosures sufficiently pled. <br>• Strong inference of scienter. |
| 28. | ¶262: **Q:** "[W]ould you expect the same-store sales element to be in line with your typical 2% to 4% comp growth?" <br><br>**A:** "*[W]e've never felt better about the business model. We feel great about the fundamentals*. . . . And then also as you think about next year in general, we come into the year with elevated inflationary pressures. We have, as we said, expectations that the supply chain costs will continue to be elevated through Q4, and they won't magically drop right out of the gate in Q1, as well as the product cost pressures. But we do think there's reasons to think that this is supply and demand calculation here and over time it will *moderate* and so that could flip as you move through the year into tailwind. So more to come on the specifics, but as you think about next year, *I would tell you the fundamentals are fantastic*." <br><br>12/2/2021 (3Q21 Earnings Call) | **Garratt** | Inventory | • False and/or materially misleading when made, including because the Company's stores were bombarded with excess inventory without regard for demand or need, as multiple employees confirmed. ¶263. <br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br>• Corrective disclosures sufficiently pled. <br>• Strong inference of scienter. |
| 29. | ¶264: Defendants touted the Company's "reduction in markdowns as a percentage of net sales, and a lower inventory shrink rate." <br><br>3/17/2022 (4Q21 Form 8-K) <br>3/17/2022 (FY21 Form 10-K) | **Vasos** <br>**Garratt** | Inventory <br><br>Note: Defendants incorrectly classify this as an "Accounting" statement. | • False and/or materially misleading when made, including because Defendants were not improving the Company's "in-stock" position or levels, and instead allowed the Company to be clogged with a massive glut of excess inventory stored in off-site facilities, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also did not have visibility into the actual shrink or the need to markdown inventory. ¶267. <br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | | | | • summarized above and detailed in the SAC.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 30. | ¶264: Defendants touted the Company's "reduction in markdowns as a percentage of net sales, and a lower inventory shrink rate."<br><br>"We also experienced a lower rate of inventory shrink in 2020 compared to 2019."<br><br>3/17/2022 (FY21 Form 10-K) | **Vasos**<br>**Garratt** | Inventory<br><br>Note: Defendants incorrectly classify this as an "Accounting" statement. | • False and/or materially misleading when made, including because Defendants were not improving the Company's "in-stock" position or levels, and instead allowed the Company to be clogged with a massive glut of excess inventory stored in off-site facilities, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also did not have visibility into the actual shrink or the need to markdown inventory. ¶267.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 31. | ¶265: Defendant Garratt touted the Company's "reduction in markdowns as a percentage of sales."<br><br>Defendant Vasos stated, "we are seeing a meaningful improvement in our in-stock positions."<br><br>Defendant Garratt stated, "[i]mportantly, as Todd noted, we have begun to see a meaningful improvement in our in-stock levels since the end of the year and expect continued improvement as we move through 2022, underscoring our optimism that we are well positioned to serve our customers with the products they want and need."<br><br>3/17/2022 (FY21 Earnings Call) | **Garratt**<br>**Vasos** | Inventory | • False and/or materially misleading when made, including because Defendants were not "meaningful[ly]" improving the Company's "in-stock" position or levels, and instead allowed the Company to be clogged with a massive glut of excess inventory stored in off-site facilities, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also did not have visibility into the actual shrink or the need to markdown inventory. ¶267.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled. |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | | | | • Strong inference of scienter. |
| 32. | ¶266: **Q**: "I wanted to better understand the building blocks for comp growth this year . . . what gives you confidence to drive that acceleration[?]"<br><br>**A**: "***And the other thing to point out is we're improving our in-stocks [and] as we improve our in-stocks, that's driving sales as well***."<br><br>3/17/2022 (FY21 Earnings Call) | **Garratt** | Inventory | • False and/or materially misleading when made, including because Defendants were not improving the Company's "in-stock" position or levels, and instead allowed the Company to be clogged with a massive glut of excess inventory stored in off-site facilities, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also did not have visibility into the actual shrink or the need to markdown inventory. ¶267.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 33. | ¶266: **Q**: "[C]ould you size up for us the impact that in-stocks have had on comps over the past couple of quarters, particularly in your traffic trends and looking ahead where you are on the restoration of those in-stocks?"<br><br>**A:** "[W]e had some labor challenges in Q3 and Q4 in distribution. We're happy to report that we are now back to pre-pandemic levels on staffing. . . . Now as we move through Q4 and now into Q1, ***we feel much, much better about where our in-stock levels are***."<br><br>3/17/2022 (FY21 Earnings Call) | **Vasos** | Inventory | • False and/or materially misleading when made, including because Defendants were not improving the Company's "in-stock" position or levels, and instead allowed the Company to be clogged with a massive glut of excess inventory stored in off-site facilities, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also did not have visibility into the actual shrink or the need to markdown inventory. ¶267.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled. |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | | | | • Strong inference of scienter. |
| 34. | ¶269: "I'm also pleased to report that we have **continued to make improvements in our overall in-stock position**, which we believe positions us well to drive strong top line performance through the remainder of the year."<br><br>5/26/2022 (1Q22 Earnings Call) | **Vasos** | Inventory | • False and/or materially misleading when made, including because Defendants were not improving the Company's "in-stock" position or levels, and instead allowed the Company to be clogged with a massive glut of excess inventory stored in off-site facilities, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. ¶270.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 35. | ¶271: **Q:** "[J]ust curious if you've seen any changes in consumer behavior…?"<br><br>**A:** "[We] feel really good about our inventory levels there and not concerned at all at this point on any markdown risks that may be there.**"**<br><br>5/26/2022 (1Q22 Earnings Call) | **Vasos** | Inventory | • False and/or materially misleading when made, including because Defendants failed to manage Dollar General's inventory, and instead allowed the Company to be clogged with a massive glut of excess inventory, as multiple former employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system so Defendants did not have visibility into the Company's "inventory levels" or "markdown risks." ¶272.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| 36. | ¶274: Defendant Vasos reported "*an improvement in our overall in-stock position and our strong sales results*."<br><br>8/25/2022 (2Q22 Earnings Call) | **Vasos** | Inventory | • False and/or materially misleading when made, including because Defendants were not improving the Company's "in-stock" position or levels, and instead allowed the Company to be clogged with a massive glut of excess inventory stored in off-site facilities, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. ¶275.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 37. | ¶274: Defendants "continue[d] to believe the *quality of our inventory is in good shape*" and were "pleased with the improvements we saw in our in-stock levels during the quarter and expect continued improvement as we move through 2022."<br><br>8/25/2022 (2Q22 Earnings Call) | **Garratt** | Inventory | • False and/or materially misleading when made, including because the quality of Dollar General's inventory was not in "good shape," and instead Defendants had allowed the Company to be clogged with a massive glut of excess inventory, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. ¶275.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled. |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | | | | • Strong inference of scienter. |
| 38. | ¶274: Defendant Owen touted the Company's "***data-driven inventory management***."<br><br>8/25/2022 (2Q22 Earnings Call) | **Owen** | Inventory | • False and/or materially misleading when made, including because Dollar General was not able to rely upon "data driven inventory management" and Defendants had allowed the Company to be clogged with a massive glut of excess inventory, as multiple former employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. ¶275.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 39. | ¶276: **Q:** "So, first, there was an announcement intra-quarter about the three DC [distribution center] openings out west. Are we to read into that that there, perhaps the more incremental store opportunity ahead lies in the regions where those new DCs are, in fact, being built out west in the US?"<br><br>**A:** "[W]e're very pleased at our ability to expand our distribution network because what it's going to do for us is it's going to ***continue to allow us to serve our stores better, make it more efficient***, be able to pull cost out of the system and enable us to continue to grow. And as you can tell, we have significant growth prospects in the future. | **Owen** | Inventory | • False and/or materially misleading when made, including because Dollar General did not have an "efficient" distribution network, and Defendants instead allowed the Company to be clogged with a massive glut of excess inventory, as multiple former employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. ¶277.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts |

Case 3:23-cv-01250    Document 84-1    Filed 01/21/25    Page 21 of 60 PageID #: 2962

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | And that's all this is, is being able to make sure that ***our distribution is in line with our store opening plans, and those two teams work very, very well together to plan accordingly***."<br><br>8/25/2022 (2Q22 Earnings Call) | | | • summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 40. | ¶278: **Q:** "You have a lot of inventory. Why wouldn't this above algorithm comp continue well into next year, assuming that the macro environment stays where it is, and if it gets a little worse, that trade-down benefit will be even greater?"<br><br>**A:** "As it relates to the inventory levels, ***we couldn't be happier with where we sit today on inventory. We did all the right things early on,*** Michael, as you would imagine, coming from a Dollar General. ***We were well ahead of any inventory issues that may pop up, unlike some of our competitors out there*** . . . So we feel very strong. The quality of our inventory couldn't be better."<br><br>8/25/2022 (2Q22 Earnings Call) | **Vasos** | Inventory | • False and/or materially misleading when made, including because Defendants failed to manage Dollar General's inventory, and instead allowed the Company to be clogged with a massive glut of excess inventory, as multiple former employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. ¶279.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 41. | ¶¶281-82: Defendant Owen stated that the Company had experienced "a challenging economic and operating environment," including "cost pressures we experienced during the quarter, as well as challenges within our internal supply chain resulting in higher- than-anticipated distribution and transportation costs."<br><br>"During the third quarter, the Company experienced unanticipated delays in acquiring additional temporary warehouse space sufficient for its inventory needs, which caused deficiencies within the Company's internal supply chain. These challenges resulted in higher-than-anticipated supply chain costs, including fees incurred for delays in returning shipping containers, and higher transportation | **Owen** | Inventory | • False and/or materially misleading when made, including because Defendants failed to disclose the true scope, severity, or causes of Dollar General's supply chain deficiencies, and instead allowed the Company to be clogged with a massive glut of excess inventory, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. ¶284.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | costs caused by the need to service stores from less-than-optimal distribution center alignments." <br><br> Defendant Owen stated, "We believe the majority of ***these and other gross margin pressures are largely temporary***, and we are confident in ***our plans to drive greater supply chain efficiencies moving forward***." <br><br> 12/1/2022 (3Q22 Form 8-K) | | | • summarized above and detailed in the SAC. <br> • Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br> • Corrective disclosures sufficiently pled. <br> • Strong inference of scienter. |
| 42. | ¶282: "[W]e have made progress in acquiring additional warehouse capacity, and expect to add a significant amount of additional warehouse capacity through the remainder of 2022 and in 2023. We believe these additional facilities will drive greater efficiencies throughout our supply chain." <br><br> 12/1/2022 (3Q22 Form 10-Q) | **Owen** <br> **Garratt** | Inventory | • False and/or materially misleading when made, including because Defendants failed to disclose the true scope, severity, or causes of Dollar General's supply chain deficiencies, and instead allowed the Company to be clogged with a massive glut of excess inventory, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. ¶284. <br> • When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br> • Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br> • Corrective disclosures sufficiently pled. <br> • Strong inference of scienter. |
| 43. | ¶282: "[W]e are confident in the actions, we are taking to address our supply chain challenges." <br><br> "[W]e are making good progress toward resolving our storage capacity constraints." | **Garratt** | Inventory | • False and/or materially misleading when made, including because Defendants failed to disclose the true scope, severity, or causes of Dollar General's supply chain deficiencies, and instead allowed the Company to be clogged with a massive glut of excess inventory, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory |

Case 3:23-cv-01250    Document 84-1    Filed 01/21/25    Page 23 of 60 PageID #: 2964

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | "The company anticipates that it will begin to see *lower levels of inventory growth* beginning in Q4."<br><br>12/1/2022 (3Q22 Earnings Call)[2] | | | into the WMS tracking system. Defendants also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. ¶284.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 44. | ¶283: "Importantly, we continue to believe the quality of our inventory is in good shape, and we anticipate that we will begin to see lower levels of inventory growth beginning in Q4."<br><br>"While we had some unanticipated challenges within our supply chain during the quarter, we're confident in the actions we've taken to address these near-term issues and expect continued improvement as we move through Q4 and into next year."<br><br>12/1/2022 (3Q22 Earnings Call) | **Owen** | Inventory | • False and/or materially misleading when made, including because Defendants failed to disclose the true scope, severity, or causes of Dollar General's supply chain deficiencies, and instead allowed the Company to be clogged with a massive glut of excess inventory, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. ¶284.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled. |

---

[2] Defendant Garrett made these statements during Dollar General's December 1, 2022 earnings call. *See* Defendants' Ex. 40 (3Q22 earnings call transcript) (ECF No. 78-40) at 6. The AlphaSense service presented this information in slide form, which was referred to in the SAC. ¶282. Defendants say that the information was not made in a presentation—however, there can be no reasonable dispute that these statements were made to investors during the December 1, 2022 earnings call as they are contained in the transcript that Defendants themselves submitted.

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | | | | • Strong inference of scienter. |
| 45. | ¶283: Defendant Owen touted the Company's "data-driven inventory management."<br><br>12/1/2022 (3Q22 Earnings Call) | **Owen** | Inventory | • False and/or materially misleading when made, including because Defendants failed to disclose the true scope, severity, or causes of Dollar General's supply chain deficiencies, and instead allowed the Company to be clogged with a massive glut of excess inventory, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. ¶284.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 46. | ¶285: Dollar General attributed the Company's "lower-than-expected results," including reduced expected diluted earnings per share for 4Q22, to "lower-than-anticipated sales and higher-than-anticipated inventory damages" due to the negative impact of "Winter Storm Elliott during the fourth quarter."<br><br>2/23/2023 (4Q22/FY22 Form 8-K) | **Dollar General** | Inventory | • False and/or materially misleading when made, including because Defendants failed to disclose the true scope, severity, or causes of Dollar General's supply chain deficiencies, and instead allowed the Company to be clogged with a massive glut of excess inventory, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. ¶286.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | | | | opinion or puffery, including because the misstatement contains representations of current or historical fact.<br><br>• Corrective disclosures sufficiently pled.<br><br>• Strong inference of scienter. |
| 47. | ¶288: **Q:** "This quarter for example inventory was actually up over a \$1 billion dollars, tables were actually down year-over-year. Can you just provide any more color on what's happening there?"<br><br>**A:** "As we look further, we expect inventory levels to normalize. As you look at in Q4, we saw inventory per store drop in half. It was 14% on a per store basis which was about half the growth rate we saw in the previous period – previous quarter. And again, it reflects the same drivers. It's really the *product cost inflation and a greater mix of higher value products particularly in NCI as we completed the rollout of that*. The important thing to note here is it is *seasonal goods or early receipt of seasonal goods was our other driver*. But it's important to note that these are evergreen type products which aren't time sensitive *so we feel really good about the quality of the inventory, the ability to move through that, and expect this to continue to normalize as we move through the year*."<br><br>3/16/2023 (4Q22/FY22 Conference Call) | **Garratt** | Inventory | • False and/or materially misleading when made, including because Defendants failed to disclose the true scope, severity, or causes of Dollar General's supply chain deficiencies, and instead allowed the Company to be clogged with a massive glut of excess inventory, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. ¶291.<br><br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br><br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br><br>• Corrective disclosures sufficiently pled.<br><br>• Strong inference of scienter. |
| 48. | ¶289: "The quarter was also impacted by greater than anticipated inventory damages, which contributed to diluted EPS results that were below our expectations. While the storm had some damages impact, we also incurred higher damages than expected as we worked through the residual impact of the storage capacity constraints and related store and distribution deficiencies we experienced during the second half of the year. Although we expect some of these related impacts to be with us through the end of Q1, we are pleased to have the | **Owen** | Inventory | • False and/or materially misleading when made, including because Defendants failed to disclose the true scope, severity, or causes of Dollar General's supply chain deficiencies, and instead allowed the Company to be clogged with a massive glut of excess inventory, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | *storage capacity constraints largely behind us* which we believe positions us well moving forward." <br><br> 3/16/2023 (4Q22/FY22 Conference Call) | | | ¶291. <br> • When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br> • Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br> • Corrective disclosures sufficiently pled. <br> • Strong inference of scienter. |
| 49. | ¶290: The Company "made strong progress in our supply chain, reducing our storage capacity constraints and improving operations during the quarter." <br><br> 3/16/2023 (4Q22/FY22 Conference Call) | **Owen** | Inventory | • False and/or materially misleading when made, including because Defendants failed to disclose the true scope, severity, or causes of Dollar General's supply chain deficiencies, and instead allowed the Company to be clogged with a massive glut of excess inventory, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. Defendants also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. ¶291. <br> • When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br> • Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br> • Corrective disclosures sufficiently pled. <br> • Strong inference of scienter. |
| 50. | ¶293: "*We continually evaluate the needs and demands of our customers and modify our merchandise selections and pricing accordingly*, while remaining focused on increasing profitability, cash generation and returns for our shareholders." | **Owen Garratt** | Inventory | • False and/or materially misleading when made, including because Defendants failed to manage Dollar General's inventory, and instead allowed the Company to be clogged with a massive glut of excess inventory, as multiple former employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | "In the second half of 2022, *we experienced a temporary shortage of available warehouse capacity, primarily due to delays in opening temporary warehouse space*. This shortage resulted in a significant impact to our operating results due to increased costs associated with delays in unloading inventory into warehouse space, as well as inefficiencies in moving goods throughout our internal supply chain. *With the opening of three permanent distribution facilities in the fourth quarter of 2022, significant warehouse capacity is now available and has relieved the vast majority of these constraints*."<br><br>"*We regularly analyze and rebalance the network with a goal of ensuring that it remains efficient and provides the service levels our stores require*."<br><br>3/24/2023 (FY22 Form 10-K) | | | WMS tracking system. Defendants also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. ¶294.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 51. | ¶296: Defendants were "*refining our inventory management process*, including making some structural reporting realignments within our team to allow us to move more nimbly *to respond to customer demand and the needs of the business*."<br><br>6/1/2023 (1Q23 Earnings Call) | **Owen** | Inventory | • False and/or materially misleading when made, including because Defendants failed to disclose the true scope, severity, or causes of Dollar General's inventory management deficiencies, and instead failed to manage the Company's inventory balances and allowed the Company to be clogged with a massive glut of excess inventory, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. The Company's inventory management processes also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. ¶299.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| 52. | ¶297: **Q:** "[Y]our inventory balance was up, I think, 20% year-over- year. Just curious how you feel about the health of the inventory position and opportunities you see to improve from here." <br><br> **A:** "*We continue to feel good about the quality of the inventory. But I will say, inventory management remains a focus for us*. So inventory growth was relatively consistent with Q4, although we had hope[d] that it would come in somewhat lower this quarter. *The good news here is what I would say is we made some progress on working down the non-consumable inventory. It was offset though by improved consumable in-stock levels. And as Jeff noted with the supply chain health, that's where we got those in-stock levels*." "*Our supply chain service levels improved faster than we expected*, and that drove some consumable products to the store, which was one of the main contributors as you look on either a year-over year basis or a quarter-over-quarter basis. So I'd just end with we know that *inventory remains an opportunity for us and we're going to continue working on reducing those levels*, with the goal to remain in line with sales, and we believe that the *new structure we've put in place will make sure that we get that done*." <br><br> 6/1/2023 (1Q23 Earnings Call) | **Dilts** | Inventory | • False and/or materially misleading when made, including because Defendants failed to disclose the true scope, severity, or causes of Dollar General's inventory management deficiencies, and instead failed to manage the Company's inventory balances and allowed the Company to be clogged with a massive glut of excess inventory, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. The Company's inventory management processes also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. ¶299. <br><br> • When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br><br> • Not protected forward-looking statement, not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br><br> • Corrective disclosures sufficiently pled. <br><br> • Strong inference of scienter. |
| 53. | ¶298: "Importantly, we continue to believe the *quality of our inventory is in good shape*." <br><br> 6/1/2023 (1Q23 Earnings Call) | **Dilts** | Inventory | • False and/or materially misleading when made, including because Defendants failed to disclose the true scope, severity, or causes of Dollar General's inventory management deficiencies, and instead failed to manage the Company's inventory balances and allowed the Company to be clogged with a massive glut of excess inventory, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. The Company's inventory management processes also had no regard for demand or need when ordering excess inventory or forcing excess |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | | | | • inventory to stores that could not store it. ¶299.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 54. | ¶301: **Q:** "Do you feel that you can sustain a 6%-plus operating margin level longer term? And do you think you can get back to 8%- plus, where you have historically operated? And then to get to that 8%-plus, where do you see potentially the bigger buckets of opportunity going forward?"<br><br>**A:** "[O]verall, *the fundamentals of this business are absolutely unchanged and this model remains strong*."<br><br>12/7/2023 (3Q23 Earnings Call) | **Dilts** | Inventory | • False and/or materially misleading when made, including because Defendants failed to disclose the true scope, severity, or causes of Dollar General's inventory management deficiencies, and instead failed to manage the Company's inventory balances and allowed the Company to be clogged with a massive glut of excess inventory, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. The Company's inventory management processes also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. ¶304.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 55. | ¶302: **Q:** "[I]n terms of the progress rightsizing your inventory position . . . is it your expectation to exit the year clean, or do you feel like you're going to still need some incremental actions into next year?" | **Dilts** | Inventory | • False and/or materially misleading when made, including because Defendants failed to disclose the true scope, severity, or causes of Dollar General's inventory management deficiencies, and instead failed to manage the Company's inventory balances and allowed the Company to be clogged with a massive glut of excess inventory, as |

Case 3:23-cv-01250   Document 84-1   Filed 01/21/25   Page 30 of 60 PageID #: 2971

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | **A:** "*I think the good news for us is that the quality of our inventory is good . . . I would say our progress is on track in our reduction efforts, and you saw a little bit of that in the numbers today*." <br><br> 12/7/2023 (3Q23 Earnings Call) | | | multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. The Company's inventory management processes also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. ¶304. <br><br> • When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br><br> • Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br><br> • Corrective disclosures sufficiently pled. <br><br> • Strong inference of scienter. |
| 56. | **¶302: Q:** "[I]n terms of the progress rightsizing your inventory position . . . is it your expectation to exit the year clean, or do you feel like you're going to still need some incremental actions into next year?" <br><br> **A:** "[A]s you look at our results in Q3 and how that relates to any activity around clearing this inventory, *I would tell you that I feel very good about the balance here . . . early results would say it's right in line where we thought it would be right now and actually, in some areas, a little bit better. . . . But as I look at the quality of our inventory, it is in very good shape*. So, feel very good about that and very good about what we see going into the back half of this year and 2024." <br><br> 12/7/2023 (3Q23 Earnings Call) | **Vasos** | Inventory | • False and/or materially misleading when made, including because Defendants failed to disclose the true scope, severity, or causes of Dollar General's inventory management deficiencies, and instead failed to manage the Company's inventory balances and allowed the Company to be clogged with a massive glut of excess inventory, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. The Company's inventory management processes also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. ¶304. <br><br> • When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br><br> • Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br><br> • Corrective disclosures sufficiently pled. <br><br> • Strong inference of scienter. |

31

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| 57. | ¶303: **Q:** "[Dilts] pointed to a few factors that are going to weigh on Dollar General's profitability in 2024. Could you give more texture and timing around how large those factors are like . . . shrink?"<br><br>**A:** "We feel that *we're on the right track* with our back to basics moves here both in our labor investments, *in our inventory investments*, as well as in our supply chain and merchandising. . . . *But rest assured, we are hitting every single item and we're monitoring every single item every week here to make sure it's on the right track. And if it happens not to move the way we want, we will then make an adjustment to ensure that it does*."<br><br>12/7/2023 (3Q23 Earnings Call) | **Vasos** | Inventory | • False and/or materially misleading when made, including because Defendants failed to disclose the true scope, severity, or causes of Dollar General's inventory management deficiencies, and instead failed to manage the Company's inventory balances and allowed the Company to be clogged with a massive glut of excess inventory, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. The Company's inventory management processes also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. ¶304.<br><br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br><br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br><br>• Corrective disclosures sufficiently pled.<br><br>• Strong inference of scienter. |
| 58. | ¶306: "*We've made significant progress optimizing our inventory mix and levels and we continue to believe that the quality of our inventory remains good*."<br><br>"Overall, we are pleased with the progress we are making, including gains in customer traffic and market share, *lower inventory levels* and improving cash flow from operations."<br><br>3/14/2024 (4Q23 8-K)<br>3/14/2024 (4Q23 Earnings Call) | **Dilts** | Inventory | • False and/or materially misleading when made, including because Defendants failed to disclose the true scope, severity, or causes of Dollar General's inventory management deficiencies, and instead failed to manage the Company's inventory balances and allowed the Company to be clogged with a massive glut of excess inventory, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. The Company's inventory management processes also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. ¶308.<br><br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br><br>• Not inactionable opinion or puffery, including because the |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | | | | misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 59. | ¶307: "*As of fiscal year-end, and discussed further below, we have materially reduced inventory levels*."<br><br>3/25/2024 (Form 10-K) | **Vasos**<br>**Dilts** | Inventory | • False and/or materially misleading when made, including because Defendants failed to disclose the true scope, severity, or causes of Dollar General's inventory management deficiencies, and instead failed to manage the Company's inventory balances and allowed the Company to be clogged with a massive glut of excess inventory, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. The Company's inventory management processes also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. ¶308.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 60. | ¶310: "*The team continues to do great work reducing our overall inventory position* while simultaneously optimizing our mix and driving higher end stocks. We're pleased with the significant progress on this important goal, which not only frees up more cash in the business but also helps to mitigate further shrink risk. *And importantly, we continue to believe the quality of our inventory remains good*."<br><br>"*Overall, we're pleased with our progress and proud of these results, including* gains in customer traffic and | **Dilts** | Inventory | • False and/or materially misleading when made, including because Defendants failed to disclose the true scope, severity, or causes of Dollar General's inventory management deficiencies, and instead failed to manage the Company's inventory balances and allowed the Company to be clogged with a massive glut of excess inventory, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. The Company's inventory management processes also had no regard for demand or need when ordering excess inventory or forcing excess |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | market share, *significantly lower inventory levels* and improved cash flow from operations." <br><br> 5/30/2024 (1Q24 Earnings Call) <br> 5/30/2024 (1Q24 8-K) <br> 5/30/2024 (1Q24 10-Q) | | | inventory to stores that could not store it. ¶312. <br> • When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br> • Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br> • Corrective disclosures sufficiently pled. <br> • Strong inference of scienter. |
| 61. | ¶311: **Q:** "How confident are you that the investments you're making and including what you've done from a payroll perspective is really fully baked in here, and is not going to have to step-up again?" <br><br> **A:** "I just want to reiterate, shrink was worse than we thought it would have been in Q1, *but we are seeing those green shoots, which gives us confidence to reiterate our guidance long-term. . . . when you look at inventory levels across the store, I mean, pretty aggressive but impressive reduction in inventory in light of rising sales . . . our inventory is in really good shape as far as the quality and always has been . . . we feel good about all the investments we've made . . . We feel that they're right on track*." <br><br> 5/30/2024 (1Q24 Earnings Call) | **Vasos** | Inventory | • False and/or materially misleading when made, including because Defendants failed to disclose the true scope, severity, or causes of Dollar General's inventory management deficiencies, and instead failed to manage the Company's inventory balances and allowed the Company to be clogged with a massive glut of excess inventory, as multiple employees confirmed. Further, Dollar General did not even track vast amounts of excess inventory stored in off-site facilities and employees failed to enter inventory into the WMS tracking system. The Company's inventory management processes also had no regard for demand or need when ordering excess inventory or forcing excess inventory to stores that could not store it. ¶312. <br> • When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br> • Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br> • Corrective disclosures sufficiently pled. <br> • Strong inference of scienter. |
| 62. | ¶314: "The typical Dollar General store is *operated by a store manager, one or more assistant store managers, and three or more sales associates*." <br><br> 1/31/2020 (Form 10-K) <br> 3/19/2021 (Form 10-K) | **Vasos** (all filings through 3/24/2023 10-K) <br> **Garratt** (all filings through 3/24/2023 10-K) | Staffing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores by staffing them with only one individual during the day, and instead allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | 3/18/2022 (Form 10-K)<br>5/28/2020 (Form 10-Q)<br>8/27/2020 (Form 10-Q)<br>12/3/2020 (Form 10-Q)<br>5/27/2021 (Form 10-Q)<br>8/26/2021 (Form 10-Q)<br>12/2/2021 (Form 10-Q)<br>5/26/2022 (Form 10-Q)<br>8/25/2022 (Form 10-Q)<br>12/1/2022 (Form 10-Q)<br>3/24/2023 (Form 10-K)<br>6/1/2023 (Form 10-Q) | **Owen** (all filings starting 12/1/2022 10-Q through 6/1/2023 10-Q)<br>**Dilts** (6/1/2023 10-Q) | | serve customers and maintain its stores, high employee turnover, unlawful work conditions, and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶315.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 63. | ¶316: Defendants "proactively seek ways to continue investing in" Dollar General employees.<br><br>1/31/2020 (Form 10-K)<br>3/19/2021 (Form 10-K)<br>3/18/2022 (Form 10-K)<br>5/28/2020 (Form 10-Q)<br>8/27/2020 (Form 10-Q)<br>12/3/2020 (Form 10-Q)<br>5/27/2021 (Form 10-Q)<br>8/26/2021 (Form 10-Q)<br>12/2/2021 (Form 10-Q)<br>5/26/2022 (Form 10-Q)<br>8/25/2022 (Form 10-Q)<br>12/1/2022 (Form 10-Q)<br>3/24/2023 (Form 10-K)<br>6/1/2023 (Form 10-Q) | **Vasos** (all filings through 3/24/2023 10-K)<br>**Garratt** (all filings through 3/24/2023 10-K)<br>**Owen** (all filings starting 12/1/2022 10-Q through 6/1/2023 10-Q)<br>**Dilts** (6/1/2023 10-Q) | Staffing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores by staffing them with only one individual during the day, and instead allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to serve customers and maintain its stores, high employee turnover, unlawful work conditions, and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶317.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 64. | ¶318(a): "Failure to attract, train and retain qualified employees while controlling labor costs, as well as other labor issues, including employee safety issues, could adversely affect our financial performance." | **Vasos** (all filings through 3/24/2023 10-K)<br>**Garratt** (all filings through 3/24/2023 10-K) | Staffing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores by staffing them with only one individual during the day, and instead allowed the Company to be clogged with a massive glut of excess |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | 1/31/2020 (Form 10-K)<br>3/19/2021 (Form 10-K)<br>3/18/2022 (Form 10-K)<br>5/28/2020 (Form 10-Q)<br>8/27/2020 (Form 10-Q)<br>12/3/2020 (Form 10-Q)<br>5/27/2021 (Form 10-Q)<br>8/26/2021 (Form 10-Q)<br>12/2/2021 (Form 10-Q)<br>5/26/2022 (Form 10-Q)<br>8/25/2022 (Form 10-Q)<br>12/1/2022 (Form 10-Q)<br>3/24/2023 (Form 10-K)<br>6/1/2023 (Form 10-Q) | **Owen** (all filings starting 12/1/2022 10-Q through 6/1/2023 10-Q)<br>**Dilts** (6/1/2023 10-Q) | | inventory, which had led to the Company's inability to serve customers and maintain its stores, high employee turnover, unlawful work conditions, and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶319.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 65. | ¶318(b): "If we are unable to attract, train and retain adequate numbers of qualified employees, our operations, customer service levels, legal and regulatory compliance, and support functions could suffer."<br><br>1/31/2020 (Form 10-K)<br>3/19/2021 (Form 10-K)<br>3/18/2022 (Form 10-K)<br>5/28/2020 (Form 10-Q)<br>8/27/2020 (Form 10-Q)<br>12/3/2020 (Form 10-Q)<br>5/27/2021 (Form 10-Q)<br>8/26/2021 (Form 10-Q)<br>12/2/2021 (Form 10-Q)<br>5/26/2022 (Form 10-Q)<br>8/25/2022 (Form 10-Q)<br>12/1/2022 (Form 10-Q)<br>3/24/2023 (Form 10-K)<br>6/1/2023 (Form 10-Q) | **Vasos** (all filings through 3/24/2023 10-K)<br>**Garratt** (all filings through 3/24/2023 10-K)<br>**Owen** (all filings starting 12/1/2022 10-Q through 6/1/2023 10-Q)<br>**Dilts** (6/1/2023 10-Q) | Staffing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores by staffing them with only one individual during the day, and instead allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to serve customers and maintain its stores, high employee turnover, unlawful work conditions, and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶319.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | | | | |
| 66. | ¶320: "As a result of our efforts to date, our store associates are able to better serve our customers during this period of heightened demand as evidenced by our recent customer survey results, which we are seeing overall satisfaction at all-time highs."<br><br>8/27/2020 (2Q20 Earnings Call) | **Owen** | Staffing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores by staffing them with only one individual during the day, and instead allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to serve customers and maintain its stores, high employee turnover, unlawful work conditions, and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶321.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 67. | ¶323: "Our fourth operating priority is investing in our diverse teams through development, empowerment, and inclusion. [ . . . ]. Importantly, we believe these investments continue to yield positive results across our store base, *as evidenced by continued record low store manager turnover, record staffing levels, healthy applicant flows, and a robust internal promotion pipeline*."<br><br>12/3/2020 (3Q20 Earnings Call) | **Owen** | Staffing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores by staffing them with only one individual during the day, and instead allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to serve customers and maintain its stores, high employee turnover, unlawful work conditions, and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶324.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | | | | |
| 68. | ¶325: "***Our investments in our people are paying dividends across the organization. And in 2020, we saw our lowest store manager turnover on record***. In addition, we now have more than 12,000 store managers who were promoted from within the company, further demonstrating the culture of development and growth at Dollar General."<br><br>5/26/2021 (Annual Shareholder Meeting) | **Vasos** | Staffing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores by staffing them with only one individual during the day, and instead allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to serve customers and maintain its stores, high employee turnover, unlawful work conditions, and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶326.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 69. | ¶327: "Our fourth operating priority is investing in our diverse teams through development, empowerment and inclusion. [ . . . ] Importantly, we believe these efforts continue to ***yield positive results*** across our organization and are an ***important driver of our consistent and strong execution***. At the store level, we continue to be pleased with our robust internal promotion pipeline and ***store manager turnover***, which continues to trend below historic levels."<br><br>5/27/2021 (1Q21 Earnings Call) | **Owen** | Staffing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores by staffing them with only one individual during the day, and instead allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to serve customers and maintain its stores, high employee turnover, unlawful work conditions, and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶328.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | | | | |
| 70. | ¶329: **Q:** "And then on the wage front, obviously, Walmart recently announced another increase. . . . Maybe talk a little bit about your wage positioning."<br><br>**A:** "*[W]e continue to make the investments we need to, but we don't feel like we need to make any meaningful ones [. . . ] And, again, we feel like we're in really good position*."<br><br>9/8/2021 (Barclays Global Consumer Staples Conference) | **Owen** | Staffing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores by staffing them with only one individual during the day, and instead allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to serve customers and maintain its stores, high employee turnover, unlawful work conditions, and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶330.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 71. | ¶331: "Our fourth operating priority is investing in our diverse teams through development, empowerment and inclusion. . . . *[W]e continue to innovate on the development opportunities we offer our teams. Importantly, we believe these efforts continue to yield positive results across our store base, as evidenced by our robust promotion pipeline, healthy applicant flows and staffing above traditional levels.*"<br><br>12/2/2021 (3Q21 Earnings Call) | **Owen** | Staffing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores by staffing them with only one individual during the day, and instead allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to serve customers and maintain its stores, high employee turnover, unlawful work conditions, and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶332.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | | | | |
| 72. | ¶333: "And *we're in a great spot in terms of staffing levels*." <br><br> 3/17/2022 (4Q21 Earnings Call) | **Garratt** | Staffing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores by staffing them with only one individual during the day, and instead allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to serve customers and maintain its stores, high employee turnover, unlawful work conditions, and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶334. <br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br>• Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br>• Corrective disclosures sufficiently pled. <br>• Strong inference of scienter. |
| 73. | ¶335: "Our fourth operating priority is investing in our diverse teams through development, empowerment and inclusion. *We continue to focus on attracting, developing and retaining talented employees. We have made significant investments in wages, benefits and training opportunities*, which we believe are resonating with our team, as we drive improvements across the organization, that better position our associates for future success." <br><br> 5/25/2022 (Annual Shareholder Meeting) | **Vasos** | Staffing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores by staffing them with only one individual during the day, and instead allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to serve customers and maintain its stores, high employee turnover, unlawful work conditions, and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶336. <br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br>• Corrective disclosures sufficiently pled. <br>• Strong inference of scienter. |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| 74. | ¶337: "Our fourth operating priority is investing in our diverse teams through development, empowerment, and inclusion . . . *we are pleased with our turnover rates, staffing levels and applicant flow*."<br><br>5/26/2022 (1Q22 Earnings Call) | **Owen** | Staffing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores by staffing them with only one individual during the day, and instead allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to serve customers and maintain its stores, high employee turnover, unlawful work conditions, and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶338.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 75. | ¶340: **Garratt:** "Finally, and consistent with Q2, our outlook includes continued investments to further enhance the customer experience, including incremental labor hours and wages to drive continued improvement in overall in-stock levels and customer service."<br><br>**Owen:** The Company's "fourth operating priority is investing in our diverse teams through development, empowerment and inclusion" and "[w]e also continue *to be pleased with our turnover rates, staffing levels* and applicant flow, further validating our belief that we are taking the right actions to attract and retain talent."<br><br>**Vasos:** "During the quarter, and from a position of strength, we made targeted investments in both incremental labor hours and wages to further enhance the customer experience and build on our sales momentum. We believe these investments contributed to an | **Garratt Owen Vasos** | Staffing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores by staffing them with only one individual during the day, and instead allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to serve customers and maintain its stores, high employee turnover, unlawful work conditions, and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶341.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | improvement in our overall in-stock position and our strong sales results."<br><br>8/25/2022 (2Q22 Earnings Call) | | | |
| 76. | ¶342: **Garratt:** the Company made "continued investments to further enhance the customer experience primarily toward incremental labor hours to drive continued improvement in overall ***in-stock levels*** and customer experience."<br><br>**Owen:** Our fourth operating priority is investing in our diverse teams through development, empowerment and inclusion" and "***[w]e are pleased with our turnover trends and staffing levels***. And applicant flow continues to be strong, further validating our confidence that we are taking the right actions to attract and retain talent."<br><br>12/1/2022 (3Q22 Earnings Call) | **Garratt** | Staffing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores by staffing them with only one individual during the day, and instead allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to serve customers and maintain its stores, high employee turnover, unlawful work conditions, and exposed the Company to regulatory penalties, as multiple former employees confirmed. Further, Defendants did not even have visibility into Dollar General's "overall in-stock levels" because they failed to manage Dollar General's inventory balances and, instead, allowed the Company's supply chain to be clogged with excess inventory that they could not track. ¶343.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 77. | ¶344: "Our fourth operating priority is investing in our diverse teams through development, empowerment and inclusion. We continue to have great success hiring the talent we need, and we are pleased with our staffing levels and applicant flow."<br><br>"[W]e have made in our people including raising average hourly retail wages by approximately 23% over the last three years and investing over 4 million training hours in 2022 to promote education and development." | **Owen** | Staffing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores by staffing them with only one individual during the day, and instead allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to serve customers and maintain its stores, high employee turnover, unlawful work conditions, and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶346. |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | Defendant Owen touted to investors that "our staffing levels being very robust which we mentioned" and "we're pleased that what we believe this will do to elevate our store standards and our consistency which we believe the customer will benefit and the associate will benefit." <br><br> 3/16/2023 (4Q22/FY22 Earnings Call) | | | • When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br> • Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br> • Corrective disclosures sufficiently pled. <br> • Strong inference of scienter. |
| 78. | ¶345: **Q:** "I wanted to just clarify on the wage investment and the wage [rate], can you just let us know what your average hourly wage rate is and how you think about that as opposed to investing more in dollars?" <br><br> **A: "[W]e feel great about our staffing levels, our ability to attract, and our ability to retain our talent**. And so that's why **we're investing in hours, and right now we're very pleased to see that wage grow 23% over the last three years**. So we're in a great position and **that's why we're able to put this investment more towards the hours in the store rather than having to catch up on wages**." <br><br> 3/16/2023 (4Q22/FY22 Earnings Call) | **Owen** | Staffing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores by staffing them with only one individual during the day, and instead allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to serve customers and maintain its stores, high employee turnover, unlawful work conditions, and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶346. <br> • When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br> • Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br> • Corrective disclosures sufficiently pled. <br> • Strong inference of scienter. |
| 79. | ¶348: "[W]e believe **we're in a great position right now with price** and believe we're making the right investments to drive margin expansion over the long-term, and believe we have the levers to do so." <br><br> 5/28/2020 (1Q20 Earnings Call) | **Garratt** | Pricing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores, and allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to properly price merchandise and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶350. <br> • When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | | | | <ul><li>Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.</li><li>Corrective disclosures sufficiently pled.</li><li>Strong inference of scienter.</li></ul> |
| 80. | ¶349: "[O]ur pricing is as competitive as it's been" and "[w]e don't see a need to lean in any further on price, because we're so well priced today against all classes of trade. Now, we'll continue to watch that if something changes. The other thing to keep in mind is that we've been very, very vigilant around price, especially during this time."<br><br>5/28/2020 (1Q20 Earnings Call) | **Vasos** | Pricing | <ul><li>False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores, and allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to properly price merchandise and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶350.</li><li>When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.</li><li>Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.</li><li>Corrective disclosures sufficiently pled.</li><li>Strong inference of scienter.</li></ul> |
| 81. | ¶351: **Q:** "[O]n the margin side, how [is it] best to think about the drivers of gross margin[?]"<br><br>**A:** "[W]e'll always watch price, *but we feel very good about where we're priced now.*"<br><br>8/27/2020 (2Q20 Earnings Call) | **Garratt** | Pricing | <ul><li>False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores, and allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to properly price merchandise and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶352.</li><li>When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.</li><li>Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.</li><li>Corrective disclosures sufficiently pled.</li><li>Strong inference of scienter.</li></ul> |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| 82. | ¶354: **Q:** "On gross margin . . . could you just elaborate on the fourth quarter factors that you mentioned?"<br><br>**A:** "*[W]e're currently in a great spot on price and don't see the need to make any investments there right now.* So, I believe we're making the right investments and have the levers to continue to improve gross margins and operating margins over the long term."<br><br>12/3/2020 (3Q20 Earnings Call) | **Garratt** | Pricing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores, and allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to properly price merchandise and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶356.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 83. | ¶355: **Q:** "[W]ould you use price and all the good margin expansion potential that you could have and reinvest that back in price."<br><br>**A:** "Well, *we always say, we always reserve the right to lower price to ensure that we keep those footsteps coming into Dollar General and, more importantly, service that consumer*. As we sit right now, though, Michael, we don't see any evidence and/or need to pull a price lever. [ . . . ] But as we continue to watch the environment, *we'll do whatever we have to do to ensure that we're priced right.* But I think it's also important to note that in the 12 years that I've been here, *this is the best competitive positioning we've ever been in on price; the very best*. So, from a position of strength, *we've already lowered price, got it where it needs to be, and are in very good shape* as we move into 2021."<br><br>12/3/2020 (3Q20 Earnings Call) | **Vasos** | Pricing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores, and allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to properly price merchandise and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶356.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 84. | ¶358: **Q:** "[H]ow should we think about the base level of gross margin for 2022[?]" | **Garratt** | Pricing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores, and allowed the Company |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | **A:** "*[O]n the price front*, we'll always reserve the right to invest as needed, but as *we look at it now and as we've seen for quite a while now, we feel like we're in the best position on pricing we've been in and don't see, at least for the foreseeable future, the need to invest there*."<br><br>3/18/2021 (4Q20 Earnings Call) | | | to be clogged with a massive glut of excess inventory, which had led to the Company's inability to properly price merchandise and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶359.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 85. | ¶361: "Looking ahead, we believe we are well positioned to navigate the current environment, and although we've experienced higher-than expected costs, both from a product and supply chain perspective, *we're very confident in our price position as our price indexes relative to our competitors and other classes of trade remain in line with our targeted and historical ranges. And because so many families depend on us for everyday essentials at the right price, we believe products at the $1 price point are important for our customers, and they will continue to have a significant presence in our assortment*. In fact approximately 20% of our overall assortment remains at $1 or less. And moving forward, we will continue to foster and grow this program where appropriate."<br><br>12/2/2021 (3Q21 Earnings Call) | **Vasos** | Pricing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores, and allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to properly price merchandise and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶363.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 86. | ¶362: **Q:** "Can you talk about your stance [on the customer base]?"<br><br>**A:** "When you look at how we operate, *our pricing is as good as ever* against all classes of trade. *And as we talked about on our prepared remarks, we're not walking away from a $1 price point*." | **Vasos** | Pricing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores, and allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to properly price merchandise and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶363.<br>• When choosing to speak about a subject, Defendants had a |

Case 3:23-cv-01250    Document 84-1    Filed 01/21/25    Page 46 of 60 PageID #: 2987

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | 12/2/2021 (3Q21 Earnings Call) | | | • duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br><br> • Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br><br> • Corrective disclosures sufficiently pled. <br><br> • Strong inference of scienter. |
| 87. | ¶365: "*We are very confident in our price position as our price indexes relative to competitors and other classes of trade remain in line with our targeted and historical ranges.* And because so many families depend on us for everyday essentials at the right price, we believe products at the $1 price point are important to our customers, and they will continue to have a significant presence in our assortment. In fact, approximately 20% of our overall assortment is $1 or less. And moving forward, we expect to continue to foster and grow this program where appropriate. *Matter of fact, our pricing position has never been better. And as I said in my prepared remarks, our indexes are as good if not better than they've ever been. So we feel great about our everyday price.*" <br><br> 3/17/2022 (4Q21 and FY21 Earnings Call) | **Vasos** | Pricing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores, and allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to properly price merchandise and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶366. <br><br> • When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br><br> • Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br><br> • Corrective disclosures sufficiently pled. <br><br> • Strong inference of scienter. |
| 88. | ¶368: "In addition, while we continue to see ongoing product cost inflation, *we feel good about our price position* as our price indexes relative to competitors and other classes of trade remain in line with our targeted and historical ranges." <br><br> 5/26/2022 (1Q22 Earnings Call) | **Vasos** | Pricing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores, and allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to properly price merchandise and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶372. <br><br> • When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br><br> • Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br><br> • Corrective disclosures sufficiently pled. |

47

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | | | | • Strong inference of scienter. |
| 89. | ¶369: **Q:** "Do you think you'll need to take down your prices further and maintain that price gap to continue to enjoy the success that Dollar General has achieved?"<br><br>**A:** "***The great thing is that our prices are right in our historical ranges. And we feel great about price. We've got plenty of ammunition to do whatever we need to do. But I would tell you that we've never felt better about our price position as we continue to move through Q2 and into the back half of the year.*** We've taken the opportunity, and I've mentioned this before, over the many, many months through COVID to sharpen our prices even more. ***And I believe that what we're seeing right now against all classes of trade would tell you that Dollar General is in a great spot and has all of the levers at its disposal to continue to keep that positioning. We don't see anything on the horizon that gives us any concern there at all***."<br><br>5/26/2022 (1Q22 Earnings Call) | **Vasos** | Pricing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores, and allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to properly price merchandise and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶372.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 90. | ¶370: **Q:** "[O]n the gross margin, how [is it] best to think about the build for the second quarter and the back half of the year…?"<br><br>**A:** "And as we work the other levers we've talked about, as we leverage our scale, and as Todd mentioned, ***we're in a very good place in price***."<br><br>5/26/2022 (1Q22 Earnings Call) | **Garratt** | Pricing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores, and allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to properly price merchandise and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶372.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | | | | |
| 91. | ¶371: **Q:** "What do you have to see to want to lean into that [recession] playbook?"<br><br>**A:** "*I mentioned and the reason we're leaning into that $1 price point is because we know how important that is during those times* . . . *you'll see more endcaps, more off-shelf displays of both $1and private brand as we move through Q2 and into the back half of the year*. . . . *So we're really good and nimble as you know and be able to move really quickly*. . . . we're so different as a company than we were in 2008, 2009. *I would hate to be fixing fundamentals right now* because the opportunity to gain share is going to be tremendous as we, I believe, move through this year. *And we're so far beyond that with all of the initiatives that we've put in place over the last 6, 7 years*."<br><br>5/26/2022 (1Q22 Earnings Call) | **Vasos** | Pricing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores, and allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to properly price merchandise and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶372.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 92. | ¶374: "Importantly, *we continue to feel very good about our price position relative to competitors and other classes of trade*. And with more than 18,500 stores located within five miles, about 75% of the US population, we believe we are well positioned to navigate the current environment, while continuing to support our customers through our unique combination of value and convenience."<br><br>8/25/2022 (2Q22 Earnings Call) | **Vasos** | Pricing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores, and allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to properly price merchandise and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶376.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 93. | ¶375: **Q:** [H]ow do you feel about your pricing position today in light of some of the competitive actions that are | **Vasos** | Pricing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | taking place right now and are expected to happen going forward?"<br><br>**A:** "***We feel great about our price position***. I just want to remind everybody, well over a year ago, we took a very aggressive price stance, as you may recall me talking about over the last 18 months or so. And it positions us so well in the pandemic and now exiting the pandemic timeframe. ***And we feel great about where we are on prices against all classes of trade***, and of course, against even our chief competitors. ***We're in really good shape***."<br><br>8/25/2022 (2Q22 Earnings Call) | | | • chronically understaffed stores, and allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to properly price merchandise and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶376.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 94. | ¶375: "Todd [Vasos] talked about ***being in a great spot on price position***. And again, as a limited SKU operator with our growth in size, I think ***it really positions us well in this environment to serve that customer very well. Be sharp on price, but to continue to expand our margins over the long term***."<br>¶376.<br><br>8/25/2022 (2Q22 Earnings Call) | **Garratt** | Pricing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores, and allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to properly price merchandise and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶376.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not protected forward-looking statement, inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 95. | ¶378: **Q:** "[T]here is a big competitor . . . investing in price and narrowing the price gap. How do you think this will impact . . . DG?"<br><br>**A:** "When I think about Dollar General, and ***we look at our pricing position, we've never felt better about our positioning.*** Many of you have heard, over the last few quarters, myself talking about, ***we took the opportunity*** | **Vasos** | Pricing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores, and allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to properly price merchandise and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶379.<br>• When choosing to speak about a subject, Defendants had a |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | *from a position of strength during the pandemic to lower prices* [. . .] *But again, from a position of strength, the lower prices.* And at that point, we had the best indexes that I've been – that I've seen against all classes of trade since I've been in Dollar General." <br><br> 9/7/2022 (Goldman Sachs Global Retailing Conference) | | | • duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br> • Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br> • Corrective disclosures sufficiently pled. <br> • Strong inference of scienter. |
| 96. | ¶381: "We remain focused on our goal to be priced at relative parity with mass merchants and we continue to feel very good about our price position relative to competitors and all classes of trade." <br><br> 3/16/2023 (4Q22/FY22 Earnings Call) | **Owen** | Pricing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores, and allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to properly price merchandise and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶382. <br> • When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br> • Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br> • Corrective disclosures sufficiently pled. <br> • Strong inference of scienter. |
| 97. | ¶384: **Q:** "We have one last question. I had problems with my local store. The price on shelf often did not match t0068e price charged at checkout. What steps have been taken or will be taken to prevent this?" <br><br> A: "*We strive to provide our customers with convenient shopping experience, which includes providing them with the shelf pricing they can count on every day. In those situations where we fail to live up to this expectation, we take swift action to identify the root cause of the issue and correct it. Sometimes those root causes relate to systems and sometimes they relate to store level execution. Regardless, we take action designed to ensure we prevent their reoccurrence.*" | **Owen** | Pricing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores, and allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to properly price merchandise and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶385. <br> • When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br> • Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact. <br> • Corrective disclosures sufficiently pled. |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | 5/31/2023 (2023 Annual General Meeting) | | | • Strong inference of scienter. |
| 98. | ¶387: **Q:** "And how do we and investors get comfortable that I guess the full extent of the challenges I guess are known today?"<br><br>**A:** "We're going to be there for affordability, primarily through the items that matter most to her, and so we're going to get even sharper, *even though we're pleased with our pricing position overall, and have been for quite some time. We think there's an opportunity to be there for her even more, and so the team has already taken action on pricing on the items that matter most. We're doing it surgically like we always do*, and very pleased with where we're seeing the customer resonate. But certainly, that'll take time to drive traffic as it typically will do."<br><br>6/1/2023 (1Q23 Earnings Call) | **Owen** | Pricing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores, and allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to properly price merchandise and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶390.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 99. | ¶388: **Q:** "[H]ow do you feel about your pricing position today?<br><br>**A:** "*We feel great about our pricing position*. And just like Jeff said, we're investing in a targeted everyday low-price investment"; "*it's the right thing to do for our customers and for our business, and we're expecting sustained benefit from that investment. And while we do like the momentum that we're building with these actions on price and labor investment*, we think that sets us up for the back half of the year because there could just be a little bit of a lag to the full benefit of those investments."<br><br>6/1/2023 (1Q23 Earnings Call) | **Dilts** | Pricing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants chronically understaffed stores, and allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to properly price merchandise and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶390.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 100. | ¶389: **Q:** "[Y]our discussion around price investments come on the heels of one of your large competitors, | **Owen** | Pricing | • False and/or materially misleading when made, including because Defendants failed to disclose that Defendants |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | making price investments last year. And so this has sparked the narrative within the investment community that there's just going to be a race to the bottom and a never-ending price war within the small-box value retail sector. How do you present that?"<br><br>**A:** "*As we've said historically, and continue to say, our price position relative to competition continues to be strong. And quite honestly, our philosophy on price has not changed*. . . . And so we believe, again, *this is a very targeted structural approach – excuse me, targeted and surgical approach to being able to be there for this customer*."<br><br>6/1/2023 (1Q23 Earnings Call) | | | chronically understaffed stores, and allowed the Company to be clogged with a massive glut of excess inventory, which had led to the Company's inability to properly price merchandise and exposed the Company to regulatory penalties, as multiple former employees confirmed. ¶390.<br><br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br><br>• Not inactionable opinion or puffery, including because the misstatement contains representations of current or historical fact.<br><br>• Corrective disclosures sufficiently pled.<br><br>• Strong inference of scienter. |
| 101. | ¶393: Defendants reported:<br>a. Operating Profit of $866.8 million.<br>b. Net income of $650 million.<br>c. Gross Profit as a percentage of net sales of 30.7% or $2.6 billion.<br>d. Net sales of $8.4 billion.<br>e. Diluted Earnings Per Share of $2.56.<br>f. Total merchandise inventories, at cost, of $4.1 billion.<br>g. Inventory turnover of 4.7 times on a rolling four-quarter basis.<br>h. A LIFO provision of $1.6 million.<br><br>5/28/2020 (1Q20 Form 8-K)<br>5/28/2020 (1Q20 Form 10-Q) | **Vasos**<br>**Garratt** | Misleading Financial Metrics, GAAP and SOX Certifications[3] | • False and/or materially misleading when made, including because Defendants' earnings metrics tied to inventory were materially inaccurate due to Dollar General's inability to track vast amounts of excess inventory, failures by its employees to enter inventory into the Company's WMS inventory tracking system, and failures to properly damage out obsolete or damaged inventory, as multiple former employees confirmed. ¶394.<br><br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br><br>• Corrective disclosures sufficiently pled.<br><br>• Strong inference of scienter. |
| 102. | ¶396: Defendants reported:<br>a. Operating Profit of $1.0 million.<br>b. Net income of $787.6 million. | **Vasos**<br>**Garratt** | Misleading Financial Metrics, GAAP and SOX Certifications | • False and/or materially misleading when made, including because Defendants' earnings metrics tied to inventory were materially inaccurate due to Dollar General's inability to track vast amounts of excess inventory, failures by its employees to enter inventory into the Company's WMS |

---

[3] Defendants describe this category of Misstatements as purported "Accounting" misstatements.

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | c. Gross Profit as a percentage of net sales of 32.5% or $2.8 billion.<br>d. Net sales of $8.7 billion.<br>e. Diluted Earnings Per Share of $3.12.<br>f. Total merchandise inventories, at cost, of $4.4 billion.<br>g. Inventory turnover of 4.9 times on a rolling four-quarter basis.<br>h. A LIFO provision of $0.1 million for the 13-week period ended July 31, 2020 and $1.7 million for the 26-week period ended July 31, 2020.<br><br>8/27/2020 (2Q20 Form 8-K)<br>8/27/2020 (2Q20 Form 10-Q) | | | inventory tracking system, and failures to properly damage out obsolete or damaged inventory, as multiple former employees confirmed. ¶397.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 103. | ¶399: Defendants reported:<br>a. Operating Profit of $773.1 million.<br>b. Net income of $574.3 million.<br>c. Gross Profit as a percentage of net sales of 31.3% or $2.57 billion.<br>d. Net sales of $8.2 billion.<br>e. Diluted Earnings Per Share of $2.31.<br>f. Total merchandise inventories, at cost, of $5.0 billion.<br>g. Inventory turnover of 4.9 times on a rolling four-quarter basis.<br>h. A LIFO provision of $1.6 million for the 13-week period ended October 30, 2020 and $9.7 million for the 26-week period ended October 30, 2020.<br><br>12/3/2020 (3Q20 Form 8-K)<br>12/3/2020 (3Q20 Form 10-Q) | **Vasos**<br>**Garratt** | Misleading Financial Metrics, GAAP and SOX Certifications | • False and/or materially misleading when made, including because Defendants' earnings metrics tied to inventory were materially inaccurate due to Dollar General's inability to track vast amounts of excess inventory, failures by its employees to enter inventory into the Company's WMS inventory tracking system, and failures to properly damage out obsolete or damaged inventory, as multiple former employees confirmed. ¶400.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 104. | ¶402: Defendants reported:<br>a. Operating Profit of $3.6 billion for FY20 and of $872.2 million for 4Q20.<br>b. Net income of $2.7 billion for FY20 and of $642.7 million for 4Q20. | **Vasos**<br>**Garratt** | Misleading Financial Metrics, GAAP and SOX Certifications | • False and/or materially misleading when made, including because Defendants' earnings metrics tied to inventory were materially inaccurate due to Dollar General's inability to track vast amounts of excess inventory, failures by its employees to enter inventory into the Company's WMS inventory tracking system, and failures to properly damage |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | c. Gross Profit as a percentage of net sales of 31.8% or $10.7 billion for FY20 and of 32.5% or $2.7 billion for 4Q20.<br>d. Net sales of $33.7 billion for FY20 and of $8.4 billion for 4Q20.<br>e. Diluted Earnings Per Share of $10.62 for FY20 and of $2.62 for 4Q20.<br>f. Total merchandise inventories, at cost, of $5.2 billion for FY20.<br>g. Inventory turnover of 4.9 times on a rolling four-quarter basis.<br>h. A LIFO provision of $5.1 million in FY20.<br><br>3/18/2021 (Form 8-K)<br>3/19/2021(2020 Form 10-K) | | | • out obsolete or damaged inventory, as multiple former employees confirmed. ¶403.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 105. | ¶405: Defendants reported:<br>a. Operating Profit of $908.9 million.<br>b. Net income of $6.77.7 million.<br>c. Gross Profit as a percentage of net sales of 32.8% or $2.6 billion.<br>d. Net sales of $8.4 billion.<br>e. Diluted Earnings Per Share of $2.82.<br>f. Total merchandise inventories, at cost, of $5.1 billion.<br>g. Inventory turnover of 4.8 times on a rolling four-quarter basis.<br>h. A LIFO provision of $12.3 million for the 13-week period ended April 30, 2021.<br><br>5/27/2021 (1Q21 Form 8-K)<br>5/27/2021 (1Q21 Form 10-Q) | **Vasos**<br>**Garratt** | Misleading Financial Metrics, GAAP and SOX Certifications | • False and/or materially misleading when made, including because Defendants' earnings metrics tied to inventory were materially inaccurate due to Dollar General's inability to track vast amounts of excess inventory, failures by its employees to enter inventory into the Company's WMS inventory tracking system, and failures to properly damage out obsolete or damaged inventory, as multiple former employees confirmed. ¶406.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 106. | ¶408: Defendants reported:<br>a. Operating Profit of $849.6 million.<br>b. Net income of $637 million. | **Vasos**<br>**Garratt** | Misleading Financial Metrics, GAAP and SOX Certifications | • False and/or materially misleading when made, including because Defendants' earnings metrics tied to inventory were materially inaccurate due to Dollar General's inability to track vast amounts of excess inventory, failures by its employees to enter inventory into the Company's WMS |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | c. Gross Profit as a percentage of net sales of 31.6% or $2.7 billion.<br>d. Net sales of $8.7 billion.<br>e. Diluted Earnings Per Share of $2.69.<br>f. Total merchandise inventories, at cost, of $5.3 billion.<br>g. Inventory turnover of 4.6 times on a rolling four-quarter basis.<br>h. A LIFO provision of $36 million for the 13-week period ended July 30, 2021 and $48.2 million for the 26-week period ended July 30, 2021.<br><br>8/26/2021 (2Q21 Form 8-K)<br>8/26/2021 (2Q21 Form 10-Q) | | | inventory tracking system, and failures to properly damage out obsolete or damaged inventory, as multiple former employees confirmed. ¶409.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 107. | ¶411: Defendants reported:<br>a. Operating Profit of $665.6 million.<br>b. Net income of $487 million.<br>c. Gross Profit as a percentage of net sales of 30.8% or $2.6 billion.<br>d. Net sales of $8.5 billion.<br>e. Diluted Earnings Per Share of $2.08.<br>f. Total merchandise inventories, at cost, of $5.3 billion.<br>g. Inventory turnover of 4.5 times on a rolling four-quarter basis.<br>h. A LIFO provision of $60.5 million for the 13-week period ended October 29, 2021 and $108.7 million for the 26-week period ended October 29, 2021.<br><br>12/2/2021 (3Q21 Form 8-K)<br>12/2/2021 (3Q21 Form 10-Q)<br>12/2/2021 (3Q21 Earnings Call) | **Vasos, Garratt (all filings & call)**<br>**Owen (earnings call)** | Misleading Financial Metrics, GAAP and SOX Certifications | • False and/or materially misleading when made, including because Defendants' earnings metrics tied to inventory were materially inaccurate due to Dollar General's inability to track vast amounts of excess inventory, failures by its employees to enter inventory into the Company's WMS inventory tracking system, and failures to properly damage out obsolete or damaged inventory, as multiple former employees confirmed. ¶412.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 108. | ¶414: Defendants reported:<br>a. Operating Profit of $3.2 billion for FY21 and of $796.7 million for 4Q21. | **Vasos, Garratt (all filings & call)**<br>**Owen (earnings call)** | Misleading Financial Metrics, GAAP and SOX Certifications | • False and/or materially misleading when made, including because Defendants' earnings metrics tied to inventory were materially inaccurate due to Dollar General's inability to track vast amounts of excess inventory, failures by its employees to enter inventory into the Company's WMS |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | b. Net income of $2.4 billion for FY21 and of $597.4 million for 4Q21.<br>c. Gross Profit as a percentage of net sales of 31.6% or $10.8 billion for FY21 and of 31.2% or $2.7 billion for 4Q21.<br>d. Net sales of $34.2 billion for FY21 and of $8.7 billion for 4Q21.<br>e. Diluted Earnings Per Share of $10.17 for FY21 and of $2.57 for 4Q21.<br>f. Total merchandise inventories, at cost, of $5.6 billion for FY21 and for 4Q21.<br>g. Inventory turnover of 4.4 times for FY21.<br>h. A LIFO provision of $180.4 million in FY21.<br><br>3/17/2022 (Form 8-K)<br>3/17/2022 (FY21/4Q21 Earnings Call)<br>3/18/2022 (2021 Form 10-K) | | | inventory tracking system, and failures to properly damage out obsolete or damaged inventory, as multiple former employees confirmed, as multiple former employees confirmed. ¶415.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 109. | ¶417: Defendants reported:<br>a. Operating Profit of $746.2 million.<br>b. Net income of $552.7 million.<br>c. Gross Profit as a percentage of net sales of 31.3% or $2.7 billion.<br>d. Net sales of $8.8 billion.<br>e. Diluted Earnings Per Share of $2.41.<br>f. Total merchandise inventories, at cost, of $6.1 billion<br>g. Inventory turnover of 4.3 times on a rolling four-quarter basis.<br>h. A LIFO provision of $61.4 million for the 13-week period ended April 29, 2022.<br><br>5/26/2022 (1Q22 Form 8-K)<br>5/26/2022 (1Q22 Form 10-Q) | **Vasos**<br>**Garratt** | Misleading Financial Metrics, GAAP and SOX Certifications | • False and/or materially misleading when made, including because Defendants' earnings metrics tied to inventory were materially inaccurate due to Dollar General's inability to track vast amounts of excess inventory, failures by its employees to enter inventory into the Company's WMS inventory tracking system, and failures to properly damage out obsolete or damaged inventory, as multiple former employees confirmed. ¶418.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 110. | ¶420: Defendants reported:<br>a. Operating Profit of $913.4 million. | **Garratt**<br>**Vasos** | Misleading Financial Metrics, GAAP and SOX Certifications | • False and/or materially misleading when made, including because Defendants' earnings metrics tied to inventory were materially inaccurate due to Dollar General's inability |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | b. Net income of $678 million.<br>c. Gross Profit as a percentage of net sales of 32.3% or $3 billion.<br>d. Net sales of $9.4 billion.<br>e. Diluted Earnings Per Share of $2.98.<br>f. Total merchandise inventories, at cost, of $6.9 billion.<br>g. Inventory turnover of 4.1 times on a rolling four-quarter basis.<br>h. A LIFO provision of $144.4 million for the 13-week period ended July 29, 2022 and $205.8 million for the 26-week period ended July 29, 2022.<br><br>8/25/2022 (2Q22 Form 8-K)<br>8/25/2022 (2Q22 Form 10-Q) | | | to track vast amounts of excess inventory, failures by its employees to enter inventory into the Company's WMS inventory tracking system, and failures to properly damage out obsolete or damaged inventory, as multiple former employees confirmed. ¶421.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 111. | ¶423: Defendants reported:<br>a. Operating Profit of $735.5 million<br>b. Net income of $526.2 million<br>c. Gross Profit as a percentage of net sales of 30.5% or $2.9 billion<br>d. Net sales of $9.5 billion<br>e. Diluted Earnings Per Share of $2.33<br>f. Total merchandise inventories, at cost, of $7.1 billion.<br>g. Inventory turnover of 4.0 times on a rolling four-quarter basis.<br>h. A LIFO provision of $147.8 million for the 13-week period ended October 28, 2022 and $353.6 million for the 26-week period ended October 28, 2022.<br><br>12/1/2022 (3Q22 Form 8-K)<br>12/1/2022 (3Q22 Form 10-Q) | **Owen Garratt** | Misleading Financial Metrics, GAAP and SOX Certifications | • False and/or materially misleading when made, including because Defendants' earnings metrics tied to inventory were materially inaccurate due to Dollar General's inability to track vast amounts of excess inventory, failures by its employees to enter inventory into the Company's WMS inventory tracking system, and failures to properly damage out obsolete or damaged inventory, as multiple former employees confirmed. ¶424.<br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br>• Corrective disclosures sufficiently pled.<br>• Strong inference of scienter. |
| 112. | ¶425: Defendants stated:<br>a. Their financial results "have been prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") for interim financial information and are | **Vasos** (all filings through 5/30/2024 10-Q (except 12/1/2022 10Q, 6/1/2023 10Q, 8/31/2023 10Q)) | Misleading Financial Metrics, GAAP and SOX Certifications | • False and/or materially misleading when made, including because:<br>- contrary to their statements in ¶425(a)-(b), Defendants did not comply with GAAP and failed to properly use the LIFO method of valuing inventory, given that they |

58

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| | presented in accordance with the requirements of Form 10-Q and Rule 10-01 of Regulation S-X." <br><br> b. "The Company uses the last-in, first-out ('LIFO') method of valuing inventory. An actual valuation of inventory under the LIFO method is made at the end of each year based on the inventory levels and costs at that time." <br><br> c. "We perform physical inventories in virtually all of our stores on an annual basis. We calculate our shrink provision based on actual physical inventory results during the fiscal period and an accrual for estimate shrink occurring subsequent to a physical inventory through the end of the fiscal reporting period"; as modified slightly to "we perform physical inventories in *a significant majority* of our stores on an annual basis" beginning with their Form 10-K filed with the SEC on March 24, 2023. <br><br> 1/31/2020 (Form 10-K) <br> 3/19/2021 (Form 10-K) <br> 3/18/2022 (Form 10-K) <br> 5/28/2020 (Form 10-Q) <br> 8/27/2020 (Form 10-Q) <br> 12/3/2020 (Form 10-Q) <br> 5/27/2021 (Form 10-Q) <br> 8/26/2021 (Form 10-Q) <br> 12/2/2021 (Form 10-Q) <br> 5/26/2022 (Form 10-Q) <br> 8/25/2022 (Form 10-Q) <br> 12/1/2022 (Form 10-Q) <br> 3/24/2023 (Form 10-K) <br> 6/1/2023 (Form 10-Q) <br> 8/31/2023 (Form 10-Q) <br> 12/7/2023 (Form 10-Q) <br> 3/25/2024 (Form 10-K) <br> 5/30/2024 (Form 10-Q) | **Garratt** (all filings through 6/1/2023 10-Q) <br><br> **Owen** (all filings starting 12/1/2022 10-Q through 8/31/2023 10-Q) <br><br> **Dilts** (all filing starting 6/1/2023 10Q through 5/30/2024 10-Q) | | failed to recognize as a loss the difference between the book value and market value of inventory for vast amounts of inventory that was damaged, obsolete or otherwise sellable for less than cost (¶¶426, 429) due to widespread instances, confirmed by former employees, where Dollar General failed to "damage out" impaired inventory, disposed of inventory without properly accounting for it, and could not even track vast amounts of obsolete inventory, as multiple former employees confirmed (¶430); and <br><br> - contrary to their statements in ¶425(b)-(c), Defendants' inability to accurately track or account for inventory made it impossible for them to conduct an accurate actual valuation based on inventory levels, as they had no visibility into actual inventory (¶431). <br><br> • When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC. <br><br> • Inconsistent with GAAP. <br><br> • Corrective disclosures sufficiently pled. <br><br> • Strong inference of scienter. |

| No. | Misstatement, SAC Paragraphs, and Date(s) | Maker | SAC Category | Reasons Why Actionable |
|---|---|---|---|---|
| 113. | ¶¶432-35: **Company:** Rule 13a-14(a) certifications.<br><br>1/31/2020 (Form 10-K)<br>3/19/2021 (Form 10-K)<br>3/18/2022 (Form 10-K)<br>5/28/2020 (Form 10-Q)<br>8/27/2020 (Form 10-Q)<br>12/3/2020 (Form 10-Q)<br>5/27/2021 (Form 10-Q)<br>8/26/2021 (Form 10-Q)<br>12/2/2021 (Form 10-Q)<br>5/26/2022 (Form 10-Q)<br>8/25/2022 (Form 10-Q)<br>12/1/2022 (Form 10-Q)<br>3/24/2023 (Form 10-K)<br>6/1/2023 (Form 10-Q)<br>8/31/2023 (Form 10-Q)<br>12/7/2023 (Form 10-Q)<br>3/25/2024 (Form 10-K)<br>5/30/2024 (Form 10-Q) | **Vasos** (all filings through 5/30/2024 10-Q (except 12/1/2022 10Q, 6/1/2023 10Q, 8/31/2023 10Q))<br>**Garratt** (all filings through 6/1/2023 10-Q)<br>**Owen** (all filings starting 12/1/2022 10-Q through 8/31/2023 10-Q)<br>**Dilts** (all filing starting 6/1/2023 10Q through 5/30/2024 10-Q) | Misleading Financial Metrics, GAAP and SOX Certifications | • False and/or materially misleading when made, including because:<br><br>(a) Dollar General's 10-Qs and 10-Ks filed during the Class Period contain untrue statements and omitted material facts as detailed in the SAC (¶435(a));<br><br>(b) the 10-Qs and 10-Ks did not fairly present the Company's financial condition, results of operations and cash flows in all material respects as required (¶435(b));<br><br>(c) Dollar General lacked sufficient inventory controls (¶435(c)); and<br><br>(d) Defendants failed to disclose all significant deficiencies and material weakness in their internal controls or fraud that involved management as detailed in the SAC (¶435(d)).<br><br>• When choosing to speak about a subject, Defendants had a duty to disclose the whole truth and not omit material facts summarized above and detailed in the SAC.<br><br>• Corrective disclosures sufficiently pled.<br><br>• Strong inference of scienter. |

Case 3:23-cv-01250    Document 84-1    Filed 01/21/25    Page 60 of 60 PageID #: 3001