IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )  Case No. 3:23-cv-01250<br>)  Judge Aleta A. Trauger |
| v. | )<br>) |
| DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, and KELLY M. DILTS, | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendants' Motion to Dismiss (Doc. No. 76) is **GRANTED**, and the Second Consolidated Amended Complaint (Doc. No. 73) is **DISMISSED WITHOUT PREJUDICE**.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge