# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

Washtenaw County Employees' Retirement System,
et al.

                                         Plaintiff,

v.                                                    Case No.:
                                                      3:23−cv−01250


Dollar General Corporation, et al.

                                         Defendant,

## ENTRY OF JUDGMENT

       Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the
Federal Rules of Civil Procedure on 7/2/2025 re [89].


                                                      Lynda M. Hill
                                              s/ Hannah Blaney, Deputy Clerk