**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, and KELLY M. DILTS,<br><br>     Defendants. | Civil Action No. 3:23-cv-01250<br><br><u>CLASS ACTION</u><br><br>Judge Aleta A. Trauger |

## <u>LEAD PLAINTIFFS' MOTION<br>TO SET ASIDE THE COURT'S ENTRY OF JUDGMENT</u>

Pursuant to the Federal Rules of Civil Procedure 59(e) and 60(b), Lead Plaintiffs hereby file this Motion to set aside the Court's entry of Judgment on July 2, 2025 (ECF No. 90, the "Judgment") so that Lead Plaintiffs may seek to file an amended complaint. In support of this Motion, Lead Plaintiffs rely upon the accompanying Memorandum of Law in Support of Lead Plaintiffs' Motion to Set Aside the Court's Judgment and the pleadings and other filings in this Action. Accordingly, Lead Plaintiffs respectfully request that the Court set aside the Judgment.

-1-

DATED: July 10, 2025                    Respectfully submitted,

**SANFORD HEISLER SHARP MCKNIGHT, LLP**

*/s/ Kristi S. McGregor*
Kristi S. McGregor (GA Bar No. 674012)
Brent A. Hannafan (BPR No. 025209)
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7001
Facsimile: (615) 434-7020
bhannafan@sanfordheisler.com
kmcgregor@sanfordheisler.com

*Liaison Counsel for Lead Plaintiff Universal and Quoniam and Proposed Liaison Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Salvatore J. Graziano (admitted *pro hac vice*)
Jeremy P. Robinson (admitted *pro hac vice*)
Alexander Noble (admitted *pro hac vice*)
Jonathan D'Errico (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
jeremy@blbglaw.com
alexander.noble@blbglaw.com
jonathan.derrico@blbglaw.com

*Counsel for Lead Plaintiff Universal and Quoniam and Lead Counsel for the Class*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2025, a true and correct copy of **LEAD PLAINTIFFS'**

**MOTION TO SET ASIDE THE COURT'S ENTRY OF JUDGMENT** was filed electronically

via the Court's CM/ECF system. Notification of such electronic filing was served on all counsel

of record on July 10, 2025 via the CM/ECF system to the following individuals below:

Peter E. Kazanoff
Amy L. Dawson
Simpson, Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017-3954
pkazanoff@stblaw.com
amy.dawson@stblaw.com

Joshua Sean Bolian
Milton S. McGee, III
Steven Allen Riley
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
jbolian@rjfirm.com
tmcgee@rjfirm.com
sriley@rjfirm.com

*/s/ Kristi S. McGregor*
Kristi S. McGregor (GA Bar No. 674012)