# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

WASHTENAW COUNTY EMPLOYEES'            )
RETIREMENT SYSTEM *on behalf of itself and*   )
*all others similarly situated*, ET AL.,          )
                                       )
      Plaintiffs,              )
                                       )
v.                                     )    Civil No.  3:23-cv-1250
                                       )    Judge Trauger
DOLLAR GENERAL CORPORATION, ET AL.,    )
                                       )
      Defendants.              )

## ORDER

Lead Plaintiffs' Motion to Set Aside the Court's Entry of Judgment (Doc. No. 91) is GRANTED.  By inadvertence, the Order granting the motion to dismiss without prejudice directed the Clerk to enter judgment under Rule 58 of the Federal Rules of Civil Procedure (Doc. No. 89). It is hereby ORDERED that the Entry of Judgment made by the Clerk on July 2, 2025 (Doc. No. 90) is VACATED.

The Lead Plaintiffs may have an extension until August 25, 2025 within which to file an amended complaint.  The defendants shall respond to any such motion within sixty (60) days after its filing, and the Lead Plaintiffs may file a reply within fourteen (14) days after the filing of the response.

It is so **ORDERED**.

 

_____

ALETA A. TRAUGER
U.S. District Judge