**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, and KELLY M. DILTS, <br><br> Defendants. | Civil Action No. 3:23-cv-01250 <br><br> CLASS ACTION <br><br> Judge Aleta A. Trauger |

## [PROPOSED] ORDER

Pending before the Court is Lead Plaintiffs' Motion For Leave To File A Third Amended Complaint (the "Motion to Amend"). Having considered all written and other submissions made in connection with the Motion to Amend, the Court grants the Motion to Amend and hereby ORDERS that Plaintiffs are granted leave to file the Third Amended Complaint within 5 business days of this Order, and the Court further ORDERS that discovery may commence.

**IT IS SO ORDERED**.

Dated: _____, 2025.

_____
HON. ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE