**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

WASHTENAW COUNTY EMPLOYEES'                 )
RETIREMENT SYSTEM *on behalf of itself and*  )
*all others similarly situated*, ET AL.,        )
                                              )
     Plaintiffs,              )
                                              )
v.                                            )    Civil No.  3:23-cv-1250
                                              )    Judge Trauger
DOLLAR GENERAL CORPORATION, ET AL.,           )
                                              )
    Defendants.              )

## ORDER

It is hereby ORDERED that the Clerk shall reopen this case.  It is further ORDERED that

the parties shall adhere to the briefing schedule established in this court's Order entered July 14,

2025 (Doc. No. 92) in connection with the "Lead Plaintiffs' Motion for Leave to File Third

Amended Complaint" (Doc. No. 93).

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge