**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>              Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, and KELLY M. DILTS,<br><br>              Defendants. | Case No. 3:23-CV-01250<br><br>CLASS ACTION<br><br>Judge Aleta A. Trauger |

## <u>ORDER</u>

Pending before the Court is the Joint Motion for Additional Pages for the Parties'
Remaining Briefing on Lead Plaintiffs' Motion for Leave to File a Third Amended Complaint.
Having considered the written submission, the Court grants the Motion and ORDERS as follows:

1. Defendants' Opposition brief will not exceed 25 pages.

2. Lead Plaintiffs' Reply brief will not exceed 10 pages.

IT IS SO ORDERED.

Aleta A. Trauger, United States
District Judge