| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, and KELLY M. DILTS,<br><br>　　　　　　　　　　　　Defendants. | Case No. 3:23-CV-01250<br><br>CLASS ACTION<br><br>Judge Aleta A. Trauger |

**DECLARATION OF MILTON S. MCGEE, III IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT**

I, Milton S. McGee, III, declare as follows:

1.　　　I am over 18 years of age and am competent to testify as to the matters stated in this Declaration.　I am a member of good standing of the Tennessee Bar and am admitted to practice in this Court.　I am a member at the law firm of Riley & Jacobson, PLC and counsel for Defendants Dollar General Corporation ("Dollar General"), Todd J. Vasos, Jeffery C. Owen, John W. Garratt, and Kelly M. Dilts (collectively, "Defendants").　I hereby submit this Declaration in support of Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint.　I have personal knowledge of the facts set forth within.

2.　　　Attached as Exhibits 1 through 37 to this Declaration are true and correct copies of the following documents.

- **Exhibit 1**: Excerpt from Dollar General's Form 10-K for the fiscal year ended January 31, 2020, dated March 19, 2020.

- **Exhibit 2**: Dollar General's Earnings Call Transcript for the quarterly period ended May 1, 2020, dated May 28, 2020.

- **Exhibit 3**: Excerpt from Dollar General's Form 10-Q for the quarterly period ended May 1, 2020, dated May 28, 2020.

- **Exhibit 4**: Dollar General's Earnings Call Transcript for the quarterly period ended October 30, 2020, dated December 3, 2020.

- **Exhibit 5**: Excerpt from Dollar General's Form 10-K for the fiscal year ended January 29, 2021, dated March 19, 2021.

- **Exhibit 6**: Excerpt from Dollar General's Form 10-K for the fiscal year ended January 28, 2022, dated March 18, 2022.

- **Exhibit 7**: Dollar General's Earnings Call Transcript for the quarterly period ended October 29, 2021, dated December 2, 2021.

- **Exhibit 8**: Dollar General's Earnings Call Transcript for the quarterly period ended July 30, 2021, dated August 26, 2021.

- **Exhibit 9**: Dollar General's Earnings Call Transcript for the quarterly period ended April 30, 2021, dated May 27, 2021.

- **Exhibit 10**: Dollar General's Earnings Call Transcript for the quarterly period ended April 29, 2022, dated May 26, 2022.

- **Exhibit 11**: Dollar General's Earnings Call Transcript for the quarterly period ended July 29, 2022, dated August 25, 2022.

- **Exhibit 12**: Excerpt from Dollar General's Form 10-Q for the quarterly period ended July 29, 2022, dated August 25, 2022.

- **Exhibit 13**: Dollar General's Earnings Call Transcript for the quarterly period ended October 28, 2022, dated December 1, 2022.

- **Exhibit 14**: Dollar General's Form 8-K, dated February 23, 2023.

- **Exhibit 15**: Dollar General's Earnings Call Transcript for the quarterly period and fiscal year ended February 3, 2023, dated March 16, 2023.

- **Exhibit 16**: Dollar General's Earnings Call Transcript for the quarterly period ended May 5, 2023, dated June 1, 2023.

- **Exhibit 17**: Excerpt from Dollar General's Form 10-Q for the quarterly period ended August 4, 2023, dated August 31, 2023.

- **Exhibit 18**: Dollar General's Earnings Call Transcript for the quarterly period ended November 3, 2023, dated December 7, 2023.

- **Exhibit 19**: Excerpt from Dollar General's Form 10-K for the fiscal year ended February 2, 2024, dated March 25, 2024.

- **Exhibit 20**: Dollar General's Earnings Call Transcript for the quarterly period and fiscal year ended February 2, 2024, dated March 14, 2024.

- **Exhibit 21**: Excerpt from Dollar General's Form 10-Q for the quarterly period ended May 3, 2024, dated May 30, 2024.

- **Exhibit 22**: Excerpt from Corporate Wide Stipulation and Settlement Agreement, Dollar General Corp., No. 22-1016 (OSHRC July 11, 2024). A complete version is available at https://www.osha.gov/news/newsreleases/national/07112024-0.

- **Exhibit 23**: Excerpt from Dollar General's April 2021 Proxy Statement, dated April 1, 2021.

- **Exhibit 24**: Dollar General's Form 4 for Jeffery Owen, dated June 7, 2023.

- **Exhibit 25**: Excerpt from Dollar General's April 2022 Proxy Statement, dated April 1, 2022.

- **Exhibit 26**: Excerpt from Dollar General's April 2024 Proxy Statement, dated April 5, 2024.

- **Exhibit 27**: Dollar General's Form 4 for Todd J. Vasos, dated June 7, 2023.

- **Exhibit 28**: Dollar General's Form 8-K, dated October 12, 2023.

- **Exhibit 29**: Analyst Report by Credit Suisse Equity Research entitled *Understanding "Net" LIFO; Gross LIFO vs. "Net" LIFO*, dated March 31, 2023.

- **Exhibit 30**: Dollar General's Earnings Call Transcript for the quarterly period and fiscal year ended January 28, 2022, dated March 17, 2022.

- **Exhibit 31**: Dollar General's Earnings Release for the quarterly period and fiscal year ended January 29, 2021, dated March 18, 2021.

- **Exhibit 32**: Excerpt from Dollar General's April 2023 Proxy Statement, dated April 11, 2023.

- **Exhibit 33**: Excerpt from Dollar General's Form 10-Q for the quarterly period ended October 28, 2022, dated December 1, 2022.

- **Exhibit 34**:  Excerpt from Dollar General's April 2020 Proxy Statement, dated April 2, 2020.

- **Exhibit 35**:  Dollar General's Form 8-K dated July 12, 2022.

- **Exhibit 36**:  Excerpt from Dollar General's Form 10-Q for the quarterly period ended July 31, 2020, dated August 27, 2020.

- **Exhibit 37**:  Excerpt from Dollar General's Form 10-K for the fiscal year ended February 3, 2023, dated March 24, 2023.

- **Exhibit 38**: Dollar General's Earnings Call Transcript for the quarterly period and fiscal year ended July 31, 2020, dated August 27, 2020.

- **Exhibit 39**: November 20, 2023 Wisconsin Department of Agriculture, Trade and Consumer Protection Press Release.

- **Exhibit 40**: Excerpt from Dollar General's Form 10-Q for the quarterly period ended April 29, 2022, dated May 26, 2022.

3.      Pursuant to 26 U.S.C. §1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

 Executed on October 24, 2025 in Nashville, Tennessee.

*/s/ Milton S. McGee, III*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2025, I authorized the electronic filing of a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to the parties' counsel of record.

_/s/ Steven A. Riley_

5