# EXHIBIT 5

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

**(Mark One)**

☒      **Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the fiscal year ended January 29, 2021, or**

☐      **Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the transition period from _____ to _____**

**Commission file number: 001-11421**

# DOLLAR GENERAL CORPORATION
*(Exact name of registrant as specified in its charter)*

| **TENNESSEE** | **61-0502302** |
|---|---|
| *(State or other jurisdiction of* | *(I.R.S. Employer* |
| *incorporation or organization)* | *Identification No.)* |

**100 MISSION RIDGE**
**GOODLETTSVILLE, TN 37072**
*(Address of principal executive offices, zip code)*

Registrant's telephone number, including area code: **(615) 855-4000**

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock, par value $0.875 per share | DG | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ |
| Non-accelerated filer ☐ | Smaller reporting company ☐ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of the registrant's common stock outstanding and held by non-affiliates as of July 31, 2020 was $37.7 billion calculated using the closing market price of the registrant's common stock as reported on the NYSE on such date ($190.40). For this purpose, directors, executive officers and greater than 10% record shareholders are considered the affiliates of the registrant.

The registrant had 239,264,252 shares of common stock outstanding as of March 12, 2021.

**DOCUMENTS INCORPORATED BY REFERENCE**

Certain of the information required in Part III of this Form 10-K is incorporated by reference to the registrant's definitive proxy statement to be filed for the Annual Meeting of Shareholders to be held on May 26, 2021.

**TABLE OF CONTENTS**

INTRODUCTION

PART I

ITEM 1. BUSINESS — 4
ITEM 1A. RISK FACTORS — 10
ITEM 1B. UNRESOLVED STAFF COMMENTS — 20
ITEM 2. PROPERTIES — 20
ITEM 3. LEGAL PROCEEDINGS — 21
ITEM 4. MINE SAFETY DISCLOSURES — 21
INFORMATION ABOUT OUR EXECUTIVE OFFICERS — 21

PART II

ITEM 5. MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES — 24
ITEM 6. SELECTED FINANCIAL DATA — 24
ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS — 27
ITEM 7A. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK — 41
ITEM 8. FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA — 42

Report of Independent Registered Public Accounting Firm — 42
Consolidated Balance Sheets — 44
Consolidated Statements of Income — 45
Consolidated Statements of Comprehensive Income — 46
Consolidated Statements of Shareholders' Equity — 47
Consolidated Statements of Cash Flows — 48
Notes to Consolidated Financial Statements — 49

ITEM 9. CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE — 68
ITEM 9A. CONTROLS AND PROCEDURES — 68

Report of Independent Registered Public Accounting Firm — 69

ITEM 9B. OTHER INFORMATION — 70

PART III

ITEM 10. DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE — 71
ITEM 11. EXECUTIVE COMPENSATION — 71
ITEM 12. SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS — 72
ITEM 13. CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE — 72
ITEM 14. PRINCIPAL ACCOUNTING FEES AND SERVICES — 72

PART IV

ITEM 15. EXHIBITS, FINANCIAL STATEMENT SCHEDULES — 73
ITEM 16. FORM 10-K SUMMARY — 79

SIGNATURES — 80

Case 3:23-cv-01250   Document 99-5   Filed 10/24/25   Page 3 of 9 PageID #: 3741

**ITEM 7.   MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

*This discussion and analysis should be read with, and is qualified in its entirety by, the Consolidated Financial Statements and the notes thereto. It also should be read in conjunction with the Cautionary Disclosure Regarding Forward-Looking Statements and the Risk Factors disclosures set forth in the Introduction and in Item 1A of this report, respectively.*

**Impact of COVID-19**

The COVID-19 (coronavirus) pandemic has resulted in widespread and continuing impacts on the global economy and has affected our business, as well as our customers, suppliers, and other business partners. We have been classified as an essential business in all locations where we operate, and as such, our stores have generally remained open to serve our customers. In responding to the pandemic and its effects, our priority has been the health and safety of our employees and customers. In order to serve our employees and customers during this time while prioritizing their well-being, we have taken a variety of actions across our stores, distribution centers and store support center, including (as applicable): enhancing cleaning protocols, designating one hour each day for our elderly customers to shop our stores with limited crowds, implementing social distancing measures, providing personal protective equipment (e.g., gloves, masks and hand sanitizer) for employees, providing employee temperature checks at our distribution facilities, installing plexiglass barriers at registers, providing paid time off for those who received a COVID-19 diagnosis, or who were required to care for an immediate family or household member who received a COVID-19 diagnosis, and providing a one-time payment for hourly frontline employees who receive a complete COVID-19 vaccination.

In early March 2020, we began seeing heightened demand from customers, particularly for consumable products such as paper, food and cleaning products, which continued throughout 2020, although with some variability as to the volume and product mix. Beginning in April, we also saw a significant increase in demand in many non-consumable products, including home, seasonal and apparel, resulting in an overall significant mix shift into non-consumable categories in the remainder of 2020. Also beginning in early March 2020, many new customers began shopping with us for their everyday essential needs, and we are working to retain them going forward. We have also seen a shift in customer behavior toward trip consolidation, as customers shopped our stores less frequently than in the same period in 2019, but purchased a larger average basket amount. We have seen a continuation of these general trends toward trip consolidation and larger basket size. To address the increased demand, we increased our hiring of new store associates in March and April of 2020, and have worked and continue to work with suppliers to incorporate new items in stores to meet the essential needs of customers while addressing certain product shortages and vendor allocation limitations, some of which we expect to persist through at least the first half of 2021. We believe that this increased customer demand significantly benefited our results of operations, and in particular, sales, gross profit, operating income and net income for fiscal 2020. Although we incurred additional payroll related expenses throughout fiscal 2020, including employee appreciation bonuses of approximately $167 million, increased distribution and transportation costs, and other costs to meet the significant customer demand and to protect the health and safety of our employees and customers, these costs were more than offset by the incremental sales. The overall net impact of the pandemic to operating income and net income in 2021 may be less favorable due to the moderating positive impact to our net sales and our anticipation that some of these incremental costs, particularly those related to health and safety measures, will continue into 2021.

We expect to continue to be affected, although the extent and duration is unknown, by the COVID-19 pandemic and its effects on the economy in a variety of ways, potentially including changing consumer demand (whether higher or lower) in certain product categories, supply chain interruptions, increased distribution and transportation costs, increased payroll expenses, and increased costs in an effort to maintain safe work and shopping environments. Additionally, the vast shutdown of, and/or significant operating limitations imposed upon, many businesses in the United States has resulted in high levels of unemployment, which, along with current and potential school closures and operating limitations, could have a significant adverse impact on our core customers for an unknown length of time. The potential for additional economic stabilization efforts, including additional government stimulus payments and enhanced unemployment benefits and other government assistance and the effects thereof, are uncertain. In addition to the items described above, we expect the current adverse global economic conditions

27

periods. Consumer behavior driven by the COVID-19 pandemic has resulted in a departure from seasonal norms we have experienced in recent years and may continue to disrupt the historical quarterly cadence of our results of operations for an unknown period of time.

The following table contains results of operations data for fiscal years 2020, 2019 and 2018, and the dollar and percentage variances among those years.

| (amounts in millions, except per share amounts) | 2020 | 2019 | 2018 | 2020 vs. 2019 Amount Change | % Change | 2019 vs. 2018 Amount Change | % Change |
|---|---|---|---|---|---|---|---|
| Net sales by category: | | | | | | | |
| Consumables | $ 25,906.7 | $ 21,635.9 | $ 19,865.1 | $ 4,270.8 | 19.7 % | $ 1,770.8 | 8.9 % |
| % of net sales | 76.77 % | 77.96 % | 77.52 % | | | | |
| Seasonal | 4,083.7 | 3,258.9 | 3,050.3 | 824.8 | 25.3 | 208.6 | 6.8 |
| % of net sales | 12.10 % | 11.74 % | 11.90 % | | | | |
| Home products | 2,210.0 | 1,611.9 | 1,506.1 | 598.1 | 37.1 | 105.8 | 7.0 |
| % of net sales | 6.55 % | 5.81 % | 5.88 % | | | | |
| Apparel | 1,546.6 | 1,247.3 | 1,203.6 | 299.2 | 24.0 | 43.7 | 3.6 |
| % of net sales | 4.58 % | 4.49 % | 4.70 % | | | | |
| Net sales | $ 33,746.8 | $ 27,754.0 | $ 25,625.0 | $ 5,992.9 | 21.6 % | $ 2,128.9 | 8.3 % |
| Cost of goods sold | 23,028.0 | 19,264.9 | 17,821.2 | 3,763.1 | 19.5 | 1,443.7 | 8.1 |
| % of net sales | 68.24 % | 69.41 % | 69.55 % | | | | |
| Gross profit | 10,718.9 | 8,489.1 | 7,803.9 | 2,229.8 | 26.3 | 685.2 | 8.8 |
| % of net sales | 31.76 % | 30.59 % | 30.45 % | | | | |
| Selling, general and administrative expenses | 7,164.1 | 6,186.8 | 5,687.6 | 977.3 | 15.8 | 499.2 | 8.8 |
| % of net sales | 21.23 % | 22.29 % | 22.20 % | | | | |
| Operating profit | 3,554.8 | 2,302.3 | 2,116.3 | 1,252.5 | 54.4 | 186.0 | 8.8 |
| % of net sales | 10.53 % | 8.30 % | 8.26 % | | | | |
| Interest expense | 150.4 | 100.6 | 99.9 | 49.8 | 49.5 | 0.7 | 0.7 |
| % of net sales | 0.45 % | 0.36 % | 0.39 % | | | | |
| Other (income) expense | - | - | 1.0 | - | - | (1.0) | - |
| % of net sales | 0.00 % | 0.00 % | 0.00 % | | | | |
| Income before income taxes | 3,404.4 | 2,201.7 | 2,015.4 | 1,202.7 | 54.6 | 186.3 | 9.2 |
| % of net sales | 10.09 % | 7.93 % | 7.87 % | | | | |
| Income tax expense | 749.3 | 489.2 | 425.9 | 260.2 | 53.2 | 63.2 | 14.8 |
| % of net sales | 2.22 % | 1.76 % | 1.66 % | | | | |
| Net income | $ 2,655.1 | $ 1,712.6 | $ 1,589.5 | $ 942.5 | 55.0 % | $ 123.1 | 7.7 % |
| % of net sales | 7.87 % | 6.17 % | 6.20 % | | | | |
| Diluted earnings per share | $ 10.62 | $ 6.64 | $ 5.97 | $ 3.98 | 59.9 % | $ 0.67 | 11.2 % |

*Net Sales.* The net sales increase in 2020 reflects a same-store sales increase of 16.3% compared to 2019. In 2020, our 16,050 same-stores accounted for sales of $31.9 billion. The increase in same-store sales reflects an increase in average transaction amount driven by a significant increase in items per transaction and, to a lesser degree, higher average item retail prices, which were offset in part by a decline in customer traffic. Same-store sales increased in each of the consumables, seasonal, home products and apparel categories, with the largest percentage increase in the home products category. The 2020 net sales increase was positively affected by new stores, modestly offset by sales from closed stores.

The net sales increase in 2019 reflects a same-store sales increase of 3.9% compared to 2018. In 2019, our 15,209 same-stores accounted for sales of $26.4 billion. The increase in same-store sales primarily reflects an increase in average transaction amount and customer traffic compared to 2018. The increase in average transaction amount was driven by higher average item retail prices. Same-store sales in 2019 increased in each of the consumables, seasonal and home products and apparel categories, compared to 2018. The 2019 net sales increase was positively affected by new stores, modestly offset by sales from closed stores.

*Gross Profit.* In 2020, gross profit increased by 26.3%, and as a percentage of net sales increased by 117 basis points to 31.8% compared to 2019. A reduction in markdowns as a percentage of net sales and higher initial

32

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**DOLLAR GENERAL CORPORATION**

Date: March 19, 2021

By: /s/ Todd J. Vasos

Todd J. Vasos,
*Chief Executive Officer*

We, the undersigned directors and officers of the registrant, hereby severally constitute Todd J. Vasos, John W. Garratt and Anita C. Elliott, and each of them singly, our true and lawful attorneys with full power to them and each of them to sign for us, and in our names in the capacities indicated below, any and all amendments to this Annual Report on Form 10-K filed with the Securities and Exchange Commission.

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Name | Title | Date |
|---|---|---|
| /s/ Todd J. Vasos<br>TODD J. VASOS | Chief Executive Officer & Director<br>(Principal Executive Officer) | March 19, 2021 |
| /s/ John W. Garratt<br>JOHN W. GARRATT | Executive Vice President & Chief Financial Officer<br>(Principal Financial Officer) | March 19, 2021 |
| /s/ Anita C. Elliott<br>ANITA C. ELLIOTT | Senior Vice President & Chief Accounting Officer<br>(Principal Accounting Officer) | March 19, 2021 |
| /s/ Warren F. Bryant<br>WARREN F. BRYANT | Director | March 19, 2021 |
| /s/ Michael M. Calbert<br>MICHAEL M. CALBERT | Director | March 19, 2021 |
| /s/ Patricia D. Fili-Krushel<br>PATRICIA D. FILI-KRUSHEL | Director | March 19, 2021 |
| /s/ Timothy I. McGuire<br>TIMOTHY I. MCGUIRE | Director | March 19, 2021 |
| /s/ William C. Rhodes, III<br>WILLIAM C. RHODES, III | Director | March 19, 2021 |
| /s/ Debra A. Sandler<br>DEBRA A. SANDLER | Director | March 19, 2021 |
| /s/ Ralph E. Santana<br>RALPH E. SANTANA | Director | March 19, 2021 |

**Exhibit 31**

**CERTIFICATIONS**

I, Todd J. Vasos, certify that:

1.  I have reviewed this annual report on Form 10-K of Dollar General Corporation;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: March 19, 2021                                             /s/ Todd J. Vasos
                                                                Todd J. Vasos
                                                                Chief Executive Officer

I, John W. Garratt, certify that:

1. I have reviewed this annual report on Form 10-K of Dollar General Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: March 19, 2021                                  /s/ John W. Garratt
                                                      John W. Garratt
                                                      Chief Financial Officer

**Exhibit 32**

**CERTIFICATIONS**
**Pursuant to 18 U.S.C. Section 1350**

Each of the undersigned hereby certifies that to his knowledge the Annual Report on Form 10-K for the fiscal year ended January 29, 2021 of Dollar General Corporation (the "Company") filed with the Securities and Exchange Commission on the date hereof fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934 and that the information contained in such report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ Todd J. Vasos
| | |
|---|---|
| Name: | Todd J. Vasos |
| Title: | Chief Executive Officer |
| Date: | March 19, 2021 |

/s/ John W. Garratt
| | |
|---|---|
| Name: | John W. Garratt |
| Title: | Chief Financial Officer |
| Date: | March 19, 2021 |