# EXHIBIT 6

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

**(Mark One)**

☒    **Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the fiscal year ended January 28, 2022, or**

☐    **Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the transition period from _____ to _____**

**Commission file number: 001-11421**

# DOLLAR GENERAL CORPORATION

*(Exact name of registrant as specified in its charter)*

| **TENNESSEE** | **61-0502302** |
|---|---|
| *(State or other jurisdiction of* | *(I.R.S. Employer* |
| *incorporation or organization)* | *Identification No.)* |

**100 MISSION RIDGE**
**GOODLETTSVILLE, TN 37072**
*(Address of principal executive offices, zip code)*

Registrant's telephone number, including area code: **(615) 855-4000**

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock, par value $0.875 per share | DG | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ |
| Non-accelerated filer ☐ | Smaller reporting company ☐ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of the registrant's common stock outstanding and held by non-affiliates as of July 30, 2021 was $54.2 billion calculated using the closing market price of the registrant's common stock as reported on the NYSE on such date ($232.64). For this purpose, directors, executive officers and greater than 10% record shareholders are considered the affiliates of the registrant.

The registrant had 228,868,368 shares of common stock outstanding as of March 11, 2022.

**DOCUMENTS INCORPORATED BY REFERENCE**

Certain of the information required in Part III of this Form 10-K is incorporated by reference to the registrant's definitive proxy statement to be filed for the Annual Meeting of Shareholders to be held on May 25, 2022.

# TABLE OF CONTENTS

INTRODUCTION

PART I

ITEM 1. BUSINESS                                                                                    4
ITEM 1A. RISK FACTORS                                                                             10
ITEM 1B. UNRESOLVED STAFF COMMENTS                                                               21
ITEM 2. PROPERTIES                                                                               21
ITEM 3. LEGAL PROCEEDINGS                                                                        22
ITEM 4. MINE SAFETY DISCLOSURES                                                                  22
INFORMATION ABOUT OUR EXECUTIVE OFFICERS                                                         22

PART II

ITEM 5. MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES                    25
ITEM 6. RESERVED                                                                                 25
ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS    26
ITEM 7A. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK                              40
ITEM 8. FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA                                              41
    Report of Ernst & Young, LLP, Independent Registered Public Accounting Firm (PCAOB ID:42)    41
    Consolidated Balance Sheets                                              43
    Consolidated Statements of Income                                        44
    Consolidated Statements of Comprehensive Income                          45
    Consolidated Statements of Shareholders' Equity                          46
    Consolidated Statements of Cash Flows                                    47
    Notes to Consolidated Financial Statements                               48
ITEM 9. CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE     64
ITEM 9A. CONTROLS AND PROCEDURES                                                                 64
    Report of Independent Registered Public Accounting Firm                  65
ITEM 9B. OTHER INFORMATION                                                                       66
ITEM 9C. DISCLOSURE REGARDING FOREIGN JURISDICTIONS THAT PREVENT INSPECTIONS                     66

PART III

ITEM 10. DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE                                  67
ITEM 11. EXECUTIVE COMPENSATION                                                                  67
ITEM 12. SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS    68
ITEM 13. CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE               68
ITEM 14. PRINCIPAL ACCOUNTANT FEES AND SERVICES                                                  68

PART IV

ITEM 15. EXHIBITS AND FINANCIAL STATEMENT SCHEDULES                                              69
ITEM 16. FORM 10-K SUMMARY                                                                       76

SIGNATURES                                                                                       77

make no assurances that our ability to obtain additional financing through the debt markets will not be adversely affected by economic conditions or that we will be able to maintain or improve our current credit ratings.

**ITEM 1B.   UNRESOLVED STAFF COMMENTS**

None.

**ITEM 2.   PROPERTIES**

As of February 25, 2022, we operated 18,190 retail stores located in 47 states as follows:

| State | Number of Stores | State | Number of Stores |
| --- | --- | --- | --- |
| Alabama | 869 | Nevada | 21 |
| Arizona | 130 | New Hampshire | 43 |
| Arkansas | 502 | New Jersey | 175 |
| California | 246 | New Mexico | 111 |
| Colorado | 66 | New York | 555 |
| Connecticut | 76 | North Carolina | 977 |
| Delaware | 50 | North Dakota | 59 |
| Florida | 992 | Ohio | 943 |
| Georgia | 1,017 | Oklahoma | 503 |
| Idaho | 1 | Oregon | 77 |
| Illinois | 637 | Pennsylvania | 866 |
| Indiana | 641 | Rhode Island | 20 |
| Iowa | 297 | South Carolina | 614 |
| Kansas | 261 | South Dakota | 71 |
| Kentucky | 655 | Tennessee | 897 |
| Louisiana | 615 | Texas | 1,709 |
| Maine | 63 | Utah | 11 |
| Maryland | 156 | Vermont | 39 |
| Massachusetts | 55 | Virginia | 456 |
| Michigan | 653 | Washington | 25 |
| Minnesota | 192 | West Virginia | 271 |
| Mississippi | 587 | Wisconsin | 236 |
| Missouri | 600 | Wyoming | 9 |
| Nebraska | 141 | | |

Most of our stores are located in leased premises. Individual store leases vary as to their terms, rental provisions and expiration dates. Many stores, including a significant portion of our new stores, are subject to build-to-suit arrangements with landlords, which typically carry a primary lease term of up to 15 years with multiple renewal options. We also have stores subject to shorter-term leases, and many of these leases have renewal options.

As of February 25, 2022, we operated 16 distribution centers for non-refrigerated products, 10 cold storage distribution centers, and two combination distribution centers which have both refrigerated and non-refrigerated products. We lease 12 of these facilities and the remainder are owned. We have a total of 17.5 million square feet of non-refrigerated space and a total of 2.6 million square feet of cold storage space. Approximately 7.25 acres of the land for one of the distribution centers is subject to a ground lease. We also leased approximately 2.0 million square feet of additional warehouse space in support of our distribution network for non-refrigerated merchandise.

Our executive offices are located in approximately 302,000 square feet of owned buildings and approximately 42,000 square feet of leased office space in Goodlettsville, Tennessee.

21

persist, certain of our initiatives and plans are intended to help offset these challenges; however, they are somewhat dependent on the scale and timing of the increased costs, among other factors. There can be no assurance that our mitigation efforts will be successful.

Our diverse teams are a competitive advantage, and we proactively seek ways to continue investing in their development. Our goal is to create an environment that attracts, develops, and retains talented personnel, particularly at the store manager level, because employees who are promoted from within our company generally have longer tenures and are greater contributors to improvements in our financial performance.

To further enhance shareholder returns, we repurchased shares of our common stock and paid quarterly cash dividends in 2021. We expect to continue our share repurchase activity and to pay quarterly cash dividends for the foreseeable future, subject to Board discretion and approval.

We utilize key performance indicators ("KPIs") in the management of our business. Our KPIs include same-store sales, average sales per square foot, and inventory turnover. Same-store sales are calculated based upon stores that were open at least 13 full fiscal months and remain open at the end of the reporting period. We include stores that have been remodeled, expanded or relocated in our same-store sales calculation. Changes in same-store sales are calculated based on the comparable 52 calendar weeks in the current and prior years. The method of calculating same-store sales varies across the retail industry. As a result, our calculation of same-store sales is not necessarily comparable to similarly titled measures reported by other companies. Average sales per square foot is calculated based on total sales for the preceding 12 months as of the ending date of the reporting period divided by the average selling square footage during the period, including the end of the fiscal year, the beginning of the fiscal year, and the end of each of our three interim fiscal quarters. Inventory turnover is calculated based on total cost of goods sold for the preceding four quarters divided by the average inventory balance as of the ending date of the reporting period, including the end of the fiscal year, the beginning of the fiscal year, and the end of each of our three interim fiscal quarters. Each of these measures is commonly used by investors in retail companies to measure the health of the business. We use these measures to maximize profitability and for decisions about the allocation of resources.

A continued focus on our four operating priorities as discussed above, coupled with pandemic-related sales and other impacts (additional discussion below) and strong cash flow management resulted in strong overall operating and financial performance in 2021 as compared to 2020, as set forth below. Basis points, as referred to below, are equal to 0.01% as a percentage of net sales.

- Net sales in 2021 increased 1.4% over 2020. Sales in same-stores decreased 2.8%, primarily due to a decrease in customer traffic. Average sales per square foot in 2021 were $262.

- Our gross profit rate decreased by 16 basis points due primarily to higher transportation costs and a greater LIFO provision.

- SG&A as a percentage of sales increased by 96 basis points primarily due to increases in retail labor and store occupancy costs.

- Operating profit decreased 9.4% to $3.22 billion in 2021 compared to $3.55 billion in 2020.

- Interest expense increased by $7.1 million in 2021 primarily due to higher average outstanding debt balances.

- The decrease in the effective income tax rate to 21.7% in 2021 from 22.0% in 2020 was due primarily to increased income tax benefits associated with federal tax credits.

- We reported net income of $2.40 billion, or $10.17 per diluted share, for 2021 compared to net income of $2.66 billion, or $10.62 per diluted share, for 2020.

29

- We generated approximately $2.87 billion of cash flows from operating activities in 2021, a decrease of 26.1% compared to 2020.

- Inventory turnover was 4.4 times, and inventories increased 1.4% on a per store basis compared to 2020.

- We repurchased approximately 12.1 million shares of our outstanding common stock for $2.5 billion.

Readers should refer to the detailed discussion of our operating results below for additional comments on financial performance in the current year as compared with the prior years presented.

**Results of Operations**

*Accounting Periods.* The following text contains references to years 2021, 2020, and 2019, which represent fiscal years ended January 28, 2022, January 29, 2021, and January 31, 2020, respectively. Our fiscal year ends on the Friday closest to January 31. Fiscal years 2021, 2020 and 2019 were each 52-week accounting periods.

*Seasonality.* The nature of our business is somewhat seasonal. Primarily because of sales of Christmas-related merchandise, operating profit in our fourth quarter (November, December and January) has historically been higher than operating profit achieved in each of the first three quarters of the fiscal year. Expenses, and to a greater extent operating profit, vary by quarter. Results of a period shorter than a full year may not be indicative of results expected for the entire year. Furthermore, the seasonal nature of our business may affect comparisons between periods. Consumer behavior driven by the COVID-19 pandemic has resulted in a departure from seasonal norms we have experienced in recent years and may continue to disrupt the historical quarterly cadence of our results of operations for an unknown period of time.

The following table contains results of operations data for fiscal years 2021, 2020 and 2019, and the dollar and percentage variances among those years.

| (amounts in millions, except per share amounts) | 2021 | 2020 | 2019 | 2021 vs. 2020 Amount Change | % Change | 2020 vs. 2019 Amount Change | % Change |
|---|---|---|---|---|---|---|---|
| Net sales by category: | | | | | | | |
| Consumables | $ 26,258.6 | $ 25,906.7 | $ 21,635.9 | $ 351.9 | 1.4 % | $ 4,270.8 | 19.7 % |
| *% of net sales* | *76.73 %* | *76.77 %* | *77.96 %* | | | | |
| Seasonal | 4,182.2 | 4,083.7 | 3,258.9 | 98.5 | 2.4 | 824.8 | 25.3 |
| *% of net sales* | *12.22 %* | *12.10 %* | *11.74 %* | | | | |
| Home products | 2,322.4 | 2,210.0 | 1,611.9 | 112.4 | 5.1 | 598.1 | 37.1 |
| *% of net sales* | *6.79 %* | *6.55 %* | *5.81 %* | | | | |
| Apparel | 1,457.3 | 1,546.6 | 1,247.3 | (89.2) | (5.8) | 299.2 | 24.0 |
| *% of net sales* | *4.26 %* | *4.58 %* | *4.49 %* | | | | |
| Net sales | $ 34,220.4 | $ 33,746.8 | $ 27,754.0 | $ 473.6 | 1.4 % | $ 5,992.9 | 21.6 % |
| Cost of goods sold | 23,407.4 | 23,028.0 | 19,264.9 | 379.5 | 1.6 | 3,763.1 | 19.5 |
| *% of net sales* | *68.40 %* | *68.24 %* | *69.41 %* | | | | |
| Gross profit | 10,813.0 | 10,718.9 | 8,489.1 | 94.1 | 0.9 | 2,229.8 | 26.3 |
| *% of net sales* | *31.60 %* | *31.76 %* | *30.59 %* | | | | |
| Selling, general and administrative expenses | 7,592.3 | 7,164.1 | 6,186.8 | 428.2 | 6.0 | 977.3 | 15.8 |
| *% of net sales* | *22.19 %* | *21.23 %* | *22.29 %* | | | | |
| Operating profit | 3,220.7 | 3,554.8 | 2,302.3 | (334.1) | (9.4) | 1,252.5 | 54.4 |
| *% of net sales* | *9.41 %* | *10.53 %* | *8.30 %* | | | | |
| Interest expense | 157.5 | 150.4 | 100.6 | 7.1 | 4.7 | 49.8 | 49.5 |
| *% of net sales* | *0.46 %* | *0.45 %* | *0.36 %* | | | | |
| Income before income taxes | 3,063.1 | 3,404.4 | 2,201.7 | (341.2) | (10.0) | 1,202.7 | 54.6 |
| *% of net sales* | *8.95 %* | *10.09 %* | *7.93 %* | | | | |
| Income tax expense | 663.9 | 749.3 | 489.2 | (85.4) | (11.4) | 260.2 | 53.2 |
| *% of net sales* | *1.94 %* | *2.22 %* | *1.76 %* | | | | |
| Net income | $ 2,399.2 | $ 2,655.1 | $ 1,712.6 | $ (255.8) | (9.6)% | $ 942.5 | 55.0 % |
| *% of net sales* | *7.01 %* | *7.87 %* | *6.17 %* | | | | |
| Diluted earnings per share | $ 10.17 | $ 10.62 | $ 6.64 | $ (0.45) | (4.2)% | $ 3.98 | 59.9 % |

*Net Sales*. The net sales increase in 2021 was primarily due to sales from new stores, partially offset by a decrease in same-store sales of 2.8% compared to 2020 as well as the impact of store closures. In 2021, our 16,954 same-stores accounted for sales of $32.4 billion. The decrease in same-store sales reflects a decline in customer traffic partially offset by an increase in average transaction amount which was driven by higher average item retail prices. Same-store sales decreased in each of our product categories, with the largest percentage decrease in the apparel category.

The net sales increase in 2020 reflects a same-store sales increase of 16.3% compared to 2019. In 2020, our 16,050 same-stores accounted for sales of $31.9 billion. The increase in same-store sales reflects an increase in average transaction amount driven by a significant increase in items per transaction and, to a lesser degree, higher average item retail prices, which were offset in part by a decline in customer traffic. Same-store sales increased in each of the consumables, seasonal, home products and apparel categories, with the largest percentage increase in the home products category. The 2020 net sales increase was positively affected by new stores, modestly offset by sales from closed stores.

*Gross Profit.* In 2021, gross profit increased by 0.9%, and as a percentage of net sales decreased by 16 basis points to 31.6% compared to 2020. Increased transportation costs, a greater LIFO provision which was driven by higher product costs, increased inventory damages and higher distribution costs each contributed to the decrease in the gross profit rate. These factors were partially offset by higher inventory markups, a reduction in markdowns as a percentage of net sales, and a lower inventory shrink rate. In 2021, consumables and non-consumables sales increased at approximately the same rate when compared to 2020.

31

**DOLLAR GENERAL CORPORATION AND SUBSIDIARIES**

**CONSOLIDATED BALANCE SHEETS**

*(In thousands, except per share amounts)*

| | | January 28, 2022 | | January 29, 2021 |
|---|---|---:|---|---:|
| **ASSETS** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 344,829 | $ | 1,376,577 |
| Merchandise inventories | | 5,614,325 | | 5,247,477 |
| Income taxes receivable | | 97,394 | | 90,760 |
| Prepaid expenses and other current assets | | 247,295 | | 199,405 |
| Total current assets | | 6,303,843 | | 6,914,219 |
| Net property and equipment | | 4,346,127 | | 3,899,997 |
| Operating lease assets | | 10,092,930 | | 9,473,330 |
| Goodwill | | 4,338,589 | | 4,338,589 |
| Other intangible assets, net | | 1,199,750 | | 1,199,870 |
| Other assets, net | | 46,132 | | 36,619 |
| Total assets | $ | 26,327,371 | $ | 25,862,624 |
| | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | |
| Current liabilities: | | | | |
| Current portion of operating lease liabilities | $ | 1,183,559 | $ | 1,074,079 |
| Accounts payable | | 3,738,604 | | 3,614,089 |
| Accrued expenses and other | | 1,049,139 | | 1,006,552 |
| Income taxes payable | | 8,055 | | 16,063 |
| Total current liabilities | | 5,979,357 | | 5,710,783 |
| Long-term obligations | | 4,172,068 | | 4,130,975 |
| Long-term operating lease liabilities | | 8,890,709 | | 8,385,388 |
| Deferred income taxes | | 825,254 | | 710,549 |
| Other liabilities | | 197,997 | | 263,691 |
| Commitments and contingencies | | | | |
| Shareholders' equity: | | | | |
| Preferred stock | | - | | - |
| Common stock; $0.875 par value, 1,000,000 shares authorized, 230,016 and 240,785 shares issued and outstanding at January 28, 2022 and January 29, 2021, respectively | | 201,265 | | 210,687 |
| Additional paid-in capital | | 3,587,914 | | 3,446,612 |
| Retained earnings | | 2,473,999 | | 3,006,102 |
| Accumulated other comprehensive loss | | (1,192) | | (2,163) |
| Total shareholders' equity | | 6,261,986 | | 6,661,238 |
| Total liabilities and shareholders' equity | $ | 26,327,371 | $ | 25,862,624 |

The accompanying notes are an integral part of the consolidated financial statements.

43

Case 3:23-cv-01250    Document 99-6    Filed 10/24/25    Page 8 of 12 PageID #: 3755

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**DOLLAR GENERAL CORPORATION**

Date: March 18, 2022                                         By:                        /s/ Todd J. Vasos

                                                                                              Todd J. Vasos,
                                                                                              *Chief Executive Officer*

We, the undersigned directors and officers of the registrant, hereby severally constitute Todd J. Vasos, John W. Garratt and Anita C. Elliott, and each of them singly, our true and lawful attorneys with full power to them and each of them to sign for us, and in our names in the capacities indicated below, any and all amendments to this Annual Report on Form 10-K filed with the Securities and Exchange Commission.

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Name | Title | Date |
|---|---|---|
| /s/ Todd J. Vasos<br>TODD J. VASOS | Chief Executive Officer & Director<br>(Principal Executive Officer) | March 18, 2022 |
| /s/ John W. Garratt<br>JOHN W. GARRATT | Executive Vice President & Chief Financial Officer<br>(Principal Financial Officer) | March 18, 2022 |
| /s/ Anita C. Elliott<br>ANITA C. ELLIOTT | Senior Vice President & Chief Accounting Officer<br>(Principal Accounting Officer) | March 18, 2022 |
| /s/ Warren F. Bryant<br>WARREN F. BRYANT | Director | March 18, 2022 |
| /s/ Michael M. Calbert<br>MICHAEL M. CALBERT | Director | March 18, 2022 |
| /s/ Patricia D. Fili-Krushel<br>PATRICIA D. FILI-KRUSHEL | Director | March 18, 2022 |
| /s/ Timothy I. McGuire<br>TIMOTHY I. MCGUIRE | Director | March 18, 2022 |
| /s/ William C. Rhodes, III<br>WILLIAM C. RHODES, III | Director | March 18, 2022 |
| /s/ Debra A. Sandler<br>DEBRA A. SANDLER | Director | March 18, 2022 |
| /s/ Ralph E. Santana<br>RALPH E. SANTANA | Director | March 18, 2022 |

77

**Exhibit 31**

## CERTIFICATIONS

I, Todd J. Vasos, certify that:

1. I have reviewed this annual report on Form 10-K of Dollar General Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: March 18, 2022

/s/ Todd J. Vasos

Todd J. Vasos
Chief Executive Officer

I, John W. Garratt, certify that:

1. I have reviewed this annual report on Form 10-K of Dollar General Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: March 18, 2022

/s/ John W. Garratt

John W. Garratt
Chief Financial Officer

**Exhibit 32**

**CERTIFICATIONS**
**Pursuant to 18 U.S.C. Section 1350**

Each of the undersigned hereby certifies that to his knowledge the Annual Report on Form 10-K for the fiscal year ended January 28, 2022 of Dollar General Corporation (the "Company") filed with the Securities and Exchange Commission on the date hereof fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934 and that the information contained in such report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ Todd J. Vasos
Name:    Todd J. Vasos
Title:    Chief Executive Officer
Date:    March 18, 2022

/s/ John W. Garratt
Name:    John W. Garratt
Title:    Chief Financial Officer
Date:    March 18, 2022