# EXHIBIT 19

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

**(Mark One)**

☒  **Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the fiscal year ended February 2, 2024, or**

☐  **Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the transition period from _____ to _____**

**Commission file number: 001-11421**

# DOLLAR GENERAL CORPORATION
*(Exact name of registrant as specified in its charter)*

| **TENNESSEE** | **61-0502302** |
|---|---|
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |

**100 MISSION RIDGE**
**GOODLETTSVILLE, TN 37072**
*(Address of principal executive offices, zip code)*

Registrant's telephone number, including area code: **(615) 855-4000**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.875 per share | DG | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒    Accelerated filer ☐
Non-accelerated filer ☐    Smaller reporting company ☐ Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of the registrant's common stock outstanding and held by non-affiliates as of August 4, 2023 was $36.7 billion calculated using the closing market price of the registrant's common stock as reported on the NYSE on such date ($167.77). For this purpose, directors, executive officers and greater than 10% record shareholders are considered the affiliates of the registrant.

The registrant had 219,671,316 shares of common stock outstanding as of March 21, 2024.

**DOCUMENTS INCORPORATED BY REFERENCE**

Certain of the information required in Part III of this Form 10-K is incorporated by reference to the registrant's definitive proxy statement to be filed for the Annual Meeting of Shareholders to be held on May 29, 2024.

**TABLE OF CONTENTS**

INTRODUCTION
PART I
    ITEM 1. BUSINESS — 5
    ITEM 1A. RISK FACTORS — 11
    ITEM 1B. UNRESOLVED STAFF COMMENTS — 21
    ITEM 1C. CYBERSECURITY — 21
    ITEM 2. PROPERTIES — 23
    ITEM 3. LEGAL PROCEEDINGS — 23
    ITEM 4. MINE SAFETY DISCLOSURES — 24
    INFORMATION ABOUT OUR EXECUTIVE OFFICERS — 24

PART II
    ITEM 5. MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER
      MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES — 26
    ITEM 6. [RESERVED] — 26
    ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION
      AND RESULTS OF OPERATIONS — 27
    ITEM 7A. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK — 41
    ITEM 8. FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA — 42

        Report of Ernst & Young, LLP, Independent Registered Public Accounting Firm
          (PCAOB ID:42) — 42
        Consolidated Balance Sheets — 44
        Consolidated Statements of Income — 45
        Consolidated Statements of Comprehensive Income — 46
        Consolidated Statements of Shareholders' Equity — 47
        Consolidated Statements of Cash Flows — 48
        Notes to Consolidated Financial Statements — 49

    ITEM 9. CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING
      AND FINANCIAL DISCLOSURE — 68
    ITEM 9A. CONTROLS AND PROCEDURES — 68

        Report of Independent Registered Public Accounting Firm — 69

    ITEM 9B. OTHER INFORMATION — 70
    ITEM 9C. DISCLOSURE REGARDING FOREIGN JURISDICTIONS THAT PREVENT
      INSPECTIONS — 70

PART III
    ITEM 10. DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE — 71
    ITEM 11. EXECUTIVE COMPENSATION — 71
    ITEM 12. SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND
      MANAGEMENT AND RELATED STOCKHOLDER MATTERS — 72
    ITEM 13. CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR
      INDEPENDENCE — 72
    ITEM 14. PRINCIPAL ACCOUNTANT FEES AND SERVICES — 72

PART IV
    ITEM 15. EXHIBIT AND FINANCIAL STATEMENT SCHEDULES — 73
    ITEM 16. FORM 10-K SUMMARY — 81

SIGNATURES — 82

Case 3:23-cv-01250    Document 99-19    Filed 10/24/25    Page 3 of 9 PageID #: 3983

*Same-store sales.* Same-store sales are calculated based upon our stores that were open at least 13 full fiscal months and remain open at the end of the reporting period. We include stores that have been remodeled, expanded or relocated in our same-store sales calculation. Changes in same-store sales are calculated based on the comparable 52 calendar weeks in the current and prior years. The method of calculating same-store sales varies across the retail industry. As a result, our calculation of same-store sales is not necessarily comparable to similarly titled measures reported by other companies.

*Average sales per square foot.* Average sales per square foot is calculated based on total sales for the preceding 12 months as of the ending date of the reporting period divided by the average selling square footage during the period, including the end of the fiscal year, the beginning of the fiscal year, and the end of each of our three interim fiscal quarters.

*Inventory turnover.* Inventory turnover is calculated based on total cost of goods sold for the preceding four quarters divided by the average inventory balance as of the ending date of the reporting period, including the end of the fiscal year, the beginning of the fiscal year, and the end of each of our three interim fiscal quarters.

A continued focus on our four operating priorities as discussed above, and other impacts as discussed below, resulted in the following overall operating and financial performance in 2023 as compared to 2022. Basis points, as referred to below, are equal to 0.01% as a percentage of net sales.

- Net sales in 2023 increased 2.2%. Sales in same-stores increased 0.2%, primarily due to an increase in customer traffic. Average sales per square foot in 2023 were $264.

- The gross profit rate decreased by 94 basis points due primarily to increased shrink and inventory markdowns and lower inventory markups.

- SG&A as a percentage of sales increased by 153 basis points primarily due to increases in retail labor including the $150 million retail labor investment, store occupancy costs, and depreciation and amortization.

- Operating profit decreased 26.5% to $2.45 billion in 2023 compared to $3.33 billion in 2022.

- Interest expense increased by $115.5 million in 2023 primarily due to higher average borrowings and higher interest rates.

- The change in the effective income tax rate to 21.6% in 2023 from 22.5% in 2022 was primarily due to the effect of certain rate-impacting items (such as federal tax credits) on lower earnings before taxes and a lower state effective rate resulting from increased recognition of state tax credits compared to 2022.

- We reported net income of $1.66 billion, or $7.55 per diluted share, for 2023 compared to net income of $2.42 billion, or $10.68 per diluted share, for 2022.

- We generated approximately $2.4 billion of cash flows from operating activities in 2023, an increase of 20.5% compared to 2022.

- Inventory turnover was 3.7 times, and inventories decreased 1.1% on a per store basis compared to 2022.

Readers should refer to the detailed discussion of our operating results below for additional comments on financial performance in the current year as compared with the prior years presented.

**Results of Operations**

*Accounting Periods.* The following text contains references to years 2023, 2022, and 2021, which represent fiscal years ended February 2, 2024, February 3, 2023, and January 28, 2022, respectively. Our fiscal year ends on the Friday closest to January 31. Fiscal years 2023 and 2021 were 52-week accounting periods and fiscal year 2022 was a 53-week accounting period.

*Seasonality.* The nature of our business is somewhat seasonal. Primarily because of sales of Christmas-related merchandise, operating profit in our fourth quarter (November, December and January) has historically been higher than operating profit achieved in each of the first three quarters of the fiscal year. Expenses, and to a greater extent operating profit, vary by quarter. Results of a period shorter than a full year may not be indicative of results expected for the entire year. Furthermore, the seasonal nature of our business may affect comparisons between periods.

The following table contains results of operations data for fiscal years 2023, 2022, and 2021, and the dollar and percentage variances among those years.

| (amounts in millions, except per share amounts) | 2023 | 2022 | 2021 | 2023 vs. 2022 Amount Change | % Change | 2022 vs. 2021 Amount Change | % Change |
|---|---|---|---|---|---|---|---|
| Net sales by category: | | | | | | | |
| Consumables | $31,342.6 | $30,155.2 | $26,258.6 | $1,187.4 | 3.9 % | $3,896.6 | 14.8 % |
| *% of net sales* | *81.01 %* | *79.68 %* | *76.73 %* | | | | |
| Seasonal | 4,083.8 | 4,182.8 | 4,182.2 | (99.0) | (2.4) | 0.6 | 0.0 |
| *% of net sales* | *10.55 %* | *11.05 %* | *12.22 %* | | | | |
| Home products | 2,163.8 | 2,332.4 | 2,322.4 | (168.6) | (7.2) | 10.0 | 0.4 |
| *% of net sales* | *5.59 %* | *6.16 %* | *6.79 %* | | | | |
| Apparel | 1,101.4 | 1,174.4 | 1,457.3 | (73.0) | (6.2) | (282.9) | (19.4) |
| *% of net sales* | *2.85 %* | *3.10 %* | *4.26 %* | | | | |
| Net sales | $38,691.6 | $37,844.9 | $34,220.4 | $ 846.7 | 2.2 % | $3,624.4 | 10.6 % |
| Cost of goods sold | 26,972.6 | 26,024.8 | 23,407.4 | 947.8 | 3.6 | 2,617.3 | 11.2 |
| *% of net sales* | *69.71 %* | *68.77 %* | *68.40 %* | | | | |
| Gross profit | 11,719.0 | 11,820.1 | 10,813.0 | (101.1) | (0.9) | 1,007.1 | 9.3 |
| *% of net sales* | *30.29 %* | *31.23 %* | *31.60 %* | | | | |
| Selling, general and administrative expenses | 9,272.7 | 8,491.8 | 7,592.3 | 780.9 | 9.2 | 899.5 | 11.8 |
| *% of net sales* | *23.97 %* | *22.44 %* | *22.19 %* | | | | |
| Operating profit | 2,446.3 | 3,328.3 | 3,220.7 | (882.0) | (26.5) | 107.6 | 3.3 |
| *% of net sales* | *6.32 %* | *8.79 %* | *9.41 %* | | | | |
| Interest expense | 326.8 | 211.3 | 157.5 | 115.5 | 54.7 | 53.7 | 34.1 |
| *% of net sales* | *0.84 %* | *0.56 %* | *0.46 %* | | | | |
| Other (income) expense | - | 0.4 | - | (0.4) | - | 0.4 | - |
| *% of net sales* | *0.00 %* | *0.00 %* | *0.00 %* | | | | |
| Income before income taxes | 2,119.5 | 3,116.6 | 3,063.1 | (997.1) | (32.0) | 53.5 | 1.7 |
| *% of net sales* | *5.48 %* | *8.24 %* | *8.95 %* | | | | |
| Income tax expense | 458.2 | 700.6 | 663.9 | (242.4) | (34.6) | 36.7 | 5.5 |
| *% of net sales* | *1.18 %* | *1.85 %* | *1.94 %* | | | | |
| Net income | $ 1,661.3 | $ 2,416.0 | $ 2,399.2 | $ (754.7) | (31.2)% | $ 16.8 | 0.7 % |
| *% of net sales* | *4.29 %* | *6.38 %* | *7.01 %* | | | | |
| Diluted earnings per share | $ 7.55 | $ 10.68 | $ 10.17 | $ (3.13) | (29.3)% | $ 0.51 | 5.0 % |

*Net Sales.* The net sales increase in 2023 was primarily due to sales from new stores and an increase in same-store sales of 0.2% compared to 2022, partially offset by the impact of store closures. Net sales for the 53rd week of fiscal 2022 were $678.1 million. The increase in same-store sales reflects an increase in customer traffic, partially offset by a decrease in the average transaction amount. The decrease in average transaction amount was driven by a decline in items per transaction, partially offset by higher average item retail prices. Same-store sales increased in the consumables category, and declined in the home products, seasonal and apparel categories. In 2023, our 18,763 same-stores accounted for sales of $36.9 billion.

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**DOLLAR GENERAL CORPORATION**

Date: March 25, 2024          By:      /s/ Todd J. Vasos

Todd J. Vasos,
*Chief Executive Officer*

We, the undersigned directors and officers of the registrant, hereby severally constitute Todd J. Vasos, Kelly M. Dilts and Anita C. Elliott, and each of them singly, our true and lawful attorneys with full power to them and each of them to sign for us, and in our names in the capacities indicated below, any and all amendments to this Annual Report on Form 10-K filed with the Securities and Exchange Commission.

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Name | Title | Date |
|---|---|---|
| /s/ Todd J. Vasos<br>TODD J. VASOS | Chief Executive Officer & Director<br>(Principal Executive Officer) | March 25, 2024 |
| /s/ Kelly M. Dilts<br>KELLY M. DILTS | Executive Vice President & Chief Financial Officer<br>(Principal Financial Officer) | March 25, 2024 |
| /s/ Anita C. Elliott<br>ANITA C. ELLIOTT | Senior Vice President & Chief Accounting Officer<br>(Principal Accounting Officer) | March 25, 2024 |
| /s/ Warren F. Bryant<br>WARREN F. BRYANT | Director | March 25, 2024 |
| /s/ Michael M. Calbert<br>MICHAEL M. CALBERT | Director | March 25, 2024 |
| /s/ Ana M. Chadwick<br>ANA M. CHADWICK | Director | March 25, 2024 |
| /s/ Patricia D. Fili-Krushel<br>PATRICIA D. FILI-KRUSHEL | Director | March 22, 2024 |
| /s/ Timothy I. McGuire<br>TIMOTHY I. MCGUIRE | Director | March 25, 2024 |
| /s/ David P. Rowland<br>DAVID P. ROWLAND | Director | March 25, 2024 |
| /s/ Debra A. Sandler<br>DEBRA A. SANDLER | Director | March 25, 2024 |
| /s/ Ralph E. Santana<br>RALPH E. SANTANA | Director | March 25, 2024 |

82

**Exhibit 31**

**CERTIFICATIONS**

I, Todd J. Vasos, certify that:

1. I have reviewed this annual report on Form 10-K of Dollar General Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: March 25, 2024                                  /s/ Todd J. Vasos
                                                      Todd J. Vasos
                                                      Chief Executive Officer

I, Kelly M. Dilts, certify that:

1. I have reviewed this annual report on Form 10-K of Dollar General Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: March 25, 2024

/s/ Kelly M. Dilts
Kelly M. Dilts
Chief Financial Officer

**Exhibit 32**

**CERTIFICATIONS**
**Pursuant to 18 U.S.C. Section 1350**

Each of the undersigned hereby certifies that to his knowledge the Annual Report on Form 10-K for the fiscal year ended February 2, 2024 of Dollar General Corporation (the "Company") filed with the Securities and Exchange Commission on the date hereof fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934 and that the information contained in such report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ Todd J. Vasos
Name:  Todd J. Vasos
Title:   Chief Executive Officer
Date:   March 25, 2024

/s/ Kelly M. Dilts
Name:  Kelly M. Dilts
Title:   Chief Financial Officer
Date:   March 25, 2024