# EXHIBIT 23

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# SCHEDULE 14A

Proxy Statement Pursuant to Section 14(a) of
the Securities Exchange Act of 1934 (Amendment No. )

Filed by the Registrant ☒

Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐ Preliminary Proxy Statement

☐ **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒ Definitive Proxy Statement

☐ Definitive Additional Materials

☐ Soliciting Material under §240.14a-12

## Dollar General Corporation

(Name of Registrant as Specified in Its Charter)

(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check the appropriate box):

☒ No fee required.

☐ Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

    (1) Title of each class of securities to which transaction applies:

    (2) Aggregate number of securities to which transaction applies:

    (3) Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

    (4) Proposed maximum aggregate value of transaction:

    (5) Total fee paid:

☐ Fee paid previously with preliminary materials.

☐ Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

    (1) Amount Previously Paid:

    (2) Form, Schedule or Registration Statement No.:

    (3) Filing Party:

    (4) Date Filed:

**DOLLAR GENERAL**

# DEAR FELLOW SHAREHOLDER,



"On behalf of the Board of Directors, thank you for your continued support of Dollar General"

The 2021 Annual Meeting of Shareholders of Dollar General Corporation will be held on Wednesday, May 26, 2021, at 9:00 a.m., Central Time. All shareholders of record at the close of business on March 18, 2021 are invited to attend the annual meeting. This year, in light of the continuing public health impact of the COVID-19 pandemic, the annual meeting will be held entirely online. Please see the Notice of Annual Meeting of Shareholders for more information about how to virtually attend and participate in the annual meeting.

We thank those of you who met with us over the past year and provided valuable feedback on broad-ranging topics such as our response to the COVID-19 pandemic, corporate governance, Board refreshment and composition, environmental and social issues, and our executive compensation program structure. In 2020, we conducted outreach to shareholders representing more than 58% of shares outstanding and ultimately engaged with shareholders comprising 52% of shares outstanding. As Chairman of the Board and Chairman of the Nominating and Governance Committee, I led the engagement with shareholders representing over 25% of shares outstanding. The information we received during this engagement helped to inform the Board's decision to seek shareholder approval of a Charter amendment, described in Proposal 5 in the Proxy Statement, to implement a right for shareholders holding in the aggregate at least 25% of shares outstanding to request special meetings of shareholders. We are committed to continuing our dialogue with our shareholders and appreciate your engagement with us.

Your interest in Dollar General and your vote are very important to us. Whether or not you plan to attend the annual meeting, please vote at your earliest convenience.

On behalf of the Board of Directors, thank you for your continued support of Dollar General.

**SINCERELY,**

**MICHAEL M. CALBERT**
CHAIRMAN OF THE BOARD

APRIL 1, 2021

# TABLE OF CONTENTS

**DOLLAR GENERAL**

| | |
|---|---|
| **SOLICITATION, MEETING AND VOTING INFORMATION** | **1** |
| **PROPOSAL 1:** **Election of Directors** | **5** |
| **CORPORATE GOVERNANCE** | **11** |
| **DIRECTOR COMPENSATION** | **16** |
| **DIRECTOR INDEPENDENCE** | **18** |
| **TRANSACTIONS WITH MANAGEMENT AND OTHERS** | **19** |
| **EXECUTIVE COMPENSATION** | **20** |
| Compensation Discussion and Analysis | 20 |
| Compensation Committee Report | 30 |
| Summary Compensation Table | 31 |
| Grants of Plan-Based Awards in Fiscal 2020 | 33 |
| Outstanding Equity Awards at 2020 Fiscal Year-End | 34 |
| Option Exercises and Stock Vested During Fiscal 2020 | 36 |
| Pension Benefits Fiscal 2020 | 36 |
| Nonqualified Deferred Compensation Fiscal 2020 | 36 |
| Potential Payments upon Termination or Change in Control | 37 |
| Compensation Committee Interlocks and Insider Participation | 45 |
| Compensation Risk Considerations | 45 |
| Pay Ratio Disclosure | 45 |
| **SECURITY OWNERSHIP** | **46** |
| Security Ownership of Certain Beneficial Owners | 46 |

| | |
|---|---|
| Security Ownership of Officers and Directors | 47 |
| **PROPOSAL 2:** **Advisory Vote to Approve Named Executive Officer Compensation** | **48** |
| **AUDIT COMMITTEE REPORT** | **49** |
| **PROPOSAL 3:** **Ratification of Appointment of Auditors** | **50** |
| **FEES PAID TO AUDITORS** | **51** |
| **PROPOSAL 4:** **Vote to Approve the 2021 Stock Incentive Plan** | **52** |
| **PROPOSAL 5:** **Vote to Approve Charter Amendment to Allow Shareholders Holding 25% of our Common Stock to Request Special Meetings of Shareholders** | **62** |
| **PROPOSAL 6:** **Shareholder Proposal Regarding Shareholders' Ability to Call Special Meetings of Shareholders** | **65** |
| **SHAREHOLDER PROPOSALS FOR 2022 ANNUAL MEETING** | **68** |
| **APPENDIX A:** **2021 Stock Incentive Plan** | **A-1** |
| **APPENDIX B:** **Amendment to the Amended and Restated Charter** | **B-1** |
| **APPENDIX C:** **Amendments to the Amended and Restated Bylaws** | **C-1** |

**IMPORTANT NOTICE REGARDING THE AVAILABILITY OF PROXY MATERIALS FOR THE SHAREHOLDER MEETING TO BE HELD ON MAY 26, 2021**

**This Proxy Statement, our 2020 Annual Report and a form of proxy card are available at www.proxyvote.com.** You will need your Notice of Internet Availability or proxy card to access the proxy materials.

As permitted by rules adopted by the Securities and Exchange Commission ("SEC"), we are furnishing our proxy materials over the Internet to some of our shareholders. This means that some shareholders will not receive paper copies of these documents but instead will receive only a Notice of Internet Availability containing instructions on how to access the proxy materials over the Internet and how to request a paper copy of our proxy materials, including the Proxy Statement, our 2020 Annual Report, and a proxy card. Shareholders who do not receive a Notice of Internet Availability will receive a paper copy of the proxy materials by mail, unless they have previously requested delivery of proxy materials electronically.

Case 3:23-cv-01250     Document 99-23     Filed 10/24/25     Page 4 of 19 PageID #: 4027

# PROXY STATEMENT

This document is the proxy statement of Dollar General Corporation that we use to solicit your proxy to vote upon certain matters at our Annual Meeting of Shareholders to be held on Wednesday, May 26, 2021, which is being held entirely online at www.virtualshareholdermeeting.com/DG2021 (the "Annual Meeting Website") due to the continuing public health impact of the COVID-19 pandemic. We will begin mailing to shareholders printed copies of this document and the form of proxy or the Notice of Internet Availability on or about April 1, 2021.

---

**ANNUAL MEETING WEBSITE:**

www.virtualshareholdermeeting.com/DG2021

---

# SOLICITATION, MEETING AND VOTING INFORMATION

### What is Dollar General Corporation and where is it located?

Dollar General (NYSE: DG) has been delivering value to shoppers for more than 80 years through its mission of *Serving Others*. Dollar General helps shoppers Save time. Save money. Every day!® by offering products that are frequently used and replenished, such as food, snacks, health and beauty aids, cleaning supplies, basic apparel, housewares and seasonal items at everyday low prices in convenient neighborhood locations. Dollar General operated 17,266 stores in 46 states as of February 26, 2021. Our principal executive offices are located at 100 Mission Ridge, Goodlettsville, Tennessee 37072.

We refer to our company as "we," "us" or "Dollar General." Unless otherwise noted or required by context, "2021," "2020," "2019," and "2018" refer to our fiscal years ending or ended January 28, 2022, January 29, 2021, January 31, 2020, and February 1, 2019, respectively.

### What is a proxy, who is asking for it, and who is paying for the cost to solicit it?

A proxy is your legal designation of another person, called a "proxy," to vote your stock. The document designating someone as a proxy is also called a proxy or a proxy card.

Our directors, officers and employees are soliciting your proxy on behalf of our Board of Directors and will not be specially paid for doing so. Solicitation of proxies by mail may be supplemented by telephone, email and other electronic means, advertisements, personal solicitation, news releases issued by Dollar General, postings on our website, or otherwise. Dollar General will pay all expenses of this solicitation. We have retained Innisfree M&A Incorporated to act as a proxy solicitor for a fee estimated to be $17,500, plus reimbursement of out of pocket expenses.

### What is a Control Number?

To attend and participate in the meeting online, you will need your "Control Number." The Control Number is a 16-digit number that you can find in the Notice of Internet Availability or the proxy card (in each case if you are a shareholder of record), as applicable, or in the voting instruction form (if you are a street name holder).

### How may I attend the annual meeting?

Due to the continuing public health impact of the COVID-19 pandemic, the annual meeting is being held entirely online via the Annual Meeting Website. Only shareholders as of March 18, 2021 (the "Record Date") may vote on matters to be considered at the annual meeting, view the list of shareholders as of the Record Date or submit a question during the annual meeting.

To attend the meeting, please visit the Annual Meeting Website and enter your Control Number. If you do not have your Control Number, you may still attend the meeting by visiting the Annual Meeting Website and registering as a guest, but you will not be able to vote your shares, examine our list of shareholders or submit questions during the meeting.

You may log into the Annual Meeting Website beginning at 8:45 a.m. Central Time on May 26, 2021, and the meeting will begin promptly at 9:00 a.m. Central Time. If you experience any technical difficulties logging into the Annual Meeting Website or at any time during the meeting, please call the toll free technical support number, which will be posted on the Annual Meeting Website. Technical support will be available beginning at 8:45 a.m. Central Time on May 26, 2021 and will remain available until the meeting has ended.

## SOLICITATION, MEETING AND VOTING INFORMATION

### Who is entitled to vote at the annual meeting?

You may vote if you owned shares of Dollar General common stock at the close of business on the Record Date (March 18, 2021). As of that date, there were 239,264,252 shares of Dollar General common stock outstanding and entitled to vote. Each share is entitled to one vote on each matter.

### What am I voting on?

You will be asked to vote on:

- the election of the 8 nominees listed in this proxy statement (Proposal 1);

- the approval on an advisory basis of our named executive officer compensation as disclosed in this proxy statement (Proposal 2);

- the ratification of the appointment of our independent registered public accounting firm (the "independent auditor") for 2021 (Proposal 3);

- the approval of the Dollar General Corporation 2021 Stock Incentive Plan (the "2021 Stock Incentive Plan") (Proposal 4);

- the approval of an amendment to our amended and restated charter (our "Charter") to allow shareholders holding at least 25% of our common stock to request special meetings of shareholders (Proposal 5); and

- the shareholder proposal as described in this proxy statement (Proposal 6).

We are unaware of other matters to be acted upon at the annual meeting. Under Tennessee law and our governing documents, no other non-procedural business may be raised at the meeting unless proper notice has been given to shareholders.

### How many votes must be present to hold the annual meeting?

A quorum, consisting of the presence in person or by proxy of the holders of a majority of shares of our common stock outstanding on the Record Date, must exist to conduct business at the annual meeting. If a quorum is not present, the presiding officer at the meeting may adjourn the meeting from time to time until a quorum is present.

### How do I vote?

If you are a shareholder of record, you may vote your proxy over the telephone or Internet or, if you received printed proxy materials, by marking, signing, dating and returning the printed proxy card in the enclosed envelope. Please refer to the Notice of Internet Availability or proxy card, as applicable, for the telephone number, Internet address and other instructions. Alternatively, you may vote your shares electronically at the annual meeting by visiting the Annual Meeting Website and entering your Control Number. Once past the login screen, click the "Voting" button. Even if you plan to attend the meeting, we recommend that you vote in advance so that your vote will be counted if you later decide not to attend the meeting.

If you are a street name holder, your broker, trustee, bank or other nominee will provide materials and instructions for voting your shares. You also may vote your shares electronically at the meeting by visiting the Annual Meeting Website and entering your Control Number. Once past the login screen, click the "Voting" button.

### What is the difference between a "shareholder of record" and a "street name" holder?

You are a "shareholder of record" if your shares are registered directly in your name with EQ Shareowner Services, our transfer agent. You are a "street name" holder if your shares are held in the name of a brokerage firm, bank, trust or other nominee as custodian.

### What if I receive more than one Notice of Internet Availability or proxy card?

You will receive multiple Notices of Internet Availability or proxy cards if you hold shares in different ways (e.g., joint tenancy, trusts, custodial accounts, etc.) or in multiple accounts. Street name holders will receive the Notice of Internet Availability or proxy card or other voting information, along with voting instructions, from their brokers. Please vote the shares represented by each Notice of Internet Availability or proxy card you receive to ensure that all your shares are voted.

### How will my proxy be voted?

The persons named on the proxy card will vote your proxy as you direct. If you return a signed proxy card or complete the Internet or telephone voting procedures but do not specify how you want to vote your shares, the persons named on the proxy card will vote your shares in accordance with the recommendations of our Board of Directors. If business other than that described in this proxy statement is properly raised, your proxies have authority to vote as they think best, including to adjourn the meeting.

Case 3:23-cv-01250    Document 99-23    Filed 10/24/25    Page 6 of 19 PageID #: 4029

# EXECUTIVE COMPENSATION

This section provides details of fiscal 2020 compensation for our named executive officers: Todd J. Vasos, Chief Executive Officer; John W. Garratt, Executive Vice President and Chief Financial Officer; Jeffery C. Owen, Chief Operating Officer; Rhonda M. Taylor, Executive Vice President and General Counsel; Carman R. Wenkoff, Executive Vice President and Chief Information Officer; and Jason S. Reiser, former Executive Vice President and Chief Merchandising Officer.

## Compensation Discussion and Analysis

### Overview

Our executive compensation program is designed to serve the long-term interests of our shareholders. To deliver superior shareholder returns, we believe it is critical to offer a competitive compensation package that will attract, retain, and motivate experienced executives with the requisite expertise. Our program is designed to balance the short-term and long-term components and thus incent achievement of our annual and long-term business strategies, to pay for performance, and to maintain our competitive position in the market in which we compete for executive talent.

*Compensation Best Practices*

We strive to align our executives' interests with those of our shareholders and to follow sound corporate governance practices.

| Compensation Practice | Dollar General Policy |
|---|---|
| **Pay for performance** | A significant portion of compensation, including our annual Teamshare cash bonus compensation and our equity incentive compensation, is linked to the financial performance of key metrics or stock price appreciation. |
| **Robust share ownership guidelines and holding requirements** | Our share ownership guidelines and holding requirements create further alignment with shareholders' long-term interests. See "Share Ownership Guidelines and Holding Requirements." |
| **Clawback policy** | Our annual PSU equity awards and the annual Teamshare cash bonus program allow for the clawback of performance-based incentive compensation paid or awarded to a named executive officer in the case of a material financial restatement of our consolidated financial statements resulting from fraud or intentional misconduct on the part of the executive officer. |
| **No hedging or pledging Dollar General securities or holding Dollar General securities in margin accounts** | Our policy prohibits executive officers and Board members (and certain of their family members, entities and trusts) from hedging against any decrease in the market value of Dollar General equity securities awarded by our company and held by them, and from pledging as collateral or holding in a margin account any securities issued by Dollar General. See "Hedging and Pledging Policies." |
| **No excise tax gross-ups and minimal income tax gross-ups** | We do not provide tax gross-up payments to named executive officers other than on relocation-related items. |
| **Double-trigger provisions** | All unvested equity awards granted to named executive officers include a "double-trigger" vesting provision upon a change in control. |
| **No repricing or cash buyout of underwater stock options without shareholder approval** | Our equity incentive plan prohibits repricing underwater stock options, reducing the exercise price of stock options or replacing awards with cash or another award type, without shareholder approval. |
| **Annual compensation risk assessment** | At least annually, our Compensation Committee assesses the risk of our compensation program. |

Case 3:23-cv-01250 Document 99-23 Filed 10/24/25 Page 7 of 19 PageID #: 4030

# DIRECTOR COMPENSATION

Our director compensation program is designed to fairly pay directors for their time and efforts and to align their interests with the long-term interests of our shareholders. The Compensation Committee reviews at least once every two years the form and amount of director compensation in light of these goals and makes related recommendations to the Board of Directors. The Committee considers peer group market data as the primary market reference point, survey data of general industry companies with revenues in excess of $10 billion for a general understanding of compensation practices in the broader market context, and directional recommendations, all as presented by its independent compensation consultant, Pearl Meyer. More information about our peer group and the Pearl Meyer engagement can be found under "Use of Market Data" and "Use of Outside Advisors," respectively, in "Compensation Discussion and Analysis."

Management serves in an administrative and support role for the Compensation Committee and Pearl Meyer, conducting research, compiling data, providing necessary Company-specific information, or otherwise assisting as requested. The Committee also may seek management's viewpoint on Pearl Meyer's analysis and recommendations.

The following table and text summarize the compensation earned by or paid to each person who served as a non-employee member of our Board of Directors during all or part of 2020. Mr. Vasos, whose executive compensation is discussed under "Executive Compensation" below, was not separately compensated for his service on the Board. We have omitted the columns pertaining to "Non-Equity Incentive Plan Compensation" and "Change in Pension Value and Nonqualified Deferred Compensation Earnings" because they are inapplicable.

## Fiscal 2020 Director Compensation

| Name[1] | Fees Earned or Paid in Cash ($)[2] | Stock Awards ($)[3] | Option Awards ($)[4] | All Other Compensation ($)[5] | Total ($) |
|---|---|---|---|---|---|
| Warren F. Bryant | 95,000 | 178,027 | - | 1,471 | 274,498 |
| Michael M. Calbert | 112,500 | 377,216 | - | 3,330 | 493,046 |
| Sandra B. Cochran | 22,706 | - | - | 222,784 | 245,490 |
| Patricia D. Fili-Krushel | 115,000 | 178,027 | - | 1,471 | 294,498 |
| Timothy I. McGuire | 95,000 | 178,027 | - | 1,471 | 274,498 |
| William C. Rhodes, III | 120,000 | 178,027 | - | 1,471 | 299,498 |
| Debra A. Sandler | 79,341 | 178,027 | - | 1,029 | 258,397 |
| Ralph E. Santana | 95,000 | 178,027 | - | 1,471 | 274,498 |

(1)   Ms. Sandler joined our Board on April 1, 2020. Ms. Cochran served on our Board through April 27, 2020.

(2)   In addition to the annual Board retainer, Messrs. Calbert and Rhodes and Ms. Fili-Krushel earned annual retainers for service as committee chairpersons during fiscal 2020.

(3)   Represents the grant date fair value of restricted stock units ("RSUs") awarded to Mr. Calbert on February 3, 2020 ($199,189) for his annual Chairman of the Board retainer, as well as to each director (including Mr. Calbert) other than Ms. Cochran on May 27, 2020 ($178,027), in each case computed in accordance with FASB ASC Topic 718. Information regarding assumptions made in the valuation of these awards is included in Note 9 of the annual consolidated financial statements in our Annual Report on Form 10-K for the fiscal year ended January 29, 2021, filed with the SEC on March 19, 2021 (our "2020 Form 10-K"). As of January 29, 2021, each of the persons listed in the table above had the following total unvested RSUs outstanding (including additional unvested RSUs credited as a result of dividend equivalents earned with respect to such RSUs): each of Messrs. Bryant, McGuire, Rhodes and Santana and Mss. Fili-Krushel and Sandler (956); Mr. Calbert (2,252); and Ms. Cochran (0).

(4)   The Board eliminated the use of stock option awards as part of director compensation beginning in fiscal 2015. As of January 29, 2021, each of the persons listed in the table above had the following total unexercised stock options outstanding (whether or not then exercisable): each of Messrs. Bryant, Calbert and Rhodes (13,013); Ms. Fili-Krushel (12,892); and each of Messrs. McGuire and Santana and Mss. Cochran and Sandler (0).

(5)   Represents the dollar value of dividend equivalents paid, accumulated or credited on unvested RSUs and, for Ms. Cochran: (a) $220,984, which is the fair market value of RSUs and associated accumulated dividend equivalents that experienced accelerated vesting upon Ms. Cochran's resignation from our Board, as determined based on the closing stock price on the vesting acceleration date, plus the cash received for fractional shares in connection with the payment of such RSUs and associated dividend equivalents, and (b) cash reimbursement of $1,800 to offset the estimated federal income tax obligation on a retirement gift. Perquisites and personal benefits, if any, totaled less than $10,000 per director and therefore are not included in the table.

Case 3:23-cv-01250     Document 99-23     Filed 10/24/25     Page 8 of 19 PageID #: 4031

Each non-employee director receives payment (prorated as applicable) for a fiscal year in quarterly installments of the following cash compensation, as applicable, along with an annual award of RSUs, payable in shares of our common stock, having the estimated value listed below:

| Fiscal Year | Board Retainer ($) | Audit Committee Chairperson Retainer ($) | Compensation Committee Chairperson Retainer ($) | Nominating Committee Chairperson Retainer ($) | Estimated Value of Equity Award ($) |
|---|---|---|---|---|---|
| 2020 | 95,000 | 25,000 | 20,000 | 17,500 | 165,000 |

The RSUs are awarded under our Amended and Restated 2007 Stock Incentive Plan (our "2007 Stock Incentive Plan") or, for awards made on or after the effective date of our 2021 Stock Incentive Plan if approved by shareholders at the annual meeting, under our 2021 Stock Incentive Plan. The RSUs are awarded annually to each non-employee director who is elected or re-elected at the annual shareholders' meeting and to any new director appointed thereafter but before February 1 of a given year. The RSUs are scheduled to vest on the first anniversary of the grant date subject to certain accelerated vesting conditions. Directors generally may defer receipt of shares underlying the RSUs.

In addition to the fees outlined above, the Chairman of the Board receives an annual retainer delivered in the form of RSUs, payable in shares of our common stock and scheduled to vest on the first anniversary of the grant date, subject to certain accelerated vesting conditions, having an estimated value of $200,000. The RSUs are awarded under our 2007 Stock Incentive Plan or, for awards made on or after the effective date of our 2021 Stock Incentive Plan, under our 2021 Stock Incentive Plan.

The forms and amounts of director compensation as outlined above were recommended by the Compensation Committee and approved by the Board after taking into account market data, recommendations of the Committee's compensation consultant, Pearl Meyer, and, for the additional equity award to the Chairman of the Board, his further responsibilities to the Company.

Up to 100% of cash fees earned for Board services in a fiscal year generally may be deferred under the Non-Employee Director Deferred Compensation Plan.

Benefits are payable upon separation from service in the form, as elected by the director at the time of deferral, of a lump sum distribution or monthly payments for 5, 10 or 15 years. Participating directors can direct the hypothetical investment of deferred fees into funds identical to those offered in our 401(k) Plan and will be credited with the deemed investment gains and losses. The amount of the benefit will vary depending on the fees the director has deferred and the deemed investment gains and losses. Benefits upon death are payable to the director's named beneficiary in a lump sum. In the event of a director's disability (as defined in the Non-Employee Director Deferred Compensation Plan), the unpaid benefit will be paid in a lump sum. Participant deferrals are not contributed to a trust, and all benefits are paid from Dollar General's general assets.

Our non-employee directors are subject to share ownership guidelines, expressed as a multiple of the annual cash retainer payable for service on our Board, and holding requirements. The current ownership guideline is 5 times and should be acquired within 5 years of election to the Board. When the ownership guideline is increased, incumbent non-employee directors are allowed an additional year to acquire the incremental multiple. Each non-employee director is required to retain ownership of 100% of all net after-tax shares granted by Dollar General until reaching the share ownership target. As of January 29, 2021, each of our Board members was in compliance with our share ownership and holding requirement policy either because he or she met the guideline or was within the allotted grace period.

Case 3:23-cv-01250    Document 99-23    Filed 10/24/25    Page 9 of 19 PageID #: 4032

EXECUTIVE COMPENSATION

the COVID-19 pandemic and the resulting difficulty in goal-setting these uncertainties create.

### Long-Term Equity Incentive Program

Long-term equity incentives are an important part of our pay for performance philosophy and are designed to motivate named executive officers to focus on long-term success for shareholders while rewarding them for a long-term commitment to us. The Compensation Committee considers annual equity awards each March at its regular quarterly meeting and considers additional equity awards in connection with one-time events such as a new hire or promotion. Equity awards are made under our shareholder-approved 2007 Stock Incentive Plan.

#### (a) 2020 Annual Equity Award Structure

The Compensation Committee delivers the annual equity awards to named executive officers 50% in options and 50% in PSUs, believing that this mix appropriately incents a long-term focus while aligning the interests of management with those of shareholders and is reasonably well aligned with the practices of the peer group.

The options are granted with a per share exercise price equal to the fair market value of one share of our common stock on the grant date. With the exceptions described below in "Special Provisions of Mr. Vasos's 2020 Annual Equity Grant" for Mr. Vasos, the options vest 25% annually on April 1 of each of the four fiscal years following the fiscal year in which the grant is made, subject to continued employment with us and certain accelerated vesting provisions, and have a ten-year term. The PSUs can be earned if specified financial performance goals are achieved during the applicable performance periods and if certain additional vesting requirements are met as discussed more specifically below.

For PSUs the Committee selects and sets targets for financial performance measures, then establishes threshold and maximum levels of performance derived from those targets. The number of PSUs earned depends on the level of financial performance achieved versus such targets. The Committee selected adjusted EBITDA and adjusted ROIC as the financial performance measures for the 2020 PSUs. Half of the award is subject to adjusted EBITDA performance and half of the award is subject to adjusted ROIC performance. The Committee believes that these financial measures and the mix between them appropriately align executives' and shareholders' interests and that the threshold and maximum levels appropriately align pay and performance and are reasonably consistent with the practices of the peer group.

For the 2020 PSU awards, a one-year performance period corresponding to our 2020 fiscal year was established for the PSUs which are subject to the adjusted EBITDA performance measure. The adjusted EBITDA performance goal of approximately $3.072 billion was the target amount set forth in our Board-approved 2020 annual financial plan. Further increasing the focus on multi-year performance as a counterbalance to short-term incentives, the PSUs which are subject to the adjusted ROIC performance measure are subject to a three-year performance period beginning the first day of our 2020 fiscal year and extending through the last day of our 2022 fiscal year. The adjusted ROIC performance goal of 21.23% is the average of the adjusted ROIC goals for each fiscal year within the performance period as set forth in our three-year financial plan as it existed at the time the PSUs were awarded.

Adjusted EBITDA is calculated as income (loss) from continuing operations before cumulative effect of change in accounting principles plus interest and other financing costs, net, provision for income taxes, and depreciation and amortization, but excludes the impact of all items excluded from the 2020 Teamshare program adjusted EBIT calculation outlined above.

Adjusted ROIC for the three-year performance period is calculated as (a) the result of (x) the sum of (i) our operating income, plus (ii) depreciation and amortization, plus (iii) single lease cost, minus (y) taxes, divided by (b) the result of (x) the sum of the averages of the five most recently completed fiscal quarters of: (i) total assets, plus (ii) accumulated depreciation and amortization, minus (y) the difference of the averages of the five most recently completed fiscal quarters of: (i) cash, minus (ii) goodwill, minus (iii) accounts payable, minus (iv) other payables, minus (v) accrued liabilities, but excludes the impact of all items excluded from the 2020 Teamshare program adjusted EBIT calculation outlined above. For 2020, the Committee disallowed exclusion of the impact of all losses and gains resulting from COVID-19 in the adjusted EBITDA and adjusted ROIC calculations.

The following tables show the amount (as a percent of target) of such PSUs that could be earned at each of the threshold, target, and maximum performance levels for each applicable performance period, as well as the 2020 adjusted EBITDA performance result (which is greater than the maximum achievement level of 120%) and the resulting number of PSUs earned by each eligible named executive officer as a result of such performance reaching the maximum level of available adjusted EBITDA performance payout.

| Level* | Adjusted EBITDA (2020) | | |
|---|---|---|---|
| | Result v. Target (%) | EBITDA Result ($) (in billions) | PSUs Earned (% of Target) |
| Below Threshold | <90 | <2.765 | 0 |
| Threshold | 90 | 2.765 | 50 |
| Target | 100 | 3.072 | 100 |
| Maximum | 120 | 3.687 | 300 |
| **2020 Results** | **136.7** | **4.199** | **300.0** |

\*     PSUs earned for performance between threshold, target, and maximum levels are interpolated in a manner similar to that used for our 2020 Teamshare bonus program.

| Name | 2020 PSUs Earned (Adjusted EBITDA) |
|---|---|
| Mr. Vasos | 42,741 |
| Mr. Garratt | 7,599 |
| Mr. Owen | 10,449 |
| Ms. Taylor | 7,125 |
| Mr. Wenkoff | 7,125 |
| Mr. Reiser* | 0 |

\*     Mr. Reiser forfeited the 2020 PSUs upon his departure from Dollar General.

| Level* | Adjusted ROIC (2020-2022) | | |
|---|---|---|---|
| | Result v. Target (%) | ROIC Result (%) | PSUs Earned (% of Target) |
| Below Threshold | <95.3 | <20.23 | 0 |
| Threshold | 95.3 | 20.23 | 50 |
| Target | 100.0 | 21.23 | 100 |
| Maximum | 104.7 | 22.23 | 300 |

\*     PSUs earned for performance between threshold, target, and maximum levels are interpolated in a manner similar to that used for our 2020 Teamshare bonus program.

Except as described below in "Special Provisions of Mr. Vasos's 2020 Annual Equity Grant" for Mr. Vasos, the PSUs earned by each named executive officer for fiscal 2020 adjusted EBITDA performance will vest in equal one-third installments on April 1, 2021, April 1, 2022, and April 1, 2023, subject to such officer's continued employment with us and certain accelerated vesting provisions. Subject to certain pro-rata vesting conditions, the PSUs earned, if any, by each named executive officer for adjusted ROIC performance during the three-year performance period will vest on April 1, 2023, subject to such officer's continued employment with us and certain accelerated vesting provisions. All vested PSUs will be settled in shares of our common stock.

#### (b) Special Provisions of Mr. Vasos's 2020 Annual Equity Grant

For the reasons set forth above under "2020 Compensation Decisions for Mr. Vasos," Mr. Vasos's option award agreement related to his 2020 annual equity grant includes additional expiration, forfeiture and accelerated vesting conditions, and his PSU award agreement related to his 2020 annual equity grant includes additional vesting, forfeiture and termination

provisions related to the PSUs earned as a result of fiscal 2020 adjusted EBITDA performance, in each case, in the event he terminates employment due to an early retirement (as defined in the award agreements) after April 1, 2021. For a detailed description of these award agreement provisions, see "Potential Payments upon Termination or Change in Control-Payments Upon Termination Due to Retirement-Early Retirement" and "Potential Payments upon Termination or Change in Control-Payments After a Change in Control-Equity Awards-Other Stock Options and Performance Share Units."

#### (c) 2018 PSU Awards - Completed 2018-2020 Performance Period

Certain of the PSUs awarded in 2018 were subject to an adjusted ROIC performance measure for a three-year performance period beginning on the first day of our 2018 fiscal year and extending through the last day of our 2020 fiscal year, based on the average adjusted ROIC for each fiscal year within the three-year period. The average adjusted ROIC was derived from our three-year financial plan in place at the time of the award and is calculated as (a) the result of (x) the sum of (i) our operating income, plus (ii) depreciation and

Case 3:23-cv-01250     Document 99-23     Filed 10/24/25     Page 11 of 19 PageID #: 4034

## EXECUTIVE COMPENSATION

amortization, plus (iii) minimum rentals for 2018 and single lease cost for 2019 and 2020, minus (y) taxes, divided by (b) the result of (x) the sum of the averages of: (i) total assets, excluding any assets associated with the adoption of new lease accounting standards in 2019, plus (ii) accumulated depreciation and amortization, minus (y) (i) cash, minus (ii) goodwill, minus (iii) accounts payable, minus (iv) other payables, minus (v) accrued liabilities, plus (vi) 8x minimum rentals for 2018 and 8x single lease cost for 2019 and 2020 (with all of the foregoing terms as determined per our financial statements for each fiscal year), but excluding the impact of (a) any costs, fees and expenses directly related to the consideration, negotiation, preparation or consummation of any transaction that results in a change in control (within the meaning of our 2007 Stock Incentive Plan) or any security offering; (b) disaster-related charges; (c) any gains or losses associated with our LIFO computation; and (d) unless the Compensation Committee disallows

any such item, (i) any unbudgeted loss as a result of the resolution of a legal matter or (ii) any unplanned loss(es) or gain(s) related to the implementation of accounting or tax legislative changes or (iii) any unplanned loss(es) or gain(s) of a non-recurring nature, provided that in the case of each of (i), (ii) and (iii) such amount equals or exceeds $1 million for a single loss or net loss or gain, as applicable, and $10 million in the aggregate. For 2020 ROIC, the Committee disallowed exclusion of the impact of all losses and gains resulting from COVID-19.

The following tables show the amount (as a percent of target) of such PSUs that could be earned at each of the applicable threshold, target and maximum performance levels, as well as the actual performance result and the number of such PSUs earned by each named executive officer eligible to receive a 2018 PSU award.

| Level* | Adjusted ROIC (2018-2020) | | |
|---|---|---|---|
| | Result v. Target (%) | ROIC Result (%) | PSUs Earned (% of Target) |
| Below Threshold | <94.8 | <18.30 | 0 |
| Threshold | 94.8 | 18.30 | 50 |
| Target | 100.0 | 19.30 | 100 |
| Maximum | 105.2 | 20.30 | 300 |
| **2018-2020 Results** | **112.8** | **21.78** | **300.0** |

\* PSUs earned for performance between threshold, target, and maximum levels are interpolated in a manner similar to that used for our 2020 Teamshare bonus program.

| Name | 2018 - 2020 PSUs Earned (Adjusted ROIC) |
|---|---|
| Mr. Vasos | 61,386 |
| Mr. Garratt | 10,743 |
| Mr. Owen | 11,508 |
| Ms. Taylor | 10,743 |
| Mr. Wenkoff | 9,975 |
| Mr. Reiser* | 0 |

\* Mr. Reiser forfeited the 2018-2020 PSUs upon his departure from Dollar General.

### (d) Significant 2021 Annual Equity Award Structure Changes

For the 2021 annual equity grants approved by the Committee in March 2021, the threshold and maximum performance levels for the adjusted EBITDA performance measure are 85% and 130% of the target level, respectively, and the corresponding payout percentages at the threshold and maximum performance levels will be calculated at 25% and 300%, respectively. The Committee believes that these changes to the performance and payout slopes are appropriate to reduce the impact of uncontrollable swings in performance that could contribute to downside risk or upside windfall in light of continuing uncertainties in our business arising from the impact of the COVID-19 pandemic and the resulting difficulty in goal-setting these uncertainties create.

Case 3:23-cv-01250    Document 99-23    Filed 10/24/25    Page 12 of 19 PageID #: 4035

(e) Share Ownership Guidelines and Holding Requirements

Our senior officers are subject to share ownership guidelines and holding requirements. The share ownership guideline is a multiple of annual base salary as in effect from time to time and is to be achieved within a five-year time period.

| Officer Level | Multiple of Base Salary |
|---|---|
| CEO | 6X |
| COO | 4X |
| EVP | 3X |
| SVP | 2X |

Each senior officer is required to retain ownership of 50% of all net after-tax shares issuable upon vesting or exercise of compensatory awards until the target ownership level is achieved. As of January 29, 2021, each of our named executive officers employed with the Company on that date was in compliance with our share ownership and holding requirement policy.

(f) Hedging and Pledging Policies

Our policy prohibits Board members, executive officers, and their Controlled Persons from (1) pledging Dollar General securities as collateral, (2) holding Dollar General securities in a margin account, and (3) hedging against any decrease in the market value of equity securities awarded by Dollar General and held by them, such as entering into or trading prepaid variable forward contracts, equity swaps, collars, puts, calls, options, exchange funds (also known as swap funds) or other derivative instruments related to Dollar General equity securities. All other employees, as well as their Controlled Persons, are strongly discouraged from entering into these types of transactions. Controlled Persons include the Board member's, executive officer's or employee's respective spouses, immediate family members sharing their home or that are economically dependent on them, entities that they control, and trusts in which they serve as a trustee or are a beneficiary.

***Benefits and Perquisites***

Our named executive officers participate in certain benefits on the same terms that are offered to all of our salaried employees. We also provide them with limited additional benefits and perquisites for retention and recruiting purposes, to replace benefit opportunities lost due to regulatory limits, and to enhance their ability to focus on our business. We do not provide tax gross-up payments for named executive officers on any benefits and perquisites other than relocation-related items. The primary additional benefits and perquisites include the following:

• We provide a compensation deferral plan (the "CDP") and, for named executive officers hired or promoted prior to May 28, 2008, a defined contribution

Supplemental Executive Retirement Plan (the "SERP," and together with the CDP, the "CDP/SERP Plan") as discussed in more detail under "Nonqualified Deferred Compensation Fiscal 2020".

• We pay the premiums for a life insurance benefit equal to 2.5 times base salary up to a maximum of $4 million.

• We provide a salary continuation program that provides income replacement for up to 26 weeks at 100% of base salary for the first three weeks and 70% of base salary thereafter. In addition to the income replacement benefit, we pay administrative fees associated with the program. We also pay the premiums under a group long-term disability plan that provides 60% of base salary up to a maximum monthly benefit of $20,000.

• We provide a relocation assistance program under a policy applicable to officer-level employees.

• We provide personal financial and estate planning and tax preparation services through a third party.

## Employment Agreements and Severance Arrangements

We have an employment agreement with each of our named executive officers, each of which has a three-year term and is subject to certain automatic extensions. These agreements promote executive continuity, aid in retention, and, in return for granting such executives certain severance and other rights upon a termination of employment, secure valuable protections for Dollar General, such as non-compete, non-solicitation, and confidentiality obligations, and facilitate implementation of our clawback policy.

We believe that reasonable severance benefits are appropriate to protect the named executive officer against circumstances over which he or she does not have control and as consideration for the promises of non-disclosure, non-competition, non-solicitation, and non-interference, as well as the clawback rights that we require in our employment agreements. A change in control, by itself ("single trigger"), does not trigger any severance provision applicable to our named executive officers. As discussed elsewhere in this proxy statement

Case 3:23-cv-01250    Document 99-23    Filed 10/24/25    Page 13 of 19 PageID #: 4036

EXECUTIVE COMPENSATION

and in "Compensation Decisions Related to Mr. Reiser's Departure", Mr. Reiser left Dollar General in fiscal 2020. Payments and benefits to him in connection with this employment separation are itemized under "Potential Payments to Named Executive Officers Upon Occurrence of Various Termination Events or Change in Control as of January 29, 2021" below.

## Considerations Associated with Regulatory Requirements

Under Section 162(m) of the Internal Revenue Code, we generally may not take a tax deduction for individual compensation over $1 million paid in any taxable year to each of the persons that meet the definition of a covered employee under Section 162(m). For fiscal 2020, covered employees include anyone who was a covered employee for any taxable year beginning after December 31, 2016, anyone who held the position of CEO or Chief Financial Officer ("CFO") at any time during the fiscal year and the three most highly compensated employees who acted as executive officers (other than as CEO or CFO) at any time during the fiscal year. Prior to U.S. tax law changes in 2017, certain performance-based compensation was exempt from the Section 162(m) deduction limit. However, for tax years beginning after December 31, 2017, the performance-based compensation exemption was eliminated unless the compensation qualifies for transition relief applicable to certain arrangements in place as of November 2, 2017.

The Compensation Committee continues to view the tax deductibility of executive compensation as one of many factors to be considered in the context of its overall compensation philosophy and therefore reserves the right to approve compensation that may not be deductible in situations it deems appropriate.

## Compensation Committee Report

The Compensation Committee of our Board of Directors reviewed and discussed with management the Compensation Discussion and Analysis required by Item 402(b) of Regulation S-K and, based on such review and discussions, the Compensation Committee recommended to the Board that the Compensation Discussion and Analysis be included in this document.

This report has been furnished by the members of the Compensation Committee:

- Patricia D. Fili-Krushel, Chairperson
- Warren F. Bryant
- Timothy I. McGuire

*The above Compensation Committee Report does not constitute soliciting material and should not be deemed filed or incorporated by reference into any other Dollar General filing under the Securities Act of 1933 or the Securities Exchange Act of 1934, except to the extent Dollar General specifically incorporates this report by reference therein.*

Case 3:23-cv-01250     Document 99-23     Filed 10/24/25     Page 14 of 19 PageID #: 4037

EXECUTIVE COMPENSATION

# Outstanding Equity Awards at 2020 Fiscal Year-End

The table below sets forth information regarding awards granted under our 2007 Stock Incentive Plan and held by our named executive officers as of the end of fiscal 2020. We have omitted from this table the column for "Equity Incentive Plan Awards: Number of Securities Underlying Unexercised Unearned Options" because it is inapplicable. All awards included in the table, to the extent they have not vested, are subject to certain accelerated vesting provisions as described in "Potential Payments upon Termination or Change in Control." PSUs reported in the table are payable in shares of our common stock on a one-for-one basis.

| | | Option Awards | | | | Stock Awards | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name | Grant Date | Number of Securities Underlying Unexercised Options (#) Exercisable | Number of Securities Underlying Unexercised Options (#) Unexercisable | Option Exercise Price ($) | Option Expiration Date | Number of Shares or Units of Stock That Have Not Vested (#) | Market Value of Shares or Units of Stock That Have Not Vested ($)[1] | Equity Incentive Plan Awards: Number of Unearned Shares, Units or Other Rights That Have Not Vested (#) | Equity Incentive Plan Awards: Market or Payout Value of Unearned Shares, Units or Other Rights That Have Not Vested ($)[1] |
| Mr. Vasos | 06/03/2015 | 58,682[2] | - | 76.00 | 06/03/2025 | - | - | - | - |
| | 03/16/2016 | 104,599[3] | - | 84.67 | 03/16/2026 | - | - | - | - |
| | 03/16/2016 | 57,173[2] | 28,586[2] | 84.67 | 03/16/2026 | - | - | - | - |
| | 03/22/2017 | 121,134[3] | 40,378[3] | 70.68 | 03/22/2027 | - | - | - | - |
| | 03/21/2018 | 78,599[3] | 78,598[3] | 92.98 | 03/21/2028 | - | - | - | - |
| | 03/20/2019 | 32,101[3] | 96,297[3] | 117.13 | 03/20/2029 | - | - | - | - |
| | 03/17/2020 | - | 133,723[3] | 154.53 | 03/17/2030 | - | - | - | - |
| | 03/21/2018 | - | - | - | - | 68,077[4] | 13,248,465 | - | - |
| | 03/20/2019 | - | - | - | - | 14,070[5] | 2,738,163 | 51,186[6] | 9,961,307 |
| | 03/17/2020 | - | - | - | - | 42,741[7] | 8,317,826 | 42,741[8] | 8,317,826 |
| Mr. Garratt | 03/16/2016 | 32,890[3] | - | 84.67 | 03/16/2026 | - | - | - | - |
| | 03/22/2017 | 6,127[3] | 9,421[3] | 70.68 | 03/22/2027 | - | - | - | - |
| | 03/21/2018 | 13,756[3] | 13,754[3] | 92.98 | 03/21/2028 | - | - | - | - |
| | 03/20/2019 | 5,419[3] | 16,248[3] | 117.13 | 03/20/2029 | - | - | - | - |
| | 03/17/2020 | - | 23,773[3] | 154.53 | 03/17/2030 | - | - | - | - |
| | 03/21/2018 | - | - | - | - | 11,914[4] | 2,318,584 | - | - |
| | 03/20/2019 | - | - | - | - | 2,374[5] | 462,004 | 8,637[6] | 1,680,847 |
| | 03/17/2020 | - | - | - | - | 7,599[7] | 1,478,841 | 7,599[8] | 1,478,841 |
| Mr. Owen | 08/25/2015 | 35,703[9] | - | 73.73 | 08/25/2025 | - | - | - | - |
| | 03/16/2016 | 32,890[3] | - | 84.67 | 03/16/2026 | - | - | - | - |
| | 03/22/2017 | 28,265[3] | 9,421[3] | 70.68 | 03/22/2027 | - | - | - | - |
| | 03/21/2018 | 14,739[3] | 14,736[3] | 92.98 | 03/21/2028 | - | - | - | - |
| | 03/20/2019 | 6,220[3] | 18,657[3] | 117.13 | 03/20/2029 | - | - | - | - |
| | 08/27/2019 | 2,408[9] | 7,224[9] | 138.75 | 08/27/2029 | - | - | - | - |
| | 03/17/2020 | - | 32,688[3] | 154.53 | 03/17/2030 | - | - | - | - |
| | 03/21/2018 | - | - | - | - | 12,762[4] | 2,483,613 | - | - |
| | 03/20/2019 | - | - | - | - | 2,726[5] | 530,507 | 9,915[6] | 1,929,558 |
| | 03/17/2020 | - | - | - | - | 10,449[7] | 2,033,480 | 10,446[8] | 2,032,896 |

Case 3:23-cv-01250    Document 99-23    Filed 10/24/25    Page 15 of 19 PageID #: 4038

# Security Ownership of Officers and Directors

The following table pertains to beneficial ownership of our directors, nominees and named executive officers individually and to our current directors and all of our current executive officers as a group. These persons may be contacted at our executive offices.

| Name of Beneficial Owner | Amount and Nature of Beneficial Ownership[1] [2] | Percent of Class |
|---|---|---|
| Warren F. Bryant | 38,676 | * |
| Michael M. Calbert[3] | 108,688 | * |
| Patricia D. Fili-Krushel[4] | 25,671 | * |
| Timothy I. McGuire | 6,037 | * |
| William C. Rhodes, III[5] | 49,206 | * |
| Debra A. Sandler | 478 | * |
| Ralph E. Santana | - | - |
| Todd J. Vasos | 835,797 | * |
| John W. Garratt | 110,558 | * |
| Jeffery C. Owen | 186,227 | * |
| Rhonda M. Taylor | 119,940 | * |
| Carman R. Wenkoff | 67,512 | * |
| Jason S. Reiser | 1,805 | * |
| All current directors and executive officers as a group (17 persons)[3][4][5] | 1,741,434 | * |

\* Denotes less than 1% of class.

(1) Share totals have been rounded to the nearest whole share.

(2) Includes the following number of shares (1) underlying RSUs (including RSUs credited, where applicable, as a result of dividend equivalents earned with respect to the RSUs) and earned PSUs that are or could be settleable within 60 days of March 12, 2021 over which the person will not have voting or investment power until the applicable RSUs and PSUs are settled, and (2) subject to options exercisable either currently or within 60 days of March 12, 2021 over which the person will not have voting or investment power until exercised: Mr. Bryant (2,991 RSUs; 13,013 options); Mr. Calbert (20,979 RSUs; 13,013 options); Ms. Fili-Krushel (956 RSUs; 12,892 options); Mr. McGuire (956 RSUs); Mr. Rhodes (956 RSUs; 13,013 options); Ms. Sandler (478 RSUs); Mr. Vasos (89,359 PSUs; 626,083 options); Mr. Garratt (15,634 PSUs; 85,850 options); Mr. Owen (17,608 PSUs; 151,405 options); Ms. Taylor (15,520 PSUs; 80,091 options); Mr. Wenkoff (14,580 PSUs; 50,683 options); and all current directors and executive officers as a group (30,441 RSUs; 166,266 PSUs; 1,193,776 options). Such shares are considered outstanding for computing the percentage owned by each named person and by the group but not for any other person. Excludes shares underlying RSUs that vested but deferred at the election of Mss. Fili-Krushel and Sandler and Mr. Santana, but over which such persons will not have voting or investment power until the applicable RSUs are settled on a date that is later than 60 days after March 12, 2021.

(3) Mr. Calbert shares voting and investment power over 51,000 shares with his spouse, Barbara Calbert, as co-trustee of The Michael and Barbara Calbert 2007 Joint Revocable Trust.

(4) Ms. Fili-Krushel shares voting and investment power over 2,528 shares with her spouse, Kenneth Krushel.

(5) Mr. Rhodes shares voting and investment power over 16,367 shares with his spouse, Amy Rhodes, as power of attorney of The Amy Plunkett Rhodes Revocable Living Trust, dated July 30, 2014.

Case 3:23-cv-01250    Document 99-23    Filed 10/24/25    Page 16 of 19 PageID #: 4039

## What are some highlights of the 2021 Stock Incentive Plan?

We believe the 2021 Stock Incentive Plan design, including the features summarized below, reflects our commitment to sound practices and effective management of equity compensation and promotes a strong alignment with shareholders' interests:

- **No Evergreen Provision.** Shares authorized for issuance under the 2021 Stock Incentive Plan are not automatically replenished.

- **No Liberal Share Recycling.** Under the 2021 Stock Incentive Plan, shares used to pay the exercise price of a stock option or stock appreciation right (a "SAR") or to satisfy tax withholding obligations in connection with an award will not be added back to the aggregate plan limit. In addition, the gross number of shares associated with the exercise of a stock option or a SAR, and not just the net shares issued upon exercise, will count against the aggregate plan limit.

- **No Discounted Stock Options or SARs.** The 2021 Stock Incentive Plan prohibits the grant of stock options and SARs with an exercise price that is less than the fair market value of our common stock on the grant date.

- **No Repricing of Stock Options or SARs.** The 2021 Stock Incentive Plan generally prohibits the repricing of stock options and SARs without shareholder approval, including cancelling a stock option or SAR in exchange for another award or for cash when the per share exercise price exceeds the fair market value of the underlying shares.

- **Limits on Dividends and Dividend Equivalents.** The 2021 Stock Incentive Plan prohibits the payment of dividends or dividend equivalents on stock options and SARs. The plan also provides that any dividends or dividend equivalents in connection with any award subject to performance-based vesting or any restricted stock unit may only be paid to the extent the underlying award is earned and vested under the plan.

- **Clawback Provisions.** Awards granted under the 2021 Stock Incentive Plan will be subject to forfeiture or recoupment as may be required by applicable law, regulation or stock exchange requirement or the terms of any clawback policy in effect at Dollar General from time to time. Currently, all executive officers are subject to the terms of our internal clawback policy.

- **Term of the 2021 Stock Incentive Plan.** No awards may be granted under the 2021 Stock Incentive Plan more than ten years from the date of shareholder approval.

## How does the 2021 Stock Incentive Plan work?

A summary of the 2021 Stock Incentive Plan's provisions is set forth below. This summary is qualified in its entirety by reference to the complete text of the 2021 Stock Incentive Plan attached as **Appendix A**.

***Administration***. The 2021 Stock Incentive Plan will be administered by the Compensation Committee (or an appropriate sub-committee thereof) unless our Board of Directors determines otherwise. Within this Proposal 4, we refer to the individuals administering the plan as the "Committee." Subject to the provisions of the plan, the Committee has the authority to select participants to receive awards, to determine the types, terms and conditions of awards, to amend or waive any term or condition of an outstanding award agreement, to establish, amend or waive rules for the plan's administration, to interpret provisions of the plan and award agreements, and make all other determinations for the administration of the plan and the awards. The Committee may delegate to our Chief Executive Officer all or part of its authority under the plan with respect to awards to employees who are not executive officers.

***Shares Subject to the 2021 Stock Incentive Plan***. Subject to approval by shareholders, a total of 11,850,000 shares of common stock is reserved for awards which may be issued under the 2021 Stock Incentive Plan; provided, however, that such reserve will be reduced by one (1) share for every one (1) share that is granted under the Prior Plan after March 16, 2021 and prior to the effective date of the 2021 Stock Incentive Plan.

In general, if any award granted under the 2021 Stock Incentive Plan terminates, is forfeited, expires or lapses for any reason other than as a result of exercise or settlement, or if shares issued pursuant to an award are forfeited, the shares associated with such award will be available for future awards under the plan. In contrast, any shares withheld by the Company, delivered by the participant, or otherwise used to pay the exercise price of a stock option or SAR or to satisfy tax withholding obligations associated with an award will not be available for future awards under the plan. Further, in the event shares are delivered or withheld pursuant to the exercise of a stock option or SAR, the number of shares available for future awards under the plan will be reduced by the gross number of shares to which the exercise relates, rather than the net number of new shares issued upon the exercise.

***Eligibility***. The 2021 Stock Incentive Plan provides that awards may be granted to non-employee directors of the Company and to key employees and consultants of the Company and certain of our subsidiaries as determined by the Committee in its discretion. Key employees include officers or other employees who, in the opinion of the Committee, have been or can be

Case 3:23-cv-01250    Document 99-23    Filed 10/24/25    Page 17 of 19 PageID #: 4040

DOLLAR GENERAL CORPORATION
ATTN: INVESTOR RELATIONS
100 MISSION RIDGE
GOODLETTSVILLE, TN 37072

**VOTE BY INTERNET**
*Before The Meeting* - Go to **www.proxyvote.com**
Use the Internet to transmit your voting instructions and for electronic delivery of information until 11:59 P.M. Eastern Time on May 25, 2021. Have your proxy card in hand when you access the website and follow the instructions to obtain your records and to create an electronic voting instruction form.

*During The Meeting* - Go to **www.virtualshareholdermeeting.com/DG2021**
You may attend the meeting via the Internet and vote during the meeting. Have the information that is printed in the box marked by the arrow available and follow the instructions.

**ELECTRONIC DELIVERY OF FUTURE PROXY MATERIALS**
If you would like to reduce the costs incurred by our company in mailing proxy materials, you can consent to receiving all future proxy statements, proxy cards and annual reports electronically via e-mail or the Internet. To sign up for electronic delivery, please follow the instructions above to vote before the meeting using the Internet and, when prompted, indicate that you agree to receive or access proxy materials electronically in future years.

**VOTE BY PHONE - 1-800-690-6903**
Use any touch-tone telephone to transmit your voting instructions until 11:59 P.M. Eastern Time on May 25, 2021. Have your proxy card in hand when you call and then follow the instructions.

**VOTE BY MAIL**
Mark, sign and date your proxy card and return it in the postage-paid envelope we have provided or return it to Vote Processing, c/o Broadridge, 51 Mercedes Way, Edgewood, NY 11717.

---

IF YOU ARE NOT VOTING BY INTERNET OR PHONE,
TO VOTE, MARK BLOCKS BELOW IN BLUE OR BLACK INK AS FOLLOWS:

D41915-P48167

KEEP THIS PORTION FOR YOUR RECORDS
DETACH AND RETURN THIS PORTION ONLY

**THIS PROXY CARD IS VALID ONLY WHEN SIGNED AND DATED.**

---

**DOLLAR GENERAL CORPORATION**

The Board of Directors recommends you vote FOR each of the listed nominees.

1. Election of Directors

| Nominees: | For | Against | Abstain |
|---|---|---|---|
| 1a. Warren F. Bryant | ☐ | ☐ | ☐ |
| 1b. Michael M. Calbert | ☐ | ☐ | ☐ |
| 1c. Patricia D. Fili-Krushel | ☐ | ☐ | ☐ |
| 1d. Timothy I. McGuire | ☐ | ☐ | ☐ |
| 1e. William C. Rhodes, III | ☐ | ☐ | ☐ |
| 1f. Debra A. Sandler | ☐ | ☐ | ☐ |
| 1g. Ralph E. Santana | ☐ | ☐ | ☐ |
| 1h. Todd J. Vasos | ☐ | ☐ | ☐ |

The Board of Directors recommends you vote FOR Proposals 2, 3, 4 and 5.

| | For | Against | Abstain |
|---|---|---|---|
| 2. To approve, on an advisory (non-binding) basis, the resolution regarding the compensation of Dollar General Corporation's named executive officers as disclosed in the proxy statement. | ☐ | ☐ | ☐ |
| 3. To ratify the appointment of Ernst & Young LLP as Dollar General Corporation's independent registered public accounting firm for fiscal 2021. | ☐ | ☐ | ☐ |
| 4. To approve the Dollar General Corporation 2021 Stock Incentive Plan. | ☐ | ☐ | ☐ |
| 5. To approve an amendment to the amended and restated charter of Dollar General Corporation to allow shareholders holding 25% or more of our common stock to request special meetings of shareholders. | ☐ | ☐ | ☐ |

The Board of Directors recommends you vote AGAINST Proposal 6.

| | For | Against | Abstain |
|---|---|---|---|
| 6. To vote on a shareholder proposal regarding shareholders' ability to call special meetings of shareholders. | ☐ | ☐ | ☐ |

In the discretion of the proxies named herein, such other business as may properly come before the meeting or any adjournment(s) thereof.

Please sign exactly as your name(s) appear(s) hereon. When signing as attorney, executor, administrator, or other fiduciary, please give full title as such. Joint owners should each sign personally. All holders must sign. If a corporation or partnership, please sign in full corporate or partnership name by authorized officer.

Signature [PLEASE SIGN WITHIN BOX]     Date     Signature (Joint Owners)     Date

**Important Notice Regarding the Availability of Proxy Materials for the Annual Meeting:**
The Notice and Proxy Statement and Annual Report are available at www.proxyvote.com.

D41916-P48167

## DOLLAR GENERAL CORPORATION
### Proxy solicited by and on behalf of the Board of Directors for the
### Annual Meeting of Shareholders to be held on May 26, 2021

The undersigned shareholder(s) of Dollar General Corporation, a Tennessee corporation (the "Company"), hereby acknowledge(s) receipt of the Notice of Annual Meeting of Shareholders and Proxy Statement dated April 1, 2021, and hereby appoint(s) Christine L. Connolly and Elizabeth S. Inman, or either of them, proxies, each with full power of substitution, and authorize(s) them to represent and to vote, as designated on the reverse side of this proxy card, all shares of common stock of the Company that the shareholder(s) is/are entitled to vote at the Annual Meeting of Shareholders of the Company to be held May 26, 2021 at 9:00 A.M. Central Time, via the Internet at www.virtualshareholdermeeting.com/DG2021, and at any adjournment(s) thereof. As the Company will be hosting the meeting virtually this year, there will be no physical location for shareholders to attend the meeting in person.

**This proxy, when properly executed, will be voted in the manner directed herein. If no such direction is made, this proxy will be voted FOR each of the nominees for director in Proposal 1, FOR Proposals 2, 3, 4 and 5, AGAINST Proposal 6, and in the discretion of the proxies upon such other business as may properly come before the meeting or any adjournment(s) thereof.**

Continued and to be signed on reverse side