# EXHIBIT 26

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## SCHEDULE 14A INFORMATION

Proxy Statement Pursuant to Section 14(a) of
the Securities Exchange Act of 1934 (Amendment No. )

Filed by the Registrant ☒

Filed by a party other than the Registrant ☐

Check the appropriate box:

☐   Preliminary Proxy Statement

☐   **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒   Definitive Proxy Statement

☐   Definitive Additional Materials

☐   Soliciting Material under §240.14a-12

## Dollar General Corporation

(Name of Registrant as Specified in Its Charter)

(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check all boxes that apply):

☒   No fee required

☐   Fee paid previously with preliminary materials

☐   Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11

**DOLLAR GENERAL**

# DEAR FELLOW SHAREHOLDERS,

On behalf of the Board of Directors, we look forward to welcoming you to the 2024 Annual Meeting of Shareholders of Dollar General Corporation, which will be held on Wednesday, May 29, 2024, at 9:00 a.m., Central Time, at Dollar General Corporation, Turner One Building, 100 Mission Ridge, Goodlettsville, Tennessee.

We would like to thank you for your continued investment in Dollar General. It has been my privilege to serve as Chairman of the Board over the last 8 years, and I look forward to the year ahead.

Our objectives and actions are informed by your feedback, and we appreciate the opportunity to speak with many of you over the past year. In 2023, we engaged with shareholders comprising approximately 55% of shares outstanding as part of our focused annual shareholder outreach program. As Chairman, I led the engagement with shareholders representing approximately 38% of shares outstanding. The information we received from shareholders helped to inform decisions regarding the enhanced disclosures in this Proxy Statement and in our *Serving Others* report for 2023, as well as our recently published report on the findings of the employee safety and well-being audit. Below are several areas of particular importance to the Board that we discussed with our shareholders this past year:

- **CEO Succession.** CEO succession is a key component of our long-term business strategy and is a top priority for the Board. On October 12, 2023, we announced the re-appointment of Todd Vasos, our former CEO and existing Board member, as our CEO. Todd's deep expertise and familiarity with Dollar General continues to be an asset to our Company, and the strong relationships and respect he has built with the investment community, vendors, our executive team and the broader employee base over his tenure have supported a seamless transition. We are confident Todd is the right leader to refocus our Company's strategic direction and priorities to stabilize the business.

- **Workplace Safety.** Dollar General has a long-standing commitment to addressing matters that can affect our workplace experience, including employee safety and well-being. Our safety program includes standardized policies and procedures, training, and other proactive measures combined with monitoring and use of data analytics to drive preventative strategies and evolve employee safety strategies and initiatives. At the 2023 Annual Meeting of Shareholders, a majority of our shareholders voted in favor of a shareholder proposal requesting an employee safety and well-being audit. At the direction of our General Counsel and with oversight by the Board, we subsequently engaged an independent third party to conduct the audit and published a related report in April 2024. For further details, please refer to our *Report on Audit of Dollar General Safety Policies and Practices* published at https://www.dollargeneral.com/about-us/corporate-social-responsibility.

- **Board Composition.** Our Board represents a diversity of experience, backgrounds, viewpoints, tenure, age, gender, and race. We have robust corporate governance measures to foster shareholder participation and Board responsiveness and accountability, including strong director refreshment and evaluation practices. Approximately 38% of our independent directors have joined the Board within the last five years, including most recently the appointment of David Rowland on August 5, 2023. David is the former Executive Chairman of Accenture, where his career spanned nearly four decades. He brings to our Board a deep knowledge of the global marketplace and vast experience in finance, operations, strategy and risk management.

We would like to thank our shareholders, employees, customers, and business partners for their continued support and contributions to Dollar General's success. We remain confident in our path forward under Todd's leadership and in our ability to continue to build momentum with the Board's active oversight.

**SINCERELY,**

**MICHAEL M. CALBERT**
CHAIRMAN OF THE BOARD
APRIL 5, 2024

*We will begin mailing to shareholders printed copies of this document and the form of proxy or the Notice of Internet Availability on or about April 5, 2024.*

# TABLE OF CONTENTS

**DOLLAR GENERAL**

| | |
|---|---|
| **SOLICITATION, MEETING AND VOTING INFORMATION** | **1** |
| **PROPOSAL 1:** Election of Directors | **4** |
| **CORPORATE GOVERNANCE** | **11** |
| **DIRECTOR COMPENSATION** | **17** |
| **DIRECTOR INDEPENDENCE** | **19** |
| **TRANSACTIONS WITH MANAGEMENT AND OTHERS** | **20** |
| **EXECUTIVE COMPENSATION** | **21** |
| Compensation Discussion and Analysis | 21 |
| Compensation Committee Report | 31 |
| Summary Compensation Table | 32 |
| Grants of Plan-Based Awards in Fiscal 2023 | 34 |
| Outstanding Equity Awards at 2023 Fiscal Year-End | 35 |
| Option Exercises and Stock Vested During Fiscal 2023 | 37 |
| Pension Benefits Fiscal 2023 | 37 |
| Nonqualified Deferred Compensation Fiscal 2023 | 37 |
| Potential Payments Upon Termination or Change in Control | 39 |

| | |
|---|---|
| Pay Versus Performance | 49 |
| Compensation Committee Interlocks and Insider Participation | 53 |
| Compensation Risk Considerations | 53 |
| Pay Ratio Disclosure | 53 |
| **PROPOSAL 2:** Advisory Vote to Approve Named Executive Officer Compensation | **54** |
| **SECURITY OWNERSHIP** | **55** |
| Security Ownership of Certain Beneficial Owners | 55 |
| Security Ownership of Officers and Directors | 56 |
| Delinquent Section 16(a) Reports | 56 |
| **AUDIT COMMITTEE REPORT** | **57** |
| **FEES PAID TO AUDITORS** | **58** |
| **PROPOSAL 3:** Ratification of Appointment of Auditors | **59** |
| **PROPOSAL 4:** Shareholder Proposal to Improve Clawback Policy for Unearned Executive Pay | **60** |
| **SHAREHOLDER PROPOSALS FOR 2025 ANNUAL MEETING** | **63** |

**IMPORTANT NOTICE REGARDING THE AVAILABILITY OF PROXY MATERIALS FOR THE SHAREHOLDER MEETING TO BE HELD ON MAY 29, 2024**

**This Proxy Statement, our 2023 Annual Report and a form of proxy card are available at www.proxyvote.com.** You will need your Notice of Internet Availability or proxy card to access the proxy materials.

As permitted by rules adopted by the Securities and Exchange Commission ("SEC"), we are furnishing our proxy materials over the Internet to some of our shareholders. This means that some shareholders will not receive paper copies of these documents but instead will receive only a Notice of Internet Availability containing instructions on how to access the proxy materials over the Internet and how to request a paper copy of our proxy materials, including the Proxy Statement, our 2023 Annual Report, and a proxy card. Shareholders who do not receive a Notice of Internet Availability will receive a paper copy of the proxy materials by mail, unless they have previously requested delivery of proxy materials electronically.

Case 3:23-cv-01250    Document 99-26    Filed 10/24/25    Page 4 of 10 PageID #: 4059

# PROXY STATEMENT

This document is the proxy statement of Dollar General Corporation that we use to solicit your proxy to vote upon certain matters at our Annual Meeting of Shareholders to be held on Wednesday, May 29, 2024. We will begin mailing to shareholders printed copies of this document and the form of proxy or the Notice of Internet Availability on or about April 5, 2024.

We include website addresses and references to our *Serving Others* report and our *Report on Audit of Dollar General Safety Policies and Practices* in this proxy statement for reference only. The information contained in these websites and reports is not incorporated by reference into, and does not form a part of, this proxy statement.

# SOLICITATION, MEETING AND VOTING INFORMATION

### What is Dollar General Corporation and where is it located?

Dollar General Corporation (NYSE: DG) is proud to serve as America's neighborhood general store. Founded in 1939, Dollar General lives its mission of *Serving Others* every day by providing access to affordable products and services for its customers, career opportunities for its employees, and literacy and education support for its hometown communities. As of March 1, 2024, the Company's 20,022 Dollar General, DG Market, DGX and pOpshelf stores across the United States and Mi Súper Dollar General stores in Mexico provide everyday essentials including food, health and wellness products, cleaning and laundry supplies, self-care and beauty items, and seasonal décor from our high-quality private brands alongside many of the world's most trusted brands. Our principal executive offices are located at 100 Mission Ridge, Goodlettsville, Tennessee 37072.

We also refer to our company as "we," "us" or "Dollar General." Unless otherwise noted or required by the context, "2024," "2023," "2022," and "2021" refer to our fiscal years ending or ended January 31, 2025, February 2, 2024, February 3, 2023, and January 28, 2022, respectively.

### What is a proxy and who is asking for it and paying for the cost to solicit it?

A proxy is your legal designation of another person, called a "proxy," to vote your stock. The document designating someone as a proxy is also called a proxy or a proxy card.

Our directors, officers and employees are soliciting your proxy on behalf of our Board of Directors and will not be specially paid for doing so. Solicitation of proxies by mail may be supplemented by telephone, email and other electronic means, advertisements, personal solicitation, news releases issued by Dollar General, postings on our website or otherwise. Dollar General will pay all expenses of this solicitation. We have retained Innisfree M&A Incorporated to act as a proxy solicitor for a fee estimated to be $17,500, plus reimbursement of out of pocket expenses.

### Will the annual meeting be webcast?

Yes. A live webcast of the annual meeting, including the question and answer session, will be available on https://investor.dollargeneral.com under "News and Events-Events and Presentations" at 9:00 a.m., Central Time, on May 29, 2024. Within 24 hours following the meeting, a recording of the webcast will be available on our website for at least 30 days. The information on our website, however, is not incorporated by reference into, and does not form a part of, this proxy statement.

### Who may attend the annual meeting?

Only shareholders as of the record date, March 20, 2024 (the "Record Date"), their duly appointed proxy holders, and our invited guests may attend the annual meeting. To be admitted to the meeting, you must present a government-issued photo identification and proof of share ownership as of the Record Date. To prove ownership, we will verify shareholders of record against our list of registered shareholders, while street name shareholders must show: an account statement bearing their name and showing their share ownership as of the Record Date; a valid legal proxy from the broker, trustee, bank or nominee holding the shares; a letter from a broker, trustee, bank or nominee holding the shares confirming the beneficial owner's ownership as of the Record Date; or other similar evidence of ownership. **We reserve the right to deny admittance to anyone who does not comply with these requirements or with the Rules of Conduct for the meeting.**

We will decide in our sole discretion whether your documentation meets the admission requirements. If you hold shares in a joint account, both owners can be admitted to the meeting if proof of joint ownership is provided and you both provide the required identification.

### Where can I find directions to the annual meeting?

Directions to the annual meeting are posted on our website at https://investor.dollargeneral.com.

Case 3:23-cv-01250　　Document 99-26　　Filed 10/24/25　　Page 5 of 10 PageID #: 4060

# Outstanding Equity Awards at 2023 Fiscal Year-End

The table below sets forth information regarding awards granted under our Amended and Restated 2007 Stock Incentive Plan (for awards granted prior to May 26, 2021) and under our 2021 Stock Incentive Plan (for awards granted on or after May 26, 2021) and held by our named executive officers as of the end of fiscal 2023. We have omitted from this table the column for "Equity Incentive Plan Awards: Number of Securities Underlying Unexercised Unearned Options" because it is inapplicable. All awards included in the table, to the extent they have not vested, are subject to certain accelerated vesting provisions as described in "Potential Payments Upon Termination or Change in Control." PSUs and RSUs reported in the table are payable in shares of our common stock on a one-for-one basis.

| | | Option Awards | | | | Stock Awards | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name | Grant Date | Number of Securities Underlying Unexercised Options (#) Exercisable | Number of Securities Underlying Unexercised Options (#) Unexercisable | Option Exercise Price ($) | Option Expiration Date | Number of Shares or Units of Stock That Have Not Vested (#) | Market Value of Shares or Units of Stock That Have Not Vested ($)[1] | Equity Incentive Plan Awards: Number of Unearned Shares, Units or Other Rights That Have Not Vested (#) | Equity Incentive Plan Awards: Market or Payout Value of Unearned Shares, Units or Other Rights That Have Not Vested ($)[1] |
| Mr. Vasos | 03/17/2020 | 33,430[2] | 33,430[3] | 154.53 | 04/01/2028 | - | - | - | - |
| | 03/16/2021 | 30,744[2] | 61,488[4] | 193.55 | 04/01/2028 | - | - | - | - |
| | 03/15/2022 | 31,155[2] | 31,155[5] | 214.25 | 04/01/2028 | - | - | - | - |
| | 10/17/2023 | - | 250,000[6] | 117.33 | 10/17/2033 | - | - | - | - |
| | 03/16/2021 | - | - | - | - | 47,159[7] | 6,421,169 | - | - |
| | 03/15/2022 | - | - | - | - | - | - | 5,075[8] | 691,012 |
| | 05/30/2023 | - | - | - | - | 884[9] | 120,425 | - | - |
| Mr. Owen | - | - | - | - | - | - | - | - | - |
| Ms. Dilts | 08/27/2019 | 5,732[10] | - | 138.75 | 08/27/2029 | - | - | - | - |
| | 03/17/2020 | 3,789[11] | 1,263[11] | 154.53 | 03/17/2030 | - | - | - | - |
| | 03/16/2021 | 2,895[11] | 2,892[11] | 193.55 | 03/16/2031 | - | - | - | - |
| | 03/15/2022 | 3,812[11] | 11,436[11] | 214.25 | 03/15/2032 | - | - | - | - |
| | 03/28/2023 | - | 4,809[11] | 208.13 | 03/28/2033 | - | - | - | - |
| | 06/09/2023 | - | 15,588[10] | 153.05 | 06/09/2033 | - | - | - | - |
| | 03/16/2021 | - | - | - | - | 1,110[7] | 151,138 | - | - |
| | 03/15/2022 | - | - | - | - | 818[12] | 111,379 | 798[8] | 108,656 |
| | 03/28/2023 | - | - | - | - | - | - | 166[13] | 22,603 |
| | 03/16/2021 | - | - | - | - | 210[14] | 28,594 | - | - |
| | 03/15/2022 | - | - | - | - | 1,064[15] | 144,874 | - | - |
| | 03/28/2023 | - | - | - | - | 663[16] | 90,274 | - | - |
| Mr. Garratt | - | - | - | - | - | - | - | - | - |
| Ms. E. Taylor | 03/22/2017 | 4,508[11] | - | 70.68 | 03/22/2027 | - | - | - | - |
| | 03/21/2018 | 6,583[11] | - | 92.98 | 03/21/2028 | - | - | - | - |
| | 03/20/2019 | 5,617[11] | - | 117.13 | 03/20/2029 | - | - | - | - |
| | 03/17/2020 | 5,572[11] | 1,857[11] | 154.53 | 03/17/2030 | - | - | - | - |
| | 12/01/2020 | 2,745[10] | 914[10] | 219.84 | 12/01/2030 | - | - | - | - |
| | 03/16/2021 | 7,525[11] | 7,522[11] | 193.55 | 03/16/2031 | - | - | - | - |
| | 03/15/2022 | 4,987[11] | 14,952[11] | 214.25 | 03/15/2032 | - | - | - | - |
| | 03/28/2023 | - | 16,029[11] | 208.13 | 03/28/2033 | - | - | - | - |
| | 03/16/2021 | - | - | - | - | 5,770[7] | 785,643 | - | - |
| | 03/15/2022 | - | - | - | - | 2,140[12] | 291,382 | 2,088[8] | 284,302 |
| | 03/28/2023 | - | - | - | - | - | - | 1,105[13] | 150,457 |

Case 3:23-cv-01250    Document 99-26    Filed 10/24/25    Page 6 of 10 PageID #: 4061

EXECUTIVE COMPENSATION

Awards are excluded from) the remaining sections of this "Potential Payments Upon Termination or Change in Control" which follow this "Payments to Mr. Vasos Upon Retirement on April 2, 2023" section.

- The outstanding stock options awarded to Mr. Vasos in March 2019 ("2019 Options") were already vested prior to the Retirement Date and, because Mr. Vasos did not meet the definition of "retirement" (as defined in the governing agreement) on the Retirement Date, Mr. Vasos had 90 days following the Retirement Date to exercise the 2019 Options.

- The outstanding unvested 2020 Options and 2021 Options remain outstanding following the Retirement Date and become vested and exercisable on the scheduled vesting dates as if no such retirement had occurred. However, if: (1) Mr. Vasos violates any of the Early Retirement Business Protection Provisions following the Retirement Date, any unvested 2020 Options and 2021 Options shall instead terminate and be forfeited and any portion of the 2020 Options and the 2021 Options that vested following the Retirement Date shall immediately be forfeited and subject to clawback; (2) Mr. Vasos dies or incurs a disability (as defined in the governing agreement) following the Retirement Date, any unvested 2020 Options and 2021 Options shall instead become immediately vested and exercisable upon his death or disability; or (3) a change in control (as defined in the governing agreement) occurs following the Retirement Date, any unvested 2020 Options and 2021 Options shall instead become immediately vested and exercisable upon such change in control. Mr. Vasos may exercise the 2020 Options and the 2021 Options to the extent vested and exercisable at any time before the fifth anniversary of the Retirement Date.

- The portion of the outstanding unvested 2022 Options that would have become vested and exercisable within the one-year period following the Retirement Date if Mr. Vasos had remained employed with us remain outstanding following the Retirement Date and shall become vested and exercisable on the anniversary of the grant date that falls within the one-year period following the Retirement Date. However, if during such one-year period, Mr. Vasos dies, such portion shall instead become immediately vested and exercisable upon his death. The remaining portion of the unvested 2022 Options immediately expired without payment on the Retirement Date. Mr. Vasos may exercise the 2022 Options to the extent vested and exercisable any time before the fifth anniversary of the Retirement Date.

- Any outstanding earned but unvested 2021 PSUs subject to the one-year Adjusted EBITDA performance goal ("2021 Adjusted EBITDA PSUs") remain outstanding and unvested following the Retirement Date and will become vested and be paid on the scheduled vesting dates as if no such retirement had occurred, and any outstanding unvested 2021 PSUs subject to the

three-year Adjusted ROIC performance goal ("2021 Adjusted ROIC PSUs") remain outstanding and unvested following the Retirement Date and will become vested (to the extent earned) and be paid on the scheduled vesting date as if no such retirement had occurred. However, (1) with respect to the 2021 Adjusted EBITDA PSUs, if, following the Retirement Date and prior to an applicable vesting date, Mr. Vasos dies or becomes disabled (as defined in the governing agreement) or there is a change in control (as defined in the governing agreement), then such unvested 2021 Adjusted EBITDA PSUs instead shall become vested and nonforfeitable (to the extent earned) as of his death, disability or change in control, as applicable, but be paid on the scheduled vesting dates as if no such event had occurred; and (2) with respect to the 2021 Adjusted ROIC PSUs, if, following the Retirement Date and prior to the vesting date (a) Mr. Vasos dies or becomes disabled, then such unvested 2021 Adjusted ROIC PSUs instead shall become vested and nonforfeitable (to the extent earned) as of the end of the performance period or, if later, as of the date of his death or disability, as applicable, but be paid on the scheduled vesting date as if no such event had occurred; or (b) if there is a change in control, then such unvested 2021 Adjusted ROIC PSUs instead shall become vested and nonforfeitable (to the extent earned, if the change in control occurs after the end of the performance period, or at the target level of performance, if the change in control occurs on or before the end of the performance period) as of such change in control, but be paid on the scheduled vesting date as if no such event had occurred. However, if we become aware of a violation by Mr. Vasos following his Retirement Date of any of the Early Retirement Business Protection Provisions, then any of the 2021 PSUs that vested following the Retirement Date shall immediately be forfeited and subject to clawback and any unvested 2021 PSUs shall immediately be forfeited and cancelled.

- The outstanding earned but unvested 2022 PSUs subject to the one-year Adjusted EBITDA performance goal ("2022 Adjusted EBITDA PSUs") that would have become vested on the next vesting date following the Retirement Date if the retirement had not occurred became vested and nonforfeitable as of the Retirement Date but will be paid at the same time as if no retirement had occurred. A pro-rata portion (based on months employed during the applicable performance period prior to the Retirement Date) of the outstanding unvested 2022 PSUs subject to the three-year Adjusted ROIC performance goal ("2022 Adjusted ROIC PSUs") will become vested and nonforfeitable as of the end of such applicable performance period to the extent earned based on performance during the performance period and will be paid at the same time as if no retirement had occurred. Otherwise, any unearned or unvested PSUs were forfeited and cancelled on the Retirement Date.

Case 3:23-cv-01250    Document 99-26    Filed 10/24/25    Page 7 of 10 PageID #: 4062

SECURITY OWNERSHIP

## Security Ownership of Officers and Directors

The following table shows the beneficial ownership of our directors, nominees and named executive officers individually and our current directors and executive officers as a group. Unless otherwise noted, to our knowledge these persons have sole voting and investment power over the shares listed. These persons may be contacted at our executive offices.

| Name of Beneficial Owner | Amount and Nature of Beneficial Ownership[1] [2] | Percent of Class |
|---|---|---|
| Warren F. Bryant[3] | 40,045 | * |
| Michael M. Calbert[4] | 121,303 | * |
| Ana M. Chadwick[5] | 1,722 | * |
| Patricia D. Fili-Krushel[6] | 23,684 | * |
| Timothy I. McGuire | 11,990 | * |
| David P. Rowland | 1,209 | * |
| Debra A. Sandler | 3,013 | * |
| Ralph E. Santana | 6,257 | * |
| Todd J. Vasos | 347,717 | * |
| Jeffery C. Owen | 50,131 | * |
| Kelly M. Dilts | 29,324 | * |
| John W. Garratt | 27,234 | * |
| Emily C. Taylor | 73,132 | * |
| Rhonda M. Taylor | 104,192 | * |
| Carman R. Wenkoff | 138,058 | * |
| Antonio Zuazo | 9,647 | * |
| All current directors and executive officers as a group (17 persons)[3][4][5] [6] | 1,087,236 | * |

\* Denotes less than 1% of class.

(1) Share totals have been rounded to the nearest whole share.

(2) Includes the following number of shares (1) underlying RSUs (including RSUs credited, where applicable, as a result of dividend equivalents earned with respect to the RSUs) and earned PSUs, in each case that are or could be settleable within 60 days of March 20, 2024, over which the person will not have voting or investment power until the applicable RSUs and PSUs are settled, and (2) subject to options exercisable either currently or within 60 days of March 20, 2024, over which the person will not have voting or investment power until exercised: Mr. Bryant (2,986 RSUs); Mr. Calbert (25,094 RSUs); Ms. Chadwick (1,602 RSUs); Ms. Fili-Krushel (884 RSUs); Mr. McGuire (884 RSUs); Mr. Rowland (1,149 RSUs); Ms. Sandler (1,685 RSUs); Mr. Santana (884 RSUs); Mr. Vasos (884 RSUs; 53,849 PSUs; 190,658 options); Ms. Dilts (963 RSUs; 1,519 PSUs; 23,952 options); Ms. E. Taylor (6,840 PSUs; 52,147 options); Ms. R. Taylor (8,172 PSUs; 55,773 options); Mr. Wenkoff (8,172 PSUs; 102,377 options); and all current directors and executive officers as a group (38,953 RSUs; 89,778 PSUs; 564,217 options). Such shares are considered outstanding for computing the percentage owned by each named person and by the group but not for any other person. Excludes shares underlying RSUs that are vested but deferred at the election of Mr. Calbert and Ms. Sandler, but over which such persons will not have voting or investment power until the applicable RSUs are settled on a date that is later than 60 days after March 20, 2024.

(3) Mr. Bryant may be deemed to share voting and investment power over 425 shares held by the Christopher W. Bryant Legacy Trust and 425 shares held by the Jennifer M. Bryant Legacy Trust.

(4) Mr. Calbert shares voting and investment power over 90,209 shares with his spouse, Barbara Calbert, as co-trustee of The Michael and Barbara Calbert 2007 Joint Revocable Trust.

(5) Ms. Chadwick shares voting and investment power over 120 shares with her spouse, Tomás Chadwick.

(6) Ms. Fili-Krushel shares voting and investment power over 7,591 shares with her spouse, Kenneth Krushel.

## Delinquent Section 16(a) Reports

The U.S. securities laws require our executive officers, directors and greater than 10% shareholders to file reports of ownership and changes in ownership on Forms 3, 4 and 5 with the SEC. Based solely upon a review of these reports furnished to us during and with respect to 2023, or written representations that no Form 5 reports were required, we believe that each of those persons filed, on a timely basis, the reports required by Section 16(a) of the Exchange Act, except that Mr. Bryant filed one Form 4 in 2024 that reported on an untimely basis a total of two transactions during 2023 involving a cumulative total of 850 shares.

Case 3:23-cv-01250   Document 99-26   Filed 10/24/25   Page 8 of 10 PageID #: 4063

DOLLAR GENERAL CORPORATION
ATTN: INVESTOR RELATIONS
100 MISSION RIDGE
GOODLETTSVILLE, TN 37072



**SCAN TO VIEW MATERIALS & VOTE**

**VOTE BY INTERNET - www.proxyvote.com or scan the QR Barcode above**
Use the Internet to transmit your voting instructions and for electronic delivery of information until 11:59 P.M. Eastern Time on May 28, 2024. Have your proxy card in hand when you access the website and follow the instructions to obtain your records and to create an electronic voting instruction form.

**ELECTRONIC DELIVERY OF FUTURE PROXY MATERIALS**
If you would like to reduce the costs incurred by our company in mailing proxy materials, you can consent to receiving all future proxy statements, proxy cards and annual reports electronically via e-mail or the Internet. To sign up for electronic delivery, please follow the instructions above to vote using the Internet and, when prompted, indicate that you agree to receive or access proxy materials electronically in future years.

**VOTE BY PHONE - 1-800-690-6903**
Use any touch-tone telephone to transmit your voting instructions until 11:59 P.M. Eastern Time on May 28, 2024. Have your proxy card in hand when you call and then follow the instructions.

**VOTE BY MAIL**
Mark, sign and date your proxy card and return it in the postage-paid envelope we have provided or return it to Vote Processing, c/o Broadridge, 51 Mercedes Way, Edgewood, NY 11717.

---

IF YOU ARE NOT VOTING BY INTERNET OR PHONE,
TO VOTE, MARK BLOCKS BELOW IN BLUE OR BLACK INK AS FOLLOWS:                     V36836-P01954                KEEP THIS PORTION FOR YOUR RECORDS

--- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- ---
DETACH AND RETURN THIS PORTION ONLY

**THIS PROXY CARD IS VALID ONLY WHEN SIGNED AND DATED.**

**DOLLAR GENERAL CORPORATION**

The Board of Directors recommends you vote FOR each of the listed nominees.

1. Election of Directors

| Nominees: | For | Against | Abstain |
|---|---|---|---|
| 1a. Warren F. Bryant | ☐ | ☐ | ☐ |
| 1b. Michael M. Calbert | ☐ | ☐ | ☐ |
| 1c. Ana M. Chadwick | ☐ | ☐ | ☐ |
| 1d. Patricia D. Fili-Krushel | ☐ | ☐ | ☐ |
| 1e. Timothy I. McGuire | ☐ | ☐ | ☐ |
| 1f. David P. Rowland | ☐ | ☐ | ☐ |
| 1g. Debra A. Sandler | ☐ | ☐ | ☐ |
| 1h. Ralph E. Santana | ☐ | ☐ | ☐ |
| 1i. Todd J. Vasos | ☐ | ☐ | ☐ |

The Board of Directors recommends you vote FOR Proposals 2 and 3.

| | For | Against | Abstain |
|---|---|---|---|
| 2. To approve, on an advisory (non-binding) basis, the resolution regarding the compensation of Dollar General Corporation's named executive officers as disclosed in the proxy statement. | ☐ | ☐ | ☐ |
| 3. To ratify the appointment of Ernst & Young LLP as Dollar General Corporation's independent registered public accounting firm for fiscal 2024. | ☐ | ☐ | ☐ |

The Board of Directors recommends you vote AGAINST Proposal 4.

| | For | Against | Abstain |
|---|---|---|---|
| 4. To vote on a shareholder proposal to improve clawback policy for unearned executive pay. | ☐ | ☐ | ☐ |

In the discretion of the proxies named herein, such other business as may properly come before the meeting or any adjournment(s) thereof.

Please sign exactly as your name(s) appear(s) hereon. When signing as attorney, executor, administrator, or other fiduciary, please give full title as such. Joint owners should each sign personally. All holders must sign. If a corporation or partnership, please sign in full corporate or partnership name by authorized officer.

| Signature [PLEASE SIGN WITHIN BOX] | Date | Signature (Joint Owners) | Date |
|---|---|---|---|

**Important Notice Regarding the Availability of Proxy Materials for the Annual Meeting:**
The Notice and Proxy Statement and Annual Report are available at www.proxyvote.com.

V36837-P01954

## DOLLAR GENERAL CORPORATION
### Proxy solicited by and on behalf of the Board of Directors for the Annual Meeting of Shareholders to be held on May 29, 2024

The undersigned shareholder(s) of Dollar General Corporation, a Tennessee corporation (the "Company"), hereby acknowledge(s) receipt of the Notice of Annual Meeting of Shareholders and Proxy Statement dated April 5, 2024, and hereby appoint(s) Christine L. Connolly and Elizabeth S. Inman, or either of them, proxies, each with full power of substitution, and authorize(s) them to represent and to vote, as designated on the reverse side of this proxy card, all shares of common stock of the Company that the shareholder(s) is/are entitled to vote at the Annual Meeting of Shareholders of the Company to be held May 29, 2024 at 9:00 A.M. Central Time, at Dollar General Corporation, Turner One Building, 100 Mission Ridge, Goodlettsville, Tennessee, and at any adjournment(s) thereof.

This proxy, when properly executed, will be voted in the manner directed herein. If no such direction is made, this proxy will be voted FOR each of the nominees for director in Proposal 1, FOR Proposals 2 and 3, AGAINST Proposal 4, and in the discretion of the proxies upon such other business as may properly come before the meeting or any adjournment(s) thereof.

Continued and to be signed on reverse side