# EXHIBIT 32

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# SCHEDULE 14A

Proxy Statement Pursuant to Section 14(a) of
the Securities Exchange Act of 1934 (Amendment No. )

Filed by the Registrant ☒

Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐   Preliminary Proxy Statement

☐   **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒   Definitive Proxy Statement

☐   Definitive Additional Materials

☐   Soliciting Material under §240.14a-12

## Dollar General Corporation

(Name of Registrant as Specified in Its Charter)

(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check all boxes that apply):

☒   No fee required

☐   Fee paid previously with preliminary materials

☐   Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11



**DOLLAR GENERAL**

# DEAR FELLOW SHAREHOLDERS,

The 2023 Annual Meeting of Shareholders of Dollar General Corporation will be held on Wednesday, May 31, 2023, at 9:00 a.m., Central Time, at Dollar General Corporation, Turner One Building, 100 Mission Ridge, Goodlettsville, Tennessee. All shareholders at the close of business on March 22, 2023, are invited to attend the annual meeting.

We thank those of you who met with us over the past year and provided valuable feedback on broad-ranging topics such as our CEO transition, environmental and social matters, human capital management, corporate governance, Board refreshment and composition, and our executive compensation program structure. In 2022, we invited shareholders representing over 61% of shares outstanding to participate in our annual ESG outreach program and ultimately engaged with shareholders comprising over 52% of shares outstanding. As Chairman of the Board, I led the engagement with shareholders representing over 24% of shares outstanding. The information we received during this engagement helped to inform decisions regarding the enhanced disclosures in this Proxy Statement and in our *Serving Others* report for 2022, as well as our inaugural 2022 political activities report. We are committed to continuing our dialogue with our shareholders and appreciate your engagement with us.

Your interest in Dollar General and your vote are very important to us. Whether or not you plan to attend the annual meeting, please vote at your earliest convenience.

On behalf of the Board of Directors, thank you for your continued support of Dollar General.

**SINCERELY,**

**MICHAEL M. CALBERT**
CHAIRMAN OF THE BOARD
APRIL 11, 2023

*We will begin mailing to shareholders printed copies of this document and the form of proxy or the Notice of Internet Availability on or about April 11, 2023.*

# TABLE OF CONTENTS

**DOLLAR GENERAL**

SOLICITATION, MEETING AND VOTING INFORMATION — 1

PROPOSAL 1:
Election of Directors — 4

CORPORATE GOVERNANCE — 11

DIRECTOR COMPENSATION — 17

DIRECTOR INDEPENDENCE — 19

TRANSACTIONS WITH MANAGEMENT AND OTHERS — 20

EXECUTIVE COMPENSATION — 21
Compensation Discussion and Analysis — 21
Compensation Committee Report — 32
Summary Compensation Table — 33
Grants of Plan-Based Awards in Fiscal 2022 — 35
Outstanding Equity Awards at 2022 Fiscal Year-End — 36
Option Exercises and Stock Vested During Fiscal 2022 — 38
Pension Benefits Fiscal 2022 — 38
Nonqualified Deferred Compensation Fiscal 2022 — 38
Potential Payments Upon Termination or Change in Control — 39
Pay Versus Performance — 47

Compensation Committee Interlocks and Insider Participation — 50
Compensation Risk Considerations — 50
Pay Ratio Disclosure — 51

SECURITY OWNERSHIP — 52
Security Ownership of Certain Beneficial Owners — 52
Security Ownership of Officers and Directors — 53
Delinquent Section 16(a) Reports — 53

PROPOSAL 2:
Advisory Vote to Approve Named Executive Officer Compensation — 54

PROPOSAL 3:
Advisory Vote on the Frequency of Future Advisory Votes on Named Executive Officer Compensation — 55

AUDIT COMMITTEE REPORT — 56

PROPOSAL 4:
Ratification of Appointment of Auditors — 57

FEES PAID TO AUDITORS — 58

SHAREHOLDER PROPOSALS (Proposals 5-7) — 59

SHAREHOLDER PROPOSALS FOR 2024 ANNUAL MEETING — 67

**IMPORTANT NOTICE REGARDING THE AVAILABILITY OF PROXY MATERIALS FOR THE SHAREHOLDER MEETING TO BE HELD ON MAY 31, 2023**

**This Proxy Statement, our 2022 Annual Report and a form of proxy card are available at www.proxyvote.com.** You will need your Notice of Internet Availability or proxy card to access the proxy materials.

As permitted by rules adopted by the Securities and Exchange Commission ("SEC"), we are furnishing our proxy materials over the Internet to some of our shareholders. This means that some shareholders will not receive paper copies of these documents but instead will receive only a Notice of Internet Availability containing instructions on how to access the proxy materials over the Internet and how to request a paper copy of our proxy materials, including the Proxy Statement, our 2022 Annual Report, and a proxy card. Shareholders who do not receive a Notice of Internet Availability will receive a paper copy of the proxy materials by mail, unless they have previously requested delivery of proxy materials electronically.

EXECUTIVE COMPENSATION

## Outstanding Equity Awards at 2022 Fiscal Year-End

The table below sets forth information regarding awards granted under our Amended and Restated 2007 Stock Incentive Plan (for awards granted prior to May 26, 2021) and under our 2021 Stock Incentive Plan (for awards granted on or after May 26, 2021) and held by our named executive officers as of the end of fiscal 2022. We have omitted from this table the column for "Equity Incentive Plan Awards: Number of Securities Underlying Unexercised Unearned Options" because it is inapplicable. All awards included in the table, to the extent they have not vested, are subject to certain accelerated vesting provisions as described in "Potential Payments upon Termination or Change in Control." PSUs reported in the table are payable in shares of our common stock on a one-for-one basis.

| Name | Grant Date | Option Awards | | | | Stock Awards | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Number of Securities Underlying Unexercised Options (#) Exercisable | Number of Securities Underlying Unexercised Options (#) Unexercisable | Option Exercise Price ($) | Option Expiration Date | Number of Shares or Units of Stock That Have Not Vested (#) | Market Value of Shares or Units of Stock That Have Not Vested ($)[1] | Equity Incentive Plan Awards: Number of Unearned Shares, Units or Other Rights That Have Not Vested (#) | Equity Incentive Plan Awards: Market or Payout Value of Unearned Shares, Units or Other Rights That Have Not Vested ($)[1] |
| Mr. Owen | 08/25/2015 | 35,703[2] | - | 73.73 | 08/25/2025 | - | - | - | - |
| | 03/16/2016 | 32,890[3] | - | 84.67 | 03/16/2026 | - | - | - | - |
| | 03/22/2017 | 37,686[3] | - | 70.68 | 03/22/2027 | - | - | - | - |
| | 03/21/2018 | 29,475[3] | - | 92.98 | 03/21/2028 | - | - | - | - |
| | 03/20/2019 | 18,658[3] | 6,219[3] | 117.13 | 03/20/2029 | - | - | - | - |
| | 08/27/2019 | 7,224[2] | 2,408[2] | 138.75 | 08/27/2029 | - | - | - | - |
| | 03/17/2020 | 16,344[3] | 16,344[3] | 154.53 | 03/17/2030 | - | - | - | - |
| | 03/16/2021 | 6,366[3] | 19,098[3] | 193.55 | 03/16/2031 | - | - | - | - |
| | 03/15/2022 | - | 35,187[3] | 214.25 | 03/15/2032 | - | - | - | - |
| | 11/01/2022 | - | 77,328[4] | 254.14 | 11/01/2032 | - | - | - | - |
| | 03/17/2020 | - | - | - | - | 13,929[5] | 3,177,066 | - | - |
| | 03/16/2021 | - | - | - | - | 3,622[6] | 826,142 | 8,310[7] | 1,895,428 |
| | 03/15/2022 | - | - | - | - | 5,668[8] | 1,292,814 | 11,055[9] | 2,521,535 |
| Mr. Vasos | 03/20/2019 | - | 32,099[3] | 117.13 | 03/20/2029 | - | - | - | - |
| | 03/17/2020 | - | 66,860[3] | 154.53 | 03/17/2030 | - | - | - | - |
| | 03/16/2021 | - | 92,232[3] | 193.55 | 03/16/2031 | - | - | - | - |
| | 03/15/2022 | - | 124,620[3] | 214.25 | 03/15/2032 | - | - | - | - |
| | 03/17/2020 | - | - | - | - | 56,988[5] | 12,998,393 | - | - |
| | 03/16/2021 | - | - | - | - | 17,492[6] | 3,989,750 | 40,140[7] | 9,155,533 |
| | 03/15/2022 | - | - | - | - | 20,072[8] | 4,578,222 | 39,153[9] | 8,930,408 |
| Mr. Garratt | 03/20/2019 | 5,416[3] | 5,416[3] | 117.13 | 03/20/2029 | - | - | - | - |
| | 03/17/2020 | 5,943[3] | 11,886[3] | 154.53 | 03/17/2030 | - | - | - | - |
| | 03/16/2021 | 4,919[3] | 14,757[3] | 193.55 | 03/16/2031 | - | - | - | - |
| | 03/15/2022 | - | 23,458[3] | 214.25 | 03/15/2032 | - | - | - | - |
| | 11/29/2022 | - | 4,696[2] | 252.85 | 11/29/2032 | - | - | - | - |
| | 03/17/2020 | - | - | - | - | 10,132[5] | 2,311,008 | - | - |
| | 03/16/2021 | - | - | - | - | 2,798[6] | 638,196 | 6,423[7] | 1,465,022 |
| | 03/15/2022 | - | - | - | - | 3,779[8] | 861,952 | 7,368[9] | 1,680,567 |

Case 3:23-cv-01250 Document 99-32 Filed 10/24/25 Page 5 of 9 PageID #: 4161

EXECUTIVE COMPENSATION

## Option Exercises and Stock Vested During Fiscal 2022

| Name | Option Awards | | Stock Awards | |
|---|---|---|---|---|
| | Number of Shares Acquired on Exercise (#)[1] | Value Realized on Exercise ($)[2] | Number of Shares Acquired on Vesting (#)[3] | Value Realized on Vesting ($)[4] |
| Mr. Owen | - | - | 16,573 | 3,750,470 |
| Mr. Vasos | 169,006 | 16,952,118 | 81,216 | 18,379,181 |
| Mr. Garratt | 6,877 | 998,320 | 13,758 | 3,113,435 |
| Ms. E. Taylor | 10,016 | 1,357,467 | 3,249 | 735,249 |
| Ms. R. Taylor | 44,363 | 6,250,227 | 13,881 | 3,141,270 |
| Mr. Wenkoff | 10,000 | 1,636,011 | 13,151 | 2,976,071 |

(1) Represents the gross number of option shares exercised, without deduction for shares that may have been surrendered or withheld to satisfy the exercise price or applicable tax withholding obligations.

(2) Value realized is calculated by multiplying the gross number of options exercised by the difference between the market price of our common stock at exercise as reported by the NYSE and the exercise price.

(3) Represents the gross number of shares acquired upon vesting, without deduction for shares that may have been withheld to satisfy applicable tax withholding obligations.

(4) Value realized is calculated by multiplying the gross number of shares vested by the closing market price of our common stock on the vesting date as reported by the NYSE.

## Pension Benefits Fiscal 2022

We have omitted the Pension Benefits table because it is inapplicable.

## Nonqualified Deferred Compensation Fiscal 2022

Information regarding each named executive officer's participation in our CDP/SERP Plan is included in the following table. The material terms of the CDP/SERP Plan are described after the table. Please also see "Benefits and Perquisites" in "Compensation Discussion and Analysis" above. We have omitted from this table the column pertaining to "Aggregate Withdrawals/Distributions" during the fiscal year because it is inapplicable.

| Name | Executive Contributions in Last FY ($)[1] | Registrant Contributions in Last FY ($)[2] | Aggregate Earnings in Last FY ($)[3] | Aggregate Balance at Last FYE ($)[4] |
|---|---|---|---|---|
| Mr. Owen | 48,116 | 31,714 | (18,820) | 539,698 |
| Mr. Vasos | 524,039 | 54,128 | (36,134) | 3,234,414 |
| Mr. Garratt | 42,607 | 26,935 | (11,042) | 686,006 |
| Ms. E. Taylor | 209,022 | 128,955 | (85,944) | 2,102,600 |
| Ms. R. Taylor | 32,376 | 144,950 | (155,597) | 2,263,872 |
| Mr. Wenkoff | 189,616 | 17,876 | (32,775) | 680,578 |

(1) Of the reported amounts, the following are reported in the Summary Compensation Table as "Salary" for 2022: Mr. Owen ($48,116); Mr. Vasos ($69,586); Mr. Garratt ($42,607); Ms. E. Taylor ($0); Ms. R. Taylor ($32,376); and Mr. Wenkoff ($73,899).

(2) Reported as "All Other Compensation" in the Summary Compensation Table.

(3) The amounts shown are not reported in the Summary Compensation Table because they do not represent above-market or preferential earnings.

(4) Of the amounts reported, the following were previously reported as compensation for years prior to 2022 in a Summary Compensation Table: Mr. Owen ($345,136); Mr. Vasos ($2,579,137); Mr. Garratt ($495,195); Ms. E. Taylor ($0); Ms. R. Taylor ($1,559,559); and Mr. Wenkoff ($360,147).

Case 3:23-cv-01250    Document 99-32    Filed 10/24/25    Page 6 of 9 PageID #: 4162

## Security Ownership of Officers and Directors

The following table pertains to beneficial ownership of our directors, nominees and named executive officers individually and to our current directors and current executive officers as a group. These persons may be contacted at our executive offices.

| Name of Beneficial Owner | Amount and Nature of Beneficial Ownership[1][2] | Percent of Class |
|---|---|---|
| Warren F. Bryant | 38,276 | * |
| Michael M. Calbert[3] | 112,412 | * |
| Ana M. Chadwick | 706 | * |
| Patricia D. Fili-Krushel[4] | 22,798 | * |
| Timothy I. McGuire | 7,554 | * |
| William C. Rhodes, III[5] | 50,759 | * |
| Debra A. Sandler | 2,115 | * |
| Ralph E. Santana | 3,009 | * |
| Jeffery C. Owen | 269,472 | * |
| Todd J. Vasos | 253,484 | * |
| John W. Garratt | 70,610 | * |
| Emily C. Taylor | 51,980 | * |
| Rhonda M. Taylor | 81,212 | * |
| Carman R. Wenkoff | 113,642 | * |
| All current directors and executive officers as a group (18 persons) [3][4][5] | 1,311,932 | * |

* Denotes less than 1% of class.

(1) Share totals have been rounded to the nearest whole share.

(2) Includes the following number of shares (1) underlying RSUs (including RSUs credited, where applicable, as a result of dividend equivalents earned with respect to the RSUs) and earned PSUs that are or could be settleable within 60 days of March 22, 2023, over which the person will not have voting or investment power until the applicable RSUs and PSUs are settled, and (2) subject to options exercisable either currently or within 60 days of March 22, 2023, over which the person will not have voting or investment power until exercised: Mr. Bryant (2,803 RSUs); Mr. Calbert (24,703 RSUs; 8,833 options); Ms. Chadwick (706 RSUs); Ms. Fili-Krushel (734 RSUs); Mr. McGuire (734 RSUs); Mr. Rhodes (734 RSUs); Ms. Sandler (1,155 RSUs); Mr. Owen (17,630 PSUs; 213,902 options); Mr. Vasos (72,426 PSUs; 127,428 options); Mr. Garratt (12,792 PSUs; 38,422 options); Ms. E. Taylor (263 RSUs; 3,722 PSUs; and 36,623 options); Ms. R. Taylor (11,885 PSUs; 36,581 options); Mr. Wenkoff (11,885 PSUs; 83,786 options); and all current directors and executive officers as a group (32,886 RSUs; 147,066 PSUs; 723,866 options). Such shares are considered outstanding for computing the percentage owned by each named person and by the group but not for any other person. Excludes shares underlying RSUs that are vested but deferred at the election of Ms. Sandler and Mr. Santana, but over which such persons will not have voting or investment power until the applicable RSUs are settled on a date that is later than 60 days after March 22, 2023.

(3) Mr. Calbert shares voting and investment power over 65,953 shares with his spouse, Barbara Calbert, as co-trustee of The Michael and Barbara Calbert 2007 Joint Revocable Trust.

(4) Ms. Fili-Krushel shares voting and investment power over 7,591 shares with her spouse, Kenneth Krushel.

(5) Mr. Rhodes shares voting and investment power over 7,903 shares with his spouse, Amy Rhodes, as power of attorney of The Amy Plunkett Rhodes Revocable Living Trust, dated July 30, 2014. He also shares voting and investment power over 8,500 shares as president and a director of a charitable foundation.

## Delinquent Section 16(a) Reports

The U.S. securities laws require our executive officers, directors and greater than 10% shareholders to file reports of ownership and changes in ownership on Forms 3, 4 and 5 with the SEC. Based solely upon a review of these reports furnished to us during and with respect to 2022, or written representations that no Form 5 reports were required, we believe that each of those persons filed, on a timely basis, the reports required by Section 16(a) of the Exchange Act, except that Mr. Rhodes filed a Form 5 in 2023 that reported a total of six transactions involving a cumulative total of 260 shares (representing six late Forms 4) that occurred from 2018 through 2021 that were not reported on a timely basis.

Case 3:23-cv-01250    Document 99-32    Filed 10/24/25    Page 7 of 9 PageID #: 4163

DOLLAR GENERAL CORPORATION
ATTN: INVESTOR RELATIONS
100 MISSION RIDGE
GOODLETTSVILLE, TN 37072



**SCAN TO VIEW MATERIALS & VOTE**

**VOTE BY INTERNET - www.proxyvote.com or scan the QR Barcode above**
Use the Internet to transmit your voting instructions and for electronic delivery of information until 11:59 P.M. Eastern Time on May 30, 2023. Have your proxy card in hand when you access the website and follow the instructions to obtain your records and to create an electronic voting instruction form.

**ELECTRONIC DELIVERY OF FUTURE PROXY MATERIALS**
If you would like to reduce the costs incurred by our company in mailing proxy materials, you can consent to receiving all future proxy statements, proxy cards and annual reports electronically via e-mail or the Internet. To sign up for electronic delivery, please follow the instructions above to vote using the Internet and, when prompted, indicate that you agree to receive or access proxy materials electronically in future years.

**VOTE BY PHONE - 1-800-690-6903**
Use any touch-tone telephone to transmit your voting instructions until 11:59 P.M. Eastern Time on May 30, 2023. Have your proxy card in hand when you call and then follow the instructions.

**VOTE BY MAIL**
Mark, sign and date your proxy card and return it in the postage-paid envelope we have provided or return it to Vote Processing, c/o Broadridge, 51 Mercedes Way, Edgewood, NY 11717.

---

IF YOU ARE NOT VOTING BY INTERNET OR PHONE,
TO VOTE, MARK BLOCKS BELOW IN BLUE OR BLACK INK AS FOLLOWS:

V10490-P85692

KEEP THIS PORTION FOR YOUR RECORDS
DETACH AND RETURN THIS PORTION ONLY

**THIS PROXY CARD IS VALID ONLY WHEN SIGNED AND DATED.**

## DOLLAR GENERAL CORPORATION

The Board of Directors recommends you vote FOR each of the listed nominees.

1. Election of Directors

| Nominees: | For | Against | Abstain |
|---|---|---|---|
| 1a. Warren F. Bryant | ☐ | ☐ | ☐ |
| 1b. Michael M. Calbert | ☐ | ☐ | ☐ |
| 1c. Ana M. Chadwick | ☐ | ☐ | ☐ |
| 1d. Patricia D. Fili-Krushel | ☐ | ☐ | ☐ |
| 1e. Timothy I. McGuire | ☐ | ☐ | ☐ |
| 1f. Jeffery C. Owen | ☐ | ☐ | ☐ |
| 1g. Debra A. Sandler | ☐ | ☐ | ☐ |
| 1h. Ralph E. Santana | ☐ | ☐ | ☐ |
| 1i. Todd J. Vasos | ☐ | ☐ | ☐ |

The Board of Directors recommends you vote FOR Proposal 2, for 1 YEAR on Proposal 3, and FOR Proposal 4.

|  |  | For | Against | Abstain |
|---|---|---|---|---|
| 2. | To approve, on an advisory (non-binding) basis, the resolution regarding the compensation of Dollar General Corporation's named executive officers as disclosed in the proxy statement. | ☐ | ☐ | ☐ |

|  |  | 1 Year | 2 Years | 3 Years | Abstain |
|---|---|---|---|---|---|
| 3. | To recommend, on an advisory (non-binding) basis, the frequency of future advisory votes on Dollar General Corporation's named executive officer compensation. | ☐ | ☐ | ☐ | ☐ |

|  |  | For | Against | Abstain |
|---|---|---|---|---|
| 4. | To ratify the appointment of Ernst & Young LLP as Dollar General Corporation's independent registered public accounting firm for fiscal 2023. | ☐ | ☐ | ☐ |

The Board of Directors recommends you vote AGAINST Proposals 5, 6 and 7.

|  |  | For | Against | Abstain |
|---|---|---|---|---|
| 5. | To vote on a shareholder proposal regarding cage-free eggs progress disclosure. | ☐ | ☐ | ☐ |
| 6. | To vote on a shareholder proposal to take steps to amend Dollar General Corporation's governing documents to remove the one-year holding period requirement to call a special shareholder meeting. | ☐ | ☐ | ☐ |
| 7. | To vote on a shareholder proposal requesting a worker safety and well-being audit and report. | ☐ | ☐ | ☐ |

In the discretion of the proxies named herein, such other business as may properly come before the meeting or any adjournment(s) thereof.

Please sign exactly as your name(s) appear(s) hereon. When signing as attorney, executor, administrator, or other fiduciary, please give full title as such. Joint owners should each sign personally. All holders must sign. If a corporation or partnership, please sign in full corporate or partnership name by authorized officer.

| Signature [PLEASE SIGN WITHIN BOX] | Date | Signature (Joint Owners) | Date |
|---|---|---|---|
|  |  |  |  |

**Important Notice Regarding the Availability of Proxy Materials for the Annual Meeting:**
The Notice and Proxy Statement and Annual Report are available at www.proxyvote.com.

V10491-P85692

### DOLLAR GENERAL CORPORATION
### Proxy solicited by and on behalf of the Board of Directors for the
### Annual Meeting of Shareholders to be held on May 31, 2023

The undersigned shareholder(s) of Dollar General Corporation, a Tennessee corporation (the "Company"), hereby acknowledge(s) receipt of the Notice of Annual Meeting of Shareholders and Proxy Statement dated April 11, 2023, and hereby appoint(s) Christine L. Connolly and Elizabeth S. Inman, or either of them, proxies, each with full power of substitution, and authorize(s) them to represent and to vote, as designated on the reverse side of this proxy card, all shares of common stock of the Company that the shareholder(s) is/are entitled to vote at the Annual Meeting of Shareholders of the Company to be held May 31, 2023 at 9:00 A.M. Central Time, at Dollar General Corporation, Turner One Building, 100 Mission Ridge, Goodlettsville, Tennessee, and at any adjournment(s) thereof.

This proxy, when properly executed, will be voted in the manner directed herein. If no such direction is made, this proxy will be voted FOR each of the nominees for director in Proposal 1, FOR Proposals 2 and 4, for 1 YEAR with respect to Proposal 3, AGAINST Proposals 5, 6 and 7, and in the discretion of the proxies upon such other business as may properly come before the meeting or any adjournment(s) thereof.

Continued and to be signed on reverse side