# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, and KELLY M. DILTS, <br><br> Defendants. | Civil Action No. 3:23-cv-01250 <br><br> <u>CLASS ACTION</u> <br><br> Judge Aleta A. Trauger |

**DECLARATION OF JEREMY P. ROBINSON IN FURTHER SUPPORT OF LEAD PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT**

I, Jeremy P. Robinson, declare as follows:

1.      I am over 18 years of age and competent to testify as to the matters stated in this Declaration. I am a member in good standing of the bar of the State of New York and am admitted to practice pro hac vice before this Court. I am a member of the law firm of Bernstein Litowitz Berger & Grossmann, LLP and counsel for Lead Plaintiffs.  I hereby submit this Declaration in further support of Lead Plaintiffs' Motion for Leave to File a Third Amended Complaint ("TAC"). I have personal knowledge of the facts set forth within.

2.      Attached as Exhibits 1 through 4 are true and correct copies of the following documents:

EXHIBIT 1:      Dollar General's March 16, 2023 press release reporting its fourth quarter 2022 earnings, filed with the SEC on Form 8-K (referenced in ¶227 of TAC).

EXHIBIT 2:      Dollar General's August 31, 2023 press release reporting its second quarter 2023 earnings, filed with the SEC on Form 8-K (referenced in ¶243 of TAC).

EXHIBIT 3:      Dollar General's December 7, 2023 press release reporting its third quarter 2023 earnings, filed with the SEC on Form 8-K (referenced in ¶253 of TAC).

EXHIBIT 4:      Excerpt of Dollar General's 2023 Proxy Statement filed with the SEC on Section 14A on April 11, 2023 (referenced in ¶545 of TAC).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of November, 2025.

_____

Jeremy P. Robinson

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 7, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*Kristi S. McGregor*
Kristi S. McGregor

2