**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

|  |  |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, and KELLY M. DILTS,<br><br>          Defendants. | Case No. 3:23-CV-01250<br><br>CLASS ACTION<br><br>Judge Aleta A. Trauger |

## <u>DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT</u>

Defendants submit this Notice to alert the Court to the Sixth Circuit's January 21, 2026 decision in *Newtyn Partners, LP v. Alliance Data Systems Corp.*, No. 25-3313, a copy of which is attached as Exhibit A. In *Alliance Data Systems*, the Sixth Circuit affirmed the district court's dismissal of a securities fraud case on the grounds that the complaint failed to sufficiently allege any material misstatements or scienter. The Sixth Circuit also held that the complaint failed to allege a scheme liability claim.

          Respectfully submitted,

          <u>/s/ *Steven A. Riley*   </u>
          Steven A. Riley (TN #6258)
          Milton S. McGee, III (TN #24150)
          **RILEY & JACOBSON, PLC**
          1906 West End. Ave.
          Nashville, TN 37203
          T: (615) 320-3700

F: (615) 320-3737
sriley@rjfirm.com
tmcgee@rjfirm.com

Peter E. Kazanoff (*admitted pro hac vice*)
Amy L. Dawson (*admitted pro hac vice*)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
Tel: 212.455.2000
pkazanoff@stblaw.com
amy.dawson@stblaw.com

*Counsel for Defendants Dollar General Corporation, Todd J. Vasos, Jeffrey C. Owen, John W. Garratt and Kelly M. Dilts*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2026, I authorized the electronic filing of a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to the parties' counsel of record.

*/s/ Steven A. Riley*