**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **Case No. 3:23-cv-01250** **Judge Aleta A. Trauger** |
| **v.** | ) ) ) | |
| **DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, and KELLY M. DILTS,** | ) ) ) ) ) | |
| **Defendants.** | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the plaintiffs' Motion for Leave to File a Third Amended Complaint (Doc. No. 93) is **GRANTED**. The clerk shall file the proposed Third Consolidated Amended Complaint (Doc. No. 93-1). Any new motion to dismiss shall be filed within fourteen days of the entry of this order. If no timely motion to dismiss is filed, the court will reset the initial case management conference.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge