| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, and KELLY M. DILTS,<br><br>Defendants. | Case No. 3:23-CV-01250<br><br>CLASS ACTION<br><br>Judge Aleta A. Trauger |

**JOINT MOTION FOR EXTENSION OF PAGE LIMITATIONS AND PLAINTIFFS' UNOPPOSED MOTION FOR A SCHEDULING EXTENSION FOR BRIEFING OF MOTION TO DISMISS THE THIRD CONSOLIDATED AMENDED COMPLAINT**

## 1. Joint Motion For Extension of Page Limitations

Lead Plaintiffs Universal-Investment-Gesellschaft mbH and Quoniam Asset Management GmbH ("Lead Plaintiffs") and Defendants Dollar General Corporation, Todd J. Vasos, Jeffrey C. Owen, John W. Garratt, and Kelly M. Dilts ("Defendants" and together with Lead Plaintiffs, the "Parties") jointly move the Court for an extension of the page limitations concerning the Parties' briefing of Defendants' anticipated motion to dismiss the Third Consolidated Amended Complaint ("Third CAC").

On March 24, 2026, the Court issued a Memorandum Opinion granting Plaintiffs' Motion for Leave to File a Third Amended Complaint ("Plaintiffs' Motion"). Dkt. No. 108. Also on March 24, 2026, the Court entered an Order directing Defendants to file any motion to dismiss the Third CAC within 14 days of entry of the Order. Dkt. No. 109.

In connection with the Parties' briefing of the motion to dismiss the Second Consolidated Amended Compliant ("Second CAC"), the Court ordered that (i) Defendants' motion to dismiss should not exceed 70 pages; (ii) Plaintiffs' opposition to the motion to dismiss should not exceed 70 pages; and (iii) Defendants' reply should not exceed 18 pages.  Dkt. No. 72.

The Third CAC spans 245 pages and 634 paragraphs (98 paragraphs more than the Second CAC), alleges breaches of multiple federal securities laws over a four-year period, and names Dollar General Corporation and four individuals as defendants.  The Parties respectfully request that the Court grant the same page limitations for the Parties' briefing of Defendants' motion to dismiss the Third CAC as the Court previously did with the briefing of the Second CAC.

**2. <u>Plaintiffs' Unopposed Motion for An Extension Of The Briefing Schedule</u>**

Moreover, pursuant to the Court's order on the timing of Defendants' motion to dismiss (Dkt. No. 109), Defendants' motion is due on April 7 and, pursuant to the default briefing schedule under the Local Rules, Plaintiffs' opposition will be due on April 21, which conflicts with other scheduling commitments for Plaintiffs and their counsel. Accordingly, Plaintiffs respectfully request that the schedule for Defendants' opening motion to dismiss and Plaintiffs' opposition papers be extended by 14 days for each side, and the time for Defendants' reply be extended by 3 days so that it does not fall on the day after Memorial Day. The parties have made 3 extension requests concerning other filings since the inception of this case—but this is the first request for an extension of the briefing schedule on Defendants' motion to dismiss the Third Amended Complaint. The requested extension will not impact any other deadlines as there is currently no trial schedule for this action. The parties have met and conferred, and Defendants do not oppose the requested extension of the briefing schedule.

*                    *                    *

Accordingly, the Parties respectfully request that the Court allow Defendants to file a motion to dismiss the Third CAC that shall not exceed 70 pages; Plaintiffs to file an opposition to the motion to dismiss that shall not exceed 70 pages; and Defendants to file a reply that shall not exceed 18 pages.

In addition, Plaintiffs respectfully request, and Defendants do not oppose, an extension of the briefing schedule on Defendants' motion to dismiss the Third Amended Complaint such that Defendants' motion to dismiss is due on or before April 21, 2026, Plaintiffs' opposition is due on or before May 19, 2026, and Defendants' reply is due on or before May 29, 2026.

Respectfully submitted by:

<table>
<tr><td>

*s/ Kevin H. Sharp w/permission*
Kevin H. Sharp (BPR #016287)
Kristi S. McGregor
SANFORD HEISLER SHARP, LLP
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone:  (615) 434-7000
Facsimile:  (615) 434-7020
ksharp@sanfordheisler.com
kmcgregor@sanfordheisler.com

*Liaison Counsel for Lead Plaintiffs Universal-Investment-Gesellschaft mbH and Quoniam Asset Management GmbH*

Salvatore J. Graziano (*admitted pro hac vice*)
Jeremy P. Robinson (*admitted pro hac vice*)
Alexander Noble (*admitted pro hac vice*)
Jonathan D'Errico (*admitted pro hac vice*)
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1251 Avenue of the Americas

</td><td>

*s/ Steven A. Riley*
Steven A. Riley (TN #6258)
Milton S. McGee, III (TN #24150)
Riley & Jacobson, PLC
1906 West End. Ave.
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
sriley@rjfirm.com
tmcgee@rjfirm.com

Peter E. Kazanoff (*admitted pro hac vice*)
Amy L. Dawson (*admitted pro hac vice*)
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Tel: 212.455.2000
pkazanoff@stblaw.com
amy.dawson@stblaw.com

*Counsel for Defendants Dollar General Corporation, Todd J. Vasos, Jeffrey C. Owen, John W. Garratt, and Kelly M. Dilts*

</td></tr>
</table>

3

New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
jeremy@blbglaw.com
alexander.noble@blbglaw.com
jonathan.derrico@blbglaw.com

*Lead Counsel for Lead Plaintiffs Universal-Investment-Gesellschaft mbH and Quoniam Asset Management GmbH*

## CERTIFICATE OF SERIVCE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF filing system on this 26th day of March 2026 upon the following:

Kevin H. Sharp (BPR #016287)
Kristi S. McGregor
SANFORD HEISLER SHARP, LLP
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7000
Facsimile: (615) 434-7020
ksharp@sanfordheisler.com
kmcgregor@sanfordheisler.com

*Liaison Counsel for Plaintiff Washtenaw County Employees' Retirement System*

Salvatore J. Graziano
Jeremy P. Robinson
Alexander Noble
Jonathan D'Errico
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
jeremy@blbglaw.com
alexander.noble@blbglaw.com
jonathan.derrico@blbglaw.com

4

*Lead Counsel for Plaintiff Washtenaw*
*County Employees' Retirement System*

<u>*s/ Steven A. Riley*</u>

5