**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM *on behalf of itself and all others similarly situated*, ET AL., | ) ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil No. 3:23-cv-1250 |
| | ) Judge Trauger |
| DOLLAR GENERAL CORPORATION, ET AL., | ) |
| | ) |
| Defendants. | ) |

## <u>ORDER</u>

The Joint Motion for Extension of Page Limitations and Plaintiffs' Unopposed Motion for a Scheduling Extension for Briefing of Motion to Dismiss the Third Consolidated Amended Complaint (Doc. No. 111) is GRANTED. It is hereby ORDERED that the defendants shall file a motion to dismiss the Third Amended Complaint by April 21, 2026, the supporting brief for which shall not exceed 70 pages. The plaintiffs shall respond to the anticipated motion to dismiss by May 19, 2026, with the responsive brief not to exceed 70 pages. The defendants may file a reply by May 29, 2026, the briefing for which shall not exceed 18 pages.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge