# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, and KELLY M. DILTS,<br><br>Defendants. | Case No. 3:23-CV-01250<br><br>CLASS ACTION<br><br>Judge Aleta A. Trauger |

## MOTION TO DISMISS THE THIRD CONSOLIDATED AMENDED COMPLAINT

Pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. §§ 78u-4, *et seq.,* and Federal Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Dollar General Corporation, Todd J. Vasos, Jeffery C. Owen, John W. Garratt, and Kelly M. Dilts respectfully request that the Court dismiss with prejudice the Third Consolidated Amended Complaint. The grounds for this Motion are set forth in the accompanying Memorandum of Law in Support hereof, the appendices attached thereto, and the Declaration of Milton S. McGee, III and exhibits thereto, which are all incorporated herein by reference.

Respectfully submitted,

/s/ *Steven A. Riley*
Steven A. Riley (TN #6258)
Milton S. McGee, III (TN #24150)
**RILEY & JACOBSON, PLC**
1906 West End. Ave.
Nashville, TN 37203
T: (615) 320-3700
F: (615) 320-3737
sriley@rjfirm.com
tmcgee@rjfirm.com

Peter E. Kazanoff (*admitted pro hac vice*)
Amy L. Dawson (*admitted pro hac vice*)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
Tel: 212.455.2000
pkazanoff@stblaw.com
amy.dawson@stblaw.com

*Counsel for Defendants Dollar General Corporation, Todd J. Vasos, Jeffrey C. Owen, John W. Garratt and Kelly M. Dilts*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 21, 2026, I authorized the electronic filing of a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to the parties' counsel of record.

*/s/ Steven A. Riley*