**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,** | ) | |
| **Plaintiffs,** | ) | **Case No. 3:23-cv-01250** **Judge Aleta A. Trauger** |
| **v.** | ) | |
| **DOLLAR GENERAL CORPORATION, TODD J. VASOS, JEFFERY C. OWEN, JOHN W. GARRATT, and KELLY M. DILTS,** | ) | |
| **Defendants.** | ) | |

**ORDER**

For the reasons set forth in the accompanying Memorandum, the defendants' Motion to Dismiss (Doc. No. 113) is **GRANTED**, and the Third Consolidated Amended Complaint (Doc. No. 110) is **DISMISSED WITH PREJUDICE**.

The Clerk shall enter judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge